APFA

**Association of Professional Flight Attendants**

Representing the Flight Attendants of AmericanAirlines

November 24, 2020

**Via Email and Return Receipt Certified Mail #7019 1120 0000 0179 3144**

Mr. Bob Ross

**RE: Overpayment of Wages**

Dear Mr. Ross:

I am sending this letter to follow-up on our telephone conversation on November 10, 2020. During our call, we discussed the finding of the APFA Board of Directors that you were overpaid in the amount of $5,436.47 in 2018. The Board's finding was based on the results of a review from an independent accounting firm which determined that the formula used to determine the daily rate for your sick and vacation payout was incorrect. (See Schedule C, enclosed).

On or before January 1, 2021, please remit payment (via check, money order, cashier's check, or credit card) to APFA in full or contact me to discuss payment arrangements.

Please contact me at or eharris( with any questions or concerns. Thank you for your prompt cooperation.

Sincerely,

Erik Harris
National Treasurer

Enclosure

CC: APFA Board of Directors
APFA Executive Committee
Margot Nikitas, General Counsel

**Exhibit A**

A

**Bob Ross - National President Pay**

116 hours paid monthly at the highest purser pay including international overide, per the policy manual.

| | | | | |
|---|---|---|---|---|
| * | Maximum flight attendant pay | 60.13 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 71.38 | 116 hours | 8,280.08 |
| | Bi-monthly pay 4/1/16 - 12/31/16 | | | 4,140.04 |
| ** | Maximum flight attendant pay | 61.33 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 72.58 | 116 hours | 8,419.28 |
| | Bi-monthly pay - 1/1/17 - 5/1/17 | | | 4,209.64 |
| | | 101,031.36 | Annual salary | |
| | | 276.80 | Daily rate for sick and vacation | |
| *** | Maximum flight attendant pay | 64.96 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 76.21 | 116 hours | 8,840.36 |
| | Bi-monthly pay - 5/2/17 - 12/31/17 | | | 4,420.18 |
| | | 106,084.32 | Annual salary | |
| | | 290.64 | Daily rate for sick and vacation | |
| **** | Maximum flight attendant pay | 66.26 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 77.51 | 116 hours | 8,991.16 |
| | Bi-monthl pay - 1/1/18 - 7/31/18 | | | 4,495.58 |
| | | 107,893.92 | Annual salary | |
| | | 295.60 | Daily rate for sick and vacation | |

* Pay rates effective 4/1/16
** Pay rates effective 1/1/17 - 5/1/17
*** Pay rates effective 5/2/17 - 12/31/17 (1.6% increase)
**** Pay rates effective 1/1/18 - 7/31/18

**Exhibit A**

**Exhibit A**

B

**National Officer: Bob Ross**

| | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
|---|---|---|---|---|---|
| **Profit Sharing - 2016** | | | | 2,652.22 | *(paid 3/10/17)* |
| **Vacation Pay - 2017** | | | | | |
| | $ 101,031.36 | 276.80 | 14 | 3,875.20 | *(paid 3/31/37)* |
| **Sick Pay - 2017** | | | | | |
| | $ 101,031.36 | 276.80 | 12 | 3,321.60 | *(paid 3/31/17)* |
| **Retro - Wage Arbitration Award 1.6%** | | | | 918.72 | *(paid 6/1/17)* |
| **Triple Play Grand Slam** | | | | 300.00 | *(paid 7/6/17)* |
| **Grand slam** | | | | 150.00 | *(paid 1/25/18)* |
| **(Additional $50 grand slam paid on 2/15/18 salary check)** | | | | | |
| **2071 Profit Sharing** | | | | 2,458.19 | *(paid 3/9/18)* |
| **Vacation & Sick Pay - 2017 - (adjustment paid in 2018)** | | | | 968.76 | *(paid 3/29/2018)* |
| **Vacation Pay - 2017 (remaining unused days per agreement)** | | | | | |
| | $ 114,632.67 | 314.06 | 17 | 5,339.02 | *(paid 3/29/2018)* |
| **Vacation Pay - 2018 (remaining unused days per agreement)** | | | | | |
| | $ 122,121.70 | 334.58 | 29 | 9,702.82 | *(paid 3/29/2018)* |
| | (Paid in two checks in the amount of $4,851.41 each) | | | | |
| **Sick Pay - 2018** | | | | | |
| | $ 122,121.69 | 334.58 | 12 | 4,014.96 | *(paid 3/29/2018)* |
| **End of Term Payout - 2017 (January 1 - December 31, 2017)** | | | | | |
| | $ 118,046.02 | 334.58 | 35 | 11,710.30 | *(paid 3/29/2018)* |
| | (Paid in two checks in the amount of $3,903.43 each and one for $3,903.44) | | | | |
| **End of Term Payout - 2018 (January 1 - July 31, 2018)** | | | | | |
| | $ 118,046.02 | 334.58 | 20.44 | 6,838.82 | *(paid 3/29/2018)* |
| | (Paid in two checks in the amount of $3,419.41 each) | | | | |
| **Profit sharing 2018** | | | | 1,403.99 | *(paid 3/8/19)* |

Exhibit A

| National Officer: | Bob Ross | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **Vacation Pay - 2017** | | | | | | | |
| | Original amount | $ 101,031.36 | 276.80 | 14 | $ 3,875.20 | *OK (paid 3/31/* | |
| | | | | **Overpayment** | $ - | | $ |
| **Sick Pay - 2017** | | | | | | | |
| | Original amount | $ 101,031.36 | 276.80 | 12 | $ 3,321.60 | *OK (paid 3/31* | |
| | | | | **Overpayment** | $ - | | $ |
| **Vacation & Sick Pay - 2017 - (adjustment paid in 2018....all paid in error)** | | | | **Overpayment** | **$ 968.76** | | $ |
| **Vacation Pay - 2017 (remaining unused days per agreement)** | | | | | | | |
| | Original amount - paid in error (a) | $ 114,632.67 | 314.06 | 17 | $ 5,339.02 | *(paid 3/29/20* | |
| | Correct calculation amount | $ 101,031.36 | 276.80 | 17 | $ 4,705.60 | | |
| | | | | **Overpayment** | **$ 633.42** | | $ |
| **Vacation Pay - 2018 (remaining unused days per agreement)** | | | | | | | |
| | Original amount - paid in error (a) | $ 122,121.70 | 334.58 | 29 | $ 9,702.82 | *(paid 3/29/20* | |
| | Correct calculation amount | $ 107,893.92 | 295.60 | 29 | $ 8,572.40 | | |
| | | | | **Overpayment** | **$ 1,130.42** | | $ 1, |
| **Sick Pay - 2018** | | | | | | | |
| | Original amount - paid in error (a) | $ 122,121.69 | 334.58 | 12 | $ 4,014.96 | *(paid 3/29/20* | |
| | Correct calculation amount | $ 107,893.92 | 295.60 | 12 | $ 3,547.20 | | |
| | | | | **Overpayment** | **$ 467.76** | | $ |
| **End of term payout - 2017 (January 1 - December 31, 2017)** | | | | | | | |
| | Original amount - paid in error (a) | $ 118,046.02 | 334.58 | 35 | $ 11,710.30 | *(paid 3/29/20* | |
| | Correct calculation amount | $ 107,893.92 | 295.60 | 35 | $ 10,346.00 | | |
| | | | | **Overpayment** | **$ 1,364.30** | | $ 1, |

**Overpayment Calculation**

| End of term payout - 2018 (January 1 - July 31, 2018) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Original amount - paid in error (a) | $ 118,046.02 | 334.58 | 20.44 | $ 6,838.82 | *(paid 3/29/2018)* | | |
| Correct calculation amount | $ 107,893.92 | 295.60 | 20.44 | $ 6,042.06 | | | |
| | | | **Overpayment** | **$ 796.75** | | **$ 796.75** | |
| | | | **Overpayment subtotal** | | | **$ 5,361.41** | ** |
| **Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above **** | | | | | | **$ 75.06** | *(based on 1.4%)* |
| | **Total overpayment - due to APFA** | | | | | **$ 5,436.47** | |
| (a) - included union pay (MEA/SAF) | | | | | | | |

**Exhibit A**