IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS<br>Plaintiff,<br><br>V.<br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, AND ERIK HARRIS,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:22-CV-00343 |

## CERTIFICATE OF INTERESTED PERSONS

I hereby certify that on or before date, I caused two copies of the following set of pleadings to be served by First Class Mail / Postage Prepaid / Certified Mail / Return Receipt Requested 7021 0350 0002 1333 6570 to McGaughey, Reber and Associates, Inc. "Diversified Credit Systems," by serving its Registered Agent: M S. McGaughey located at 2200 Jahan Trail, Longview, Texas 75604, to Michael R. Rake, Attorney at Law, PLLC at P.O. Box 1556, Lake Dallas, TX 75065 by First Class Mail/ Postage Prepaid / Certified Mail / Return Receipt Requested 7021 0350 0002 1333 5481, to the Association of Professional Flight Attendants, by serving its National President,

Julie Hedrick at APFA headquarters at 1004 W. Euless Blvd, Euless, Texas 76040 by First Class Mail / Postage Prepaid / Certified Mail / Return Receipt Requested 7021 0350 0002 1333 6495, to Julie Hedrick at her place of employment APFA Headquarters located at 1004 W. Euless Blvd, Euless, Texas 76040 via by First Class Mail / Postage Prepaid / Certified Mail / Return Receipt Requested 7021 0350 0002 1333 5474, and to Erik Harris at his place of employment APFA Headquarters located at 1004 W. Euless Blvd, Euless, Texas 76040 by First Class Mail / Postage Prepaid / Certified Mail / Return Receipt Requested 7021 0350 0002 1333 5498 with the following documents:

Original Complaint.

Executed on: April 20, 2022

                Respectfully submitted,
                KD PHILLIPS LAW FIRM, PLLC

                By: /s/ Kerri Phillips
                     Kerri Phillips
                     Texas Bar No. 24065906
                     Phone: (972) 327-5800
                     Email: kerri@KDphillipslaw.com
                     5700 Tennyson Parkway, Suite 300
                     Plano, Texas 75024
                     Fax: (940) 400-0089
                     For Service of Filings:
                     notice@KDphillipslaw.com

                ATTORNEYS FOR PLAINTIFF