## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Ross** | § | |
| | § | |
| Plaintiff, | § | |
| **VS.** | § | **CAUSE NO. 4:22-cv-00343-Y** |
| | § | |
| **Association of Professional Flight Attendants et al** | § | |
| Defendant. | § | |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Apr 21, 2022, 12:00 pm**,

**SUMMONS, PLAINTIFF'S ORIGINAL COMPLAINT AND MOTION TO VACATE ARBITRATION AWARD, EXHIBITS,**

and was executed at **1019 Brazos St, Austin, TX 78701** within the county of **Brazos** at **11:10 AM** on **Fri, May 06 2022**, by delivering a true copy to the within named

**MCGAUGHEY, REBER AND ASSOCIATES, INC. C/O REGISTERED AGENT: M S. MCGAUGHEY**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **300 N. Green St. Suite 303, Longview, TX 75601**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **TX**, on **May 20, 2022**.

_____
**Corin Johnson**
**Certification Number: PSC-5625**
**Certification Expiration: 9/30/2022**