IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS;** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00343 |
| | § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC. JULIE HENDRICK AND ERIK HARRIS, DEFENDANTS** | § § § § § § | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL ANSWER

COMES NOW Defendant, McGaughey, Reber and Associates, Inc., by and through counsel, Michael R. Rake, and moves this Court to allow Defendant McGaughey, Reber and Associates more time to respond to Plaintiff's Original Complaint, and in support of said motion, state as follows:

1. Plaintiff's Original Complaint was served on the Texas Secretary of State's office, and not on M. S. McGaughey, the agent for service of process for the Entity as alleged in the Affidavit of Service. The service was executed at the address for the Secretary of State, and no attempt, to Defendant's knowledge was ever made to serve Mr. McGaughey at his address;

2. Defendant, McGaughey, Reber and Associates, Inc. nor its agent has received a copy of the citation from the Secretary of State.

3. Defendant was first aware of the service when another Defendant's attorney

DEFENDANT, MCGAUGHEY, REBER AND ASSOCIATES, INC., MOTION FOR EXTENSION OF TIME TO FILE AN ORIGINAL ANSWER

forwarded the Affidavit of Service by e-mail to the undersigned Attorney.

4. This Defendant requests a 30 day extension, or a lessor time, should the Court chose, to file an Answer.

5. Defendant's Attorney attempted to contact Plaintiff's Attorney, by phone and e-mail to discuss this Motion, but has received no response at this time.

Defendant prays that the Court grant this Motion for extension of time.

Respectfully submitted,

*/S/ Michael R. Rake*

**Michael R. Rake, Attorney at Law**
SB # 16487600
P.O. Box 1556
Lake Dallas, TX 75065
Tel. & Fax: 940-498-2103
E-mail: mrake1@mrakeattorney.com

ATTORNEY FOR DEFENDANT,
MCGAUGHEY, REBER AND ASSOCIATES, INC.

**Certificate of Service**

This certifies that this document was served in accordance with the Federal Rules of Civil Procedure on May 27, 2022.

*/S/ Michael R. Rake*

Michael Rake

**Certificate of Conference**

This certifies that Defendant's Attorney attempted a conference with Plaintiff's Attorney of record but was not successful in reaching, Plaintiff's Attorney via phone or e-mail.

*/S/ Michael R. Rake*

Michael R. Rake

DEFENDANT, MCGAUGHEY, REBER AND ASSOCIATES, INC., MOTION FOR EXTENSION OF TIME TO FILE AN ORIGINAL ANSWER