IN THE UNTIED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS;** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-CV-00343 |
| | § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC. JULIE HENDRICK AND ERIK HARRIS, DEFENDANTS** | § § § § § § | |

## ORDER

This Matter, having come before the Court on Defendant, McGaughey, Reber and Associates, Inc.'s Motion for Extension of Time to file an Original Answer to Defendant's Original Complaint and it appearing that the Motion is agreed to and should be granted for good cause shown, it is hereby

ORDERED, ADJUDGED, AND DECREED that the Defendant's Motion for Extension of Time to file an Original Answer to Plaintiff's Original Complaint is granted and the Defendant shall have until the 27th day of June, 2022 to file such Response.

ENTERED THIS _____ day of _____, 2022.

_____
JUDGE PRESIDING

*Prepared in the offices of:*

**Michael R. Rake, Attorney at Law, PLLC**
**State Bar # 16487600**
P.O. Box 1556, Lake Dallas, TX 75065
*Tel. & Fax: 940-498-2103*
*E-mail: mrake1@mrakeattorney.com*