```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

```
ROBERT (BOB) ROSS                §
                                 §
VS.                              §   ACTION NO. 4:22-CV-343-Y
                                 §
ASSOCIATION OF PROFESSIONAL      §
FLIGHT ATTENDANTS, ET AL.        §
```

ORDER GRANTING AMENDED MOTION FOR EXTENSION OF TIME TO ANSWER

Pending before the Court is the First Amended Motion for Extension of Time to File Original Answer (doc. 17) filed by defendant McGaughey, Reber and Associates, Inc. ("MRA").[1] After review of the motion, the Court concludes that it should be and hereby is GRANTED. MRA's deadline to respond to Plaintiff's complaint is EXTENDED until **June 30, 2022.**

SIGNED June 2, 2022.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The Court did not receive a paper copy of or an electronic proposed order with the motion. Counsel are reminded of this Court's requirement that a paper copy of every motion be transmitted to chambers upon electronic filing of the motion. *See* N.D. TEX. L. CIV. R. 5.1(b); ECF Admin. Procedures Manual at 3, ¶ II(C). Counsel are also reminded that all motions require an **electronic** proposed order (emailed to means_orders@txnd.uscourts.gov upon filing of a motion). *See* N.D. TEX. L. CIV. R. 7.1(c); ECF Admin. Procedures Manual at 3, ¶ II(F). Provision of these items generally expedites the Court's consideration of the motion to which they pertain; failure to provide these items may result in the unfiling of the motion to which they pertain.