IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **ROBERT (BOB) ROSS** <br> **Plaintiff,** <br><br><br> V. <br><br> **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS** <br> **Defendants.** | Case No. 4:22-CV-00343 |

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, Counter Defendant, Robert (Bob) Ross, and hereby certifies that the following persons or entities have a financial interest in the outcome of this allegation are as follows pursuant to Fed. R. Civ. P. 7.1:

Plaintiff/Counterclaim Defendant:   Robert (Bob) Ross

Defendants/Counterclaim Plaintiffs:   Association of Professional Flight Attendants

Julie Hedrick at her place of employment APFA Headquarters

Erik Harris at his place of employment APFA Headquarters

McGaughey, Reber and Associates, Inc. d/b/a Diversified Credit Systems

       Respectfully submitted,
       K.D. PHILLIPS LAW FIRM, PLLC

       By: /s/ Kerri Phillips
       Kerri Phillips, Esq.
       Texas Bar No. 24065906

       Heather Abreu, Esq.
       Texas Bar No. 24122577

       Phone: (972) 327-5800
       5700 Tennyson Parkway, Suite 300
       Plano, Texas 75024
       Fax: (940) 400-0089
       For Service of Filings:
       notice@KDphillipslaw.com
       **ATTORNEY FOR PLAINTIFF**