IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS, | § | |
| | § | |
| Plaintiff/Counterclaim Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-00343-Y |
| | § | |
| ASSOCIATION OF PROFESSIONAL | § | |
| FLIGHT ATTENDANTS, | § | |
| MCGAUGHEY, REBER AND | § | |
| ASSOCIATES, INC., JULIE | § | |
| HEDRICK, AND ERIK HARRIS, | § | |
| | § | |
| Defendants/Counterclaim Plaintiff. | § | |

CERTIFICATE OF INTERESTED PERSONS OF
DEFENDANT COUNTERCLAIM PLAINTIFF ASSOCIATION OF
PROFESSIONAL FLIGHT ATTENDANTS, AND DEFENDANTS
JULIE HEDRICK AND ERIK HARRIS

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and

LR 81.2, Defendant McGaughey, Reber and Associates, Inc.( "Defendant") provides the

following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any
publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations,
guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities
that are financially interested in the outcome of the case:

1.    Association of Professional Flight Attendants ("APFA");

2.    Julie Hedrick, National President of APFA ("Hedrick");

3.    Erik Harris, National Treasurer of APFA ("Harris");

1

4.      Robert (Bob) Ross, former National President of APFA;

5.      McGaughey, Reber and Associates, Inc., d/b/a Diversified Credit Systems; and

6.      Members of, and individuals represented by, the APFA.


*Michael R. Rake*

_____

**Michael R. Rake, Attorney at Law**
*P.O. Box 1556*
*Lake Dallas, TX 75065*
*Tel. & Fax: 940-498-2103*
*E-mail: mrake1@mrakeattorney.com*
*Counsel for Defendant, McGaughey, Reber and Associates, Inc. d/b/a Diversified Credit Systems*

## CERTIFICATE OF SERVICE

I certify that on this 28 day of June, 2022 a true and correct copy of the foregoing

document was served on the below listed counsel of record for Plaintiff/Counterclaim Defendant

Ross by a means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

KERRI PHILLIPS
K. D. Phillips Law Firm, PLLC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com

*Michael R. Rake*

Date: June 28, 2022      _____
                                  Michael R. Rake

2