IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| ROBERT "BOB" ROSS<br>Plaintiff,<br><br>V.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS,<br>MCGAUGHEY, REBER, AND<br>ASSOCIATES, INC., JULIE<br>HEDRICK, ERIK HARRIS<br>Defendants. | §§§§§§§§§§§§§§§§§   Case No. 4:22-CV-00343 |

## MOTION FOR LEAVE TO FILE A LATE RESPONSE/AMENDED RESPONSE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Robert "Bob" Ross, and files this, Motion to File a Late Response/Amended Response, and as grounds for support herein would show this Honorable Court the following:

1. Defendant filed their Motion to Dismiss on July 21, 2022, and Plaintiff filed their Response to Defendant's Motion to Dismiss on August 11, 2022, attached hereto and marked as <u>Exhibit A</u>, however it as subsequently stricken by the court due to the fact that the exhibits were not compliant with the court's rules.

1

2. An Amended Response and an Appendix of Exhibits, attached hereto and marked as <u>Exhibit B</u>, is submitted to comply with the court rules, however it was filed after the 21-day deadline to file a response.

3. Plaintiff's response failed to provide an appendix for their attached evidence and did not provide a copy of the electronic filing receipt with the judge's copy, thus causing these items to be rejected by the honorable court.

4. As these items do not substantively change the content of Plaintiff's brief allowing the Plaintiff to file a late response in order to correct these deficiencies does not cause any harm to the Defendant.

5. In accordance with FRCP 6(b) the court has discretion to allow for more time:

> (b) EXTENDING TIME.
> (1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>    (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Wherefore, as the parties have acted with due diligence in attempting to comply with the court rules, the Plaintiff respectfully requests that this honorable court act within its discretion and allow Plaintiff the opportunity to file a late response/amendment to their response to Defendant's Motion to Dismiss.

          Respectfully submitted,
          K.D. PHILLIPS LAW FIRM, PLLC


By: /s/ Heather Abreu
    Heather Abreu
    Texas Bar No. 24122577
    Phone: (972) 327-5800
    Email: heather@KDphillipslaw.com

By: /s/ Kerri Phillips
    Kerri Phillips
    Texas Bar No. 24065906
    Phone: (972) 327-5800
    Email: kerri@KDphillipslaw.com

    5700 Tennyson Parkway, Suite 300
    Plano, Texas 75024
    Fax: (940) 400-0089
    For Service of Filings:
    notice@KDphillipslaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

      I DO HEREBY CERTIFY that before filing this Motion For Leave to File a Late/Amended Response to Defendant's Motion to Dismiss and its supporting brief, I emailed counselors for Defendants, and asked them whether they would oppose the filing of this Motion For Leave to File a Late/Amended Response to Defendant's Motion to Dismiss and its supporting brief in an effort to determine whether the parties could agree to the filing of this Motion.  Defendants' Counsel affirmed they do not oppose the filing of this motion.   Accordingly, Plaintiff is seeking a ruling from the Court on this Motion.


/s/ Heather Abreu
Heather Abreu, Esq.

3

## CERTIFICATE OF SERVICE

I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing **on this the 23rd Day of August 2022.**

William Osborne
Margot Nikitas
Sanford Denison
Michael Rake

                                                  /s/
                                              Heather Abreu