IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
ROBERT (BOB) ROSS              §
                               §
VS.                            §      ACTION NO. 4:22-CV-343-Y
                               §
ASSOCIATION OF PROFESSIONAL    §
FLIGHT ATTENDANTS, ET AL.      §
```

ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED RESPONSE

Pending before the Court is Plaintiff's Motion for Leave to File Late Response/Amended Response (doc. 36). The certificate of conference to the motion indicates that the motion is unopposed. As a result, and after review of the motion, the Court concludes that it should be and hereby is GRANTED. Plaintiff's Amended Response to Defendants' Motion to Dismiss Plaintiff's Claims for Relief is DEEMED filed this same day, and the clerk of the Court is DIRECTED to file a copy of the second amended response, which was attached as electronic exhibits 7-11 to the motion for leave. See N.D. Tex. L. Civ. R. 15.1(b).

Defendants shall have until **October 5, 2022**, to file a reply to Plaintiff's Amended Response.

SIGNED September 15, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE