IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS,** | § | |
| | § | |
| Plaintiff/Counterclaim Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-343-Y |
| | § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, AND ERIK HARRIS,** | § | |
| | § | |
| Defendants/Counterclaim Plaintiff. | § | |

## ORDER GRANTING MOTION TO TAKE JUDICIAL NOTICE

Came on before the Court the motion (doc. 39) of defendants Julie Hedrick, Erik Harris and defendant/counterclaim plaintiff Association of Professional Flight Attendants ("Union Defendants") requesting that the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the issuance on August 24, 2022, of a supplemental arbitration decision in relation to the above reference case. As of the date of this order, there has been no response in opposition to the motion. As a result, and after having considered the motion, the Court concludes that the motion should be and is hereby GRANTED. Accordingly, the Court takes judicial notice pursuant to Federal Rule of Evidence 201 of the supplemental decision by the Arbitrator, dated August 24, 2022, and titled "SUPPLEMENTAL DECISION AND REMEDY MODIFICATION," which was attached as Exhibit 1 to the Union Defendants' motion.

SIGNED September 21, 2022.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE