IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT (BOB) ROSS, § | |
| § | |
| Plaintiff/Counterclaim Defendant, § | |
| § | |
| v. § | Civil Action No. 4:22-CV-00343-Y |
| § | |
| ASSOCIATION OF PROFESSIONAL § | |
| FLIGHT ATTENDANTS, § | |
| MCGAUGHEY, REBER AND § | |
| ASSOCIATES, INC., JULIE § | |
| HEDRICK, AND ERIK HARRIS, § | |
| § | |
| Defendants/Counterclaim Plaintiffs § | |

**UNION DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION TO RESPOND TO THE UNION DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

The Union Defendants[1] will not file a response in opposition to Plaintiff Ross's motion (doc. 46) for extension to respond to the Union Defendants motion for summary judgment (doc. 42), and will leave the grant of the extension, and the length thereof, to the Court's discretion.

Date: October 6, 2022                                        Respectfully Submitted,

                                          */s/ Sanford R. Denison*
                                          SANFORD R. DENISON
                                          Tex. Bar No. 05655560
                                          Baab & Denison, LLP
                                          6301 Gaston Ave., Suite 550
                                          Dallas, TX  75214
                                          Tel.: (214) 637-0750
                                          Fax.: (214) 637-0730
                                          Email: denison@baabdenison.com

---

[1] "Union Defendants" shall refer collectively to Defendant/Counterclaim Plaintiff Association of Professional Flight Attendants ("APFA") and to individual APFA officer Defendants Julie Hedrick and Erik Harris.

1

WILLIAM W. OSBORNE JR.*
D.C. Bar No. 912089
Osborne Law Offices P.C.
5335 Wisconsin Avenue N.W., Suite 440
Washington, D.C. 20015
Tel.: (202) 243-3200
Fax: (202) 686-2977
Email: b.osborne@osbornelaw.com

*Counsel for Defendant Counterclaim Plaintiff Association of Professional Flight Attendants, and Defendants Julie Hedrick and Erik Harris*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of October 2022 a true and correct copy of the foregoing document was served on the below listed counsel of record for Plaintiff/Counterclaim Defendant Ross by a means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

KERRI PHILLIPS
HEATHER ABREU
K.D. Phillips Law Firm, PLLC
5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
Email: Heather@KDphillipslaw.com

MICHAEL R RAKE
Michael R. Rake, Attorney at Law
PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

                                                            */s/ Sanford R. Denison*
                                                            SANFORD R. DENISON