IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FT. WORTH DIVISION

| | |
|---|---|
| **ROBERT "BOB" ROSS**<br>**Plaintiff/Counterclaim Defendant**<br><br><br>**ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS**<br><br>**Defendants/Counterclaim Plaintiff.** | Case No. 4:22-CV-00343-Y |

**PLAINTIFF'S MOTION TO VACATE ORDER PURSUANT TO FED. R. CIV. P. 54(b) and 59(e), AND LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**PLEASE TAKE NOTICE** that Plaintiff moves the Court, pursuant to Rule 54 (b) and Rule 59 (e) of the Federal Rules of Civil Procedure, for an Order as follows:

(1) Setting aside this Court's October 27, 2022 Order Granting Defendant Association of Professional Flight Attendants, Julie Hedrick and Erik Harris' Motion to Dismiss; and

(2) Granting Plaintiff's leave to Amend the Original Complaint.

This Motion is based upon all records and proceedings as well as the Memorandum of Law submitted with this Motion. Hereto attached and marked as "Exhibit A" is a proposed Amended

Complaint in which Plaintiff respectfully requests the Court to grant Plaintiff's Motion for Leave to Amend the Original Complaint.

        Respectfully submitted,
        K.D. PHILLIPS LAW FIRM, PLLC

        By:  /s/ Kerri Phillips
              Kerri Phillips
              Texas Bar No. 24065906
              Phone: (972) 327-5800
              Email: kerri@KDphillipslaw.com

        By:  /s/ Heather Abreu
              Heather Abreu
              Texas Bar No. 24122577
              Phone: (972) 327-5800
              Email: heather@KDphillipslaw.com

        5700 Tennyson Parkway, Suite 300
        Plano, Texas 75024
        Fax: (940) 400-0089
        For Service of Filings:
        notice@KDphillipslaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I, Kerri Phillips, attorney for Plaintiff Robert "Bob" Ross, hereby certify that on the 8th day of November 2022, I emailed for purposes of conference with Sanford Denison, counsel for Defendant APFA, and Michael Rake, to inform each of them of the filing of this Motion. Mr. Denison and Mr. Rake are opposed to the filing of this motion therefore the motion is submitted to the Court for determination.

## CERTIFICATE OF SERVICE

      I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 9th day of November 2022.

William Osborne, Sanford Denison, Michael Rake

                                      /s/ Kerri Phillips  
                                      Kerri Phillips