IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FT. WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS<br>Plaintiff/Counterclaim Defendant | § § § § § § | |
| V | § § § | Case No. 4:22-CV-00343-Y |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS<br>Defendants/Counterclaim Plaintiff. | § § § § § § § | |

**AMENDED CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Fed. R. Civ. P.7.1 and LR 3.1(c), L.R 3.2(e), LR 7.4, LR 81.1(a)(4)(D) and LR 81.2, Plaintiff Counterclaim Defendant Robert "Bob" Ross provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporation , guarantors, insurers, affiliates, parent or subsidiary corporation or other legal entities that are financially interested in the outcome of this case:

1. Association of Professional Flight Attendant ("APFA");

**CERTIFICATE OF INTERESTED PARTIES** - **PAGE 1**

2. Julie Hedrick, National President of APFA;

3. Erik Harris, National Treasurer pf APFA;

4. McGaughey Reber and Associates, Inc d/b/a Diversified Credit Systems;

5. Members of, and individuals represented by the APFA; and

6. Robert "Bob" Ross, former National President of APFA ("Plaintiff Counterclaim Defendant").

Date: November 9, 2022

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
Kerri Phillips
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com

By: /s/ Heather Abreu
Heather Abreu
Texas Bar No. 24122577
Phone: (972) 327-5800
Email: heather@KDphillipslaw.com

5700 Tennyson Parkway, Suite 300
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I certify that on this 9th day of November, a true and correct copy of the foregoing document was served on the below listed counsels of record for Defendant/Counterclaim Plaintiffs by means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

>William Osborne
>Osborne Law Office PC
>5335 Wisconsin Avenue NW
>Suite 440
>Washington, DC 20015
>202-243-3200
>Fax: 202-686-2977
>Email: b.osborne@osbornelaw.com
>
>Sanford Denison
>Baab & Denison LLP
>6301 Gaston Avenue, Suite 550
>Dallas, TX 75214
>214-637-0750
>Fax: 214-637-0730
>Email: denison@baabdenison.com
>
>Michael Rake
>Michael R. Rake, Attorney at Law
>P.O. Box 1556
>Lake Dallas, TX 75065
>Tel. & Fax: 940-498-2103
>E-mail: mrake1@mrakeattorney.com

                                                /s/ Kerri Phillips
                                                Kerri Phillips