U.S. Department of Labor
Office of Labor-Management
Standards Enforcement
Washington, D.C. 20216

# LABOR ORGANIZATION INFORMATION REPORT
## FORM LM-1

Form approved
Office of Management & Budget
No. 44-R1124

**Labor-Management Reporting and Disclosure Act of 1959, as amended**
**and**
**Executive Order 11491, as amended**

---

**READ INSTRUCTIONS CAREFULLY BEFORE PREPARING REPORT. SUBMIT THIS REPORT IN DUPLICATE.**

---

1. IS THE MEMBERSHIP OF YOUR LABOR ORGANIZATION COMPOSED OF *(CHECK AS MANY BOXES AS ARE APPLICABLE)*:
(A) ☐ Postal Service Employees.    (B) ☐ Federal Government Employees Subject to Executive Order 11491.    ☒(C) Employees in Private Industry.

2. NAME OF LABOR ORGANIZATION *(As shown on charter, constitution, etc.)*
**ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS**

3. ORGANIZATION FISCAL YEAR ENDS ON:
Month | Day
**NOT FIXED YET**

4. FILE NUMBER
5 9 - 6 2 4

5. AFFILIATION
**NONE**

8. CITY, COUNTY AND STATE WHERE CHARTERED TO OPERATE:
City | County | State
**ENTIRE U.S.A.**

6. DESIGNATION *(Local, Lodge, etc.)*
**NATIONAL UNION**

7. DESIGNATION NUMBER

9. MAILING ADDRESS
*(For official mail to the organization)*

*(In care of)* NAME OF PERSON
**PATT GIBBS, PRESIDENT**
NUMBER AND STREET
**P.O. Box 5045**
BUILDING AND ROOM NUMBER *(If any)*

CITY
**IRVING, TEXAS**
STATE
**TEXAS**
ZIP CODE
**75062**

10. RECORDS TO VERIFY THIS REPORT ARE KEPT AT:
(A) ☐ Address in Item 9.
(B) ☐ Other *(Show address with ZIP Code)*.

11. IS YOUR LABOR ORGANIZATION:
(A) ☐ A Local, Lodge, Branch, etc.
(B) ☐ An Intermediate *(a conference, general committee, joint board, system board, joint council, district, etc.)*
(C) ☒ A National or International.

12. EXPECTED ANNUAL RECEIPTS:
(A) ☐ Less than $30,000.
(B) ☒ $30,000 or more.

13. LIST THE NAMES AND TITLES OF ALL YOUR PRESENT OFFICERS:
**PATT GIBBS, PRESIDENT**
**KATHY KNOOP, VICE-PRESIDENT**
**SECRETARY, KAREN CHENAULT**
**LINDA PROSSER, TREASURER**
**ROSS MONTGOMERY, WESTERN REPRESENTATIVE**
**SANDRA HONAKER, CENTRAL DIVISION REPRESENTATIVE**
**ARDELL CALLAS, EASTERN DIVISION REPRESENTATIVE**
**COLLEEN BRENNER, EASTERN DIV. REPRESENTATIVE**

14. ENTER THE DATE OF YOUR ORGANIZATION'S NEXT REGULAR ELECTION OF OFFICERS:
**NOT FIXED YET**   Month_____   Year_____

15. ADDITIONAL INFORMATION

ITEM NUMBER

IN RESPONSE TO QUESTION 18 G(2) THE ANSWER IS: THIS IS A NEWLY FORMED NATIONAL ORGANIZATION. IT HAS NOT YET ATTAINED COLLECTIVE BARGAINING RIGHTS UNDER APPLICABLE FEDERAL LAW. THE FIRST SET OF OFFICES ARE PROVISIONAL AND WERE ELECTED BY DELEGATES FROM EACH FLIGHT BASE. WHEN THE ASSOCIATION ACHIEVES BARGAINING RIGHTS UNDER APPLICABLE FEDERAL LAW, PROVISION IS CONTAINED IN THE CONSTITUTION AND BY-LAWS IN SECTION 3 A. FOR THE CONDUCT OF A SECRET BALLOT MEMBERSHIP ELECTION BY MAIL VOTES.

*(If more space is needed, attach additional sheets with further statements, properly identified.)*

Each of the undersigned, duly authorized officers of the above labor organization, declares, under the applicable penalties of law,* that all of the information submitted herewith (including the information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned's knowledge and belief, true, correct, and complete.

19. SIGNED: _Patt Gibbs_   PRESIDENT
*(If other title, cross out and write in correct title above. Explain in Item 15.)*
at: _Irving_   _TX_   _75062_   on: _2-28-77_
City   State   Date
214-231-2536 -- 214-256-3867
TELEPHONE NO. *(Include Area Code)*

20. SIGNED: _Karen A. Chenault_   SECRETARY
*(If other title, cross out and write in correct title above. Explain in Item 15.)*
at: _Irving, Tx._   2/28/77
City   State   Date
214 255 6484 or 214 231 2536
TELEPHONE NO. *(Include Area Code)*

* See section on "Penalties" in accompanying Instructions.

Form LM-1 (Rev. 1975) Page 1     COPY 4

APPENDIX P. 1

**16. LIST FEES AND DUES REQUIRED:**
*(Complete each line. Enter "None" or "Not applicable" as appropriate.)*

| | (A) If one rate applies, enter here | (B) If more than one rate applies, enter here |
| --- | --- | --- |
| | | Minimum / Maximum |
| (1) Initiation fee or fees required from new members . . . . . . . . . . . . . . . | $ 10.00 | $_____ $_____ |
| (2) Fees other than dues required from transfer members . . . . . . . . | $ NONE | $_____ $_____ |
| (3) Are work permits issued? ☐ Yes ☐ No  If "Yes," give fees required | $ NONE per_____ | $____ per____ $____ per____ |
| (4) Regular dues or fees or other periodic payments required to remain a member of the reporting labor organization *(per year, mo., etc.)*. . | $ 8.50 per MONTH | $____ per____ $____ per____ |

**17.** TWO COPIES OF YOUR LABOR ORGANIZATION'S CURRENT CONSTITUTION AND BYLAWS MUST BE FILED WITH THIS REPORT. UNDER CERTAIN CIRCUMSTANCES *(SEE INSTRUCTIONS FOR THIS ITEM)* YOUR PARENT NATIONAL OR INTERNATIONAL MAY FILE COPIES ON YOUR BEHALF.

Is your parent national or international submitting copies on your behalf?  ☐ Yes  ☒ No

List below each document filed with this report.

**BILL OF RIGHTS AND CONSTITUTION AND BY-LAWS OF THE ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS**

---

**FEDERAL-EMPLOYEE LABOR ORGANIZATIONS SUBJECT SOLELY TO EXECUTIVE ORDER 11491, AS AMENDED, ARE NOT REQUIRED TO COMPLETE ITEM 18.**

**18.** INDICATE THE PROVISIONS MADE OR PROCEDURES FOLLOWED BY YOUR ORGANIZATION CONCERNING THE FOLLOWING MATTERS:

Please either (1) show in the proper column where a detailed statement on the particular item can be found in the documents submitted under Item 17, or (2) give such a detailed statement in Item 15 or if there is not enough space in Item 15, submit the detailed statement on a separate sheet attached to this form and identify the detailed statement in the proper column below.

| Item | Page and section or paragraph number of constitution or bylaws | Identification of other detailed statement |
| --- | --- | --- |
| (A) Qualifications for or restrictions on membership . . . . . . . . . . . . . . . . . | ARTICLE III, SECTION 1 | |
| (B) Levying of assessments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ARTICLE IV | |
| (C) Participation in insurance or other benefit plans . . . . . . . . . . . . . . . . . | NONE | |
| (D) Authorization for disbursement of labor organization funds . . . . . . . . . | ARTICLE II, SEC. 6 | |
| (E) Audit of labor organization financial transactions . . . . . . . . . . . . . . . . | ARTICLE XI, SEC. 1D | |
| (F) The calling of regular and special meetings . . . . . . . . . . . . . . . . . . . . . . | NOT APPLICABLE | |
| (G) (1) The selection of officers and stewards and of any representatives to other bodies composed of labor organizations' representatives . . . . . . . . . . . . . . . . | ARTICLE V, IX | |
| (2) If any officer was not elected in accordance with the provisions of the constitution and bylaws which you have identified in Item 18(G)(1) above, *give a detailed statement in Item 15* explaining the manner in which such officer was selected. | SEE ITEM 15 | |
| (3) All procedures which a member must follow to protest a defect in the election of officers (including not only all procedures for *initiating* an election protest but also all procedures for subsequently *appealing* an adverse decision; e.g., procedures for appeals to superior or parent bodies, if any.) | ARTICLE VII, SEC. D & E | |
| (H) Discipline or removal of officers or agents for breaches of their trust . . . . . . . . . . . | ARTICLE VI | |
| (I) Imposition of fines, suspensions, and expulsions of members including the grounds for such action and any provisions made for notice, hearing, judgment on the evidence, and appeal procedures . . . . . . . . . . . . . . . . . . . . . . | ARTICLE VII | |
| (J) Authorization for bargaining demands . . . . . . . . . . . . . . . . . . . . . . . . . . | ARTICLE XVIII | |
| (K) Ratification of contract terms . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ARTICLE XVIII | |
| (L) Authorization for strikes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ARTICLE XVIII | |
| (M) Issuance of work permits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | NOT APPLICABLE | |

Form LM-1 (Rev. 1975) Page 2

# FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 01-31-2025

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 509-620 | 2. PERIOD COVERED From 04/01/2021 Through 03/31/2022 | 3. (a) AMENDED - Is this an amended report: No (b) HARDSHIP - Filed under the hardship procedures: No (c) TERMINAL - This is a terminal report: No |
|---|---|---|---|

**4. AFFILIATION OR ORGANIZATION NAME**
ASSOCIATION OF PROFESSIONAL FLIGHT

**5. DESIGNATION (Local, Lodge, etc.)**

**6. DESIGNATION NBR**

**7. UNIT NAME (if any)**

**9. Are your organization's records kept at its mailing address?**  Yes

**8. MAILING ADDRESS (Type or print in capital letters)**

First Name
Erik

Last Name
Harris

P.O Box - Building and Room Number

Number and Street
1004 WEST EULESS BLVD

City
EULESS

State
TX

ZIP Code + 4
760405009

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

| 70. SIGNED: | Julie F Hedrick | PRESIDENT | 71. SIGNED: | Erik D Harris | TREASURER |
|---|---|---|---|---|---|
| Date: | Aug 25, 2022 | Telephone Number: 707-694-4552 | Date: | Aug 15, 2022 | Telephone Number: 817-540-0108 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 3**

**ITEMS 10 THROUGH 21**

| | |
|---|---|
| 10. During the reporting period did the labor organization create or participate in the administration of a trust or a fund or organization, as defined in the instructions, which provides benefits for members or beneficiaries? | No |
| 11(a). During the reporting period did the labor organization have a political action committee (PAC) fund? | Yes |
| 11(b). During the reporting period did the labor organization have a subsidiary organization as defined in Section X of these Instructions? | No |
| 12. During the reporting period did the labor organization have an audit or review of its books and records by an outside accountant or by a parent body auditor/representative? | Yes |
| 13. During the reporting period did the labor organization discover any loss or shortage of funds or other assets? (Answer "Yes" even if there has been repayment or recovery.) | No |
| 14. What is the maximum amount recoverable under the labor organization's fidelity bond for a loss caused by any officer, employee or agent of the labor organization who handled union funds? | $500,000 |
| 15. During the reporting period did the labor organization acquire or dispose of any assets in a manner other than purchase or sale? | No |
| 16. Were any of the labor organization's assets pledged as security or encumbered in any way at the end of the reporting period? | No |
| 17. Did the labor organization have any contingent liabilities at the end of the reporting period? | No |
| 18. During the reporting period did the labor organization have any changes in its constitution or bylaws, other than rates of dues and fees, or in practices/procedures listed in the instructions? | No |
| 19. What is the date of the labor organization's next regular election of officers? | 02/2024 |

20. How many members did the labor organization have at the end of the reporting period? 23,440

21. What are the labor organization's rates of dues and fees?

| Rates of Dues and Fees | | | | |
|---|---|---|---|---|
| Dues/Fees | Amount | Unit | Minimum | Maximum |
| (a) Regular Dues/Fees | 41 | per Month | 41 | 41 |
| (b) Working Dues/Fees | | per | | |
| (c) Initiation Fees | 50 | per | N/A | |
| (d) Transfer Fees | | per | | |
| (e) Work Permits | | per | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 4**

**STATEMENT A - ASSETS AND LIABILITIES**                                                FILE NUMBER: 509-620

| ASSETS | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 22. Cash | | $3,052,946 | $2,976,454 |
| 23. Accounts Receivable | 1 | $230,333 | $39,706 |
| 24. Loans Receivable | 2 | $0 | $0 |
| 25. U.S. Treasury Securities | | $0 | $0 |
| 26. Investments | 5 | $15,959,205 | $16,758,449 |
| 27. Fixed Assets | 6 | $386,221 | $494,483 |
| 28. Other Assets | 7 | $17,486 | $37,026 |
| 29. TOTAL ASSETS | | $19,646,191 | $20,306,118 |

ASSETS

| LIABILITIES | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 30. Accounts Payable | 8 | $840,257 | $1,256,666 |
| 31. Loans Payable | 9 | $0 | $0 |
| 32. Mortgages Payable | | $0 | $0 |
| 33. Other Liabilities | 10 | $0 | $0 |
| 34. TOTAL LIABILITIES | | $840,257 | $1,256,666 |

LIABILITIES

| | | Start of Reporting Period | End of Reporting Period |
|---|---|---|---|
| 35. NET ASSETS | | $18,805,934 | $19,049,452 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 5**

**STATEMENT B - RECEIPTS AND DISBURSEMENTS**                                              FILE NUMBER: 509-620

| CASH RECEIPTS | SCH | AMOUNT | CASH DISBURSEMENTS | SCH | AMOUNT |
|---|---|---|---|---|---|
| 36. Dues and Agency Fees | | $11,283,069 | 50. Representational Activities | 15 | $6,213,809 |
| 37. Per Capita Tax | | $0 | 51. Political Activities and Lobbying | 16 | $217,805 |
| 38. Fees, Fines, Assessments, Work Permits | | $0 | 52. Contributions, Gifts, and Grants | 17 | $7,650 |
| 39. Sale of Supplies | | $0 | 53. General Overhead | 18 | $1,677,215 |
| 40. Interest | | $298,693 | 54. Union Administration | 19 | $1,804,774 |
| 41. Dividends | | $0 | 55. Benefits | 20 | $643,739 |
| 42. Rents | | $0 | 56. Per Capita Tax | | $0 |
| 43. Sale of Investments and Fixed Assets | 3 | $20,657 | 57. Strike Benefits | | $0 |
| 44. Loans Obtained | 9 | $0 | 58. Fees, Fines, Assessments, etc. | | $0 |
| 45. Repayments of Loans Made | 2 | $0 | 59. Supplies for Resale | | $0 |
| 46. On Behalf of Affiliates for Transmittal to Them | | $0 | 60. Purchase of Investments and Fixed Assets | 4 | $966,954 |
| 47. From Members for Disbursement on Their Behalf | | $0 | 61. Loans Made | 2 | $0 |
| 48. Other Receipts | 14 | $0 | 62. Repayment of Loans Obtained | 9 | $0 |
| 49. TOTAL RECEIPTS | | $11,602,419 | 63. To Affiliates of Funds Collected on Their Behalf | | $0 |
| | | | 64. On Behalf of Individual Members | | $0 |
| | | | 65. Direct Taxes | | $146,965 |
| | | | | | |
| | | | 66. Subtotal | | $11,678,911 |
| | | | 67. Withholding Taxes and Payroll Deductions | | |
| | | | 67a. Total Withheld | $463,094 | |
| | | | 67b. Less Total Disbursed | $463,094 | |
| | | | 67c. Total Withheld But Not Disbursed | | |
| | | | 68. TOTAL DISBURSEMENTS | | $11,678,911 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 6**

**SCHEDULE 1 - ACCOUNTS RECEIVABLE AGING SCHEDULE**    FILE NUMBER: 509-620

| Entity or Individual Name<br>(A) | Total Account<br>Receivable<br>(B) | 90-180 Days<br>Past Due<br>(C) | 180+ Days<br>Past Due<br>(D) | Liquidated Account<br>Receivable<br>(E) |
|---|---|---|---|---|
| American Airlines Payloss | $37,117 | | | |
| Total of all itemized accounts receivable | $37,117 | $0 | $0 | $0 |
| Totals from all other accounts receivable | $2,589 | | | |
| **Totals** (Total of Column (B) will be automatically entered in Item 23, Column(B)) | $39,706 | $0 | $0 | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

    **APPENDIX P. 7**    

SCHEDULE 2 - LOANS RECEIVABLE

FILE NUMBER: 509- 620

| List below loans to officers, employees, or members which at any time during the reporting period exceeded $250 and list all loans to business enterprises regardless of amount. (A) | Loans Outstanding at Start of Period (B) | Loans Made During Period (C) | Repayments Received During Period | | Loans Outstanding at End of Period (E) |
|---|---|---|---|---|---|
| | | | Cash (D)(1) | Other Than Cash (D)(2) | |
| Name: None<br>Purpose: None<br>Security: None<br>Terms of Repayment: None | $0 | $0 | $0 | $0 | $0 |
| Total of loans not listed above | | | | | |
| Total of all lines above | $0 | $0 | $0 | $0 | $0 |
| Totals will be automatically entered in... | Item 24 Column (A) | Item 61 | Item 45 | Item 69 with Explanation | Item 24 Column (B) |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 8**

SCHEDULE 3 - SALE OF INVESTMENTS AND FIXED ASSETS                                                                                    FILE NUMBER: 509-620

| Description (if land or buildings, give location) (A) | Cost (B) | Book Value (C) | Gross Sales Price (D) | Amount Received (E) |
|---|---|---|---|---|
| Net GAIN FROM SALE OF SECURITIES | $20,657 | $20,657 | $20,657 | $20,657 |
| Total of all lines above | $20,657 | $20,657 | $20,657 | $20,657 |
| | | | Less Reinvestments | $0 |
| (The total from Net Sales Line will be automatically entered in Item 43) | | | Net Sales | $20,657 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

SCHEDULE 4 - PURCHASE OF INVESTMENTS AND FIXED ASSETS                               FILE NUMBER: 509-620

| Description (if land or buildings, give location)<br>(A) | Cost<br>(B) | Book Value<br>(C) | Cash Paid<br>(D) |
|---|---|---|---|
| COMPUTERS | $168,135 | $168,135 | $168,135 |
| TELEPHONE EQUIPMENT | $29,519 | $29,519 | $29,519 |
| NET LOSS FROM SALE OF ASSETS | $769,300 | $769,300 | $769,300 |
| Total of all lines above | $966,954 | $966,954 | $966,954 |
| | | Less Reinvestments | $0 |
| (The total from Net Purchases Line will be automatically entered in Item 60.) | | Net Purchases | $966,954 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 10**

**SCHEDULE 5 - INVESTMENTS** Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 11 of 59   PageID 1599          FILE NUMBER: 509-620

| Description (A) | Amount (B) |
|---|---|
| Marketable Securities | |
| A. Total Cost | $16,758,449 |
| B. Total Book Value | $16,758,449 |
| C. List each marketable security which has a book value over $5,000 and exceeds 5% of Line B. | |
| Various Investments from Brokerage Statements | $16,758,449 |
| Other Investments | |
| D. Total Cost | |
| E. Total Book Value | |
| F. List each other investment which has a book value over $5,000 and exceeds 5% of Line E.  Also, list each subsidiary for which separate reports are attached. | |
| **G. Total of Lines B and E** (Total will be automatically entered in Item 26, Column(B)) | $16,758,449 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 11**

**SCHEDULE 6 - FIXED ASSETS** <span style="color:blue">Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 12 of 59   PageID 1600</span>   FILE NUMBER: 509-620

| Description<br>(A) | Cost or Other Basis<br>(B) | Total Depreciation or<br>Amount Expensed<br>(C) | Book Value<br>(D) | Value<br>(E) |
|---|---|---|---|---|
| A. Land (give location) | | | | |
| Land 1 :    1004 West Euless Blvd., Euless TX 76040 | $135,000 | | $135,000 | $135,000 |
| B. Buildings (give location) | | | | |
| Building 1 :    1004 West Euless Blvd., Euless TX 76040 | $1,393,113 | $1,267,485 | $125,627 | $125,627 |
| C. Automobiles and Other Vehicles | $96,416 | $96,416 | $0 | $0 |
| D. Office Furniture and Equipment | $1,648,661 | $1,414,805 | $233,856 | $233,856 |
| E. Other Fixed Assets | | | | |
| **F. Totals of Lines A through E** (Column(D) Total will be automatically entered in Item 27, Column(B)) | $3,273,190 | $2,778,706 | $494,483 | $494,483 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

<span style="color:blue">**APPENDIX P. 12**</span>

509-620 (LM2) 03/31/2022

FILE NUMBER: 509-620

| Description (A) | Book Value (B) |
|---|---|
| Lease Deposits | $500 |
| Prepaid Expenses | $36,526 |
| **Total** (Total will be automatically entered in Item 28, Column(B)) | $37,026 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 13**

**SCHEDULE 8 - ACCOUNTS PAYABLE AGING SCHEDULE**

FILE NUMBER: 509-620

| Entity or Individual Name<br>(A) | Total Account<br>Payable<br>(B) | 90-180 Days<br>Past Due<br>(C) | 180+ Days Past<br>Due<br>(D) | Liquidated Account<br>Payable<br>(E) |
|---|---|---|---|---|
| JAHREIS, CHERYL | $1,242 | $0 | $0 | $0 |
| ETHIX VENTURES, INC | $5,280 | $0 | $0 | $0 |
| MARRIOTT BUSINESS SERVICES | $64,851 | $0 | $0 | $0 |
| ZEEK INTERACTIVE | $7,138 | $0 | $0 | $0 |
| OSBORNE LAW OFFICES | $2,610 | $0 | $0 | $0 |
| AMERICAN AIRLINES PAYLOSS | $1,059,656 | $0 | $0 | $0 |
| WELLS FARGO ADVISORS | $97,947 | $0 | $0 | $0 |
| ANAGO OF DALLAS | $1,287 | $0 | $0 | $0 |
| TEXICAN COURT | $1,921 | $0 | $0 | $0 |
| CHETU, INC | $10,000 | $0 | $0 | $0 |
| TXU ENERGY | $1,847 | $0 | $0 | $0 |
| Total for all itemized accounts payable | $1,253,779 | $0 | $0 | $0 |
| Total from all other accounts payable | $2,887 | $0 | $0 | $0 |
| **Totals** (Total for Column(B) will be automatically entered in Item 30, Column(D)) | $1,256,666 | $0 | $0 | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 14**

**SCHEDULE 9 - LOANS PAYABLE**                                                                        FILE NUMBER: 509-620

| Source of Loans Payable at Any Time During the Reporting Period (A) | Loans Owed at Start of Period (B) | Loans Obtained During Period (C) | Repayment During Period Cash (D)(1) | Repayment During Period Other Than Cash (D)(2) | Loans Owed at End of Period (E) |
|---|---|---|---|---|---|
| None | $0 | $0 | $0 | $0 | $0 |
| Total Loans Payable | $0 | $0 | $0 | $0 | $0 |
| Totals will be automatically entered in... | Item 31 Column (C) | Item 44 | Item 62 | Item 69 with Explanation | Item 31 Column (D) |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**SCHEDULE 10 - OTHER LIABILITIES**                                                                   FILE NUMBER: 509-620

| Description<br>(A) | Amount at End of Period<br>(B) |
|---|---|
| None | $0 |
| **Total Other Liabilities** (Total will be automatically entered in Item 33, Column(D)) | $0 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

APPENDIX P. 16

SCHEDULE 11 - ALL OFFICERS AND DISBURSEMENTS TO OFFICERS       FILE NUMBER: 509-620

| | (A) Name | (B) Title | (C) Status | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| A B C | HEDRICK , JULIE NATIONAL PRESIDENT | | | $128,854 | | $5,041 | | $133,895 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | SALAS , LARRY NATIONAL VICE PRESIDENT | | | $122,311 | | $5,536 | | $127,847 |
| I | Schedule 15 Representational Activities | 80 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | BLACK , JOSH NATIONAL SECRETARY | | | $116,100 | | $8,368 | | $124,468 |
| I | Schedule 15 Representational Activities | 30 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 60 % |
| A B C | HARRIS , ERIK NATIONAL TREASURER | | | $116,255 | | $7,324 | | $123,579 |
| I | Schedule 15 Representational Activities | 10 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 80 % |
| A B C | AGEE , ROBIN BASE PRESIDENT | | | $48,635 | | $4,762 | | $53,397 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | DE ROXTRA , AMBER BASE PRESIDENT | | | $67,832 | | $6,656 | | $74,488 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | HAZELWOOD , SCOTT BASE PRESIDENT | | | $64,267 | | $3,350 | | $67,617 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | KASWINKEL , KIMBERLY BASE PRESIDENT | | | $87,117 | | $3,670 | | $90,787 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | MILENKOVIC , AMY BASE PRESIDENT | | | $41,176 | | $2,562 | | $43,738 |

APPENDIX P. 17

Case 4:22-cv-00343-Y Document 59-1 Filed 11/22/22 Page 18 of 59 PageID 1606

| (A)<br>Name | (B)<br>Title | (C)<br>Status | Gross Salary Disbursements (before any deductions) | Allowances Disbursed | Disbursements for Official Business | Other Disbursements not reported in (D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A NIKIDES , JOHN<br>B BASE PRESIDENT<br>C C | | | $111,350 | | $5,731 | | | $117,081 |
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A PENNEL , JOHN<br>B BASE PRESIDENT<br>C C | | | $72,947 | | $6,030 | | | $78,977 |
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A ROSS , ROBERT<br>B BASE PRESIDENT<br>C N | | | $20,253 | | $1,695 | | | $21,948 |
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A SANTANA , CHRISTIAN<br>B BASE PRESIDENT<br>C C | | | $76,160 | | $2,557 | | | $78,717 |
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A TRAUTMAN , RANDY<br>B BASE PRESIDENT<br>C C | | | $119,656 | | $5,476 | | | $125,132 |
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A WROBLE , SUSAN<br>B BASE PRESIDENT<br>C C | | | $106,387 | | $6,563 | | | $112,950 |
| I | | 90 % | Schedule 15<br>Representational Activities | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| Total Officer Disbursements | | | $1,299,300 | $0 | $75,321 | $0 | | $1,374,621 |
| Less Deductions | | | | | | | | |
| Net Disbursements | | | | | | | | $1,374,621 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 18**

11/11/22, 11:14 AM        509-620 (LM2) 03/31/2022

SCHEDULE 12 - DISBURSEMENTS TO EMPLOYEES   Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 19 of 59   PageID 1607      FILE NUMBER: 509-620

| | (A) Name | (B) Title | | (C) Other Payer | | (D) Gross Salary Disbursements (before any deductions) | | (E) Allowances Disbursed | (F) Disbursements for Official Business | | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C | CLIATT , MICHELLE<br>SBA AST. ADMINISTRATOR<br>NONE | | | | | $46,171 | | | | | | $46,171 |
| I | Schedule 15<br>Representational Activities | | 80 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 10 % |
| A B C | COOPER , ROSEMARY<br>EXECUTIVE ASSISTANT<br>NONE | | | | | $59,833 | | | | | | $59,833 |
| I | Schedule 15<br>Representational Activities | | 30 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 60 % |
| A B C | COURTNEY , LISA<br>GENERAL SECRETARY<br>NONE | | | | | $25,355 | | | | | | $25,355 |
| I | Schedule 15<br>Representational Activities | | 30 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 60 % |
| A B C | CZABAJSZKI , JODI<br>EXECUTIVE ASSISTANT<br>NONE | | | | | $57,816 | | | | | | $57,816 |
| I | Schedule 15<br>Representational Activities | | 30 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 60 % |
| A B C | DONNETTE , IVY<br>GRAPHICS<br>NONE | | | | | $62,238 | | | | | | $62,238 |
| I | Schedule 15<br>Representational Activities | | 30 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 60 % |
| A B C | EARLY , RACHEL<br>ACCOUNTING CLERK<br>NONE | | | | | $19,981 | | | | | | $19,981 |
| I | Schedule 15<br>Representational Activities | | 10 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 80 % |
| A B C | HOOVER , DEBBIE<br>SENIOR ACCOUNTANT<br>NONE | | | | | $60,501 | | | | | | $60,501 |
| I | Schedule 15<br>Representational Activities | | 10 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 80 % |
| A B C | MARKO , ELIZABETH<br>EXECUTIVE ASSISTANT<br>NONE | | | | | $58,796 | | | | | | $58,796 |
| I | Schedule 15<br>Representational Activities | | 30 % | Schedule 16<br>Political Activities and Lobbying | 10 % | Schedule 17<br>Contributions | | | Schedule 18<br>General Overhead | | Schedule 19<br>Administration | 60 % |
| A B C | NIKITAS , MARGOT<br>ATTORNEY<br>NONE | | | | | $90,054 | | | $610 | | | $90,664 |

**APPENDIX P. 19**

Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 20 of 59   PageID 1608

| | (A) Name / (B) Title / (C) Other Payer | | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 80 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A | RAMOS , KIMBERLY | | | | | | |
| B | SBA ADMINISTRATOR | | $46,820 | | | | $46,820 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 80 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A | RAY , DAVID | | | | | | |
| B | SYSTEMS MANAGER | | $85,054 | | | | $85,054 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | 100 % Schedule 19 Administration | |
| A | REINO , ERIKA | | | | | | |
| B | MEMBERSHIP SECRETARY | | $46,505 | | | | $46,505 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 30 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 60 % |
| A | REYES , BRITTANY | | | | | | |
| B | OFFICE COORDINATIOR | | $50,597 | | | | $50,597 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 10 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | 10 % Schedule 19 Administration | 80 % |
| A | REYES , ELIZABETH | | | | | | |
| B | DUES SECRETARY | | $47,120 | | | | $47,120 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 30 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 60 % |
| A | THEDFORD , CHRISTOPHER | | | | | | |
| B | SENIOR ACCOUNTANT | | $76,855 | | | | $76,855 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 10 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 80 % |
| A | WICHMAN , KAREN | | | | | | |
| B | GENERAL SECRETARY | | $46,998 | | | | $46,998 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 30 % Schedule 16 Political Activities and Lobbying | 10 % Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 60 % |
| A | HARTSHORN JR , PAUL | | | | | | |
| B | DEPARTMENT CHAIR | | $101,832 | | $4,523 | | $106,355 |
| C | NONE | | | | | | |
| I | Schedule 15 Representational Activities | 90 % Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |

APPENDIX P. 20

Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 21 of 59   PageID 1609

| (A) Name / (B) Title / (C) Other Payer | | | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|
| A MALOOL , MICHAEL<br>B DEPARTMENT CHAIR<br>C NONE | | | $70,566 | | $6,691 | | $77,257 |
| I Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A MCMILLAN , MARTI<br>B DEPARTMENT CHAIR<br>C NONE | | | $73,839 | | $3,464 | | $77,303 |
| I Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A PECKSON , BELLIA<br>B DEPARTMENT CHAIR<br>C NONE | | | $101,328 | | $4,400 | | $105,728 |
| I Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A PETERSEN , JEFF<br>B DEPARTMENT CHAIR<br>C NONE | | | $97,696 | | $4,624 | | $102,320 |
| I Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A SHARP , CATHERINE<br>B DEPARTMENT CHAIR<br>C NONE | | | $60,652 | | $4,400 | | $65,052 |
| I Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A STUBBLEFIELD , VIVIAN<br>B DEPARTMENT CHAIR<br>C NONE | | | $42,527 | | $3,106 | | $45,633 |
| I Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 |
| ALLEN , GRACE<br>REGIONAL REP<br>NONE | | | $90,105 | | $5,290 | | $9 |
| Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 |
| BADER , NICHOLAS<br>REGIONAL REP<br>NONE | | | $65,418 | | $6,050 | | $7 |
| Schedule 15 Representational Activities | 80 % | Schedule 16 Political Activities and Lobbying | 10 % | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 10 |
| BOSEWELL , ALIN<br>REGIONAL REP<br>NONE | | | $86,563 | | $3,982 | | $9 |

**APPENDIX P. 21**

| (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|
| I | 80 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | 10 % | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A GENTILE , MARK B REGIONAL REP C NONE | | | | $88,085 | | $4,349 | $92,43 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A LEWIS , RAYMOND B REGIONAL REP C NONE | | | | $61,384 | | $787 | $62,17 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A NAPPER , CATHERINE B REGIONAL REP C NONE | | | | $97,657 | | $4,394 | $102,05 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A WALTERS , ROBYN B REGIONAL REP C NONE | | | | $79,417 | | $4,894 | $84,31 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A AMERINE , ALLAN B REP C NONE | | | | $33,678 | | $2,749 | $36,42 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A ARCENEAUX , MARK B REP C NONE | | | | $53,377 | | $4,184 | $57,56 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A BALES , LISA B REP C NONE | | | | $98,742 | | $4,014 | $102,75 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |
| A BALOGH , BETSY B REP C NONE | | | | $15,562 | | $1,200 | $16,76 |
| I | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 15 Representational Activities | | Schedule 17 Contributions | Schedule 18 General Overhead / Schedule 19 Administration | 10 % |

Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 23 of 59   PageID 1611

| | (A)<br>Name | (B)<br>Title | (C)<br>Other Payer | (D)<br>Gross Salary<br>Disbursements<br>(before any<br>deductions) | (E)<br>Allowances Disbursed | (F)<br>Disbursements for Official<br>Business | (G)<br>Other Disbursements not<br>reported in<br>(D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|---|
| A<br>B<br>C | BIGCRAFT , JOHNNEA<br>REP<br>NONE | | | $42,709 | | $2,718 | | $45,427 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | BOCENDA , JILLIAN<br>REP<br>NONE | | | $28,959 | | | | $28,959 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | BOUNDS , JOSH<br>REP<br>NONE | | | $42,263 | | $3,600 | | $45,863 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | BRISSETTE , JENNIFER<br>REP<br>NONE | | | $21,278 | | $2,305 | | $23,583 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | BRITTON , DIANNE<br>REP<br>NONE | | | $14,604 | | $1,051 | | $15,655 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | BROOKS , ADAM<br>REP<br>NONE | | | $17,978 | | $1,259 | | $19,237 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | BURGE , STEVE<br>REP<br>NONE | | | $33,793 | | $2,375 | | $36,168 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | CAGLE , FRANK<br>REP<br>NONE | | | $54,278 | | $2,975 | | $57,253 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | CANGEY , RICK<br>REP<br>NONE | | | $34,389 | | $1,325 | | $35,714 |

APPENDIX P. 23

| | (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | CARPENTER , BETH REP NONE | | | $27,612 | | $925 | | $28,5 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | CLARK , BRIAN REP NONE | | | $77,972 | | $3,700 | | $81,6 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | CLEMENT , AMBER REP NONE | | | $8,198 | | $3,067 | | $11,2 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | CORSO , KATHRYN REP NONE | | | $10,434 | | $900 | | $11,3 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | CUEVAS , AARON REP NONE | | | $46,635 | | $4,848 | | $51,4 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | DANG , LYANA REP NONE | | | $29,153 | | $1,800 | | $30,9 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | DANG , PHELICIA REP NONE | | | $49,414 | | $4,283 | | $53,6 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | DELAHUNTY , PHILIP REP NONE | | | $23,376 | | $10,458 | | $33,8 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |

| | (A)<br>Name | (B)<br>Title | (C)<br>Other Payer | (D)<br>Gross Salary<br>Disbursements<br>(before any<br>deductions) | (E)<br>Allowances Disbursed | (F)<br>Disbursements for Official<br>Business | (G)<br>Other Disbursements not<br>reported in<br>(D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|---|
| A<br>B<br>C | DUNN , SHARON<br>REP<br>NONE | | | $53,559 | | $3,078 | | $56,637 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | EPERJESI , HALEY<br>REP<br>NONE | | | $51,910 | | $5,045 | | $56,955 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | FARLEY , CARLETTA<br>REP<br>NONE | | | $20,214 | | $1,150 | | $21,364 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | FLOWERS , SECORRA<br>REP<br>NONE | | | $50,310 | | $3,743 | | $54,053 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | GLUTH , MARCUS<br>REP<br>NONE | | | $12,332 | | | | $12,332 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | GREEN , AMY<br>REP<br>NONE | | | $97,628 | | $9,506 | | $107,134 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | GUSTIN , ANDREA<br>REP<br>NONE | | | $48,287 | | $2,849 | | $51,136 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | HAERTLING , LINDA<br>REP<br>NONE | | | $12,698 | | $824 | | $13,522 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and<br>Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | HANCOCK , PATRICK<br>REP<br>NONE | | | $18,464 | | $1,182 | | $19,646 |

**APPENDIX P. 25**

| | (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | HANSEN , LAURA REP NONE | | | $47,311 | | $2,838 | | $50,14 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | HODGSON , ERIC REP NONE | | | $38,167 | | $2,835 | | $41,00 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | HOWARD , ANDRE REP NONE | | | $90,641 | | $4,378 | | $95,01 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | IBARRA , BILL REP NONE | | | $32,990 | | $1,650 | | $34,64 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | ISLERWOOD , IZUMI REP NONE | | | $12,959 | | $1,310 | | $14,26 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | JACQUET , HEATHER REP NONE | | | $52,069 | | $3,868 | | $55,93 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | JOHNSON , BARRINGTON REP NONE | | | $25,648 | | $1,846 | | $27,49 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | JOHNSON , KEVIN REP NONE | | | $32,001 | | $2,425 | | $34,42 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |

| | (A) Name | (B) Title | (C) Other Payer | | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| A B C | KING , PENELOPE<br>REP<br>NONE | | | | $77,129 | | $5,696 | | $82,825 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | LITTLETON , MARK<br>REP<br>NONE | | | | $39,170 | | | | $39,170 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | LORDI , IAN<br>REP<br>NONE | | | | $42,955 | | $3,035 | | $45,990 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | LYDECKER , BECKY<br>REP<br>NONE | | | | $24,166 | | $2,315 | | $26,481 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | MALIS , ALEXANDRA<br>REP<br>NONE | | | | $33,246 | | $3,599 | | $36,845 |
| I | Schedule 15 Representational Activities | | Schedule 16 Political Activities and Lobbying | 80 % | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 20 % |
| A B C | MARTIN , LILLIAN<br>REP<br>NONE | | | | $66,119 | | $4,760 | | $70,879 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | MAYER , RENEE<br>REP<br>NONE | | | | $63,225 | | $3,772 | | $66,997 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | MEREDITH , CHRISTOPHER<br>REP<br>NONE | | | | $27,070 | | $1,823 | | $28,893 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | MONTANARI , TRACEY<br>REP<br>NONE | | | | $66,042 | | $3,600 | | $69,642 |

**APPENDIX P. 27**

| (A)<br>Name | (B)<br>Title | (C)<br>Other Payer | (D)<br>Gross Salary Disbursements (before any deductions) | (E)<br>Allowances Disbursed | (F)<br>Disbursements for Official Business | (G)<br>Other Disbursements not reported in (D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A MORGAN , HEIDI<br>B REP<br>C NONE | | | $99,356 | | $4,899 | | $104,255 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A MYERS , ASHLEY<br>B REP<br>C NONE | | | $41,572 | | $3,200 | | $44,772 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A NICOLADE , ARMANDO<br>B REP<br>C NONE | | | $32,442 | | $1,081 | | $33,523 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A NORVELL , ROBERT<br>B REP<br>C NONE | | | $28,885 | | $3,211 | | $32,096 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A O'KEEFE , GARY<br>B REP<br>C NONE | | | $39,486 | | $2,008 | | $41,494 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A OSWALD , WENDY<br>B REP<br>C NONE | | | $87,081 | | $5,214 | | $92,295 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A PATTERSEN , JUSTIN<br>B REP<br>C NONE | | | $68,499 | | $4,133 | | $72,632 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A POWERS , KELLI<br>B REP<br>C NONE | | | $14,803 | | $3,001 | | $17,804 |
| I Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |

**APPENDIX P. 28**

Case 4:22-cv-00343-Y Document 59-1 Filed 11/22/22 Page 29 of 59 PageID 1617

| | (A)<br>Name | (B)<br>Title | (C)<br>Other Payer | (D)<br>Gross Salary Disbursements (before any deductions) | (E)<br>Allowances Disbursed | (F)<br>Disbursements for Official Business | (G)<br>Other Disbursements not reported in (D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|---|
| A<br>B<br>C | REEVES , RICHARD<br>REP<br>NONE | | | $35,098 | | | | $35,09 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | RHINEHART , ANDREW<br>REP<br>NONE | | | $9,887 | | $382 | | $10,26 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | RUTZ , AMBER<br>REP<br>NONE | | | $36,643 | | | | $36,64 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | SAKACS , HEIDI<br>REP<br>NONE | | | $13,694 | | | | $13,69 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | SAMPEY , DAN<br>REP<br>NONE | | | $73,130 | | $3,613 | | $76,74 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | SARSFIELD , MARY<br>REP<br>NONE | | | $38,117 | | $6,268 | | $44,38 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | SCANLON , RANDI<br>REP<br>NONE | | | $61,263 | | $2,725 | | $63,98 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | SCATLIFFE , DALE<br>REP<br>NONE | | | $67,500 | | $4,251 | | $71,75 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| A<br>B<br>C | SCHWARTZ , TIM<br>REP<br>NONE | | | $13,591 | | $1,747 | | $15,33 |

APPENDIX P. 29

| | (A) Name | (B) Title | (C) Other Payer | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (F) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | SIVELS , CHARLOTTE REP NONE | | | $13,281 | | $1,254 | | $14,535 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | SMITH , MEILAN REP NONE | | | $10,748 | | | | $10,748 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | STANKO , JOE REP NONE | | | $15,928 | | $650 | | $16,578 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | STARKS , CHARLES REP NONE | | | $45,123 | | $2,850 | | $47,973 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | SULLIVAN , LOUISE REP NONE | | | $40,798 | | | | $40,798 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | TERRY , MARLENO REP NONE | | | $16,448 | | $1,148 | | $17,596 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | THRASHER-REEVES , RICHARD REP NONE | | | $16,819 | | $3,600 | | $20,419 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | TRUDELL , JOE REP NONE | | | $98,111 | | $4,131 | | $102,242 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |

| | (A) Name (B) Title (C) Other Payer | | | (D) Gross Salary Disbursements (before any deductions) | (E) Allowances Disbursed | (F) Disbursements for Official Business | (G) Other Disbursements not reported in (D) through (E) | (H) TOTAL |
|---|---|---|---|---|---|---|---|---|
| A B C | TUCK , KIM REP NONE | | | $32,034 | | $1,450 | | $33,484 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | VITTO-GLATTLY , LORI REP NONE | | | $23,381 | | $105 | | $23,486 |
| I | Schedule 15 Representational Activities | 0 % | Schedule 16 Political Activities and Lobbying | 80 % | Schedule 17 Contributions | Schedule 18 General Overhead | Schedule 19 Administration | 20 % |
| A B C | WALLACE , SUSAN REP NONE | | | $25,678 | | | | $25,678 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | WALSH-MARTIN , MAUREEN REP NONE | | | $100,834 | | $7,110 | | $107,944 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | CORRIGAN , SARA REP NONE | | | $71,057 | | $2,718 | | $73,775 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | HAGAN , KELLY REP NONE | | | $49,707 | | $2,849 | | $52,556 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | LEGEROS , TIM REP NONE | | | $71,221 | | $4,616 | | $75,837 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | MORGAN , BRIAN REP NONE | | | $70,252 | | $4,242 | | $74,494 |
| I | Schedule 15 Representational Activities | 90 % | Schedule 16 Political Activities and Lobbying | Schedule 17 Contributions | | Schedule 18 General Overhead | Schedule 19 Administration | 10 % |
| A B C | VOLPE , DEBORAH REP NONE | | | $33,009 | | | | $33,009 |

**APPENDIX P. 31**

Case 4:22-cv-00343-Y  Document 59-1  Filed 11/22/22  Page 32 of 59  PageID 1620

| (A)<br>Name | (B)<br>Title | (C)<br>Other Payer | (D)<br>Gross Salary Disbursements (before any deductions) | (E)<br>Allowances Disbursed | (F)<br>Disbursements for Official Business | (G)<br>Other Disbursements not reported in (D) through (F) | (H)<br>TOTAL |
|---|---|---|---|---|---|---|---|
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| TOTALS RECEIVED BY EMPLOYEES MAKING $10,000 OR LESS | | | $260,156 | | $18,074 | | $278,230 |
| I | Schedule 15<br>Representational Activities | 90 % | Schedule 16<br>Political Activities and Lobbying | Schedule 17<br>Contributions | Schedule 18<br>General Overhead | Schedule 19<br>Administration | 10 % |
| Total Employee Disbursements | | | $5,654,109 | $0 | $298,957 | $0 | $5,953,066 |
| Less Deductions | | | | | | | |
| Net Disbursements | | | | | | | $5,953,066 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 32**

ULE 13 - MEMBERSHIP STATUS

FILE NUMBER:

| Category of Membership (A) | Number (B) | Voting Eligibility (C) |
|---|---|---|
| lembership | 23,440 | Yes |
| s (Total of all lines above) | 23,440 | |
| Fee Payers* | 291 | |
| mbers/Fee Payers | 23,731 | |

Fee Payers are not considered members of the labor organization.

M-2 (Revised 2010); (Tech. Rev. 2/2013)

**DETAILED SUMMARY PAGE - SCHEDULES 14 THROUGH 19**    Case 4:22-cv-00343-Y    Document 59-1    Filed 11/22/22    Page 34 of 59    PageID 1622      FILE NUMBER: 509-620

| SCHEDULE 14   OTHER RECEIPTS | |
|---|---|
| 1. Named Payer Itemized Receipts | $0 |
| 2. Named Payer Non-itemized Receipts | $0 |
| 3. All Other Receipts | |
| 4. Total Receipts | $0 |
| | |

| SCHEDULE 17   CONTRIBUTIONS, GIFTS & GRANTS | |
|---|---|
| 1. Named Payee Itemized Disbursements | $7,500 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $0 |
| 4. To Employees | $0 |
| 5. All Other Disbursements | $150 |
| 6. Total Disbursements | $7,650 |

| SCHEDULE 15   REPRESENTATIONAL ACTIVITIES | |
|---|---|
| 1. Named Payee Itemized Disbursements | $251,982 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $1,050,829 |
| 4. To Employees | $4,783,212 |
| 5. All Other Disbursements | $127,786 |
| 6. Total Disbursements | $6,213,809 |

| SCHEDULE 18   GENERAL OVERHEAD | |
|---|---|
| 1. Named Payee Itemized Disbursements | $751,602 |
| 2. Named Payee Non-itemized Disbursements | $363,914 |
| 3. To Officers | $0 |
| 4. To Employees | $90,114 |
| 5. All Other Disbursements | $471,585 |
| 6. Total Disbursements | $1,677,215 |

| SCHEDULE 16   POLITICAL ACTIVITIES AND LOBBYING | |
|---|---|
| 1. Named Payee Itemized Disbursements | $27,875 |
| 2. Named Payee Non-itemized Disbursements | $0 |
| 3. To Officers | $37,590 |
| 4. To Employees | $139,034 |
| 5. All Other Disbursements | $13,306 |
| 6. Total Disbursements | $217,805 |

| SCHEDULE 19   UNION ADMINISTRATION | |
|---|---|
| 1. Named Payee Itemized Disbursements | $487,914 |
| 2. Named Payee Non-itemized Disbursements | $45,696 |
| 3. To Officers | $286,204 |
| 4. To Employees | $940,723 |
| 5. All Other Disbursements | $44,237 |
| 6. Total Disbursements | $1,804,774 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 34**

**SCHEDULE 14 - OTHER RECEIPTS**

| Name and Address (A) | | | |
|---|---|---|---|
| | Purpose (C) | Date (D) | Amount (E) |
| | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| -1 | Total of All Transactions with this Payee/Payer for This Schedule | | $0 |
| Type or Classification (B) | | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AFA-CWA | LEGAL REPRESENTATION | 04/01/2021 | $5,413 |
| | LEGAL REPRESENTATION | 05/01/2021 | $4,468 |
| 501 3rd Street | LEGAL REPRESENTATION | 06/01/2021 | $5,508 |
| Washington | LEGAL REPRESENTATION | 07/01/2021 | $10,175 |
| DC | LEGAL REPRESENTATION | 08/01/2021 | $12,508 |
| 20001-2797 | LEGAL REPRESENTATION | 12/01/2021 | $46,027 |
| **Type or Classification (B)** | LEGAL REPRESENTATION | 03/01/2022 | $21,819 |
| | Total Itemized Transactions with this Payee/Payer | | $105,918 |
| Negotiations | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $105,918 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AKINS FINANCIAL ANALYST PROFESSIONAL FEES - NEGOTI | | | |
| | PROFESSIONAL FEES - NEGOTIATIONS | 05/01/2021 | $1,750 |
| 283 MAPLE STREET | PROFESSIONAL FEES - NEGOTIATIONS | 07/01/2021 | $2,625 |
| STOWE | Total Itemized Transactions with this Payee/Payer | | $4,375 |
| VT | Total Non-Itemized Transactions with this Payee/Payer | | |
| 05672 | Total of All Transactions with this Payee/Payer for This Schedule | | $4,375 |
| **Type or Classification (B)** | | | |
| FINANCIAL ANALYST | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| BAAB & DENISON LLP | | | |
| | LEGAL REPRESENTATION | 06/01/2021 | $7,935 |
| 6301 GASTON AVE STE 550 | LEGAL REPRESENTATION | 09/01/2021 | $14,952 |
| DALLAS | LEGAL REPRESENTATION | 01/01/2022 | $453 |
| TX | Total Itemized Transactions with this Payee/Payer | | $23,340 |
| 75214 | Total Non-Itemized Transactions with this Payee/Payer | | |
| **Type or Classification (B)** | Total of All Transactions with this Payee/Payer for This Schedule | | $23,340 |
| LAWFIRM | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| BARRY E SIMON PC | | | |
| | ARBITRATION | 08/01/2021 | $3,750 |
| 1320 EAST ETON DRIVE | Total Itemized Transactions with this Payee/Payer | | $3,750 |
| ARLINGTON HEIGHTS | Total Non-Itemized Transactions with this Payee/Payer | | |
| IL | Total of All Transactions with this Payee/Payer for This Schedule | | $3,750 |
| 60004-2181 | | | |
| **Type or Classification (B)** | | | |
| ARBITRATOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| BREDHOFF & LAWFIRM LEGAL REPRESENTATION | LEGAL REPRESENTATION | 06/01/2021 | $1,400 |
| | LEGAL REPRESENTATION | 07/01/2021 | $1,021 |
| 805 15TH ST. NW STE 100 | LEGAL REPRESENTATION | 09/01/2021 | $750 |
| WASHINGTON | LEGAL REPRESENTATION | 10/01/2021 | $188 |
| DC | Total Itemized Transactions with this Payee/Payer | | $3,672 |
| 20005-2286 | Total Non-Itemized Transactions with this Payee/Payer | | |
| **Type or Classification** | Total of All Transactions with this Payee/Payer for This Schedule | | $3,672 |

**APPENDIX P. 36**

| (B) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| LAWFIRM | LEGAL REPRESENTATION | 11/01/2021 | $250 |
| | LEGAL REPRESENTATION | 01/01/2022 | $63 |
| | Total Itemized Transactions with this Payee/Payer | | $3,672 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $3,672 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CARSON REPORTING & ASSOCIATES 551628 DALLAS TX 75355 | ARBITRATION | 11/01/2021 | $6,850 |
| | ARBITRATION | 12/01/2021 | $5,110 |
| | ARBITRATION | 06/01/2021 | $894 |
| | ARBITRATION | 07/01/2021 | $2,998 |
| | ARBITRATION | 08/01/2021 | $894 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $16,746 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| ARBITRATOR | Total of All Transactions with this Payee/Payer for This Schedule | | $16,746 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| GOLD, MARLENE 27 PROSPECT PARK WEST BROOKLYN NY 11215 | ARBITRATION | 12/01/2021 | $2,800 |
| | Total Itemized Transactions with this Payee/Payer | | $2,800 |
| Type or Classification (B) | Total Non-Itemized Transactions with this Payee/Payer | | |
| ARBITRATOR | Total of All Transactions with this Payee/Payer for This Schedule | | $2,800 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| GUERRIERI BARTOS & LAWFIRM LEGAL REPRESENTATION 1900 M STREET STE 700 WASHINGTON DC 20036-2243 | LEGAL REPRESENTATION | 05/01/2021 | $2,281 |
| | LEGAL REPRESENTATION | 07/01/2021 | $3,559 |
| | LEGAL REPRESENTATION | 08/01/2021 | $3,103 |
| | LEGAL REPRESENTATION | 09/01/2021 | $5,019 |
| | LEGAL REPRESENTATION | 11/01/2021 | $1,916 |
| | LEGAL REPRESENTATION | 12/01/2021 | $1,364 |
| | LEGAL REPRESENTATION | 01/01/2022 | $365 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $17,607 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| LAWFIRM | Total of All Transactions with this Payee/Payer for This Schedule | | $17,607 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| LABOR ARBITRATION INSTITUTE 205 SOUTH WATER STREET NORTHFIELD MN 55057-2043 | ARBITRATION | 07/01/2021 | $3,570 |
| | Total Itemized Transactions with this Payee/Payer | | $3,570 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| Type or Classification (B) | Total of All Transactions with this Payee/Payer for This Schedule | | $3,570 |
| ARBITRATOR | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| NATIONAL ACADEMY OF ARBITRATOR 1 NORTH MAIN STREET | Total Itemized Transactions with this Payee/Payer | | $3,200 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $3,200 |

| COURTLAND NY 13045 | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| | ARBITRATION | 08/01/2021 | $3,200 |
| **Type or Classification** (B) | Total Itemized Transactions with this Payee/Payer | | $3,200 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| ARBITRATOR | Total of All Transactions with this Payee/Payer for This Schedule | | $3,200 |

| **Name and Address** (A) | | | |
|---|---|---|---|
| OFFICE OF ARBITRATOR RUBIN ARMENDARIZ | Purpose (C) | Date (D) | Amount (E) |
| 29010 PFEIFFERS GATE | ARBITRATION | 07/01/2021 | $6,325 |
| FAIR OAKS RANCH | ARBITRATION | 02/01/2022 | $17,246 |
| TX | ARBITRATION | 03/01/2022 | $10,218 |
| 78015 | Total Itemized Transactions with this Payee/Payer | | $33,789 |
| **Type or Classification** (B) | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $33,789 |
| ARBITRATOR | | | |

| **Name and Address** (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| OSBORNE LAW OFFICES | LEGAL REPRESENTATION | 04/01/2021 | $2,042 |
| | LEGAL REPRESENTATION | 05/01/2021 | $369 |
| 1130 CONNECTICUT AVE NW | LEGAL REPRESENTATION | 06/01/2021 | $3,112 |
| WASHINGTON | LEGAL REPRESENTATION | 10/01/2021 | $5,619 |
| DC | LEGAL REPRESENTATION | 12/01/2021 | $3,947 |
| 20036 | LEGAL REPRESENTATION | 03/01/2022 | $4,011 |
| **Type or Classification** (B) | Total Itemized Transactions with this Payee/Payer | | $19,100 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| LAWFIRM | Total of All Transactions with this Payee/Payer for This Schedule | | $19,100 |

| **Name and Address** (A) | | | |
|---|---|---|---|
| VALVERDE ARBITRATION SERVICES 188 | Purpose (C) | Date (D) | Amount (E) |
| HURST TX 76053 | ARBITRATION | 09/01/2021 | $14,115 |
| | Total Itemized Transactions with this Payee/Payer | | $14,115 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| **Type or Classification** (B) | Total of All Transactions with this Payee/Payer for This Schedule | | $14,115 |
| ARBITRATOR | | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 38**

**SCHEDULE 16 - POLITICAL ACTIVITIES AND LOBBYING**

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| O'NEILL AND LOBBYIST ACTIVITIES | LOBBYIST ACTIVITIES | 04/01/2021 | $1,625 |
| | LOBBYIST ACTIVITIES | 05/01/2021 | $1,500 |
| 31 CHARDON STREET | LOBBYIST ACTIVITIES | 06/01/2021 | $3,250 |
| BOSTON | LOBBYIST ACTIVITIES | 08/01/2021 | $2,750 |
| MA | LOBBYIST ACTIVITIES | 09/01/2021 | $1,500 |
| 02114 | LOBBYIST ACTIVITIES | 10/01/2021 | $500 |
| Type or Classification (B) | LOBBYIST ACTIVITIES | 11/01/2021 | $1,500 |
| | LOBBYIST ACTIVITIES | 12/01/2021 | $1,000 |
| LOBBYIST | LOBBYIST ACTIVITIES | 01/01/2022 | $750 |
| | LOBBYIST ACTIVITIES | 02/01/2022 | $1,500 |
| | LOBBYIST ACTIVITIES | 03/01/2022 | $12,000 |
| | Total Itemized Transactions with this Payee/Payer | | $27,875 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $27,875 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 40 of 59   PageID 1628

**SCHEDULE 17 - CONTRIBUTIONS, GIFTS & GRANTS**

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| UNIVERSITY OF WASHINGTON DIVISION OF MEDICAL GENET 357720 | DONATION - CABIN AIR RESEARCH | 03/01/2022 | $7,500 |
| | Total Itemized Transactions with this Payee/Payer | | $7,500 |
| SEATTLE | Total Non-Itemized Transactions with this Payee/Payer | | |
| WA 98195-7720 | Total of All Transactions with this Payee/Payer for This Schedule | | $7,500 |
| Type or Classification (B) | | | |
| DONATION | | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 40**

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AMAZON CAPITAL SERVICES 35184 | | | |
| | Total Itemized Transactions with this Payee/Payer | | |
| SEATTLE | Total Non-Itemized Transactions with this Payee/Payer | | $16,355 |
| WA 98124 | Total of All Transactions with this Payee/Payer for This Schedule | | $16,355 |
| Type or Classification (B) | | | |
| OFFICE SUPPLIES | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| AMTRUST NORTH AMERICA 6939 | | | |
| | Total Itemized Transactions with this Payee/Payer | | |
| CLEVELAND | Total Non-Itemized Transactions with this Payee/Payer | | $27,082 |
| OH 44101 | Total of All Transactions with this Payee/Payer for This Schedule | | $27,082 |
| Type or Classification (B) | | | |
| INSURANCE COMPANY | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ANAGO OF DALLAS | | | |
| 275 WEST CAMPBELL RD RICHERSON | | | |
| | Total Itemized Transactions with this Payee/Payer | | |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $15,743 |
| 75080 | Total of All Transactions with this Payee/Payer for This Schedule | | $15,743 |
| Type or Classification (B) | | | |
| CLEANING SERVICE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| BLOOMBERG GOVERNMENT 419841 | LICENSE FEE 6/1/21 TO 8/31/21 | 07/01/2021 | $4,049 |
| | LICENSE FEE 9/1/2021 TO 11/31/2021 | 09/01/2021 | $4,049 |
| | LICENSE FEE 10/4/21 TO 10/03/2022 | 10/01/2021 | $7,633 |
| BOSTON | LICENSE FEE 12/1/21 TO 2/28/2022 | 12/01/2021 | $4,049 |
| MA | LICENSE FEE 3/1/2022 TO 8/31/2022 | 03/01/2022 | $8,097 |
| 02241 | LICENSE FEE 9/1/2022 TO 8/31/2024 | 03/01/2022 | $28,341 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $56,218 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| SUBSCRIPTION | Total of All Transactions with this Payee/Payer for This Schedule | | $56,218 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| BURGESS, WENDY 961018 | | | |
| | Total Itemized Transactions with this Payee/Payer | | |
| FT. WORTH | Total Non-Itemized Transactions with this Payee/Payer | | $21,759 |
| TX 76161 | Total of All Transactions with this Payee/Payer for This Schedule | | $21,759 |
| Type or Classification (B) | | | |
| COUNTY TAX ASSESSOR | | | |

**APPENDIX P. 41**

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| CHETU, INC | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | $78,400 |
| 1500 CONCORD TERRACE | Total of All Transactions with this Payee/Payer for This Schedule | | $78,400 |
| SUNRISE | | | |
| TX | | | |
| 33323 | | | |
| Type or Classification (B) | | | |
| SOFTWARE CONSULTANT | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DALCO AIR AIR CONDITIONING REPAIRS | | | |
| 7310 MILITARY PKWY | | | |
| | ZONING EAST OFFICE | 01/27/2022 | $7,029 |
| DALLAS | Total Itemized Transactions with this Payee/Payer | | $7,029 |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $1,200 |
| 72227 | Total of All Transactions with this Payee/Payer for This Schedule | | $8,229 |
| Type or Classification (B) | | | |
| AIR/HEAT REPAIR MAINTANCE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| DELL MARKETING LP | | | |
| C/O DELL USA LP | COMPUTERS | 04/01/2021 | $13,234 |
| | COMPUTERS | 07/01/2021 | $15,079 |
| DALLAS | COMPUTERS & MONITORS | 10/01/2021 | $29,824 |
| TX | REMOTE DESKTOP SERVICE | 01/01/2022 | $2,595 |
| 75267-6021 | Total Itemized Transactions with this Payee/Payer | | $60,732 |
| Type or Classification (B) | Total Non-Itemized Transactions with this Payee/Payer | | |
| COMPUTERS | Total of All Transactions with this Payee/Payer for This Schedule | | $60,732 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ETHIX VENTURES FUMES CARDS | | | |
| 9 MAIN STREET STE 3C | APFA POLO SHIRTS | 10/01/2021 | $3,821 |
| | APFA LANYARDS & BACKPACKS | 11/01/2021 | $4,030 |
| SUTTON | APFA LANYARKS & BACKPACS | 12/01/2021 | $13,971 |
| MA | LAPEL PINS | 02/01/2022 | $16,600 |
| 01590 | PLASTIC BADGES | 03/01/2022 | $5,280 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $43,702 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $54 |
| PROMOTIONAL PRINTING SUPPLIER | Total of All Transactions with this Payee/Payer for This Schedule | | $43,756 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| FOURLANE | | | |
| | PRIOR YEARS ACCOUNTING CONVERSION | 08/01/2021 | $15,065 |
| 7000 N MOPAC EXPWY | PRIOR YEARS ACCOUNTING CONVERSION | 09/01/2021 | $1,243 |
| AUSTIN | Total Itemized Transactions with this Payee/Payer | | $16,308 |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | |
| 78731 | Total of All Transactions with this Payee/Payer for This Schedule | | $16,308 |
| Type or Classification (B) | | | |
| IT SERVICE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| HIGHTOUCH TECHNOLOGIES | | | |
| 843700 | | | |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 04/01/2021 | $17,600 |
| KANSAS CITY | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 05/01/2021 | $17,475 |
| MO | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 03/01/2022 | $18,615 |
| 64180 | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 06/01/2021 | $17,429 |
| Type or Classification (B) | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 07/01/2021 | $17,977 |
| IT SERVICE | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 08/01/2021 | $17,812 |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 09/01/2021 | $17,812 |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 10/01/2021 | $18,022 |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 11/01/2021 | $18,166 |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 12/01/2021 | $18,090 |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 01/01/2022 | $18,090 |
| | IT SUPPORT/IT CLOUD/MS OFFICE 365 | 02/01/2022 | $18,128 |
| | Total Itemized Transactions with this Payee/Payer | | $215,216 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $215,216 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| IMA/WALDMAN BROS. | | | |
| 6200 LBJ FWY STE 200 | | | |
| | FIDUCIARY LIABILITY | 04/01/2021 | $1,261 |
| DALLAS | CYBER CRIME INSURANCE | 05/01/2021 | $6,583 |
| TX | Total Itemized Transactions with this Payee/Payer | | $7,844 |
| 75240-6331 | Total Non-Itemized Transactions with this Payee/Payer | | $362 |
| Type or Classification (B) | Total of All Transactions with this Payee/Payer for This Schedule | | $8,206 |
| INSURANCE COMPANY | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| IPFS CORPORATION | | | |
| 412086 | EXECUTIVE RISK POLICY | 04/01/2021 | $10,809 |
| | EXECUTIVE RISK POLICY | 05/01/2021 | $10,809 |
| KANSAS CITY | EXECUTIVE RISK POLICY | 06/01/2021 | $10,809 |
| MO | EXECUTIVE RISK POLICY | 07/01/2021 | $10,809 |
| 64141-2084 | EXECUTIVE RISK POLICY | 08/01/2021 | $10,809 |
| Type or Classification (B) | EXECUTIVE RISK POLICY | 09/01/2021 | $10,809 |
| | EXECUTIVE RISK POLICY | 10/01/2021 | $10,809 |
| INSURANCE BROKER | EXECUTIVE RISK POLICY | 11/01/2021 | $10,809 |
| | EXECUTIVE RISK POLICY | 12/01/2021 | $10,809 |
| | EXECUTIVE RISK POLICY | 01/01/2022 | $10,809 |
| | EXECUTIVE RISK POLICY | 02/01/2022 | $10,809 |
| | EXECUTIVE RISK POLICY | 03/01/2022 | $10,809 |
| | Total Itemized Transactions with this Payee/Payer | | $129,708 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $129,708 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| JOHNSON CONTROLS SECURITY SOLUTIONS | | | |
| 371967 | | | |
| | Total Itemized Transactions with this Payee/Payer | | |
| PITTSBURGH | Total Non-Itemized Transactions with this Payee/Payer | | $15,495 |
| PA | Total of All Transactions with this Payee/Payer for This Schedule | | $15,495 |
| 15250-7967 | | | |
| Type or Classification (B) | | | |
| SECURITY SYSTEM | | | |
| Name and Address | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| KONICA MINOLTA PREMIER FINANCE | | | |
| 10571 | Total Itemized Transactions with this Payee/Payer | | |
| | Total Non-Itemized Transactions with this Payee/Payer | | $35,717 |
| ATLANTA | Total of All Transactions with this Payee/Payer for This Schedule | | $35,717 |
| GA | | | |
| 30348-5710 | | | |
| Type or Classification (B) | | | |
| COPIER COMPANY | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| MARKITPLACE | POSTAGE - STATEMENTS | 04/01/2021 | $4,517 |
| 1589 | POSTAGE - STATEMENTS | 05/01/2021 | $4,634 |
| | POSTAGE - STATEMENTS | 06/01/2021 | $4,680 |
| COLLEYVILLE | POSTAGE - STATEMENTS | 07/01/2021 | $4,341 |
| TX | POSTAGE - STATEMENTS | 08/01/2021 | $4,453 |
| 76034 | POSTAGE - STATEMENTS | 09/01/2021 | $4,484 |
| Type or Classification (B) | POSTAGE - STATEMENTS | 10/01/2021 | $4,406 |
| | POSTAGE - STATEMENTS | 11/01/2021 | $4,350 |
| MAIL SERVICE | POSTAGE - STATEMENTS | 12/01/2021 | $4,340 |
| | POSTAGE - STATEMENTS | 01/01/2022 | $7,372 |
| | POSTAGE - STATEMENTS | 02/01/2022 | $4,403 |
| | POSTAGE - STATEMENTS | 03/01/2022 | $4,698 |
| | Total Itemized Transactions with this Payee/Payer | | $56,678 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $56,678 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| MITEL | HQ TELEPHONE | 04/01/2021 | $12,392 |
| 53230 | HQ TELEPHONE | 05/01/2021 | $6,152 |
| | HQ TELEPHONE | 06/01/2021 | $6,152 |
| PHOENIX | HQ TELEPHONE | 07/01/2021 | $6,282 |
| AZ | HQ TELEPHONE | 08/01/2021 | $6,283 |
| 85072 | HQ TELEPHONE | 09/01/2021 | $6,286 |
| Type or Classification (B) | HQ TELEPHONE | 10/01/2021 | $6,282 |
| | HQ TELEPHONE | 11/01/2021 | $6,280 |
| PHONE SERVICE | HQ TELEPHONE | 12/01/2021 | $6,279 |
| | HQ TELEPHONE | 01/01/2022 | $6,407 |
| | HQ TELEPHONE | 02/01/2022 | $6,402 |
| | Total Itemized Transactions with this Payee/Payer | | $75,197 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $75,197 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| NORTH ATTLEBORO JEWELRY COMPANY | | | |
| 112 BANK STREET | | | |
| ATTLEBORO | 9/11 PINS | 08/01/2021 | $25,051 |
| MA | Total Itemized Transactions with this Payee/Payer | | $25,051 |
| 07003 | Total Non-Itemized Transactions with this Payee/Payer | | |
| Type or Classification (B) | Total of All Transactions with this Payee/Payer for This Schedule | | $25,051 |
| PROMOTIONAL PRINTING SUPPLIER | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ONE CLICK POLITICS | Total Itemized Transactions with this Payee/Payer | | |

**APPENDIX P. 44**

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| 1 N WACKER DRIVE SUITE 3600 | | | |
| CHICAGO | Total Non-Itemized Transactions with this Payee/Payer | | $12,000 |
| IL | Total of All Transactions with this Payee/Payer for This Schedule | | $12,000 |
| 60601 | | | |

| Type or Classification (B) | | | |
|---|---|---|---|
| SUBSCRIPTION | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL | | | |
| 371967 | | | |
| PITTSBURGH | Total Itemized Transactions with this Payee/Payer | | |
| PA | Total Non-Itemized Transactions with this Payee/Payer | | $17,768 |
| 15250-7967 | Total of All Transactions with this Payee/Payer for This Schedule | | $17,768 |

| Type or Classification (B) | | | |
|---|---|---|---|
| POSTAGE EQUIPMENT | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| PURCHASE POWER | | | |
| 3718774 | | | |
| PITTSBURGH | Total Itemized Transactions with this Payee/Payer | | |
| PA | Total Non-Itemized Transactions with this Payee/Payer | | $37,332 |
| 15250-7967 | Total of All Transactions with this Payee/Payer for This Schedule | | $37,332 |

| Type or Classification (B) | | | |
|---|---|---|---|
| POSTAGE METER/SHIPPING COMPANY | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| REILLY ECHOLS PRINTING INC | | | |
| 152358 | | | |
| DALLAS | Total Itemized Transactions with this Payee/Payer | | |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $5,940 |
| 75315-2358 | Total of All Transactions with this Payee/Payer for This Schedule | | $5,940 |

| Type or Classification (B) | | | |
|---|---|---|---|
| PRINTING SERVICE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| SCB GLOBAL LTD | | | |
| 30 S WALKER | HQ TELEPHONE | 03/01/2022 | $29,519 |
| GOLDEN | Total Itemized Transactions with this Payee/Payer | | $29,519 |
| CO | Total Non-Itemized Transactions with this Payee/Payer | | |
| 80401 | Total of All Transactions with this Payee/Payer for This Schedule | | $29,519 |

| Type or Classification (B) | | | |
|---|---|---|---|
| PHONE SERVICE | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| TEXAS MUTUAL INSURANCE COMPANY | Total Itemized Transactions with this Payee/Payer | | |
| 841843 | Total Non-Itemized Transactions with this Payee/Payer | | $11,743 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $11,743 |

**APPENDIX P. 45**

DALLAS
TX
75284-1843

| Type or Classification (B) | | | |
|---|---|---|---|
| INSURANCE COMPANY | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| THE ACOSTA LANDSCAPING | Purpose (C) | Date (D) | Amount (E) |
| 287 | | | |
| AZLE | Total Itemized Transactions with this Payee/Payer | | |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $7,036 |
| 76098-0287 | Total of All Transactions with this Payee/Payer for This Schedule | | $7,036 |

| Type or Classification (B) | | | |
|---|---|---|---|
| MAINTENANCE/ REPAIRS | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| TIME WARNER CABLE | Purpose (C) | Date (D) | Amount (E) |
| 223085 | | | |
| PITTSBURGH | Total Itemized Transactions with this Payee/Payer | | |
| PA | Total Non-Itemized Transactions with this Payee/Payer | | $14,880 |
| 15251-2085 | Total of All Transactions with this Payee/Payer for This Schedule | | $14,880 |

| Type or Classification (B) | | | |
|---|---|---|---|
| INTERNET | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| TRIEAGLE ENERGY | Purpose (C) | Date (D) | Amount (E) |
| 974655 | | | |
| DALLAS | Total Itemized Transactions with this Payee/Payer | | |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $10,731 |
| 75397 | Total of All Transactions with this Payee/Payer for This Schedule | | $10,731 |

| Type or Classification (B) | | | |
|---|---|---|---|
| ELECTRIC UTILITY COMPANY | | | |

| Name and Address (A) | | | |
|---|---|---|---|
| TXU ENERGY | Purpose (C) | Date (D) | Amount (E) |
| 650638 | | | |
| DALLAS | Total Itemized Transactions with this Payee/Payer | | |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $10,373 |
| 75265-0638 | Total of All Transactions with this Payee/Payer for This Schedule | | $10,373 |

| Type or Classification (B) | | | |
|---|---|---|---|
| ELECTRIC UTILITY COMPANY | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| WOOD STEPHENS & O'NEIL YEAR END AUDIT/FORM 990 | YEAR END AUDIT/FORM 990 | 07/01/2021 | $15,250 |
| 63 RIDGLEA PL STE 318 | AUDIT SERVICES AND TAXES | 09/01/2021 | $10,000 |
| FT WORTH | Total Itemized Transactions with this Payee/Payer | | $28,400 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $28,400 |

APPENDIX P. 46

| | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| TX 76116 | | | |
| **Type or Classification (B)** | FORMER OFFICERS REVIEW | 12/01/2021 | $650 |
| | AGENCY FEE AUDIT | 03/01/2022 | $2,500 |
| CPA FIRM | Total Itemized Transactions with this Payee/Payer | | $28,400 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $28,400 |

| **Name and Address (A)** | | | |
|---|---|---|---|
| XO COMMUNICATIONS 8851 SANDY PKWY | Purpose (C) | Date (D) | Amount (E) |
| SANDY | Total Itemized Transactions with this Payee/Payer | | |
| UT | Total Non-Itemized Transactions with this Payee/Payer | | $12,956 |
| 84070 | Total of All Transactions with this Payee/Payer for This Schedule | | $12,956 |
| **Type or Classification (B)** | | | |
| TELEPHONE COMPANY | | | |

| **Name and Address (A)** | | | |
|---|---|---|---|
| ZEEK INTERACTIVE | Purpose (C) | Date (D) | Amount (E) |
| 18685 MAIN STREET HUNTINGTON BEACH | Total Itemized Transactions with this Payee/Payer | | |
| CA | Total Non-Itemized Transactions with this Payee/Payer | | $10,988 |
| 92648 | Total of All Transactions with this Payee/Payer for This Schedule | | $10,988 |
| **Type or Classification (B)** | | | |
| WEB DELELOPMENT | | | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 48 of 59   PageID 1636

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| ALOFT | LODGING | 04/01/2021 | $2,881 |
| | LODGING | 05/01/2021 | $2,079 |
| 1301 CHISHOLM TRAIL | LODGING | 06/01/2021 | $1,345 |
| EULESS | LODGING | 08/01/2021 | $768 |
| TX | LODGING | 10/01/2021 | $4,610 |
| 76039 | LODGING | 11/01/2021 | $96 |
| Type or Classification (B) | LODGING | 01/01/2022 | $1,057 |
| | Total Itemized Transactions with this Payee/Payer | | $12,836 |
| HOTEL | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $12,836 |
| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
| BRM-EULESS POST OFFICE | | | |
| 210 N. ECTOR DR | | | |
| EULESS | Total Itemized Transactions with this Payee/Payer | | |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | $765 |
| 76039 | Total of All Transactions with this Payee/Payer for This Schedule | | $765 |
| Type or Classification (B) | | | |
| POSTAL SERVICE | | | |
| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
| CORTLAND LAS COLINAS | LODGING | 04/01/2021 | $5,259 |
| | LODGING | 05/01/2021 | $9,563 |
| 655 POMENADE PKWY | LODGING | 06/01/2021 | $9,566 |
| IRVING | LODGING | 07/01/2021 | $9,541 |
| TX | LODGING | 08/01/2021 | $9,582 |
| 75039 | LODGING | 09/01/2021 | $9,586 |
| Type or Classification (B) | LODGING | 10/01/2021 | $11,853 |
| | LODGING | 11/01/2021 | $11,584 |
| APARTMENTS | LODGING | 12/01/2021 | $11,686 |
| | LODGING | 01/01/2022 | $11,739 |
| | LODGING | 02/01/2022 | $27,646 |
| | LODGING | 03/01/2022 | $12,147 |
| | Total Itemized Transactions with this Payee/Payer | | $139,752 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $139,752 |
| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
| CREEKWOOD | LODGING | 04/01/2021 | $1,801 |
| | LODGING | 05/01/2021 | $1,825 |
| 4208 W PIONEER DRIVE | LODGING | 06/01/2021 | $2,595 |
| IRVING | LODGING | 07/01/2021 | $2,601 |
| TX | LODGING | 08/01/2021 | $2,555 |
| 75061 | LODGING | 09/01/2021 | $2,549 |
| Type or Classification (B) | Total Itemized Transactions with this Payee/Payer | | $13,926 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| APARTMENTS | Total of All Transactions with this Payee/Payer for This Schedule | | $13,926 |
| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
| EMBASSY SUITES | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| 2401 BASS PRO DRIVE | ADR TRAINING | 08/01/2021 | $28,260 |
| GRAPEVINE | Total Itemized Transactions with this Payee/Payer | | $28,260 |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | |
| 76051 | Total of All Transactions with this Payee/Payer for This Schedule | | $28,260 |
| **Type or Classification (B)** | | | |
| HOTEL | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| MARRIOTT BUSINESS SERVICES | LODGING | 05/01/2021 | $307 |
| 402642 | LODGING | 06/01/2021 | $19,585 |
| | LODGING | 07/01/2021 | $8,703 |
| ATLANTA | LODGING | 08/01/2021 | $2,559 |
| GA | LODGING | 09/01/2021 | $16,890 |
| 30384-2842 | LODGING | 10/01/2021 | $5,118 |
| **Type or Classification (B)** | LODGING | 11/01/2021 | $9,007 |
| | LODGING | 12/01/2021 | $9,519 |
| HOTEL | LODGING | 01/01/2022 | $14,538 |
| | LODGING | 02/01/2022 | $15,280 |
| | LODGING | 03/01/2022 | $16,912 |
| | 2022 SPRING CONVENTION | 03/01/2022 | $60,104 |
| | Total Itemized Transactions with this Payee/Payer | | $178,522 |
| | Total Non-Itemized Transactions with this Payee/Payer | | $44,931 |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $223,453 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| MARRIOTT DALLAS LAS COLINAS | | | |
| 223 WEST LAS COLINAS BLVD | 2021 FALL CONVENTION | 10/01/2021 | $67,210 |
| IRVING | Total Itemized Transactions with this Payee/Payer | | $67,210 |
| TX | Total Non-Itemized Transactions with this Payee/Payer | | |
| 75039 | Total of All Transactions with this Payee/Payer for This Schedule | | $67,210 |
| **Type or Classification (B)** | | | |
| HOTEL | | | |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| TEXICAN COURT | LODGING | 04/01/2021 | $2,211 |
| | LODGING | 05/01/2021 | $905 |
| 501 WEST LAS COLINAS BLVD | LODGING | 07/01/2021 | $1,654 |
| IRVING | LODGING | 08/01/2021 | $101 |
| TX | LODGING | 10/01/2021 | $1,206 |
| 75039 | LODGING | 11/01/2021 | $101 |
| **Type or Classification (B)** | LODGING | 02/01/2022 | $674 |
| | LODGING | 03/01/2022 | $1,921 |
| HOTEL | Total Itemized Transactions with this Payee/Payer | | $8,773 |
| | Total Non-Itemized Transactions with this Payee/Payer | | |
| | Total of All Transactions with this Payee/Payer for This Schedule | | $8,773 |

| Name and Address (A) | Purpose (C) | Date (D) | Amount (E) |
|---|---|---|---|
| TRUE BALLOT ELECTIONS OFFICERS | BASE ELECTIONS | 05/01/2021 | $38,635 |
| | Total Itemized Transactions with this Payee/Payer | | $38,635 |
| 3 BETHESDA METRO CTR #700 | Total Non-Itemized Transactions with this Payee/Payer | | |
| BETHESDA | Total of All Transactions with this Payee/Payer for This Schedule | | $38,635 |
| MD | | | |
| 20814 | | | |

**APPENDIX P. 49**

509-620 (LM2) 03/31/2022

| Type or Classification (B) |
|---|
| ELECTION BALLOTING |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 50**

**SCHEDULE 20 - BENEFITS**    Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 51 of 59   PageID 1639      FILE NUMBER: 509-620

| Description<br>(A) | To Whom Paid<br>(B) | Amount<br>(C) |
|---|---|---|
| STAFF - HEALTH INSURANCE / DENTAL | BLUE CROSS BLUE SHIELD | $471,547 |
| STAFF - LIFE INSURANCE | LINCOLN NATIONAL INSURANCE | $725 |
| STAFF - DISABILITY | LINCOLN NATIONAL INSURANCE | $25,504 |
| STAFF - VISION | VISION SERVICE PLAN | $4,304 |
| OTHER - HEALTH/LIFE INSURANCE | AMERICAN AIRLINES BENEFITS SERVICE CENTER | $24,817 |
| STAFF/OFFICERS RETIREMENT | ADP | $116,842 |
| Total of all lines above (Total will be automatically entered in Item 55.) | | $643,739 |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 51**

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

| | | | |
|---|---|---|---|
| SIGNED: | Joshua D Black | SIGNED: | Joshua D Black |
| DATE: | Aug 25, 2022 | DATE: | Aug 25, 2022 |
| CONTACT INFO: | 817-707-5096 | CONTACT INFO: | 817-707-5096 |
| TITLE: | | TITLE: | |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**69. ADDITIONAL INFORMATION SUMMARY**                                                                                    FILE NUMBER: 509-620

Question 11(a): Association of Professional Flight Attendants PAC filed with the FEC

Question 12: The audit was performed by an outside accounting firm. Wood, Stephens & O'Neil LLP

Schedule 1, Row1:

Schedule 1, Row1:

Schedule 2, Row1:

Schedule 2, Row1:

Schedule 8, Row1:

Schedule 8, Row1:

Schedule 8, Row2:

Schedule 8, Row2:

Schedule 8, Row3:

Schedule 8, Row3:

Schedule 8, Row4:

Schedule 8, Row4:

Schedule 8, Row5:

Schedule 8, Row5:

Schedule 8, Row6:

Schedule 8, Row6:

Schedule 8, Row7:

Schedule 8, Row7:

Schedule 8, Row8:

Schedule 8, Row8:

Schedule 8, Row10:

Schedule 8, Row10:

Schedule 8, Row9:

Schedule 8, Row9:

Schedule 8, Row11:

Schedule 8, Row11:

**APPENDIX P. 53**

509-620 (LM2) 03/31/2022

Schedule 9, Row1:

Schedule 9, Row1:

Schedule 13, Row1:

Schedule 13, Row1:

Schedule 13, Row1:

Schedule 13, Row1:Active dues-paying members
Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**APPENDIX P. 54**

**(2005)**

# INTERNATIONAL ASSOCIATION OF HEAT & FROST INSULATORS AND ASBESTOS WORKERS, Local #8, Plaintiff,

## v.

## KEITH DOERMAN, Defendant.

Civil Action No. 1:03-cv-620.

**United States District Court, S.D. Ohio, Western Division.**

April 18, 2005.

# ORDER

TIMOTHY HOGAN, Magistrate Judge.

Plaintiff, International Association of Heat & Frost Insulators and Asbestos Workers, Local #8 (Asbestos Workers #8), brings this action pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, against defendant Keith Doerman, a member of Asbestos Workers #8. This matter is before the Court on defendant's motion to dismiss (Doc. 24), plaintiff's response thereto (Doc. 28), and defendant's reply memorandum. (Doc. 29).

Plaintiff's complaint alleges claims of breach of the labor organization's constitution and by-laws and breach of contract under state law. The complaint alleges that defendant Doerman, in violation of the union's constitution and by-laws, performed work for a company which did not have a collective bargaining agreement with Asbestos Workers #8. An internal union hearing was held on charges against defendant for the alleged violation. The union's executive board determined that defendant violated the union's constitution and by-laws and fined him $10,000.00. The complaint alleges that defendant failed to timely appeal the decision and to pay the fine imposed. Plaintiff instituted this federal court action seeking a finding that defendant violated his contract of membership in the union by failing and refusing to pay the fine, judgment against defendant in the amount of $10,000.00, and an award of post-judgment interest. (Doc. 1).

Defendant seeks dismissal of the complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of federal jurisdiction. Plaintiff has the burden of proving jurisdiction in order to survive the motion to dismiss. *See Madison-Hughes v. Shalala*, 80 F.3d 1121, 1130 (6th Cir. 1996). Where the allegations in the complaint are insufficient to show that the federal court has jurisdiction over the subject matter, the motion under Rule 12(b)(1) should be granted.

Plaintiff contends this Court has jurisdiction pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185(a). That provision provides in relevant part:

> Suits for violation of contracts between an employer and a labor organization representing employees in an industry affecting commerce . . . or between any such labor organizations, may be brought in any district court of the United States having jurisdiction of the parties. . . .

**APPENDIX P. 55**

29 U.S.C. § 185(a).

Under the plain language of the statute, this Court lacks jurisdiction. Federal jurisdiction is conferred only upon claims of contract violations between employers and labor organizations, or between labor organizations, such as an international union and its locals. See _Wooddell v. IBEW_, 502 U.S. 93, 98 (1981) ("a suit properly brought under § 301 must be a suit either for violation of a contract between an employer and a labor organization representing employees in an industry affecting commerce or for violation of a contract between such labor organizations")(citing _Smith v. Evening News Assn._, 371 U.S. 195, 200-201 (1962)). Defendant is neither an employer nor a labor organization. Moreover, the statute does not provide jurisdiction over claims brought by labor organizations against its individual members. Thus, the plain terms of the statute do not support jurisdiction over a labor organization seeking to recoup a fine levied against one of its members as in this case.

Nevertheless, citing _Plumbers and Pipefitters v. Plumbers and Pipefitters, Local 334_, 452 U.S. 615 (1981) and _Wooddell v. IBEW_, 502 U.S. 93 (1981), plaintiff contends the International Union Constitution, which defendant is alleged to have breached, is a "contract between labor organizations" within the meaning of Section 301 and therefore this Court has subject matter jurisdiction over this dispute.

In _Plumbers,_ a local union sued the international union of which it was a part alleging a violation of the international constitution by the international union. The Supreme Court found federal jurisdiction under § 301 holding that the constitution was a "contract between labor organizations" within the meaning of § 301. In _Wooddell,_ the Supreme Court held that a district court's subject-matter jurisdiction under § 301 extends to suits by an individual union member against a local union alleging a breach of the international union's constitution by the local union. In that case, the plaintiff union member sued as a third party beneficiary for a breach by the local union of provisions of its constitution with the parent union. The Supreme Court found subject matter jurisdiction under section 301 reasoning:

> [U]nion constitutions are an important form of contract between labor organizations. Members of a collective-bargaining unit are often the beneficiaries of such interunion contracts, and when they are, they likewise may bring suit on these contracts under § 301.
>
> If they could not, unacceptable consequences could ensue. There is no doubt that IBEW could sue under § 301 to enforce Local 71's contract with IBEW and there is no doubt that such a suit would be governed by federal law. If suit by an employee to enforce an interunion contract is not authorized by § 301 and the employee is remitted to state court and to state law, it is plain that the same contract terms might be given different meanings based solely on the identity of the party. This would exert the disruptive influence our cases have spoken of.

502 U.S. at 101-102.

Plaintiff contends that the rationale of _Wooddell,_ the avoidance of inconsistent interpretations of contract terms under state and federal law, compels a finding of federal jurisdiction in this matter where a local union sues an individual union member alleging a breach of the International Union's Constitution. However, plaintiff has not cited any cases in which a federal court has extended _Wooddell_ to allow a federal action to enforce a fine against an individual union member where the individual member is alleged to have breached the international union's constitution. Rather, the courts which have addressed this issue have held that federal jurisdiction does not extend to such suits because the dispute in question does not involve a dispute "between labor organizations" within the meaning of § 301. See _International Brotherhood of Electrical Workers, Local Union No. 53 v. McPhetridge,_ 2004 W.L. 3254739, *2 (W.D. Mo. 2004);

APPENDIX P. 56

*International Brotherhood of Electrical Workers, Local 640 v. Dueck,* 148 F. Supp.2d 955, 963 (D. Ariz. 2000); *International Union of Operating Engineers Local Union No. 17 v. Lexo,* 918 F. Supp. 69, 73-74 (W.D.N.Y. 1995); *Baltimore Mailers Union No. 888 v. Moore,* 881 F. Supp. 217, 218 (D. Md. 1995). For example, in *Moore,* the Court held that § 301 does not permit a federal court action by a union against individual union members for back dues. *Id.* The Court stated:

> *Wooddell* . . . only goes down a one-way street. That is, it was uniformly held before *Wooddell* was decided that Section 301 does not confer federal jurisdiction over suits seeking contract damages against an individual member for breach of, e.g., a union constitution. *Bldg. Material & D. TR. DR., Local 420 v. Traweek,* 867 F.2d 500, 508 (9th Cir. 1989). The same result has been reached post-*Wooddell. Shea v. McCarthy,* 953 F.2d 29, 32 (2d Cir. 1992) (holding that only equitable claims may be asserted against individual members in suit by union for breach of union constitution).

*Moore,* 881 F. Supp. at 218. Likewise, in *Dueck,* the court distinguished *Wooddell* from a case where the union sued an individual member in state court to collect a fine for a breach of the membership agreement, and the defendant member removed the action to federal court:

> Unlike the plaintiff in *Wooddell,* Defendant has not charged that any breach of IBEW's Constitution violates a contract between two labor organizations. *See also Commer v. District Council 37, Local 375,* 990 F. Supp. 311, 321 n. 13 (S.D.N.Y. 1998) ("The Supreme Court in *Wooddell* held that the subject-matter jurisdiction conferred on the district courts by [Section 301] of the LMRA extends to suits on unions constitutions brought by individual union members. The suits at issue, however, were grounded on contractual obligations among unions found within the union constitution. *Wooddell* does not apply, as here, to claims where the purported contractual agreement is between the individual member and the union."). . . . In contrast, Defendant has not raised any argument that this case involves a question of whether Local 640 violated any contractual agreement with IBEW encompassed in the IBEW Constitution.

*International Broth. of Elec. Workers, Local 640 v. Dueck,* 148 F. Supp.2d 955, 963 (D. Ariz. 2000).

The complaint in the instant case, unlike *Wooddell,* does not require any determination of whether the local union violated any contractual obligation owed to the parent union as contained in the International Constitution. Rather, the issue raised by the complaint in this case is whether defendant, a union member, violated the provisions of the International Constitution. Nor does the dispute in the instant case require this Court to interpret the terms of the International Union's Contract or the contractual obligations between the International Union and Asbestos Workers #8, which would implicate the Supreme Court's concern for "unacceptable consequences" resulting from inconsistent interpretations of individual contract terms "under state and federal law [which] would inevitably exert a disruptive influence upon both the negotiation and administration of collective agreements." *Wooddell,* 502 U.S. at 101, citation omitted. While plaintiff goes to great lengths to explain the substantive provisions of the International Union's Contract by which defendant is allegedly bound (Doc. 28, 6-8), the dispute in this case does not require an interpretation of any of those provisions, the basis under *Wooddell* for exercising jurisdiction under § 301 over actions by members as beneficiaries under union constitutions. Plaintiff does not request the Court to interpret or otherwise consider any of the underlying breaches of the International Constitution, but only to enforce the fine already determined.

**APPENDIX P. 57**

Case 4:22-cv-00343-Y   Document 59-1   Filed 11/22/22   Page 58 of 59   PageID 1646

The only breach of contract alleged by plaintiff is defendant's breach of the alleged obligation to pay the $10,000.00 fine imposed by the union at its own internal hearing. By plaintiff's own assertion, the only determination for this Court is whether the fine imposed upon defendant Doerman was "reasonable." (Doc. 28 at 11). State law governs the question of reasonableness of union fines and state courts are the proper forum to assess the reasonableness of union fines. *NLRB v. Boeing Co.,* 412 U.S. 67, 74 (1973)*. See also Local Lodge 1297, International Assn. of Machinists & Aerospace Workers v. Allen,* 22 Ohio St.3d 228, 232, 490 N.E.2d 865, 869 (1986). The Ohio state courts routinely exercise jurisdiction over the collection of union fines. *See, e.g., International Brotherhood of Electrical Workers, Local Union No. 8 v. Gromnicki,* 139 Ohio App.3d 641, 745 N.E.2d 449 (2000); *International Brotherhood of Electrical Workers v. Smith,* 76 Ohio App.3d 652, 602 N.E.2d 782 (Ohio App. 6 Dist. 1992); *Local Union No. 4320, Comm. Workers of America v. Carroll,* 70 Ohio App.3d 837, 592 N.E.2d 894 (Ohio App. 10 Dist. 1990); *International Brotherhood of Electrical Workers Local Union 573 v. Smith,* 127 Ohio Misc.2d 77, 805 N.E.2d 1153 (Trumbull Com. Pls. 2003). "[I]t is clear that lawsuits brought by unions to collect fines imposed on union members for violations of union rules constitute actions for breach of contract and are governed by state contract law principles. Accordingly, such actions do not arise under federal law and are properly brought in state court." *Dueck,* 148 F. Supp.2d at 961, citations omitted. *See McPhetridge,* 2004 W.L. 3254739, *2.

Moreover, plaintiff's complaint is barred by Section 301(b) of the Labor Management Relations Act because it is a suit seeking damages against an individual union member. Section 301(b) provides:

> Any labor organization which represents employees in an industry affecting commerce as defined in this chapter and any employer whose activities affect commerce as defined in this chapter shall be bound by the acts of its agents. Any such labor organization may sue or be sued as an entity and in behalf of the employees whom it represents in the courts of the United States. Any money judgment against a labor organization in a district court of the United States shall be enforceable only against the organization as an entity and against its assets, and shall not be enforceable against any individual member or his assets.

29 U.S.C. § 185(b). In *Complete Auto Transit, Inc. v. Reis,* 451 U.S. 401 (1981), the Supreme Court held that section 301(b) does not sanction damages actions against individual employees for violating the no-strike provision of a collective-bargaining agreement, whether or not their union participated in or authorized the strike. *See Id.* at 407, 415-16. While acknowledging that § 301(b) prohibits actions for damages against individual union members, plaintiff nevertheless contends that section 301(b) does not automatically deprive the court of jurisdiction over cases involving an individual member alleged to have violated a union constitution. (Doc. 28 at 9). However, the cases cited by plaintiff in support of its argument permitting actions against individuals involved only equitable claims under section 301 against individual union officers or agents arising from their local union duties in violation of union constitutions, and not the recovery of damages from any individual union members. *See International Brotherhood of Boilermakers v. Olympic Plating Indus., Inc.,* 870 F.2d 1085, 1088 (6th Cir.1989)(court has jurisdiction to enforce a trusteeship imposed by a labor organization over a subordinate affiliate); *International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers, AFL-CIO v. Statham,* 97 F.3d 1416 (11th Cir. 1996)(§ 301 jurisdiction found over contract suits "between any . . . labor organizations" in union's claim against former union officers for breach of union constitution where union expressly limited its claim to seek only equitable relief); *Shea v. McCarthy,* 953 F.2d 29, 32 (2d Cir. 1992)(individual defendant union officer may be sued alone without also joining a union as defendant under section 185(a) for violating the union constitution, as long as the relief sought is equitable, not legal).

**APPENDIX P. 58**

Finally, plaintiff contends its lawsuit to enforce the union executive board's fine against defendant is more akin to an action to enforce an arbitration award than to a suit for money damages which is barred. District courts have jurisdiction to specifically enforce arbitration *clauses* found in collective bargaining agreements. *See* <u>Textile Workers Union of America v. Lincoln Mills of Alabama</u>, 353 U.S. 448 (1957)(district court had authority under § 301 to order an employer to comply with the grievance arbitration provisions of a collective bargaining agreement). However, the Court would still lack federal jurisdiction under § 301 to enforce an arbitration award because such a suit amounts to action for damages which is barred under the Supreme Court's decision in *Reis*. *See* <u>United Food and Commercial Workers Local 951, AFL-CIO and CLC v. Mulder</u>, 31 F.3d 365, 370 (6th Cir. 1994), *cert. denied,* 513 U.S. 1148 (1995).

Plaintiff has failed to meet its burden of demonstrating subject matter jurisdiction under section 301. Accordingly, defendant's motion to dismiss is hereby GRANTED.

IT IS SO ORDERED.

Save trees - read court opinions online on Google Scholar.

APPENDIX P. 59