```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION

ROBERT (BOB) ROSS                §
                                 §
VS.                              §    ACTION NO. 4:22-CV-343-Y
                                 §
ASSOCIATION OF PROFESSIONAL      §
FLIGHT ATTENDANTS, ET AL.        §
```

### ORDER STRIKING SUMMARY-JUDGMENT MOTION AND DENYING MOTION TO STAY DISCOVERY AS MOOT

Pending before the Court is Defendants' Motion for Summary Judgment (doc. 42). After review of the motion, the Court concludes that it should be, and it is hereby, STRICKEN due to Defendants' failure to include a table of contents and a table of authorities with its brief, as is required by this Court's local rules. See N. D. Tex. L. Civ. R. 7.2(d); 56.1. Defendants may refile their motion after remedying this deficiency. The Court notes, however, that pursuant to a separate order issued this same day, it has granted Plaintiff leave to file an amended complaint. As a result, the Court cautions Defendants that, in deciding whether and when to refile their summary-judgment motion, the Court permits the filing of only one such motion. *See id.* at 56.2(b).

As a result of the striking of Defendants' summary-judgment motion, the Court concludes that their Motion to Stay Discovery (doc. 54) should be, and it is hereby, DENIED as moot.

Additionally, after reviewing numerous briefs that have previously been submitted by the parties herein, the Court has perceived a few repeated problems. Thus, regarding any future briefs

submitted to this Court, counsel must:

(1) proofread briefs before submitting them to the Court to correct typographical errors and ensure that words are not missing and sentences actually make sense;

(2) include in citations the reporter or computer database where they may be found;

(3) cite the particular subsection of a statute or page of a case upon which the stated legal proposition can be found;

(4) include in response briefs only argument and authorities responsive to the particular motion at issue; similarly, include in reply briefs argument and authorities responsive to the response brief to the particular motion at issue; and

(5) format response briefs similarly to the motion's table of contents, so that the Court can easily flip to responsive arguments to each particular section of the motion.

Continued failure to abide by these requirements may result in the striking of a noncompliant motion or brief.

SIGNED February 22, 2023.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE