IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS,** | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00343-Y |
| | § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, AND ERIK HARRIS,** | § | |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

## AGREED MOTION FOR WITHDRAWAL AS COUNSEL

TO THE U.S. DISTRICT JUDGE AND MAGISTRATE JUDGE:

Heather Abreu, co-counsel for Plaintff/Counter-Defendant files this Unopposed Motion for Withdrawal as an attorney and would show unto the Court as follows:

### I. BACKGROUND

1. Heather Abreu is currently co-counsel of record on the above captioned matter.

2. Heather Abreu requests approval to withdraw as an attorney-of-record for said Plaintiff. Counsel Kerri Phillips will remain as the attorney in charge of the matter and there will not be any delay in the matter due to counsel's withdrawal.

3. The Plaintiffs are not opposed to Heather Abreu's withdrawal of this matter.

4. Heather Abreu has sought concurrence from opposing counsel in this matter and they are not opposed to this motion.

## II. PRAYER

WHEREFORE, PREMISES CONSIDERED, Heather Abreu respectfully prays that the Court grant Agreed Motion for Withdrawal as attorney for Plaintiff, and for any such other and further relief, general or special, at law or in equity, to which she may show herself to be justly entitled.

Dated: March 10, 2023

Respectfully submitted,

 /s/ Heather Abreu
HEATHER ABREU*
Texas Bar No. 24122577
KERRI PHILLIPS
Texas Bar No. 24065906
K.D. Phillips Law Firm, PLLC
6010 Spring Creek Parkway
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: heather@KDphillipslaw.com
Email: kerri@KDphillipslaw.com
*Counsels for Plaintiff Robert (Bob) Ross*

AGREED TO FORM:

HEATHER ABREU*
Texas Bar No. 24122577
K.D. Phillips Law Firm, PLLC
6010 Spring Creek Parkway
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: heather@KDphillipslaw.com

KERRI PHILLIPS
Texas Bar No. 24065906
K.D. Phillips Law Firm, PLLC
6010 Spring Creek Parkway
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
*Counsels for Plaintiff Robert (Bob) Ross*


SANFORD R. DENISON
Tex. Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Ave., Suite 550
Dallas, TX 75214
Tel.: (214) 637-0750
Fax.: (214) 637-0730
Email: denison@baabdenison.com

WILLIAM W. OSBORNE*
D.C. Bar No. 912089
Osborne Law Offices P.C.
5335 Wisconsin Avenue N.W., Suite 440
Washington, D.C. 20015
Tel.: (202) 243-3200
Fax: (202) 686-2977
Email: b.osborne@osbornelaw.com
*Counsels for Defendant Counterclaim Plaintiff Association of Professional Flight Attendants, and Defendants Julie Hedrick and Erik Harris*

*Admitted *Pro Hac Vice*

MICHAEL R RAKE
Tex. Bar No. 16487600
Michael R. Rake, Attorney at Law
PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com
*Counsel for Defendant McGaughey, Reber and Associates, Inc.*