# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS,** | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-00343-Y |
| | § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, AND ERIK HARRIS,** | § | |
| | § | |
| Defendants/Counter-Plaintiffs. | § | |

## AGREED ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Came on to be considered in the cause, the Agreed Motion for Withdrawal of Counsel for attorney Heather Abreu. The Court finds that the Motion is not sought for delay and should be GRANTED.

IT IS THEREFORE ORDERED that Heather Abreu is withdrawn as counsel for Plaintiff and that Kerri Phillips will remain as the lead attorney-of-record for Plaintiff/Counter-Defendant in this action.

SIGNED this_____ day of _____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

1

AGREED TO FORM:

HEATHER ABREU*
Texas Bar No. 24122577
K.D. Phillips Law Firm, PLLC
6010 Spring Creek Parkway
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: heather@KDphillipslaw.com

KERRI PHILLIPS
Texas Bar No. 24065906
K.D. Phillips Law Firm, PLLC
6010 Spring Creek Parkway
Plano, Texas 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
*Counsels for Plaintiff Robert (Bob) Ross*


SANFORD R. DENISON
Tex. Bar No. 05655560
Baab & Denison, LLP
6301 Gaston Ave., Suite 550
Dallas, TX 75214
Tel.: (214) 637-0750
Fax.: (214) 637-0730
Email: denison@baabdenison.com

WILLIAM W. OSBORNE*
D.C. Bar No. 912089
Osborne Law Offices P.C.
5335 Wisconsin Avenue N.W., Suite 440
Washington, D.C. 20015
Tel.: (202) 243-3200
Fax: (202) 686-2977
Email: b.osborne@osbornelaw.com
*Counsels for Defendant Counterclaim Plaintiff Association of Professional Flight Attendants, and Defendants Julie Hedrick and Erik Harris*

*Admitted *Pro Hac Vice*

MICHAEL R RAKE
Tex. Bar No. 16487600
Michael R. Rake, Attorney at Law
PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com
*Counsel for Defendant McGaughey, Reber and Associates, Inc.*