IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FT. WORTH DIVISION

| | |
|---|---|
| ROBERT "BOB" ROSS<br>Plaintiff/Counterclaim Defendant<br><br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS<br><br>Defendants/Counterclaim Plaintiff. | Case No. 4:22-CV-00343-Y |

**PLAINTIFF'S MOTION FOR JOINDER AND MOTION FOR LEAVE TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

TO THE HONORABLE JUDGE OF SAID COURT:

**PLEASE TAKE NOTICE** that Plaintiff moves the Court, pursuant to Rule 15 (a) and Rule 20 (a) of the Federal Rules of Civil Procedure, for an Order as follows:

(1) Granting Plaintiff's leave to file a Third Amended Complaint;

(2) Issue Citations for service of process for the additional parties: Larry Salas, APFA National Vice-President, and Josh Black, APFA National Secretary, and IMA Financial Group, Inc. which issued surety bonds for the Plaintiff, and for the APFA National Officers.

1

Pursuant to Federal Rules of Civil Procedure §§ 20(a) and 15(a), Plaintiff, Ross, by and through the undersigned counsel, respectfully moves to join the following additional parties and claims asserted therein to the case before the court

Fed. R. Civ. P. Rule § 20 (a) states "persons may join in one action if: (1) they assert any right to relief jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences;" and "(2) any question of law or fact common to all plaintiffs will arise in the action." Fed. R. Civ. P. 20(a). This case raises issues about the breach of fiduciary duty claims of Plaintiff's union National Officers against Plaintiff. Plaintiff asserts a right to relief jointly and severally and all questions of law and fact as to the Plaintiff will arise in the action.

Fed. R. Civ. P. § 15(a) states a party may amend his pleading once as a matter of course within twenty-one days after serving it or, if the pleading is one to which a responsive pleading is required, twenty-one days after service of a responsive pleading or twenty-one days after service of a Rule 12(b), whichever is earlier. Otherwise, a party may amend its pleading only with the opposing party's written consent or the court's leave. Rule 15 provides that court should freely give leave to amend when justice so requires. Plaintiff requests the court grant leave to amend and grant this motion of joinder to include additional parties. Attached to this Motion is a Proposed Second Amended Complaint marked as Exhibit 1. Attached to this Motion is a Proposed Second Amended Certificate of Interested Parties marked as Exhibit 2.

In support, Plaintiff submits Brief in Support of this Motion for Joinder and Motion for Leave to Amend Complaint, which is incorporated herein and filed contemporaneously with this Motion. Attached to the Brief in Support of Motion for Joinder and Motion for Leave to Amend the Complaint and thereto marked as "Exhibit A" is the Affidavit of Eugenio Vargas in support of

this Motion for Joinder and Motion for Leave to Amend the Complaint, which is being filed contemporaneously with this notice or motion.

This Motion is based upon all records and proceedings submitted in conjunction with this Motion. Hereto attached and marked as "Exhibit 1" is a proposed Second Amended Complaint in which Plaintiff respectfully requests the Court to grant Plaintiff's Motion for Leave to File a Second Amended Complaint.

April 7, 2023

>Respectfully submitted,
>K.D. PHILLIPS LAW FIRM, PLLC
>
>By: /s/ Kerri Phillips
>Kerri Phillips
>Texas Bar No. 24065906
>Phone: (972) 327-5800
>Email: kerri@KDphillipslaw.com
>
>6010 W. Spring Creek Parkway
>Plano, Texas 75024
>Fax: (940) 400-0089
>For Service of Filings:
>notice@KDphillipslaw.com
>
>**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I, Kerri Phillips, attorney for Plaintiff Robert "Bob" Ross, hereby certify that on the 7th day of April 2023, I emailed for purposes of conference with Sanford Denison, counsel for Defendant APFA, and Michael Rake, to inform each of them of the filing of this Motion. Mr. Denison and Mr. Rake. A response from opposing counsel has not been received as of the filing of this Motion.

## **CERTIFICATE OF SERVICE**

I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 7th day of April 2023.

William Osborne, Sanford Denison, Michael Rake

                                                  /s/ Kerri Phillips
                                                  Kerri Phillips