IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **ROBERT (BOB) ROSS**<br>**Plaintiff, Counterclaim-Defendant**<br><br>V.<br><br>**ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS, IMA FINANCIAL GROUP, INC., LARRY SALAS, JOSH BLACK,**<br>**Defendants, Counterclaim Plaintiffs.** | Case No. 4:22-CV-00343 |

**SECOND AMENDED CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P.7.1 and LR 3.1(c), L.R 3.2(e), LR 7.4, LR 81.1(a)(4)(D) and LR 81.2, Plaintiff/Counter-Defendant Robert "Bob" Ross provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporation , guarantors, insurers, affiliates, parent or subsidiary corporation or other legal entities that are financially interested in the outcome of this case:

1. Association of Professional Flight Attendant ("APFA");

2. Julie Hedrick, National President of APFA;

**EXHIBIT 2**

3. Erik Harris, National Treasurer of APFA;

4. Larry Salas, National Vice-President of APFA;

5. Josh Black, National Secretary of APFA;

6. McGaughey Reber and Associates, Inc d/b/a Diversified Credit Systems;

7. Members of, and individuals represented by the APFA;

8. IMA Finance Group, Inc.; and

9. Robert "Bob" Ross, former National President of APFA ("Plaintiff Counterclaim Defendant").

Date: April 7, 2023

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
Kerri Phillips
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com
6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**EXHIBIT 2**

## CERTIFICATE OF SERVICE

I certify that on this 7th day of April, a true and correct copy of the foregoing document was served on the below listed counsels of record for Defendant/Counterclaim Plaintiffs by means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

William Osborne
Sanford Denison
Michael Rake

                                              /s/ Kerri Phillips
                                              Kerri Phillips

**EXHIBIT 2**