IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS, § | | |
|    Plaintiff/Counterclaim Defendant, § | | |
| § | | |
| v. § | Civil Action No. 4:22-CV-00343-Y | |
| § | | |
| ASSOCIATION OF PROFESSIONAL § | | |
| FLIGHT ATTENDANTS, et al. § | | |
|    Defendants/Counterclaim Plaintiff. § | | |

| | | |
|---|---|---|
| EUGENIO VARGAS, § | | |
|    Plaintiff/Counterclaim Defendant, § | | |
| § | | |
| v. § | Civil Action No. 4:22-CV-00430-Y | |
| § | | |
| ASSOCIATION OF PROFESSIONAL § | | |
| FLIGHT ATTENDANTS, et al. § | | |
|    Defendants/Counterclaim Plaintiff. § | | |

## NOTICE OF WITHDRAWAL OF MOTIONS FOR LEAVE TO FILE

COMES NOW, Robert "Bob" Ross and Eugenio Vargas, Defendants in the above-entitled causes and hereby withdraws their Motions for Leave to File Amended Complaints and Briefs in Support filed on April 8, 2023, based on updates needed to Certificate of Conferences filed therein. The Docket numbers for the withdrawn filings include 85 and 86 for 22-CV-00343-Y, and 82 and 83 for 22-CV-00430-Y, respectively.

Date: April 11, 2023

                                                Respectfully submitted,

                                                K.D. PHILLIPS LAW FIRM, PLLC
                                       By:  /s/Kerri Phillips
                                                Kerri Phillips
                                                Texas Bar No. 24065906
                                                Phone: (972) 327-5800
                                                Email: kerri@KDphillipslaw.com
                                                6010 W. Spring Creek Parkway
                                                Plano, Texas 75024
                                                Fax: (940) 400-0089
                                                notice@KDphillipslaw.com
                                                **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 11th day of April 2023.

William Osborne, Sanford Denison, Michael Rake

                                                                    /s/Kerri Phillips
                                                                    Kerri Phillips

**CERTIFICATE OF SERVICE**

    I certify that true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF filing on this the 11th day of April 2023.

William Osborne, Sanford Denison

                                                                    /s/Kerri Phillips
                                                                    Kerri Phillips