IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS,** | § | |
| | § | |
| Plaintiff/Counterclaim Defendant, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-343-Y |
| | § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, AND ERIK HARRIS,** | § § § § § | |
| | § | |
| Defendants/Counterclaim Plaintiff. | § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is the Unopposed Motion for Withdrawal of William W. Osborne as Counsel for the Union Defendants (doc. 90). Having considered the motion, the Court concludes that it should be, and it is hereby, GRANTED. Therefore, it is ORDERED that William W. Osborne be, and is hereby, WITHDRAWN as counsel for the Union Defendants in this civil action.

SIGNED April 27, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE