IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIV. A. NO. 4:22-cv-343-Y |
| | § | |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE TERRY R. MEANS:

Please take notice that James D. Sanford of the law firm of GILLESPIE SANFORD LLP enters his appearance as local counsel for Defendants/Counter-Claimants Association of Professional Flight Attendants (APFA), Julie Hedrick, and Erik Harris. Mr. Sanford's contact information is:

James D. Sanford
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, Texas 75246
Tel:   214.800.5111
Fax:   214.838.0001
Email:  jim@gillespiesanford.com

Jeffrey A. Bartos of GUERRIERI, BARTOS & ROMA, P.C. (application for admission *pro hac vice* forthcoming) will be lead counsel and attorney of record for these Defendants/Counter-Claimants.

Dated: May 23, 2023                    Respectfully submitted,

                                                  GILLESPIE SANFORD LLP
                                                  4803 Gaston Ave.
                                                  Dallas, Texas 75246
                                                  Tel:    214.800.5111
                                                  Fax:   214.838.0001

                                                  By:  *s/ James D. Sanford*
                                                       James D. Sanford
                                                       Texas Bar No. 24051289
                                                     Email: jim@gillespiesanford.com

                                                ATTORNEYS FOR DEFENDANTS/COUNTER-CLAIMANTS APFA, HEDRICK, AND HARRIS

## CERTIFICATE OF SERVICE

     I hereby certify that on May 23, 2023, I electronically submitted this document to the clerk of court for the U.S. District Court for the Northern District of Texas using the court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the following individuals, who have consented in writing to accept this Notice as service of this document by electronic means:

    Kerri Phillips
    KD PHILLIPS LAW FIRM PLLC
    6010 W. Spring Creek Parkway
    Plano, Texas 75024
    Email: notice@kdphillipslaw.com

                                                       *s/ James D. Sanford*