IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS | § | |
| | § | |
| VS. | § | ACTION NO. 4:22-CV-343-Y |
| | § | |
| ASSOCIATION OF PROFESSIONAL | § | |
| FLIGHT ATTENDANTS, ET AL. | § | |

<u>ORDER DENYING MOTION FOR LEAVE TO AMEND/FOR JOINDER AS UNTIMELY</u>

Pending before the Court is Plaintiff's Second Motion for Leave to File Second Amended Complaint and for Joinder (doc. 105). In the motion, Plaintiff seeks leave to join two additional parties. As noted in the Court's recent order (doc. 103) denying Plaintiff's first motion for leave to amend and join parties, the motion is untimely and is therefore DENIED. The scheduling order's deadline for joining additional parties expired on April 7, 2023. Plaintiff has not obtained an extension of that deadline. Plaintiff must first seek and obtain an extension of the scheduling order's deadline under Federal Rule of Civil Procedure 16(b)(4) before the Court will consider any new motion for leave to amend and join additional parties.[1]

SIGNED August 1, 2023.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] Additionally, Plaintiff's sole basis for amendment is that "[o]n or about April 7, 2023, [Eugenio Vargas] learned that . . . ." (Pl's. App. (doc. 107) 2.) But Eugenio Vargas is not the plaintiff in this lawsuit. None of the documents submitted appear to address when plaintiff Robert Ross learned, or, more importantly, should have learned with the exercise of due diligence, that these two additional parties might be named as additional defendants.