IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT (BOB) ROSS, | § |
| Plaintiff/Counterclaim Defendant, | § Civil Action No. 4:22-cv-343-Y |
| v. | § Judge Terry R. Means |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, *et al.*, | § |
| Defendants/Counterclaim Plaintiff. | § |

**APFA DEFENDANTS' MOTION
FOR LEAVE TO AMEND ANSWER AND COUNTERCLAIM**

Pursuant to Rule 15, Fed. R. Civ. P., and this Court's Initial Scheduling Order (doc. 77), Defendants the Association of Professional Flight Attendants ("APFA"), Julie Hedrick and Erik Harris (herein, "the APFA Defendants") hereby move to leave to amend their Answer and the APFA's Counterclaim. The proposed Amended Answer and Counterclaim is attached hereto as Exhibit A.

Counsel for APFA has conferred with counsel for Plaintiff, who states that Plaintiff opposes this motion.

The purpose of the proposed amendment is to reflect, in the Amended Answer, the facts as currently understood regarding Plaintiff's allegations; to update the affirmative defenses; and to amend the counterclaims by withdrawing one cause of action (the contract claim under 29 U.S.C. § 185(a)), and refining the allegations of the remaining counterclaim (the fiduciary duty claim under 29 U.S.C.§ 501). The gravamen of the fiduciary duty counterclaim remains the same. The APFA Defendants respectfully submit that the proposed amendment will not cause

any delay or undue prejudice to any party, and that the motion for leave to amend should therefore be granted.

Rule 15 provides that "The court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). As further articulated by the Fifth Circuit:

> "Whether leave to amend should be granted is entrusted to the sound discretion of the district court, and that court's ruling is reversible only for an abuse of discretion." *Heinze v. Tesco Corp.*, 971 F.3d 475, 485 (5th Cir. 2020) (quoting *Pervasive Software Inc. v. Lexware GmbH*, 688 F.3d 214, 232 (5th Cir. 2012)). But a district court may only deny leave "for a substantial reason, such as undue delay, repeated failures to cure deficiencies, undue prejudice, or futility." *Stevens v. St. Tammany Par. Gov't*, 17 F.4th 563, 575 (5th Cir. 2021) (quoting *U.S. ex rel. Spicer v. Westbrook*, 751 F.3d 354, 367 (5th Cir. 2014)). Absent such factors, leave to amend should be "freely given." Fed. R. Civ. P. 15(a).

*Residents of Gordon Plaza, Inc. v. Cantrell*, 25 F.4th 288, 302–03 (5th Cir. 2022), *cert. denied*, 143 S. Ct. 100 (2022).

The APFA Defendants' Proposed Amended Answer and Counterclaim readily meets this standard. There is no delay, because the present motion is filed within the deadline established by the Court in its Scheduling Order. There have been no prior failures to cure deficiencies in the pleadings. Nor would amendment prejudice Plaintiff in any way -- the proposed amended pleading would narrow the issues and streamline the litigation by removing one cause of action while retaining another which has been present since the case began. Finally, amendment would not be futile -- the remaining counterclaim for breach of fiduciary duty arises under Section 501 of the LMRDA, 29 U.S.C. § 501, and this Court has already rejected Plaintiff's effort to dismiss that counterclaim, *see* Order Partially Granting Motion to Dismiss Counterclaim (doc. 72 at 2-4).

Accordingly, the APFA Defendants respectfully request that the Court grant their motion for leave to amend their Answer and Counterclaim.

Dated: Wednesday, August 30, 2023        Respectfully Submitted,


   /s/ James D. Sanford
JAMES D. SANFORD
Tex. Bar No. 24051289
JOSEPH H. GILLESPIE
Tex. Bar No. 24036636
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246
Tel.: (214) 800-5111; Fax.: (214) 838-0001
Email: jim@gillespiesanford.com
Email: joe@gillespiesanford.com

JEFFREY A. BARTOS (*pro hac vice*)
D.C. Bar No. 435832
Guerrieri, Bartos & Roma, PC
1900 M Street, N.W. Suite 700
Washington, DC 20036
Tel.: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

*Counsel for Defendant and Counterclaim Plaintiff Association of Professional Flight Attendants, and Defendants Julie Hedrick and Erik Harris*

CHARLETTE L. MATTS (*pro hac vice*)
Tex. Bar No. 24133870
Association of Professional Flight Attendants
1004 W. Euless Blvd.
Euless, TX 76040
Tel.: (682) 301-8454
Email: Cmatts@apfa.org

*Counsel for Defendant and Counterclaim Plaintiff Association of Professional Flight Attendants*

Page 3

**CERTIFICATE OF CONFERENCE**

I certify that on August 30, 2023, counsel for the APFA Defendants conferred with Kerri Phillips, counsel for Plaintiff, by email regarding this motion. Ms. Phillips stated that Plaintiff opposes this motion.

/s/ *Jeffrey A. Bartos*
JEFFREY A. BARTOS

**CERTIFICATE OF SERVICE**

I certify that on Wednesday, August 30, 2023, I electronically submitted this document to the clerk of the court for the U.S. District for the Northern District of Texas using the court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the following individuals, who have consented to accept this Notices as service of this document by electronic means:

KERRI PHILLIPS
K.D. Phillips Law Firm, PLLC
6010 W. Spring Creek Parkway
Plano, TX 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
       notice@KDphillipslaw.com

MICHAEL R RAKE
Michael R. Rake, Attorney at Law
PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

/s/ *James D. Sanford*
JAMES D. SANFORD

Page 4