IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **ROBERT (BOB) ROSS** § <br> Plaintiff, § <br> § <br> V. § <br> § <br> **ASSOCIATION OF PROFESSIONAL** § <br> **FLIGHT ATTENDANTS,** § <br> **MCGAUGHEY, REBER AND** § <br> **ASSOCIATES, INC., JULIE** § <br> **HEDRICK, ERIK HARRIS** § <br> Defendants. § | Case No. 4:22-CV-00343 |

### PLAINTIFF'S WRITTEN REQUEST
### FOR COURT TO APPOINTMENT A MEDIATOR

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Robert "Bob" Ross, Plaintiff herein, and files this Written Request for Court to appoint a Mediator, and in support thereof would respectfully show unto the court the following:

I.

In compliance with this Court's Mediation Order entered on February 22, 2023, Counsel for Plaintiff and Defendants have attempted to meet and confer on a selection of a mediator, a date, a manner, and duration of mediation. Counsel for Plaintiff and Defendants' have exchanged numerous emails attempting to schedule and choose a mediator between August 10, 2023 to August 31, 2023. As of the date of this filing the parties are unable to agree on a mediator, a date, a method, or a duration for a mediation to occur. Plaintiff reasonably believes that using the services of a court-mandated mediation service, in Tarrant County may increase the likelihood of

PLAINTIFF'S MOTION FOR REFERRAL TO MEDIATION – Page 1

a resolution of this case and will save valuable judicial resources. However, without judicial intervention, the parties are unable to agree on a mediator.

      WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Court please appoint a mediator who may set the case for mediation in accordance with the Mediation Order entered as of February 22, 2023; and for such other and further relief to which Plaintiff may show himself justly entitled to receive.

      Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
    Kerri Phillips
    Texas Bar No. 24065906
    Email: kerri@KDphillipslaw.com
    6010 W. Spring Creek Parkway
    Plano, Texas 75024
    Phone: (972) 327-5800
    Fax: (940) 400-0089
    For Service of Filings:
    notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**PLAINTIFF'S MOTION FOR REFERRAL TO MEDIATION – Page** 2

## **CERTIFICATE OF SERVICE**

      I certify that on August 31, 2023, a true and correct copy of the above was served on Defendants' attorney via the e-filing manager.

Michael Rake
Jeff Bartos
Charlette Matts
James Sanford

                                             /S/ Kerri Phillips
                                               Kerri Phillips