IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ROBERT (BOB) ROSS,** § | |
| § | |
| **Plaintiff/Counterclaim** § | Civil Action No. 4:22-cv-343-Y |
| **Defendant,** § | |
| § | Judge Terry R. Means |
| v. § | |
| § | |
| **ASSOCIATION OF PROFESSIONAL** § | |
| **FLIGHT ATTENDANTS,** *et al.*, § | |
| § | |
| **Defendants/Counterclaim** | |
| **Plaintiff.** | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA ISSUED TO WOODS, STEPHENS AND O'NEIL, L.L.P.**

COME NOW, Plaintiff, Robert "Bob" Ross ("Ross"), and file this, his Motion to Compel Response to Subpoena Issued to Woods, Stephens, and O'Neil, L.L.P. ("Woods, Stephens, and O'Neil") and in support thereof, would respectfully show this Court as follows:

1. Woods, Stephens, and O'Neil objected to the Subpoena served on October 20, 2022, within the time period for compliance, and should be compelled to serve documents and all objections overruled.

2. Counsel for Defendants served objections on behalf of Woods Stephens, and O'Neil to Plaintiff's Counsel on November 3, 2022. Original Counsel for Defendants have subsequently withdrawn from this case and been replaced with new counsel. No confirmation has been asserted that new Counsel does, in fact, represent Woods, Stephens, and O'Neil to date.

3. It has been ten (10) months since Woods, Stephens, and O'Neil was served with the Subpoena, and yet Woods, Stephens, and O'Neil will not withdraw objections, and refuses to produced any documents responsive of Plaintiff's Subpoena.

3

Therefore, for the reasons set forth more fully in the incorporated Brief in Support, Ross asks that this Court grant his Motion and overrule Defendants' and Woods, Stephens, and O'Neil's objections to the Subpoena and further issue an order compelling Woods, Stephens, and O'Neil to produce all documents responsive to Plaintiff's Subpoena.

WHEREFORE, PREMISES CONSIDERED, Plaintiff request that this Court grant his Motion to Compel Production of Documents in Response to Subpoena to Woods, Stephens, and O'Neil L.L.P. and for such other relief as the Court deems proper.

THIS, the 5th day of September, 2023.

Respectfully submitted,

By: /s/ Kerri Phillips
Kerri Phillips, Esq.
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@kdphillipslaw.com
KD PHILLIPS LAW FIRM, PLLC
6010 West Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@kdphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b) I hereby certify that counsel for the movant has conferred with Defendant in a good faith effort to resolve the issues raised herein. Plaintiff's counsel conferred with Defendants' counsel on via email on August 14, 2023, August 17, 2023, August 18, 2023. A telephone call was held on August 23, 2023 wherein the concerns and objections were discuss, in particular Plaintiff offered to limit the time frame of the Requests for Production No. 1, 2 and 3 to overcome Defendants objections without success in appeasing him. Plaintiff's further conferred with Defendants on via email on August 25, 2023, August 26, 2023, and received a response on August 30, 2023 stating documents would be produced on August 31, 2023. As of the date of filing this Motion, Plaintiffs served extremely limited responses that were heavily redacted and only responsive to Request for Production 2, and no documents have been received from Woods, Stephens, and O'Neil. Counsel conferred on September 1, 2023 as to the relief requested in this instant Motion and Defendants' counsel has replied they are opposed to the Motion. Counsel for Diversified is unopposed.

THIS, the 5th day of September 2023.

By: /s/ Kerri Phillips
Kerri Phillips, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **BRIEF IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO SUBPOENA ISSUED TO WOODS, STEPHENS, O'NEIL, L.L.P.** has been served in accordance with the Federal Rules of Civil Procedure to all counsel of record identified below on this 5th day of September, 2023.

By: /s/ Kerri Phillips
Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-0001
Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com


Michael Rake
PO Box 1556
Lake Dallas, TX 75065-1556
Tel: (940) 498-2103 Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com