IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **ROBERT (BOB) ROSS**<br>**Plaintiff, Counterclaim-Defendant**<br><br>V.<br><br>**ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS, LARRY SALAS, JOSH BLACK**<br>**Defendants, Counterclaim Plaintiff.** | §§§§§§§§§§§§§§§§<br><br>Case No. 4:22-CV-00343 |

## SECOND AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P.7.1 and LR 3.1(c), L.R 3.2(e), LR 7.4, LR 81.1(a)(4)(D) and LR 81.2, Plaintiff/Counter-Defendant Robert "Bob" Ross provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporation, guarantors, insurers, affiliates, parent or subsidiary corporation or other legal entities that are financially interested in the outcome of this case:

1. Association of Professional Flight Attendant ("APFA");

2. Julie Hedrick, National President of APFA ("Hedrick");

3. Erik Harris, National Treasurer of APFA ("Harris");

4. Larry Salas, National Vice-President of APFA ("Salas");

5. Josh Black, National Secretary of APFA ("Black");

6. McGaughey Reber and Associates, Inc d/b/a Diversified Credit Systems;

7. Members of, and individuals represented by the APFA; and

8. Robert "Bob" Ross, former National President of APFA ("Plaintiff Counterclaim Defendant").

Date: September 27, 2023

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips
Kerri Phillips
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com
6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on this 27th day of September, 2023, a true and correct copy of the foregoing document was served on the below listed counsels of record for Defendant/Counterclaim Plaintiffs by means permitted by Rule 5(b)(2) of the Federal Rules of Civil Procedure ("F.R.C.P.").

Jeff Bartos
James Sanford
Antonia Bird
Charlette Matts
Michael Rake

/s/ Kerri Phillips
Kerri Phillips