IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION

| | |
|---|---|
| **ROBERT (BOB) ROSS,** | § |
| | § |
| Plaintiff/Counterclaim Defendant, | §  Civil Action No. 4:22-cv-343-Y |
| | § |
| v. | §  Judge Terry R. Means |
| | § |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS,** *et al.*, | §  (Relates to Motion Referred to Magistrate Judge Cureton) |
| | § |
| Defendants/Counterclaim Plaintiff. | § |

### NOTICE OF MANUAL FILING

Pursuant to Local Rule 5.1, please take notice that the Defendant, ROBERT (BOB) ROSS, has manually filed a telephone recording dated August 23, 2023.

This recording has not been filed electronically because the recording cannot be converted to an electronic format and is not conducive to e-filing. The recording is in mp3 format.

The recording has been manually served on all parties through their attorneys of record.

Dated: November 27, 2023

                                                       Respectfully submitted,

                                                       By:  /s/ Kerri Phillips
                                                       Kerri Phillips, Esq.
                                                       Texas Bar No. 24065906
                                                       Phone: (972) 327-5800
                                                       Email: kerri@kdphillipslaw.com
                                                       KD PHILLIPS LAW FIRM, PLLC
                                                       6010 West Spring Creek Parkway
                                                       Plano, Texas 75024
                                                       Fax: (940) 400-0089
                                                       For Service of Filings: notice@kdphillipslaw.com
                                                       **ATTORNEY FOR PLAINTIFF**