IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS,** | § § § | |
| Plaintiff/Counterclaim Defendant, | § § § | Civil Action No. 4:22-cv-343-Y |
| | § | Judge Terry R. Means |
| v. | § § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS**, *et al.*, | § § § § | (Relates to Motion Referred to Magistrate Judge Cureton) |
| Defendants/Counterclaim Plaintiff. | | |

**Photo of USB Drive for 8-23-2023 Telephone Recording (Ross)**

