**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| **ROBERT (BOB) ROSS,** | § § § | |
| | § | **Civil Action No. 4:22-cv-343-Y** |
| **Plaintiff/Counterclaim** | § | |
| **Defendant,** | § | **Judge Terry R. Means** |
| | § | |
| **v.** | § | |
| | § | |
| **ASSOCIATION OF PROFESSIONAL** | § | **(Relates to Motion Referred to** |
| **FLIGHT ATTENDANTS,** *et al.*, | § | **Magistrate Judge Cureton)** |
| | § | |
| **Defendants/Counterclaim** | | |
| **Plaintiff.** | | |

---

**APPENDIX IN SUPPORT OF PLAINTIFF'S BRIEF IN SUPPORT OF SECOND
MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS AND
BRIEF IN SUPPORT**

---

Plaintiff Robert "Bob" Ross, pursuant to Local Rules 7.1(i) and § C of this Court's Case

Management Requirements, submits this appendix of documents, and in support of

PLAINTIFF'S REPLY TO REPONSE IN OPPOSITION TO SECOND MOTION TO COMPEL

PRODUCTION OF DOCUMENTS.:"

| Item | Description | Pgs. |
|---|---|---|
| 1 | Supporting Documents Referenced in Brief | 1-41 |

1

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By:  /s/  Kerri  Phillips
      Kerri Phillips
      Texas  Bar  No.  24065906
      Phone: (972) 327-5800
      Email: kerri@KDphillipslaw.com

      6010 W. Spring Creek Parkway
      Plano, Texas 75024
      Fax: (940) 400-0089
      For Service of Filings:
      notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I certify that the true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing **on this the 1st  day of December 2023.**

                        /s/  Kerri Phillips
                        Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-
0001
Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com


Michael Rake
PO Box 1556
Lake Dallas, TX 75065-1556
Tel: (940) 498-2103 Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT.WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | |
| | § | |
| MCGAUGHEY, REBER AND | § | |
| ASSOCIATES, INC., ASSOCIATION | § | |
| OF PROFESSIONAL FLIGHT | § | Case No. |
| ATTENDANTS, JULIE HEDRICK, | § | |
| AND ERIK HARRIS | § | |
| Defendants. | § | |

### AFFIDAVIT OF NENA MARTIN IN SUPPORT OF PLAINTIFF'S ORIGINAL COMPLAINT AND MOTION TO VACATE

BEFORE ME, the undersigned authority, on this day personally appeared Nena Martin, who being by me first duly sworn, did state:

1.  "I am employed as a Flight Attendant working with American Airlines, Inc. and I served on the Board of Directors for the Association of Professional Flight Attendants, between April 2011 to January 2021. I am of sound mind and body to make this affidavit and have personal knowledge of the following facts:

    a.  I attended the Board of Director's meetings on October 27, 2020, and October 28, 2020, in which evidence from an accounting firm hired by APFA was presented off the record. Erik Harris presented spreadsheets he stated were the results of an accounting review that showed Robert "Bob" Ross owed for an overpayment made under his Transition Agreement in the amount of $5,436.47

<u>**Exhibit B**</u>                    1 of 2

APFA VII.-000001
**Appendix 1**

I was present at this meeting and reviewed all documents submitted and can attest to the true and correct findings of the Board of Directors at this time.

b. I have not seen the Confidential Memorandum dated October 22, 2020, from Wood, Stephens & O'Neil, L.L.P ("Confidential Memorandum") and the Board of Directors were not presented this Confidential Memorandum at any formal APFA Board of Directors meeting or discussion with which I participated.

c. I received an email from Erik Harris on November 25, 2020, with a letter attached. A true and correct copy of that letter is attached hereto and marked Exhibit B-1. This information was presented to me on or about October 27, 2020, with the other Board of Directors while discussing it off the record. No formal vote was ever made, no formal record ever taken. It was decided that APFA General Counsel, Margo Nikitas, would call and discuss the accounts with Mr. Ross to review the spreadsheet.

d. I also attended the APFA Executive Committee meeting on December 1, 2020, where the Executive Committee reviewed the charges filed by Melissa Chinery-Burns and Sandra Lee against Robert "Bob" Ross. At this Executive Committee meeting, I had the opportunity to hear all arguments made against Robert Ross prior to the Executive Committed voting on whether the charges were timely, specific, and valid. The Confidential Memorandum dated October 22, 2020, from Wood, Stephens & O'Neil, L.L.P was never presented to the Executive Committee for review and consideration prior to voting on the charges."

**Exhibit B**

APFA VII.-000002

**Appendix 2**

FURTHER AFFIANT SAYETH NOT.

Nena Martin

SWORN AND SUBSCRIBED TO before me on this 18 day of April 2022.

Notary Public, State of Missouri

**Exhibit B**

APFA VII.-000003

**Appendix 3**

**From:** Erik Harris <eharris ████████>
**Sent:** Wednesday, November 25, 2020 9:58 AM
**To:** Base Presidents <BasePresidents ████████>; Executive Committee
<ExecutiveCommittee ████████g>
**Cc:** Margot Nikitas <MNikitas ████████>
**Subject:** Bob Ross' Overpayment

Hi all-

The attached letter was sent to Bob Ross yesterday in regards to the Overpayment of
wages. I gave him a deadline of January 1, 2021 to cure the debt owed to APFA or to make
payment arrangements.

As always, I will keep you all posted on the progress of collecting these funds.

Thanks,

Erik

--

## Erik Harris  *Pronouns: he, him, his*

National Treasurer
Association of Professional Flight Attendants
████████

*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

## Exhibit B-1

**Appendix 4**



**Association of Professional Flight Attendants**

Representing the **Flight Attendants** of American Airlines

November 24, 2020

**Via Email and Return Receipt Certified Mail #7019 1120 0000 0179 3144**

Mr. Bob Ross
4701 Hayloft Ct
El Dorado Hills, CA  95762

**RE:    Overpayment of Wages**

Dear Mr. Ross:

I am sending this letter to follow-up on our telephone conversation on November 10, 2020. During our call, we discussed the finding of the APFA Board of Directors that you were overpaid in the amount of $5,436.47 in 2018. The Board's finding was based on the results of a review from an independent accounting firm which determined that the formula used to determine the daily rate for your sick and vacation payout was incorrect.  (See Schedule C, enclosed).

On or before January 1, 2021, please remit payment (via check, money order, cashier's check, or credit card) to APFA in full or contact me to discuss payment arrangements.

Please contact me at 817.540.0108 or eharris@apfa.org with any questions or concerns.  Thank you for your prompt cooperation.

Sincerely,

Erik Harris
National Treasurer

Enclosure

CC:    APFA Board of Directors
       APFA Executive Committee
       Margot Nikitas, General Counsel

**Exhibit B-1**

1004 West Euless Blvd  •  Euless, Texas 76040

Tel: (817) 540-0108  •  Fax: (817) 540-2077  •  www.apfa.org

| A |
|---|

**Bob Ross - National President Pay**

116 hours paid monthly at the highest purser pay including international overide, per the policy manual.

| | | | | |
|---|---|---|---|---|
| * | Maximum flight attendant pay | 60.13 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 71.38 | 116 hours | 8,280.08 |

| Bi-monthly pay 4/1/16 - 12/31/16 | 4,140.04 |
|---|---|

| | | | | |
|---|---|---|---|---|
| ** | Maximum flight attendant pay | 61.33 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 72.58 | 116 hours | 8,419.28 |

| Bi-monthly pay - 1/1/17 - 5/1/17 | 4,209.64 |
|---|---|

| 101,031.36 | Annual salary |
|---|---|
| 276.80 | Daily rate for sick and vacation |

| | | | | |
|---|---|---|---|---|
| *** | Maximum flight attendant pay | 64.96 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 76.21 | 116 hours | 8,840.36 |

| Bi-monthly pay - 5/2/17 - 12/31/17 | 4,420.18 |
|---|---|

| 106,084.32 | Annual salary |
|---|---|
| 290.64 | Daily rate for sick and vacation |

| | | | | |
|---|---|---|---|---|
| **** | Maximum flight attendant pay | 66.26 | | |
| | Purser Pay | 7.50 | | |
| | International pay | 3.75 | | |
| | | 77.51 | 116 hours | 8,991.16 |

| Bi-monthly pay - 1/1/18 - 7/31/18 | 4,495.58 |
|---|---|

| 107,893.92 | Annual salary |
|---|---|
| 295.60 | Daily rate for sick and vacation |

* Pay rates effective 4/1/16
** Pay rates effective 1/1/17 - 5/1/17
*** Pay rates effective 5/2/17 - 12/31/17 (1.6% Increase)
**** Pay rates effective 1/1/18 - 7/31/18

# Exhibit B-1

# Exhibit B-1

| National Officer: Bob Ross | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
|---|---|---|---|---|---|
| **Profit Sharing - 2016** | | | | 2,652.22 | (paid 3/10/17) |
| **Vacation Pay - 2017** | $ 101,031.36 | 276.80 | 14 | 3,875.20 | (paid 3/31/17) |
| **Sick Pay - 2017** | $ 101,031.36 | 276.80 | 12 | 3,321.60 | (paid 3/31/17) |
| **Retro - Wage Arbitration Award 1.6%** | | | | 918.72 | (paid 6/1/17) |
| **Triple Play Grand Slam** | | | | 300.00 | (paid 7/6/17) |
| **Grand slam** (Additional $50 grand slam paid on 2/15/18 salary check) | | | | 150.00 | (paid 1/25/18) |
| **2071 Profit Sharing** | | | | 2,458.19 | (paid 3/9/18) |
| **Vacation & Sick Pay - 2017 - (adjustment paid in 2018)** | | | | 968.76 | (paid 3/29/2018) |
| **Vacation Pay - 2017 (remaining unused days per agreement)** | $ 114,632.67 | 314.06 | 17 | 5,339.02 | (paid 3/29/2018) |
| **Vacation Pay - 2018 (remaining unused days per agreement)** | $ 122,121.70 | 334.58 | 29 | 9,702.82 | (paid 3/29/2018) |
| (Paid in two checks in the amount of $4,851.41 each) | | | | | |
| **Sick Pay - 2018** | $ 122,121.69 | 334.58 | 12 | 4,014.96 | (paid 3/29/2018) |
| **End of Term Payout - 2017 (January 1 - December 31, 2017)** | $ 118,046.02 | 334.58 | 35 | 11,710.30 | (paid 3/29/2018) |
| (Paid in two checks in the amount of $5,903.43 each and one for $5,903.44) | | | | | |
| **End of Term Payout - 2018 (January 1 - July 31, 2018)** | $ 118,046.02 | 334.58 | 20.44 | 6,838.82 | (paid 3/29/2018) |
| (Paid in two checks in the amount of $3,419.41 each) | | | | | |
| **Profit sharing 2018** | | | | 1,403.59 | (paid 3/6/19) |

| National Officer: | Bob Ross | | Overpayment Calculation | | | | |
|---|---|---|---|---|---|---|---|
| | | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | |
| **Vacation Pay - 2017** | | | | | | | |
| Original amount | | $ | 101,031.36 | 276.80 | 14 | $ 3,875.20 | OK (paid 3/31/17) |
| | | | | | **Overpayment** | $ - | $ - |
| **Sick Pay - 2017** | | | | | | | |
| Original amount | | $ | 101,031.36 | 276.80 | 12 | $ 3,321.60 | OK (paid 3/31/17) |
| | | | | | **Overpayment** | $ - | $ - |
| **Vacation & Sick Pay - 2017 - (adjustment paid in 2018....all paid in error)** | | | | | **Overpayment** | $ 968.76 | $ 968.76 |
| **Vacation Pay - 2017 (remaining unused days per agreement)** | | | | | | | |
| Original amount - paid in error (a) | | $ | 114,632.67 | 314.06 | 17 | $ 5,339.02 | (paid 3/29/2018) |
| Correct calculation amount | | $ | 101,031.36 | 276.80 | 17 | $ 4,705.60 | |
| | | | | | **Overpayment** | $ 633.42 | $ 633.42 |
| **Vacation Pay - 2018 (remaining unused days per agreement)** | | | | | | | |
| Original amount - paid in error (a) | | $ | 122,121.70 | 334.58 | 29 | $ 9,702.82 | (paid 3/29/2018) |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 29 | $ 8,572.40 | |
| | | | | | **Overpayment** | $ 1,130.42 | $ 1,130.42 |
| **Sick Pay - 2018** | | | | | | | |
| Original amount - paid in error (a) | | $ | 122,121.69 | 334.58 | 12 | $ 4,014.96 | (paid 3/29/2018) |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 12 | $ 3,547.20 | |
| | | | | | **Overpayment** | $ 467.76 | $ 467.76 |
| **End of term payout - 2017 (January 1 - December 31, 2017)** | | | | | | | |
| Original amount - paid in error (a) | | $ | 118,046.02 | 334.58 | 35 | $ 11,710.30 | (paid 3/29/2018) |
| Correct calculation amount | | $ | 107,893.92 | 295.60 | 35 | $ 10,346.00 | |
| | | | | | **Overpayment** | $ 1,364.30 | $ 1,364.30 |

**Exhibit B-1**

| End of term payout - 2018 (January 1 - July 31, 2018) | | | | | | |
|---|---|---|---|---|---|---|
| Original amount - paid in error (a) | $ | 118,046.02 | 334.58 | 20.44 | $ | 6,838.82 | (paid 3/29/2018) |
| Correct calculation amount | $ | 107,893.92 | 295.60 | 20.44 | $ | 6,042.06 | |
| | | | | Overpayment | $ | 796.75 | $ 796.75 |
| | | | | | | | |
| | | | | Overpayment subtotal | | | $ 5,361.41 ** |
| | | | | | | | |
| Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** | | | | | | | $ 75.06 (based on 1.4%) |
| | | | | | | | |
| | Total overpayment - due to APFA | | | | | | $ 5,436.47 |
| | | | | | | | |
| | | | | | | | |
| (a) - included union pay (MEA/SAF) | | | | | | | |

APFA VII.-000009

**Appendix 9**





From: "John Nikides" </
O=EXCHANGELABS/
OU=EXCHANGE
ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=JOHN
NIKIDES>

Subject: Re:

Date: Nov 28, 2021 at 11:34:36 AM

Hi, Melissa...

This effort by  Mr. Ross to insert
company authority into an internal union
process in order to silence and avenge a
member was clearly meant to eviscerate
your rights as an APFA member, and this
cannot be ignored by the Board of
Directors.

Mr, Ross's repeated threats to those of us who dare question anything related to his monies owed...and related issues... as well as his temper tantrums; rants; shouting and name-calling...are all well-known within APFA, but have been largely ignored.

The revelation of this latest travesty is

just too much to ignore.

The silence by the majority of the BOD to this point on any outstanding issue related to Bob Ross has seemingly led him to believe that he can do as he pleases. This cannot he allowed to continue.

I have repeatedly asked questions...on

APFA VII.-000790
**Appendix 14**

Board calls and in meetings…related to:

1. the overpayment;
2. a pending lawsuit relative to that overpayment;
3. excessive contributions by the Association to his APFA 401K while in office.

Rather than providing proof in the form

of factual evidence which might otherwise verify his self-professed innocence, Mr. Ross has attempted to simply erase his debts via the use of threats;  by endeavoring to squash all discussion through obstreperous behavior and now...by apparently running to the company for protection.

John Nikides

**APFA LAX Base President**

**Sent from my iPad**

On Nov 27, 2021, at 4:54 PM, melchinery@aol.com wrote:

APFA VII.-000793
**Appendix 17**

Dear APFA Board of Directors:

At our recently concluded Article VII hearing SFO base president Bob Ross testified he had turned in Sandra Lee and myself to American Airlines management for our work in exposing his theft of APFA property and funds. As a base president and a member of your

board of directors, it is highly improper for Mr Ross to involve the Company in our union business. As a body. what steps are you willing to take against one of your members who is retaliating against members who are trying to rid this organization of corruption?

 At the hearing, Mr Ross admitted to having a rental car which was used by him and his wife. This is not just a

violation of policy but constitutes theft of union resources in the amount of thousands of dollars.  It was also established that Bob Ross took Laura Gladding's and Marcus Gluth's furniture. It is time for the APFA Board of Directors to take action to police your own members. Each one of you, as the highest body of this organization have an obligation to safeguard union funds. Yet for years. many on the board have

turned a blind eye to corruption, content to sweep this under the rug. It is time for the APFA board to step up and address these longstanding issues.

Sincerely,

Melissa Chinery
Sandra Lee

APFA VII.-000798
**Appendix 22**

nd Sandra,

I wanted to provide a status update on APFA, se

f f or t s to re co up t he o v er pa y m e n t m a d e t o B o b R o s s a n d t he e x c

APFA VII.-000191

Appendix 24

ess 401k contributions made to the four former National Off

icers.

With regard to Mr. Ross's debt, as you know the $54

APFA VII.-000193

**Appendix 26**

00 Mr. Rossowes was referred to a collection agency. Mr. Ros

s has not repaid the monies owed. The next step is for the coll

ection agency to file suit against Mr. Ross. We should be rec



**From:** Bob 2 ‹Redacted by Plaintiff
**Date:** Tuesday, March 9, 2021 at 8:13 AM
**To:** Tim Schwartz ‹Redacted by Plaintiff, Amber De Roxtra ‹Redacted by Plaintiff, Randy Trautman Redacted by Plaintiff,›, John Nikides ‹jRedacted by Plaintiff, Mischel Babi ‹Redacted by Plaintiff, John Pennel Redacted by Plaintiff Scott Hazlewood <shazlewood@apfa.org>, Robert Norvell ‹Redacted by Plaintiff Kim Kaswinkel Redacted by Plaintiff>, Amy Milenkovic <Redacted by Plaintiff, Susan Wroble Redacted by Plaintiff>
**Cc:** National President ‹Redacted by Plaintiff National Treasurer ‹Redacted by Plaintiff, Larry Salas Redacted by Plaintiff, National Secretary Redacted by Plaintiff>, Margot Nikitas <Redacted by Plaintiff
**Subject:** Letter the Board

Base Presidents,

In response to yesterdays Treasurers Report, I have on several occasions, attempted to contact the Collection agency with the information given to me by Erik Harris, Diversified Credit Systems. After several attempts to contact this agency, I was told they do not have any account in my name or from APFA in my name

I am requesting that my account be withdrawn from any collections agency and any negative reporting to credit agencies be reversed as evidence of good will until all facts and/or an affordable payment plan can be established. I would like access to records to confirm I was paid per our resignation agreement, any balance be agreed to by both parties and a proper and affordable payment plan be established to make APFA whole. I believe this is not asking too much but is all I've been asking for since this all started.

It is import for the BOD to know I had nothing to do with the method or calculations used in my unused sick and vacation days and would have preferred this issue have been addressed when the other Officers were notified. I was told by Craig Gunter, the former APFA National Treasurer and the former APFA attorney Mark Richard, well over a year ago, that my calculations were correct.

At no time have I ever stated that I "refuse" to pay or reimburse APFA, as has been stated. I did not address this on the record yesterday as that would violate my privacy and my family personal interests. I am asking the BOD to work with me on this issue as there is only now policy and was no such policy for sending incidents like this to collections with only 30 day notice without hearing the member's disputes and without full knowledge of facts in the case.

I would also like to applaud and support Erik Harris' effort to rectify APFA's financial situation, considering the state of financial devastation he walked into. I am asking the BOD's support in rectifying any misunderstandings and allow us to work out an equitable payment plan based on all known facts and calculations. I would also like to set up a meeting with Erik Harris and APFA Legal Counsel, Margot Nikitas to review the calculations on my monies owed.

In Unity,

Bob Ross


Bob Ross
SFO Base President-Elect

**Association of Professional Flight Attendants (APFA)**
*Representing the Flight Attendants of American Airlines*

*This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.*

 Virus-free. www.avast.com

6

APFA VI. - 000046

**Appendix 30**

**diversifiedcredi** Redacted by Plaintiff

| | |
|---|---|
| **From:** | Tom Reber <diversifiedcredit Redacted by Plaintiff |
| **Sent:** | Wednesday, April 14, 2021 11:55 AM |
| **To:** | 'Erik Harris' |
| **Subject:** | RE: Letter the Board |

Hi Erik,

Our supervisor talked to Mr. Ross. He is stating he's on the board of A.P.F.A.? Also, he said that he did not receive our letter with the dispute verification. He now lives in California. When we talked to him previously he verified his address. Our supervisor updated his address information and we are re-sending the information . He stated that he is trying to refinance his home. It sounds like he may pay the account but it seems he may be stalling as well.

We will keep on top of the account.

Thanks,

Tom

**Thomas L. Reber**
VP of Operations

**dcs**

DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

From: Erik Harris < Redacted by Plaintiff
Sent: Tuesday, April 13, 2021 4:00 PM
To: Tom Reber <diversifiedcredit Redacted by Plaintiff
Subject: Re: Letter the Board

Hi Tom,

Any updates from Mr. Ross? Would you mind just sending me a note when he does correspond, that way I won't keep bugging you.

Thanks,

Erik

--

**Erik Harris** _Pronouns: he, him, his_
National Treasurer
Association of Professional Flight Attendants
Redacted by Plaintiff

The content of this email is intended solely for the recipient(s).

1



**From:** Tom Reber <diversifiedcredit Redacted by Plaintiff
**Date:** Tuesday, March 9, 2021 at 2:05 PM
**To:** Erik Harris <eharris Redacted by Plaintiff
**Subject:** RE: Letter the Board

Thanks Erik,

We've updated his file with the phone numbers and forwarded it to a collector to call him.

Thanks,

Tom



Redacted by Plaintiff

**From:** Erik Harris <eharris@
**Sent:** Tuesday, March 9, 2021 1:30 PM
**To:** Tom Reber <diversifiedcredi Redacted by Plaintiff
**Subject:** Re: Letter the Board

Thanks for the update Tom. The phone numbers I have for Bob is (916) 284-2402 and (817) 983-4646.

Much appreciated!

--

Erik Harris *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Office Redacted by Plaintiff
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

Redacted by Plaintiff

**From:** Tom Reber <diversifiedcrec
**Date:** Tuesday, March 9, 2021 at 9:26 AM
**To:** Erik Harris <eharris Redacted by Plaintiff
**Subject:** RE: Letter the Board

3

APFA VI. - 000048

**Appendix 32**

Hi Erik,

We do have Mr. Ross in our system and our notes do not reflect that he has contacted our office. Our phones are answered by a live person Monday-Thursday from 8:30 a.m. to 8:00 p.m. and Friday from 8:30 a.m. to 5:00 p.m. Voicemails that are left after hours are checked daily and distributed to collectors for callbacks.  We do not have a phone number for Mr. Ross but have sent him letters.

Redacted by Plaintiff

He can reach us at (80C

Thanks,

Tom



Redacted by Plaintiff

**From:** Erik Harris <eharris(
**Sent:** Tuesday, March 9, 2021 8:50 AM
**To:** Tom Reber <diversifiedcredit Redacted by Plaintiff
**Subject:** FW: Letter the Board

Hi Tom,

I received the following message from Bob Ross regarding his account. Do you have any record of him contacting your office? He claims he has made several attempts to reach you and is now disputing the debts on that basis. Additionally, he claims that it has already hit his credit report which can't be true because you told me it doesn't hit his credit until after 60 days.

I need to brief the Board of Directors so they know how best to respond to this email.

Thanks,

Erik

--

# Erik Harris *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Office Redacted by Plaintiff
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*



4

**Appendix 33**

From: Bob 2 <bobrossapf Redacted by Plaintiff

Date: Tuesday, March 9, 2021 at 8:13 AM

To: Tim Schwartz <tschwart Redacted by Plaintiff Amber De Roxtra <aderoxtra Redacted by Plaintiff ', Randy Trautman <rtrautman( Redacted by Plaintiff >, John Nikides <jnikide Redacted by Plaintiff Mischel Babi <mbabi@apfa.org>, John Pennel <jpennel Redacted by Plaintiff , Scott Hazlewood <shazlewood@apfa.org>, Robert Norvell <morvell( Redacted by Plaintiff Kim Kaswinkel <kkaswinkel@ Redacted by Plaintiff >, Amy Milenkovic <amilenkov            Susan Wroble <swroble@ Redacted by Plaintiff

Cc: National President <president Redacted by Plaintiff >, National Treasurer <treasurer Redacted by Plaintiff , Larry Salas <lsala: Redacted by Plaintiff tional Secretary <secretar            Margot Nikitas <MNikitas( Redacted by Plaintiff

Subject: Letter the Board

Base Presidents,

In response to yesterdays Treasurers Report, I have on several occasions, attempted to contact the Collection agency with the information given to me by Erik Harris, Diversified Credit Systems. After several attempts to contact this agency, I was told they do not have any account in my name or from APFA in my name

I am requesting that my account be withdrawn from any collections agency and any negative reporting to credit agencies be reversed as evidence of good will until all facts and/or an affordable payment plan can be established. I would like access to records to confirm I was paid per our resignation agreement, any balance be agreed to by both parties and a proper and affordable payment plan be established to make APFA whole. I believe this is not asking too much but is all I've been asking for since this all started.

It is import for the BOD to know I had nothing to do with the method or calculations used in my unused sick and vacation days and would have preferred this issue have been addressed when the other Officers were notified. I was told by Craig Gunter, the former APFA National Treasurer and the former APFA attorney Mark Richard, well over a year ago, that my calculations were correct.

At no time have I ever stated that I "refuse" to pay or reimburse APFA, as has been stated. I did not address this on the record yesterday as that would violate my privacy and my family personal interests. I am asking the BOD to work with me on this issue as there is only now policy and was no such policy for sending incidents like this to collections with only 30 day notice without hearing the member's disputes and without full knowledge of facts in the case.

I would also like to applaud and support Erik Harris' effort to rectify APFA's financial situation, considering the state of financial devastation he walked into. I am asking the BOD's support in rectifying any misunderstandings and allow us to work out an equitable payment plan based on all known facts and calculations. I would also like to set up a meeting with Erik Harris and APFA Legal Counsel, Margot Nikitas to review the calculations on my monies owed.

In Unity,

Bob Ross

Bob Ross
SFO Base President-Elect

**Association of Professional Flight Attendants (APFA)**
*Representing the Flight Attendants of American Airlines*

This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.

Virus-free. www.avast.com

5

**Appendix 34**

Redacted by Plaintiff

**diversifiedcredit(**

Redacted by Plaintiff

| | |
|---|---|
| **From:** | Tom Reber <diversifiedcred |
| **Sent:** | Monday, March 1, 2021 11:32 AM |
| **To:** | 'Erik Harris' |
| **Subject:** | RE: New Account Placement |

Hi Erik,

I'll be sure to copy you on the status report each month. If you have any questions on statuses you're not sure of, I'll be more than happy to explain what they mean. Let me know which ones you need clarification on.

Hope you had a great weekend.

Tom

**Thomas L. Reber**
**VP of Operations**

**dcs**

DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3638 National
(903) 753-1215 Fax
www.dcscollect.com

From: Erik Harris <eharris| Redacted by Plaintiff
Sent: Saturday, February 27, 2021 1:40 PM
To: Tom Reber <diversifiedcred| Redacted by Plaintiff
Subject: Re: New Account Placement

Hey Tom-

This is awesome! Would you mind copying me in on these status updates going forward? Also, do you have a list of what all the status codes mean in the process? I can see in the status description but I don't know exactly what each one mean. Some are very clear and self explanatory but some I'm not sure.

Thanks,

Erik

--

**Erik Harris** _Pronouns:_ he, him, his
National Treasurer
Association of Professional Flight Attendants
**Redacted by Plaintiff**

It is not to be shared, forwarded or posted without the author's written consent.

1

**Appendix 35**

Debtor 003116136    Name ROSS,BOB              Phone Redacted by Plaintiff   Coll: OI-0200

Strategy 52 Step 10 Status ATA   Original   $5,436.47  Current   $5,436.47  Paid   $0.00   Paid in Full? No

```
Name: ROSS,BOB                      Is mail return? No      Seen Since last NBIZ or NEWCOL? No
Addr1  Redacted by Plaintiff        Has AS window? No            Don't call work: No
Addr2                               With Attorney? No            Don't write work: No
Addr3                               With Forwarder? No           Don't call home: No
C/S/Z:                              Is a precoll? No
```

----------------------------------------------------------------

```
AI - ADDITIONAL INFO            MI - Miscellaneous Info          NI - Numeric Identity
Ad Inf: MBA/SAF                 Misc1: THIS IS FOR OVERPAYMENT OF   SSN: Redacted by Plaintiff
                                Misc2: WAGES                     D.O.B.:
                                More:                            DrvLic:
         ANOTHER # Redacted by Plaintiff  More: PER CL DBTR IS VERY AGRESSIVE   More:
                                OrgCli: AND TENDS TO FABRICATE    More:
```

```
OA - OLD ADDRESS
OLD ST: Redacted by Plaintiff
OLD CT:
MISC :
MISC :
MISC :
```

----------------------------------------------------------------

```
Debt 001 Client 01-008235  Cli Ref 3116136/001210129    For                    RCVD 01/29/21  Batch 10-304
Atty      $0.00 Agcy       $0.00 Fee 0030    Paid      $0.00  DLP 00/00/00  Cli_DLC 01/29/21  Cli_DLP 00/00/00
Last Interest 00/00/00      Credit Bureau Status: Closed          Orig Reported 04/29/21  Last reported 04/28/22
Serv 00 PMTH 00      Balance         Paid       Cancel? No        Comments on Debt:
        Principal:    $5,436.47     $0.00   PIF 1 payment? No
Bounced Check Fee:       $0.00      $0.00   Old Account? No
        Interest:       $0.00      $0.00   Reinstated? No
    Court Charges:      $0.00      $0.00   Returned how?
Collection Charge:      $0.00      $0.00   Ever Mail Ret? No
Equipment Charges:      $0.00      $0.00   Legal Status - None
```

Contact History:

| AC/RE | SEQ | CONTACT | TIME | USER | COLLECTOR | A | QUE DATE | AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Se/en | 000 | 04/12/23 | 10:52 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/12/23 | 10:08 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/11/23 | 10:51 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/04/23 | 11:01 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 03/27/23 | 10:56 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/27/22 | 11:42 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/14/22 | 10:02 | ABE | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/13/22 | 13:12 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/09/22 | 15:13 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/09/22 | 15:00 | ABE | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/09/22 | 14:54 | TLR | | 2 | 00/00/00 | $0.00 | |
| Ch/Sg | 000 | 06/09/22 | 13:47 | TLR | | 2 | 00/00/00 | $0.00 | 136/12 |
| Ch/St | 000 | 06/09/22 | 13:47 | TLR | | 2 | 00/00/00 | $0.00 | ACT New:ATA |
| Se/en | 000 | 06/02/22 | 18:05 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/02/22 | 14:23 | LRW | | 1 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/01/22 | 11:47 | TLR | | 2 | 00/00/00 | $0.00 | |
| Ch/Cb | 001 | 04/28/22 | 10:14 | TLR | | 2 | 00/00/00 | $0.00 | REPORTED |
| Se/en | 000 | 03/24/22 | 11:55 | TLR | | 2 | 00/00/00 | $0.00 | |
| CO/ | 000 | 03/01/22 | 08:54 | TLR | | 2 | 00/00/00 | $0.00 | MIKE RAKE ATTY IS HANDLING. SUIT HAS BEEN FILED |
| Ch/Co | 000 | 03/01/22 | 08:54 | TLR | | 2 | 00/00/00 | $0.00 | 01-0145 |
| Se/en | 000 | 01/20/22 | 10:00 | LRW | | 1 | 00/00/00 | $0.00 | |
| Se/en | 000 | 11/24/21 | 18:05 | LRW | | 1 | 00/00/00 | $0.00 | |
| CO/ | 000 | 11/02/21 | 12:53 | TLR | | 2 | 00/00/00 | $0.00 | MIKE RAKE ATTY IS HANDLING ACCOUNT |
| Se/en | 000 | 11/01/21 | 15:00 | LRW | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 10/27/21 | 14:36 | LRW | | 2 | 00/00/00 | $0.00 | |
| Ch/Cb | 001 | 10/27/21 | 13:19 | TLR | | 1 | 00/00/00 | $0.00 | REPORTED |
| Se/en | 000 | 10/27/21 | 11:50 | TLR | | 1 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 10/27/21 | 11:47 | LRW | | 2 | 00/00/00 | $0.00 | |
| RL/GI | 000 | 10/27/21 | 11:47 | LRW | | 2 | 00/00/00 | $0.00 | TEXT FROM TOM- CALL BOB ROSS |
| Se/en | 000 | 10/27/21 | 11:44 | TLR | | 2 | 00/00/00 | $0.00 | |

| Code | | Date | Time | Init | | Qty | Date2 | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Se/en | 000 | 08/28/21 | 10:54 | LRW | | 2 | 00/00/00 | $0.00 | |
| PO/GI | 000 | 08/28/21 | 10:54 | LRW | | 1 | 00/00/00 | $0.00 | TOM SAYS NO DO NOT CALL |
| PO/GI | 000 | 08/28/21 | 10:51 | LRW | | 6 | 00/00/00 | $0.00 | SSNT TEXT TO TOM TO SEE IF OK TO CALL |
| Se/en | 000 | 08/25/21 | 15:42 | TLR | | 2 | 00/00/00 | $0.00 | |
| TR/TT | 000 | 08/23/21 | 14:02 | LRW | | R | 00/00/00 | $0.00 | DBTR SAYS APFA WILL NOT DISCU SS THIS BAL . CANNOT PAY UNTI L HE IS ABLE TO TALK TO APFA. WANTS TO TALK TO APFA |
| TR/LM | 000 | 08/23/21 | 11:02 | LRW | | 1 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 08/20/21 | 10:55 | LRW | | 1 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 08/20/21 | 10:54 | LRW | | 1 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 08/19/21 | 17:51 | LRW | | 2 | 00/00/00 | $0.00 | |
| RM/ | 000 | 08/19/21 | 17:50 | LRW | 01-0145 | 2 | 08/23/21 | $0.00 | CALL HIM |
| TR/LM | 000 | 08/19/21 | 17:50 | LRW | | 2 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 08/18/21 | 12:36 | LRW | | R | 00/00/00 | $0.00 | |
| TR/LM | 000 | 08/18/21 | 12:33 | LRW | | R | 00/00/00 | $0.00 | |
| RM/ | 000 | 08/17/21 | 18:09 | LRW | 01-0145 | 2 | 08/18/21 | $0.00 | |
| TR/LM | 000 | 08/17/21 | 18:09 | LRW | | 2 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 08/17/21 | 15:22 | LRW | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 08/17/21 | 15:20 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 08/17/21 | 11:04 | TLR | | 2 | 00/00/00 | $0.00 | |
| Ch/Sg | 000 | 08/17/21 | 10:03 | TLR | | 2 | 00/00/00 | $0.00 | 166/4 |
| Ch/St | 000 | 08/17/21 | 10:03 | TLR | | 2 | 00/00/00 | $0.00 | DIB New:ACT |
| Se/en | 000 | 07/09/21 | 13:40 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/30/21 | 13:37 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/29/21 | 17:30 | TLR | | 2 | 00/00/00 | $0.00 | |
| Ch/CD | 001 | 06/25/21 | 11:41 | AEE | | 1 | 00/00/00 | $0.00 | 07/31/2018 |
| Se/en | 000 | 05/26/21 | 11:37 | TLR | | 2 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 05/25/21 | 10:20 | LRW | | 2 | 00/00/00 | $0.00 | PER TOM TO DO SO |
| PO/GI | 000 | 05/25/21 | 10:19 | LRW | | 2 | 00/00/00 | $0.00 | PER TOM TO CALL HIM |
| Se/en | 000 | 05/25/21 | 09:37 | LRW | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/15/21 | 08:53 | AEE | | 3 | 00/00/00 | $0.00 | |
| CO/ | 000 | 04/14/21 | 13:48 | AEE | | 1 | 00/00/00 | $0.00 | MAILED ITM AND DIB CERTIFIED TO UPDATED ADDRESS |
| LS/ | 000 | 04/14/21 | 13:41 | AEE | | | 00/00/00 | $0.00 | #45 DISPUTE |
| RC/TT | 000 | 04/14/21 | 13:08 | LRW | | 3 | 00/00/00 | $0.00 | DBR WANTS TOM # . SAYS THEY F ORWARDED TOM EMAIL TO HIM. HE IS NOT HAPPY. SAYS THIS MA DE HIM LOOK BAD ABOUT REFI AND HE IS STALLING WRITTEN IN LTR |
| TR/TT | 000 | 04/14/21 | 11:57 | LRW | | R | 00/00/00 | $0.00 | DBTR IS NOT HAPPY SAYS CL HAS BEEN SENDING STATEMENTS TO CA ADDY AND WE SHOULD HAVEGOTTEN NEW ADDY WHEN SENT TO US |
| TR/TT | 000 | 04/14/21 | 11:55 | LRW | | R | 00/00/00 | $0.00 | DBTR SAYS HE IS ON THE BOARD OF APFA . SAYS HE IS REFI SAYS HE WILL PROVE THIS IS NO T DUE . THEY ARE TRYING TO GET HIM OFF THE BOARD .HMM |
| TR/TT | 000 | 04/14/21 | 11:49 | LRW | | R | 00/00/00 | $0.00 | DBTR GOT NEW ADDY SAYS CL HAS BEEN SENDING STATEMNTS TO HIM IN CA.. TOLD HIM I WOULD GET INFO MAILED TO NEW ADDY IN CA TOM SAYS EMAIL AMIE |
| Ch/A1 | 000 | 04/14/21 | 11:36 | LRW | | R | 00/00/00 | $0.00 | Redacted by Plaintiff,OUTHLAKE TX 76092 |
| RM/ | 000 | 04/13/21 | 16:32 | LRW | 01-0145 | 3 | 04/14/21 | $0.00 | |
| Se/en | 000 | 04/13/21 | 16:32 | TLR | | 1 | 00/00/00 | $0.00 | |
| TR/LM | 000 | 04/13/21 | 16:27 | LRW | | R | 00/00/00 | $0.00 | |
| CO/ | 000 | 04/13/21 | 16:25 | TLR | | 2 | 00/00/00 | $0.00 | THIS COLLECTED |
| RM/ | 000 | 04/13/21 | 16:25 | TLR | 01-0145 | 2 | 04/13/21 | $0.00 | CLIENT IS ASKING ABOUT THIS DBTR. HE DISPUTED AND WE SENT ITM AND DISPUTE RESPONSE. CALL HIM BUT BE VERY NICE AND SEE WHERE WE ARE SITTING ON GETTIN |
| Se/en | 000 | 04/02/21 | 09:35 | TLR | | 2 | 00/00/00 | $0.00 | |
| LS/ | 000 | 03/09/21 | 23:08 | SCHD | | | 00/00/00 | $0.00 | #50 DISPUTE FORM |
| Se/en | 000 | 03/09/21 | 16:51 | AEE | | 1 | 00/00/00 | $0.00 | |
| LS/ | 000 | 03/09/21 | 16:51 | AEE | | | 00/00/00 | $0.00 | #45 DISPUTE |
| Se/en | 000 | 03/09/21 | 15:59 | AEE | | 1 | 00/00/00 | $0.00 | |
| Ch/Sg | 000 | 03/09/21 | 15:43 | AEE | | 1 | 00/00/00 | $0.00 | 33/3 |
| Ch/St | 000 | 03/09/21 | 15:43 | AEE | | 1 | 00/00/00 | $0.00 | ACT New:DIB |
| Ch/Cb | 001 | 03/09/21 | 15:43 | AEE | | 1 | 00/00/00 | $0.00 | UNDISPUTED |
| CO/ | 000 | 03/09/21 | 15:43 | AEE | | 1 | 00/00/00 | $0.00 | DIB PER COLLECTOR |
| TR/TT | 000 | 03/09/21 | 14:51 | LRW | | R | 00/00/00 | $0.00 | DBTR IS DISPUTING BAL TOLD HI M HE WOULD GET STATEMENT AND H E WOULD HAVE TO CALL ME TO RES OVE AFTER RECV STATEMENT |
| TR/TT | 000 | 03/09/21 | 14:45 | LRW | | R | 00/00/00 | $0.00 | DBTR IS STRAPPED FOR MONEY |
| TR/TT | 000 | 03/09/21 | 14:43 | LRW | | R | 00/00/00 | $0.00 | DBTR IS DISPUTING THAT THE B AL SHOULD BE LOWER. THEY RECVD LTR SHOWING IT WAS SENT HEREW |
| RM/ | 000 | 03/09/21 | 14:02 | AEE | 01-0145 | 2 | 03/09/21 | $0.00 | ADDED 2 PH#'S, ONE IS IN AI WINDOW |

APFA VI - 000057

Appendix 37

```
Ch/Co 000 03/09/21 09:22 TLR        2 00/00/00        $0.00  01-0125
LS/   000 03/01/21 00:17 SCHD          00/00/00        $0.00  #2 CREDIT NOTICE
Se/en 000 02/27/21 09:06 TLR        1 00/00/00        $0.00
LS/   000 01/29/21 23:29 SCHD          00/00/00        $0.00  #114 FIRST DEMAND
************************************************************************************************************
```

APFA VI. - 000058

**Appendix 38**

Debtor 003116136     Name ROSS,BOB              Phone Redacted by Plaintiff   Coll: 01-0200

Strategy 52  Case 4:22-cv-00343-Y... Document 174 Filed 12/01/23.47 Page 42 of 44  $0.00  Paid in Full? No

---

Name: ROSS,BOB
Addr1 Redacted by Plaintiff          Is mail return? No      Seen Since last NBIZ or NEWCOL? No
                                     Has AS window? No                Don't call work: No
Addr2                                With Attorney? No                Don't write work: No
Addr3                                With Forwarder? No               Don't call home: No
C/S/Z: EL DORADO HILLSCA 95762       Is a precoll? No

---

AI - ADDITIONAL INFO                 MI - Miscellaneous Info          NI -  Numeric Identity
Ad Inf: MEA/SAF                      Misc1: THIS IS FOR OVERPAYMENT OF  SSN: Redacted by Plaintiff
                                     Misc2: WAGES                     D.O.B.:
         Redacted by Plaintiff       More:                            DrvLic:
      ANOTHER #                      More: PER CL DBTR IS VERY AGRESSIVE  More:
                                     OrgCli: AND TENDS TO FABRICATE   More:

OA - OLD ADDRESS
OLD ST: Redacted by Plaintiff
OLD CT: EL DORADO HILLS, CA 95762
MISC  :
MISC  :
MISC  :

---

Debt 001 Client 01-008235  Cli Ref 3116136/001210129     For                      RCVD 01/29/21   Batch 10-304
Atty        $0.00  Agcy        $0.00  Fee 0030    Paid        $0.00  DLP 00/00/00  Cli_DLC 01/29/21  Cli_DLP 00/00/00
Last Interest 00/00/00        Credit Bureau Status: Closed                Orig Reported 04/29/21 Last reported 04/28/22
Serv 00 PMTH 00      Balance        Paid            Cancel? No          Comments on Debt:
        Principal:   $5,436.47       $0.00      PIF 1 payment? No
Bounced Check Fee:   $0.00           $0.00      Old Account? No
         Interest:   $0.00           $0.00      Reinstated? No
   Court Charges:    $0.00           $0.00      Returned how?
Collection Charge:   $0.00           $0.00      Ever Mail Ret? No
Equipment Charges:   $0.00           $0.00      Legal Status - None
Contact History:

| AC/RE | SEQ | CONTACT | TIME | USER | COLLECTOR | A | QUE DATE | AMOUNT | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Se/en | 000 | 04/12/23 | 10:52 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/12/23 | 10:08 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/11/23 | 10:51 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 04/04/23 | 13:01 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 03/27/23 | 10:56 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/14/22 | 10:02 | AEE | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/13/22 | 13:12 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/09/22 | 15:13 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/09/22 | 15:00 | ARE | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/09/22 | 14:54 | TLR | | 2 | 00/00/00 | $0.00 | |
| Ch/Sg | 000 | 06/09/22 | 13:47 | TLR | | 2 | 00/00/00 | $0.00 | 136/12 |
| Ch/St | 000 | 06/09/22 | 13:47 | TLR | | 2 | 00/00/00 | $0.00 | ACT New:ATA |
| Se/en | 000 | 06/02/22 | 18:05 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/02/22 | 14:23 | LRW | | 1 | 00/00/00 | $0.00 | |
| Se/en | 000 | 06/01/22 | 11:47 | TLR | | 2 | 00/00/00 | $0.00 | |
| Ch/Cb | 001 | 04/28/22 | 10:14 | TLR | | 2 | 00/00/00 | $0.00 | REPORTED |
| Se/en | 000 | 03/24/22 | 11:55 | TLR | | 2 | 00/00/00 | $0.00 | |
| CO/ | 000 | 03/01/22 | 08:54 | TLR | | 2 | 00/00/00 | $0.00 | MIKE RAKE ATTY IS HANDLING. SUIT HAS BEEN FILED |
| Ch/Co | 000 | 03/01/22 | 08:54 | TLR | | 2 | 00/00/00 | $0.00 | 01-0145 |
| Se/en | 000 | 01/20/22 | 10:00 | LRW | | 1 | 00/00/00 | $0.00 | |
| Se/en | 000 | 11/24/21 | 18:05 | LRW | | 1 | 00/00/00 | $0.00 | |
| CO/ | 000 | 11/02/21 | 12:53 | TLR | | 2 | 00/00/00 | $0.00 | MIKE RAKE ATTY IS HANDLING ACCOUNT |
| Se/en | 000 | 11/01/21 | 15:00 | TLR | | 2 | 00/00/00 | $0.00 | |
| Se/en | 000 | 10/27/21 | 14:36 | LRW | | 2 | 00/00/00 | $0.00 | |
| Ch/Cb | 001 | 10/27/21 | 13:19 | TLR | | 1 | 00/00/00 | $0.00 | REPORTED |
| TR/LM | 000 | 10/27/21 | 11:50 | TLR | | 1 | 00/00/00 | $0.00 | |
| Se/en | 000 | 10/27/21 | 11:47 | TLR | | 2 | 00/00/00 | $0.00 | |
| RL/GI | 000 | 10/27/21 | 11:47 | LRW | | 2 | 00/00/00 | $0.00 | TEXT FROM TOM- CALL BOB ROSS |
| Se/en | 000 | 10/27/21 | 11:44 | TLR | | 2 | 00/00/00 | $0.00 | |

APFA VI. - 000082

**Appendix 39**

```
Se/en 000 08/31/21 15:27 TLR              2 00/00/00        $0.00
PO/GI 000 08/30/21 12:50 LRW                                $0.00  THIS NUMBER IS NOT A GOOD #
PO/GI 000 08/28/21 10:51 LRW              6 00/00/00        $0.00
Se/en 000 08/25/21 15:42 LRW              2 00/00/00        $0.00  SENT TEXT TO TOM TO SEE IF OK TO CALL
TR/TT 000 08/23/21 14:02 LRW              R 00/00/00        $0.00  DBTR SAYS APFA WILL NOT DISCU SS THIS BAL . CANNOT PAY UNTI
                                                                  L HE IS ABLE TO TALK TO APFA. WANTS TO TALK TO APFA
TR/LM 000 08/23/21 11:02 LRW              1 00/00/00        $0.00
TR/LM 000 08/20/21 10:55 LRW              1 00/00/00        $0.00
TR/LM 000 08/20/21 10:54 LRW              1 00/00/00        $0.00
TR/LM 000 08/19/21 17:51 LRW              2 00/00/00        $0.00
RM/   000 08/19/21 17:50 LRW   01-0145    2 08/23/21        $0.00  CALL HIM
TR/LM 000 08/19/21 17:50 LRW              2 00/00/00        $0.00
TR/LM 000 08/18/21 12:36 LRW              R 00/00/00        $0.00
TR/LM 000 08/18/21 12:33 LRW              R 00/00/00        $0.00
RM/   000 08/17/21 18:09 LRW   01-0145    2 08/18/21        $0.00
TR/LM 000 08/17/21 18:09 LRW              2 00/00/00        $0.00
TR/LM 000 08/17/21 15:22 LRW              2 00/00/00        $0.00
Se/en 000 08/17/21 15:20 TLR              2 00/00/00        $0.00
Se/en 000 08/17/21 11:04 TLR              2 00/00/00        $0.00
Ch/Sg 000 08/17/21 10:03 TLR              2 00/00/00        $0.00  166/4
Ch/St 000 08/17/21 10:03 TLR              2 00/00/00        $0.00  DIB New:ACT
Se/en 000 07/09/21 13:40 TLR              2 00/00/00        $0.00
Se/en 000 06/30/21 13:37 TLR              2 00/00/00        $0.00
Se/en 000 06/29/21 17:30 TLR              2 00/00/00        $0.00
Ch/CD 001 06/25/21 11:41 AEE              1 00/00/00        $0.00  07/31/2018
Se/en 000 05/26/21 11:37 TLR              2 00/00/00        $0.00
TR/LM 000 05/25/21 10:20 LRW              2 00/00/00        $0.00  PER TOM TO DO SO
PO/GI 000 05/25/21 10:19 LRW              2 00/00/00        $0.00  PER TOM TO CALL HIM
Se/en 000 05/25/21 09:37 LRW              2 00/00/00        $0.00
Se/en 000 04/15/21 08:53 LRW              3 00/00/00        $0.00
CO/   000 04/14/21 13:48 AEE              1 00/00/00        $0.00  MAILED ITM AND DIB CERTIFIED TO UPDATED ADDRESS
LS/   000 04/14/21 13:41 AEE                00/00/00        $0.00  #45 DISPUTE
RC/TT 000 04/14/21 13:08 LRW              3 00/00/00        $0.00  DBR WANTS TOM # . SAYS THEY F ORWARED TOM EMAIL TO HIM.
                                                                  HE IS NOT HAPPY. SAYS THIS MA DE HIM LOOK BAD ABOUT REFI AND
                                                                  HE IS STALLING WRITTEN IN LTR
TR/TT 000 04/14/21 11:57 LRW              R 00/00/00        $0.00  DBTR IS NOT HAPPY SAYS CL HAS BEEN SENDING STATEMENTS TO CA
                                                                  ADDY AND WE SHOULD HAVEGOTTEN NEW ADDY WHEN SENT TO US
TR/TT 000 04/14/21 11:55 LRW              R 00/00/00        $0.00  DBTR SAYS HE IS ON THE BOARD OF APFA . SAYS HE IS REFI
                                                                  SAYS HE WILL PROVE THIS IS NO T DUE . THEY ARE TRYING TO GET
                                                                  HIM OFF THE BOARD .HMM
TR/TT 000 04/14/21 11:49 LRW              R 00/00/00        $0.00  DBTR GOT NEW ADDY SAYS CL HAS BEEN SENDING STATEMNTS TO HIM
                                                                  IN CA.. TOLD HIM I WOULD GET INFO MAILED TO NEW ADDY IN CA
                                                                  TOM SAYS EMAIL AMIE
Ch/A1 000 04/14/21 11:36 LRW              R 00/00/00        $0.00  2405 JOHNSON RD SOUTHLAKE TX 76092
RM/   000 04/13/21 16:32 LRW   01-0145    3 04/14/21        $0.00
Se/en 000 04/13/21 16:32 TLR              1 00/00/00        $0.00
TR/LM 000 04/13/21 16:27 LRW              R 00/00/00        $0.00
CO/   000 04/13/21 16:25 TLR              2 00/00/00        $0.00  THIS COLLECTED
RM/   000 04/13/21 16:25 TLR   01-0145    2 04/13/21        $0.00  CLIENT IS ASKING ABOUT THIS DBTR. HE DISPUTED AND WE SENT
                                                                  ITM AND DISPUTE RESPONSE. CALL HIM BUT BE VERY NICE AND SEE
                                                                  WHERE WE ARE SITTING ON GETTIN
Se/en 000 04/02/21 09:35 TLR              2 00/00/00        $0.00
LS/   000 03/09/21 23:08 SCHD               00/00/00        $0.00  #50 DISPUTE FORM
Se/en 000 03/09/21 16:51 AEE              1 00/00/00        $0.00
LS/   000 03/09/21 16:51 AEE                00/00/00        $0.00  #45 DISPUTE
Se/en 000 03/09/21 15:59 AEE              1 00/00/00        $0.00
Ch/Sg 000 03/09/21 15:43 AEE              1 00/00/00        $0.00  33/3
Ch/St 000 03/09/21 15:43 AEE              1 00/00/00        $0.00  ACT New:DIB
Ch/Cb 001 03/09/21 15:43 AEE              1 00/00/00        $0.00  UNDISPUTED
CO/   000 03/09/21 15:43 AEE              1 00/00/00        $0.00  DIB PER COLLECTOR
TR/TT 000 03/09/21 14:51 LRW              R 00/00/00        $0.00  DBTR IS DISPUTING BAL TOLD HI M HE WOULD GET STATEMENT AND H
                                                                  E WOULD HAVE TO CALL ME TO RES OVE AFTER RECV STATEMENT
TR/TT 000 03/09/21 14:45 LRW              R 00/00/00        $0.00  DBTR IS STRAPPED FOR MONEY
TR/TT 000 03/09/21 14:43 LRW              R 00/00/00        $0.00  DBTR IS DISPUTING THAT THE B AL SHOULD BE LOWER. THEY RECVD
                                                                  LTR SHOWING IT WAS SENT HEREW
RM/   000 03/09/21 14:02 AEE   01-0145    2 03/09/21        $0.00  ADDED 2 PH#'S, ONE IS IN AI WINDOW
```

**Appendix 40**

```
Ch/Co 000 03/09/21 09:22 TLR        2 00/00/00        $0.00  01-0125
LS/   000 03/04/22 08/  00         00/00/00           $0.00  01-0125/REFERENCE
Se/en 000 02/27/21 09:06 TLR        1 00/00/00        $0.00
LS/   000 01/29/21 23:29 SCHD        00/00/00         $0.00  #114 FIRST DEMAND
```
****************************************************************************************************

APFA VI. - 000084

**Appendix 41**