## IN THE UNITED STATES DISTRICT
## COURT FOR THE NORTHERN DISTRICT
## OF TEXAS FORT WORTH DIVISION

| | | |
|---|---|---|
| | § | |
| ROBERT "BOB" ROSS | § | |
| | § | Civil Action No. 4:22-cv-343-Y |
|     Plaintiff/Counterclaim | § | |
|     Defendant, | § | Judge Terry R. Means |
| | § | |
| v. | § | |
| | § | |
| ASSOCIATION OF PROFESSIONAL | § | (Relates to Motion Referred to |
| FLIGHT ATTENDANTS, *et al.*, | § | Magistrate Judge Cureton) |
| | § | |
|     Defendants/Counterclaim | | |
|     Plaintiff. | | |

---

**APPENDIX IN SUPPORT OF PLAINTIFF ROBERT (BOB) ROSS'S REPLY TO RESPONSE TO MOTION TO QUASH DEFENDANTS' SECOND NOTICE TO TAKE DEPOSITION AND MOTION FOR A PROTECTIVE ORDER**

---

Plaintiff Robert "Bob" Ross ("Ross")  pursuant to Local Rules 7.1(i) and § C of this Court's Case Management Requirements, submits this appendix of documents, and in support of PLAINTIFF'S REPLY TO MOTION TO QUASH DEFENDANT'S SECOND NOTICE TO TAKE DEPOSITION AND MOTION FOR A PROTECTIVE ORDER:"

| Item | Description | Pgs. |
|:---:|---|:---:|
| 1 | Supporting Documents Referenced in Brief | 1-29 |

1

Respectfully submitted,

K.D. PHILLIPS LAW FIRM, PLLC

By:  /s/  Kerri  Phillips
Kerri Phillips
Texas  Bar  No.  24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com

6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that the true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing **on this the 19th  day of December 2023.**

/s/  Kerri  Phillips
Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-0001
Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com


Michael Rake
PO Box 1556
Lake Dallas, TX 75065-1556
Tel: (940) 498-2103 Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

3:29

**Photo** ⌄                     **Done**

Highlights

 **Melissa Chinery-Burns**   •••

**Admin** 8m · 

So here is some interesting reading. Bob Ross's lawsuit is not going well for him and now he is fighting against discovery taking place and is afraid of being deposed.  For someone who claims the truth will all come out in court he sure seems afraid of getting facts on the record.

Here he wants to push discovery back all the way until next year.  He explicitly says he wants to wait until after the APFA national elections.  Guess he wants pro corruption candidates to win. Oddly he talks about he, Eugenio Vargas and Nena Martin running. Too bad for him, Ross and Vargas are banned for life for running.

2023, counsel's immediate family were directed to reduce as much exposure to the public as possible until the end of 2023.

[7] As previously noted to the Court, APFA continues to pursue Nena Martin and Marcy Dunaway by ordering an additional audit of their expenses within the last two months.  These audits are based on a union member's request for the audits in October of 2022.  The member who requested these audits is Melissa Chinery-Burns, the wife of AFA General Counsel, Joe Burns, from the competing union.  APFA waited for almost a full year before conducting the audit of Nena Martin and Marcy Dunaway.  APFA also waited out the discovery period before seeking to confer and ultimately demand depositions of Plaintiff, now noticed for the final week of the discovery period.  Most notably, December is when new candidates, like Nena Martin, Robert "Bob" Ross, and Eugenio Vargas, will announce their intent to run for National Office next year.  Elections are voted on throughout the month of January therefore, potential harm in stifling the free speech and the democratic election process within the union heavily outweighs the potential benefit of holding depositions within October of 2023.  Rather extending the discovery period to accommodate the conflicts with discovery, and properly scheduling depositions after January seems the reasonable approach in the interest of preserving the integrity of the union's electoral process.  Depositions should be scheduled in the month of February to avoid any possible effect on the democratic procedures within the union.

5

**APPENDIX 1**

# Comment

3m   Like   Reply

Bob specifically is wanting the judgement against him running to be removed. And it's in court documents that 5 people wrote him in and they were notified he was ineligible. But again, he's asking to be allowed to run.

2m   Like   Reply

APPENDIX 2



**APPENDIX 3**



**American Airlines**

02 December 2023

**Via Email, FedEx**

████████████████

Re: Mandatory Meeting and Withhold from Service

Dear ████████

I have scheduled a mandatory meeting for us on TUESDAY, 05DEC23, at 15:00EST in the BOS INFLIGHT CONFERENCE ROOM to discuss a performance matter. You have been withheld from service with pay 05DEC23-06DEC23 to ensure your attendance at this meeting.

If you would like APFA representation, please contact your local APFA representative(s) to advise them of the date, time, and location of your meeting. Please be advised that failure to attend this meeting may result in the day being converted to a withhold without pay and/or disciplinary action, up to and including termination.

As a reminder, while you are withheld from service you are not permitted to use any team member travel privileges, and it is against Company policy and unfair to other flight attendants to bid or trade for trips that conflict with the days you are pay withheld at any time after the date of this letter.

In addition, the Employee Assistance Program (EAP) is a confidential program that can help team members find solutions to personal challenges. If you would like to reach out to EAP, you may contact the Company's EAP representative at 833-721-2322 or APFA's EAP representative at 833-214-2002.

Should you have any questions, feel free to contact me at (617) 874-9291.

Sincerely,

████████████████

CC:     Manager, Inflight Operations
        Personnel File

**APPENDIX 4**



**APPENDIX 5**



**APPENDIX 6**



**Sandra Lee**
██████ truth matters not to these people!

3h   Like   Reply

██████ ██████ **Author**
Sandra Lee **here is some truth** 😄

https://www.forbes.com/sites/tedreed/2018/09/12/american-airlines-flight-attendants-will-appeal-case-of-alleged-facebook-sexual-harassment/

**American Airlines Flight Attendants Will Appeal Ruling...**
forbes.com

3h   Like   Reply

**Sandra Lee**
Yes, the lawsuit happened!

2h   Like   Reply

██████ **Author**
Sandra Lee **I can't believe what I read, very embarrassing**

2h   Like   Reply

APPENDIX 7



## Melissa's Post

3d   Like   Reply

**Melissa Chinery-Burns**   Author   Admin
████████ Miami Vice President Heidi Morgan publicly revealed my confidential grievance information in a public post. Years ago when she was a union rep I went to her because I wanted to file a NOD on a contract issue related to PBS. She would not help me on it but then publicly talked about it in a post which was just reposted. So much for confidentiality.

And to insult to injury she also talked about me and my husband's travel info. And to think APFA gives her access to our our personal flying and pay records. Kind of scary.

15h   Like   Reply   Edited

████ ████████ **Melissa Chinery-Burns** as an APFA member you have the right to privacy. This is in the APFA Constitution.

Heidi Morgan is known for posting FAs information on social media. She's dirty politics and will twist the story to fit her narrative.

15h   Like   Reply   👍 2

████ ████████ **Melissa Chinery-Burns** she should be disciplined and removed from the position.

10h   Like   Reply

████████ I'm thinking the FA could press some sort of charges?

**APPENDIX 8**

## Melissa's Post



**Melissa Chinery-Burns** as an APFA member you have the right to privacy. This is in the APFA Constitution.

Heidi Morgan is known for posting FAs information on social media. She's dirty politics and will twist the story to fit her narrative.

15h   Like   Reply

**Melissa Chinery-Burns** she should be disciplined and removed from the position.

10h   Like   Reply

I'm thinking the FA could press some sort of charges?

3d   Like   Reply

Out!

3d   Like   Reply

Immediate Removal

3d   Like   Reply

They need to be removed right away as that undermines the trust of the union itself.

**APPENDIX 9**



So now I'm getting death threats. I guess i will make a separate complaint here but some of the same individuals including [redacted] are liking the thread.

AA#3

APPENDIX 10



**Legacy AA flight attendants**
22h ·

The mean girls (Chinery's clan) are posting on AAll us FA's site about Bob Ross.

They say Bob's hiding documents and altering the narrative. This links to most of his docs field in his lawsuit which can be downloaded for free for anyone who wants to see the truth. It shows

1. 2 of the 3 claims filed by the union against Bob and Eugenio have been dismissed, and #72

2. If you think Bob's hiding documents you may want to read the Amended Motion to compel #136, 137, 138, not to mention the 2 other motions to compel filed in the case 140,141, 142 and 143, 144, 145.

Doesn't seem like APFA has complained about Bob withholding any documents to date or hiding anything at all, but Julie and Erik, well they seem to have something to hide.

Also, you should note that Bob has moved to join all other National Officers after learning that they were all in on the conspiracy and filed evidence of it. #125, 126, 127

**Legacy AA flight attendants**
22h ·

Yeah, there's some truth for you.

Sounds to me like they don't want Bob talking at all, so best to call him a thief and a liar so no one believes anything he says.

Question any person filled with this much determination to spew this much hate.

CL

courtlistener.com
**Ross v. Association of Professional Flight Attendants, 4:22-cv-00343 - CourtListener...**

😠 Angry        ◯ Comment        ▽ Send

😊😄😮 You and 15 others

All comments ⌄

You don't work here! Bob is not

**APPENDIX 11**



**APPENDIX 12**



**Legacy AA flight attendants**
22h ·

Author            Truth is very hard
for the evil.

22h   Like   Reply          3

it's
been posted. We can read, you
posting and attempting to
shove it down people's throats
is odd. It makes you seem
desperate and derange. Chill
Out and enjoy your time away

21h   Like   Reply          5

Write a reply...

why?  Are you afraid
of reading the truth?

22h   Like   Reply          6

Obviously

13h   Like   Reply          3

**Legacy AA flight attendants**
22h ·

How much is this costing AA FAs?
What's the upside?

22h   Like   Reply          4

Author                    refer to the
LM-2's. APFA has gone through 6
attorney's & most likely cost the
membership over a million.  Bob
Ross offered a mutual walkaway,
and the union declined it.  Look at
the settlement conference notices.

22h   Like   Reply          5

so
APFA didn't accept a zero cost
mutual walk away?  But instead
is spending millions to litigate
this? Not smart!

22h   Like   Reply          7

Author   CORRECT! APFA chose to cost
the membership hundreds of
thousands of your Union money

**APPENDIX 13**



Legacy AA flight attendants
· 22h · 🖼

**Author**
CORRECT! APFA chose to cost the membership hundreds of thousands of your *Union* money defending their evil persecution of Bob Ross. They must really fear him as they refused a mutual walk away Bob offered to save the membership $million

22h   Like   Reply                    4 👍

...and so what is the unions end result? To say, " oh now we are bankrupt. Sorry guys we HAVE to go to AFA. Oh and let's not forget, it's all Bob's fault." The Bob bashing needs to stop. The union should have settled. I certainly don't know all the ins and outs of this case, but I know he wasn't and isn't the only person who has taken advantage of the benefits of being part of the union. This has been pushed too far.

---

Legacy AA flight attendants
· 🖼

...and so what is the unions end result? To say, " oh now we are bankrupt. Sorry guys we HAVE to go to AFA. Oh and let's not forget, it's all Bob's fault." The Bob bashing needs to stop. The union should have settled. I certainly don't know all the ins and outs of this case, but I know he wasn't and isn't the only person who has taken advantage of the benefits of being part of the union. This has been pushed too far. There's just so much revenge, it's just gross. How much more can you ruin someone?

5h   Like   Reply                    5 👍

...it's a witch hunt and the current admin allowed it to happen.

4h   Like   Reply                    2 👍❤

APPENDIX 14



**Legacy AA flight attendants**

Author
You do realize that Bob offered a mutual walk away and the Union refused and now has spent hundreds of thousands of your dollars going after Bob? You also realize that as President accounts were set up under Bob's name that OTHERS used? Your "feelings" are NOT FACTS. Emotion and or hurt feelings aside exam the facts.

20h   Like   Reply          2

                              trust and believe this is not about feelings..pure facts.As many have moved on so should you.We got more bigger issues going on now use that energy to picket on nov.16.Bob does not need a mommy.

20h   Love   Reply          3

**Legacy AA flight attendants**

tell that to Melissa

13h   Like   Reply          3

Write a reply...

If the board approved items, they should own it. Stop fighting it. They voted as a whole and should own it as a whole. This has gone on long enough. Just because someone has come in to stir the pot doesn't always mean it's right. The "checks and balances" of the union signed off. You can't come back years later and say oooops and then trash and tarnish someone's reputation. On principle alone, this should never be occurring.

18h   Like   Reply          11

Write a reply...

Now, if only "AFAJulie" and gang would go after "multi million dollar consulting contract Laura Glading" with the same determination.

**APPENDIX 15**



Legacy AA flight attendants · 22h ·

Now, if only "AFAJulie" and gang would go after "multi million dollar consulting contract Laura Glading" with the same determination.

16h   Like   Reply                    17

LG is JSIC Julie's best buddy/mentor. JSIC Julie benefited HUGE from LG and is on the same path to finish selling out the membership to management, retire and take a cushy management backed job like her buddy LG!

4h   Like   Reply                    1

Write a reply...

It's such a disgrace my union dollars are being spent on a witch hunt.

13h   Like   Reply                    16

Legacy AA flight attendants · 22h ·

It's such a disgrace my union dollars are being spent on a witch hunt.

13h   Like   Reply                    16

suspect because they want to appease one person and her husband. That one person most likely threatens to sue if she does not get her way. If that is true they need to treat her just like a toddler throwing a tantrum and not give in.

8h   Like   Reply                    4

if this was a construction union she would probably go missing. Construction unions are brutal.

8h   Like   Reply                    8

Tee Roy ours just likes to withhold evidence, publicly condemn and encourage workplace harassment.

8h   Like   Reply                    6

**APPENDIX 16**



Legacy AA flight attendants
· 22h ·

Thank You for the legal literature.
Honest question: Can Bob Ross run for
President again? I need to prepare in
the event my favorite candidate Rock
Salomon decides not to run again.

9h   Like   Reply

my guess is
he can but with a BOD that
sabotages anything that doesn't
align with their agenda it'll be hard
for any good candidate (who has
our best interest) to hold office
without the infighting.

8h   Like   Reply                    4 👍👍

…ok

8h   Like   Reply

The house will be cleaned
during elections. Chaos
Trademarked is their only
solution however we are not afa
certified yet and the

Legacy AA flight attendants
· 22h ·

The house will be cleaned
during elections. Chaos
Trademarked is their only
solution however we are not afa
certified yet and the
membership I don't really think
is really ready to introduce their
Trademarked brand chaos. Imo

6h   Like   Reply

Chaos Trademarked. Protection
by the law.

6h   Like   Reply

Highly recommend
Mr.Ross to claim his presidency.

6h   Like   Reply                    2 👍

Write a reply…

Write a reply…

This sick obsession with Bob Ross that
Chinery has is very very disturbing.

**APPENDIX 17**



**APPENDIX 18**



APPENDIX 19



< **Legacy AA flight attendants**   ...
22h ·

6h   Like   Reply                    6

YIKES!!!2016?!?
Like I said, a 7 year obsession is
beyond disturbing.
I'm happy you are surrounded
by intelligent individuals that
have credibility and continue to
be supportive during your
plight.
Let crazy be crazy, she's
sinking herself, trust me. 😉

1h   Like   Reply              2

Write a reply...

Write a reply...

I'm thinking I would vote for Bob Ross
any day over Chinery and gang or
"AFAJulie" and gang.

7h   Like   Reply              4

Rules                                      13

**APPENDIX 20**



November 15, 2023

By first class mail and by email ████████████

## CEASE AND DESIST/NOTICE OF FUTURE LEGAL ACTION

Dear Ms. ████████

This office is legal counsel to Joseph Warren Burns ("Burns") in his capacity as General Counsel to the Association of Flight Attendants. You are now advised not to communicate with Burns for any reason and that all future correspondence regarding this matter be directed to my attention. This demand is being sent to your attention as Burns is fully aware that both of you and other individuals have engaged in an individual and collectively undertaking through Facebook with the malicious and defamatory intent of damaging Burn's outstanding business and community reputation. You, along with several other individuals, have publicly and repeatedly questioned Burn's professional licensure and achievements. In addition, Burns has also received information from reputable third parties indicating, without equivocation, that various individuals have questioned his professional licensure and professional achievement as a direct result of your various postings. I have all the various posts by you and other individuals in my file at the present time.

To set the record straight, once and for all, please be advised that Burns was admitted to the practice of law in the State of Minnesota on November 20, 2001, and the statement of admission is attached as **Exhibit A.** A copy of Burn's current legal license is attached hereto as **Exhibit B.** Thirdly, an up-to-date copy of a Certificate of Good Standing from the Minnesota Supreme Court on behalf of Burns is attached as **Exhibit C**.

Considering these facts, not only are your posts factually incorrect but you clearly failed to undertake prior due diligence before posting your comments. Furthermore, you and several other people utilized social media to question Burns' professional licensure and thus create inferences throughout that Burns was not suited for the general counsel's position which he has held for many years. Your conduct herein is considered libel *per se* as the express wording you employed and the efforts to spread

APPENDIX 21

misleading and factually inaccurate information about Burns expressly set forth unethical and dishonest conduct on behalf of Burns. The written and presumably verbal dissemination of these misleading and defamatory statements has caused irreparable professional and economic damage to Burns' otherwise impeccable professional and business reputation.

As a result, Burns demands the following immediate action:

A.  For you to immediately remove the previously published Facebook posts involving Burns, and as identified in this demand and that evidence of such removal of all posts be provided to me by or within **seven** days of receipt of this demand

B.  That you issue a retraction of similar size and placement on each social media page as your original defamatory posts and provide a copy of each retraction to me within **seven** days of receipt of this demand.

C.  You will remove any defamatory posts from social media pages.

D.  That you will not participate and/or publish any further social media postings questioning Burns' bar admission or licensure and,

E.  If you comply with the requirements in sections A through D above, Burns will immediately release you from all future liability associated with this matter.

If you fail to fully comply with any the above requirements, Burns is prepared to seek all available civil remedies against you including, *but not limited to*, libel and slander, invasion of privacy, and/or interference with advantageous business relationships and, in addition, seek compensation for punitive damages and reasonable attorney's fees.

Burns reserves all his legal and equitable rights and interests in this matter.

Your *immediate* attention to this matter is advised.

Very truly yours,

David S. Katz, Esq.

DSK/dls
cc: J. Burns, Esq. J. Morse, Esq.

**APPENDIX 22**

# MINNESOTA JUDICIAL BRANCH

Exhibit A

## Lawyer Details

| | |
|---|---|
| Lawyer ID | 0315540 |
| Last Name | BURNS |
| First Name | JOSEPH |
| Middle Name | WARREN |
| Address | 1139 9TH AVE #202 HONOLULU, HI  96816 |
| Date Admitted | 11/20/01 |
| Last Payment | 12/22/22 |
| Next Payment Due | 01/01/24 |
| Authorized to Practice Law? | Authorized |

Additional information related to limited license statuses may be obtained through the **Lawyer Registration Website.**

| | |
|---|---|
| Current Disciplinary Status | NONE |

Additional information on disciplinary history or statuses may be obtained at
**Lawyer's Professional Responsibility Board Website.**

| | |
|---|---|
| CLE Status | 3 |
| Fee Status | ACTIVE |
| Professional Liability Insurance | Lawyer does NOT represent private clients |
| Good Standing: | Yes |

<- Back to Lawyer List...

**APPENDIX 23**

Exhibit B

# Minnesota Supreme Court

## ATTORNEY LICENSE

ATTORNEY ID:        0315540
LICENSE TYPE:     AUTHORIZED
CLE:                      3

JOSEPH WARREN BURNS
578 WASHINGTON BLVD #250
LOS ANGELES  CA  90292



**Expiration Dat**
01/01/2024

www.lro.mn.gov

Exhibit C

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

JOSEPH WARREN BURNS

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 20, 2001

Given under my hand and seal of this court on

October 03, 2023



Emily J. Eschweiler, Director
Office of Lawyer Registration

**APPENDIX 25**

More                                                                      Create Blog   Sign In

# Transparency in APFA

The purpose of this page is to discuss financial reform within APFA. To continue discussion of these issues all American Airlines flight attendants who support financial reform are welcome to join our group Checks and Balances. https://www.facebook.com/groups/1319660038080484/?ref=share_group_link



🔲 Posts
🔲 All Comments

**Monday, December 11, 2023**

## Nena Martin Was Just as Bad as Ross and Vargas--She Just Got Away With It.

Nena Martin served as National Vice President with Bob Ross and Eugenio Vargas and engaged in the much of the same type of financial activity as her co-national officers. Ross and Vargas were banned for life from holding office but Martin did escaped discipline.

Although Martin escaped accountability for her actions due to technicalities and a flawed APFA oversite process, Martin engaged in much of the very same activity that banned her fellow national officers for life. She also has been a leading supporter of covering up corruption in APFA.

Here is the leading areas of concern about Martin and why she is unfit to hold office in APFA ever again.

**Martin, Vargas, and Dunaway Changed the Vacation Payout Formula to Inflate Their Salaries--Forced to Repay APFA**

Eugenio Vargas was banned for life by Arbitrator Ruben Armendariz for changing the vacation payout formula. Vargas, Martin and Dunaway changed a vacation payout formula that had been in place for decades. What they did shows the contempt they have for working flight attendants at American Airlines.

If working flight attendants get vacation buyback we do not get any premiums or per diem on the vacation payout of course because we are not flying the trip. However, Martin and Vargas added back in Meal Expense Allowance (MEA) and other expense items on their vacation payouts, inflating their salaries by thousands of dollars. As this was not for actual work performed, they should not have been receiving meal expense payments on their vacation payout.

This change in policy was done over the objections of the APFA staff accounting department according to their testimony at the Vargas hearing, against language in the policy manual, and violating decades of practice.  As longtime APFA Executive Board member Patrick Hancock explained in a blistering letter, Martin and Vargas had changed their pay using a new formula which added in "things like profit sharing, MEA/SAF, Grand Slam rewards, and who knows what all. This New Formula was not approved by the BOD or EC…." (V Ex 99)

In fact, the formula was kept secret from the APFA Board of Directors. They cut the amount of vacation payout into four separate payments and signed the authorizations for each other three days before they left office. In previous administrations we are told that incoming officers would sign the payment authorizations to avoid  such improprieties. Here they signed their own payouts right before they left office. Vargas testified that he had not informed the BOD that he had changed the formula.

The Arbitrator took a dim view of this and this appears to be a large part of why Vargas was banned for life from holding office as the arbitrator determined:  "It is this arbitrators Opinion, Vargas attempted to benefit monetarily and thus failed in his fiduciary duty as National Treasurer by willfully changing the formula for the payouts for Bob Ross, Nena Martin and Marcy Dunaway as well as himself."

Search This Blog

[          ]  Search

• Home

**Briefs**

• Chinery Lee Brief
  in Ross
  Arbitration

**Transcripts**

• Transcript of
  Opening
  Statement

• Ross Transcript
  Part 1

• Ross Transcript
  Part 2

**Decisions**

• Ross Award

• Ross
  Supplemental
  Award

**Blog Archive**

December 2023 (1)
November 2023 (6)
October 2023 (2)

**Report Abuse**

**Subscribe To APFA Transparency**

🔲 Posts
🔲 All Comments

**APPENDIX 26**

Nena Martin was equally responsible for these efforts but was not allowed be charged because of timeliness issues. Rather than simply admit she was wrong it took much Board involvement and threats of legal action to get her to simply pay back the money. The ethical thing would gave been to admit she was wrong and readily pay back our dues.

**Martin's Meal Expenses Were as Bad or Worse than Vargas and Ross's**

We examined Martin's expenses in detail and even prepared a demonstrative exhibit for the arbitration hearing. The arbitrator did not allow evidence at the hearing and Martin escaped justice. But to be clear, Martin had the same level of meal expenses as Ross and Vargas and even perhaps a bit worse.

This includes the frequent lunches at the golf club with the officers, getting both per diem and actual meals while on trips, covering up what was purchased at the lunches or dinners and frequently ordering in meals. We estimate the amount of meal expenses that were in violation of policy and/or IRS regulations to be over $15,000. On top of that, she benefited from Ross and Vargas's charged meals as they took turns paying with the APFA credit card for each other. She has not repaid any of the money.

At the Vargas arbitration hearing, Martin represented Vargas and took the position that no financial controls were necessary. We called her defense the "everyone is stealing so that makes it ok" defense. But a review of the record showed the Martin, Ross, Vargas's meal expenses were far worse than the Glading administration. And just because others were violating policy does not make it right.

According to their theory, APFA officers should be able to buy themselves lunches or dinners as long as they claim they are discussing APFA business. That is not the standard in the business world, is not a valid IRS expense, and is expressly not provided for in the policy manual. But to this day, she has never admitted it was wrong.  Presumably back in office, she would continue her old ways, at our expense. Martin even defends APFA reps double dipping by claiming per diem and actual expenses.

Martin claims she was exonerated because the arbitrator refused to take evidence on the merits of her case. But the arbitrator stated at the hearing that APFA was obligated to investigate these credit card charges so he would not proceed with a hearing. He basically washed his hands of the matter which demonstrates the lack of oversite at APFA.

According to the Ross lawsuit, APFA has done an audit of Martin and Dunaway and we believe the results show Martin owes APFA thousands of dollars, probably $15,000.  We call on APFA to release the audit and also call on Martin, since she is running for national office, to abide by the results of the audit.

What is remarkable, is that these individuals believe that national officers can be given a credit card and not have to adhere to any IRS regulations or APFA policy. That they can simply anytime say "oh I am going out to lunch with my coworker" so I will put it on the employer's credit card. Try that in the real world.

**Martin Covered Up the Theft of Furniture.**

Nena Martin defended Eugenio Vargas and his conduct at the arbitration hearing and her conduct was nothing short of appalling. At the hearing we demonstrated that Vargas stole the furniture from prior officers originally valued at thousands of dollars.

Now, you would think that Martin would be alarmed about this but she actually defended this conduct. However, along with Miami Base Vice President Heidi Morgan she is a leading supporter of corruption within APFA. Now certainly everyone, including Vargas, is entitled to a defense. But the fact that Martin chose to spend her time and effort defending him is a conflict of interest. As a past officer and a candidate for office her first loyalty should be to the membership and our dues money.

Even worse, Martin was in office with Ross and Vargas and was at meetings where the BOD discussed the stolen furniture. She had an obligation to protect APFA property. Much of  the furniture was in the APFA office when Vargas secretly moved it to his personal residence. Martin failed to speak up.

When she was on the Board of Directors she used her position to argue members should not be allowed to see financial information. Then rather than joining our effort to recoup APFA funds, Martin spends her time defending corruption.

**We Need to Move Forward, Not Backwards**

This blog is non-political in regards to the APFA elections. For that reason, we will not speak about her lack of accomplishments in her term as National Vice President. But we will relentlessly speak out on corruption issues and any candidates must pass a litmus test on anti-corruption efforts.

Martin fails that test overwhelmingly as her record is one of lack of transparency, failure to adhere to policy, violations of the APFA policy manual, and defense of corrupt practices at APFA.

**APPENDIX 27**

# APFA

## FALL BOARD OF DIRECTORS MEETING



## October 10-12, 2023

*APFA Unity Pays Conference Room*

| Resolution Information | | BOS Powers | CLT Hazlewood | DCA Pennel | DFW De Roxtra | LAX Nikides | LGA Santana | MIA Trautman | ORD Howard | PHL Montanari | PHX Agee | Hedrick |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Resolution #:** 3 | | | | | | | | | | | | |
| **Resolution Name:** Confidentiality | | | | | | | | | | | | |
| **Status:** Pass | **YES** | ☒ | ☐ | ☒ | ☒ | ☒ | ☒ | ☐ | ☒ | ☒ | ☒ | ☐ |
| **Maker:** Montanari | **NO** | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| **Second:** Pennel | **ABS** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Date:** 10/12/2023 | **N/A** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Time:** 9:54 a.m. CT | | | | | | | | | | | | |
| **Affects PM:** ☒ Section 1.E | | | | | | | | | | | | |
| **Comments:** | | | | | | | | | | | | |

Yes: 8   No: 2   Abstain: 0   Absent: 0   Show of Hands: ☐

**WHEREAS**, APFA Policy Manual Section 1.E.1 states "The National Officers, voting Board of Directors, Ad-Hoc Members of the Executive Committee, members of any APFA Negotiating committee, Base Vice Presidents, National Chairs, and Regional Representatives are required to maintain confidentiality in connection with conducting the business of the Union. Every person holding one (1) or more of these positions shall sign a Code of Confidentiality;" and

**WHEREAS**, APFA representatives are bound by APFA Policy Manual Section 1.E to safeguard confidential communications and information disseminated to them in their official capacity; and

**WHEREAS**, all members of the APFA have a right to individual privacy under Article II, Section 3.C of the APFA Constitution; and

**WHEREAS**, all officers, agents and other representatives of the APFA occupy a position of trust in relation to APFA and its members as a group. Therefore representatives have a duty to refrain from dealing with APFA as an adverse party or on behalf of any adverse party in any matter connected with their duties and from holding or acquiring any pecuniary or personal interest which conflicts with the interests of such organization pursuant to Section 501(a) of the Labor-Management Reporting and Disclosure Act; and

**WHEREAS**, breaches of confidentiality may undermine the APFA negotiations strategy, may harm APFA's position in litigation, and erode the trust of its members.

**APPENDIX 28**

APFA

BOARD OF DIRECTORS MEETING

**BE IT THEREFORE RESOLVED**,  any National Officers, voting Board of Directors, Ad-Hoc Members of the Executive Committee, members of any APFA Negotiating committee, Base Vice Presidents, National Chairs, Regional Representatives or other representative of APFA who violates the APFA Policy Manual Section 1.E or APFA Code of Confidentiality will be sent a letter admonishing the breach of confidentiality and be barred from receiving any confidential and privileged information for an amount of time necessary, in the judgment of the Board of Directors, to protect the interests of the APFA and its members; and

**BE IT FURTHER RESOLVED,**  that APFA Policy Manual Section 1.E.1 include the following edits:

"The National Officers, voting Board of Directors, Ad-Hoc Members of the Executive Committee, members of any APFA Negotiating committee, Base Vice Presidents, National Chairs, ~~and~~ Regional Representatives, and other APFA Representatives are required to maintain confidentiality in connection with conducting the business of the Union. Every person holding one (1) or more of these positions shall sign a Code of Confidentiality." and

**BE IT FURTHER RESOLVED**, APFA Policy Manual Section 1.E be updated to include the following paragraph:

4. Failure to execute or comply with the APFA Code of Confidentiality will result in exclusion from receiving confidential and proprietary information. The Board of Directors shall determine the duration of exclusion from receiving confidential and proprietary information. A letter will be sent to the offender by the APFA Board of Directors describing the breach of confidentiality and the consequence.