IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT "BOB" ROSS, § § § Plaintiff/Counterclaim § Defendant, § § v. § § ASSOCIATION OF PROFESSIONAL § FLIGHT ATTENDANTS, *et al.*, § § Defendants/Counterclaim Plaintiff. | Civil Action No. 4:22-cv-343-Y Judge Terry R. Means |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Robert "Bob" Ross moves for summary judgment holding Defendants for breach of fiduciary duty, breach of , breach of union constitution, violations of his rights to free speech, association, due process, and wrongful discipline under 29 U.S.C. §§ 411 (a)(2), (a)(5), and 529, Intentional Interference with a Contract, and Defamation. The issues arises from a confidential transition agreement entered into by the APFA Board of Directors and Plaintiff, and Defendants' allegations of a financial misuse of Plaintiff. The matters required by Local Rule 56.3(a) are set forth in the Plaintiff's supporting brief, and an appendix containing the materials supporting this motion and brief is being filed separately.

Date: January 8, 2024

                                                        Respectfully submitted,

                                                        By:  /s/ Kerri Phillips
                                                        Kerri Phillips, Esq.
                                                        Texas Bar No. 24065906
                                                        Phone: (972) 327-5800
                                                        Email: kerri@kdphillipslaw.com
                                                        KD PHILLIPS LAW FIRM, PLLC
                                                        6010 West Spring Creek Parkway
                                                        Plano, Texas 75024
                                                        Fax: (940) 400-0089
                                                        For Service of Filings:
                                                        notice@kdphillipslaw.com

                                                     **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on January 8, 2024 a true and correct copy of the above was served on Defendants' attorneys, via the e-filing manager.

                                                    /S/ Kerri Phillips
                                                    Kerri Phillips

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111;
Fax: (214) 838-0001
Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com

Michael Rake
Michael R. Rake, Attorney at Law PO Box 1556
Lake Dallas, TX 75065 Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com