**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| ROBERT (BOB) ROSS,<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS, *et al.*,<br>Defendants/Counterclaim Plaintiffs,<br><br>AND<br><br>EUGENIO VARGAS,<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS, *et al.*,<br>Defendants/Counterclaim Plaintiffs. | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-343-Y<br>Consolidated with 4:22-CV-430-Y<br><br>Judge Terry R. Means |

**<u>NOTICE OF MANUAL FILING</u>**

This is notice under Local Rule 5.1 that the APFA Defendants' are manually filing a video

recording of Plaintiff Eugenio Vargas's February 2, 2024 deposition with the Clerk of Court. The

APFA Defendants are submitting the recording via U.S. Priority mail today. The APFA Defendants

have not filed the deposition video because the recording is larger than 35MB and cannot be

converted to an electronic format able to be filed via the Court's ECF filing system. The recording

is in mp3, mp4, and mpg formats. Additionally, the APFA Defendants are serving copies of this

flash drive on Plaintiffs through their attorney of record.

Dated: February 19 , 2024                          Respectfully Submitted,


                                                   /s/ James D. Sanford
                                                   JAMES D. SANFORD
                                                   Tex. Bar No. 24051289
                                                   JOSEPH H. GILLESPIE
                                                   Tex. Bar No. 24036636
                                                   Gillespie Sanford LLP
                                                   4803 Gaston Ave.
                                                   Dallas, TX  75246
                                                   Tel.: (214) 800-5111; Fax.: (214) 838-0001
                                                   Email: jim@gillespiesanford.com
                                                   Email: joe@gillespiesanford.com

                                                   JEFFREY A. BARTOS (*pro hac vice*)
                                                   D.C. Bar No. 435832
                                                   Guerrieri, Bartos & Roma, PC
                                                   1900 M Street, N.W. Suite 700
                                                   Washington, DC 20036
                                                   Tel.: (202) 624-7400; Fax: (202) 624-7420
                                                   Email: jbartos@geclaw.com

                                                   *Counsel for Defendant and Counterclaim Plaintiff*
                                                   *Association of Professional Flight Attendants, and*
                                                   *Defendants Julie Hedrick and Erik Harris*

                                                   CHARLETTE L. BRODERICK (*pro hac
                                                   vice*)
                                                   Tex. Bar No. 24133870
                                                   Association of Professional Flight Attendants
                                                   1004 W. Euless Blvd.
                                                   Euless, TX 76040
                                                   Tel.: (682) 301-8454
                                                   Email: Cmatts@apfa.org

                                                   *Counsel for Defendant and Counterclaim Plaintiff*
                                                   *Association of Professional Flight Attendants*

2

**CERTIFICATE OF SERVICE**

I certify that on February  19 , 2024, I electronically submitted this document to the clerk

of the court for the U.S. District for the Northern District of Texas using the court's electronic

case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the

following individuals, who have consented to accept this Notices as service of this document by

electronic means:

KERRI PHILLIPS
K.D. Phillips Law Firm, PLLC
6010 W. Spring Creek Parkway
Plano, TX 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
        notice@KDphillipslaw.com

MICHAEL R RAKE
Michael R. Rake, Attorney at Law
PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

/s/ James D. Sanford
JAMES D. SANFORD
