IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) VARGAS | § | |
| | § | |
| VS. | § | CIVIL NO. 4:22-CV-343-Y |
| | § | (Consolidated w/4:22-CV-430-Y) |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL. | § § | |
| | § | |
| AND | § | |
| | § | |
| EUGENIO VARGAS | § | |
| | § | |
| VS. | § | |
| | § | |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL. | § § | |

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

Pending before the Court is Defendants' Motion for Rules 30(d) and 37(b) Sanctions (doc. 205). After review of this motion and the record in this case, the Court concludes that the motion should be and is hereby **REFERRED** to United States Magistrate Judge Jeffrey L. Cureton for determination. *See* 28 U.S.C. § 636(b)(1)(A).

All papers filed hereafter regarding this motion shall include the following notation under the case-number: "**(Relates to Motion Referred to Magistrate Judge Cureton)**."[1]

SIGNED February 20, 2024.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

---

[1] The judge's copy of all documents related to this motion should be mailed to the Honorable Jeffrey L. Cureton, Eldon B. Mahon United States Courthouse, 501 West 10th Street, Room 520, Fort Worth, Texas 76102.