IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT (BOB) ROSS, | § § | |
| V. | § § | CIVIL ACTION NO. 4:22-CV-343-Y |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, et al., | § § § | (Consolidated w/ 4:22-CV-430-Y) |
| EUGENIO VARGAS, | § § | |
| V. | § § | |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, et al., | § § | |

## ORDER EXPEDITING BREIFING

Pending before the Court is Defendants' Motion for Rules 30(d) and 37(b) Sanctions [doc. 205]. Because of the impending dispositive motions deadline, the Court has determined that expedited briefing is appropriate.

Based on the foregoing, it is **ORDERED** that Plaintiff' Response be filed on or before Monday, February 26, 2024, and Plaintiffs' Reply be filed on or before Friday, March 1, 2024.

SIGNED February 20, 2024.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE