U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 22 2024

CLERK, U.S. DISTRICT COURT
By: _____ Deputy

No. 4:22-cv-343-Y
Vargas – 02-02-24

# PRIORITY
★ MAIL ★

PRIORITY MAIL
POSTAGE REQUIRED



U.S. POSTAGE PAID
ROLLO
ePostage

Ship Date: 02/20/24
Weight: 0 lb 4 oz
0003

C024

PRIORITY MAIL

GILLESPIE SANFORD
4803 GASTON AVE
DALLAS TX 75246-1020

CLERK OF COURT
STE 310
501 W 10TH ST
FORT WORTH TX 76102-3641

USPS TRACKING # EP

9205 5903 4484 0806 1069 63

INSURANCE INCLUDED *

🚚 PICKUP AVAILABLE

* Domestic Only


Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

PS00001000016

  
UNITED STATES
POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14PE © U.S. Postal Service; July 2013; All rights reserved.

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE