IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT (BOB) ROSS,<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS, *et al.*,<br>Defendants/Counterclaim Plaintiffs,<br><br>AND<br><br>EUGENIO VARGAS,<br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS, *et al.*,<br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 4:22-cv-343-Y<br>Consolidated with 4:22-cv-430-Y<br><br>Judge Terry R. Means |

**APPENDIX TO APFA DEFENDANTS' SUPPLEMENT TO ITS LIST
OF REASONABLE COSTS AND ATTORNEY'S FEES
PURSUANT TO ORDER GRANTING MOTION FOR SANCTIONS**

Pursuant to Local Rule 7.1(i), the Association of Professional Flight Attendants ("APFA"), its National President, Julie Hedrick, and National Treasurer, Erik Harris (collectively, "the APFA Defendants"), hereby submit the following appendix to its Supplement to its List of Reasonable Costs and Attorney's Fees Pursuant to Order Granting Motion for Sanctions.

| Tab | Description | APFA Appx. |
|---|---|---|
| 14 | Court Reporter for March 15 Deposition | 54-55 |

1

Date: April 2, 2024

Respectfully Submitted,

 /s/ James D. Sanford
JAMES D. SANFORD
Tex. Bar No. 24051289
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX  75246
Tel.: (214) 800-5111; Fax.: (214) 838-0001
Email: jim@gillespiesanford.com

JEFFREY A. BARTOS, pro hac vice
D.C. Bar No. 435832
Guerrieri, Bartos & Roma, PC
1900 M Street, N.W. Suite 700
Washington, DC 20036
Tele.: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

*Counsel for the APFA Defendants*

CHARLETTE L. BRODERICK (pro hac vice)
Tex. Bar No. 24133870
Association of Professional Flight Attendants
1004 W. Euless Blvd.
Euless, TX 76040
Tel.: (682) 301-8454
Email: Cbroderick@apfa.org

*Counsel for APFA*

## **CERTIFICATE OF SERVICE**

      I certify that on April 2, 2024, a true and correct copy of the foregoing document was served upon all persons who have requested notice and service of pleadings in this case via the Court's ECF system.

KERRI PHILLIPS
K.D. Phillips Law Firm, PLLC
6010 W. Spring Creek Parkway
Plano, TX 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com

MICHAEL R RAKE
Michael R. Rake, Attorney at Law PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

                                                          /s/ *James D. Sanford*
                                                          JAMES D. SANFORD

# Tab 14

# Stryker Reporting                                                              Invoice

**Prompt and Precise Litigation Support**

1450 Hughes Road
Suite 230
Grapevine TX 76051

Phone: (817) 494-0700        Fax: (817) 494-0778

| Invoice Date | Invoice # |
|---|---|
| Thursday, March 21, 2024 | 9745A |

Jodi Czabajszki
Association of Professional Flight Attendants
1004 West Euless Boulevard
Euless, TX 76040

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Robert Ross, Vol. 2 |
| **Case:** | Ross vs. APFA, et al. |
| **Venue:** | United States District Court |
| **Case #:** | 4:22-cv-343-Y |
| **Date:** | 3/15/2024 |
| **Start Time:** | 9:11 AM |
| **End Time:** | 11:44 AM |
| **Reporter:** | Angie Mancuso |
| **Claim #:** | |
| **File #:** | ESTIMATE |

*24217A*

| Description | Each | Quan | Total |
|---|---|---|---|
| Live Attendance, Half-Day | $140.00 | 1 | $140.00 |
| Original, Videotaped | $6.50 | 89 | $578.50 |
| Administration Fee | $65.00 | 1 | $65.00 |
| Electronic Format PDF | $35.00 | 1 | $35.00 |
| Exhibits, PDF | $0.50 | 35 | $17.50 |
| Witness Review Original | $50.00 | 1 | $50.00 |
| | **Sub Total** | | $886.00 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $886.00 |

Fed. I.D. # 81-3014194

*Due upon receipt.  Please reference the invoice number on your check.*

**APPENDIX 55**