**1rross** ████████

| | |
|---|---|
| **From:** | 1rross████████ |
| **Sent:** | Monday, February 1, 2021 2:40 PM |
| **To:** | 'Treasurer████████; 'President████ 'Tim Schwartz' |
| **Cc:** | 'hussar.michelle████ |
| **Subject:** | CONFIDENTIAL - Re: Repayment Plan |

Erik,

To date I have not heard back from you or received any additional information regarding the disposition of an assumed overpayment made to me in 2018n by APFA. I have asked for additional documentation regarding the calculations of pay used for my agreed to unused Sick and Vacation days. (See email below) I have attempted to contact you on the cell phone number I was provided by you. I was instructed my you to only use that number as you are working remote and do not receive voicemails in your office. To date I have not stated or indicated that I would not make any overpayment but assured you I would pay what is proved to be owed but I need additional information and any documentation statements that sets the terms and conditions of payments. I have not received any reply to calls or to the email shown below.

As a member in Good Standing, let this email serve as my request for a meeting at APFA Headquarters to review documents related to my resignation agreement, calculations for my unused Sick and Vacation days paid in 2018 and a copy of My signed Resignation agreement and any and all documents related to expense reports and receipts during my term in office. I would like to meet on Feb. 3rd during morning business hours. I also request the presence of an accountant versed in the procedures used to calculate my agreed to resignation payments. Please let me know what time works for you between 0900-1300 Wed. Feb. 3, 2021.

I am requesting that this meeting to review documents take place prior to your insistence that this matter be turned over to "Collections" in an effort to resolve these disputed charges, alleged to have been made in error by APFA.

Regards,

Robert Ross
████████

This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.

-----Original Message-----
From: 1Rross <1rross████████>
Sent: Friday, January 15, 2021 10:54 AM
To: treasurer@apfa.org; president@apfa.org; Tim Schwartz <TimSchwartz████████>
Subject: Payment

Erik Harris, APFA Treasure

Please provide documentation for monthly payment arrangement in the amount it $100 per month or amount agreed to over 36 month period. I am currently mid sequence since yesterday 1/14/21 and available the weekend of Jan. 16-17, 2021Flying again on Monday Jan 18-19, 2021. I can be reached at the below number.

**Exhibit A-6**

**APPENDIX 52**

Regards,

Bob Ross

This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.

**Exhibit A-6**                                                     **APPENDIX 53**

**bobrossapfa** ▓▓▓▓▓▓▓

From: bobrossapfa ▓▓▓▓▓▓
Sent: Tuesday, March 9, 2021 6:14 AM
To: tschwartz▓▓▓▓; Prdfw▓▓▓▓▓; prmia▓▓▓▓; prlax▓▓▓;
prphx▓▓▓▓; prdca▓▓▓▓; prclt▓▓▓▓; priga▓▓▓▓; prphl▓▓▓▓;
prbos▓▓▓▓; prord▓▓▓▓
Cc: President▓▓▓▓; 'National Treasurer'; lsalas▓▓▓▓; 'National Secretary';
mnikitas▓▓▓▓
Subject: Letter the Board

Base Presidents,

In response to yesterdays Treasurers Report, I have on several occasions, attempted to contact the Collection agency with the information given to me by Erik Harris, Diversified Credit Systems. After several attempts to contact this agency, I was told they do not have any account in my name or from APFA in my name.

I am requesting that my account be withdrawn from any collections agency and any negative reporting to credit agencies be reversed as evidence of good will until all facts and/or an affordable payment plan can be established. I would like access to records to confirm I was paid per our resignation agreement, any balance be agreed to by both parties and a proper and affordable payment plan be established to make APFA whole. I believe this is not asking too much but is all I've been asking for since this all started.

It is import for the BOD to know I had nothing to do with the method or calculations used in my unused sick and vacation days and would have preferred this issue have been addressed when the other Officers were notified. I was told by Craig Gunter, the former APFA National Treasurer and the former APFA attorney Mark Richard, well over a year ago, that my calculations were correct.

At no time have I ever stated that I "refuse" to pay or reimburse APFA, as has been stated. I did not address this on the record yesterday as that would violate my privacy and my family personal interests. I am asking the BOD to work with me on this issue as there is only now policy and was no such policy for sending incidents like this to collections with only 30 day notice without hearing the member's disputes and without full knowledge of facts in the case.

I would also like to applaud and support Erik Harris' effort to rectify APFA's financial situation, considering the state of financial devastation he walked into. I am asking the BOD's support in rectifying any misunderstandings and allow us to work out an equitable payment plan based on all known facts and calculations. I would also like to set up a meeting with Erik Harris and APFA Legal Counsel, Margot Nikitas to review the calculations on my monies owed.

In Unity,

Bob Ross


Bob Ross
SFO Base President-Elect

**Association of Professional Flight Attendants (APFA)**
*Representing the Flight Attendants of American Airlines*

*This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.*

# Exhibit A-6

1

**APPENDIX 54**

**Bob Ross**

| | |
|---|---|
| **From:** | Erik Harris |
| **Sent:** | Wednesday, April 14, 2021 9:57 AM |
| **To:** | Base Presidents; Executive Committee |
| **Subject:** | FW: Letter the Board |

FYI

--

# Erik Harris _Pronouns_: he, him, his
National Treasurer
Association of Professional Flight Attendants
███████████████████████
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*



---

**From:** Tom Reber <diversifiedcredit████████████>
**Date:** Wednesday, April 14, 2021 at 11:55 AM
**To:** Erik Harris ██████████████
**Subject:** RE: Letter the Board

Hi Erik,

Our supervisor talked to Mr. Ross. He is stating he's on the board of A.P.F.A.? Also, he said that he did not receive our letter with the dispute verification. He now lives in California. When we talked to him previously he verified his address. Our supervisor updated his address information and we are re-sending the information . He stated that he is trying to refinance his home. It sounds like he may pay the account but it seems he may be stalling as well.

We will keep on top of the account.

Thanks,

Tom

Thomas L. Reber
VP of Operations



DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

# Exhibit A-6

1

**APPENDIX 55**

**1rross** ████████

| | |
|---|---|
| **From:** | 1rross@comcast.net |
| **Sent:** | Monday, February 1, 2021 2:40 PM |
| **To:** | 'Treasurer ████████; 'President ████████ 'Tim Schwartz' |
| **Cc:** | 'hussar.michelle ████ |
| **Subject:** | CONFIDENTIAL - Re: Repayment Plan |

Erik,

To date I have not heard back from you or received any additional information regarding the disposition of an assumed overpayment made to me in 2018n by APFA. I have asked for additional documentation regarding the calculations of pay used for my agreed to unused Sick and Vacation days. (See email below) I have attempted to contact you on the cell phone number I was provided by you. I was instructed you to only use that number as you are working remote and do not receive voicemails in your office. To date I have not stated or indicated that I would not make any overpayment but assured you I would pay what is proved to be owed but I need additional information and any documentation statements that sets the terms and conditions of payments. I have not received any reply to calls or to the email shown below.

As a member in Good Standing, let this email serve as my request for a meeting at APFA Headquarters to review documents related to my resignation agreement, calculations used for my unused Sick and Vacation days paid in 2018 and a copy of My signed Resignation agreement and any and all documents related to expense reports and receipts *during my term in office. I would like to meet on Feb. 3rd during morning business hours. I also request the presence of* an accountant versed in the procedures used to calculate my agreed to resignation payments. Please let me know what time works for you between 0900-1300 Wed. Feb. 3, 2021.

I am requesting that this meeting to review documents take place prior to your insistence that this matter be turned over to "Collections" in an effort to resolve these disputed charges, alleged to have been made in error by APFA.

Regards,

Robert Ross

████████

This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.


-----Original Message-----
From: 1Rross <1rross ████████>
Sent: Friday, January 15, 2021 10:54 AM
To: treasurer ████████ president ████████ Tim Schwartz <TimSchwartz ████████>
Subject: Payment

Erik Harris, APFA Treasure

Please provide documentation for monthly payment arrangement in the amount it $100 per month or amount agreed to over 36 month period. I am currently mid sequence since yesterday 1/14/21 and available the weekend of Jan. 16-17, 2021Flying again on Monday Jan 18-19, 2021. I can be reached at the below number.

**Exhibit A-6**

**APPENDIX 56**

Regards,

Rob Ross

This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.

**Exhibit A-6**

**APPENDIX 57**

**bobrossapfa** ███████████

| | |
|---|---|
| **From:** | bobrossapfa██████████ |
| **Sent:** | Tuesday, March 9, 2021 6:14 AM |
| **To:** | tschwartz█████ Prdfw█████ prmia███████ prlax██ prphx███ prdca█████ prclt███ phga██████ prphl██████ prbos█████ prord████ |
| **Cc:** | President█████ 'National Treasurer'; Isalas███████ 'National Secretary'; mnikitas█████ |
| **Subject:** | Letter the Board |

Base Presidents,

In response to yesterdays Treasurers Report, I have on several occasions, attempted to contact the Collection agency with the information given to me by Erik Harris, Diversified Credit Systems. After several attempts to contact this agency, I was told they do not have any account in my name or from APFA in my name.

I am requesting that my account be withdrawn from any collections agency and any negative reporting to credit agencies be reversed as evidence of good will until all facts and/or an affordable payment plan can be established. I would like access to records to confirm I was paid per our resignation agreement, any balance be agreed to by both parties and a proper and affordable payment plan be established to make APFA whole. I believe this is not asking too much but is all I've been asking for since this all started.

It is import for the BOD to know I had nothing to do with the method or calculations used in my unused sick and vacation days and would have preferred this issue have been addressed when the other Officers were notified. I was told by Craig Gunter, the former APFA National Treasurer and the former APFA attorney Mark Richard, well over a year ago, that my calculations were correct.

At no time have I ever stated that I "refuse" to pay or reimburse APFA, as has been stated. I did not address this on the record yesterday as that would violate my privacy and my family personal interests. I am asking the BOD to work with me on this issue as there is only now policy and was no such policy for sending incidents like this to collections with only 30 day notice without hearing the member's disputes and without full knowledge of facts in the case.

I would also like to applaud and support Erik Harris' effort to rectify APFA's financial situation, considering the state of financial devastation he walked into. I am asking the BOD's support in rectifying any misunderstandings and allow us to work out an equitable payment plan based on all known facts and calculations. I would also like to set up a meeting with Erik Harris and APFA Legal Counsel, Margot Nikitas to review the calculations on my monies owed.

In Unity,

Bob Ross

Bob Ross
SFO Base President-Elect

**Association of Professional Flight Attendants (APFA)**
*Representing the Flight Attendants of American Airlines*

*This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.*

**Exhibit A-6**

**APPENDIX 58**

1rross▮▮▮▮▮▮▮▮▮▮

| | |
|---|---|
| **From:** | 1rross▮▮▮▮▮▮▮▮ |
| **Sent:** | Monday, February 1, 2021 5:31 PM |
| **To:** | 'National Treasurer'; 'National President'; 'Tim Schwartz' |
| **Cc:** | 'hussar.michelle▮▮▮▮ 'Margot Nikitas'; 'Nena Martin'; 'Prdfw▮▮▮▮▮▮; 'prlax▮▮▮▮▮; 'prmia▮▮▮▮▮; 'prlga▮▮▮▮; 'prclt▮▮▮▮▮; 'prord▮▮▮▮▮; 'prphl▮▮▮▮▮; 'prdca▮▮▮▮; 'prphx▮▮▮▮▮ |
| **Subject:** | RE: CONFIDENTIAL - Re: Repayment Plan |

Erik, You had no right to send this to collections while refusing to supply requested documentation since November 2020. You failed to return calls and forward my requested documents and it's become obvious you failed to properly report those facts to the BOD. This issue was still in dispute and you gave me NO opportunity to address this issue as requested. However I did tell you I would pay amounts proven to be in error by APFA. No specific payment plan was ever proffered to me and no terms or documents containing any suggested or acceptable payment and no conditions were formerly discussed. No company would have the right to circumvent due process in this manner and no true Union would do this to a member in good standing. It is obvious this issue is more than a business model but is a personal vendetta. I have reached out directly to you with a request to view documents and that request has not changed.

This same request was afforded to the other 3 National Officers and they were given opportunities to meet with the Auditor to confirm how these calculations were justified. I request the same courtesy. I am requesting my account is withdrawn from collections until I am afforded proper due process and documentation that I have requested in November and again on January 4, 2021 is obtained.

Bob Ross

**From:** National Treasurer <treasurer▮▮▮▮▮>
**Sent:** Monday, February 1, 2021 3:36 PM
**To:** 1rross▮▮▮▮; National President <president▮▮▮▮▮>; 'Tim Schwartz' <timschwartz▮▮▮▮▮>
**Cc:** hussar.michelle▮▮▮▮▮; Margot Nikitas <MNikitas▮▮▮▮>
**Subject:** Re: CONFIDENTIAL - Re: Repayment Plan

Hi Bob-

Your account has been placed with collections. Please reach out to Diversified Credit Systems at (800) 256-3838.

As far as an appointment to view documents, please reach out to my assistant Rosemary (rcooper▮▮▮▮▮) to schedule a date and time.

Thanks,

Erik

--

**Erik Harris** *Pronouns:* *he, him, his*
National Treasurer
Association of Professional Flight Attendants

*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

**Bob Ross**

| | |
|---|---|
| **From:** | Erik Harris |
| **Sent:** | Wednesday, April 14, 2021 11:58 AM |
| **To:** | Bob Ross; John Nikides |
| **Cc:** | Base Presidents; Base Vice Presidents; Officers; Ad Hocs |
| **Subject:** | Re: Bob Ross Collection Obligation |

Hi all,

On instruction from the collection agency, if Mr. Ross contacts you for any reason, please refer him to **Diversified Credit Systems at (800) 753-1215**. Although this is an internal email thread, this is still an attempt to collect a debt and Mr. Ross has already attempted to use this against us in our collection efforts.

Thanks,

Erik

--

# Erik Harris   *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
████████████████████████
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*



---

**From:** Bob Ross <BRoss████████>
**Date:** Wednesday, April 14, 2021 at 1:50 PM
**To:** Erik Harris <eharris████████>, John Nikides <jnikides████████>
**Cc:** Base Presidents <BasePresidents███████>, Base Vice Presidents <BaseVicePresidents████████>,
Officers <Officers███████>, Ad Hocs <AdHocs███████>
**Subject:** RE: Bob Ross Collection Obligation

That's not true Erik. I spoke to them today and they had no record of any California address. NONE! I have not used a Texas address in over a year.

Bob Ross
SFO Base President
████████████Mobile/Text
████████████DFW HDQ)
BRoss████████

**Association of Professional Flight Attendants (APFA)**
*Representing the Flight Attendants of American Airlines*

*This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.*

## Exhibit A-6

1

## APPENDIX 60

**From:** Erik Harris <eharris███████>
**Sent:** Wednesday, April 14, 2021 11:10 AM
**To:** Bob Ross <BRoss████████>; John Nikides <jnikides███████>
**Cc:** Base Presidents <BasePresidents████████>; Base Vice Presidents <BaseVicePresidents████████>; Officers <Officers████████>; Ad Hocs <AdHocs████████>
**Subject:** Re: Bob Ross Collection Obligation

The collection agency was provided with both the CA address and "other known addresses" which was in TX.

The collection agency was NOT provided with a TX only address.

--

# Erik Harris *Pronouns: he, him, his*

National Treasurer
Association of Professional Flight Attendants
████████████████████

*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

APFA

**From:** Bob Ross <BRoss████████>
**Date:** Wednesday, April 14, 2021 at 12:56 PM
**To:** Erik Harris <eharris████████>, John Nikides <jnikides████████>
**Cc:** Base Presidents <BasePresidents████████>, Base Vice Presidents <BaseVicePresidents████████>, Officers <Officers████████>, Ad Hocs <AdHocs████████>
**Subject:** RE: Bob Ross Collection Obligation

Well, as the plot thickens, so emerges the facts. Because I reached out to the collections agency it was discovered APFA provided the wrong address to the collections agency. However they have been able to send all other APFA mailings to my proper address in California. Oddly enough the address given to the collections agency was a Texas address I haven't lived at in over a year. While I'm falsely being accused of "Refusing" to take care of my business it will be interesting to see if this fact makes it back to Ms. Chinnery or ever sees the light of day on Facebook.

Bob Ross
SFO Base President
████████████████████ (DFW HDQ)
BRoss████████

**Association of Professional Flight Attendants (APFA)**
*Representing the Flight Attendants of American Airlines*

*This e-mail, including attachments, is intended for the exclusive use of the addressee. If you are not the intended recipient, any dissemination, use, distribution or copying is prohibited.*

**From:** Erik Harris <eharris████████>
**Sent:** Tuesday, April 13, 2021 1:59 PM
**To:** John Nikides <jnikides████████>
**Cc:** Base Presidents <BasePresidents████████>; Base Vice Presidents <BaseVicePresidents████████>; Officers <Officers████████>; Ad Hocs <AdHocs████████>
**Subject:** Re: Bob Ross Collection Obligation

**Exhibit A-6**                                                    **APPENDIX 61**

Hi John,

, usually check in every week and hadn't received any response from my request for an update last week. The last response I received from the collection agency was on 4/2 and it was stated that Mr. Ross disputed the account. The collection agency sent him an itemization and a dispute completion form as they are required to by law and have not been able to speak to him since.

I just sent over an additional request for an update. As soon as I get a response I will update the BOD.

Thanks,

Erik

--

# Erik Harris *Pronouns: he, him, his*

National Treasurer
Association of Professional Flight Attendants

*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

**From:** John Nikides <jnikides ▮▮▮ >
**Date:** Tuesday, April 13, 2021 at 3:54 PM
**To:** Erik Harris <eharris ▮▮▮ >
**Cc:** Base Presidents <BasePresidents ▮▮▮ >, Base Vice Presidents <BaseVicePresidents ▮▮▮ >, Officers <Officers ▮▮▮ >, Ad Hocs <AdHocs ▮▮▮ >
**Subject:** Bob Ross Collection Obligation

Hi, Erik...

Has Bob Ross paid to the collection agency the monies he currently owes as of today?

Thanks.

John Nikides

John Nikides
APFA LAX Base President

# Exhibit A-6

**APPENDIX 62**

Fw: Re:

**melchinery** <melchinery ███████>

Mon 5/17/2021 1:43 PM

To: The UPS Store #5581 <store5581@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, March 29, 2019, 12:07 PM, melchinery ████ <melchinery ████> wrote:

Dear Craig,

Do you possibly have the answers to my questions yet? I'm not trying to be a pain just trying to understand how thousands of miles over many many months can be a mistake and not misappropriation of union dues?

I'm disappointed that there seems to be no accountability. I realize that CLT paid the money back, however, this isn't a bank. What kind of precedent does this set? Basically, we just gave her a interest free loan. Shouldnt the membership be apprised about this?

Thank you in advance for your response.

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Wednesday, March 20, 2019, Craig Gunter <treasurer@apfa.org> wrote:

Hi Melissa,

There is an audit every year. It is a law that we have to have on.
There was an audit done right before we took office. We will have another one in May or June.

**Exhibit A-6**                                                          **APPENDIX 63**

**Fw: Meeting**

melchinery <melchinery ███████>

Mon 5/17/2021 1:45 PM

To: The UPS Store #5581 <store5581@theupsstore.com>

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Monday, May 20, 2019, 9:30 AM, melchinery@aol.com <melchinery@aol.com> wrote:

Im asking you to show me where we can't. Our membership bill of rights states (section 3 B of the Constitution), we shall have access to any and all financial records and reports. Why are we not allowed to see individual expenses? As a dues paying member I'm asking where does it state that in writing.

I called the DOL last week to ask them and they didn't understand why we can't see them either.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, May 20, 2019, Craig Gunter <treasurer █████> wrote:

I will check on it.
Also show me where the DOL states you can see the individual expenses

Get Outlook for iOS

**From:** melchinery@aol.com <melchinery@aol.com>
**Sent:** Monday, May 20, 2019 12:01:01 PM
**To:** Craig Gunter
**Cc:** Liz Geiss
**Subject:** Re: Meeting

Can you check on that please. Also, I'm looking in the policy manual and I can't find where it says we can't see individual expenses. I will be wanting to look at those. Can you show me that in writing because it goes against what I was told by the DOL.

Thank you

**Exhibit A-6**                                                   **APPENDIX 64**

Fw:

melchinery <melchinery>
Mon 5/17/2021 1:46 PM

To: The UPS Store #5581 <store5581@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Saturday, June 1, 2019, 6:10 AM, melchinery@aol.com <melchinery@aol.com> wrote:

Craig,

Good morning. I wanted to send you a list of the things that I'm still requesting.

How much everyone got paid for profit sharing? And the time frame

Bob Ross
Nena Martin
Marcy Dunaway
Eugenio Vargas
Lori Bassani
Liz Geiss
Lisbeth Hillman
Craig Gunter

Formula for profit sharing
Formula for 401k

Nov2016
Dec2016
Sep2017
Oct2017
Dec2017
Jan2018
Jan2019
Feb2019
Mar2019

(Those financials were missing, I would like them)

**Exhibit A-6**                                        **APPENDIX 65**

Last 4 months of Checks paid out to the previous officers. I'm not sure why everything was rolled into their salary, all checks should be listed in disbursements.    I confirmed this with the DOL. I also showed them our Constitution and they agree we should be able to see all financial records. I thought we all talked about it and the we were going to be shown the line item and was just waiting for Debbie to come back. I'm confused why you are now saying you need to talk to legal.

Im not trying to be a problem but I'm committed to getting this done. As a member in good standing I have the right
to ask and see this information.

I'm flying back to Dallas on Monday. I would like to come in and get my answers either Monday or Tuesday. Please let me know what day works
for you.

Thank you for your assistance in this matter.

Regards,

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app  mail.mobile.aol.com

**Exhibit A-6**

**Fw: Financials**

melchinery <melchinery ███ >
Mon 5/17/2021 1:47 PM
To:  The UPS Store #5581 <store5581@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or
click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, June 21, 2019, 5:28 AM, melchinery@aol.com <melchinery@aol.com> wrote:

Dear Craig,

I have yet to receive a response to this letter. Since I have heard nothing, I'm not even sure
you received it. I am resending it again in hopes of getting answers to my valid
questions. As a dues member in good standing I have a right to answers.

Please respond in a timely matter.

Regards,

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app mail.mobile.aol.com

On Tuesday, June 18, 2019, treasurer ███ <treasurer ███ > wrote:

Dear Craig,

I'm writing to you because after leaving your office I'm
more concerned than ever with the lack of transparency
regarding our financials.

On 4 different occasions I came to Dallas; (May 28, May
29, June 3, and June 6), flown in, took time off work, paid

**Exhibit A-6**                                              **APPENDIX 67**

I'm writing to you because after leaving your office I'm more concerned than ever with the lack of transparency regarding our financials.

On 4 different occasions I came to Dallas; (May 28, May 29, June 3, and June 6), flown in, took time off work, paid for or arranged for accommodations, and made appointments with you to discuss the blatant discrepancies regarding the Ross/ Martin administration. I asked once again on our fourth meeting to see the four $4,000 checks that were written to three of the previous National Officers. These four $4,000 checks were cashed and deposited the same day. Once again I was told no. I asked to see the profit sharing checks and was once again told no. I asked if you had made any headway into the investigation for the double dipping with vacation payouts to the previous National Officers; you said, "I haven't done anything yet".

I also wished to discuss the blatant abuse of mileage by the former base CLT President. I'm aware that legal called the DOL when this transpired.   However, the DOL was not informed about her prior history of "mistakes" with her expenses. As I told you in our meeting, the CLT base president prior to Wanda Sarnaki had a meeting with Bob Ross and Eugenio Vargas regarding Cathy Bossi's signature being forged by Ms Sarnaki. Ms Bossi asked for restitution to be made for the months that her name was forged. Bob Ross and Eugenio Vargas said it was a "mistake" and forgave the months of forgery and she was not made to give restitution.

Also, I wanted to talk about the missing box of original forms that was sent by the person who turned Ms

**Exhibit A-6**

**APPENDIX 68**

2

Sarnaki in. How does a box that is signed for go missing from your office? You replied, "we don't have it, it's not here". I also asked who calculated the monetary figure Ms Sarnaki had to repay. At our second meeting you said it was Rachel in accounting. At our third meeting you said it was you. Rachel is the same recipient for whom two people stated Ms Sarnaki bought a necklace, bracelets and other gifts. How is this appropriate? You said in our meeting it wasn't a crime to buy people gifts. Pardon my bluntness but considering Ms Sarnaki lives 1.6 miles from the airport and charged thousands and thousands of dollars in mileage, breaking policy month after month and this is the person in accounting that initially signed off on it, shouldn't this be handled by someone that wouldn't have a conflict of interest? Also, were these gifts bought with mileage money? I was told she was buying flowers, gift cards and gifts and expensing this to mileage. Was the jewelry that Rachel received accepted on APFA property? Was legal informed about the missing box of documents and about the gifts given to the accounting department before they called the DOL? Don't you believe when this was reported to your office that there should have been a formal investigation? This is thousands of dollars that were signed off on by two of the previous National Officers every month from April 2017 to November 2018, and this was a "mistake"? I asked who signed off on them and was not given an answer. I asked why the numbers were changed to reflect lower numbers than the original mileage forms that Ms Sarnaki submitted and paid for. I have the original mileage forms by the person who turned her in and they did not reflect the numbers you gave me. When I presented these numbers to you, you verified my numbers were correct, I'm just confused why they were changed to reflect lower numbers in the financials. Why were the numbers altered?

**Exhibit A-6**                                        **APPENDIX 69**

3

for or arranged for accommodations, and made appointments with you to discuss the blatant discrepancies regarding the Ross/ Martin administration. I asked once again on our fourth meeting to see the four $4,000 checks that were written to three of the previous National Officers. These four $4,000 checks were cashed and deposited the same day. Once again I was told no. I asked to see the profit sharing checks and was once again told no. I asked if you had made any headway into the investigation for the double dipping with vacation payouts to the previous National Officers; you said, "I haven't done anything yet".

I also wished to discuss the blatant abuse of mileage by the former base CLT President. I'm aware that legal called the DOL when this transpired.   However, the DOL was not informed about her prior history of "mistakes" with her expenses. As I told you in our meeting, the CLT base president prior to Wanda Sarnaki had a meeting with Bob Ross and Eugenio Vargas regarding Cathy Bossi's signature being forged by Ms Sarnaki. Ms Bossi asked for restitution to be made for the months that her name was forged. Bob Ross and Eugenio Vargas said it was a "mistake" and forgave the months of forgery and she was not made to give restitution.

Also, I wanted to talk about the missing box of original forms that was sent by the person who turned Ms Sarnaki in. How does a box that is signed for go missing from your office? You replied, "we don't have it, it's not here". I also asked who calculated the monetary figure Ms Sarnaki had to repay.  At our second meeting you said it was Rachel in accounting.  At our third meeting you said it was you. Rachel is the same recipient for whom two people stated Ms Sarnaki bought a necklace, bracelets and other gifts. How is this appropriate? You said in our meeting it wasn't a crime to buy people gifts. Pardon my bluntness but considering Ms Sarnaki lives 1.6 miles from the airport and charged

**APPENDIX 70**

thousands and thousands of dollars in mileage, breaking policy month after month and this is the person in accounting that initially signed off on it, shouldn't this be handled by someone that wouldn't have a conflict of interest? Also, were these gifts bought with mileage money? I was told she was buying flowers, gift cards and gifts and expensing this to mileage. Was the jewelry that Rachel received accepted on APFA property? Was legal informed about the missing box of documents and about the gifts given to the accounting department before they called the DOL? Don't you believe when this was reported to your office that there should have been a formal investigation? This is thousands of dollars that were signed off on by two of the previous National Officers every month from April 2017 to November 2018, and this was a "mistake"? I asked who signed off on them and was not given an answer. I asked why the numbers were changed to reflect lower numbers than the original mileage forms that Ms Sarnaki submitted and paid for. I have the original mileage forms by the person who turned her in and they did not reflect the numbers you gave me. When I presented these numbers to you, you verified my numbers were correct, I'm just confused why they were changed to reflect lower numbers in the financials.  Why were the numbers altered?

I would also like to know why legal informed the Board of Directors after legal had already settled the issue? I've spoken to one of the Board of Directors and they will attest they were informed after she was allowed to pay the money back. The Board of Directors is the governing body of this union and they should have been apprised before Ms Sarnaki was allowed to make restitution and the issue was settled. I have also spoken to someone on the Executive Committee and I'm baffled why they weren't informed of this.

Also, it has come to my attention that the current CLT base

**Exhibit A-6**

I would also like to know why legal informed the Board of Directors after legal had already settled the issue? I've spoken to one of the Board of Directors and they will attest they were informed after she was allowed to pay the money back. The Board of Directors is the governing body of this union and they should have been apprised before Ms Sarnaki was allowed to make restitution and the issue was settled. I have also spoken to someone on the Executive Committee and I'm baffled why they weren't informed of this.

Also, it has come to my attention that the current CLT base president has not signed off on any of Ms Sarnaki's expenses since he took office. Since the President must sign off on their base expenses, please tell me how Ms Sarnaki has gotten paid since he took office? Who has signed off on her expenses since April?

It is very clear from our last meeting you are not taking any of this seriously. Why there are no straight answers for my valid questions is very concerning.   As the Treasurer of our union it is your fiduciary responsibility to protect the membership from misappropriation and theft. Why is everything getting swept under the rug? When will my questions be answered and when this situation be rectified properly?

Please know that to date I have received no answers to my valid questions so my time clock to file internal charges has not started. As a dues paying member it is my right to have my valid questions answered. Your response to my questions would be appreciated.

Regards,

**Exhibit A-6**

**APPENDIX 72**

president has not signed off on any of Ms Sarnaki's expenses since he took office. Since the President must sign off on their base expenses, please tell me how Ms Sarnaki has gotten paid since he took office? Who has signed off on her expenses since April?

It is very clear from our last meeting you are not taking any of this seriously. Why there are no straight answers for my valid questions is very concerning.  As the Treasurer of our union it is your fiduciary responsibility to protect the membership from misappropriation and theft. Why is everything getting swept under the rug? When will my questions be answered and when this situation be rectified properly?

Please know that to date I have received no answers to my valid questions so my time clock to file internal charges has not started. As a dues paying member it is my right to have my valid questions answered. Your response to my questions would be appreciated.

Regards,

Melissa Chinery



Sent from AOL Mobile Mail
Get the new AOL app. mail.mobile.aol.com

**Exhibit A-6**

**APPENDIX 73**

## Fw: Financials

melchinery <melchinery█████████>
Mon 5/17/2021 1:48 PM

**To:** The UPS Store #5581 <store5581@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or
click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, June 21, 2019, 10:56 AM, melchinery@aol.com <melchinery@aol.com> wrote:

Also, why do you have to check with legal
to see if it is ok to tell us any financial information. Per the APFA Constitution good
standing members are allowed to see all financial records and reports.

I dont understand any of this.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, June 21, 2019, Craig Gunter <treasurer█████████> wrote:

Melissa
I did give you the full 45 mins I promised you at that meeting. I sat with you and we
went over all the mileage. I have been very corporative with you. I told you I would
check with legal to see the other information you requested.
We agreed to a date of August 5th.
Let me know what time you would like to come in. I will check to see if legal can meet
with us.

Get Outlook for iOS

**From:** melchinery@aol.com <melchinery█████████>
**Sent:** Friday, June 21, 2019 10:28:56 AM
**To:** Craig Gunter
**Cc:** Liz Geiss; Susannah Bender; Lori Bassani; Lisabeth Hillman; Hussar.Michelle█████████
**Subject:** Re: Financials

I did not get a voicemail. Is this like when you said you had a meeting last Thursday and
hurried me out of your office only for someone to call me from your office and tell me
that you were on your way to the airport and listed on the 6pm home

**Exhibit A-6**

**APPENDIX 74**

I'm really exhausted trying to get answers from you. There is not one reason I should be going to these lengths to get straight answers about this. I forgave the incident about you breaking my confidentiality and telling people my name. I have taken being treated lead than respectful and being reminded every time I was in your office that I was "keeping you from real work" by seeing me. However, my patience is wearing thin

As a dues paying member, I have a right to my valid questions. You hindering this process is not ok and quite frankly very chargeable.

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

On Friday, June 21, 2019, Craig Gunter <treasurer@apfa.org> wrote:

I left you a VM

Get Outlook for iOS

**From:** melchinery@aol.com <melchinery@aol.com>
**Sent:** Friday, June 21, 2019 7:28:18 AM
**To:** Craig Gunter
**Cc:** Liz Geiss; Lori Bassani; Lisabeth Hillman; Hussar.Michelle@dol.gov; Susannah Bender; Hussar.Michelle@dol.gov
**Subject:** Re: Financials

Dear Craig,

I have yet to receive a response to this letter. Since I have heard nothing, I'm not even sure you received it. I am resending it again in hopes of getting answers to my valid questions. As a dues member in good standing I have a right to answers.

Please respond in a timely matter.

Regards,

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

On Tuesday, June 18, 2019, treasurer@apfa.org <treasurer@apfa.org> wrote:

**Exhibit A-6**   Dear Craig,                          **APPENDIX 75**

**From:** Craig Gunter <treasurer █████ >
**Sent:** Wednesday, July 3, 2019 11:48
**To:** Susannah Bender
**Subject:** Fwd: Re: August appointment

Get Outlook for iOS

---

**From:** melchinery █████ <melchinery █████ >
**Sent:** Tuesday, July 2, 2019 9:28:14 PM
**To:** Liz Geiss; Craig Gunter
**Subject:** RE: Re: August appointment

August is to long to wait. Internal charges must be timely. When I came to our 3rd meeting I told you that.

Sandra and I are happy to meet with Liz on the 10th if you can't make it.

Get the new AOL app: mail.mobile.aol.com

On Tuesday, July 2, 2019, Craig Gunter <treasurer █████ > wrote:

Melissa,

There seems to have been some miscommunication about my availability this month. I do not have any appointments on my calendar for us to meet in July. As discussed when you came in on June 3 and June 13, we agreed on August 5 for any follow-up questions you have. Please let me know what time you would like to come in and how long I should budget the appointment for.   I have you in my calendar for that date. As I mentioned in my earlier email, July is a full month for me and my department.

Thank you,


**Craig Gunter**

*APFA National Treasurer*

██████████████

████████

**Exhibit A-6**                                                          **APPENDIX 76**

# Association of Professional Flight Attendants (APFA)
*Proudly Representing the Flight Attendants of American Airlines*

Twitter:@apfaunity | www.APFA.org | Facebook: /apfaunity

*This Electronic Transmission Is Intended Only For The Addressee Shown Above. It May Contain Information That Is Privileged, Confidential Or Otherwise Protected From Disclosure. Any Review, Dissemination Or Use Of This Transmission Or Its Contents By Persons Other Than The Addressee Is Strictly Prohibited. If You Have Received This Electronic Transmission In Error, Please Delete the E-Mail And Notify Me Immediately By Telephone Or By Reply E-Mail.*

**From:** melchinery ████████ <melchinery ████████>
**Sent:** Monday, July 1, 2019 5:39 PM
**To:** Craig Gunter <treasurer ████████>
**Cc:** Liz Geiss <vp ████████>
**Subject:** Re:

I was told that I could come in sooner. I think waiting until August is to long. Internal charges have a time line. I was planning on seeing those checks this week. I have rearranged my schedule and  now at the last minute be told no I cant see them?

Sent from AOL Mobile Mail

Get the new AOL app: mail.mobile.aol.com

On Monday, July 1, 2019, Craig Gunter <treasurer ████████> wrote:

Hi Melissa

I remember we set up an appointment on August 5th.

I don't have any availability this week as it is a short week with the holiday and I am booked with back to back appointments.

The next week  (8th) I will be in interviews for the accountant position. The week of the 15th I will be preparing for our annual audit. The following week , the 22nd is the annual audit.

**Exhibit A-6**

**APPENDIX 77**

Fw:

melchinery <melchinery ███████ >
Mon 5/17/2021 1:49 PM
To: The UPS Store #5581 <store5581@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Friday, July 12, 2019, 3:27 PM, melchinery@aol.com <melchinery@aol.com> wrote:

Dear Craig,

Thank you for taking the time to meet with Sandra and myself on July 10, 2019.  I have a couple of other questions regarding what was discussed in that meeting. Attached below I listed the check amounts and check numbers shown to both Sandra and me, paid out to Bob Ross, Nena Martin, Marcy Dunaway, and Eugenio Vargas.

Per APFA policy two National Officers must sign off all on all payroll checks dispersed. I would like the names of the two officers that signed off on each check number listed below:

**Bob Ross**
March 9, 2018 -D15309-$2,458.19-86.67hrs
March 15,2018-D15373-$5,245.58-86.67hrs
March 29,2018-D15384-$968.76-86.67hrs
April 13,2018-D15530-$5545.58-86.67hrs
April 30,2018-D15572-$4495.88-86.67hrs
May 15,2018-D15650-$5,545.58-86.67hrs
May 31,2018-D15694-$2842.26-86.67hrs
June 15,2018-D15772-$3892.26-86.67hrs

**Exhibit A-6**

**APPENDIX 78**

June 29,2018-D15824-$4,495.58-86.67hrs
July 13,2018-D15927-$5,198.88-173.34hrs

March 29, 2018-D15387-$5,339.02-00:00
March 29, 2018-D15390-$4,851.41-00:00
March 29, 2018- D15391-$4851.41-00:00
March 29, 2018-D15393-$3,903.43-00:00
March 29, 2018-D15395-$4014.96-00:00
March 29, 2018- D15347-$3,903-43-00:00
March 29, 2018-D15398-$3903.44-00:00
March 29, 2018-D15399-$3,419.41-00:00
March 29, 2018 -D15400-$3,419.41-00:00
March 29, 2018 -D15454-$4,495.58-00:00

**Nena Martin**
June 29,2018-D15832-$4000
June 29, 2018-D15836-$4000
June 29, 2018-D15840-$4000
June 29, 2018-D15844-$4000
June 29, 2018- D15848-$3404.60

**Marcy Dunaway**
June 29,2018-D15829-$4000
June 29, 2018-D15833-$4000
June 29, 2018-D15837-$4000
June 29, 2018-D15841-$4000
June 29, 2018-D15845-$2,234.60

**Eugenio Vargas**
June 29,2018-D15830-$4000
June 29, 2018-D15834-$4001
June 29, 2018-D15838-$4002
June 29, 2018-D15842-$4003
June 29, 2018-D15846-$462.92

**Exhibit A-6**
**APPENDIX 79**

How did Bob Ross make roughly 30k (not including monthly salary) in one day ==without a formal resolution from the Board of Directors== explaining to the membership how our dues dollars were spent? ==And why was Bob Ross paid monthly,== seemingly kept on payroll according to the dates of the checks, until July when he resigned in March?

Why are there double checks of the same amount? Please note that I copied the check numbers from what Sandra and I saw so there would be no discrepancy in differing from one check or the other.

==You confirmed on July 10th, that SAF and MEA pay was used to== formulate figures for the ==3 previous National Officers.==These checks were issued for vacation accrual, vacation buyback, and sick accrual. Why would SAF and MEA pay be used for vacation and sick time? You stated they were overpaid, yet the figure of how much has been over paid has yet to be calculated or repaid over a year later from when it was paid out. When can we expect to see that money repaid to the membership? ==The checks were cut,== disbursed, and deposited on the same day, ==June 29,2018,== which was 3 days before the three previous people in question left their position as National Officers. Am I correct to assume these 3 previous National Officers signed off on their own wrongly calculated checks? I'm confused because past practice has always been that the incoming National Officers issue this payment not by outgoing Officers signing off on their own payments. Also, it is my understanding that this formula to calculate amounts like this has never been used before. How was this allowed to happen?

Thank you in advance for your assistance with these questions. Your timely response is appreciated.

Sincerely,

Melissa Chinery

**Exhibit A-6**

**APPENDIX 80**

## Fw: Re:

**melchinery** <melchinery@aol.com>
Mon 5/17/2021 1:55 PM
To: The UPS Store #5581 <store5581@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Tuesday, January 14, 2020, 9:41 AM, melchinery@aol.com wrote:

Dear Mr Richard,

APFA made a determination that this was not misappropriation of funds but simply an error in applying the policy. This is obviously incorrect and amounts to a cover up for theft. I have been lead to believe that the APFA attorneys made this determination. Is that not correct? And if not, why have you not reviewed it?

The 3 former National Officers broke the money into 4 small checks of $4000 totaling roughly $16k each, all cashed and deposited on the same day, 3 days before they left office. The 3 former National Officers changed their rate of their pay, (a never been used formula in the history of APFA), using MEA and SAF for their profit sharing, sick and vacation pay, inflating their pay thousands of dollars. The 3 former National Officers changed this formula against the in-house accountant's advice. There is no flight attendant on the planet that believes that they should get per-diem for vacation, sick, and profit sharing.

After the 3 former National Officers get accidentally caught they are not reprimanded, not penalized and instead of calling it what it is.....misappropriation of union funds, someone made the determination that it was simply a deviation of past practice.

For 8 months I have been trying to get simple questions answered and have been stonewalled at every turn. I believe there is an attempt to cover up corruption at APFA. I know you may be offended but what is truly offensive is that there is so little disregard for the members and the law from those who are supposed to be working on our behalf.

**APPENDIX 81**
**Exhibit A-6**

Regards,

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Tuesday, January 14, 2020, Mark Richard <mrichard███████ > wrote:

Ms. Chinery:

Your email is both factually wrong and offensive. The multiple lawyers who have worked on this matter have done so diligently.

Further, to falsely accuse me as you have in this email is outrageous and uncalled for. You have no idea what the lawyers have done. I respectfully ask you to immediately cease from such unfounded statements.

Thank you.

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential information. The information in this e-mail is intended only for the use of the addressee(s) named above. If you have received this e-mail and you are not an intended addressee(s) named above, please immediately notify me by telephone at ███████ Any disclosure, copying, distribution, or other use of any information transmitted in this e-mail is strictly prohibited, except for the use of information regarding how to contact me to advise me of your erroneous receipt of this e-mail. Mark Richard, Phillips, Richard, Rind, P.A.

On Jan 14, 2020, at 2:42 AM, "melchinery███████ <melchinery███████ > wrote:

Dear Mr Richard,

You said when I met with you in Dallas in October that would be taken care of. Is this your idea of taking care of it?

Again, I remind you this is MISAPPROPRIATED money that was wrongfully taken from the membership by former National Officers before they left office.

We all know the National Treasurer is a trainwreck but you are the "union" lawyer that helped the crooks get away with it.

**Exhibit A-6**                                    **APPENDIX 82**

Shame on you.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, January 13, 2020, treasurer ▮▮▮▮ <treasurer▮▮▮▮> wrote:

> Craig,
>
> Still have no response to my valid questions from you. "Making arrangements to pay" is not having the bill paid by January 6th. Per the EC resolution the money was supposed to be received and everything taken care of by the 6th or there would a lawsuit filed. If you are saying that arrangements have been made that means the three in question have not paid are not complying with the resolution put forward by the EC. This is chargeable.
>
> I want answers to my questions. This is misappropriated money that was wrongfully taken, the three in question have known about this for months. Why hasn't it been repaid yet? We are not a bank that gives out interest free loans.
>
> Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 10, 2020, treasurer ▮▮▮▮ <treasurer▮▮▮▮> wrote:

> Arrangements to pay by when? Was the payment in full and what about the extra money that Nena Martin owes? Is she paying it back with the other money she owes? This is OUR money, we have a right for valid questions to be answered. Very frustrating when you don't answer simple questions.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 10, 2020, Craig Gunter <treasurer▮▮▮▮> wrote:

> Melissa,
>
> All three Former national officers have made arrangements to pay the full amount owed.
> Craig Gunter
>
> Get Outlook for iOS

---

**From:** melchinery@aol.com <melchinery▮▮▮▮>
**Sent:** Friday, January 10, 2020 4:08:03 PM
**To:** Craig Gunter <treasurer▮▮▮▮>
**Cc:** Liz Geiss <vp▮▮▮▮>; Lori Bassani <president▮▮▮▮>; Lisabeth Hillman <secretary▮▮▮▮>
**Subject:** Re:

Craig,

Why is it so impossible for you to answer my questions? It's extremely frustrating that you ignore valid questions.

Please get back to me with answers.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 10, 2020, treasurer ███████ <treasurer ███████> wrote:

Second request

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Thursday, January 9, 2020, treasurer ███████ <treasurer ███████> wrote:

Dear Craig,

I would like to know two things, first have the former National Officers repaid the misappropriated funds they paid out to themselves before they left office? Per the EC resolution this money was supposed to be paid back by January 6th. Did they pay it back by that date?

Secondly, I became aware last week that when the three former National Officers reviewed the calculations with you and the auditor at the October meeting there was an accounting error discovered. This error caused an overpayment to Nena Martin during her transition. Is she repaying this amount also?

Thank you in advance for your help.

Regards,

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

**Exhibit A-6**

**Fw: Re:**

melchinery <melchinery>

Mon 5/17/2021 1:56 PM

**To:** The UPS Store #5581 <store5581@theupsstore.com>

> CAUTION! This email originated from outside of the organization. Please do not open attachments or
> click links from an unknown or suspicious origin.

Sent from the all new AOL app for iOS

Begin forwarded message:

On Wednesday, January 22, 2020, 3:31 PM, Craig Gunter <treasurer> wrote:

Melissa,

In all due respect, I have provided you with the information. This matter has been handled
by the Executive Committee in accordance with the APFA Constitution and Policy Manual.

Thank you,

**Craig Gunter**

*APFA National Treasurer*



# Association of Professional Flight Attendants (APFA)
*Proudly Representing the Flight Attendants of American Airlines*

Twitter: @apfaunity | www.APFA.org | Facebook: /apfaunity

This Electronic Transmission Is Intended Only For The Addressee Shown Above. It May Contain Information That Is Privileged,
Confidential Or Otherwise Protected From Disclosure. Any Review, Dissemination Or Use Of This Transmission Or Its Contents By
Persons Other Than The Addressee Is Strictly Prohibited. If You Have Received This Electronic Transmission In Error, Please Delete
the E-Mail And Notify Me Immediately By Telephone Or By Reply E-Mail.

**Exhibit A-6**

**From:** melchinery ███████ <melchinery ███████>
**Sent:** Wednesday, January 22, 2020 12:08 PM
**To:** Craig Gunter <treasurer ███████>
**Cc:** Liz Geiss <vp ███████>; Lori Bassani <president ███████>; Susannah Bender <sbender ███████>; Hussar.Michelle ███████; Lisabeth Hillman <secretary ███████>; mrichard ███████

**Subject:** Re: Re:

Craig,

Are you back from vacay yet? Please answer my questions.

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, treasurer ███████ <treasurer ███████> wrote:

Craig,

Please send me my answers. You hiding from giving them is a little pathetic. Your irresponsible behavior and your lack of follow through has literally demolished your entire administration. I hope you know that.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, treasurer ███████ <treasurer ███████> wrote:

Badgering you? Are you kidding? If you had done your job and answered the questions when I first asked there would be no need to chase you for answers.

You have business being in office.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, Craig Gunter <treasurer ███████> wrote:

I believe you get vacation days as well Melissa. So stop badgering me. I've given you answers. As I mentioned earlier I will be back on Tuesday.

Get Outlook for iOS

**APPENDIX 86**

**Exhibit A-6**

**From:** melchinery█████ <melchinery█████████>
**Sent:** Friday, January 17, 2020 2:11:05 PM
**To:** Craig Gunter <treasurer████████>
**Cc:** Liz Geiss <vp██████████; Lisabeth Hillman <secretary███████████>; Susannah Bender <sbender███████████>; Lori Bassani <president█████████; Hussar.Michelle@████████Hussar.Michelle@dol.gov>; mrichard@████████ <mrichard███████████████>
**Subject:** Re: Re:

Very convenient. Can I get my answers then?

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, Craig Gunter <treasurer█████> wrote:

Melissa,
I am on vacation today.
I'll be in back in the office on Tuesday

Get Outlook for iOS

**From:** melchinery█████ <melchinery█████████>
**Sent:** Friday, January 17, 2020 2:07:49 PM
**To:** Craig Gunter <treasurer████████>
**Cc:** Liz Geiss <vp██████████; Susannah Bender <sbender███████████>; Lisabeth Hillman <secretary██████; Hussar.Michelle <Hussar.Michelle██████████>; Lori Bassani <president████████████; mrichard███████ <mrichard████████>
**Subject:** Re: Re:

Does your silence to my questions mean that the membership not allowed to know? Are you calling it a "loan" to help the three in question the same way you helped Wanda hide her mileage fiasco?

This is all very shady, very disappointed in you Craig.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, treasurer██████ <treasurer██████> wrote:

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, treasurer█████ <treasurer██████> wrote:
Craig,

Can you please stop being an obstructionist and just answer the questions please?

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, treasurer██████ <treasurer██████> wrote:

**Exhibit A-6**                                    **APPENDIX 87**

Are they paying in installments? And why are are you trying to call it loan? Did you find more money that Nena Martin owed when you went with her on the October 31st?

When are you going to tell the membership about this? Don't you think we all have a right to know?

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, Craig Gunter <treasurer█████> wrote:

Melissa,

Per the EC resolution, they all met the deadline and agreed to pay the full amount. We are working on paperwork internally to finalize the payments.

Craig

Get Outlook for iOS

**From:** melchinery█████ <melchinery█████>
**Sent:** Friday, January 17, 2020 1:39:20 PM
**To:** Craig Gunter <treasurer█████>
**Cc:** Liz Geiss <vp█████>; Susannah Bender <sbender█████>; Lori Bassani <president█████>; Hussar.Michelle <Hussar.Michelle█████>; mrichard <mrichard█████>; Lisabeth Hillman <secretary█████>
**Subject:** Re: Re:

Craig,

Are you being advised by legal not to answer my questions regarding the money being paid back? I find It odd that you suddenly went silent after my email exchange with Mark Richard. He didn't respond to my questions either.

Why isn't the membership allowed to know if the money was paid back? Why is it being called a "loan" when it is misappropriated money? Why are they allowed to pay in installments? Also, per the LMDRA I
thought they can't have a loan to the APFA more than $2000. To my knowledge they owe over $4000 each,

Please respond to my questions.

Regards,

Melissa Chinery

Get the new AOL app: mail.mobile.aol.com

On Friday, January 17, 2020, treasurer█████ <treasurer█████> wrote:

Craig,

Still waiting for answers. Am I going to get them or are you just going to ignore the membership to protect the ones that have ripped us off?

**Exhibit A-6**                                        **APPENDIX 88**

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Thursday, January 16, 2020, treasurer █████ <treasurer █████> wrote:

Craig,

I'm still waiting for my answers. How long can these meetings be?

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Tuesday, January 14, 2020, treasurer █████ <treasurer █████> wrote:

The EC resolution stated that the money was to be paid back by the 6th or a lawsuit would be filed. From what I understand the money isn't paid back yet and there might be more money owed from an over payment to Nena Martin.

Please know you saying the three have "made arrangements" to pay it back is flimsy at best. That is not the same as paid in full. Next thing you will be calling this is a loan or letting them do a 2 year payment plan to make it easier for them to pay it off or something weird like that. Again, this is misappropriated money and it should be treated as such.

The reason I need those answers, we have Article 7 charges for the 3 former National Officers ready to submit for lack of payment and failure to comply with the EC resolution set forth last month. We want to submit them today so please get back to me by the end of the day with all of my answers.

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Tuesday, January 14, 2020, Craig Gunter <treasurer █████> wrote:

You just need to give me time. I will answer as soon as possible.

Get Outlook for iOS

**From:** melchinery █████ <melchinery █████>
**Sent:** Tuesday, January 14, 2020 2:23:33 PM
**To:** Craig Gunter <treasurer █████>
**Cc:** Liz Geiss <vp@ █████>; Lisabeth Hillman <secretary █████>; Susannah Bender <sbender █████>; Lori Bassani <president █████>; mrichard █████ <mrichard █████>; Hussar.Michelle █████

**Exhibit A-6**                                           **APPENDIX 89**

<Hussar.Michelle ██████ >
**Subject:** Re: Re:

It's not that hard to answer a couple of questions.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Tuesday, January 14, 2020, Craig Gunter <treasurer ██████ > wrote:

And Melissa I will get your answered as soon as possible. I have been in meetings all day yesterday and today.

Get Outlook for iOS

**From:** melchinery ██████ <melchinery ██████ >
**Sent:** Tuesday, January 14, 2020 2:18:12 PM
**To:** Craig Gunter <treasurer ██████ >
**Cc:** Liz Geiss <vp ██████ >; Lisabeth Hillman <secretary ██████ >;
Lori Bassani <president ██████ >; Hussar.Michelle
<Hussar.Michelle ██████ >; Susannah Bender <sbender ██████ >
mrichard@phillipsrichard.com <mrichard ██████ >
**Subject:** Re: Re:

Dear Craig,

Still waiting for my answers to all of my questions. Can you answer them please.

Melissa

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, January 13, 2020, treasurer ██████ <treasurer ██████ > wrote:

Craig,

Still have no response to my valid questions from you. "Making arrangements to pay" is not having the bill paid by January 6th. Per the EC resolution the money was supposed to be received and everything taken care of by the 6th or there would a lawsuit filed. If you are saying that arrangements have been made that means the three in question have not paid are not complying with the resolution put forward by the EC. This is chargeable.

I want answers to my questions. This is misappropriated money that was wrongfully taken, the three in question have known about this for months. Why hasn't it been repaid yet? We are not a bank that gives out interest free loans.

Melissa Chinery

**Exhibit A-6**
**APPENDIX 90**

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

On Friday, January 10,
2020, <u>treasurer</u>█████████ <<u>treasurer</u>██████████> wrote:

Arrangements to pay by when? Was the payment in full and what
about the extra money that Nena Martin owes? Is she paying it back
with the other money she owes? This is OUR money, we have a right
for valid questions to be answered. Very frustrating when you don't
answer simple questions.

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

On Friday, January 10, 2020, Craig
Gunter <<u>treasurer</u>█████████> wrote:

Melissa,

All three Former national officers have made arrangements to pay the
full amount owed.
Craig Gunter

Get <u>Outlook for iOS</u>

**From:** <u>melchinery@aol.com</u> <<u>melchinery@aol.com</u>>
**Sent:** Friday, January 10, 2020 4:08:03 PM
**To:** Craig Gunter <<u>treasurer</u>██████████>
**Cc:** Liz Geiss <<u>vp</u>████████>; Lori Bassani <<u>president</u>████████>;
Lisabeth Hillman <<u>secretary</u>█████████>
**Subject:** Re:

Craig,

Why is it so impossible for you to answer my questions? It's extremely
frustrating that you ignore valid questions.

Please get back to me with answers.

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

On Friday, January 10,
2020, <u>treasurer</u>█████████ <<u>treasurer</u>██████████> wrote:

Second request

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

On Thursday, January 9,
2020, <u>treasurer</u>█████████ <<u>treasurer</u>█████████> wrote:

**Exhibit A-6**

**APPENDIX 91**

Dear Craig,

I would like to know two things, first have the former National Officers repaid the misappropriated funds they paid out to themselves before they left office? Per the EC resolution this money was supposed to be paid back by January 6th. Did they pay it back by that date?

Secondly, I became aware last week that when the three former National Officers reviewed the calculations with you and the auditor at the October meeting there was an accounting error discovered. This error caused an overpayment to Nena Martin during her transition. Is she repaying this amount also?

Thank you in advance for your help.

Regards,

Melissa Chinery

Sent from AOL Mobile Mail
Get the new AOL app: **mail.mobile.aol.com**

**Exhibit A-6**

**APPENDIX 92**