**Headway**

```
Headway
114 Fifth Ave 2nd Floor
New York, NY 10011

NPI: 1235600834
EIN: 832675429
```

# INVOICE

| Client | Provider | Issue Date |
|---|---|---|
| Eugenio Vargas | Brandon VanSchaick | 2023-09-20 |

| Date of Service | CPT | CPT Modifiers | CPT Description | DX | Amount | Payment Status |
|---|---|---|---|---|---|---|
| 2023-09-18 | 90832 | GT | 90832: Psychotherapy, 30 minutes (16-37 minutes) | F41.1 | 10.58 | PatientPaymentStatus.NOT_CHARGED |

**APPENDIX 354**

Case 4:22-cv-00343-Y    Document 239-8    Filed 04/26/24    Page 2 of 41    PageID 7033

($23.01)    Health Savings    **Card**    Jul 28, 2023
                Account       HEADWAY
                Posted

| | |
|---|---|
| Date Of Service | Jul 28, 2023 |
| Description | HEADWAY |
| Claimant | Eugenio Vargas |
| Account | Health Savings Account |
| Plan Start Date | Jan 1, 2019 |
| Plan End Date | Dec 31, 2099 |
| Merchant Name | HEADWAY |
| Total | $23.01 |
| Total Approved | ($23.01) |
| Ineligible Amount | $0.00 |
| Ineligible Reason | |

RECEIPTS                                      🖨 PRINT

No receipts to display.                       ⚠ DISPUTE CHARGE

### Payment Details

| | |
|---|---|
| Total | $23.01 |
| Posted | $23.01 |
| Ineligible | $0.00 |
| Remaining Balance Due | $0.00 |
| Approved | $23.01 |

**APPENDIX 355**

Case 4:22-cv-00343-Y    Document 239-8    Filed 04/26/24    Page 3 of 41    PageID 7034

($76.58)     Health Savings     **Card**     Jun 27, 2023
           Account        HEADWAY
           Posted

| | |
|---|---|
| Date Of Service | Jun 27, 2023 |
| Description | HEADWAY |
| Claimant | Eugenio Vargas |
| Account | Health Savings Account |
| Plan Start Date | Jan 1, 2019 |
| Plan End Date | Dec 31, 2099 |
| Merchant Name | HEADWAY |
| Total | $76.58 |
| Total Approved | ($76.58) |
| Ineligible Amount | $0.00 |
| Ineligible Reason | |

**Payment Details**

| | |
|---|---|
| Total | $76.58 |
| Posted | $76.58 |
| Ineligible | $0.00 |
| Remaining Balance Due | $0.00 |
| Approved | $76.58 |

RECEIPTS

No receipts to display.

🖨 PRINT

⚠ DISPUTE CHARGE

**APPENDIX 356**

Case 4:22-cv-00343-Y    Document 239-8    Filed 04/26/24    Page 4 of 41    PageID 7035

($92.04)   Health Savings    **Card**    May 5, 2023
Account    SQ *ALLIANCE CHILD &
Posted    F

| | | RECEIPTS | 🖨 PRINT |
|---|---|---|---|
| Date Of Service | May 5, 2023 | | |
| Description | SQ *ALLIANCE CHILD & F | No receipts to display. | |
| Claimant | Eugenio Vargas | | |
| Account | Health Savings Account | | |
| Plan Start Date | Jan 1, 2019 | | |
| Plan End Date | Dec 31, 2099 | | |
| Merchant Name | SQ *ALLIANCE CHILD & F | | |
| Total | $92.04 | | |
| Total Approved | ($92.04) | | |
| Ineligible Amount | $0.00 | | |
| Ineligible Reason | | | |

**Payment Details**

| | |
|---|---|
| Total | $92.04 |
| Posted | $92.04 |
| Ineligible | $0.00 |
| Remaining Balance Due | $0.00 |
| Approved | $92.04 |

**APPENDIX 357**

## ($92.04)

Health Savings
Account
Posted

**Card**
SQ *ALLIANCE CHILD &
F

May 16, 2023

| | |
|---|---|
| Date Of Service | May 16, 2023 |
| Description | SQ *ALLIANCE CHILD & F |
| Claimant | Eugenio Vargas |
| Account | Health Savings Account |
| Plan Start Date | Jan 1, 2019 |
| Plan End Date | Dec 31, 2099 |
| Merchant Name | SQ *ALLIANCE CHILD & F |
| Total | $92.04 |
| Total Approved | ($92.04) |
| Ineligible Amount | $0.00 |
| Ineligible Reason | |

RECEIPTS                    🖶 PRINT

No receipts to display.

### Payment Details

| | |
|---|---|
| Total | $92.04 |
| Posted | $92.04 |
| Ineligible | $0.00 |
| Remaining Balance Due | $0.00 |
| Approved | $92.04 |

**APPENDIX 358**

**($12.35)**

Health Savings
Account
Posted

**Card**
SQ *ALLIANCE CHILD &
F

May 31, 2023

| | |
|---|---|
| Date Of Service | May 31, 2023 |
| Description | SQ *ALLIANCE CHILD & F |
| Claimant | Eugenio Vargas |
| Account | Health Savings Account |
| Plan Start Date | Jan 1, 2019 |
| Plan End Date | Dec 31, 2099 |
| Merchant Name | SQ *ALLIANCE CHILD & F |
| Total | $12.35 |
| Total Approved | ($12.35) |
| Ineligible Amount | $0.00 |
| Ineligible Reason | |

RECEIPTS

No receipts to display.

🖨 PRINT

### Payment Details

| | |
|---|---|
| Total | $12.35 |
| Posted | $12.35 |
| Ineligible | $0.00 |
| Remaining Balance Due | $0.00 |
| Approved | $12.35 |

**APPENDIX 359**



# INVOICE

Invoice #  4030
Date:  4/18/2023
Due on:  4/19/2023
Paid:  $94.22

## Alliance Child & Family Solutions

6051 Davis Blvd #821277
N. Richland Hills, TX 76180
Phone: (817) 851-2042
Fax: (817) 405-3364
billing@acfstexas.com
http://www.acfstexas.com/

**Amount due:**

**$0.00**

**Bill To:**
Eugenio Vargas
medellin3@hotmail.com
1616 Brookhaven Cir, Bedford TX 76022

| Item | Date | Amount |
|------|------|--------|
| TELE - Initial Visit | /17/2023 | $94.22 |
| | Subtotal | $94.22 |
| | **Total** | **$94.22** |

Thank you for choosing Alliance Child & Family Solutions! We appreciate your prompt payment resolution.

**APPENDIX 360**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

**WESTIN**®

HOTELS & RESORTS

RANDY TRAUTMAN
1130 W LAKE ST
HOLLYWOOD, FL, 330194827
United States Of America
AS2264 - ASSOCIATION OF PROFESSIONAL FL

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 50098694 |
| Folio ID | : | A |
| Arrive Date | : | 14-SEP-21   12:20 |
| Depart Date | : | 16-SEP-21   15:45 |
| No. Of Guest | : | 1 |
| Room Number | : | 728 |
| Club Account | : | SPG - R6385 |

Westin Irving DALIW  AUG-21-2023  14:18  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| | | ** Total | 0.00 | 0.00 |
| | | *** Balance | 0.00 | |

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 361**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

# WESTIN®
## HOTELS & RESORTS

RANDY TRAUTMAN
1130 W LAKE ST
HOLLYWOOD, FL, 330194827
United States Of America
AS2264 - ASSOCIATION OF PROFESSIONAL FL

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 50098694 |
| Folio ID | : | B |
| Arrive Date | : | 14-SEP-21    12:20 |
| Depart Date | : | 16-SEP-21    15:45 |
| No. Of Guest | : | 1 |
| Room Number | : | 728 |
| Club Account | : | SPG – R6385 |

Westin Irving DALIW  AUG-21-2023  14:18  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 14-SEP-21 | RT728 | Room Chrg - Grp - Association | 89.00 | |
| 14-SEP-21 | RT728 | State Tax | 5.34 | |
| 14-SEP-21 | RT728 | City/Local Tax | 8.01 | |
| 15-SEP-21 | MC | MasterCard-6642 | | -204.70 |
| 15-SEP-21 | RT728 | Room Chrg - Grp - Association | 89.00 | |
| 15-SEP-21 | RT728 | State Tax | 5.34 | |
| 15-SEP-21 | RT728 | City/Local Tax | 8.01 | |
| | | ** Total | 204.70 | -204.70 |
| | | *** Balance | 0.00 | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 09-14-2021 | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | 0.00 |
| 09-15-2021 | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | -204.70 |
| | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- |

Continued on the next page

**APPENDIX 362**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

# WESTIN®

## HOTELS & RESORTS

| | | | |
|---|---|---|---|
| RANDY TRAUTMAN | Page Number | : | 2 |
| 1130 W LAKE ST | Guest Number | : | 50098694 |
| HOLLYWOOD, FL, 330194827 | Folio ID | : | B |
| United States Of America | Arrive Date | : | 14-SEP-21 | 12:20 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : | 16-SEP-21 | 15:45 |
| | No. Of Guest | : | 1 |
| | Room Number | : | 728 |
| | Club Account | : | SPG - R6385 |

| Total | 204.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 204.70 | -204.7 |
|---|---|---|---|---|---|---|---|---|

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 363**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

# WESTIN®

## HOTELS & RESORTS

LENDO RANSDALE
PLEASE COMPLETE
DENMARK, SC, 29042
United States Of America
AS2264 - ASSOCIATION OF PROFESSIONAL FL

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 50098695 |
| Folio ID | : | A |
| Arrive Date | : | 14-SEP-21   07:45 |
| Depart Date | : | 15-SEP-21   14:37 |
| No. Of Guest | : | 1 |
| Room Number | : | 428 |
| Club Account | : | SPG – S9818 |

Westin Irving DALIW  AUG-21-2023  14:20  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| | | ** Total | 0.00 | 0.00 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 364**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

**WESTIN®**

**HOTELS & RESORTS**

| | | | |
|---|---|---|---|
| LENDO RANSDALE | Page Number | : | 1 |
| PLEASE COMPLETE | Guest Number | : | 50098695 |
| DENMARK, SC, 29042 | Folio ID | : | B |
| United States Of America | Arrive Date | : | 14-SEP-21 | 07:45 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : | 15-SEP-21 | 14:37 |
| | No. Of Guest | : | 1 |
| | Room Number | : | 428 |
| | Club Account | : | SPG - S9818 |

Westin Irving DALIW  AUG-21-2023  14:20  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 14-SEP-21 | RT428 | Room Chrg - Grp - Association | 89.00 | |
| 14-SEP-21 | RT428 | State Tax | 5.34 | |
| 14-SEP-21 | RT428 | City/Local Tax | 8.01 | |
| 15-SEP-21 | MC | MasterCard-6642 | | -204.70 |
| 16-SEP-21 | MC | MasterCard-6642 | 102.35 | |

Approve EMV Receipt for MC - 6642: Signature Captured
TC:6959A351A16CD743
IAD:0110607003220000F19700000000000000FF  TVR:0000008000
AID:A0000000041010  Application Label:MASTERCARD

| | Charges (USD) | Credits (USD) |
|---|---|---|
| ** Total | 204.70 | -204.70 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

**APPENDIX 365**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

# WESTIN®
## HOTELS & RESORTS

| | | | |
|---|---|---|---|
| LENDO RANSDALE | Page Number | : | 2 |
| PLEASE COMPLETE | Guest Number | : | 50098695 |
| DENMARK, SC, 29042 | Folio ID | : | B |
| United States Of America | Arrive Date | : | 14-SEP-21 | 07:45 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : | 15-SEP-21 | 14:37 |
| | No. Of Guest | : | 1 |
| | Room Number | : | 428 |
| | Club Account | : | SPG - S9818 |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 09-14-2021 | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | 0.00 |
| 09-15-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -204.70 |
| 09-16-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 |
| | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- |
| Total | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | -102.35 |

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 366**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

# WESTIN®
## HOTELS & RESORTS

MARCUS GLUTH
1004 W Euless Boulevard
Euless, TX, 76040
United States Of America
AS2264 - ASSOCIATION OF PROFESSIONAL FL

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 50098692 |
| Folio ID | : | A |
| Arrive Date | : | 14-SEP-21 |
| Depart Date | : | 16-SEP-21 |
| No. Of Guest | : | 1 |
| Room Number | : | |
| Club Account | : | |

Westin Irving DALIW  AUG-21-2023  14:14  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 15-SEP-21 | KH | Guaranteed No Show | 89.00 | |
| 15-SEP-21 | KH | State Tax | 5.34 | |
| 15-SEP-21 | KH | City/Local Tax | 8.01 | |
| 15-SEP-21 | MC | MasterCard-6642 | | -102.35 |
| | | ** Total | 102.35 | -102.35 |
| | | *** Balance | 0.00 | |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 09-15-2021 | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | -102.35 |
| | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- | ----------- |
| Total | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | -102.35 |

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 367**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

**WESTIN®**

**HOTELS & RESORTS**

| | | | |
|---|---|---|---|
| MAUREEN WALSH-MARTIN | Page Number | : | 1 |
| 1903 CALLENDER HILL RD | Guest Number | : | 50098696 |
| MANSFIELD, TX, 760636099 | Folio ID | : | A |
| United States Of America | Arrive Date | : | 15-SEP-21 | 18:14 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : | 16-SEP-21 | 13:42 |
| | No. Of Guest | : | 1 |
| | Room Number | : | 838 |
| | Club Account | : | SPG - G7325 |

Westin Irving DALIW  AUG-21-2023  14:24  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 15-SEP-21 | KH | Guaranteed No Show | 89.00 | |
| 15-SEP-21 | KH | State Tax | 5.34 | |
| 15-SEP-21 | KH | City/Local Tax | 8.01 | |
| 15-SEP-21 | MC | MasterCard-6642 | | -102.35 |
| 15-SEP-21 | RT838 | Room Chrg - Grp - Association | 89.00 | |
| 15-SEP-21 | RT838 | State Tax | 5.34 | |
| 15-SEP-21 | RT838 | City/Local Tax | 8.01 | |
| 16-SEP-21 | VI | Visa-7988 | | -102.35 |
| 17-SEP-21 | gns | ADJ Guaranteed No Show | | -89.00 |
| 17-SEP-21 | gns | ADJ State Tax | | -5.34 |
| 17-SEP-21 | gns | ADJ City/Local Tax | | -8.01 |
| 17-SEP-21 | MC | MasterCard-6642 | 102.35 | |

Approve EMV Receipt for VI - 7988: Signature Captured
TC:4BC4142D7A5F7765  IAD:06021203602002  TVR:0000008000
AID:A0000000031010  Application Label:CHASE VISA

| | | |
|---|---|---|
| ** Total | 307.05 | -307.05 |
| *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

Continued on the next page

**APPENDIX 368**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900



| | | |
|---|---|---|
| MAUREEN WALSH-MARTIN | Page Number | : 2 |
| 1903 CALLENDER HILL RD | Guest Number | : 50098696 |
| MANSFIELD, TX, 760636099 | Folio ID | : A |
| United States Of America | Arrive Date | : 15-SEP-21   18:14 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : 16-SEP-21   13:42 |
| | No. Of Guest | : 1 |
| | Room Number | : 838 |
| | Club Account | : SPG - G7325 |

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 09-15-2021 | 204.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 204.70 | -102.35 |
| 09-16-2021 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -102.35 |
| 09-17-2021 | -102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -102.35 | 102.35 |
| | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ | ------------ |
| Total | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | -102.35 |

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 369**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

**WESTIN**®

HOTELS & RESORTS

| | | | |
|---|---|---|---|
| MR CRAIG GUNTER | Page Number | : | 1 |
| 1 DERBY LN UNIT D | Guest Number | : | 50098693 |
| SALISBURY, MA, 019522638 | Folio ID | : | B |
| United States Of America | Arrive Date | : | 14-SEP-21   14:37 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : | 16-SEP-21   13:54 |
| | No. Of Guest | : | 1 |
| | Room Number | : | 607 |
| | Club Account | : | SPG – G1262 |

Westin Irving DALIW  AUG-21-2023  13:41  YDENG784

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 14-SEP-21 | RT607 | Room Chrg - Grp - Association | 89.00 | |
| 14-SEP-21 | RT607 | State Tax | 5.34 | |
| 14-SEP-21 | RT607 | City/Local Tax | 8.01 | |
| 15-SEP-21 | MC | MasterCard-6642 | | -204.70 |
| 15-SEP-21 | RT607 | Room Chrg - Grp - Association | 89.00 | |
| 15-SEP-21 | RT607 | State Tax | 5.34 | |
| 15-SEP-21 | RT607 | City/Local Tax | 8.01 | |
| | | ** Total | 204.70 | -204.70 |
| | | *** Balance | 0.00 | |

I agreed to pay all room & incidental charges.

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 09-14-2021 | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | 0.00 |

Continued on the next page

**APPENDIX 370**

Westin Irving Convention Center
400 West Las Colinas Blvd
Irving, TX  75039

Tel: 972-505-2900

# WESTIN®
## HOTELS & RESORTS

| MR CRAIG GUNTER | Page Number | : | 2 |
|---|---|---|---|
| 1 DERBY LN UNIT D | Guest Number | : | 50098693 |
| SALISBURY, MA, 019522638 | Folio ID | : | B |
| United States Of America | Arrive Date | : | 14-SEP-21   14:37 |
| AS2264 - ASSOCIATION OF PROFESSIONAL FL | Depart Date | : | 16-SEP-21   13:54 |
| | No. Of Guest | : | 1 |
| | Room Number | : | 607 |
| | Club Account | : | SPG - G1262 |

| Date | Room & Tax | Food & Bev | Telecom | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|---|
| 09-15-2021 | 102.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.35 | -204.70 |
| Total | 204.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 204.70 | -204.70 |

Bring the Westin experience home. Shop WestinStore.com.

**APPENDIX 371**

AAdvantage® Aviator® Red Mastercard® Statement

EUGENIO VARGAS                          | Account Ending 6642     | **Statement Period 08/17/21-09/16/21**     Page 1 of 6



NOTICE: SEE REVERSE SIDE OR END OF STATEMENT FOR IMPORTANT INFORMATION

| Payment Coupon | Ways to pay: | AviatorMastercard.com | Barclays Mobile App | 866-928-3075 | **11**:59 PM ET | **PAYMENT DUE BY** PHONE & ONLINE |

Statement Balance as of 09/16/21:  (account ending 6642)     **$0.00**
Minimum Payment Due:                                          $0.00
Payment Due Date:                                            10/13/21

Amount Enclosed:   $  ___,___ ___,___ ___ ___ . ___ ___
*Make check payable to Barclays. Allow 7-10 days for USPS delivery.*

```
------ manifest line ---------
EUGENIO VARGAS
```

Barclays
P.O. Box 60517
City of Industry, CA 91716-0517

☐ Check for address, email and phone changes. Complete form on the back.

xxxxxxxxxxx **APPENDIX 372**

AAdvantage® Aviator® Red Mastercard® Statement

EUGENIO VARGAS | Account Ending 6642 | **Statement Period 08/17/21-09/16/21** Page 2 of 6

**Important Change to your Reduced Mileage Award benefit, effective October 1, 2021**
The Reduced Mileage Award benefit associated with your AAdvantage® Aviator® Mastercard® will be discontinued on October 1, 2021. As an AAdvantage® member, you can save miles on award travel by booking a Web Special award. Just like Reduced Mileage Awards, Web Special awards offer great savings - starting at 6,000 miles, one-way. Plus, Web Special awards are available on more flights and can be booked up to 330 days in advance. You can find Web Special awards when searching for award travel on AA.com and on the American mobile app. Simply select "Redeem Miles" when starting your search.

## Transactions

| Transaction Date | Posting Date | Description | Miles | Amount |
|---|---|---|---|---|
| **Payments** | | | | |

AAdvantage® Aviator® Red Mastercard® Statement

EUGENIO VARGAS                    | Account Ending 6642    | **Statement Period 08/17/21-09/16/21**    Page 3 of 6

| | | | | | | |
|---|---|---|---|---|---|---|
| Sep 12 | Sep 14 | OFFICE DEPOT #2134 | EULESS | TX | 245 | $244.63 |
| Sep 12 | Sep 14 | OFFICE DEPOT #85 | IRVING | TX | 551 | $551.30 |
| Sep 13 | Sep 14 | DOMINO'S 6930 | 214-376-6060 | TX | 35 | $35.00 |
| Sep 13 | Sep 14 | OFFICE DEPOT #2134 | EULESS | TX | 2 | $1.52 |
| Sep 13 | Sep 14 | OFFICE DEPOT #2134 | EULESS | TX | 146 | $145.54 |
| **Total purchase activity for this period** | | | | | | |

*To see activity after this statement period, visit AviatorMastercard.com*

## Fees and Interest

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| **Fees Charged** | | | |
| | | No fees charged for this period | $0.00 |
| **Total fees for this period** | | | **$0.00** |
| **Interest Charged** | | | |
| | | No interest charged for this period | $0.00 |
| **Total interest for this period** | | | **$0.00** |

### 2021 Year-to-Date Totals

| | |
|---|---|
| **Total fees charged in 2021** | |
| **Total interest charged in 2021** | |

*This Year-to-date summary reflects the Fees and Interest charged on billing statements with closin and does not reflect any subsequent fee and/or interest adjustments.*

**APPENDIX 374**

EUGENIO VARGAS                              | Account Ending 6642        | **Statement Period 08/17/21-09/16/21**       Page 4 of 6

Important Information



Information About Credit Bureau Reporting: We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Annual Fee. If your account has an annual fee, it will be billed each year. We will give you advance notice on your billing statement prior to the assessment of the annual fee. You may choose to call us at 866-928-3075 within 45 days of receiving such notice to discuss alternative products that may be available or to close your account so that the fee will not be billed. If your account is closed, any outstanding reward points or miles on your account may be forfeited at that time. Payment of the annual fee does not affect our ability to close your account and/or to limit your transactions.

Lost or Stolen Card: Your credit card is issued by Barclays Bank Delaware. If your card is lost or stolen, please contact us immediately at 866-928-3075 at any time.

Payment Information: Each billing cycle, you must pay at least the Minimum Payment Due shown on your monthly statement by its Payment Due Date. Both the Minimum Payment Due and Payment Due Date are noted on your statement and on your home page when you login to AviatorMastercard.com. At any time you may pay more than the Minimum Payment Due up to the full amount you owe us, however you cannot "pay ahead". This means that if you pay more than the required Minimum Payment Due in any billing cycle or if you make more than one payment in a billing cycle, you will still need to pay the next month's required Minimum Payment Due by your next Payment Due Date. Remember to make all checks payable to Barclays. Please allow 7 to 10 days for the U.S. Postal Service to deliver your payment to us. Upon our receipt, your available credit may not be increased by the payment amount for up to 7 days to ensure the funds from the bank on which your payment is drawn are collected and not returned. When you provide a check as payment on this Account, you authorize us to either use the information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. For inquiries, please call 866-928-3075.

Mailed Payments: A conforming payment received by us by 5:00 p.m. PT will be credited to your account the day of receipt. A "conforming payment" is a payment that: 1) is mailed with the payment coupon included with this statement or printed from AviatorMastercard.com to Barclays, P.O. Box 60517, City of Industry, CA 91716-0517; and 2) is in the form of a single, non-folded check or money order made payable in U.S. dollars from a U.S. based institution. Any payment that does not meet these requirements, or any payment with multiple checks or money orders, additional correspondence, staples, paperclips, etc. will be considered a "non-conforming payment", which may delay the crediting of the payment for up to 5 days.

Other Payment Options:
Web: Visit AviatorMastercard.com to set up your payments.

Mobile: To download the Barclays Mobile App, text MOBILE to 53818.
Phone: Call us at 866-928-3075 and we will process your payment.

All payments made via web, mobile app or pay by phone by 11:59 p.m. ET will be credited to your account that same day.

Overnight Payments: Send overnight courier service or U.S.P.S. Priority Mail payments to REMITCO, Card Services, Lock Box 60517, 2525 Corporate Park, Suite 250, Monterey Park, CA, 91754. A payment received at this address by 5 p.m. PT that otherwise meets the requirements of a conforming payment will be credited to your account that same day.

How We Will Calculate Interest. We use a method called "daily balance" (including new purchases). We calculate interest separately for each "Balance Subject to Interest Rate." These include for example, Purchases at the current rate, Balance Transfers at the current rate, Cash Advances at the current rate, and different promotional balances. Your monthly billing statement shows each "Balance Subject to Interest Rate."

To calculate interest, we first calculate a daily balance for each Balance Subject to Interest Rate. We start with the balance, for that Balance Subject to Interest Rate, as of the end of the previous day. We add any interest calculated on the previous day's balance. (This means interest is compounded daily). We add any new Purchases, Balance Transfers or Cash Advances to the appropriate balance, subtract any new payments or credits from the appropriate balance, and make other adjustments. A credit balance is treated as a balance of zero. We then multiply each daily balance by the applicable daily periodic rate. We do this for each day in the billing period. That gives us the daily interest. We add up all the daily interest for all of the daily balances to get the total interest for the billing period.

Accrual of Interest and How to Avoid Paying Interest on Purchases. Your due date is at least 23 days after the close of each billing cycle. On Purchases, interest begins to accrue as of the transaction date. However, you can avoid paying interest on Purchases in any given billing cycle if you pay your Statement Balance in full by the Payment Due Date.

If you have Purchase balances with a 0% promotional APR, you can avoid paying interest on those Purchase balances during the promotional period. (However, to avoid a late fee, pay at least your Minimum Payment Due.)
If you have a promotional APR offer(s) on your Account, you can avoid paying interest on non-promotional Purchases without paying your Statement Balance in full. If this applies to your Account, you will see a Paragraph titled "Avoiding Interest on Purchases (Grace Period) (Excluding Easy Pay Promotional Balances)" appearing directly below the Interest Charge Calculation section on the front of this Statement. This will show the amount you can pay by the Payment Due Date and still avoid interest charges on your non-promotional Purchase balance. This amount may differ from your Statement Balance. It may differ if you have certain promotional APR balances, and the nonpayment of these balances will not affect your grace period on Purchases, provided you pay all other balances on your account. (However, to avoid a late fee, pay at least your Minimum Payment Due.)
For Balance Transfers, interest will accrue from the transaction date which generally will be

01684305/6

*Continued on page 6*

---

Make Changes to your contact information below

Name

Address

City                           State                                Zip

Home Phone                     Work Phone

Email Address

**APPENDIX 376**

# ✛ BARCLAYS

the day the payee accepts the Check. For Cash Advances, interest will accrue from the transaction date which generally will be the day you take the Cash Advance. Please note that purchases of Cash Equivalents, which include money orders, travelers checks, foreign currency, lottery tickets, gambling chips and wire transfers, are treated as Cash Advances and do not have a grace period. See your Cardmember Agreement for more information.

Minimum Interest Charge: This fee, if imposed, appears in the Summary of Fees as a "Minimum Interest Charge" or "Minimum Charge."

No Pre-Set Spending Limit: "No Pre-Set Spending Limit" does not mean unlimited spending, it means we may permit you from time to time at our discretion to make certain charges that will cause your outstanding balance to exceed your revolving credit line. Any such charge will be considered on an individual basis and such evaluation will be based on your account spending and payment history as well as your experience with other creditors. If you exceed your revolving credit line, then you must pay, with your Minimum Payment Due, the amount by which your balance exceeds your revolving credit line, including amounts due to Purchases, Cash Advances, Interest charges, Fees, or other charges.

Credit Bureau Disputes: If you believe that an entry we have made on your credit bureau report is inaccurate or incomplete, please contact the reporting agency directly or contact us at Card Services, P.O. Box 8803 Wilmington, DE 19899-8801. Please include your name; your account number; the credit reporting agency where you received the bureau report; a description of the error; and why you believe it is an error. We will promptly investigate, notify you of our findings, and send an update to the credit bureaus if warranted within 30 days.

What To Do If You Think You Find A Mistake On Your Statement
If you think there is an error on your statement, write to us at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors **in writing**. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

Your Rights If You Are Dissatisfied With Your Credit Card Purchases
If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right to not pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1.   The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50.
     (Note: Neither of these  necessary if your purchase was based on an advertisement

we mailed to you, or if we own the company that sold you the goods or services.)
2.   You must have used your credit card for the purchase. Purchases made with cash advances from  an ATM or with a check that accesses your credit card account do not qualify.
3.   You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us **in writing** at:

Card Services
P.O. Box 8802
Wilmington, DE 19899-8802.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Please refer to your Cardmember Agreement for additional information about the terms of your Account.

*2021 Barclays Bank Delaware, member FDIC

# Activity Sheet

```
PP004      DFW 446854 CREWMEMBER PRE/POST ACTIVITY REPORT   MONTH STARTING 31AUG21 AND ENDING 30SEP21  PROCESS DATE   10/09/21
VARGAS EV        10237 446854 DFW  2252-                   VARGAS EV        10237 446854 DFW  2252-                        DOM
                                ASG 0        WAV                                        ASG 0              WAV
H 4019527126          B 8175106610                         H 4019527126          B 8175106610
RSVCOT               DO 15          PNC  0.00               RSVCOT               DO 09W          PNC  0.00
PROJ 102.57GTD 0.00  PPROJ 102.57        LANG 0.00         PROJ 103.23GTD 103.23PPROJ 103.23        LANG 57.34
PMAX 115.00 TTS MMAX 115.00 MTHLY FLEX   0.00             PMAX 115.00 TTS MMAX 166.30 MTHLY FLEX   0.00
 GUAR ORIG   0.00 ADJ   0.00 PENDING N                     GUAR ORIG   0.00 ADJ   0.00 PENDING N
D EXP 0.00   W2 0.00   I EXP 0.00 W2 0.00                  D EXP 111.32 W2 0.00   I EXP 117.40 W2 0.00
MISC EXP 0.00 W2 0.00 TTL 0.00                             MISC EXP 0.00 W2 0.00 TTL 229.12
PREM Y          LANG SP -   0.00                           PREM Y          LANG SP -   57.34
PREM 0.00  U/S 0.00  H/G 0.00                              PREM 0.00  U/S 0.00  H/G 0.00
AVBL SK 0.00                   SK USED MTD 0.00            AVBL SK 4.30                   SK USED MTD 4.30
TTL SK USED 1174.30 SK M/U 0.00  SK M/U MTD 0.00           TTL SK USED 1179.00 SK M/U 0.00  SK M/U MTD 0.00
SK RESTORAL 0.00                                           SK RESTORAL 0.00
LAST   394/25   396/28                                     LAST
```

| DD | ST | RMV | ADD | SEQ | FLT | FLT | SKED | STTL | ACT | GRTR | GTTL | DD | ST | RMV | ADD | SEQ | FLT | FLT | SKED | STTL | ACT | GRTR | GTTL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 61 | | | | | | | | | | | 31 | 61 | | | | RED FLAG | | | | | 8.08 | 0.00 |
| 01 | 61 | | | | | | | | | | | 31 | 61 | | OT | 8172 | FA3 | -1923 | 3.33 | | 3.21 | 3.33 | |
| 02 | 61 | | | | | | | | | | | 01 | 61 | | OT | | -1290 | -853 | 3.55 | 16.03 | 3.51 | 3.55 16.16 48.20 | |
| 03 | 61 | | | 3178 | FA3 | -1225 | | | | | | 02 | 61 | | OT | | -2748 | | | AB 16.03 | PT | 0.00 | |
| | | | | | -1971 | -1076 | 7.43 | | | | | | | | | | | | | | | | |
| 04 | 61 | | | | RON | | | | | | | | | | | 8172 EXP TAFB | 48.20 RNO 3 SEA 2 | | | | | |
| 05 | 61 | | | | -2583 | -2871 | | | | | | | | | | | DBL UP WITH 05/31675/02 | | | | | |
| | | | | | -2871 | | 8.30 | 16.13 | | | | 02 | 61 | | | | RED FLAG | | | | | 5.00 | 0.00 |
| | | | | | | | AB | 16.13 | PT | 0.00 | | 02 | 61 | | OT | 31675 | FA5 | -2423 | 3.42 | | 3.26 | 3.42 | |
| | | | | 3178 EXP TAFB | 56.33 BNA 6 | | | | | | | 03 | 61 | | OT | | -2234 | | 6.18 | 10.00 | 3.28 | 6.18 10.00 22.38 | |
| MIDSEQ 24 - SEE LEG DETAIL | | | | | | | | | | | | | | | | | | | AB | 10.00 | PT | 0.00 | |
| 06 | 61 | | | | | | | | | | | | | | | 31675 EXP TAFB | 22.38 JFK 2 | | | | | |
| 07 | 61 | | | | | | | | | | | | | | | DBL UP WITH 03/08172/31 | | | | | | |
| 08 | 61 | | | | | | | | | | | 03 | 61 | OT | | 3178 | FA3 | X1225 | | | | | |
| 09 | 61 | | | | | | | | | | | | | | | X1971 | X1076 | | | | | |
| 10 | 61 | | | | | | | | | | | 04 | 61 | OT | | | RON | | | | | | |
| 11 | 61 | | | | | | | | | | | 05 | 61 | OT | | | X2583 | X2871 | | | | | |
| 12 | 61 | | | | | | | | | | | | | | | X2871 | | 0.00 | 0.00 | | | 0.00 |
| 13 | 61 | PA | | | | | 5.00 | 5.00 | | | | | | | | | | | AB | 0.00 | PT | 0.00 | |
| 14 | 61 | PA | | | | | 5.00 | 5.00 | TTOTTRAD - SEE LEG DETAIL | | | | | | | | | | | | | |
| 15 | 61 | PA | | | | | 5.00 | 5.00 | | | | 03 | 61 | OT | OT | 24493 | FA4 | X2622 | | | | | |
| 16 | 61 | | | | | | | | | | | | | | | X2622 | X546 | | | | | |
| 17 | 61 | | | 3292 | FA4 | -1276 | | | | | | 04 | 61 | OT | OT | | RON | | | | | | |
| | | | | | -2495 | -2495 | | | | | | 05 | 61 | OT | OT | | X674 | | 0.00 | 0.00 | | | 0.00 |
| | | | | | L-1511 | | 7.26 | | | | | | | | | | | | AB | 0.00 | PT | 0.00 | |
| 18 | 61 | | | | L-1707 | -1219 | 5.27 | 12.53 | | | | TTOTTRAD - SEE LEG DETAIL | | | | | | | | | | | |
| | | | | | | | AB | 12.53 | PT | 0.00 | | 04 | 61 | | OE | 417 | FA7 | L-945 | 9.35 | | 9.26 | 9.35 | |

**APPENDIX 378**

```
          3292 EXP TAFB 40.34 SDQ  5         05 61    OE      RON
 19 61    19484  FA1  L-1753                 06 61    OE      L-940      10.00 19.35 10.04 10.04 19.39 59.45
          L-560          7.30  7.30                                       AB 19.35  PT  0.00
                           AB  7.30  PT  0.00            417 EXP TAFB  59.45 SCL  6
 20 61     396   FA1  L-945  9.30            MIDSEQ 24 - SEE LEG DETAIL
 21 61           RON                         07 61    IPDOVRDE                       19.39  0.00
 22 61           L-940       10.00 19.30     08 61
                           AB 19.30  PT  0.00 09 61
          396 EXP TAFB  57.55 SCL  6         10 61
MIDSEQ 24 - SEE LEG DETAIL                   11 61
 23 61                                       12 61
 24 61                                       13 61 PA                              5.00  5.00
 25 61     394   FA4  L-945  9.31            14 61 PA                              5.00  5.00
 26 61           RON                         15 61 PA                              5.00  5.00
 27 61           L-940       10.00 19.31     16 61
                           AB 19.31  PT  0.00 17 61    3292   FA4   -1276
          394 EXP TAFB  59.10 SCL  6                         -2495  -2495
MIDSEQ 24 - SEE LEG DETAIL                                   -2803       6.50        7.10  7.14
 28$61     396   FA7  L-945  9.30            18 61           -2495  -1219  5.02 11.52 3.57  5.02 12.53 40.34
 29 61           RON                                                      AB 12.53  PT  0.37
 30 61           L-940        2.50 12.20              3292 EXP TAFB  40.34 MCO  4
MIDSEQ 24 - SEE LEG DETAIL                   18 61    INTOVRDE                       4.35  0.00
END OF ACTIVITY                              19 61 SK     1144    2135
                                             19 61 SK     PAID SK                    0.50  0.50
                                             19 61 SK     19484  FA1   X1753
                                                         X560          7.30  7.30         3.40  0.00
                                                                      AB  3.40  PT  0.00
                                                     ACT UNPAID  3.50
                                             PARTSK  - SEE LEG DETAIL
                                             20 61 US    396    FA1   X945   9.30
                                             21 61 US           RON
                                             22 61 US           X940   10.00 19.30         0.00  0.00
                                                                      AB  0.00  PT  0.00
                                                     ACT UNPAID 19.30
                                             MIDSEQ 24 - SEE LEG DETAIL
                                             UNPD SK  - SEE LEG DETAIL
                                             23 61 US  TT  396   FA4   X945   9.30
                                             24 61 US  TT         RON
                                             25 61 US  TT         X940   10.00 19.30       0.00  0.00
                                                                      AB  0.00  PT  0.00
                                                     ACT UNPAID 19.30
                                             MIDSEQ 24 - SEE LEG DETAIL
                                             UNPD SK  - SEE LEG DETAIL
                                             25 61 OT    394    FA4   X945
                                             26 61 OT           RON
                                             27 61 OT           X940    0.00  0.00         0.00
                                                                      AB  0.00  PT  0.00
                                                     TTOTTRAD - SEE LEG DETAIL
                                             26 61    TT  396   FA7  L-945   9.30   9.20  9.30
                                             27 61    TT         RON
                                             28 61    TT         L-940   10.00 19.30  9.59 10.00 19.30 57.55
```

2021-09-01 - Activity Sheet

```
                    396 EXP TAFB  57.55 SCL  6
MIDSEQ 24 - SEE LEG DETAIL
 26 61 US                    0540
 28 61 OT        396    FA7  X945
 29 61 OT              RON
 30 61 OT              X940           0.00  0.00           0.00
                                      AB   0.00   PT   0.00

TTOTTRAD - SEE LEG DETAIL
 29 61              IPDOVRDE                       19.30  0.00
 30 61              PP 1.00                        10.00  0.00
 30 61              RED FLAG                        6.55  0.00
 30$61      OT  30156 FA9  L-909  5.35  5.35  5.35  5.35  5.35  0.00
MIDSEQ 24 - SEE LEG DETAIL
END OF ACTIVITY
END OF COMMENTS
```

**APPENDIX 380**



**UNITED STATES POSTAL SERVICE.**

```
              BEDFORD
         1300 HARWOOD RD
       BEDFORD, TX 76021-4516
           (800)275-8777
08/19/2021                    04:49 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|

```
First-Class Mail®     1              $0.55
Letter
   Mooresville, NC 28117
   Weight: 0 lb 0.50 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                   $3.60
      Tracking #:
         70210350000023104437
   Return Receipt                    $2.85
      Tracking #:
         9590 9402 6668 1060 8152 36
Total                               $7.00

First-Class Mail®     1              $0.55
Letter
   Dallas, TX 75220
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                   $3.60
      Tracking #:
         70210350000023104420
   Return Receipt                    $2.85
      Tracking #:
         9590 9402 6668 1060 8173 77
Total                               $7.00

First-Class Mail®     1              $0.55
Letter
   Weatherford, TX 76088
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                   $3.60
      Tracking #:
         70210350000023104413
   Return Receipt                    $2.85
      Tracking #:
         9590 9402 6668 1060 8173 84
Total                               $7.00

First-Class Mail®     1              $0.55
Letter
   Fort Lauderdale, FL 33334
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                   $3.60
      Tracking #:
         70210350000023104406
   Return Receipt                    $2.85
      Tracking #:
         9590 9402 6668 1060 8173 91
Total                               $7.00
```

**APPENDIX 381**

```
First-Class Mail®      1              $0.55
Letter
    Dallas, TX 75208
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104390
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8172 54
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Fort Worth, TX 76108
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104383
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 60
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Dallas, TX 75208
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104376
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 53
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Euless, TX 76040
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104369
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 46
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Newburyport, MA 01950
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104352
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 39
Total                                  $7.00
```

**APPENDIX 382**

```
First-Class Mail®      1              $0.55
    Salisbury, MA 01952
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104345
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 22
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    The Colony, TX 75056
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104338
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 15
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Southlake, TX 76092
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104321
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8173 08
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Coral Springs, FL 33071
    Weight: 0 lb 0.40 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104314
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8172 92
Total                                  $7.00

First-Class Mail®      1              $0.55
Letter
    Hollywood, FL 33019
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
       Mon 08/23/2021
    Certified Mail®                    $3.60
       Tracking #:
          70210350000023104307
    Return Receipt                     $2.85
       Tracking #:
          9590 9402 6668 1060 8172 85
Total                                  $7.00
```

**APPENDIX 383**

```
Letter
   Kailua Kamauli  967 0
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Tue 08/24/2021              $3.60
   Certified Mail®
      Tracking #:
         70210350000023104291
   Return Receipt                 $2.85
      Tracking #:
         9590 9402 6668 1060 8172 78
Total                             $7.00

First-Class Mail®     1           $0.55
Letter
   Euless, TX 76039
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                $3.60
      Tracking #:
         70210350000023104284
   Return Receipt                 $2.85
      Tracking #:
         9590 9402 6668 1060 8172 61
Total                             $7.00

First-Class Mail®     1           $0.55
Letter
   Hurst, TX 76054
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                $3.60
      Tracking #:
         70210350000023104277
   Return Receipt                 $2.85
      Tracking #:
         9590 9402 6668 1060 8172 47
Total                             $7.00

First-Class Mail®     1           $0.55
Letter
   Euless, TX 76040
   Weight: 0 lb 0.60 oz
   Estimated Delivery Date
      Mon 08/23/2021
   Certified Mail®                $3.60
      Tracking #:
         70210350000023104260
   Return Receipt                 $2.85
      Tracking #:
         9590 9402 6668 1060 8172 30
Total                             $7.00

Grand Total:                    $126.00

Credit Card Remitted            $126.00
   Card Name: MasterCard
   Account #: XXXXXXXXXXXX6642
   Approval #: 07998Z
   Transaction #: 497
   AID: A0000000041010          Chip
   AL: MASTERCARD
   PIN: Not Required     MASTERCARD
```

**APPENDIX 384**



-----Original Message-----
From: National Treasurer <treasurer@apfa.org>
To: melchinery <melchinery@aol.com>
Cc: Sandra Lee <sel27995@gmail.com>
Sent: Tue, Aug 10, 2021 11:52 pm
Subject: Re:

Hi Melissa & Sandra,

You should have everything requested, however, I understand you are still going through everything. If you encounter any missing or additional items needed, please send them over to me. The following documents are missing:

1. The box containing all A/P invoices, reports, and documents for FYE 2017, beginning with letter S through V. This would contain all backup and support documents/receipts for Eugenio Vargas' monthly reports during this time frame.
2. Receipts for Eugenio Vargas' purchase of Greg Gunter's APFA owned furniture.
3. All petty cash logs, records, and receipts for FYE 2017

We continue to search every day for these records. There are individuals who have seen these documents in the recent past, however, they have inexplicably disappeared from my custody.

I will keep you posted on any information that I receive should there be any updates.

Thank you again for your patience and understanding.

Erik

--



**Erik Harris** *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Office 817.540.0108x 8232 | Email treasurer@apfa.org
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

APFA

**From:** melchinery <melchinery@aol.com>
**Date:** Tuesday, August 10, 2021 at 1:23 PM
**To:** National Treasurer <treasurer@apfa.org>
**Cc:** Sandra Lee <sel27995@gmail.com>
**Subject:** <no subject>

Erik,

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS AND | § | |
| EUGENIO VARGAS | § | |
| Plaintiffs/Counterclaim Defendants | § | |
| | § | Case No. 4:22-CV-00343-Y |
| | § | |
| | § | |
| ASSOCIATION OF | § | |
| PROFESSIONAL FLIGHT | § | |
| ATTENDANTS, MCGAUGHEY, | § | |
| REBER AND ASSOCIATES, INC., | § | |
| JULIE HEDRICK, ERIK HARRIS, | § | |
| LARRY SALAS, JOSH BLACK | § | |
| Defendants/Counterclaim Plaintiffs. | | |

**AFFIDAVIT OF ROBERT "BOB" ROSS IN SUPPORT OF PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT**

BEFORE ME, the undersigned authority, on this day personally appeared Robert "Bob" Ross, who

being by me first duly sworn, did state:

1.  "I have been employed as a flight attendant working with American Airlines, Inc.

    since 1983. I am also a member of the Association of Professional Flight Attendants

    ("APFA").  I have personal knowledge of the facts contained herein, I am 21 years

    or older and of sound mind to make these statements.

2.  I have read the foregoing Plaintiff's Motion for Partial Summary Judgment and

    every factual contention for which I have personal knowledge is true and correct.

3.  In a conversation with the U.S. Department of Labor regarding my Transition

    Agreement, I was told that an investigation was conducted in 2021 regarding my

    Transition Agreement and financial conduct of the Ross Administration.  The

    results of the investigation found no actionable wrong-doing on the part of any

    National Officers serving for APFA from April 1, 2016 to July 31, 2018.

4.    I am a current member of APFA in good standing. I have never been charged with or convicted of a crime. On or about November 23, 2023 I logged into my www.APFA.org account and downloaded a copy of the 2015 AFA-CWA Attempts to Merge/Raid maintained on the APFA website.  Attached hereto and incorporated herein is a true and correct copy of 2015 AFA-CWA Attempts to Merge/Raid maintained on APFA's website that I downloaded.

5.    ELECTION FACTS: On April 1, 2016, I was elected as the APFA National President and took office.  I served with Nena Martin as APFA National Vice-President, Marcy Dunaway as APFA National Secretary, and Eugenio Vargas as APFA National Treasurer. I made public statements and speeches opposing a merger between the Association of Flight Attendants-CWA's ("AFA") and APFA.

6.    On April 2, 2016, I had a conversation on an American Airlines, Inc. Flight Attendant affiliated social media page with Melissa Chinery-Burns in which she stated that "I will work tirelessly to make sure you are out of office." This was the day after I took office.  I decided not to appoint her to a position in my administration and stated that I was opposed to a merger between AFA and APFA at this time.  Attached hereto and incorporated herein is a true and correct copy of the Facebook exchange between Melissa Chinery-Burns and myself.

7.    Since 2016, I have publicly opposed any actions to initiate a merger between AFA and APFA. Attached hereto and incorporated herein are true and correct copies of public statements I made in opposition of any merger, affiliation, or "raid" of AFA with APFA.

8.    After multiple attempts were made by AFA to effectuate a merger or a "raid" of

APFA during 2016, I assisted in drafting a letter to AFA's International President requesting that all attempts to merge or 'raid' our union cease immediately. I authorized my signature to be used on the letter dated July 4, 2017. A true and correct copy of a draft of the July 4, 2017 letter sent by the Ross Administration to the AFA during my term in office as National President is attached hereto and incorporated herein. I read this letter aloud at a labor coalition meeting in which AFA International President, Sara Nelson was in attendance. I read the letter and hand delivered a copy to Sara Nelson, AFA International President, on behalf of the entire Ross Administration. A true and correct copy of the original letter I read and hand-delivered is attached hereto and incorporated herein.

9. At the end of February 2018, I met with Mark Richards and agreed to resign under a negotiated Transition Agreement signed on or about March 1, 2018.

10. On August 3, 2020, I received an email from Julie Hedrick in which she informed me that APFA was disclosing my Confidential Transition Agreement to APFA members. I never consented to disclosure of my Transition Agreement by APFA nor did I disclose it to any other APFA members. A true and correct copy of the email I received is attached hereto and incorporated herein.

11. On November 10, 2020, I received a telephone call from Erik Harris wherein he informed me that the APFA Board of Directors found I owed $5,436.47 for an overpayment.

12. On November 24, 2020, Erik Harris contacted me and emailed me to inform me that the APFA Board of Directors found that I owed APFA for an overpayment made under my Transition Agreement in the amount of $5,436.47 based on an

accounting review that determined that the per diem calculation used was improper. A true and correct copy of the letter I received from Erik Harris is attached hereto and incorporated herein.

13.     On December 1, 2020, Article VII Disciplinary charges filed against me, were presented to the APFA Executive Committee who voted that the charges were valid, timely and specific.

14.     On June 16, November 17 and 18, 2021, *Chinery v. Ross* Arbitration Hearing was held in which I attended.  Throughout the hearing, I was unable to properly cross-examine Erik Harris, and other witnesses for the prosecution, and denied the full opportunity to call all of my witnesses. Attached hereto and incorporated herein is my witness list submitted prior to the Arbitration Hearing.

15.     During the Arbitration Hearing, I subpoenaed all four APFA National Officers to testify and only Erik Harris appeared to testify as to the documents that were submitted at the hearing.  I also objected multiple times on and off the record that the evidence was not reliable, and I could not verify whether it was true and accurate.  I told the Arbitrator that I objected to admitting all the union's documents, but I waived my objections when the Arbitrator told me that the documents would not be considered reliable evidence of the truth only evidence of compliance with a subpoena.

16.     I was denied the opportunity to testify, question witnesses, and submit evidence relating to the overpayment debt I allegedly owed to the union.  I was denied the opportunity to question Erik Harris about the calculation and payment of my sick and vacation days paid under my Transition Agreement.  I was denied the

opportunity to submit evidence of the number of accumulated and unpaid sick and vacation days for 2016, 2017, and 2018.   I was denied the opportunity to testify, question witnesses, or submit evidence relating to the debt transferred to the collection agency or the collection agency's collection efforts.

17.   I became aware that APFA/Diversified Credit Systems filed suit in Tarrant County in January of 2022 upon receiving several solicitation letters from attorneys and hired an attorney prior to being served.  I did not receive a copy of the Confidential Memo until I was served with the citation and petition filed in Tarrant County Justice Court on or about February 20, 2022.   A true and correct copy of the Envelope, Citation, Petition I received in the mail is attached hereto and incorporated herein.

18.   During my Arbitration, I testified on my own behalf.  I became emotional when I began testifying about the effect the disciplinary charges have had on my children and the actions Melissa Chinery-Burns has taken on me and my family since I took office in April of 2016. After the hearing, I received a copy of Melissa Chinery-Burns Facebook group post about my testimony. A true and correct copy of what I received is attached hereto and incorporated herein.

19.   To my personal knowledge, APFA has never banned an APFA member from holding office for life, until myself and Eugenio Vargas received Article VII Arbitration Awards.

20.   To my personal knowledge, APFA has never publicly announced an Article VII Award in a Presidential Hotline Email to the APFA membership, until myself and Eugenio Vargas received Article VII Arbitration Awards.

**AFFIDAVIT OF ROBERT "BOB" ROSS – Page 5**

**APPENDIX 390**

21.     I have publicly opposed the APFA, and any possible merger between AFA and
APFA.   The Article VII Arbitration Awards and release of hotlines to the
membership have intimidated me and stifled my dissent.  I feel as though I have
become an example for others to prevent dissent against a possible merger between
AFA and APFA.  I fear that I will suffer more retaliation by APFA and my
employer for my political position against a merger between AFA and APFA.

22.     I contacted Diversified Credit and discussed my credit account on April 14, 2021.
When I discussed my account with Diversified Credit, the representative informed
me that the address on file from APFA was 2405 Johnson Road, Southlake, Texas
76092.

23.     ARBITRATION DAMAGES: Attached hereto and incorporated herein are true
and correct copies of all receipts and expenses I incurred in association with the
Article VII Arbitration held by APFA.  The costs I incurred defending myself in
the Arbitration hearing were **$1,040.82.**

24.     Attached hereto and incorporated herein is a true and correct copy of the
Supplemental Arbitration Award increasing the fines against me to **$62,558.75**
based on an audit conducted by APFA.  I was not given notice of the manner in
which the audit was conducted, nor ever given a copy of the documents used to
create the audit.  I was never given the opportunity to attend or witness the audit.
No one ever contacted me or my representatives to inquire as to expenses or charges
and the circumstances surrounding those charges.

25.     TRANSITION AGREEMENT SICK PAY: I was to be paid all accrued and unused
sick and vacation pay for 2016-2018 under the Transition Agreement I negotiated

and signed.  I was not paid for six days of my accrued and unused sick pay from 2016 and six days of my accrued and unused sick pay from 2017. The total amount that remains due and owing under the Transition Agreement is **$4,663.32.**

26.   401K: Attached hereto, incorporated herein are true and correct copies of withdrawals I made from my 401k.  The money withdrawn was used to pay for my children's college education after I was notified that I was rejected for a home equity loan.  The total damage I suffered for the withdrawal is $29,521.62 and potential increase over a 10-year span of the average 10% per annum for growth on the market results in a total in damages of **$107,685.62**

27.   LOST USE OF FUNDS: Attached hereto and incorporated herein are true and correct copies of the mortgage closing documents from closing my mortgage loan on April 28, 2021.  The appraised value of my property at the time was $720,000. I applied for a mortgage loan with a cash-out of the full amount of equity from my home.  Upon discovering that APFA reported on my credit report for an outstanding collection account of $5,436.47, my mortgage loan officer informed me that I could secure a $515,200 refinance of my original Veteran's Administration Mortgage Loan, however I was denied for a 100% loan to value home equity loan offered to U.S. Veterans for the full value of the home at the time of $720,000.  I lost the opportunity to borrow $204,800 at a 2.375% annual interest rate, amortized over 30 years. I planned to use these funds for my daughter's college education expenses. A total of damages is **$204,800** for theses damages.

28.   LOST REIMBURSABLE EXPENSES: Attached hereto and incorporated herein are true and correct copies of my schedules showing that I attended the March 2022

APFA Annual Board of Directors Meeting.  When I was forced to resign, as required by the Arbitration Award, I did not receive payment or reimbursement for expenses incurred for attending this meeting.  I was entitled to reimbursement of costs for transportation, hotel costs, and hours of pay for each day, which resulted in a total loss of income of **$2,169.23.**

29.   REPUTATIONAL DAMAGE: Attached hereto and incorporated herein are true and correct copies of APFA's hotline announcement of my arbitration award.  In April of 2021, I met with Jim Oebker and Debbie Carvatta and discussed my consideration for hire in a position at American Airlines, Inc. as a manager/consultant.  Debbie Carvatta informed me that I would be a good fit for their team, however American Airlines, Inc. would not hire me because of the Chinery v. Ross Article VII Disciplinary charges against me.  The estimated reputational loss are approximately **$86,376.00** in potential income due to reputational harm.

30.   Since my Arbitration Award was issued and publicized to the APFA Membership by APFA, I have received multiple reports to American Airlines, Inc. Human Resources department relating to complaints against me for union-related conduct or comments made online. I have been to Human Resources on two occasions resulting from complaints about me in relation to the Article VII Arbitration Award, and allegations of theft.  Prior to 2021 and the Article VII Arbitration Award, I never received a complaint to American Airlines Human Resources Department.

31.   MENTAL   ANGUISH/EMOTIONAL   DAMAGE: Attached   hereto   and incorporated herein are true and correct copies of my medical records showing I

suffered from syncope episodes due to mental distress.  In June of 2022, I began having erratic cardiac events and shortness of breath, followed by dizziness, tingling of hands, and sometimes loss of consciousness.  In July of 2022, I went to the hospital for assessment. I was sent to a cardiologist who conducted a 48-hour heart monitor, stress test of my heart, an MRI brain scan, and several other tests. Attached are a true and correct copy of my medical records from the Veteran's Administration.   In August of 2022, I was referred for a psychological evaluation. While waiting for a psychological evaluation, I suffered several syncopal episodes. The most severe cardiac episode was experienced on September 22, 2023 and I was taken to the hospital. The emergency room doctor conducted several tests and diagnosed me with depression and anxiety. I was prescribed anti-depressants/anxiety and high blood pressure medication. I now see a therapist for psychoanalysis regularly.  The issues I typically address are my concerns relating to the matters in this case, abuse and harassment suffered by the union, the fear of losing my job as a result.   There is a notation on my VA medical records that I was admitted to a mental health facility and diagnosed with generalized anxiety in 2015 in Fort Worth, Texas which is inaccurate.  The correct year is 2019 when I lived in Fort Worth. I have requested that this be updated in my medical records, however the update is not yet reflected with the Veterans Administration. The issues I endure relating to my family pressures concern my resignation from office as APFA National President, the union disciplinary charges and fines, and the statements made about me in public related to this case. I have suffered a lot of stress and mental anguish due to the public statements made about me and the shame this has

**AFFIDAVIT OF ROBERT "BOB" ROSS – Page 9**