FILED
1/14/2022 11:48:23 AM
Justice of the Peace, Precinct 3
Tarrant County

NO. _____

JP03-22-DC00017757

| | | |
|---|---|---|
| DIVERSIFIED CREDIT SYSTEMS, ASSIGNEE FOR THE "ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS" Plaintiff, | § § § § § § | IN THE JUSTICE OF THE PEACE COURT |
| V. | § § | NO. 3 |
| ROBERT (BOB) ROSS Defendant. | § § | TARRANT COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Diversified Credit Systems, Assignee of a contract  (Agreement) from the Association of Professional Flight Attendants, hereinafter called Plaintiff, complaining of and about Robert (Bob) Ross, hereinafter called Defendant, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 3.

### PARTIES AND SERVICE

2.      Plaintiff, Diversified Credit Systems (a D/B/A of McGaughey, Reber and Associates, Inc.), Assignee for the "Association of Professional Flight Attendants", is a business entity operating in the State of Texas and whose address is P.O. Box 3424, Longview, TX 75606.

3.      Diversified Credit Systems, Assignee of the Association of Professional Flight

APPENDIX 436

Attendants has not been issued a driver's license. Diversified Credit Systems, Assignee of the Association of Professional Flight Attendants has not been issued a social security number.

4.     Defendant Robert (Bob) Ross, an Individual who is a nonresident of Texas, may be served with process at his home at the following address:  4701 Hayloft Court, El Dorado Hills, CA 95762. Service of said Defendant as described above can be effected by certified mail, return receipt requested.

## JURISDICTION AND VENUE

5.     The subject matter in controversy is within the jurisdictional limits of this court.

6.     Plaintiff seeks:

     a.     only monetary relief of $10,000.00 or less, excluding interest, and attorney fees and costs.

7.     This court has jurisdiction over Defendant Robert (Bob) Ross, because said Defendant at the time he purposefully availed himself of the privilege of conducting activities in the state of Texas was a Texas Resident and resided in Tarrant County, Texas,    Defendant executed the attached Transition Agreement (hereinafter referred to as the "contractual Agreement" or "Agreement") with the Board of Directors for the "Association of Professional Flight Attendants", who thereafter assigned the contractual Agreement to Plaintiff to collect certain sums due and owing pursuant to the Agreement.

8.     Plaintiff would also show that the cause of action arose from or relates to the contacts of Defendant Robert (Bob) Ross to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.

9.     Plaintiff would further show that the Agreement was to be performed in Tarrant Texas.

Page 2 of 5

**APPENDIX 437**

10.     Venue in Tarrant County is permissive in this cause under Section 15.002(a)(3) of the Texas Civil Practice and Remedies Code because this county was the principal residence of Robert (Bob) Ross, Defendant at the time he signed the Agreement. Defendant resided in Southlake, Tarrant County, Texas at the time he executed the Agreement, and therefore, Venue is property in Justice of the Peace, Precinct 3, Tarrant County, Texas.

## FACTUAL ALLEGATIONS

11.     On or about March 1, 2018, the Association of Professional Flight Attendants (hereafter referred to as "AFPA") entered into a written contract with Robert (Bob) Ross, providing that Defendant would receive certain funds listed in the contract. A copy of the contract is attached as Exhibit "A" and incorporated by reference and for all purposes.

12.     The Contract has been assigned to the Plaintiff, Diversified Credit Systems, for all purposes by Assignor AFPA, but primarily for the purpose of collection of the amounts owed Plaintiff.

## BREACH OF CONTRACT

13.     Plaintiff incorporates by reference the allegations set forth above as if the same were fully set forth herein.

14.     Plaintiff's Assignor, APFA has met all of its obligations under the Transition Agreement (Contract) and all sums due Defendant were fully paid and accepted by Defendant.

15.     All contractual obligations of the Association of Professional Flight Attendants have been fully performed.

16.     Defendant has failed to perform his contractual obligations, specifically, an accounting was performed by the Certified Public Accounting firm of Wood, Stephens & O'Neil. A copy of that firms audit showed that Defendant had been paid in excess of the sums due him

**APPENDIX 438**

under the Agreement in the sum of $5,436.47. The firms Audit report is attached as Exhibit "B" and attached for all purposes.

17.    The APFA made demand on Defendant's to reimburse Plaintiff for the overpayments. A copy of the accounting and Memorandum from the accountant is attached as Exhibit "B" and incorporated for all purposes herein. Defendant has been provided the accounting and the Accounting firms report, but Defendant has failed to reimburse APFA for the overpayments.

18.    Documentation and demand has been provided Defendant on multiple occasions, including from APFA, Assignee, Diversified Credit Systems and the undersigned Attorney.

## DAMAGES

19.    Plaintiff has sustained damages within the Court's jurisdictional limits of this Court, and as a result of the actions and/or omissions of Defendant described hereinabove, including, but not limited to:

Actual or economic damages for $5,436.47.

## OTHER RELIEF REQUESTED

## ATTORNEY'S FEES

20.    Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff herein, including all fees necessary in the event of an appeal of this cause to a County Court at Law, Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by Chapter 38 of the Texas Civil Practice and Remedies Code.

## ALTERNATIVE ALLEGATIONS

21.    Pursuant to Rules 47 and 48, Texas Rules of Civil Procedure and the rules of

**APPENDIX 439**

pleadings, allegations in this petition are made in the alternative.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Diversified Credit Systems, Assignee of the Association of Professional Flight Attendants, respectfully prays that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendant for damages requested hereinabove in an amount within the jurisdictional limits of the Court, together with prejudgment and postjudgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which the Plaintiff may be entitled at law or in equity, whether pled or unpled.

Respectfully submitted,

*/S/ Michael R. Rake*

**Michael R. Rake, Attorney at Law, PLLC**
**State Bar # 16487600**
*P.O. Box 1556, Lake Dallas, TX 75065*
*Tel. & Fax: 940-498-2103*
*E-mail: mrake1@mrakeattorney.com*

**Attorney for:**
Diversified Credit Systems, Assignee of the Association of Professional Flight Attendants

Page 5 of 5

**APPENDIX 440**

## TRANSITION AGREEMENT

This TRANSITION AGREEMENT (hereinafter referred to as the "Agreement") is entered into between President ROBERT ROSS (hereinafter referred to as "ROSS"), and the ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, through its Voting Board of Directors and on behalf of any and all of its officers, directors, employees, agents, members, and attorneys, in their official and individual capacities, together with their successors both jointly and severally (hereinafter collectively and individually referred to as "APFA").

WHEREAS, President ROSS and APFA, through its Voting Board of Directors, find it mutually beneficial and in the best interests of the membership to enter into this Transition Agreement; and

WHEREAS, President ROSS has previously announced his intention not to seek re-election for APFA President, and as such the parties have agreed on the terms of this Agreement.

NOW THEREFORE, in consideration of the mutual covenants contained in this Agreement, President ROSS and APFA (hereinafter collectively referred to as "the Parties"), intending to be legally bound, do hereby stipulate and agree as follows:

1. ROSS hereby voluntarily and irrevocably resigns from his position as the National President of APFA effective at the close of the 2018 APFA Convention, and agrees to announce his resignation by the close as well.

2. ROSS will have access through the close of business on March 9, 2018 to his APFA office, files, and computer to finalize his affairs. Starting upon the announcement of the resignation, all emails, telephonic calls, correspondence and affairs regarding or directed to the APFA National President shall be immediately routed to the successor APFA National President.

3. APFA agrees that ROSS will continue to receive from APFA his current full salary and benefits, including full insurance coverage, through July 31, 2018.

4. APFA agrees to pay ROSS all of his accrued and unused sick and accrued and unused vacation time, from April 1, 2016 through July 31, 2018.

5. APFA agrees to pay Ross, upon his request, a one-time lump sum in the total amount of ten thousand dollars ($10,000.00), which represents ROSS's moving expenses. ROSS shall present the moving expenses to APFA for



EXHIBIT

"A"

March 1, 2018:1.0

**APPENDIX 441**

payment through 2019.

6.    APFA and ROSS will each prepare a communication regarding ROSS's resignation.  APFA shall disseminate said communications simultaneously upon the announcement of the resignation. Each statement shall be mutually agreed upon by both Parties prior to its distribution. Further, the Parties will mutually agree on talking points that shall be used for responses to inquiries from APFA members, the press, and the general public for use, beginning with the announcement.

7.    The Parties agree that the existence, terms, and content of this Agreement are completely confidential. ROSS agrees not to disclose the existence, terms, or content of this Agreement to any third party, except to his spouse, accountant, financial advisors, or attorney. APFA agrees not to disclose the existence, terms, or content of this Agreement, except to the signatories to this Agreement, and to any APFA officers, employees, accountants or attorneys who have an explicit need to know of this Agreement in order to effectuate its terms. The Parties shall be responsible for ensuring in writing that the confidentiality provisions of this Agreement are fully explained and adhered to by anyone to whom permitted disclosures are made pursuant to this paragraph. The Parties agree that they will respond to all inquiries regarding Ross' transition with APFA in accordance with the communications and talking points prepared pursuant to numbered paragraph 6 of this Agreement.

8.    ROSS agrees not to make, orally or in writing, any statements disparaging APFA and/or the Board of Directors, whether or not such statements legally constitute libel or slander, and whether such statements are made to the media, to other individuals, or otherwise.  Likewise, APFA's Board of Directors, and its officers, employees and agents who are aware of this Agreement pursuant to the confidentiality provisions of numbered paragraph 7 of this Agreement, agree not to make, orally or in writing, any statements disparaging ROSS or his immediate family, whether or not such statements legally constitute libel or slander, and whether such statements are made to the media, to other individuals, or otherwise.

March 1, 2018:1.0

**APPENDIX 442**

9.   The current APFA National Vice-President will be included in all discussions with the APFA Board of Directors regarding the filling of the APFA National Vice-President position.

10.   The Parties and signatories to this Agreement have carefully read and understand this Agreement and acknowledge that no party has made any representations other than those contained herein.

11.   The Parties agree that this Agreement constitutes their final and complete understanding with respect to the subject matter hereof and supersedes all prior or contemporaneous negotiations, promises, agreements or representations concerning any matters directly, indirectly, or collaterally related to the subject matter of this Agreement. This Agreement may be executed in counterparts, each of which shall constitute an original, and all of which together shall constitute one and the same Agreement. Electronic and facsimile copies shall constitute originals for all purposes, including enforcement.

12.   The Parties agree that this Agreement cannot be amended or modified except by express written consent of the Parties hereto.

13.   The Parties agree to submit any and all disputes regarding the validity or enforcement of this Agreement to a mutually chosen arbitrator whose decision shall be binding on both Parties. The expenses of the arbitrator shall be borne by APFA.  Venue shall be by agreement of the parties.

14.   If any provision, or any part thereof, in this Agreement is found to be invalid, such determination shall not affect the validity of any other provision(s) or part(s) of this Agreement.

15.   The terms and conditions of this Agreement shall be binding upon the Parties' successors and assigns.

IN WITNESS WHEREOF, APFA and President ROSS have executed this agreement in _Charlotte, NC_ on the date(s) indicated below.

BY PRESIDENT ROBERT ROSS:

_____          _3/1/18_____
Robert Ross                                         Date

March 1, 2018:1.0

**APPENDIX 443**

**BY APFA (THROUGH ITS VOTING BOARD OF DIRECTORS):**

Amy Milenkovic- BOS                    Date   3-1-18

Wanda Sarnacki - CLT                   Date   3-1-2018

Robert Valenta- DCA-AA                 Date   3/1/18

John Pennel - DCA-US                   Date   3/1/18

Maureen Walsh Martin –DFW              Date   3/1/18

John Nikides – LAX                     Date   3/1/18

Raymond Lewis – LGA                    Date   3/1/18

Randy Trautman– MIA                    Date   3/1/2018

Susan Wroble – ORD                     Date   3/1/18

Kim Kaswinkel – PHL                    Date   3/1/18

Mischel Babi – PHX                     Date   3/1/18

Louise Sullivan – RDU                  Date   3/1/18

Jennifer Welpott – SFO                 Date   3/1/18

Matt Foust – STL                       Date   3/1/18

March 1, 2018:1.0

**APPENDIX 444**

# Wood, Stephens & O'Neil, L.L.P.
## Certified Public Accountants

6300 Ridglea Place, Suite 318
Fort Worth, TX 76116
Tele. 817-377-1700
Fax 817-377-1870

## CONFIDENTIAL MEMORANDUM

MEMO TO:       APFA Board of Directors and the Executive Committee

FROM:          Hal O'Neil, CPA, Pam Bush
SUBJECT:       Review of officer disbursements and the Bob Ross transition agreement
DATE:          October 22, 2020

The current APFA officers, in consultation with the APFA staff attorney and outside counsel, requested that our firm review specific former officer expense reimbursements and payroll disbursements, as well as the payments arising from the Bob Ross confidential transition agreement. This informal engagement is substantially less in scope than an audit engagement, the objective of which would be the expression of an opinion regarding these specific disbursements. Accordingly, we do not express an opinion or any form of assurance regarding these disbursements. Our task under this informal engagement, was as follows:

1. To review the backup for the former officers' salary disbursement amounts from 2016 - 2018 and to determine these base salaries were calculated correctly and in compliance with the guidelines and pay rates stipulated in the APFA policy manual. Please see the enclosed schedule A for each officer.

2. To prepare an overpayment schedule of the accrued and unused sick, and accrued and unused vacation time payments made to Bob Ross in 2018, similar to the overpayment schedules we prepared previously for the other three officers. Please see the enclosed schedules B and C for each officer. These overpayment schedules for the other officers were previously provided to the Board of Directors. Please note the Bob Ross confidential transition agreement states that he will be paid all of his accrued and unused sick, and accrued and unused vacation time. This agreement doesn't specify that the payments be made in accordance with the policy manual guidelines. Consequently, these payments appear appropriate and in compliance with the transition agreement. This agreement also specifies reimbursement payments to him of up to $10,000 in actual moving expenses. His moving expense reimbursement payments did not exceed this amount.

3. To assist the APFA accounting department staff in reviewing and organizing the various requested documents, as set forth in the flight attendants Chinery and Lee financial document request.

Please contact us should the Board of Directors or the Executive Committee have questions regarding our limited engagement.

Sincerely,

*Hal O'Neil, CPA*

EXHIBIT
"B"

| | | | C | | | | | |
|---|---|---|---|---|---|---|---|---|
| **National Officer:** | **Bob Ross** | | | **Overpayment Calculation** | | | | |
| | | | | | | | | |
| | | | Annual Salary | Daily amount (divide by 365) | Eligible Days to pay | Payment | | |
| Vacation Pay – 2017 | | | | | | | | |
| | Original amount | | $ 101,031.36 | 276.80 | 14 | $ 3,875.20 | OK (paid 3/31/17) | |
| | | | | | Overpayment | $ - | $ - | |
| Sick Pay – 2017 | | | | | | | | |
| | Original amount | | $ 101,031.36 | 276.80 | 12 | $ 3,321.60 | OK (paid 3/31/17) | |
| | | | | | Overpayment | $ - | $ - | |
| Vacation & Sick Pay – 2017 – (adjustment paid in 2018…all paid in error) | | | | | | Overpayment | $ 969.76 | $ 969.76 |
| Vacation Pay – 2017 (remaining unused days per agreement) | | | | | | | | |
| | Original amount – paid in error (a) | | $ 114,632.67 | 314.06 | 17 | $ 5,339.02 | (paid 3/29/2018) | |
| | Correct calculation amount | | $ 101,031.36 | 276.80 | 17 | $ 4,705.60 | | |
| | | | | | Overpayment | $ 633.42 | $ 633.42 | |
| Vacation Pay – 2018 (remaining unused days per agreement) | | | | | | | | |
| | Original amount – paid in error (a) | | $ 122,121.70 | 334.58 | 29 | $ 9,702.82 | (paid 3/28/2018) | |
| | Correct calculation amount | | $ 107,893.92 | 295.60 | 29 | $ 8,572.40 | | |
| | | | | | Overpayment | $ 1,130.42 | $ 1,130.42 | |
| Sick Pay – 2018 | | | | | | | | |
| | Original amount – paid in error (a) | | $ 122,121.69 | 334.58 | 12 | $ 4,014.96 | (paid 3/28/2018) | |
| | Correct calculation amount | | $ 107,893.92 | 295.60 | 12 | $ 3,547.20 | | |
| | | | | | Overpayment | $ 467.76 | $ 467.76 | |
| End of term payout – 2017 (January 1 – December 31, 2017) | | | | | | | | |
| | Original amount – paid in error (a) | | $ 118,046.02 | 334.58 | 35 | $ 11,710.30 | (paid 3/29/2018) | |
| | Correct calculation amount | | $ 107,893.92 | 295.60 | 35 | $ 10,346.00 | | |
| | | | | | Overpayment | $ 1,364.30 | $ 1,364.30 | |
| End of Term Payout – 2018 (January 1 – July 31, 2018) | | | | | | | | |
| | Original amount – paid in error (a) | | $ 118,046.02 | 334.58 | 20.44 | $ 6,838.82 | (paid 3/28/2018) | |
| | Correct calculation amount | | $ 107,893.92 | 295.60 | 20.44 | $ 6,042.06 | | |
| | | | | | Overpayment | $ 796.75 | $ 796.75 | |
| | | | | | | | | |
| | | | | | Overpayment subtotal | | $ 5,361.41 | ** |
| | | Add 2018 profit-sharing contribution paid (3/8/2019) on excess amount above ** | | | | | $ 75.06 | (based on 1.4%) |
| | | | | | | | | |
| | | **Total overpayment – due to APFA** | | | | | $ 5,436.47 | |

**\*\*FIRST ALIAS CIVIL CITATION\*\***
[SERVICE COPY-DO NOT SEPARATE PAPERS]
THE STATE OF TEXAS

O:   **ROBERT (BOB) ROSS**
     **4701 HAYLOFT COURT**
     **EL DORADO CA  95762**

DEFENDANT, GREETING:

YOU ARE HEREBY COMMANDED TO APPEAR BY FILING A WRITTEN ANSWER TO THE PLAINTIFF'S PETITION EFORE THE JUSTICE COURT, PRECINCT THREE AT 645 GRAPEVINE HWY., STE #220, HURST, TX 76054, SAID PLAINTIFF EING

Diversified Credit Systems                                          PLAINTIFF

AND SAID:

ROBERT (BOB) ROSS                                                  DEFENDANT

ILED JANUARY 14, 2022, FILE NO. JP03-22-DC00017757 SUED UPON: SEE PETITION ATTACHED, PLUS COURT COSTS.

PLAINTIFF RESERVES THE RIGHT TO PLEAD FURTHER ORALLY AT TIME OF TRIAL
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE TO DEFENDANT

YOU HAVE BEEN SUED.  YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. UT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY.  YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH HE COURT.  YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED THESE APERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, COUNTY HOLIDAY, OR ON A DAY THAT THE COURT CLOSES EFORE 5:00 P.M. YOUR ANSWER IS DUE ON THE NEXT BUSINESS DAY.  DO NOT IGNORE THESE PAPERS.  IF YOU DO OT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.  FOR FURTHER NFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND LSO AT THE COURT LISTED ON THIS CITATION."  UPON TIMELY REQUEST, NO LATER THAN 14 DAYS BEFORE THE AY SET FOR TRIAL, AND PAYMENT OF A $22.00 JURY FEE, THIS CASE WILL BE HEARD BY A JURY."

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE OFFICER EXECUTING THIS WRIT SHALL PROMPTLY SERVE THE SAME ACCORDING TO REQUIREMENTS OF AW, AND THE MANDATES HEREOF, AND MAKE DUE RETURN AS THE LAW DIRECTS.

GIVEN UNDER MY HAND THIS 28TH DAY OF JANUARY, 2022.

WILLIAM P. "BILL" BRANDT
JUSTICE OF THE PEACE, PRECINCT THREE
TARRANT COUNTY, TEXAS

By: /S/
                    CLERK OF THE JUSTICE COURT

SERVICE COPY

APPENDIX 447

SHERIFF'S OR CONSTABLE'S RETURN

CAME TO HAND ON THE _____ DAY OF _____ A.D. _____, AT _____

O'CLOCK, ___ M. AND EXECUTED ON THE _____ DAY OF _____, _____ , AT

_____ O'CLOCK, _____ M. BY DELIVERING TO _____

_____

_____

DEFENDANT, OR DEFENDANTS, IN PERSON A TRUE COPY OF THIS CITATION _____

_____

NOT SERVED AS TO THE FOLLOWING NAMED DEFENDANT FOR THE REASONS SET OPPOSITE NAME.

_____

_____

FEES-SERVING….. $ _____   _____

    COP.  …..$ _____   *SHERIFF / CONSTABLE,

                                       PRECINCT NO. _____

    TOTAL…..$ _____   _____ COUNTY, TEXAS

* STRIKE IF NOT APPLICABLE                    BY DEPUTY _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

__FIRST ALIAS CIVIL CITATION__

IN THE JUSTICE COURT                    **ISSUED JANUARY 28, 2022**

**WILLIAM P. "BILL" BRANDT**
**JUSTICE OF THE PEACE, PRECINCT THREE**
**645 GRAPEVINE HWY., STE. #220**
**HURST, TX 76054**
**PHONE: 817-581-3625  FAX: 817-850-2396**

CASE NO. JP03-22-DC00017757

PLAINTIFF(S):
    **DIVERSIFIED CREDIT SYSTEMS**    PO BOX 3424
                                        LONGVIEW, TX  75606
ATTORNEY(S) FOR PLAINTIFF(S):
    **MICHAEL R. RAKE**           P O BOX 1556                    940-498-2103
                               LAKE DALLAS TX  75065

VS.

DEFENDANT(S):
    **ROBERT (BOB) ROSS**          4701 HAYLOFT COURT
                                        EL DORADO, CA  95762
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFIED MAIL**               JP03-22-DC00017757

[SERVICE COPY-DO NOT SEPARATE PAPERS]

SERVICE COPY

**APPENDIX 448**

process free of harassment.





**Staples**
# Connect
6300 Denton Highway
Watauga, TX 76148
817-577-7460

Sale

Store: 1164
Date: 11/14/21                     Register: 2
Transaction: 3497              Time: 10:10 AM
                                            Cashier: 1961822

REWARDS NUMBER   5093041274

| Qty | Item | Price | Amount |
|---|---|---|---|
| | POSTIT FLAGS COMBO | | |
| 1 | 051141980577 | 10.00 | 10.00 |
| | USB-C 65W PD CHARG | | |
| 1 | 092636340090 | 59.99 | 59.99 |

Subtotal              69.99
TEXAS 8.25%           5.77

Total        75.76
                          USD$75.76

US DEBIT
Card No. : XXXXXXX XXXX4500 [C]
Chip Read
Auth No. : 002371
AID :

rved By PTN

**APPENDIX 450**

# Staples
# Connect

8000 Denton Hwy Suite 108
Watauga, TX 76148
(817) 577-7460
SALE                    1971449 10 002 62589
                        1164 06/13/21 02:03

QTY SKU                          PRICE

       REWARDS NUMBER 5093041274
1  PILOT G2 RETRCT GE
   07283R312563                   16.99
1  BINDER CLIP 8PK LA
   718103156745                    4.99
1  STAPLES 1.5IN POLY *
   718103061988                    1.74
1  STAPLES 1.5IN POLY *
   718103061988                    1.74
1  STPLS STAN BINDER
   718103324908                    4.99
1  STPLS STAN BINDER
   718103324908                    4.99
SUBTOTAL                          37.44
   Standard Tax 8.000%             3.00
TOTAL                           $40.44

US DEBIT                      USD$40.44
Card No.: XXXXXXXXXXX362 [C]
Chip Read
Auth No.: 001694
AID.: A0000000980840
      Verified By PIN

      TOTAL ITEMS  6

*Item is currently on promotion.  Some
coupons are only valid on regular priced
items.  Please see coupon terms and
conditions for details.


         TRU RED
   Business essentials designed
   thoughtfully to work beautifully.

     Shop Smarter. Get Rewarded.
   Staples Rewards members get up to 5%
            back in Rewards.
   Exclusions Apply. See an associate for
   full program details or to enroll.


   THANK YOU FOR SHOPPING AT STAPLES!

**APPENDIX 451**



# Staples
# Connect

8000 Denton Hwy Suite 106
Watauga, TX 76148
(817) 577-7480

SALE                    1371401 S 005 07186
                        1164 06/14/21 11:26

## QTY SKU                        PRICE

REWARDS NUMBER 5093041274
******* Customer Order 2224846098 *******
2  Documents
    1980563        38.945ea         77.89
*********************************************
SUBTOTAL                            77.89
    Standard Tax 8.00%               6.23
TOTAL                              $84.12

US DEBIT                    USD$84.12
Card No.: XXXXXXXX003062 [C]
Chip Read
Auth No.: 002066
AID.: A0000000980840
        Verified By PIN

        TOTAL ITEMS   2


            TRU RED
    Business essentials designed
    thoughtfully to work beautifully.

    Shop Smarter. Get Rewarded.
    Staples Rewards members get up to 5%
            back in Rewards.
    Exclusions Apply. See an associate for
    full program details or to enroll.


    THANK YOU FOR SHOPPING AT STAPLES!



**APPENDIX 452**



# Staples Connect

2435 Iron Point Road
FOLSOM, CA 95630
(916) 983-2861

SALE                    187925.6 002 34728
                        1370 06/00/21 12:33

QTY  SKU                        PRICE

        REWARDS NUMBER 509804274
1   READ INDEX BLIGHT
    072782113746
SUBTOTAL                        17.99
        Standard Tax 7.750%     17.99
TOTAL                            1.39

US DEBIT
Card No.: XXXXXXXXXX62 [*]        USD$19.38
Chip Read
Auth No.: 008246
AID : A0000000042 840

Verified By PIN

TOTAL ITEMS      1


        TRU RED
    Business essentials designed
    thoughtfully to work beautifully.

    Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
            back in Rewards.
Exclusions apply. See an associate for
    full pr...

**APPENDIX 453**

# ⌐ Staples
# Connect.

8000 Denton Hwy Suite 108
Watauga, TX 76148
(817) 577-7460

SALE                    1971970 2 002 62727
                        1164 06/14/21 11:31
QTY SKU                          PRICE

        REWARDS NUMBER 5093041274
1   STPLS HD BINDER 2I
    718100338400                  9.99
1   STPLS HD BINDER 2I
    718103338400                  9.99
SUBTOTAL                         19.98
    Standard Tax 8.00%            1.60
TOTAL                          $21.58

US DEBIT                     USD$21.58
Card No.: XXXXXXXXXXXX062 [C]
Chip Read
Auth No.: 001195
AID.: A0000000980840

## Verified By PIN

## TOTAL ITEMS   2

TRU RED
Business essentials designed
thoughtfully to work beautifully.

Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
back in Rewards.
Exclusions Apply. See an associate for
full program details or to enroll.

**APPENDIX 454**

THANK YOU FOR SHOPPING AT STAPLES!

# ☐ Staples
# Connect

8000 Denton Highway
Watauga, TX 76148
817-577-7460

Return

Store: 1164                    Register: 3
Date: 11/12/21                 Time: 2:35 PM
Transaction: 1711             Cashier: 1939452

Qty  Item           Price        Amount
1 ************** START RETURN **************
       RETURNED WITHOUT RECEIPT
    SBG ADJ 3HOLE PUNC
1    718103197267    (9.99)      (9.99)

*    ********** END RETURN **************

              Subtotal           (9.99)
              TEXAS 8.25%         (0.82)

              Total             (10.81)
Cash Card Issued          USD$-10.81
Account No. XXXXXXXXXXXXX5548 [0]
Auth No. : 001081
              Card Balance:  10.81

**APPENDIX 455**

Staples Connect,

# Staples
# Connect

8000 Denton Highway
Watauga, TX 76148
817-577-7460

Sale

Store: 1164                    Register: 2
Date: 11/12/21                 Time: 4:08 PM
Transaction: 3383              Cashier: 1971440

REWARDS NUMBER  5093041274

| Qty | Item | Price | Amount |
|-----|------|-------|--------|
| | SHARPIE FINE BLACK | | |
| 1 | 071641300614 | 1.99 | 1.99 |
| | LEGAL INDEX 1-25 W | | |
| 1 | 718103125000 | 7.49 | 7.49 |
| | LEGAL INDEX 1-25 W | | |
| 1 | 718103125000 | 7.49 | 7.49 |
| | LEGAL INDEX 26-50 | | |
| 1 | 718103126175 | 7.49 | 7.49 |
| | LEGAL INDEX 26-50 | | |
| 1 | 718103126175 | 7.49 | 7.49 |
| | LEGAL INDEX 26-50 | | |
| 1 | 718103126175 | 7.49 | 7.49 |
| | SPLS BINDER CLIP M | | |
| 1 | 718103151078 | 3.79 | 3.79 |
| | TR COLOR PRINT PPR * | | |
| 1 | 718103351850 | 7.99 | 5.99 |
| Instant Savings | | | (2.00) |

Subtotal           49.22
TEXAS 8.25%         4.06

Total           53.28
USD$53.28

US DEBIT
Card No. : XXXXX XXXXXX2590 [C]
Chip Read
Auth No. : 00073
AID : A0000000980840

**APPENDIX 456**

# Staples
# Connect

2435 Iron Point Road
FOLSOM, CA 95630
(916) 983-2861

SALE                    1938300 8 005 17947
                        1378 06/10/21 05:27

QTY SKU                          PRICE

       REWARDS NUMBER 5093041274
******* Customer Order 2224792985 *******
3   Documents
    1980563     39.523ea        118.57
1   Documents
    1980563                      64.63
**********************************************
SUBTOTAL                         183.20
    Standard Tax 7.7500%          14.20
TOTAL                           $197.40

US DEBIT                  USD$197.40
Card No.: XXXXXXXXXXX3062 [C]
Chip Read
Auth No.: 000782
AID.: A0000000980840
        Verified By: PIN

        TOTAL  ITEMS   4


             TRU RED
    Business essentials designed
    thoughtfully to work beautifully.

     Shop Smarter. Get Rewarded.
   Staples Rewards members get up to 5%
            back in Rewards.
   Exclusions Apply. See an associate for
    full program details or to enroll.


    THANK YOU FOR SHOPPING AT STAPLES!

**APPENDIX 457**



# Staples
# Connect

2435 Iron Point Road
FOLSOM, CA 95630
(916) 983-2861

SALE                    107/0625/2 002 32155
                        1378 05/25/21 02:06

**QTY  SKU                    PRICE**

Jenkins Number 530341274

1  SPLS STAR VIEW BN
   718103325295                9.29
1  PILOT DBL SIDED FF
   075878544601                16.78
1  STPLS 3TAB FF LTR
   718103341265                6.79
1  SHARPIE POCKET ACC
   071641271456                8.99
1  SHARPIE ACCENT POC
   071641303645                4.49
1  PILOT G2 1.0MM BOL
   072838318094                5.99
   Instant Savings <-0.25>
1  BINDER CLIP 25PK S
   718103155290                3.79
1  POSTIT NOTES/MARKE
   051141391366                4.49
1  SPLS BINDER CLIP M
   718103151351                4.79
1  #1 PAPERCLIP 100PK
   718103157056                2.49
1  CORRECTION TAPE M
   718103287975                4.49
1  SPLS BINDER CLIP J
   718103151070                3.49
1  LEXAR 32GB JT2 USB
   843367106069                9.99
SUBTOTAL                       85.86
   Standard Tax 7.7500%         6.65
TOTAL                         $92.51

US DEBIT                  USD$92.51
Card No.: XXXXXXXXXX3902 YC]
Chip Read
Auth No.: 000324
AID : A0000000980840

Visa                          EXT 11

**APPENDIX 458**