| | | |
|---|---|---|
| | Standard Copy - 2821512 | |
| | (1 @ $1.600) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 1.92 |
| | (1 @ $0.640) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 1.92 |
| | (1 @ $0.640) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 2.88 |
| | (1 @ $0.960) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 3.84 |
| | (1 @ $1.280) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 0.96 |
| | (1 @ $0.320) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 4.32 |
| | (1 @ $1.440) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |
| 3 | Standard Copy - 2821512 | 0.48 |
| | (1 @ $0.160) | |
| | - Economy 24 lb. 8.5 x 11" | |
| | - Black & White | |
| | - Hole Punch | |

SubTotal                    71.84
Taxes                       5.93
Total                       USD $77.77

Visa #:************2590 [ S ]
Swipe
Auth No.: 054943                     ...the charges card

The Cardholder agrees to pay the issuer...
is accordance with the agreement between the issuer and
Cardholder.

Compare and Save
With Staples-brand products
THANK YOU FOR SHOPPING AT STAPLES!

# Staples
# Connect

2435 Iron Point Road
FOLSOM, CA 95630
(916) 983-2861

SALE                    1927291 8 005 17636
                        1378 06/07/21 04:30

QTY SKU                          PRICE

REWARDS NUMBER 5093041274
1  PEP RALLY AST PTTR
   718103378901                   0.99
1  PEP RALLY AST PTTR
   718103378901                   0.99
1  PEP RALLY AST PTTR
   718103378901                   0.99
1  ECLO JRNL SPIRAL 6
   826635218739                   6.00
1  AY22 BS HIMARI FRO
   699931272282                  17.99
1  CLEARPOINT MIX AND
   071641073562                   3.46
******* Customer Order 2224726976 *******
1  Documents
   1960563
                                137.50
*********************************************
SUBTOTAL                        167.92
   Standard Tax 7.7500%           13.01
TOTAL                           $180.93

US DEBIT                   USD$180.93
Card No.: XXXXXXXXXX 2590 [C]
Chip Read
Auth No.: 000590
AID.: A0000000980840
      Verified By PIN

   TOTAL ITEMS   7

         TRU RED
Business essentials designed
thoughtfully to work beautifully.

  Shop Smarter. Get Rewarded.

**APPENDIX 460**

# Wells Fargo Everyday Checking

December 15, 2021 ∎ Page 1 of 4



ROBERT A ROSS

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**   (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |

**WELLS FARGO**

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



| 11/15 | Purchase authorized on 11/13 Safeway #2689 El Dorado Hill CA P381324054127485 Card 3062 | 15.57 | 5.69 |
| 11/22 | Purchase authorized on 11/17 Westin (Westin Hot 972-5052900 TX S381321824835785 Card 3062 | 102.35 | |
| 11/22 | Purchase authorized on 11/20 Safeway #2683 El Dorado Hill CA | 26.90 | -34.59 |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**WELLS FARGO**

---

***Monthly service fee summary (continued)***

RC/RC

 IMPORTANT ACCOUNT INFORMATION

**Can we reach you when it's really important?**

Don't miss suspicious-activity alerts and critical account information. Please make sure your contact information is current by:

- Signing on to wellsfargo.com or the Wells Fargo Mobile® app and navigating to the Update Contact Information page via My Profile
- Contacting the phone number at the top of your statement
- Visiting a branch

**APPENDIX 463**

Uber

November 18, 2021

## Thanks for tipping, Kit

We hope you enjoyed your ride this evening.

| Total | $14.63 |
|---|---|

| Trip fare | $9.63 |
|---|---|

| Subtotal | $9.63 |
|---|---|
| Tip | $5.00 |

**Amount Charged**

VISA  •••• 8329                                          $14.63

[Visit the trip page](#) for more information, including invoices (where available)

**You rode with Francelina**

UberX    5.30 miles | 7 min

■ **6:55 AM** | 8205 Esters Blvd, Irving, TX 75063, US

┃
■ **7:02 AM** | Las Colinas Blvd W & Promenade Pkwy, Irving, Texas 75039, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**APPENDIX 464**

**Uber**

June 16, 2021

# Thanks for tipping, Kit

We hope you enjoyed your ride this evening.

| Total | $14.84 |
|---|---|

| Trip Fare | $6.89 |
|---|---|

| Subtotal | $6.89 |
|---|---|
| Regulatory Cost Recovery Charge | $0.10 |
| Tolls, Surcharges, and Fees | $2.85 |
| Tip | $5.00 |

**Amount Charged**

VISA •••• 8329                                    $14.84

Visit the trip page for more information, including invoices (where available)

**You rode with Olayemi**

UberX    5.09 miles | 7 min

- 7:40 AM | 8205 Esters Blvd, Irving, TX 75063, US
- 7:47 AM | 400 W Las Colinas Blvd, Irving, TX 75039, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

**APPENDIX 465**

# Thanks for tipping, Kit

We hope you enjoyed your ride this evening.

| Total | $14.64 |
|---|---|

| Trip fare | $9.64 |
|---|---|

| Subtotal | $9.64 |
|---|---|
| Tip | $5.00 |

**Amount Charged**

VISA  •••• 8329                                                    $14.64

[Visit the trip page](#) for more information, including invoices (where available)

**You rode with Sazib**

UberX    5.29 miles | 8 min

■ 7:23 AM | 8205 Esters Blvd, Irving, TX 75063, US

▮ 7:31 AM | Las Colinas Blvd W & Promenade Pkwy, Irving, Texas 75039, US

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.

<u>**In the Matter of Arbitration Between**</u>

|  |  |  |
|---|---|---|
| | ) | |
| **Melissa Chinery** | ) | |
| **Sandra Lee** | ) | **RE: Article VII Charges** |
| | ) | **Violations of APFA Constitution** |
|     **APFA Charging Party Members** | ) | **and APFA Policy Manual** |
|       **(Plaintiff)** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **Robert Ross, Former APFA National** | ) | |
| **President** | ) | |
| | ) | |
|     **APFA Charged Party Member** | ) | |
|       **(Defendant)** | ) | |
| | ) | |

_____

## SUPPLEMENTAL DECISION AND REMEDY MODIFICATION

**Before:**                                  **Alternate Article VII Arbitrator Ruben R. Armendariz**


**Place and Dates of Hearing:**     **The Westin Irving Convention Center at Las Colinas, 400 West Las Colinas Boulevard, located in the City of Irving, Texas.**

**June 16, 2021, continued to November 17 and 18, 2021**

**Appearances:**

    **For Charging Party Members:**     **Melissa Chinery, Representative**
      **(Plaintiff's)**                            **Sandra Lee, Representative**


    **For Charged Party Member:**     **Kit Gomez Alba, Representative**
      **(Defendant)**                            **Gina Guidry, Representative**
                       **Robert Ross, Representative**

**APPENDIX 467**

RE: Supplemental Decision and Remedy Modification
   Article VII Charges

On the 19th day of March 2022, the undersigned arbitrator issued a Decision in the above matter. In the original Remedy, the undersigned arbitrator requested APFA to hire a forensic auditor to audit certain items of this case to identify all inappropriate charges listed in item 1., 1(a.), 1(b)., 1(c.), and 1(d.) concerning Defendant Ross.

In accordance with the original remedy, the APFA hired Cornwell Jackson, Certified Public Accountants to conduct the requested audits. On August 5, 2022, the Independent Accountant's Audit Report was completed and submitted to the APFA. This report was subsequently transmitted to this arbitrator to review and to issue a "Supplemental Decision and Remedy Modification."

The arbitrator has reviewed the Independent Accountant's Audit Report and finds Defendant Ross has violated certain identified items. Thus, the March 19, 2022 Original Remedy is hereby modified to reflect the Auditors' identified items. Accordingly, the arbitrator finds those monetary amounts found inappropriate are now subject for repayment to APFA. Additionally, the Auditors invoices for services rendered shall be included for repayment.

## REMEDY MODIFICATION

It is hereby Ordered that Defendant Ross shall repay the APFA the following amounts the auditors identified as inappropriate. The accountant's Audit Report is a thorough explanation of the auditor's findings and those amounts found inappropriate.[1]

| | |
|---|---|
| 1(a): Inappropriate costs claimed as moving expenses. | $.    775.05 |
| 1(b): Inappropriate credit card charges for meals and personal items. | 12, 274.00 |
| 1(c): Inappropriate costs related to rental cars. | 6, 454.38 |
| 1(d): Inappropriate costs related to mileage to Sacramento airport. | 725.76 |
| 1(d): Inappropriate costs related to airport parking. | 107.00 |
| | **$   20,336.19** |

**Auditors Invoices:**

| | |
|---|---|
| 05/31/2022 | $    150.00 |
| 06/30/2022 | 3,325.00 |
| 07/31/2022 | 11,000.00 |
| 08/05/2022 | 350.00 |
| **Total** | **$  14,825.00** |

2. Ross is hereby Ordered to immediately repay the APFA **$5,436.47** per the finding of the APFA Board of Directors. An independent accounting firm determined the formula used to determine the daily rate assessed for sick and vacation payout was incorrect.
3. Ross is hereby Ordered to repay the APFA **$8,106.13** for leasing an apartment at the Bear Creek Complex where he had no intention of occupying.
4. Ross is hereby fined and Ordered to repay the APFA for all of the Arbitrator's Fee of **$10, 217.96** for this arbitration.
5. Ross is hereby Ordered to repay **$3,637.00** to the APFA for all of the furniture he had purchased and delivered to his residence located in South Lake, Texas.

---

[1] Mr. Ross can request a copy of the auditor's report from the APFA if he has not already received a copy of it.

**APPENDIX 468**

RE: Supplemental Decision and Remedy Modification
Article VII Charges

6. Ross is prohibited from serving in any official position within the APFA organization that is set forth and included in the APFA Constitution and Policy Manual that is covered or identified. If Ross currently holds any official position presently, he is to resign said position. This is to bar Ross from any official position for life other than that of member.

7. The APFA if it hasn't done so, must create a separate body of trained forensic accountants to oversee the annual audit and to create procedures and recommendations to preclude fraud for the BOD's review and action to be included within the Policy Manual. National Officers or Officers who have the authority to extend APFA to credit or use of an APFA credit card must be held economically responsible. The language created must be very clear and unambiguous. Training over the LMRDA must be a requirement for all National Officers or any person who can extend APFA to credit and whom is given an APFA credit card. These individuals must sign a document declaring and attesting that they have read and understand their responsibilities in using an APFA credit card or extending credit to the APFA for rental cars, apartments, etc., and that negligence will not be tolerated and will be dealt with severe penalties.

8. The arbitrator shall retain jurisdiction over any issue involving this remedy for only 90 days from the date of this Supplemental Decision and Remedy Modification.

**Issued the 24th day of August, 2022, in San Antonio, Texas.**

Ruben R. Armendáriz, Arbitrator

**APPENDIX 469**



**American Airlines, Inc.**
**401(k) Plan**

ROBERT ROSS

**Retirement Savings Statement**

☎ Customer Service: (800) 354-3412
Fidelity Brokerage Services LLC
900 Salem Street, Smithfield, RI 02917

## Your Account Summary

Statement Period: 11/01/2020 to 12/31/2021

| | |
|---|---:|
| **Beginning Balance** | **$18,655.27** |
| Employee Contributions | $2,845.52 |
| Withdrawals | -$29,521.62 |
| Loan Repayments | $1,543.19 |
| Change in Market Value | $4,252.91 |
| **Ending Balance** | **$2,965.58** |
| **Additional Information** | |
| Vested Balance | $2,965.58 |

---

### Your Personal Rate of Return

| | |
|---|---:|
| This Period | 25.9% |

Your Personal Rate of Return is calculated with a time-weighted formula, widely used by financial analysts to calculate investment earnings. It reflects the results of your investment selections as well as any activity in the plan account(s) shown. There are other Personal Rate of Return formulas used that may yield different results. Remember that past performance is no guarantee of future results.

---

### Your Asset Allocation

Statement Period: 11/01/2020 to 12/31/2021



■ 59.00% Stock Investments: $1,749.69
■ 34.00% Bond Investments: $1,008.30
■ 7.00% Short Term Investments: $207.59

Your account is allocated among the asset classes specified above as of 12/31/2021. Percentages and totals may not be exact due to rounding.
The Additional Fund Information section lists the underlying allocation of your blended funds.

---

### Market Value of Your Account

Statement Period: 11/01/2020 to 12/31/2021

This section displays the value of your account for the period, in both shares and dollars.

#### TARGET DATE FUNDS

| Investment | Shares as of 10/31/2020 | Shares as of 12/31/2021 | Price as of 10/31/2020 | Price as of 12/31/2021 | Market Value as of 10/31/2020 | Market Value as of 12/31/2021 |
|---|---|---|---|---|---|---|
| **Blended Fund Investments*** | | | | | **$18,655.27** | **$2,965.58** |
| Target Date 2025 | 1,302.218 | 163.756 | $14.32 | $18.10 | $18,655.27 | $2,965.58 |
| **Account Totals** | | | | | **$18,655.27** | **$2,965.58** |

Remember that a dividend payment to fund shareholders reduces the share price of the fund, so a decrease in the share price for the statement period does not necessarily reflect lower fund performance.

*You have invested a portion of your account in Blended Funds. Blended Funds generally inv

**APPENDIX 470**



income from dividends and interest. Please refer to the Additional Fund Information section to see how your blended funds are allocated across the three asset classes.

Please refer to NetBenefits and other Plan information, such as your SPD, for a description of your right to direct investments under the Plan. For information on any plan restrictions or limitations on those rights visit NetBenefits and click on "Plan Information".

To help achieve long-term retirement security, you should give careful consideration to the benefits of a well-balanced and diversified investment portfolio. Spreading your assets among different types of investments can help you achieve a favorable rate of return, while minimizing your overall risk of losing money. This is because market or other economic conditions that cause one category of assets, or one particular security, to perform very well often cause another asset category, or another particular security, to perform poorly. If you invest more than 20% of your retirement savings in any one company or industry, your savings may not be properly diversified. Although diversification is not a guarantee against loss, it is an effective strategy to help you manage investment risk.

In deciding how to invest your retirement savings, you should take into account all of your assets, including any retirement savings outside of the Plan. No single approach is right for everyone because, among other factors, individuals have different financial goals, different time horizons for meeting their goals, and different tolerances for risk. It is also important to periodically review your investment portfolio, your investment objectives, and the investment options under the Plan to help ensure that your retirement savings will meet your retirement goals. Visit the Dept of Labor website www.dol.gov/agencies/ebsa/laws-and-regulations/laws/pension-protection-act/investing-and-diversification for information on individual investing and diversification.

Some of the administrative services performed for the Plan were underwritten from the total operating expenses of the Plan's investment options.

### Your Contribution Elections as of                      As of 07/11/2022

This section displays the funds in which your future contributions will be invested.

**Your Current Investment Elections as of 07/11/2022**

All Eligible Sources

| Investment Option | Current % |
|---|---|
| TARGET DATE FUNDS | |
| **Blended Fund Investments*** | |
| TARGET DATE 2025 | 100% |
| **Total** | **100%** |

### Your Contribution Summary          Statement Period: 11/01/2020 to 12/31/2021

| Contributions | Before Tax | AA Employer Match | Flight Attendant Co. Cont |
|---|---|---|---|
| Period to date | $2,845.52 | $2,371.29 | $2,845.52 |
| Vested Percent | 100% | 100% | 100% |
| Total Account Balance | $936.07 | $740.62 | $1,288.89 |
| Total Vested Balance | $936.07 | $740.62 | $1,288.89 |

### Your Account Activity          Statement Period: 11/01/2020 to 12/31/2021

Use this section as a summary of transactions that occurred in your account during the statement period.

**Detailed Transaction History**

| Activity | Target Date 2025 | Total |
|---|---|---|
| **Beginning Balance** | **$18,655.27** | **$18,655.27** |
| Employee Contributions | $2,845.52 | $2,845.52 |
| Employer Contributions | $5,216.81 | $5,216.81 |
| Withdrawals | -$29,521.62 | -$29,521.62 |
| Loan Repayments | $1,543.19 | $1,543.19 |
| Administrative Fees | -$26.50 | -$26.50 |
| Change in Market Value | $4,252.91 | $4,252.91 |
| **Ending Balance** | **$2,965.58** | **$2,965.58** |

### Your Account Information          As of 07/08/2022

**View Contribution Amount**

**General Information**
Participant Status          Active

### Your Loan Activity          Statement Period: 11/01/2020 to 12/31/2021

**APPENDIX 471**



APPENDIX 472

# CALIFORNIA ACKNOWLEDGMENT
## OF RECEIPT OF LOAN ESTIMATE

Loan Number: ███████████

Date: APRIL 28, 2021

Borrower(s): Robert A Ross, Kimberly K Ross

Property Address: 4701 Hayloft Ct
El Dorado Hills, California 95762

The undersigned ("you" or "your") hereby acknowledge receipt of a "Loan Estimate." This Loan E
constitute a loan commitment. You may check the license status of the broker and/or loan offic
Department of Real Estate's license information telephone number at (877) 373-4542 or by visiting C
at https://www.dre.ca.gov.

Compensation to your real estate broker and/or loan originator will be paid by someone other tha
amount of such compensation is either        2.250   % of the amount or $  11,592.00                    .
Department of Real Estate # ███████
By signing below, I/we acknowledge that I/we have read and received a copy of this document.


_____          _____
Borrower Robert A Ross                    Date       Borrower Kimberly K Ross

CALIFORNIA ACKNOWLEDGMENT OF RECEIPT OF LOAN ESTIMATE
CAARLE.UWM  07/24/20



# ENCLOSED DOCUMENTS LIST

### UNITED WHOLESALE MORTGAGE, LLC

Loan #: ████████

Date:   APRIL 28, 2021

Borrower(s):   Robert A Ross, Kimberly K Ross

The following documents are enclosed.

1. [  ] Enclosed Documents List
2. [  ] Closing Disclosure
3. [  ] Anti-steering Disclosure of Loan Options
4. [  ] California Acknowledgment of Receipt of Loan Estimate
5. [  ] Mortgage Fraud Is Investigated By The FBI
6. [  ] Privacy Policy

ENCLOSED DOCUMENTS LIST
EDL.UWM  05/16/19

*DocMagic eForms*
2021042812521 9-1221392810-ED



**Closing Disclosure**     This form is a statement of final loan terms and closing costs. Compare this
document with your Loan Estimate.     **APPENDIX 473**

Closing Information                Transaction Information                Loan Information



| Closing Information | | Transaction Information | | Loan Information | |
|---|---|---|---|---|---|
| Date Issued | 4/28/2021 | Borrower | Robert A Ross and Kimberly K Ross | Loan Term | 30 years |
| Closing Date | 5/7/2021 | | | Purpose | Refinance |
| Disbursement Date | 5/12/2021 | | | Product | Fixed |
| Settlement Agent | Fidelity National Title Company | Lender | United Wholesale Mortgage, LLC | Loan Type | ☐ Conventional ☐ FHA |
| File # | | | | | ☒ VA ☐ |
| Property | 4701 Hayloft Ct | | | Loan ID # | |
| | El Dorado Hills , CA 95762 | | | MIC # | |
| Appraised Prop. Value | $720,000 | | | | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| Loan Amount | $515,200 | NO |
| Interest Rate | | NO |
| Monthly Principal & Interest *See Projected Payments below for your Estimated Total Monthly Payment* | | NO |
| | | **Does the loan have these features?** |
| Prepayment Penalty | | NO |
| Balloon Payment | | NO |

## Projected Payments

| Payment Calculation | Years 1 - 30 |
|---|---|
| Principal & Interest | |
| Mortgage Insurance | + |
| Estimated Escrow *Amount can increase over time* | + |
| **Estimated Total Monthly Payment** | |

| Estimated Taxes, Insurance & Assessments *Amount can increase over time* *See page 4 for details* | This estimate includes | In escrow? |
|---|---|---|
| | ☒ Property Taxes | YES |
| | ☒ Homeowner's Insurance | YES |
| | ☐ Other: | |
| | *See Escrow Account on page 4 for details. You must pay for other property costs separately.* | |

## Costs at Closing

| | | |
|---|---|---|
| Closing Costs | $ | Includes $3,840.18 in Loan Costs + $4,891.66 in Other Costs -$0 in Lender Credits. *See page 2 for details.* |
| Cash to Close | $ | Includes Closing Costs. *See Calculating Cash to Close on page 3 for details.* ☐ From ☒ To Borrower |

DocMagic ®

**APPENDIX 474**

## Closing Cost Details

| Loan Costs | | Borrower-Paid | | Paid by Others |
|---|---|---|---|---|
| | | At Closing | Before Closing | |
| **A. Origination Charges** | | | | |
| 01 0.387% of Loan Amount (Points) | | | | |
| 02 Loan Origination Fee to Answer Home Loans, Inc | | | | |
| 03 Underwriting Fee | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **B. Services Borrower Did Not Shop For** | | **$124.00** | | |
| 01 Credit Report | to Other | $31.00 | | |
| 02 Flood Certification | to Corelogic Flood Services | $8.00 | | |
| 03 Tax Service | to United Wholesale Fbo Lereta | $85.00 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| 09 | | | | |
| 10 | | | | |
| **C. Services Borrower Did Shop For** | | **$1,169.00** | | |
| 01 Title - Endorsement Fee | to Fidelity National Title Company | $25.00 | | |
| 02 Title - Mobile Notary Fee (Travel - Not Notarize) | to Fidelity National Title Company | $150.00 | | |
| 03 Title - Premium for Lender's Coverage | to Fidelity National Title Company | $580.00 | | |
| 04 Title - Recording Fee | to Fidelity National Title Company | $14.00 | | |
| 05 Title - Settlement Or Closing Fee | to Fidelity National Title Company | $400.00 | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **D. TOTAL LOAN COSTS (Borrower-Paid)** | | **$3,840.18** | | |
| Loan Costs Subtotals (A + B + C) | | $3,840.18 | | |

| Other Costs | | | | |
|---|---|---|---|---|
| **E. Taxes and Other Government Fees** | | **$378.00** | | |
| 01 Recording Fees | Deed:          Mortgage: $378.00 | $378.00 | | |
| 02 | | | | |
| **F. Prepaids** | | **$2,538.62** | | |
| 01 Homeowner's Insurance Premium (12 mo.) to California Automobile Insurance Company | | $1,868.15 | | |
| 02 Mortgage Insurance Premium (   mo.) | | | | |
| 03 Prepaid Interest ($33.52 per day from 5/12/21 to 6/1/21) | | $670.47 | | |
| 04 Property Taxes (   mo.) | | | | |
| 05 | | | | |
| **G. Initial Escrow Payment at Closing** | | **$1,975.04** | | |
| 01 Homeowner's Insurance  $155.68 per month for 3 mo. | | $467.04 | | |
| 02 Mortgage Insurance              per month for mo. | | | | |
| 03 Property Taxes          $502.67 per month for 5 mo. | | $2,513.35 | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 Aggregate Adjustment | | -$1,005.35 | | |
| **H. Other** | | | | |
| 01 | | | | |
| 02 | | | | |
| 03 | | | | |
| 04 | | | | |
| 05 | | | | |
| 06 | | | | |
| 07 | | | | |
| 08 | | | | |
| **I. TOTAL OTHER COSTS (Borrower-Paid)** | | **$4,891.66** | | |
| Other Costs Subtotals (E + F + G + H) | | $4,891.66 | | |
| **J. TOTAL CLOSING COSTS (Borrower-Paid)** | | **$8,731.84** | | |
| Closing Costs Subtotals (D + I) | | $8,731.84 | | $11,592.00 |
| Lender Credits | | | | |

Page 2



**APPENDIX 475**

| **Payoffs and Payments** | Use this table to see a summary of your payoffs and payments to others from your loan amount. | |
|---|---|---|
| **TO** | | **AMOUNT** |
| 01 | Payoff to Paramount Residential for Mortgage Loan | $505,454.92 |
| 02 | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| **K. TOTAL PAYOFFS AND PAYMENTS** | | $505,454.92 |

| **Calculating Cash to Close** | Use this table to see what has changed from your Loan Estimate. | | |
|---|---|---|---|
| | Loan Estimate | Final | Did this change? |
| Loan Amount | $515,200.00 | $515,200.00 | NO |
| Total Closing Costs (J) | -$9,829.00 | -$8,731.84 | YES   • See **Total Loan Costs (D)** and **Total Other Costs (I)** |
| Closing Costs Paid Before Closing | $0 | $0 | NO |
| Total Payoffs and Payments (K) | -$506,020.00 | -$505,454.92 | YES   • See **Payoffs and Payments (K)** |
| **Cash to Close** | $649.00 | $1,013.24 | |
| | ☒ From ☐ To Borrower | ☐ From ☒ To Borrower | Closing Costs Financed (Paid from your Loan Amount) $8,731.84 |



Page 3

## Additional Information About This Loan

**Loan Disclosures**

**Assumption**
If you sell or transfer this property to another person, your lender
☒ will allow, under certain conditions, this person to assume this
loan on the original terms.
☐ will not allow assumption of this loan on the original terms.

**Demand Feature**
Your loan
☐ has a demand feature, which permits your lender to require early
repayment of the loan. You should review your note for details.
☒ does not have a demand feature.

**Late Payment**
If your payment is more than *15* days late, your lender will
charge a late fee of *4% of your overdue payment of principal,
interest and escrow for taxes and insurance.*

**Negative Amortization** (Increase in Loan Amount)
Under your loan terms, you
☐ are scheduled to make monthly payments that do not pay all of
the interest due that month. As a result, your loan amount will
increase (negatively amortize), and your loan amount will likely
become larger than your original loan amount. Increases in your
loan amount lower the equity you have in this property.
☐ may have monthly payments that do not pay all of the interest
due that month. If you do, your loan amount will increase
(negatively amortize), and, as a result, your loan amount may
become larger than your original loan amount. Increases in your
loan amount lower the equity you have in this property.
☒ do not have a negative amortization feature.

**Partial Payments**
Your lender
☒ may accept payments that are less than the full amount due
(partial payments) and apply them to your loan.
☒ may hold them in a separate account until you pay the rest of the
payment, and then apply the full payment to your loan.
☐ does not accept any partial payments.
If this loan is sold, your new lender may have a different policy.

**Security Interest**
You are granting a security interest in
*4701 Hayloft Ct , El Dorado Hills , CA 95762*

You may lose this property if you do not make your payments or
satisfy other obligations for this loan.

**Escrow Account**
*For now,* your loan
☒ will have an escrow account (also called an "impound" or "trust"
account) to pay the property costs listed below. Without an escrow
account, you would pay them directly, possibly in one or two large
payments a year. Your lender may be liable for penalties and interest
for failing to make a payment.

| Escrow | | |
|---|---|---|
| Escrowed Property Costs over Year 1 | $7,900.20 | Estimated total amount over year 1 for your escrowed property costs: *Hazard Insurance Reserves* *Mortgage Insurance Reserve* *See attached page for additional information* |
| Non-Escrowed Property Costs over Year 1 | $0.00 | Estimated total amount over year 1 for your non-escrowed property costs: *Homeowners Association Dues* You may have other property costs. |
| Initial Escrow Payment | $1,975.04 | A cushion for the escrow account you pay at closing. See Section G on page 2. |
| Monthly Escrow Payment | $658.35 | The amount included in your total monthly payment. |

☐ will not have an escrow account because ☐ you declined it ☐ your
lender does not offer one. You must directly pay your property
costs, such as taxes and homeowner's insurance. Contact your
lender to ask if your loan can have an escrow account.

| No Escrow | |
|---|---|
| Estimated Property Costs over Year 1 | Estimated total amount over year 1. You must pay these costs directly, possibly in one or two large payments a year. |
| Escrow Waiver Fee | |

**In the future,**
Your property costs may change and, as a result, your escrow pay-
ment may change. You may be able to cancel your escrow account,
but if you do, you must pay your property costs directly. If you fail
to pay your property taxes, your state or local government may (1)
impose fines and penalties or (2) place a tax lien on this property. If
you fail to pay any of your property costs, your lender may (1) add
the amounts to your loan balance, (2) add an escrow account to your
loan, or (3) require you to pay for property insurance that the lender
buys on your behalf, which likely would cost more and provide fewer
benefits than what you could buy on your own.

Page 4





**APPENDIX 477**

## Loan Calculations

| | |
|---|---|
| **Total of Payments.** Total you will have paid after you make all payments of principal, interest, mortgage insurance, and loan costs, as scheduled. | $725,352.14 |
| **Finance Charge.** The dollar amount the loan will cost you. | $209,516.14 |
| **Amount Financed.** The loan amount available after paying your upfront finance charge. | $511,325.35 |
| **Annual Percentage Rate (APR)** Your costs over the loan term expressed as a rate. This is not your interest rate. | 2.422% |
| **Total Interest Percentage (TIP).** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. | 40.045% |

 **Questions?** If you have questions about the loan terms or costs on this form, use the contact information below. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Other Disclosures

**Appraisal**
If the property was appraised for your loan, your lender is required to give you a copy at no additional cost at least 3 days before closing. If you have not received it yet, please contact your lender at the information listed below.

**Contract Details**
See your note and security instrument for information about
- what happens if you fail to make your payments,
- what is a default on the loan,
- situations in which your lender can require early repayment of the loan, and
- the rules for making payments before they are due.

**Liability after Foreclosure**
If your lender forecloses on this property and the foreclosure does not cover the amount of unpaid balance on this loan,
☒ state law may protect you from liability for the unpaid balance. If you refinance or take on any additional debt on this property, you may lose this protection and have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information.
☐ state law does not protect you from liability for the unpaid balance.

**Refinance**
Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan.

**Tax Deductions**
If you borrow more than this property is worth, the interest on the loan amount above this property's fair market value is not deductible from your federal income taxes. You should consult a tax advisor for more information.



## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.



| Robert A Ross | Date | Kimberly K Ross | Date |
|---|---|---|---|



**APPENDIX 478**

**Addendum**

| Loan Disclosures | |
|---|---|
| **Escrow Account** | |
| Escrow | |
| Escrowed Property Costs over Year 1 | City Property Taxes |
| | County Property Taxes |
| | Flood Insurance |
| | Village/Town/School Tax |
| | Wind and Hail Insurance |
| | Mud Tax |



Page 6



**APPENDIX 479**

# ANTI-STEERING DISCLOSURE OF LOAN OPTIONS

Loan #: ████████

Date: APRIL 28, 2021

Serv. #:

MIN:

Loan Originator:   Answer Home Loans, Inc

Borrower(s):   Robert A Ross, Kimberly K Ross

Property Address:   4701 Hayloft Ct
El Dorado Hills, California 95762

- During the origination process, the loan originator provided me/us with loan options in accordance with Regulation 12 CFR §1026.36(e) which prohibits a loan originator from steering a consumer to a transaction with less favorable terms in order to increase the loan originator's compensation.

- The loan originator presented me/us with loan options for each type of transaction in which I/we have expressed an interest and explained to me/us all available loan options to my/our satisfaction. These loan options included a loan with the lowest interest rate, a loan with the lowest interest rate without non-standard features, and a loan with the lowest total dollar amount for origination points or fees and discount points.

_____
Borrower Robert A Ross                      Date

_____
Borrower Kimberly K Ross                    Date

ANTI-STEERING DISCLOSURE OF LOAN OPTIONS
ASDLO.UWM  08/22/18



**APPENDIX 480**

# CALIFORNIA ACKNOWLEDGMENT
# OF RECEIPT OF LOAN ESTIMATE

Loan Number: ▆▆▆▆▆▆

Date: APRIL 28, 2021

Borrower(s): Robert A Ross, Kimberly K Ross

Property Address: 4701 Hayloft Ct
El Dorado Hills, California 95762

The undersigned ("you" or "your") hereby acknowledge receipt of a "Loan Estimate." This Loan Estimate does not constitute a loan commitment. You may check the license status of the broker and/or loan officer by calling the Department of Real Estate's license information telephone number at (877) 373-4542 or by visiting CalDRE's website at https://www.dre.ca.gov .

Compensation to your real estate broker and/or loan originator will be paid by someone other than you. The total amount of such compensation is either    2.250   % of the amount or $ 11,592.00                         .
Department of Real Estate # ▆▆▆▆▆▆
By signing below, I/we acknowledge that I/we have read and received a copy of this document.

_____     _____
Borrower Robert A Ross              Date     Borrower Kimberly K Ross              Date

CALIFORNIA ACKNOWLEDGMENT OF RECEIPT OF LOAN ESTIMATE
CAARLE.UWM  07/24/20



**APPENDIX 481**

Loan Number: ███████

# MORTGAGE FRAUD IS
# INVESTIGATED BY THE FBI



**Mortgage Fraud is investigated by the Federal Bureau of Investigation and is punishable by up to 30 years in federal prison or $1,000,000 fine, or both. It is illegal for a person to make any false statement regarding income, assets, debt, or matters of identification, or to willfully overvalue any land or property, in a loan and credit application for the purpose of influencing in any way the action of a financial institution.**

*Some of the applicable Federal criminal statutes which may be charged in connection with Mortgage Fraud include:*

18 U.S.C. § 1001 - Statements or entries generally
18 U.S.C. § 1010 - HUD and Federal Housing Administration Transactions
18 U.S.C. § 1014 - Loan and credit applications generally
18 U.S.C. § 1028 - Fraud and related activity in connection with identification documents
18 U.S.C. § 1341 - Fraud and swindles by Mail
18 U.S.C. § 1342 - Fictitious name or address
18 U.S.C. § 1343 - Fraud by wire
18 U.S.C. § 1344 - Bank Fraud
42 U.S.C. § 408(a) - False Social Security Number

*Unauthorized use of the FBI seal, name, and initials is subject to prosecution under Sections 701, and 709, and 712 of Title 18 of the United States Code. This advisement may not be changed or altered without the specific written consent of the Federal Bureau of Investigation, and is not an endorsement of any product or service.*

| Signature | Robert A Ross | Date | Signature | Kimberly K Ross | Date |
|---|---|---|---|---|---|

MORTGAGE FRAUD IS INVESTIGATED BY THE FBI
FRAUD.MSC 07/31/19

DocMagic ███████



**APPENDIX 482**

| FACTS | WHAT DOES UNITED WHOLESALE MORTGAGE, LLC DO WITH YO INFORMATION? |
|-------|------------------------------------------------------------------|

| Why? | Financial companies choose how they share your personal information. consumers the right to limit some but not all sharing. Federal law also requ how we collect, share, and protect your personal information. Please carefully to understand what we do. |
|------|---|

| What? | The types of personal information we collect and share depend on the product or se us. This information can include:<br>■ Social Security number and income<br>■ and Account Balances and Payment History<br>■ and Credit History and Credit Scores |
|-------|---|

| How? | All financial companies need to share customers' personal information to run their In the section below, we list the reasons financial companies can share their c information; the reasons **UNITED WHOLESALE MORTGAGE, LLC** chooses to s you can limit this sharing. |
|------|---|

| Reasons we can share your personal information | Does UNITED WHOLESALE MORTGAGE, LLC share? | Can you |
|---|---|---|
| **For our everyday business purposes -** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | |
| **For our marketing purposes -** to offer our products and services to you | Yes | |
| **For joint marketing with other financial companies** | No | We |
| **For our affiliates' everyday business purposes -** information about your transactions and experiences | Yes | |
| **For our affiliates' everyday business purposes -** information about your creditworthiness | No | We |
| **For non-affiliates to market to you** | No | We |

| Questions? | **Call** (800) 981-8898 |
|-----------|---|



## What we do

| | |
|---|---|
| **How does UNITED WHOLESALE MORTGAGE, LLC protect my personal information?** | To protect your personal information from unauthorized a use security measures that comply with federal law. Thes computer safeguards and secured files and buildings. |
| **How does UNITED WHOLESALE MORTGAGE, LLC collect my personal information?** | We collect your personal information, for example, when yo<br>■  Apply for a loan or give us your contact information;<br>■  Give us your income information or provide employme<br>■  Show your government-issued ID<br><br>We also collect your personal information from others, suc affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only:<br>■  sharing for affiliates' everyday business purposes -<br>   your creditworthiness<br>■  affiliates from using your information to market to you<br>■  sharing for non-affiliates to market to you<br><br>State laws and individual companies may give you addit sharing. |

## Definitions

| | |
|---|---|
| **Affiliates** | Companies related by common ownership or control. They non-financial companies. Our affiliates include non-financ as First Look Appraisals and Class Valuation. |
| **Non-affiliates** | Companies not related by common ownership or control. T and non-financial companies.<br><br>■  **UNITED WHOLESALE MORTGAGE, LLC** does not affiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between non-affiliated financial comp market financial products or services to you.<br><br>■  **UNITED WHOLESALE MORTGAGE, LLC** doesn't join |