# Thanks for tipping, Kit

Here's your updated receipt for Chick-fil-A (7850 N MacArthur Blvd).

## Total                                                         $18.78

| 1 | Chick-fil-A® Sandwich Meal | $9.49 |
|---|---|---|

Choose your option
Chick-fil-A® Chicken Sandwich $0.00
Would you like to change your bun?
White Bun $0.29
Meal Sides $0.00
Choose your option
Chick-fil-A Waffle Potato Fries® $0.00
Meal Beverages $0.00
Choose your option
Diet Coke® $0.00

| | |
|---|---|
| Subtotal | $9.49 |
| Tax | $0.78 |
| Service Fee | $2.52 |
| Delivery Fee | $1.99 |
| Delivery person tip | $4.00 |

## Payments

| VISA | Visa ••••8329 | $18.78 |
|---|---|---|
| | 2/15/22 10:19 PM | |

You ordered from Chick-fil-A (7850 N MacArthur Blvd)

**Picked up from**

7850 N MacArthur Blvd, Irving, TX 75063, US

**Delivered to**

8205 Esters Blvd, Irving, TX 75063, US

# Thanks for tipping, Kit

Here's your updated receipt for Boston Market (5487 N. Macarthur Blvd.).

| Total | $21.60 |
|---|---|

| | | |
|---|---|---|
| 1 | Homestyle Meatloaf | $11.99 |
| | Choose your Size | |
| | Regular $0.00 | |
| | Choose your Sauce | |
| | Poultry Gravy - On The Side $0.00 | |
| | Cornbread | |
| | Fresh Baked Cornbread $0.00 | |
| | Choose 2 Sides | |
| | Mashed Potatoes $0.00 | |
| | Caesar Salad $0.00 | |
| 1 | Cornbread | $1.49 |
| | Choose your Size | |
| | 1 $0.00 | |

| Subtotal | $13.48 |
|---|---|
| Tax | $1.11 |
| Service Fee | $2.52 |
| Delivery Fee | $0.49 |
| Delivery person tip | $4.00 |

## Payments

| VISA | Visa ••••8329 | $21.60 |
|---|---|---|
| | 2/16/22 1:49 PM | |

You ordered from Boston Market (5487 N. Macarthur Blvd.)

| Picked up from | Delivered to |
|---|---|
| 5469 N MacArthur Blvd, Irving, TX 75038, US | 8205 Esters Blvd, Irving, TX 75063, US |

**APPENDIX 486**



# APFA
## ANNUAL BOARD OF DIRECTORS CONVENTION

### March 8-10, 2022
*Westin Irving Convention Center at Las Colinas*

| Resolution Information | | BOS Milenkovic | CLT Hazlewood | DCA Pennel | DFW De Roxtra | LAX Nikides | LGA Santana | MIA Trautman | ORD Wroble | PHL Kaswinkel | PHX Agee | SFO Ross | Pres Hedrick |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Resolution #:** 3 | | | | | | | | | | | | | |
| **Resolution Name:** Constitution Amendments | | | | | | | | | | | | | |
| **Status:** Pass | **YES** | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☒ | ☐ | ☐ |
| **Maker:** Black | **NO** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Second:** Nikides | **ABS** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Date:** 03/09/2022 | **N/A** | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **Time:** 2:34 p.m. | | | | | | | | | | | | | |
| **Affects PM:** ☐ | | | | | | | | | | | | | |
| **Comments:** | | | | | | | | | | | | | |

Yes: 10  No: 1  Abstain: 0  Absent: 0  Show of Hands: ☐

**WHEREAS**, the Association of Professional Flight Attendants was certified in 1977; and

**WHEREAS**, the APFA Constitution was first ratified by the APFA membership on January 3, 1980; and

**WHEREAS**, since its inception, the APFA Constitution has been amended by the APFA membership nine times; and

**WHEREAS**, the most recent Constitutional amendment was on June 18, 2014 and focused on changes related to the merger between American Airlines and US Airways; and

**WHEREAS**, today, it is necessary to revisit the structure of the APFA; and

**WHEREAS**, the governmental bodies of the APFA includes the National Officers, the Executive Committee, and the Board of Directors; and

**WHEREAS**, the Executive Committee was formed in 1991 during a time in which the Board of Directors was nearly twice the size it is today, necessitating the need for a smaller governing body to conduct administrative business; and

**WHERAS**, the Board now consists of 15 members including 11 Base Presidents and 4 National Officers; and

**APPENDIX 487**

**APFA**

BOARD OF DIRECTORS MEETING

**WHEREAS**, today, technology has evolved, allowing for more frequent meetings with APFA leadership at a reduced cost, allowing for APFA leadership to coordinate business.

**BE IT THEREFORE RESOLVED**, the Board of Directors requests the National Secretary explore the following options as potential amendments to the APFA Constitution:

1.  The dissolution of the Executive Committee and subsequent shift of its authorities

2.  The inclusion of the National Officers as voting members of the Board of Directors

3.  The revision of Article VII: Hearings & Disciplinary Procedures

; and

**BE IT FURTHER RESOLVED**, the APFA Board of Directors requests the National Secretary draft a proposal for the above-mentioned amendments and present that proposal to the Board of Directors at the 2022 Fall Board Meeting for review.

**TRIP REMOVAL REQUEST**

| | | | | |
|---|---|---|---|---|
| **Name:** BOB ROSS | | **AA Employee #:** 95108 | **Base:** SFO | **Date Requested:** 3/11/22 |
| **Requested By:** BOB ROSS | | **Authorized By:** BOB ROSS | | |

IS THIS SEQUENCE A TRIP TRADE?IF YES, FOR MORE TIME?   No ▼   No ▼   If yes, different days?   No ▼   **DOES THIS REQUEST REQUIRE 2 SIGNATURES?** No ▼

IS THIS SEQUENCE A TTS Trip?   No ▼   If yes, why? _____

IS THIS SEQ. AN OE/ETB TRIP?   No ▼

| DATE | SEQ. #/ Pairing # | HRS | Rate/Hr | Dom. Lead | Purser | AFT | Galley | NIPD | IPD | EQ | Charge | Reason | TR# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/22/22 | PA | 5:00 | $ 68.25 ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | Base Work/Meeting | |
| 3/29/22 | PA | 5:00 | $ 68.25 ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | Base Work/Meeting | |
| | | | $ ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | | |
| | | | $ ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | | |
| | | | $ ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | | |
| | | | $ ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | | |
| | | | $ ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | | |
| | | | $ ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | ▼ | | | |

**Rate/Effective Date**

| Effective Pay Stop | January 1, 2019 |
|---|---|
| 1 | $30.35 |
| 2 | $32.18 |
| 3 | $34.24 |
| 4 | $36.47 |
| 5 | $40.16 |
| 6 | $45.48 |
| 7 | $49.76 |
| 8 | $51.35 |
| 9 | $52.77 |
| 10 | $54.75 |
| 11 | $56.25 |
| 12 | $58.93 |
| 13 | $68.25 |

**Premiums**

| Aircraft Type | DOMESTIC | | | | INTERNATIONAL | | | |
|---|---|---|---|---|---|---|---|---|
| | Lead | Purser | Aft | Galley | NIPD Lead | IPD Purser | Aft | Galley |
| E190 | $1.25 | | | | $1.25 | | | |
| B737-800/900 | $2.50 | | | | $2.50 | | | |
| A319/A320 | $2.50 | | | | $2.50 | | | |
| MD80 | $2.50 | | | | $2.50 | | | |
| A321 | $3.25 | | | | $3.25 | | | |
| A321T | $3.25 | $4.75* | | $1.00** | | | | |
| B757 | $2.75 | | $1.00 | | $3.75 | $5.75 | $1.75 | |
| B767 | $3.25 | | | $1.00** | $6.50 | $7.50 | $1.75 | $1.00 |
| B777 | $3.25 | $5.75* | | $1.00** | $6.50 | $7.50 | | $1.00** |
| B787 | $3.25 | | $1.00 | | $6.50 | $7.50 | | $1.00** |
| A330 | $3.25 | | $1.00 | | $6.50 | $7.50 | $1.75 | $1.00 |
| A350 | $3.25 | | $1.00 | | $6.50 | $7.50 | $1.75 | $1.00** |

| FLEET→ | → | SUB-FLEET¶ |
|---|---|---|
| 190 | | 04¶ |
| 320·(319) | | 91, 92, 67¶ |
| 320·(320) | | 29, 73¶ |
| 320·(321S) | | 76, 75¶ |
| 320·(321L) | | 77¶ |
| 320·(321T) | | 80¶ |
| 330·(200) | | 43¶ |
| 330·(300) | | 98¶ |
| 737·(737) | | CE, B9¶ |
| 737·(MAX) | | 25, 45¶ |
| 757 | → | B0, 62, 47, 38, 49, BA, 39¶ |
| 767 | → | D0, D7¶ |
| 777·(200) | | 83, AE, AF¶ |
| 777·(300) | | 82¶ |
| 787·(8) | | 78¶ |
| 787·(9) | | 96¶ |
| S80 | → | 22¶ |

APPROVED BY:_____    DATE: _____

PRES/VP/SECY/TREAS

SENT VIA SABRE TO:   **Senior on Duty**      BY: None/ Executive Assistant to the National None

**APPENDIX 489**

12/19/2023, 8:45 PM Pacific Standard Time

# Activity Sheet

```
PP004          SFO ████ CREWMEMBER PRE/POST ACTIVITY REPORT    MONTH STARTING 02MAR22 AND ENDING 3
ROSS RO            01221 (███ SFO  9-                          ROSS RO        01221 (███  SF
                                   ASG  0             NWAV
H ████-2402              B ████2402                   H ████-2402              B ████
RSVCOT                   DO 19P       PNC  0.00        RSVCOT                  DO 19P
PROJ 95.59 GTD 0.00  PPROJ 95.59           LANG 0.00   PROJ 89.41 GTD 89.41 PPROJ 89.41
PMAX 115.00 TTS MMAX 115.00 MTHLY FLEX   0.00          PMAX 115.00 TTS MMAX 115.00 MTHLY F
 GUAR ORIG   0.00 ADJ   0.00 PENDING N                  GUAR ORIG   0.00 ADJ   0.00 PENDIN
D EXP 0.00   W2 0.00  I EXP 0.00 W2 0.00                D EXP 133.19 W2 30.00  I EXP 0.00 W
MISC EXP 0.00 W2 0.00 TTL 0.00                          MISC EXP 0.00 W2 0.00 TTL 133.19
PREM Y            LANG -   0.00                         PREM Y            LANG -   0.00
PREM 0.00  U/S 0.00  H/G 0.00                           PREM 0.00  U/S 0.00  H/G 0.00
AVBL SK 146.53                SK USED MTD 0.00          AVBL SK 155.53
TTL SK USED 2346.46 SK M/U 0.00  SK M/U MTD 0.00        TTL SK USED 2346.46 SK M/U 0.00  SK
SK RESTORAL 0.00                                        SK RESTORAL 0.00
LAST 18865/30                                           LAST
```

| DD | ST | RMV | ADD | SEQ | FLT | FLT | SKED | STTL | ACT | GRTR | GTTL | DD | ST | RMV | ADD | SEQ | FLT | FLT | S |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 02 | 61 | | | | | | | | | | | 02 | 61 | | | | | | |
| 03 | 61 | | | 18852 | FA2 | -16 | 5.27 | | | | | 03 | 61 | AP | | | 0000 | 2359 | |
| 04 | 61 | | | | -2305 | | 6.40 | 12.07 | | | | 03 | 61 | AP | | PP | 1.00 | | |
| | | | | | | | | AB | 12.07 | PT | 0.00 | | 03 | 61 | AP | | 18852 | FA2 | X16 | |
| | | | 18852 | EXP | TAFB | 30.23 | JFK | 3 | | | | 04 | 61 | AP | | | X2305 | | |
| 05 | 61 | | | | | | | | | | | | | | | | | | |
| 06 | 61 | | | | | | | | | | APFALOA | - SEE LEG DETAIL | | | | | | |
| 07 | 61 | PA | | | | | | | | | 5.00 | 5.00 | 05 | 61 | | | | | |
| 08 | 61 | PA | | | | | | | | | 5.00 | 5.00 | 06 | 61 | | | | | |
| 09 | 61 | PA | | | | | | | | | 5.00 | 5.00 | 07 | 61 | PA | | | | |
| 10 | 61 | PA | | | | | | | | | 5.00 | 5.00 | 08 | 61 | PA | | | | |
| 11 | 61 | PA | | | | | | | | | 5.00 | 5.00 | 09 | 61 | PA | | | | |
| 12 | 61 | | | | | | | | | | | | 10 | 61 | PA | | | | |

**APPENDIX 490**

```
13  61                                              11  61  PA
14  61                                              12  61
15  61        18939  FA2   -1544                    13  61
                     -415        5.57               14  61
16  61               -2860      4.50 10.47          15  61        18939  FA2   -1544
                             AB 10.47   PT   0.00                        -415
             18939 EXP TAFB  37.47 PHX  4           16  61               -2860
MIDSEQ 24 - SEE LEG DETAIL                                       18939 EXP TAFB  37.50
17  61                                         MIDSEQ 24 - SEE LEG DETAIL
18  61        18865  FA2   -2081               RCD GATE HOLD - SEE LEG DETAIL
                     -1252      7.14  7.14          17  61
                             AB  7.14   PT   0.00   18  61        18865  FA2   -2081
19  61                                                                  -1252
20  61                                              19  61
21  61        18865  FA2   -2081                    20  61
                     -1252      7.14  7.14          21  61 XI     18865  FA2   C2081
                             AB  7.14   PT   0.00                        C1252
22  61                                         AUTOCXLD - SEE LEG DETAIL
23  61        18965  FA2   -1544                    22  61           WBT TRNG
                     -1599      6.16                23  61        18965  FA2   -1544
24  61               -2690  -2279 5.55                                  -1599
25  61               -2226  -2048 6.58 19.09        24  61               -2690  -2279
                             AB 19.09   PT   0.00   25  61               -2226  -2048
             18965 EXP TAFB  65.29 LAS  3 MCO  3
26  61                                                          18965 EXP TAFB  65.29
27  61                                              26  61
28  61        18865  FA2   -2081                    27  61
                     -1252      7.14  7.14          28  61        18865  FA2   -2081
                             AB  7.14   PT   0.00                        -1252
29  61                                              29  61
30  61        18865  FA2   -2081                    30  61        18865  FA2   -2081
                     -1252      7.14  7.14                               -1252
                             AB  7.14   PT   0.00
31  61                                         ATC GATE HOLD - SEE LEG DETAIL
END OF ACTIVITY                                     31  61
```

APPENDIX 101

END OF ACTIVITY

END OF COMMENTS

**Name:** BOB ROSS    **AA Employee #:** 95108    **Base:** SFO    **Date Requested:** 2/26/22

**Requested By:** BOB ROSS    **Authorized By:** BOB ROSS

IS THIS SEQUENCE A TRIP    No ☑    If yes, different days?    No ☑    **DOES THIS REQUEST REQUIRE 2 SIGNATURES?** No ☑

TRADE?IF YES, FOR MORE TIME?    No ☑    If yes, why? _____

IS THIS SEQUENCE A TTS Trip?    No ☑    IS THIS SEQ. AN OE/ETB TRIP?    No ☑

| DATE | SEQ. #/ Pairing # | HRS | Rate/Hr | Dom. Lead | Purser | AFT | Galley | NIPD | IPD | EQ | Charge | Reason | TR# |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 3/3/22 | 18852 | 12:07 | $ 68.25 ☑ | ☑ | ☑ | ☑ | 1.00 ☑ | ☑ | ☑ | 321T ☑ | SFO | Base Work | |
| | | | $ ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | | | |
| | | | $ ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | | | |
| | | | $ ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | | | |
| | | | $ ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | | | |
| | | | $ ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | | | |
| | | | $ ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | | | |

### Rate/Effective Date

| Effective Pay Stop | January 1, 2019 |
|------|------|
| 1 | $30.35 |
| 2 | $32.18 |
| 3 | $34.24 |
| 4 | $36.47 |
| 5 | $40.16 |
| 6 | $45.48 |
| 7 | $49.76 |
| 8 | $51.35 |
| 9 | $52.77 |
| 10 | $54.75 |
| 11 | $56.25 |
| 12 | $58.93 |
| 13 | $68.25 |

### Premiums

| Aircraft Type | DOMESTIC | | | | INTERNATIONAL | | | |
|------|------|------|------|------|------|------|------|------|
| | Lead | Purser | Aft | Galley | NIPD Lead | IPD Purser | Aft | Galley |
| E190 | $1.25 | | | | $1.25 | | | |
| B737-800/900 | $2.50 | | | | $2.50 | | | |
| A319/A320 | $2.50 | | | | $2.50 | | | |
| MD80 | $2.50 | | | | $2.50 | | | |
| A321 | $3.25 | | | | $3.25 | | | |
| A321T | $3.25 | $4.75* | | $1.00** | | | | |
| B757 | $2.75 | | $1.00 | | $3.75 | $5.75 | $1.75 | |
| B767 | $3.25 | | | $1.00** | $6.50 | $7.50 | $1.75 | $1.00 |
| B777 | $3.25 | $5.75* | | $1.00** | $6.50 | $7.50 | | $1.00** |
| B787 | $3.25 | | $1.00 | | $6.50 | $7.50 | | $1.00** |
| A330 | $3.25 | | $1.00 | | $6.50 | $7.50 | $1.75 | $1.00 |
| A350 | $3.25 | | $1.00 | | $6.50 | $7.50 | | $1.00** |

| FLEET→ | → | SUB-FLEET¶ |
|------|------|------|
| 190 | → | 04¶ |
| 320·(319) | → | 91, 92, 67¶ |
| 320·(320) | → | 29, 73¶ |
| 320·(321S) | → | 76, 75¶ |
| 320·(321L) | → | 77¶ |
| 320·(321T) | → | 80¶ |
| 330·(200) | → | 43¶ |
| 330·(300) | → | 98¶ |
| 737·(737) | → | CE, B9¶ |
| 737·(MAX) | → | 25, 45¶ |
| 757 | → | B0, 62, 47, 38, 49, BA, 39¶ |
| 767 | → | D0, D7¶ |
| 777·(200) | → | 83, AE, AF¶ |
| 777·(300) | → | 82¶ |
| 787·(8) | → | 78¶ |
| 787·(9) | → | 96¶ |
| S80 | → | 22¶ |

APPROVED BY:_____    DATE: _____

PRES/VP/SECY/TREAS

SENT VIA SABRE TO:  **Senior on Duty**    BY: None/ Executive Assistant to the National None

**APPENDIX 493**

# My Health*e*Vet

## *Personal Information Report*

Produced by the VA Blue Button (v18.4)
31 Dec 2023 @ 1453

This Personal Information Report is a copy of information that you have selected from one or more of the following:

- Your Personal Health Record - Health related information that you self-entered.
- Key information from your official VA medical health record. Please contact your VA health care team if you have any questions about this information or if changes are needed.
- Information from your Department of Defense military service record.

This report is intended for your personal use. It is not shared with VA. Portions of this report may contain sensitive personal health information from your official VA medical record. Protection of the information contained in this report is your responsibility and of those with whom you choose to share this information.

**NOTE:**Your Personal Health Record does NOT contain all the information from your official VA medical record. If your VA medical center has transitioned to the new electronic health record system  My VA Health you can access your medical information at www.patientportal.myhealth.va.gov.  If there is medical information not available to you online, contact your local VA facility Release of Information office.

Key:  Double dashes (--) mean there is no information to display.

**Name: ROSS, ROBERT ALLEN**

# *Download Request Summary*

| | |
|---|---|
| **System Request Date/Time:** | 31 Dec 2023 @ 1453 |
| **File Name:** | mhv_ROSS_20231231_1453.pdf |
| **Date Range Selected:** | 01 Jan 2020 to 31 Dec 2023 |
| **Data Types Selected:** | My HealtheVet Account Summary |
| | Self Reported Demographics |
| | VA Demographics |
| | Self Reported Health Care Providers |
| | Self Reported Treatment Facilities |
| | Self Reported Health Insurance |
| | VA Wellness Reminders |
| | VA Appointments (Future) |
| | VA Appointments (Limited to past 2 years) |
| | VA Allergies |
| | Self Reported Allergies |
| | VA Medication History |
| | Self Reported Medications and Supplements |
| | VA Problem List |
| | VA Admissions and Discharges |
| | VA Notes |
| | Self Reported Medical Events |
| | VA Immunizations |
| | Self Reported Immunizations |
| | VA Laboratory Results: Chemistry/Hematology/Microbiology |
| | VA Pathology Reports: Surgical Pathology/Cytology/Electron Microscopy |
| | Self Reported Labs and Tests |
| | VA Vitals and Readings |
| | Self Reported Vitals and Readings |
| | VA Radiology Reports |
| | VA Electrocardiogram (EKG) Reports |
| | Self Reported Family Health History |
| | Self Reported Military Health History |
| | Self Reported Activity Journal |
| | Self Reported Food Journal |
| | DoD Military Service Information |
| | Self Reported My Goals Current |
| | Self Reported My Goals Completed |

**APPENDIX 495**

# *My HealtheVet Account Summary*

| | |
|---:|:---|
| **Source:** | VA |
| **Authentication Status:** | Authenticated |
| **Authentication Date:** | 07 Jul 2022 |
| **Authentication Facility Name:** | AUSTIN MHV |
| **Authentication Facility ID:** | 200MH |

| VA Treatment Facility | Type |
|:---:|:---:|
| Dallas TX VAMC (549) | VAMC |
| Great Lakes Healthcare System (578) | VAMC |
| No CA Healthcare Sys-Martinez (612) | VAMC |
| San Francisco CA VAMC (662) | VAMC |
| William S. Middleton Mem VAMC (607) | VAMC |

Note: The X represents your self-selected VA Medical Center preference.

**APPENDIX 496**

# *Self Reported Demographics*

| Source: | Self-Entered |
|---|---|
| Your self-entered information saved in My HealtheVet is not shared with other sources. | |

| | |
|---|---|
| **First Name:** | ROBERT |
| **Middle Initial:** | A |
| **Last Name:** | ROSS |
| **Suffix:** | |
| **Alias:** | |
| **Relationship to VA:** | Patient |
| **Current Occupation** | |
| **Home Phone Number:** | |
| **Work Phone Number:** | |
| **Pager Number:** | |
| **Cell Phone Number:** | ███ |
| **FAX Number:** | |

| | |
|---|---|
| **Date of Birth:** | ███ |
| **Birth Sex:** | Male |
| **Blood Type:** | |
| **Organ Donor:** | |
| **Marital Status:** | |

| **Mailing or Destination Address:** |
|---|
| ███ |

| | |
|---|---|
| **Email Address:** | 1rross███ |
| **Preferred Method of Contact:** | Email |

**APPENDIX 497**

# *VA Medication History*

| | |
|---|---|
| **Source:** | VA |
| **Last Updated:** | 09 Oct 2023 @ 1152 |
| **Sorted By:** | Alphabetical Order then by Status |

Remember to share all information about your medications or updates with your VA health care team. Also, check information in your VA Allergies and your Self-Reported Allergies. This may let you know if you had a reaction to a medication you received.

Please note that My HealtheVet does **NOT** show medications that are/were administrated in a clinic or emergency department (such as clinic medications).

If you cannot view prescription(s) that should be displayed, contact your local VA Pharmacy for information. The phone number for the VA Pharmacy can be found on the prescription label.

**Glossary of MHV Pharmacy Terms: Active: Refill in Process=**A refill request is being processed by the VA pharmacy. When a prescription is in the Refill in Process status, the Fill Date will show when the prescription will be ready for delivery via mail by a VA Mail Order Pharmacy. This term may be shown as a VA Prescription status of "Active: Susp" on other VA medication lists. **Active: Submitted=**The refill request has been received by My HealtheVet but has not been processed by the VA Pharmacy yet. **Unknown=**The status cannot be determined. Contact your VA care team when you need more of this VA prescription. A prescription stopped by a VA provider. It is no longer available to be filled. **Transferred=**A prescription moved to VA's new electronic health record. Go to My VA Health to manage transferred medications. This prescription may also be described as "Discontinued" on medication lists from your healthcare team. Take your medications as prescribed by your healthcare team.

**Glossary of VA Pharmacy Terms: Active=**A prescription that can be filled at the local VA pharmacy. If this prescription is refillable, you may request a refill of this VA prescription. **Active: On Hold=**An active prescription that will not be filled until pharmacy resolves the issue. Contact your VA pharmacy when you need more of this VA prescription. **Active: Parked=**A VA Prescription that is on file at VA Pharmacy and available for you to submit a fill request. This prescription may or may not have been previously filled. This prescription has been ordered by your VA provider but will not be sent to you until you request that it is filled. You may request this medication using MyHealtheVet, Rx Refill mobile app, VA phone service or mail in refills. **Active: Non-VA=**A medication that came from someplace other than a VA pharmacy. This may be a prescription from either the VA or other providers that was filled outside the VA. Or, it may be an over the counter (OTC), herbal, dietary supplement or sample medication. **Discontinued=**A prescription stopped by a VA provider. It is no longer available to be filled. Contact your VA healthcare team when you need more of this VA prescription. **Expired=**A prescription which is too old to fill. This does not refer to the expiration date of the medication in the container. Contact your VA healthcare team when you need more of this VA prescription.

| | |
|---|---|
| **Medication:** | OMEPRAZOLE 40MG EC CAP |
| **Instructions:** | TAKE ONE CAPSULE BY MOUTH ONCE DAILY BEFORE A MEAL FOR GERD |
| **Indication (Reason for use):** | FOR GERD |
| **Status:** | Active |
| **Refills Remaining:** | 6 |
| **Last Filled On:** | 22 Sep 2023 |

**APPENDIX 498**

| | Initially Ordered On: | 22 Sep 2023 | | |
|---|---|---|---|---|
| **Quantity** | **Days Supply** | **Pharmacy** | | **Prescription Number** |
| 30 | 30 | SACTO VA CENTER-119 | | 26831144 |

| | |
|---|---|
| **Medication:** | CITALOPRAM HYDROBROMIDE 40MG TAB |
| **Instructions:** | TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY FOR DEPRESSION |
| **Indication (Reason for use):** | FOR DEPRESSION |
| **Status:** | Active |
| **Refills Remaining:** | 3 |
| **Last Filled On:** | 22 Sep 2023 |
| **Initially Ordered On:** | 22 Sep 2023 |

| **Quantity** | **Days Supply** | **Pharmacy** | **Prescription Number** |
|---|---|---|---|
| 15 | 30 | SACTO VA CENTER-119 | 26831143 |

| | |
|---|---|
| **Medication:** | BUDESONIDE 0.5MG/2ML INH SUSP 2ML |
| **Instructions:** | USE 1 RESPULE (0.5MG/2ML) IN EACH NOSTRIL ONCE DAILY FOR NASAL RINSE MIX RESPULE CONTENTS WITH NEILMED SINUS RINSE AND SPRAY IN EACH NOSTRIL ONCE DAILY. *PADR APPROVED VIA QUICK ORDER* |
| **Indication (Reason for use):** | FOR NASAL RINSE |
| **Status:** | Active |
| **Refills Remaining:** | 11 |
| **Last Filled On:** | 22 Sep 2023 |
| **Initially Ordered On:** | 22 Sep 2023 |

| **Quantity** | **Days Supply** | **Pharmacy** | **Prescription Number** |
|---|---|---|---|
| 30 | 30 | SACTO VA CENTER-119 | 26831141 |

| | |
|---|---|
| **Medication:** | AZELASTINE 137MCG/SPRAY 200D NASAL INHL |
| **Instructions:** | SPRAY 2 WHIFFS IN EACH NOSTRIL TWICE A DAY FOR ALLERGIC RHINITIS |
| **Indication (Reason for use):** | FOR ALLERGIC RHINITIS |
| **Status:** | Active |
| **Refills Remaining:** | 11 |
| **Last Filled On:** | 22 Sep 2023 |
| **Initially Ordered On:** | 22 Sep 2023 |

| **Quantity** | **Days Supply** | **Pharmacy** | **Prescription Number** |
|---|---|---|---|
| 1 | 30 | SACTO VA CENTER-119 | 26831140 |

| | |
|---|---|
| **Medication:** | AMLODIPINE BESYLATE 5MG TAB |
| **Instructions:** | TAKE ONE TABLET BY MOUTH ONCE DAILY FOR BLOOD PRESSURE -DO NOT TAKE WITH GRAPEFRUIT JUICE. |
| **Indication (Reason for use):** | FOR BLOOD PRESSURE |
| **Status:** | Active |
| **Refills Remaining:** | 1 |
| **Last Filled On:** | 22 Sep 2023 |
| **Initially Ordered On:** | 22 Sep 2023 |

| **Quantity** | **Days Supply** | **Pharmacy** | **Prescription Number** |
|---|---|---|---|

**APPENDIX 499**

# *VA Notes*

| | |
|---|---|
| **Source:** | VA |
| **Last Updated:** | 31 Dec 2023 @ 1453 |
| **Sorted By:** | Date/Time (Descending) |

VA Notes from January 1, 2013 forward are available thirty-six (36) hours after they have been completed (except C&P Notes) and signed by all required members of your VA health care team. If you have any questions about your information please contact your VA health care team.

| | |
|---|---|
| **Date/Time:** | 27 Oct 2023 @ 1503 |
| **Note Title:** | V21 CCC PATIENT CONTACT NOTE |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | HEITMAN,THERESA K |
| **Co-signed By:** | HEITMAN,THERESA K |
| **Date/Time Signed:** | 27 Oct 2023 @ 1505 |

**Note**

 LOCAL TITLE: V21 CCC PATIENT CONTACT NOTE
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: OCT 27, 2023@15:03    ENTRY DATE: OCT 27, 2023@15:03:33
   AUTHOR: HEITMAN,THERESA K    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Spoke with: Patient

Contact info per CPRS:
ROSS,ROBERT ALLEN



(

Reason for calling: Pt wanted message sent to let team know he sent a seccure message for the FMLA paperwork his employer needed clairfication for page 3 question #5. Pt states files are attached. Time sensitive. Please F/u when able

**APPENDIX 500**

/es/ THERESA K HEITMAN
Advance MEDICAL SUPPORT ASSITANT
Signed: 10/27/2023 15:05

Receipt Acknowledged By:
10/30/2023 16:04     /es/ Shearon Jones, RN
                   Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 1430 |
| **Note Title:** | Nursing Emergency Dept Education |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SISON,ROSALIE C |
| **Co-signed By:** | SISON,ROSALIE C |
| **Date/Time Signed:** | 22 Sep 2023 @ 1430 |

**Note**

 LOCAL TITLE: Nursing Emergency Dept Education
STANDARD TITLE: EMERGENCY DEPT EDUCATION NOTE
DATE OF NOTE: SEP 22, 2023@14:30   ENTRY DATE: SEP 22, 2023@14:30:18
   AUTHOR: SISON,ROSALIE C   EXP COSIGNER:
   URGENCY:             STATUS: COMPLETED

EMERGENCY DEPARTMENT PATIENT EDUCATION AND DISPOSITION
The patient's learning needs including cultural and religious beliefs,
emotional barriers, desire and motivation to learn, physical and cognitive
limitations and barriers to communication were assessed.
Patient had NO Barriers to education identified.
Readiness to Learn:
Ready to learn.
Patient Preferences for Learning:
Patient expresses no preference


Patient handout provided for primary complaint.
NO
Patient education provided on medications.
YES
Physician instructions reviewed with patient.
YES
Other Patient Education if necessary:



Patient and/or significant other received & verbalizes understand of their
discharge instructions.
YES

**APPENDIX 501**

Patient and/or significant other is able to return demonstrate as listed
above:
NA

MENTAL STATUS:
   Level Of Awareness: Alert
   Oriented To: Person,place,date,situation.
DISPOSITION:
HOME
***
  Patient left Walking without assistance
VITAL SIGNS:

| Measurement DT | TEMP F(C) | RESP | PULSE | BP (L/MIN) | POx (%) |
|---|---|---|---|---|---|
| 09/22/2023 14:00 | 98.3(36.8) | 18 | 72 | 146/81 | 98 |
| 09/22/2023 13:00 | | 16 | 72 | 148/89 | 99 |
| 09/22/2023 12:16 | | 20 | 65 | 169/92 | 100 |

| Measurement DT | PAIN | WEIGHT LB(KG)[BMI] |
|---|---|---|
| 09/22/2023 14:00 | 0 | |
| 09/22/2023 13:00 | 0 | |
| 09/22/2023 12:16 | 0 | |

/es/ Rosalie C. Sison, RN BSN
Nurse, Emergency Dept/SAC
Signed: 09/22/2023 14:30

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 1421 |
| **Note Title:** | Nursing Emergency Dept Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SISON,ROSALIE C |
| **Co-signed By:** | SISON,ROSALIE C |
| **Date/Time Signed:** | 22 Sep 2023 @ 1430 |

**Note**

 LOCAL TITLE: Nursing Emergency Dept Note
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: SEP 22, 2023@14:21    ENTRY DATE: SEP 22, 2023@14:21:17
   AUTHOR: SISON,ROSALIE C    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

1400 Acting as break RN for primary Nurse,Pt. resting,denied pain/discomfort

**APPENDIX 502**

1415 Md at bedside with results and DC instructions

1429 Cleared for discharge.Instructions given,verbalized understanding, IV discontinued, catheter tip intact. Pressure dsg applied. Left ED in NAD with belongings.

/es/ Rosalie C. Sison, RN BSN
Nurse, Emergency Dept/SAC
Signed: 09/22/2023 14:30

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 1407 |
| **Note Title:** | Emergency Dept Discharge |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DOMA,ANAMIKA K |
| **Co-signed By:** | DOMA,ANAMIKA K |
| **Date/Time Signed:** | 22 Sep 2023 @ 1410 |

**Note**

 LOCAL TITLE: Emergency Dept Discharge
STANDARD TITLE: DISCHARGE NOTE
DATE OF NOTE: SEP 22, 2023@14:07   ENTRY DATE: SEP 22, 2023@14:07:04
   AUTHOR: DOMA,ANAMIKA K     EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

You have been evaluated in the Sacramento VA Medical Center Emergency Department.

You were treated today for: Depression, chest pain
If your symptoms worsen or new symptoms develop, contact your physician or return to the Emergency Department immediately.

For your specific condition you should look for warning signs that include:
Overwhelming feelings of sadness, suicidal ideations, worsening chest pain

---------------------------------------------------------------------
To follow up with your primary care provider please call 1 800-382-8387.
To follow up with the Mental Health Provider please call 1-916-366-5420 M to F.
The Suicide Hot line 24 / 7 at 1-800-273-8255
---------------------------------------------------------------------

*** THE TELEPHONE ADVICE NURSE CAN BE REACHED AT:1-800-382-8387. ***

We recommend that you follow up with your primary care provider
within 1 week. Your primary care provider along with your care
manager will be notified of your visit to the Emergency Department.There is a
possibility that your follow up may be accomplished with a telephone
appointment.

**APPENDIX 503**

1. Celexa 20 mg daily for depression.
2. Follow-up with therapist as outpatient.
3. Follow-up with your primary care physician in 1 week.
4. Return to ER for worsening symptoms.


/es/ Anamika K. Doma, DO
Physician, Emergency Medicine
Signed: 09/22/2023 14:10

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 1223 |
| **Note Title:** | ENT Note 11301 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | STEELE,TOBY OLIVER |
| **Co-signed By:** | STEELE,TOBY OLIVER |
| **Date/Time Signed:** | 22 Sep 2023 @ 1227 |

**Note**

 LOCAL TITLE: ENT Note 11301
STANDARD TITLE: OTOLARYNGOLOGY NOTE
DATE OF NOTE: SEP 22, 2023@12:23   ENTRY DATE: SEP 22, 2023@12:23:05
   AUTHOR: STEELE,TOBY OLIVER   EXP COSIGNER:
 URGENCY:             STATUS: COMPLETED

  *** ENT Note 11301 Has ADDENDA ***

ROSS,ROBERT ALLEN


F/U : Nasal obstruction/congestion, throat clearing.

Interval History: The patient returns today in follow up for the above. Has seen

Dr. Fuller to evaluate for UASS. He reports a long history of nasal
congestion/obstruction and mucous discharge. He has PND and throat clearing.
He's a pilot and flies internationally half of the month. He's tried
fluticasone. Both sides are obstructed, but right more than left. He has nasal
congestion. He also has some symptoms of otic barotrauma where he'll have a

difficult time clearing his ears. Prior septoplaty and turbinate reduction.

**APPENDIX 504**

Active issues :
Computerized Problem List is the source for the following:

1. Cough                                09/30/20  BUCAYCAY,ELEANO
2. Knee pain                            08/26/20  BUCAYCAY,ELEANO
3. Depressive episode                   08/31/22  ESPINOSA,SONJA
4. General Anxiety                      08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)     04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)             04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg                  03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS              03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)    08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)     05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia                      06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)


Meds :
Active Outpatient Medications (excluding Supplies):

  Active Outpatient Medications                 Status
=======================================================================
1)  ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY     ACTIVE
    MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH
    GRAPEFRUIT JUICE.)
2)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR  ACTIVE
    TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE
    DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
    LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT
    OF THE UPPER BODY. DON'T EXCEED A TOTAL DOSE OF 32
    GRAMS PER DAY. FOR PAIN AND INFLAMMATION

  Pending Outpatient Medications                Status
=======================================================================
1)  AZELASTINE 137MCG/SPRAY 200D NASAL INHL SPRAY 2     PENDING
    WHIFFS IN EACH NOSTRIL TWICE A DAY
2)  BUDESONIDE 0.5MG/2ML INH SUSP 2ML USE 1 RESPULE     PENDING
    (0.5MG/2ML) IN EACH NOSTRIL ONCE DAILY
3)  OMEPRAZOLE 40MG EC CAP TAKE ONE CAPSULE BY MOUTH ONCE  PENDING
    DAILY BEFORE A MEAL

  Active Non-VA Medications                     Status
=======================================================================
1)  Non-VA CYANOCOBALAMIN TAB  MOUTH             ACTIVE

6 Total Medications

Allergies : ERYTHROMYCIN, VICODIN, DARVOCET-N

**APPENDIX 505**

O/E:
Gen: alert, oriented, NAD
Head: NCAT
Eyes: PERRL
Nose: Anterior rhinoscopy reveals mucosal edema

Procedure: Nasal Endoscopy
Anesthesia: 4% lidocaine and phenylephrine.
Details: A rigid endoscope was used to evaluate the bilateral nasal passages and sinus ostia. Overall, mucosal inflammation is noted. Also noted is: 2+ ITs bilaterally. Midline septum. Mucostasis and mucous discharge from ITs bilaterally.

Impression:
Chronic rhinitis
Possible Chronic rhinosinusitis
LPR

Plan:
Start budesonide irrigations
Start PPI prior to meals
Start topical nasal antihistamine sprays.
Could consider procedural interventions such as IT reduction, possible ESS, PNN ablation, pending CT imaging (if no improvement CT next steP)

/es/ Toby O. Steele, MD
Staff Otolaryngologist
Signed: 09/22/2023 12:27

09/22/2023 ADDENDUM          STATUS: COMPLETED
Also try Hale nasal dilators to see how much valve is contributing.

/es/ Toby O. Steele, MD
Staff Otolaryngologist
Signed: 09/22/2023 12:28

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 1130 |
| **Note Title:** | Mental Health Inpatient Consult |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SILVA,STACIE K |
| **Co-signed By:** | SILVA,STACIE K |
| **Date/Time Signed:** | 22 Sep 2023 @ 1236 |

**Note**

 LOCAL TITLE: Mental Health Inpatient Consult
STANDARD TITLE: MENTAL HEALTH CONSULT
DATE OF NOTE: SEP 22, 2023@11:30    ENTRY DATE: SEP 22, 2023@11:30:09

**APPENDIX 506**

AUTHOR: SILVA,STACIE K       EXP COSIGNER:
URGENCY:                     STATUS: COMPLETED

*** Mental Health Inpatient Consult Has ADDENDA ***

Inpatient Mental Health Consultation Evaluation

CONSULT ISSUE(S): thoughts of wanting to go to sleep and not wake up

BRIEF HPI & INTERVIEW:
Mr. Ross is a 63 y/o male AF veteran with history of generalized anxiety
disorder and depression who self-presented to the ED with CC of intermittent
pectoral pain and throbbing neck pain during periods of stress, associated with
feeling tingling and pale. Psychiatry was consulted due to pt endorsing thoughts

of wanting to go to sleep and not wake up. Denies current intent or plan for
self-harm, but reports recent stress r/t job and family life.

Briefly, Mr. Ross states that he has been involved in an extremely stressful
legal situation since 2018, when he resigned as the Airline's labor union
steward due to issues with harrassment from an individual d/t his reporting of
alleged wrongdoing. He has been involved in lawsuits since then and harrassed on

social media. He spends time fighting these wrong accusations and defending his
name on social media platforms. Standing up for himself makes him feel better
but he also reports significant anxiety and feeling all-consumed by the stress
of these lawsuits. He has been having to commute long-distance to Texas for work

and is able to spend less time at home.

Reports stress at home r/t wife who works long hours and doesn't prefer to
engage in discussions about his stress. They have been sleeping separately for
the past year. Pt lives at home with wife and 2 adult children (ages 19 and 21)
who are currently in college; he is paying a portion of their tuition and
therefore cannot retire for another couple of years. He gets upset by their lack

of motivation and has felt alone in trying to discipline them.

Pt reports that he has been trying to get connected with a therapist for many
many months now and still hasn't heard back regarding his CC referral.
Previously saw a CC provider last yr. Reports that she provided little feedback
other than to tell him that it sounds like he should leave his marriage, and he
did not find it a good fit. He wants to address his anxiety r/t the trauma that
he has sustained over the past 5 years and learn how to better cope with his
current stressors. He reports thoughts of wanting to go to sleep and not wake
up. He recalls times over the past several years in which he has asked God to
take him from this life. However, he denies that he has thought of any plans to
end his own life. He ultimately feels that the other side will "win" if
he were
to kill himself because they would assume that they were right the whole time.
He states that he has had thoughts/ fantasies of harming the people who have
soiled his name, but he does not think of plans or have any intent to harm them.

Denies access to lethal means including firearms.

MENTAL STATUS EXAMINATION:
Older Caucasian male with average height and build, dressed in casual attire
with good grooming/hygiene. Behavior is calm and cooperative, actively engaged
with polite style. Good EC. Cognition grossly intact. No PMR/PMA. Speech is
normal volume/rate/rhythm, conversant prosody. Mood is neutral, anxious. Affect
full range. Thought process is circumstantial, and logical, no delusional
content elicited. Denies AVH. Denies active SI or HI. Denies

Active Outpatient Medications (excluding Supplies):

   Active Outpatient Medications              Status
=====================================================================
1)  ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY    ACTIVE
     MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH
     GRAPEFRUIT JUICE.)
2)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR  ACTIVE
     TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE
     DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
     LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT
     OF THE UPPER BODY. DON'T EXCEED A TOTAL DOSE OF 32
     GRAMS PER DAY. FOR PAIN AND INFLAMMATION

   Active Non-VA Medications                Status
=====================================================================
1)  Non-VA CYANOCOBALAMIN TAB  MOUTH          ACTIVE

3 Total Medications

Most recent vitals:
 Temp:  98.9 F [37.2 C] (09/22/2023 09:19)
 Pulse: 69 (09/22/2023 09:24)
 Resp:  17 (09/22/2023 09:24)
 BP:   152/94 (09/22/2023 09:24)
 Wt:    168.7 lb [76.52 kg] (04/20/2023 10:22)

DSM DIAGNOSIS:
Anxiety disorder, unspecified
GAD by history

ASSESSMENT: Mr. Ross is a 63 y/o male AF veteran with history of generalized
anxiety disorder and depression who self-presented to the ED with CC of
intermittent pectoral pain and throbbing neck pain during periods of stress,
associated with feeling tingling and pale. Psychiatry was consulted due to pt
endorsing thoughts of wanting to go to sleep and not wake up.

Mr. Ross has a history of seeking MH services in the past, first reaching out to

PCMHI in 2012 and then again in 2015 but without significant follow-up, for
symptoms of anxiety and depression in the context of significant marital and

**APPENDIX 508**

financial stressors. He has tried sertraline in the past but prefers to minimize

medications and focus on psychotherapy. Pt re-connected with MH services here at

the VA in 2022 (received CC referral but did not mesh well with therapist) and
then again in June 2023 (saw provider in PCMHI before getting connected with GMH

clinic). Pt was evaluated by Eliza Rosburg for psychotherapy, and it appears
that a CC referral was placed in 7/7/23 for psychotherapy due to long wait time
in GMH. Per chart review, an email was sent to CC provider in El Dorado Hills
8/29/23, but there has been no further communication regarding a plan for
scheduling.

Mr. Ross reports an exacerbation in his anxiety symptoms in the context of
chronic and ongoing social stressors. He would likely benefit signifciant for
psychotherapy for his anxiety, especially with regards to enhancing coping
skills, improving distress tolerance, and engaging in some cognitive
reprocessing thru CBT. He reached out for these services in June of this year,
but is still waiting to obtain a CC therapist to help him manage his anxiety and

emotions. Although he does endorse thoughts of not wanting to wake up, it
appears that these thoughts are relatively chronic in nature, and he denies any
planning or intent to act on his passive thoughts. He appears to be at or close
to his baseline risk for suicide at the present time and doesn't require
admission to a psychaitric unit for stabilization of acute symptoms.

Rather, I will alert his outpatient providers to this assessment with request to

expedite his CC referral as much as possible. He is waiting for communication
from the VA and is eager to schedule with a CC provider as soon as possible.

Pt is at LOW acute risk for suicide due to denial of active SI, future
orientation, help-seeking behaviors, and family connectedness.
Pt is at LOW chronic risk for suicide due no prior MH hospitalizations, major MH

diagnoses, or prior SA. Several static risk factors include age, gender, and
historical affective dysregulation. Protective factors include future
orientation, help-seeking behaviors, access to resources, and family support.

TREATMENT RECOMMENDATIONS:
- No indication for 5150 hold or voluntary hospitalization
- Okay to discha
rge home once medically cleared
- F/u with CC referral re: psychotherapy

Treatment options including pertinent risks and benefits were reviewed with the
patient or current decision-maker as clinically appropriate.  The above
recommendations were discussed with the medical team.

Thank you for this consult. You may contact 1-5501 if you have any questions to
reach the MH inpatient consult team.

**APPENDIX 509**

/es/ Stacie K. Silva, MD
STAFF PSYCHIATRIST
Signed: 09/22/2023 12:36

Receipt Acknowledged By:
* AWAITING SIGNATURE *    BRAKEL,MICHAEL JASON

09/25/2023 08:06    /es/ ███████ LCSW #110035
                    Social Worker (BHIP)
09/25/2023 08:43    /es/ Eliza Yumiko Maile Rosburg, LCSW

* AWAITING SIGNATURE *    NGUYEN,HAN THI NGOC

09/24/2023 14:59    /es/ Lee D. Sasse, LCSW-PIP
                    Suicide Prevention, MHS

09/25/2023 ADDENDUM          STATUS: COMPLETED
9/25/2023-discussed with BHIP team; suggestion to reach out to CC consult
managers.

9/25/2023-sent Teams message to CC consult managers; G. Rutherford reports will
address.  Refer to 9/25/2023 comment on 7/7/2023 CC BH consult for details.

**Alerting G. Rutherford as FYI
**Alerting E. Rosburg as FYI
**Alerting L. Sommers-Tarca as FYI
**Alerting S. Silva as FYI
**Alerting M. Brakel as FYI
**Alerting H. Nguyen as FYI
**Alerting L. Sasse as FYI

/es/ ███████ LCSW #110035
Social Worker (BHIP)
Signed: 09/25/2023 14:15

Receipt Acknowledged By:
* AWAITING SIGNATURE *    BRAKEL,MICHAEL JASON

* AWAITING SIGNATURE *    NGUYEN,HAN THI NGOC

09/25/2023 14:59    /es/ Eliza Yumiko Maile Rosburg, LCSW

09/27/2023 08:10    /es/ GLADY RUTHERFORD, MSN, RN
                    COMMUNITY CARE, MCCLELLAN VA
10/01/2023 16:42    /es/ Lee D. Sasse, LCSW-PIP
                    Suicide Prevention, MHS
09/25/2023 14:43    /es/ Stacie K. Silva, MD
                    STAFF PSYCHIATRIST
09/27/2023 12:09    /es/ Lacey M. Sommers-Tarca, PhD
                    Clinical Psychologist

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 0923 |
| **Note Title:** | Nursing Emergency Dept Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | MILES,KAREN |
| **Co-signed By:** | MILES,KAREN |
| **Date/Time Signed:** | 22 Sep 2023 @ 1441 |

**Note**

LOCAL TITLE: Nursing Emergency Dept Note
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: SEP 22, 2023@09:23   ENTRY DATE: SEP 22, 2023@09:23:10
   AUTHOR: MILES,KAREN       EXP COSIGNER:
   URGENCY:                  STATUS: COMPLETED


Mode of Arrival: Ambulatory
FALL SCREEN
Mather VA Emergency Department Fall Risk Assessment Tool

History of Falling in Last 3 Months:
 No = 0 points

Altered Mental Status (Dementia/Alzheimer's /Hypoglycemia Blood Sugar <
50 or
symptomatic):
 No = 0 points

Intoxicated/Overdose (Alcohol and/or drugs, prescribed medications):
 No = 0 points

Medications given in ED (Cardiac/blood pressure, opiates, benzodiazepines,
antipsychotics, anticholinergic, muscle relaxants, sedatives, diuretics):
 No = 0 points

Impaired Gait/ Weakness /Impaired vision and or hearing:
 No = 0 points

Mobility Assisted Devise Used:
 No = 0 points

Mobility Hazards:
 Cardiac Monitor/Pulse Oximeter /BP cuff
 Yes (see above selections) = 1 point max

Increased Elimination:
 No = 0 points

Was the patient's presentation/chief compliant due to ANY of the following:
positive orthostatic vitals, light headedness, dizziness or syncope?

**APPENDIX 511**

Yes = 5 points

Fall Risk Score: High Risk = 5 points or more (Implement High Fall Risk
Interventions) Fall risk interventions implemented based on ED Fall Prevention
Standard Operating Procedure.
SAO2
  PERCENT: 100% sat on room air
BLOOD PRESSURE
  152/94
PULSE
  69
RESPIRATIONS
  17
PAIN LEVEL
  0
NOTE SUMMARY/ASSESSMENT


0924-Assumed care of patient, Pt shares that he has been under stress recently.
This am patient was at ENT and decided to come to ED.  Describes chest pain
which radiates to back, occurs with tension. Feels his skin turns
"white"
Denies any shortness of breath, or sweating, can occurr at any time.
No chest pain or discomfort at this time.

1005-Dr Doma aware of I-stat troponin 0.01.

1008-Portable chest x-ray done.

1009-Blood pressure, 174/101-70HR
Pt states that he under lots of stress.

1031-IV fluid NS infusing at 125ml/hr
ETOH level drawn.

1035-BP 155/80-Paul, pharmacist aware, okay per him to hold medication.
Dr Doma will be consulted, States to hold medication.

1109-Mental Health at bedside.

1400-report to Rosaline RN for lunch relief.

/es/ Karen Miles, RN, CCRN, MN
Staff Nurse, Emergency Department
Signed: 09/22/2023 14:41

| Date/Time: | 22 Sep 2023 @ 0920 |
|---|---|
| Note Title: | Emergency Dept Clinician Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | DOMA,ANAMIKA K |

**APPENDIX 512**

| | |
|---|---|
| **Co-signed By:** | DOMA,ANAMIKA K |
| **Date/Time Signed:** | 22 Sep 2023 @ 1411 |

**Note**

 LOCAL TITLE: Emergency Dept Clinician Note
STANDARD TITLE: PHYSICIAN EMERGENCY DEPARTMENT NOTE
DATE OF NOTE: SEP 22, 2023@09:20   ENTRY DATE: SEP 22, 2023@09:20:24
   AUTHOR: DOMA,ANAMIKA K     EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** Emergency Dept Clinician Note Has ADDENDA ***

SACRAMENTO MATHER EMERGENCY DEPARTMENT VISIT NOTE
SEP 22, 2023
    [redacted]     Sex: MALE  Race:DECLINED TO ANSWER

CHIEF COMPLAINT / HISTORY OF PRESENTING ILLNESS:
-------------------------------------------------
63y/o MALE with hypertension c/o bilateral chest pain (squeezing, 5/10,
radiating to his back and right arm, lasting minutes) which has occurred 3 times

in the past 5 days.  Patient denies falls or chest trauma.  He also felt his
whole body tingling. Patient has been under a tremendous amount of stress at
work.  He has been feeling depressed and wishes that he does not wake up.
Denies fever/chills, dysuria, n/v/d,productive cough, or CP/SOB/abdominal pain.


ROS: All 13 systems are negative unless otherwise stated above in HPI.

PAST HISTORY:
Per CPRS & previous notes.
Computerized Problem List is the source for the following:

1. Cough                         09/30/20  BUCAYCAY,ELEANO
2. Knee pain                     08/26/20  BUCAYCAY,ELEANO
3. Depressive episode            08/31/22  ESPINOSA,SONJA
4. General Anxiety               08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)     04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)             04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg                 03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS             03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)         08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)         05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia        06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,    06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)

**APPENDIX 513**

ALLERGIES:ERYTHROMYCIN, VICODIN, DARVOCET-N

MEDS: Per CPRS: reconciliation not completed

Computer is the source for the following medication list:

DICLOFENAC NA 1% TOP GEL   Sig: APPLY 2 GRAMS TOPICALLY FOUR TIMES A DAY USE
DOSING CARD PROVIDED TO  MEASURE DOSE. DON'T EXCEED 16 GRAMS DAILY TO A
JOINT
OF THE LOWER  BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT OF THE UPPER
BODY.
DON'T  EXCEED A TOTAL DOSE OF 32 GRAMS PER DAY. FOR PAIN AND INFLAMMATION
ATORVASTATIN CALCIUM 40MG TAB   Sig: TAKE ONE TABLET BY MOUTH ONCE DAILY FOR
CHOLESTEROL (DO NOT TAKE WITH  GRAPEFRUIT JUICE.)


SOCIAL HX: non-smoker, no significant etoh/drug hx


PHYSICAL EXAMINATION:
VITALS: 04/20/2023 10:22 BP:137/87  HR:67 Wt:168.7 lb [76.52 k
RR: 16 (09/12/2022 09:53)
Temp: 97.7 F [36.5 C] (04/20/2023 10:22)
Pox: %RA Measurement DT   POx
          (L/MIN)(%)
04/20/2023 10:22  99
09/12/2022 09:53  98

General: A/Ox3, NAD, pleasant, calm & cooperative.  Patient is very tearful.
He
appears sad.
HEENT: NC/AT, MMM's, oropharynx clear, nares patent, no discharge.
Neck: Supple, nml ROM.
CV: RRR, no MRG.
Lungs: BS=bilat, no wheezes, rales, or rhonchi.
Abd: Soft, NT/ND, nml BS's, no guarding/rebound.
Ext: MAEx4, no LE edema.
Skin: Nml color, dry, and warm.
Neuro: No focal deficits, strength & sensation grossly intact.


EKG: NSR@75 bpm, normal axis, no acute ST-T wave changes.  Similar to prior EKGs

in CPRS on July 7, 2022.

LABORATORY VALUES:

| Collection DT | Spec | WBC | HGB | HCT | MCV | MCHC | PLT |
|---|---|---|---|---|---|---|---|
| 12/08/2021 12:53 | BLOOD | 6.7 | 15.8 | 48.0 | 90.4 | 32.9 | 360 |
| 08/20/2020 10:35 | BLOOD | 5.1 | 15.7 | 46.7 | 89.0 | 33.6 | 307 |

| Collection DT | Spec | GLUCOSE | BUN | CREAT | NA | K | CL | CO2 |
|---|---|---|---|---|---|---|---|---|

**APPENDIX 514**

```
01/19/2023 13:26 PLASMA  116   19   0.91   135 L   4.2    99    27
06/09/2022 12:07 PLASMA  115   19   1.00   137    5.3 H  105    28
```

```
Collection DT      Spec  ALT  AST  ALK PHO ALBUMIN T. BIL  PROTEIN
01/19/2023 13:26   PLASM  18   17   57     4.5    0.9     7.6
12/08/2021 12:52   PLASM  26   24   60     4.9 H  0.8     7.7
```

SCL1 - UA
```
Collection DT      Spec  COLOR  SP.GRAV UROBILI BILIRUB KETONES  GLU   Ur Prot
08/20/2020 10:35   URINE Amber  1.025   <0.2 L  Negative Negative Negative
Negative
```

MIC - Microbiology
 No data available

---------------------------------------------------------------
LAB RESULTS LAST 24 HRS - NONE FOUND

IMAGING:
                              09/22/2023 09:20
 No data available

MEDS DISPENSED IN EMERGENCY DEPARTMENT: per orders
---------------------------------------

ED COURSE:
------------
PCP added as additional signer to this note to assist with continuity of care.

14: 00 mental health has seen the patient and is recommending that he follow-up with outpatient psychotherapy.  I strongly believe the patient needs to be started on an antidepressant until he sees a therapist.  I will start him on a daily antidepressant and have him follow-up with mental health as outpatient.  I

will also have him follow-up with his primary care physician as outpatient.

DIFFERENTIAL/Medical Decision Making:
-------------------------------------
r/o PNA, UTI, electrolyte abn, anemia, dehydration, MI, PE, depression

IMPRESSION/PROBLEM LIST:
-----------------------
1.  Chest pain
2.  Depression

ED PLAN/RECOMMENDATIONS:
-----------------------
1.  Celexa 20 mg daily for depression.

**APPENDIX 515**

2. Follow-up with therapist as outpatient.
3. Follow-up with your primary care physician in 1 week.
4. Return to ER for worsening symptoms.


NSAIDs
Discussed long term side effects of pain medications including
effects on stomach, liver, kidneys, blood, bleeding, etc.
Patient understands, advised to use pain meds very judiciously and sparingly.

Tylenol/Acetaminophen containing products
Discussed possible long term side effects of medication use including
effects on stomach, liver, kidneys, blood, bleeding, etc. Patient
understands, advised that if so chooses to use this medication, to do so
judiciously and sparingly, maximum 4g total dose per 24hrs.

Continue current medications.
Diabetic patients advised to monitor blood glucose at home as instructed.
Advised to monitor blood pressure at home.

Patient advised to call for any concerns, questions or symptoms.
Return to Emergency Department if symptoms worsen.

Follow up with Primary Care Provider (PCP) - pt to contact PCP in 1-2 days.
Return to ED if presenting signs/symptoms persist, worsen or otherwise
concerned.

Treatment and plan discussed and agreed upon with the patient.
Disposition: Discharged home.
Condition: Improved, stable.
Referral to: Primary MD, pt will call for follow up.
Written Discharge Instructions provided to patient.

/es/ Anamika K. Doma, DO
Physician, Emergency Medicine
Signed: 09/22/2023 14:11

Receipt Acknowledged By:
09/22/2023 15:36        /es/ Kamalpreet Dulai, MD
                                 Physician, Primary Care

09/22/2023 ADDENDUM                STATUS: COMPLETED
14: 15 I will send patient home with Amlodipine 5 mg daily for his hypertension.


/es/ Anamika K. Doma, DO
Physician, Emergency Medicine
Signed: 09/22/2023 14:18

| Date/Time: | 22 Sep 2023 @ 0918 |
|---|---|
| Note Title: | Nursing Emergency Dept Triage |

**APPENDIX 516**

| | |
|---|---|
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | TORRES,CATHY CHI |
| **Co-signed By:** | TORRES,CATHY CHI |
| **Date/Time Signed:** | 22 Sep 2023 @ 0923 |

**Note**

LOCAL TITLE: Nursing Emergency Dept Triage
STANDARD TITLE: NURSING EMERGENCY DEPARTMENT TRIAGE NOTE
DATE OF NOTE: SEP 22, 2023@09:18   ENTRY DATE: SEP 22, 2023@09:19:01
   AUTHOR: TORRES,CATHY CHI   EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

Emergency Department/Urgent Care Center Triage
Patient ▮▮▮▮        Sex: MALE
On arrival patient was: AMBULATORY
Patient phone number: (▮▮▮▮▮▮▮▮         PHONE NUMBER [CELLULAR] - (▮▮▮▮▮▮▮▮
Allergies: ERYTHROMYCIN, VICODIN, DARVOCET-N

Subjective/Chief Complaint:
Drove self to ED endorsing pectoral pain and neck pain that is thobbing and
intermittent when he is stressed. Noted tingling and paleness when he get that
way. Denies acute SOB/N/V/d/f/c.

Objective:
AAox4, speaking in full sentences. NAD. Ambulatory with steady gait. Skin is
warm dry and normal in color. VSs stable for now. Roomed in ED 11. EKG done.
The patient is not a fall risk.


Vital Signs:
Vitals Taken:
Temperature
 98.9 F (37.2 C)
Pulse
 74
Respirations
 16
Blood Pressure
 164/91
Pain scale recorded:
 9
Pulse Oximetry 99 Room Air
Emergency Severity Index (ESI) level
Level 3

Current Medications:
Active Outpatient Medications (excluding Supplies):

    Active Outpatient Medications              Status

**APPENDIX 517**

========================================================================

1) ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY     ACTIVE
   MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH
   GRAPEFRUIT JUICE.)
2) DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR  ACTIVE
   TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE
   DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
   LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT
   OF THE UPPER BODY. DON'T EXCEED A TOTAL DOSE OF 32
   GRAMS PER DAY. FOR PAIN AND INFLAMMATION

   Active Non-VA Medications                      Status
========================================================================
1) Non-VA CYANOCOBALAMIN TAB  MOUTH             ACTIVE

3 Total Medications

Current Problems:
Computerized Problem List is the source for the following:

1. Cough                          09/30/20  BUCAYCAY,ELEANO
2. Knee pain                      08/26/20  BUCAYCAY,ELEANO
3. Depressive episode             08/31/22  ESPINOSA,SONJA
4. General Anxiety                08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)     04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)               04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg               03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS               03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)          08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)          05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia               06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)

Suicide Screen:
Columbia Suicide Severity Rating Scale (C-SSRS) screener
 1. Over the past month, have you wished you were dead or wished you could go
to sleep and not wake up?
 No

 2. Over the past month, have you had any actual thoughts of killing yourself?
 No

 3. Over the past month, have you been thinking about how you might do this?
 Response not required due to responses to other questions.

 4. Over the past month, have you had these thoughts and had some intention of
acting on them?

**APPENDIX 518**

Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

MENTAL STATUS:
    Level Of Awareness: Alert
    Oriented To: Person,place,date,situation.
Female of Child-bearing age (< 52 yo)?
NO
DOMESTIC VIOLENCE SCREEN
Are you living in a home where you have been hit, kicked, verbally or sexually threatened by someone recently?
No
SEPSIS SCREEN
Does the patient meet Two or more of the following parameters?

Temperature >100.4 F (38C) F or <96.8 F (36C)
Acute altered mental status GCS <15
Heart Rate >90 bpm
Respirations >20 bpm
WBC >12k or <4K (if known)

OR

Any one of the following:
SBP < 90 mmHg
SBP drop of 40mmHg from baseline
  NO
The patient was asked if in the last 14 days they have had new onset of any COVID-19 symptoms. They report the following:
  No symptoms
Within the past 14 days, the patient reports no exposure to someone with a febrile/respiratory illness or someone with a known or suspected case of COVID-19 (within 6 feet for > 15 minutes).

Result:
  Screen is negative.
Weapons/Contraband Screening:

**APPENDIX 519**

Do you have any of the following items with you?
Guns
Knifes
Illegal drugs, including Marijuana
  None

/es/ Cathy C. Torres, RN, BSN, CCRN
Nurse ED/SAC
Signed: 09/22/2023 09:23

| | |
|---|---|
| **Date/Time:** | 22 Sep 2023 @ 0859 |
| **Note Title:** | Reusable Medical Equipment Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SALGADO,SHELDON B |
| **Co-signed By:** | SALGADO,SHELDON B |
| **Date/Time Signed:** | 22 Sep 2023 @ 0906 |

**Note**

 LOCAL TITLE: Reusable Medical Equipment Note
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: SEP 22, 2023@08:59   ENTRY DATE: SEP 22, 2023@09:00:07
  AUTHOR: SALGADO,SHELDON B   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

REUSABLE MEDICAL EQUIPMENT TRACKING:
  A procedure was done using an endoscope with the following serial number
  [SCOPE 1]:
   Serial#:  800999

/es/ Sheldon B. Salgado
Health Technician, Mather
Signed: 09/22/2023 09:06

| | |
|---|---|
| **Date/Time:** | 18 Aug 2023 @ 1148 |
| **Note Title:** | COMMUNITY CARE-CARE COORDINATION PLAN NOTE |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CARRAS,JENNIFER ANN |
| **Co-signed By:** | CARRAS,JENNIFER ANN |
| **Date/Time Signed:** | 18 Aug 2023 @ 1149 |

**Note**

 LOCAL TITLE: COMMUNITY CARE-CARE COORDINATION PLAN NOTE
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: AUG 18, 2023@11:48   ENTRY DATE: AUG 18, 2023@11:48:42

**APPENDIX 520**

AUTHOR: CARRAS,JENNIFER ANN  EXP COSIGNER:
URGENCY:                STATUS: COMPLETED

Community Care Consult: Behavioral Health
Consult No: 612_5937974
HSRM Referral #: VA0031123341

Chief Complaint:  Depression, unspecified(ICD-10-CM F32.A)

Patient Admitted? No
Level of Care Coordination
 Moderate
 Care Coordination was determined from:
 Chart Review

 Facility Community Care Office Contact
 Care Coordination Point of Contact: Office of Community Care
          Phone Number: 707-562-8430, opt 2
Services:
Basic Care Coordination Services
Direct communication to referring provider
Care management, if appropriate

Plan:
Assist PRN with communication between Community Care providers and the
interdisciplinary VA team. Coordinate appropriate patient care along the
continuum of the Community Care Consult.

/es/ JENNIFER ANN CARRAS
BSN, RN, Community Care, MCC
Signed: 08/18/2023 11:49

| | |
|---|---|
| Date/Time: | 14 Aug 2023 @ 1104 |
| Note Title: | MH Evidence Based Psychotherapy (EBP) Individual Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | ROSBURG,ELIZA YUMIKO MAILE |
| Co-signed By: | ROSBURG,ELIZA YUMIKO MAILE |
| Date/Time Signed: | 18 Aug 2023 @ 0928 |

**Note**

 LOCAL TITLE: MH Evidence Based Psychotherapy (EBP) Individual No
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: AUG 14, 2023@11:04   ENTRY DATE: AUG 14, 2023@11:05:03
 AUTHOR: ROSBURG,ELIZA YUMIK  EXP COSIGNER:
 URGENCY:               STATUS: COMPLETED

ROSS, ROBERT ALLEN is a 63 year old MALE

**APPENDIX 521**

Other Mental Health Providers, including Vet Center Staff:
████████ LCSW, MHTC

PURPOSE FOR SESSION:
Supportive therapy

TIME SPENT WITH PATIENT:
38-52 minutes (CPT: 90834)

INFORMED CONSENT
Patient's identity verified via name and DOB. Patient has been informed of limits of confidentiality and clinic policies including mandated reporting of abuse situations and confidentiality related to self/other harm. Patient provided informed consent for treatment including risks, benefits, and potential complications. Patient expressed understanding and agreed to voluntarily proceed with evaluation and/or treatment.

SUBJECTIVE CONTENT OF SESSION:
Veteran endorsing ongoing anxiety, anger and depression given continued legal stressors. Reported that his "basket is full" and distracts himself with
working and "pleasing others." Stated that he was seen by his PCP last year, as
he was experiencing physiological sxs (i.e. heart racing), completed "stress
test," given heart monitor, etc., but stated no significant medical concerns
were identified. Reported that he continues with traveling out of state to begin
his shift, as a flight attendant and with marriage and parenting stress. Noted however, that this lawsuit remains his primary concern and believes is biggest contributor to his sxs. Veteran reporting that he belongs to a FB page, of which
he responds to false accusations made against him and describes this to be "cathartic." Endorsed passive SI, "go to sleep and not wake up," but adamantly
denies any behaviors, plan, or intent. Reported that he would never do anything to harm himself.

OBJECTIVE/INTERVENTION:
Met with Veteran today for supportive session. Focused on building rapport, offered active listening with reflective feedback. Provided some psychoeducation
about anxiety (i.e. normal vs problematic), identifying coping skills, use of

**APPENDIX 522**

stress management to manage mood, and discussed benefits. Veteran receptive and participatory. Assessed for safety. Veteran endorsing passive SI, but adamantly denying any behaviors, plan, or intent. Denies HI. Denies access to firearms.

Veteran is a 63y/o, AF, Male, who was initially referred by PCMHI as Veteran requested to return to the VA after receiving ind therapy by CC provider

and felt not a good fit. Veteran with comp assessment completed in 2015 and documented diagnosis of MDD and GAD. Veteran endorsing sxs of anxiety and depression and significant workplace and related legal stressors. Veteran requested EBP therapy with VA and informed of wait times at comp update appt (see CPRS), but today requesting to try CC again with preference to not be assigned previous clinician. This writer to notate request in consult and cancel

active consult for ind EBP with VA. Discussed with Veteran that due to his changing work schedule, a CC provider may be the most suitable option vs engagement with VA provider for ind EBP. Veteran agreeable. Declines all other VA MH tx services at this time.

MENTAL STATUS EXAM
Appearance and Behavior: Veteran presented to appointment on time. Good eye contact. Casually dressed. Behavior congruent to situation. Appeared stated age.
    Grooming and Hygiene: Good
    Psychomotor Activity: Within normal limits
    Demeanor: Cooperative, engaged
Speech: Normal in prosody, rate, and volume
Mood: anxious, some frustration, down
Affect: Full range, congruent with mood
Thought Process: Logical and linear
Thought content/Perceptual Disturbances: future focused, goal directed, No abnormal thought content; no evidence of obsessions, delusions, or paranoia/ Denied AVH; did not appear to be responding to internal stimuli
Cognition:
    Orientation: Fully oriented
    Memory: No issues reported or observed but not formally assessed
    Attention: Within normal limits
    Insight/Judgment: Good/good

VETERAN WAS PROVIDED WITH THE FOLLOWING CONTACT INFORMATION:
Advised of clinic contact: Name/Phone Number: Eliza Rosburg, LCSW ███████
███████ Provided contact and instructions Veterans Crisis Line: 1-800-273-8255, option #1 at the prompt, or dial 988, option #1 at the prompt, or text to 838255. Veteran aware of clinic hours, Access services for same day appt by phone or walkin, or visiting the nearest ED for a MH emergency. Veteran endorsed

passive SI, but adamantly denied any bxs, plan or intent. Denies hx of SA/SIB.

**APPENDIX 523**

ROSS, ROBERT ALLEN
Date of Birth:                                                                                      Page 65 of 337
Case 3:22-cv-01343-Y   Document 239-12   Filed 04/26/24   Page 40 of 43   PageID 7203

Denies HI. Does not appear to be an imminent risk to self or others. No acute distress. Is at LOW acute/ chronic risk. Risk factors: gender, mood sxs, legal problems, work and marital stress. Protective factors: responsibility as parent,

help seeking, desire to improve, denied access to firearms. Collective high confidence in the ability of the Veteran to independently maintain safety. Remains appropriate for outpatient care.

DIAGNOSIS:
Depression d/o, unspecified
Anxiety d/o, unspecified

PLAN
1. Veteran was familiarized with the BHIP model and EBPs to address treatment goals in 8-16 sessions. Veteran was offered individual therapy, which he accepted. Veteran was informed of the wait time at MCCL VA for a therapist and consult for community therapist was offered, which he accepted.
2. Veteran offered med eval and declined.
3. Veteran offered group therapy and Peer Support services and declined.
4. Veteran was encouraged to contact this provider if he needs support in the interim and/or resources.
5. Veteran informed of when and how to access routine and emergent mental health

care, as noted above and expressed understanding.

/es/ Eliza Yumiko Maile Rosburg, LCSW

Signed: 08/18/2023 09:28

| | |
|---|---|
| **Date/Time:** | 05 Jul 2023 @ 0830 |
| **Note Title:** | MHTC Assignment/Reassignment Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ROSBURG,ELIZA YUMIKO MAILE |
| **Co-signed By:** | ROSBURG,ELIZA YUMIKO MAILE |
| **Date/Time Signed:** | 07 Jul 2023 @ 1030 |

**Note**

 LOCAL TITLE: MHTC Assignment/Reassignment Note
STANDARD TITLE: MENTAL HEALTH ADMINISTRATIVE NOTE
DATE OF NOTE: JUL 05, 2023@08:30    ENTRY DATE: JUL 06, 2023@09:15:07
  AUTHOR: ROSBURG,ELIZA YUMIK  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

MHTC Initial Assignment

**APPENDIX 524**

This note documents the initial assignment of the Veteran's Mental
Health Treatment Coordinator (MHTC) on Jul 5,2023. The Veteran's
new Mental Health Treatment Coordinator is:

MHTC Name: ███████████ LCSW
MHTC Contact information:
        Office Phone:916-██████████
        Other contact:

The assignment of the MHTC and education on the role of the MHTC in the
Veteran's mental health care was discussed with the Veteran,
who verbally concurred with the new assignment. The MHTC's
contact information was provided to the Veteran.

The Veteran's CPRS chart (i.e., PCMM) and MH Treatment Plan have been
updated to
reflect the new MHTC Assignment. The Veteran's new MHTC, along with the
previous
MHTC if applicable, are included as additional signers on this note.
The undersigned of this note is not the Veteran's new MHTC.
The Veteran and/or Veteran's Family has had or is scheduled to
have contact with the newly assigned MHTC:███████████ LCSW .

/es/ Eliza Yumiko Maile Rosburg, LCSW

Signed: 07/07/2023 10:30

Receipt Acknowledged By:
07/10/2023 09:11    /es/ ███████████ LCSW #110035
            Social Worker (BHIP)
07/12/2023 14:48    /es/ HELEN TERRY STALLWORTH
            Program Support Assistant

| | |
|---|---|
| **Date/Time:** | 05 Jul 2023 @ 0758 |
| **Note Title:** | MH COMPREHENSIVE ASSESSMENT UPDATE CONSULT |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ROSBURG,ELIZA YUMIKO MAILE |
| **Co-signed By:** | ROSBURG,ELIZA YUMIKO MAILE |
| **Date/Time Signed:** | 07 Jul 2023 @ 1029 |

**Note**

 LOCAL TITLE: MH COMPREHENSIVE ASSESSMENT UPDATE CONSULT
STANDARD TITLE: MENTAL HEALTH CONSULT
DATE OF NOTE: JUL 05, 2023@07:58    ENTRY DATE: JUL 05, 2023@07:58:18
  AUTHOR: ROSBURG,ELIZA YUMIK  EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

MENTAL HEALTH COMPREHENSIVE ASSESSMENT UPDATE CONSULT

**APPENDIX 525**

The following assessment is an update to the Mental Health Comprehensive
Assessment which was completed on the date shown below. Please refer to that
initial assessment for historical data not subject to changing since that time.
The information in this assessment was obtained by the Veteran and their
medical record.

Most recent MH Comprehensive Assessment

Information:
Computed Finding: VA-Progress Note
08/31/2015@13:19 value - MH COMPREHENSIVE ASSESSMENT; Author: WEBER,DIANE ELLA


DEMOGRAPHIC UPDATES:

Residential Address:
████████████████████
████████████████████
Phone: PHONE NUMBER [CELLULAR] - (████████████
-       Permission to leave confidential message? Yes
Email: EMAIL ADDRESS - 1RROSS@COMCAST.NET

Emergency Contact Information
    Contact: ROSS,KIMBERLY
Relationship: EXTENDED FAMILY MEMBER
    Address: 4701 HAYLOFT COURT
        EL DORADO HLS, CALIFORNIA  95762
    Phone: (916)933-8088
 Work Phone:

MODALITY OF VISIT: Face to Face

INFORMED CONSENT
Patient's identity verified via name and DOB. Patient has been informed of
limits of confidentiality and clinic policies including mandated reporting of
abuse situations and confidentiality related to self/other harm. Patient
provided informed consent for treatment including risks, benefits, and potential

complications. Patient expressed understanding and agreed to voluntarily proceed

with evaluation and/or treatment.


In your own words what led you to seeking mental health services?
Verified Veteran's identify via name and DOB. Confirmed Veteran's
address and
phone number in CPRS. Veteran reporting significant stressors with family and
work. Stated "last couple of years have been incredibly stress
induced."
Described that he is not the same person he was, sharing mood to be angry,
intolerant, and impatient, affecting his relationships at home and at work.
Reported feeling depressed as his career is not where he thought it would be

**APPENDIX 526**

with regard to his age. Stated that he has two grown children (ages 19 and 21), in college whom he financially supports, and therefore, not in a position to make any changes career wise. Reported that he has been a flight attendant for the last 40 years, but has his pilot license. Noted that he has made sacrifices for his family, and beginning in Feb 2023, had to begin commuting to work to Dallas which has added "exponentially" to his stress level. Reported he is not proud of who he has become. Stated that he is going through a lawsuit that began

in 2020, as he was "wrongfully accused" at work. Explained that he feels disrespected as a result and shared how this has created in himself "insecurities" and described others to be "mean spirited." Shared that he has also served as president of the flight attendant union. Endorsed trouble with sleep onset and maintenance and mind racing. Reported having thoughts of going to sleep and not waking up, but adamantly denies any bxs, plan or intent. Denies hx of SA/SIB. Denies that he would ever do anything to harm himself, as it would hurt his family (wife and children) which he does not want to do. Stated that he has lashed out in the past when angry, but denies ever wanting to

hurt anyone. Denied HI.


What is your goal for receiving mental health care?
Stated is seeking ind therapy with VA therapist, as prior CC provider was not a good fit for him.


EPISODES OF CARE
Psychiatric hospitalizations since the last assessment was completed?
 Yes
  Stated was hospitalized for 24hrs when he lived in Ft Worth, TX in 2019 due to anger. Stated that a situation happened in his family, but did not provide details. Endorsed SI at the time.
Any outpatient Mental Health care in the last 2 years?
 Yes
  2022 with CC therapist


RISK ASSESSMENT
 Columbia Suicide Severity Rating Scale (C-SSRS) screener
  1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
  Yes

  2. Over the past month, have you had any actual thoughts of killing yourself?
  No

  3. Over the past month, have you been thinking about how you might do this?
  Response not required due to responses to other questions.

**APPENDIX 527**