4. Over the past month, have you had these thoughts and had some intention of acting on them?
Response not required due to responses to other questions.

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
Response not required due to responses to other questions.

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.
Have you experienced thoughts about harming others in the last 12 months?
No
Do you have access to firearms or other weapons?
No


SUBSTANCE USE within the last 12 months?
Yes
Alcohol:
Reported has 1 glass of wine or beer, maybe nightly, social basis only; states takes drug test randomly for work, and therefore is cautious of alcohol intake.


MEASUREMENT BASED TOOLS
PHQ-9
A PHQ-9 screen was performed. The score was 19 which is suggestive of moderately severe depression.

1. Little interest or pleasure in doing things
Not at all

2. Feeling down, depressed, or hopeless
Nearly every day

3. Trouble falling or staying asleep, or sleeping too much
Nearly every day

4. Feeling tired or having little energy
More than half the days

5. Poor appetite or overeating

**APPENDIX 528**

Not at all

6. Feeling bad about yourself or that you are a failure or have let yourself
or your family down
Nearly every day

7. Trouble concentrating on things, such as reading the newspaper or watching
television
Nearly every day

8. Moving or speaking so slowly that other people could have noticed. Or the
opposite being so fidgety or restless that you have been moving around a lot
more than usual
Nearly every day

9. Thoughts that you would be better off dead or of hurting yourself in some
way
More than half the days

10. If you checked off any problems, how DIFFICULT have these problems made
it for you to do your work, take care of things at home or get along with
other people?
Extremely difficult

GAD-7

1. Feeling nervous, anxious or on edge
Nearly every day

2. Not being able to stop or control worrying
Nearly every day

3. Worrying too much about different things
Nearly every day

4. Trouble relaxing
Nearly every day

5. Being so restless that it is hard to sit still
Nearly every day

6. Becoming easily annoyed or irritable
Nearly every day

7. Feeling afraid as if something awful might happen
Not at all

NOTABLE MEDICAL UPDATES since last assessment was completed?
Yes
   States has high blood pressure, has been prescribed medications to manage
mood.

**APPENDIX 529**

PSYCHOSOCIAL UPDATE

Relationship Status: Married

Current Housing:  Stable

Finances:  Stable

Employment:  Stable

Describes relationship with spouse as "horrible," "made me intolerant of what
I've tolerated." States has "good relationshp with the kids...if spouse would
stay out of it." Identifies close network of friends, lot of supporters, and

stated is well liked. However, noted that due to false accusations, social media

has been detrimental. States that he enjoys golfing and enjoys going to Lake
Tahoe, but lacks time to engage in leisure activities. Reported is heavily
involved in swim community and family does not have day off.
  Additional Info: Since you were last seen in Mental Health, have there
  been any other changes to your functioning or social circumstances that
  we should be aware of?

See above.


MENTAL STATUS EXAM
Appearance and Behavior: Veteran presented to appointment on time. Good eye
contact. Casually dressed. Behavior congruent to situation. Appeared stated age.

  Grooming and Hygiene: Good
  Psychomotor Activity: Within normal limits
  Demeanor: Cooperative, down, guarded
Speech: Normal in prosody, rate, and volume
Mood: anxious, some frustration
Affect: Full range, congruent with mood
Thought Process: Logical and linear
Thought content/Perceptual Disturbances: future focused, goal directed, No
abnormal thought content; no evidence of obsessions, delusions, or paranoia/
Denied AVH; did not appear to be responding to internal stimuli
Cognition:
  Orientation: Fully oriented
  Memory: No issues reported or observed but not formally assessed
  Attention: Within normal limits
  Insight/Judgment: Good/good


VETERAN WAS PROVIDED WITH THE FOLLOWING CONTACT INFORMATION:

**APPENDIX 530**

Advised of clinic contact: Name/Phone Number: Eliza Rosburg, LCSW

Provided contact and instructions Veterans Crisis Line: 1-800-273-8255, option # 1 at the prompt, or dial 988, option #1 at the prompt, or text to 838255. Veteran aware of clinic hours, Access services for same day appt by phone or walkin, or visiting the nearest ED for a MH emergency. Veteran endorsed passive SI, but adamantly denied any bxs, plan or intent. Denies hx of SA/SIB. Denies HI. Does not appear to be an imminent risk to self or others. No acute distress.

Is at LOW acute/ chronic risk. Risk factors: gender, mood sxs, legal problems, work and marital stress. Protective factors: responsibility as parent, help seeking, desire to improve, denied access to firearms. Collective high confidence in the ability of the Veteran to independently maintain safety. Remains appropriate for outpatient care.

DIAGNOSIS:
Depression d/o, unspecified
Anxiety d/o, unspecified

SUMMARY AND TREATMENT RECOMMENDATIONS:
Veteran is a 63y/o, Male, AF Veteran, who was referred by PCMHI as Veteran requesting to return to VA after receiving ind therapy by CC provider and felt not a good fit. Veteran with comp assessment completed in 2015 and documented diagnosis of MDD and GAD. Veteran today endorsing sxs of anxiety and depression and significant workplace and related legal stressors. Veteran also endorsing passive SI, but adamantly denying any bxs, plan or intent. Denies access to weapons. Veteran requesting EBP therapy with VA and informed of wait times. Veteran declined med eval, groups, and Peer Support services. Stated that he does not wish to take any medications and is not open to attending groups or receiving other support services. Veteran and clinician reviewed all mental health treatment options: medication management for mood, EBP individual and group therapy, Peer Support, ARTS and/or other Specialty treatment. Consult placed for EBP ind therapy. Veteran offered bridge appt for additional support and accepted. RTC to be placed.

1. Provided empathy, active listening, unconditional positive regard and supportive counseling to Veteran.
2. Educated Veteran about available services in the General Mental Health Clinic including Access, individual therapy, group therapy, medication management and ARTS Programming.
3. Provided Access/Triage LCSW direct contact and contact information for the Veterans Crisis Line 988, #1
4. Veteran was familiarized with the BHIP model and EBPs to address treatment goals in 8-16 sessions. Veteran was offered individual therapy, which he accepted. Veteran was informed of the wait time at MCCL VA for a therapist and consult for community therapist was offered, which he declined. Veteran prefers to wait for a VA therapist. EBP consult to be placed.
5. Veteran offered med eval and declined.

**APPENDIX 531**

6. Veteran offered group therapy and Peer Support services and declined.
7. Veteran was encouraged to contact this provider if he needs support in the interim and/or resources.

Clinical Reminders:
Depression Screening:
Perform PHQ-2
A PHQ-2 screen was performed. The score was 3 which is a positive screen for depression.

Over the past two weeks, how often have you been bothered by the following problems?

1. Little interest or pleasure in doing things
Not at all

2. Feeling down, depressed, or hopeless
Nearly every day

/es/ Eliza Yumiko Maile Rosburg, LCSW

Signed: 07/07/2023 10:29

| | |
|---|---|
| **Date/Time:** | 13 Jun 2023 @ 1540 |
| **Note Title:** | PCMHI Care Management Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | BRAKEL,MICHAEL JASON |
| **Co-signed By:** | BRAKEL,MICHAEL JASON |
| **Date/Time Signed:** | 13 Jun 2023 @ 1542 |

**Note**

LOCAL TITLE: PCMHI Care Management Note
STANDARD TITLE: CARE MANAGEMENT NURSING NOTE
DATE OF NOTE: JUN 13, 2023@15:40:05  ENTRY DATE: JUN 13, 2023@15:40:05
   AUTHOR: BRAKEL,MICHAEL JASO  EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Reviewed by PCMHI RNCM:

Suicidal/Homicidal/Assaultive Ideation/Intent/Plan:

Yes, Veteran states only passive SI related to workplace stress but reports he does not have a plan or intent to hurt himself or others.

**APPENDIX 532**

ROSS, ROBERT ALLEN
Date of Birth: ██████          Page 74 of 337
Case 4:22-cv-00343-Y   Document 239-13   Filed 04/26/24   Page 6 of 41   PageID 7212

Name: ROSS, ROBERT ALLEN
██████
Date of visit: 6/13/2023 3:37:00 PM

These assessments were sent to the Veteran via text/email and were completed by the Veteran on their own device.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PATIENT HEALTH QUESTIONNAIRE-9 (PHQ-9)

The patient reported symptoms consistent with a major depressive episode.

Patient reported being bothered by the following over the last 2 weeks:
1. Little interest or pleasure: More than half the days
2. Feeling down, depressed or hopeless: Nearly every day
3. Trouble sleeping: Nearly every day
4. Tired, low energy: More than half the days
5. Poor appetite, over-eating: Nearly every day
6. Feelings of failure, guilt: Nearly every day
7. Trouble concentrating: Nearly every day
8. Motor retardation, agitation: Not at all
9. Thoughts better off dead/hurting self: Several Days

PHQ-9 total score = 20
1-4 = minimal symptoms          5-9= mild symptoms
10-14= moderate symptoms          15-19= moderately severe symptoms
20-27= severe depressive symptoms

The patient stated that the depressive symptoms made it extremely difficult to work, take care of things at home, or get along with others.

PHQ-9 Total Score (past 180 days):
   06/13/2023    20

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
GENERAL ANXIETY DISORDER-7 (GAD-7)

Patient reported being bothered by the following over the last two weeks:
1. Feeling nervous, anxious or on edge: Nearly every day
2. Not being able to stop or control worrying: Nearly every day
3. Worrying too much about different things: Nearly every day
4. Trouble relaxing: Nearly every day
5. Feeling restless (hard to sit still): Not at all
6. Becoming easily annoyed or irritable: Nearly every day
7. Afraid as if something awful might happen: More than half the days

GAD-7 total score = 17
0-4=minimal symptoms      5-9=mild symptoms
10-14=moderate symptoms   15-21=severe symptoms

**APPENDIX 533**

The patient stated that the anxiety symptoms made it very difficult to work, take care of things at home, or get along with others.

GAD-7 Total Score (past 180 days):
   06/13/2023   17

/es/ Michael Jason Brakel, RN BSN
PCMHI RN Case Manager
Signed: 06/13/2023 15:42

| | |
|---|---|
| Date/Time: | 12 Jun 2023 @ 1319 |
| Note Title: | PCMHI Primary Care Mental Health Consult |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | BRAKEL,MICHAEL JASON |
| Co-signed By: | BRAKEL,MICHAEL JASON |
| Date/Time Signed: | 12 Jun 2023 @ 1342 |

**Note**

 LOCAL TITLE: PCMHI Primary Care Mental Health Consult
STANDARD TITLE: MENTAL HEALTH CONSULT
DATE OF NOTE: JUN 12, 2023@13:19   ENTRY DATE: JUN 12, 2023@13:19:47
   AUTHOR: BRAKEL,MICHAEL JASO  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** PCMHI Primary Care Mental Health Consult Has ADDENDA ***

Primary Care Mental Health Integration (PC-MHI) Assessment

Patient Identification: Patient is a 63 year old, DECLINED TO ANSWER MALE.

Veteran is seen by PC-MHI as part of the Patient-Aligned Care Team (PACT).


DS - Disabilities
Eligibility: SC LESS THAN 50%            VERIFIED
Total S/C %: 30

LIMITED FLEXION OF KNEE                10%        S/C
KNEE CONDITION                10%        S/C
LIMITED FLEXION OF KNEE                10%        S/C

SCREENINGS/MEASURES:
PHQ-9:
MHAS - PHQ9 SCORE
Date                Instrument  Raw   Trans Scale

**APPENDIX 534**

06/09/2022 11:39        PHQ9    20      PHQ9 GAD-7:
MHAS - MHA Score
No data available for: GAD-7


REFERRED BY: Dr. Dulai.
REASON FOR REFERRAL:  Mood and Stress related to workplace stress.
VISIT DURATION (minutes): 16 minutes

Veteran's primary concern(s) (duration, frequency, intensity, triggering
events, etc.):

Per brief interview with Veteran and review of chart back to
2015.

-Veteran currently in a lawsuit with his Airline's labor union (long-haul
flight attendant). He was a former union steward who reported alleged
wrongdoing.

-Veteran reports this is primary stress and records shows workplace
stress in the past has affected personal relationships.

-Veteran reports his community care provider was not a good fit and is looking
for a provider at either McClellan or Mather for therapy to continue.
_____

FUNCTIONAL ASSESSMENT:

Sleep: Reports sleep is frequently off as he works 5 days on and has routes to
Alaska, Europe, and Asia. Veteran reports he flies across multiple time zones
and frequently works 12 hour days.

Work: See above. Also has pilot's license.

Close relationships: Wife and children (age 19 and 21).

Recreation: Hiking and golfing; however, Veteran reports he has been so busy
with work that he has not done either for a while.

Physical Activity: See above.
_____
Brief summary of past mental health treatment (e.g. therapy, medication,
hospitalization, inpatient treatment, etc.):

Sertraline in the past but Veteran reports he has not taken and is not
interested in medication at this time.
_____
Substance use history:

ETOH: Occasional wine with meal, occasional one beer at single setting.

Marijuana/Illicit Drugs/Tobacco: Denies.

**APPENDIX 535**

Caffeine: 2 cups of coffee before workday begins.

_____

RISK ASSESSMENT:

Suicidal/Homicidal/Assaultive Ideation/Intent/Plan:

Yes, Veteran states only passive SI related to workplace stress but reports he does not have a plan or intent to hurt himself or others.

_____

MENTAL STATUS EXAM:

  Appearance: Unable to assess, telephone appointment.

  Demeanor: Friendly, engaged, and goal-focused.

  Mood: OK.

  Affect: Euthymic.

  Psychotic symptoms/Thought content: Denies/goal directed towards treatment. Anxiety-related behavior.

  Cognitive deficits/Memory Impairment: None reported/recent and remote intact per interview content.

  Judgment/Insight: Good/Good.

_____

DIAGNOSTIC IMPRESSIONS:

63-year-old male USAF Veteran with past history of MH treatment and recent community care provider. Veteran wishing to re-establish care with VA provider at either McClellan or Mather.

_____

INTERVENTION:

Psychotherapy: See above.

Care Management: BHL screeners sent, safety screening complete, brief functional assessment done by records review and brief interview.

Handouts provided: Deferred. Provided with this writer's contact number.

Limits of confidentiality, risks, benefits, and side effects of psychiatric medications and/or therapy were discussed with the patient.  The patient expressed understanding and the willingness to take medications and/or engage in treatment.

Veteran provided with Mental Health contact information and information for

**APPENDIX 536**

accessing emergency services (Veterans Crisis Line, 988, VA or local hospital).

Veteran's questions and/or concerns were addressed.

FOLLOW-UP PLAN:

Return for PC-MHI follow-up: 2-4 weeks for consult follow-up.

Referral to other Mental Health services: GMH per request.

Referral to additional VA/Community services (e.g. Social Work, Vet Center): Deferred.

Action Plan for Veteran: Veteran is working this week with Wednesday (Jun 14th being a good day for calls). Veteran to complete PHQ-9 and GAD-7 in next 24 hours.

/es/ Michael Jason Brakel, RN BSN
PCMHI RN Case Manager
Signed: 06/12/2023 13:42

06/22/2023 ADDENDUM          STATUS: COMPLETED
Follow-up call on initial intake. Veteran states he has no current safety risk or concerns and is looking forward to 7/5 GMH intake appointment. This writer clarifies appointment date, time, provider, and structure. Veteran is thankful for this information.

Veteran will discuss with GMH team his work schedule and possibility of VVC vs Community Care options.

Veteran is welcomed to call this writer in the interim if any questions or care coordination arises. Veteran state no care coordination or follow-up is requested at this time.

/es/ Michael Jason Brakel, RN BSN
PCMHI RN Case Manager
Signed: 06/22/2023 13:00

| | |
|---|---|
| **Date/Time:** | 09 Jun 2023 @ 1155 |
| **Note Title:** | PCMHI Primary Care Mental Health Telephone Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | BRAKEL,MICHAEL JASON |
| **Co-signed By:** | BRAKEL,MICHAEL JASON |
| **Date/Time Signed:** | 09 Jun 2023 @ 1159 |

**Note**

LOCAL TITLE: PCMHI Primary Care Mental Health Telephone Note

**APPENDIX 537**

STANDARD TITLE: MENTAL HEALTH TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 09, 2023@11:55    ENTRY DATE: JUN 09, 2023@11:56:01
   AUTHOR: BRAKEL,MICHAEL JASO  EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED


PRIMARY CARE MENTAL HEALTH INTEGRATION (PCMHI) TELEPHONE NOTE


ROSS, ROBERT ALLEN is a 63-year-old MALE referred by DULAI, KAMALPREET regarding
symptoms of workplace stress and request for accommodations letter.


Call initiated by: Other:  PCMHI RNCM.


Length of call: 1 minute.
Reason for call:  Scheduling.
Summary of Call:  Left HIPAA-compliant voice message requesting return call for
scheduling.


RISK ASSESSMENT:
Suicidal/Homicidal/Assaultive Ideation/Intent/Plan: Unable to assess.


Clinical Impression: Unable to assess.


Plan: Attempt follow-up call in 1-3 business days.


Veteran provided with Mental Health contact information and information for
accessing emergency services (Veterans Crisis Line, 988, VA or local
hospital).


Veteran's questions and/or concerns were addressed.


/es/ Michael Jason Brakel, RN BSN
PCMHI RN Case Manager
Signed: 06/09/2023 11:59

| | |
|---|---|
| Date/Time: | 08 Jun 2023 @ 1421 |
| Note Title: | Primary Care Telephone Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | DULAI,KAMALPREET |
| Co-signed By: | DULAI,KAMALPREET |
| Date/Time Signed: | 08 Jun 2023 @ 1425 |

**Note**


 LOCAL TITLE: Primary Care Telephone Note
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 08, 2023@14:21    ENTRY DATE: JUN 08, 2023@14:21:09
   AUTHOR: DULAI,KAMALPREET    EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

**APPENDIX 538**

Called patient for telephone appointment today.  Patient states he is in need of

a letter discussing the negative impact work has had on his psychological
status, physical status such as blood pressure, and marital status.  He has a
lawsuit against his union at work.  He used to be the union president and false
accusations were made about him at that time.  Since then he has had a very
hostile environment at work, which has really affected his personal life.  He
was seeing a psychologist through community care, however did not really connect

with her.  He would like to continue to see mental health.
I have discussed with patient that it is best that mental health evaluate the
patient, and he go through therapy with them.  It would also be best to have the

letter written by a therapist who is evaluating and treating the patient for
this issue.  Patient agrees, I will place another PCHMI referral.


Telephone appointment 8 minutes

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 06/08/2023 14:25

| | |
|---|---|
| **Date/Time:** | 03 May 2023 @ 1041 |
| **Note Title:** | Patient Scheduling Attempt Letter |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | GARCIA,CORRIE C |
| **Co-signed By:** | GARCIA,CORRIE C |
| **Date/Time Signed:** | 03 May 2023 @ 1043 |

**Note**


 LOCAL TITLE: Patient Scheduling Attempt Letter
STANDARD TITLE: LETTERS
DATE OF NOTE: MAY 03, 2023@10:41    ENTRY DATE: MAY 03, 2023@10:42:05
   AUTHOR: GARCIA,CORRIE C    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED


                    Department of Veterans
Affairs
                    VA Northern California Health Care System
(VANCHCS)

MAY 03, 2023

**APPENDIX 539**

ROBERT ALLEN ROSS

Dear Mr. ROSS:

Your provider referred you to the Cognitive Behavioral Therapy for Insomnia Group (CBT-I Group). This is a non-medication, evidence-based treatment for chronic insomnia, currently offered on Webex video conferencing. Due to the high volume of referrals and long wait-time to start the CBT-I Group, we are now offering a onetime sleep education class ("Pillow Talk"), to help schedule
veterans sooner.

At the virtual Pillow Talk class, you will learn about behavioral strategies you can use to improve your sleep, including methods for treating insomnia (including CBT-I). If you would like to continue on and attend the CBT-I Group, the Pillow Talk facilitator can have you scheduled in the next available CBT-I Group start date.

If you are interested in scheduling an appointment to attend the Pillow Talk sleep education class, please call 916-843-2972 to schedule an appointment to attend the next available Pillow Talk class.

If you have not contacted us within 14 days of the letter, the appointment request will be cancelled and returned to the requesting provider, requiring you to contact the provider to re-submit the consult/appointment request.

We look forward to working with you to improve your health.

Primary Care - Mental Health Integration Clinic
Northern California Health Care System
Department of Veterans Affairs
10535 Hospital Way
Mather, CA 95655-4200
　　　　**TIME SENSITIVE PLEASE RESPOND**
　　　　**THIS IS NOT AN APPOINTMENT**

| | |
|---|---|
| **Date/Time:** | 20 Apr 2023 @ 1114 |
| **Note Title:** | Reusable Medical Equipment Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ROSENFELD,ADRIENNE DENISE |
| **Co-signed By:** | ROSENFELD,ADRIENNE DENISE |
| **Date/Time Signed:** | 20 Apr 2023 @ 1115 |

**Note**

**APPENDIX 540**

 LOCAL TITLE: Reusable Medical Equipment Note
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: APR 20, 2023@11:14    ENTRY DATE: APR 20, 2023@11:14:37
   AUTHOR: ROSENFELD,ADRIENNE   EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

REUSEABLE MEDICAL EQUIPEMT TRACKING:
   A procedure was done using an endoscope with the following serial number
   [SCOPE 1]:
     Serial#:  800957

/es/ Adrienne Denise Rosenfeld
LVN, Surgery Spec Clinic/ENT, SAC
Signed: 04/20/2023 11:15

| | |
|---|---|
| **Date/Time:** | 20 Apr 2023 @ 1044 |
| **Note Title:** | ENT Consult 15018 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | FULLER,SCOTT |
| **Co-signed By:** | FULLER,SCOTT |
| **Date/Time Signed:** | 20 Apr 2023 @ 1454 |

**Note**

 LOCAL TITLE: ENT Consult 15018
STANDARD TITLE: OTOLARYNGOLOGY CONSULT
DATE OF NOTE: APR 20, 2023@10:44    ENTRY DATE: APR 20, 2023@10:44:10
   AUTHOR: FULLER,SCOTT      EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

ROSS,ROBERT ALLEN
████████

I.D.: 63MALE

Referral: "mild osa, nasal obstruction - declines cpap; pls eval and
tx"

Chief Complaint:  "My nose is plugged"

PAST MEDICAL HISTORY/ PROBLEM LIST:
Computerized Problem List is the source for the following:

1. Cough                    09/30/20
BUCAYCAY,ELEANO
2. Knee pain                08/26/20
BUCAYCAY,ELEANO

**APPENDIX 541**

3. Depressive episode                    08/31/22
ESPINOSA,SONJA
4. General Anxiety                        08/31/15  WEBER,DIANE
ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14
TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)       04/24/13
DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)               04/24/13
DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg                   03/04/13
TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS               03/04/13
TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)          08/09/12
DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)          05/24/10
DOCTOR,FEDERICO
12. Hyperlipidemia                       06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)


MEDICATIONS:
Active Outpatient Medications (excluding Supplies):

  Active Outpatient Medications                Status
=======================================================================
1)   ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH
     GRAPEFRUIT JUICE.)
2)   DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR  ACTIVE
     TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE
     DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
     LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT
     OF THE UPPER BODY. DON'T EXCEED A TOTAL DOSE OF 32
     GRAMS PER DAY. FOR PAIN AND INFLAMMATION
3)   FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 2     ACTIVE
     SPRAYS IN EACH NOSTRIL ONCE DAILY FOR ALLERGIC
     RHINITIS
4)   LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE     ACTIVE
     DAILY FOR ALLERGIC RHINITIS
5)   SERTRALINE HCL 50MG TAB TAKE ONE-HALF TABLET BY MOUTH  ACTIVE
     ONCE DAILY FOR 7 DAYS, THEN TAKE ONE TABLET ONCE
     DAILY FOR ANXIETY
6)   TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH     ACTIVE
     ONCE DAILY FOR PROSTATE - 30 MINUTES AFTER THE SAME
     MEAL EACH DAY

**APPENDIX 542**

```
   Active Non-VA Medications              Status
   ================================================================
1) Non-VA CYANOCOBALAMIN TAB  MOUTH           ACTIVE

7 Total Medications
```

ALLERGIES:
ERYTHROMYCIN, VICODIN, DARVOCET-N

HABITS:
    Smoking:  Denies
    Alcohol:  Occasional
    Other:   Denies

FAMILY HISTORY:
- Noncontributory

PAST HEAD & NECK SURGICAL HISTORY:
- Septoplasty and turbinate reduction
- FESS

HISTORY OF PRESENT ILLNESS:

This veteran outlines a moderate OSA with an AHI of 17 at 3% criteria.  Mild
at 4% criteria.  Not using CPAP secondary to frequent air travel as part of
his occupation.  Notes that he is rarely home more than 5 days per month.  He
endorses non-supine sleep to avoid exacerbating snoring and obstruction.  His
main concern is bilateral nasal obstruction despite steroidal and non-
steroidal nasal spray.  He does endorse improvement in nasal airflow today
with administration of oxymetazoline.  He specifically denies any history of
polyps, epistaxis, or recent nasal trauma.  He previously had nasal surgery
(15 years ago) but symptoms of obstruction have worsened over time.  He
indicates that this is worse when supine and affects his ability to wear an
oral appliance for bruxism.  He has been referred to discuss the prospect of
surgical management of his nasal airway and potentially surgical management
of his OSA.

SLEEP STUDY DATA:

AHI: 17   RDI:   SaO2 Nadir:  Arrhythmia:  none

Other: nil

RESTLESS LEGS SYMPTOMS: none

Additional head and neck review of systems is as follows:

**APPENDIX 543**

Eyes:  No diplopia, vision changes, pain, or epiphora.

Ears:  No otalgia, otorrhea, hearing loss, tinnitus, or vertigo.

Nose:  No epistaxis, nasal obstruction, change in nasal appearance, change in sense of taste or smell.

Oral cavity:  No loose teeth, ill fitting dental appliances, non healing masses ulcers or lesions, sensitivity to acidic or spicy foods, pain, bleeding, numbness, or difficulty with articulation.  No trismus

Oropharynx/ Hypopharynx:  No odynophagia, dysphagia, foreign body sensation,or hemoptysis.

Larynx:  No dysphonia, odynophonia, dyspnea, cough, or stridor

Neck:  No neck masses or point tenderness

Integument:  No suspicious masses or lesions, erythema, draining wounds on skin of face, scalp, or neck.

Neurological:  Denies facial numbness or weakness.  No shoulder or tongue weakness.

Salivary:  No purulent/gritty/ foul tasting drainage from salivary ducts.

Endocrine:  No heat or cold intolerance.

Constitutional:  No fevers, chills, or unintentional weight loss


O/E:

25.7
VITALS: 04/20/2023 10:22 BP:137/87  HR:67 Wt:168.7 lb [76.52 k

General:
    Alert, awake, and appropriate.  No apparent distress or discomfort.
    Decent historian

Skin:
    No suspicious masses, ulceration, or lesions on skin of face, scalp,
or
    neck.

Eyes:
    PERLA, no epiphora, EOM intact, no scleral injection, or diplopia on
    testing

Ears:
    Rt TM : N
    Lt TM : N

**APPENDIX 544**

External Auditory Canals : N

Nose:
    Septum :  Post surgical.  Midline.  No perforation.
    Turbinates :  2+
    Nasal valve collapse:  Present
    No polyps, masses, lesions, or telengectasia seen

Oral Cavity :
    Teeth :  Class I; narrow arch
    Floor of Mouth : No lesions or tenderness to palpation, normal papillae
    Tongue : No lesions seen or palpated, range of motion normal
    Palate : No lesions seen
    Buccal Mucosa : No lesions seen
    Lips : No lesions seen
    Interincisural distance:  WNL

Oropharynx :
    Tonsils :  1+
    Mallampati position: 2
    Soft palate: Moderate posterior pillar webbing
    Uvula: No elongation
    Posterior pharyngeal wall : N
    Bimanual palpation of tongue base: N

Neck :
    No palpable masses or adenopathy
    Thyroid not palpable

Neurological:
         Cranial nerves II- XII intact; nonfocal

FLEXIBLE FIBEROPTIC VIDEO LARYNGOSCOPY:
-  Performed following verbal consent & adequate nasal topical anesthesia and
decongestion with 2% lidocaine and phenylephrine.

         Nose and Nasopharynx : Post surgical septum, 2+ turbinates.  No polyps or masses

IMAGING:
- none

IMPRESSION:
- Moderate OSA
- Nasal obstruction with history of nasal surgery

MEDICAL DECISION MAKING:

Following discussion, the patient understands that evaluation by rhinology

**APPENDIX 545**

would be most appropriate given his primary complaint.  IF our rhinololgist
is able to address complaints of obstruction (surgically or nonsurgically),
then patient may be able to engage in oral appliance therapy.  Can also

consider surgical management of OSA via phase I approach or HGNS if amenable
to this, however not primary objective of patient at this point.


Thank you for referring this very interesting and pleasant veteran to our
clinic.  I will keep you abreast of any additional diagnoses/ treatments that
are rendered on their behalf.

Approximately 40 minutes was spent discussing the patients diagnosis,
treatment plan, and coordination of care.

/es/ Scott C. Fuller, M.D., M.S., FACS
Chief of Surgery- Northern California HCS
Signed: 04/20/2023 14:54

Receipt Acknowledged By:
04/28/2023 09:53     /es/ Toby O. Steele, MD
                Staff Otolaryngologist

| | |
|---|---|
| **Date/Time:** | 30 Jan 2023 @ 1050 |
| **Note Title:** | Orthopedic 14333 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ANDERSON,BRETT CARL |
| **Co-signed By:** | ANDERSON,BRETT CARL |
| **Date/Time Signed:** | 30 Jan 2023 @ 1056 |

**Note**

 LOCAL TITLE: Orthopedic 14333
STANDARD TITLE: ORTHOPEDIC SURGERY NOTE
DATE OF NOTE: JAN 30, 2023@10:50    ENTRY DATE: JAN 30, 2023@10:50:42
  AUTHOR: ANDERSON,BRETT CARL  EXP COSIGNER:
 URGENCY:               STATUS: COMPLETED

CHIEF COMPLAINT:  "I have pain in my left knee."

HISTORY OF PRESENT ILLNESS: the patient is a 63-year-old male here for follow-
up of his left knee.  He continues to have pain on the medial joint line that
has significantly worsened since his last visit.  He had to take a week and a
half off of work because of pain and swelling in the knee.  He has having a
hard time pushing the heavy carts and equipment on the airlines.  He has just
been changed to an international flight rotation out of Dallas and is afraid
this is going to give him more difficulty.  He has an unloader brace from
several years ago but he cannot use it at work.  He has not been wearing the

**APPENDIX 546**

brace otherwise.

OBJECTIVE: PHYSICAL EXAMINATION

GENERAL PRESENTATION: normal development, no acute distress NEUROLOGIC: grossly intact bilateral sensation and muscle motor exam VASCULAR: warm extremities LYMPHATIC: no edema

GENERAL ORTHOPEDIC

Left knee: Positive medial joint line tenderness, range of motion 0 to 110 degrees, retropatellar crepitus, positive McMurray, antalgic gait with slight varus alignment, no lateral joint line tenderness

Left knee x-rays from 1/27/2022 are reviewed which show moderate medial joint space narrowing.

Left knee MRI from 2/26/2022 was also reviewed which shows a complex tear of the posterior horn of the medial meniscus with a very thin rim of meniscal tissue, moderate chondral thinning in the medial compartment with good preservation of the lateral compartment

ASSESSMENT: Left knee medial meniscal tear with mild to moderate osteoarthritis of the medial compartment

PLAN: We had a long discussion again regarding his options to include injections versus unloader bracing versus arthroscopy versus unicompartmental arthroplasty versus total knee arthroplasty.  I think he has enough mechanical symptoms that an arthroscopy is still an option despite his arthritic changes. He wants to see how he does over the next month with this new workload and see if his symptoms can be tolerable.  He would like to avoid surgery if possible. He will continue with Tylenol in the meantime.  He will let us know how the knee is doing with his increased workload.  He understands my concerns about an arthroscopy with his osteoarthritis and that we could tip him over the edge to the arthroplasty options if his arthritic symptoms are the dominant finding.

//signed//

Brett C. Anderson, MD
Orthopaedic Surgery - Sports Medicine
Fellow - AAOS

BCA/dns voice recognition technology and software, please excuse minor grammatical/typographical errors.

/es/ Brett C Anderson, MD
Orthopaedic Surgeon - Sports Medicine
Signed: 01/30/2023 10:56

| Date/Time: | 26 Jan 2023 @ 0724 |

| | |
|---|---|
| **Note Title:** | Letter to Patient |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CIFFONE,GRANT MICHAEL |
| **Co-signed By:** | CIFFONE,GRANT MICHAEL |
| **Date/Time Signed:** | 26 Jan 2023 @ 0729 |

**Note**

 LOCAL TITLE: Letter to Patient
STANDARD TITLE: LETTERS
DATE OF NOTE: JAN 26, 2023@07:24    ENTRY DATE: JAN 26, 2023@07:24:39
  AUTHOR: CIFFONE,GRANT MICHA  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED


                    Department Of Veterans
Affairs
                   VA Northern California Health Care System
(VANCHCS)

 CLINIC ADDRESS:
 5342 Dudley Blvd., McClellan, CA  95652

JAN 26, 2023


   ROBERT ALLEN ROSS
   ████████████████████████████████████


To whom it may concern,

Robert Ross had a scheduled had a scheduled radiology visit on 1/19/23.

Robert also has a future appointment with an orthopedic surgeon on 1/30/23.

If there are any questions about the necessity of these appointments feel free
to contact our office at 916-561-7400.



Respectfully,
Kamalpreet Dulai, MD

**APPENDIX 548**

(RNCM will give types letter to MD for signature)


 Sincerely,



 /es/ Grant Michael Ciffone, RN BSN
   PACT RN Care Manager

 Patient Record Number 7366310

| | |
|---|---|
| **Date/Time:** | 24 Jan 2023 @ 2041 |
| **Note Title:** | Primary Care Secure Messaging |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 24 Jan 2023 @ 1741 |

**Note**


 LOCAL TITLE: Primary Care Secure Messaging
STANDARD TITLE: PRIMARY CARE SECURE MESSAGING
DATE OF NOTE: JAN 24, 2023@20:41    ENTRY DATE: JAN 24, 2023@17:41:50
   AUTHOR: DULAI,KAMALPREET    EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

   *** Primary Care Secure Messaging Has ADDENDA ***

 ------Original Message-----------------------
Sent:  01/24/2023 05:43 PM ET
From:  ROSS, ROBERT  ALLEN
To:  **Dulai, K (Primary Care) - McClellan
Subject:  General:General Inquiry
Attachments:  Block FMLA Jan 13-31 Request Office Visit Date.pdf (193.21 KB),
RossR_VA Absence Jan 13-31 2023.pdf (90.79 KB)

Thank you for the medication refills. I cannot thank you enough for your time
spend with my case. UGH, however American Airlines is complicating this FMLA
process and only feeding me minimal instruction at a time.

Now they are requesting a medical visit date within (7) days of the start of my
absence from work Jan 13-31. (See Attached Letter from AA Absence and Return
department). Since they are requesting dates only and not diagnosis, and I have
been unable to schedule my Ortho appointment before Jan. 30th at 10:30am, can I
get a letter simply stating I had a Radiology visit on 01/19/23 and a
Orthopedic Surgeon appointment following on 01/30/23. That would be sufficient
to comply with their (7) day rule for Block FMLA and clear me through the 31st.

I wish I could say being off my flying schedule so far is making my knee less
painful, but so far that is not the case.
Again Thank you for your help and understanding.
Robert Ross/5153


/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 01/24/2023 17:41


01/24/2023 ADDENDUM          STATUS: COMPLETED
RNCM, can you please complete letter stating pt had a Radiology visit on
01/19/23 and has an Orthopedic Surgeon appointment following on 01/30/23.

I will sign after completed, thanks.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 01/24/2023 17:44

Receipt Acknowledged By:
01/26/2023 11:45     /es/ Grant Michael Ciffone, RN BSN
               PACT RN Care Manager

01/26/2023 ADDENDUM          STATUS: COMPLETED
RNCM sent a secure message with the requested letter to the pt. Pt confirmed
recipt.

/es/ Grant Michael Ciffone, RN BSN
PACT RN Care Manager
Signed: 01/26/2023 11:46

| | |
|---|---|
| **Date/Time:** | 23 Jan 2023 @ 1140 |
| **Note Title:** | Primary Care Secure Messaging |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 23 Jan 2023 @ 0840 |

**Note**

 LOCAL TITLE: Primary Care Secure Messaging
STANDARD TITLE: PRIMARY CARE SECURE MESSAGING
DATE OF NOTE: JAN 23, 2023@11:40    ENTRY DATE: JAN 23, 2023@08:40:26
  AUTHOR: DULAI,KAMALPREET    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

------Original Message-----------------------

**APPENDIX 550**

Sent:  01/23/2023 11:39 AM ET
From:  DULAI, KAMALPREET
To:  ROSS, ROBERT  ALLEN
Subject:  General:General Inquiry

Hi Mr. Ross,

Are you taking your Atorvastatin (cholesterol med)? Your cholesterol is still
high, if you are taking it, then I need to increase the dose, please let me
know.
Your B12 is also low, I will mail out increased dose of B12 supplement.
Your blood sugars are a little better, still in the preDiabetes range.

Dr. Dulai


/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 01/23/2023 08:40

| | |
|---|---|
| **Date/Time:** | 19 Jan 2023 @ 1545 |
| **Note Title:** | MH Cancellation Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SHARMA,RITA |
| **Co-signed By:** | SHARMA,RITA |
| **Date/Time Signed:** | 19 Jan 2023 @ 1612 |

**Note**

 LOCAL TITLE: MH Cancellation Note
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: JAN 19, 2023@15:45    ENTRY DATE: JAN 19, 2023@15:56:05
   AUTHOR: SHARMA,RITA       EXP COSIGNER: DAHMEN,BRIAN
  URGENCY:                STATUS: COMPLETED

Veteran called MSA during the class. He was unable to find the email with the
WebEx link for the class. Writer called him back. He was able to find the email
and writer walked him through how to join the class next month. Offered to email

him a few more resources for him to use until next month's class (path to
better
sleep, CBTi phone app and diaphragmatic breathing).

All elements of this psychological evaluation including the clinical interview
and plan for service, were planned and reviewed during a one-to-one meeting, in
person/VVC/telephone, with supervising clinician, Brian Dahmen, PhD. We meet
weekly for at least one hour of supervision.

/es/ Rita Sharma PsyD, MSW

**APPENDIX 551**

Psychologist
Signed: 01/19/2023 16:12

/es/ Brian Dahmen, PhD
Clinical Psychologist
Cosigned: 01/20/2023 09:21

| | |
|---|---|
| **Date/Time:** | 13 Jan 2023 @ 1230 |
| **Note Title:** | TCP Telephone Care Staff Short Note Only |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | REYNA,ROSA GUADALUPE |
| **Co-signed By:** | REYNA,ROSA GUADALUPE |
| **Date/Time Signed:** | 13 Jan 2023 @ 1231 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Short Note  Only
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 13, 2023@12:30    ENTRY DATE: JAN 13, 2023@12:30:28
  AUTHOR: REYNA,ROSA GUADALUP  EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

  *** TCP Telephone Care Staff Short Note  Only Has ADDENDA ***

PT WANTS TO KNOW IF PACT WAS ABLE TO COMPLETE HIS EMPLOYMENT WORK RELEASE,
PLEASE ADVISE THANKS.

/es/ ROSA GUADALUPE REYNA
MSA
Signed: 01/13/2023 12:31

Receipt Acknowledged By:
01/13/2023 12:50    /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care
01/13/2023 12:39    /es/ Kamalpreet Dulai, MD
                Physician, Primary Care

01/13/2023 ADDENDUM            STATUS: COMPLETED
RNCM, this was completed yesterday, did you send to him?

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 01/13/2023 12:40

Receipt Acknowledged By:
01/13/2023 14:07    /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

01/13/2023 ADDENDUM            STATUS: COMPLETED

**APPENDIX 552**

pt returned your call

/es/ Carolyn Inez Christanio
MSA, Call Center McClellan
Signed: 01/13/2023 12:58


Receipt Acknowledged By:
01/13/2023 15:52     /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 12 Jan 2023 @ 1228 |
| **Note Title:** | TCP Telephone Care Staff Short Note Only |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | KELLOUGH,NATALEE NICCOLE |
| **Co-signed By:** | KELLOUGH,NATALEE NICCOLE |
| **Date/Time Signed:** | 12 Jan 2023 @ 1229 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Short Note  Only
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 12, 2023@12:28    ENTRY DATE: JAN 12, 2023@12:28:33
  AUTHOR: KELLOUGH,NATALEE NI  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED


Patient called requesting for a call back from CM in regards to his work letter.

He can be reached at ████████████

/es/ NATALEE NICCOLE KELLOUGH
Martinez Call Center MSA
Signed: 01/12/2023 12:29


Receipt Acknowledged By:
01/12/2023 13:06     /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 10 Jan 2023 @ 1236 |
| **Note Title:** | Primary Care Telephone Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 10 Jan 2023 @ 1238 |

**Note**

**APPENDIX 553**

LOCAL TITLE: Primary Care Telephone Note
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 10, 2023@12:36    ENTRY DATE: JAN 10, 2023@12:36:09
   AUTHOR: DULAI,KAMALPREET    EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED


  *** Primary Care Telephone Note Has ADDENDA ***

L knee worsening, needs to see ortho again to schedule surgery now.  Needs work
note to stay off L knee from 1/6-1/30 due to mod/severe osteoarthritis causing
pain, and swelling.   He will call ortho to schedule appt now.  Does not need
referral as seen <1 year ago for same issue, he agrees.

A/p:

1. L knee pain s/p 3 surgeries, pain is now worsening, pt is SC for this.
-saw ortho 4/2022, will make appt now for possible arthrscopy again
-NSAID PRN, use sparingly to avoid HTN
-diclofenac gel PRN
-FMLA paperwork done 9/2022, will also do work note to stay off  knee from 1/16-
1/30.

telephone time 5 min

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 01/10/2023 12:38

01/10/2023 ADDENDUM              STATUS: COMPLETED
RNCM, can you please write letter for pt to stay off L knee from 1/16-1/30 due
to worsening OA.  He can pickup when done, thanks.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 01/10/2023 12:39

Receipt Acknowledged By:
01/11/2023 12:57     /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 05 Jan 2023 @ 1021 |
| **Note Title:** | Radiology Administrative Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CALDWELL,ALLISON CHERISE |
| **Co-signed By:** | CALDWELL,ALLISON CHERISE |
| **Date/Time Signed:** | 05 Jan 2023 @ 1021 |

**Note**

**APPENDIX 554**

LOCAL TITLE: Radiology Administrative Note
STANDARD TITLE: RADIOLOGY ADMINISTRATIVE NOTE
DATE OF NOTE: JAN 05, 2023@10:21   ENTRY DATE: JAN 05, 2023@10:21:40
   AUTHOR: CALDWELL,ALLISON CH  EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED


                         Department Of Veterans
Affairs
                    VA Northern California Health Care System
(VANCHCS)

RADIOLOGY SCHEDULING NO CONTACT LETTER
   JAN 05, 2023



      ROBERT ALLEN ROSS


   DEAR MR. ROBERT ALLEN ROSS

   We are attempting to schedule you for an imaging test ordered by your
   provider. We have attempted to contact you at the phone number listed
   in our database and have been unsuccessful. Please contact us within 14 days
   of date this letter to schedule your appointment for: CT SCAN

   You can reach us at:
   916-364-3170 - CT, Mather


   We look forward to assisting you in scheduling your imaging test.

   Sincerely,



   /es/ ALLISON CHERISE CALDWELL



   Patient Record Number 7366310

| | |
|---|---|
| **Date/Time:** | 05 Jan 2023 @ 1020 |
| **Note Title:** | Radiology Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CALDWELL,ALLISON CHERISE |
| **Co-signed By:** | CALDWELL,ALLISON CHERISE |

**APPENDIX 555**

| | |
|---|---|
| **Date/Time Signed:** | 05 Jan 2023 @ 1021 |

**Note**

 LOCAL TITLE: Radiology Note
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JAN 05, 2023@10:20    ENTRY DATE: JAN 05, 2023@10:20:56
   AUTHOR: CALDWELL,ALLISON CH  EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

RADIOLOGY APPOINTMENT TRACKING NOTE
Attempted to schedule the patient:
1st call
CT Scan
Date Desired:  Jan 7,2023

Enter type of CT exam:  Chest
IV Contrast:
Without contrast
"No Contact" letter sent stating patient needs to call to schedule an
imaging
test.
Comments:

/es/ ALLISON CHERISE CALDWELL

Signed: 01/05/2023 10:21

| | |
|---|---|
| **Date/Time:** | 03 Jan 2023 @ 0751 |
| **Note Title:** | Sleep Clinic Telephone Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | BUCKLEY,THERESA M |
| **Co-signed By:** | BUCKLEY,THERESA M |
| **Date/Time Signed:** | 03 Jan 2023 @ 1602 |

**Note**

 LOCAL TITLE: Sleep Clinic Telephone Note
STANDARD TITLE: NEUROLOGY TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 03, 2023@07:51    ENTRY DATE: JAN 03, 2023@07:51:46
   AUTHOR: BUCKLEY,THERESA M    EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

VISIT CONDUCTED VIA PHONE DUE TO COVID-19

SLEEP MEDICINE CONSULT

**APPENDIX 556**

Reason for consult: OSA, not interested in cpap per crh note

Clinical History and sleep study specifics, if applicable:
snoring, insomnia, fatigue


History of Presenting Illness: This is a 63 year old MALE with BMI: 25.1
referred with the following chief complaint:

Snoring, frequent awakenings.  Wife sleeps separate room.  Works for airline and

hotel.  Flight crew member.  Late hours.

Lots of stress.  Thinks this is contributing to trouble.  Waiting to establish
with new mental health.

History of achy legs during day and support socks helped.  Not at night.  Not
aware of kicking legs at night.

Nightmares.


Patient otherwise does not report additional symptoms of parasomnia, restless
legs, narcolepsy.


General sleep behaviors:
Works 15 days away (time zone changes to Midwest and East Coast).  2 days on and

variable time off. Flight attendant.

Sleep Hygiene:
On days off:
Goes to bed at MN and wakes up at 7 AM.
Wife to bed at 9 pm.
It usually takes 15 minutes to fall asleep
The patient usually wakes up 10 times at night. Spont and try to turn his mind
off.  Says increased stressed.
In bed the patient does not watches tv, read, use cellphone/laptop. May look at
phone.

Does East coast and Midwest currently.  Says upcoming mandatory commute to
Dallas then international and stress with union.  Now, increased stress over work.


Caffeine consumption: 3 c. in am
The patient has used or uses sleep medications: occ melatonin
The patient does not take Daytime naps - no naps


ROS:

Chronic or frequent nasal congestion? yes, takes astepro but still difficult


PMH:
Computerized Problem List is the source for the following:

1. Cough                          09/30/20  BUCAYCAY,ELEANO
2. Knee pain                      08/26/20  BUCAYCAY,ELEANO
3. Depressive episode                 08/31/22  ESPINOSA,SONJA
4. General Anxiety                08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)     04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)            04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg                03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS            03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)        08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)          05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia                06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)


PSH:
Date of Surgery:  05/02/12
Surgeon:       HO,ANDREW M
Operative Proc(s):
  LEFT KNEE ARTHROSCOPY,PARTIAL MENISECTOMY -


Meds:
Active Outpatient Medications (excluding Supplies):

  Active Outpatient Medications               Status
=====================================================================
1)  ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY     ACTIVE
    MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH
    GRAPEFRUIT JUICE.)
2)  FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 2     ACTIVE
    SPRAYS IN EACH NOSTRIL ONCE DAILY FOR ALLERGIC
    RHINITIS
3)  LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE     ACTIVE
    DAILY FOR ALLERGIC RHINITIS
4)  SERTRALINE HCL 50MG TAB TAKE ONE-HALF TABLET BY MOUTH  ACTIVE
    ONCE DAILY FOR 7 DAYS, THEN TAKE ONE TABLET ONCE
    DAILY FOR ANXIETY
5)  TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH     ACTIVE
    ONCE DAILY FOR PROSTATE - 30 MINUTES AFTER THE SAME
    MEAL EACH DAY

All:

**APPENDIX 558**

ERYTHROMYCIN, VICODIN, DARVOCET-N
Family History:
    Family History
06/27/2008    Fh Of None Of These Dz

Social History:
Marital status: MARRIED
Occupation: flight attendant
SMOKING:  none
ETOH: 0-2 wine or beer/night
Drugs (including marijuana):

--------------------------------------------------------------------

Physical Exam:
Vitals - most recent    BMI: 25.1
 Height:  68 in [172.7 cm] (07/26/2019 13:37)
 Weight:  165 lb [74.84 kg] (09/12/2022 09:53)
 Temp:  98.3 F [36.8 C] (09/12/2022 09:53)
 Pulse:  60 (09/12/2022 09:53)
 Resp:  16 (09/12/2022 09:53)
 BP:  128/76 (09/12/2022 09:53)

General: In no apparent distress.
Pleasant, cooperative.

--------------------------------------------------------------------

PRIOR SLEEP STUDIES:
 LOCAL TITLE: V21 CRH Sleep Study Results
STANDARD TITLE: SLEEP MEDICINE NOTE
DATE OF NOTE: OCT 20, 2022@10:23    ENTRY DATE: OCT 20, 2022@10:24:04
   AUTHOR: SHELDON,RACHEL M    EXP COSIGNER: GOMEZ,ALEXANDER
  URGENCY:                  STATUS: COMPLETED

  *** V21 CRH Sleep Study Results Has ADDENDA ***

** Sleep Clinical Resource Hub (CRH) Home Sleep Test Scored Technical Data
Results***

Veteran name: ROBERT ALLEN ROSS
Gender: MALE
██  ██

Height: 68 in [172.7 cm] (07/26/2019 13:37)
Weight: 165 lb [74.84 kg] (09/12/2022 09:53)
BMI:   25.1

**APPENDIX 559**

Scoring Tech: Rachel Sheldon, RPSGT
Date of Study: Oct 11,2022
Date Scored: Oct 19,2022

Referring Provider: DULAI,KAMALPREET

Description of Study:
Home sleep recording was performed using the Nox T3 system.  The following
channels were recorded: nasal-oral airflow thermocouple airflow sensors,
respiratory effort (RIP belts), finger pulse oximetry, heart rate (pulse
oximeter), and position. This study did not assess sleep by EEG. Both 3%
and
4% desaturation criteria for hypopneas will be reported below.

Data quality: Good

Reason for sleep study: Evaluate presence and/or severity of sleep apnea

Relevant Medical History:

Active Medications:
Active Outpatient Medications (including Supplies):

ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY MOUTH      ACTIVE
 ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH GRAPEFRUIT
 JUICE.)
CHOLECALCIF 50MCG (D3-2,000UNIT) TAB TAKE TWO TABLETS BY    ACTIVE
 MOUTH ONCE DAILY FOR 4 WEEKS, THEN TAKE ONE TABLET ONCE
 DAILY FOR VITAMIN D SUPPLEMENT
CYANOCOBALAMIN 500MCG TAB TAKE ONE TABLET BY MOUTH ONCE    ACTIVE
 DAILY FOR VITAMIN B-12 SUPPLEMENT
DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR      ACTIVE
 TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE DOSE.
 DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE LOWER
 BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT OF THE UPPER
 BODY. DON'T EXCEED A TOTAL DOSE OF 32 GRAMS PER DAY. FOR
 PAIN AND INFLAMMATION
FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 2 SPRAYS IN  ACTIVE
 EACH NOSTRIL ONCE DAILY FOR ALLERGIC RHINITIS
LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE DAILY    ACTIVE
 FOR ALLERGIC RHINITIS
SERTRALINE HCL 50MG TAB TAKE ONE-HALF TABLET BY MOUTH ONCE  ACTIVE
 DAILY FOR 7 DAYS, THEN TAKE ONE TABLET ONCE DAILY FOR
 ANXIETY
TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH ONCE     ACTIVE
 DAILY FOR PROSTATE - 30 MINUTES AFTER THE SAME MEAL EACH
 DAY

**APPENDIX 560**

DATE OF INTERPRETATION: 10/20/2022 8:56:42 AM
DATE OF STUDY   10/11/2022
SCORING SLEEP TECHNITIAN      Rachel Sheldon, RPSGT

Height (inch)   68
Weight (lb)    165
BMI        25.1
Age        62

Analysis Start Time:        11:06 PM
Analysis End Time        6:51 AM
Total Analysis Duration:      7h 45m

3% CRITERIA (NORMAL AHI is <5 e/hr)
AHI (#events/hr):    17.8
ODI (#events/hr):    15.2

Obstructive A + H + mixed : 16.1e/hr   (90.6% of total AHI)
Central A : 1.7e/hr (9.4% of total AHI)
RESPIRATORY COUNTS
APNEAS (e/hr): 5.3
OBSTRUCTIVE: 3.5
CENTRAL:  1.7
MIXED: 0.1
HYPOPNEAS (e/hr):    12.5

Time spent Supine:    0.3 min (0.1%)
Supine AHI (e/hr)      0

Time spent non-supine  465 min (99.9%)
Non-Supine AHI  (e/hr) 17.8
Non-Supine Position Breakdown
Right Side:  76.3min (16.4%)
Left Side: 153.7min (33%)
Prone  235min (50.5%)
AHI Right: 3.1/h
AHI Left: 6.2/hr
AHI Prone: 30.1/hr

4% CRITERIA (NORMAL AHI is <5 e/hr)
AHI    10.2 e/hr
ODI    5.9  e/hr

SNORE %:      77.7

  OXYGEN SATURATION DATA:
SPO2 NADIR (%):      85
Average SpO2 (%):    92.7
SpO2 duration<90%    3.9 min 0.8 %
SpO2 duration<89%    1.4 min    ( 0.3%)

**APPENDIX 561**

SpO2 duration<85%     0 min    ( 0  %)
Average pulse (bpm):   58.9
Highest pulse (bpm)   98
Lowest pulse (bpm)    51
Brady index        0
Tachy index        0


SIGNAL QUALITY
Oximeter Quality (%):       100
Flow Quality (%):       100
Abdomen RIP Quality (%)       100
Thorax RIP Quality (%):       100

*******************************************


  Summary: Sleep Apnea
    moderate elevation of the apnea-hypopnea index.

  Heavy snoring was recorded

  Mild oxyhemoglobin desaturation was seen.


/es/ RACHEL M SHELDON
RPSGT/MIT
Signed: 10/20/2022 10:33

/es/ ALEXANDER GOMEZ, MD
V21 Sleep Clinical Resource Hub (CRH)
Cosigned: 10/27/2022 00:49

10/27/2022 ADDENDUM                STATUS: COMPLETED


*** Sleep Clinical Resource Hub (CRH) Home Sleep Test Interpretation ***


  IMPRESSION
    Abnormal Study
      Elevated AHI 18 events/hr (normal <5/hr) based on 3% oxygen
      desaturation criteria for hypopneas .

**APPENDIX 562**

Events are primarily hypopneas; paradoxical breathing is noted with both

hypopneas and occasional obstructive apneas.

AHI likely underestimates the severity of sleep disordered breathing
due to limitations in scoring with home testing. There are frequent
episodes of flattening of the nasal flow signal followed by increases
in the heart rate suggesting nondesaturating hypopneas.

Flattening of the nasal flow signal is observed for most of the study.
Snore trains are recorded for 77.7% of the study, during which time:
- 91.0% snores > 70 decibels
- 74.7% snores > 80 decibels

Breathing events were more frequent in the prone position
(prone AHI 30 x 50% TST; nonprone AHI 5 x 50%). The patient confirmed he

was wearing the sleep testing equipment with proper orientation of the
device.

Oxygen indices showed average O2 92.7 and
0.3% of analysis time (1.4 minutes) at O2 sat < 89%.

DIAGNOSIS
    Moderate obstructive sleep apnea

RECOMMENDATIONS
    The Veteran has significant OSA and disturbed sleep. He
    has indicated that he is not interested in CPAP; he would benefit from a

    visit with provider to review available treatment options. The Veteran
    will be scheduled into sleep clinic. Side sleeping is recommended in the

    mean time.

    - Avoid alcohol and sedatives before bedtime since these may
      greatly increase the severity of sleep apnea.

    - Summary sheet and sample epochs will be scanned to chart.

    - Patient notified by phone of testing results.

    - Follow up will be scheduled in sleep clinic for full clinical
      evaluation

/es/ ALEXANDER GOMEZ, MD
V21 Sleep Clinical Resource Hub (CRH)
Signed: 10/27/2022 12:21

-----------------------------------------------------------------------

**APPENDIX 563**

Labs:

| Collection DT | Spec | WBC | HGB | HCT | PLT | MCV | MCHC |
|---|---|---|---|---|---|---|---|
| 12/08/2021 12:53 | BLOOD | 6.7 | 15.8 | 48.0 | 360 | 90.4 | 32.9 |
| 08/20/2020 10:35 | BLOOD | 5.1 | 15.7 | 46.7 | 307 | 89.0 | 33.6 |
| 07/25/2019 10:35 | BLOOD | 4.7 L | 16.1 | 47.0 | 332 | 88.7 | 34.3 |

B12 and Folate

| Collection DT | Spec | B12 |
|---|---|---|
| 06/09/2022 12:05 | SERUM | 110 L |
| 12/08/2021 12:53 | SERUM | 110 L |

SLT - IRON
No data available for: IRON
SLT - Ferritin
No data available for: FERRITIN
ZZFERRITIN (OLD)
SCL1 - CHEMISTRIES

| Collection DT | Spec | NA | K | CL | CO2 | BUN | CREAT |
|---|---|---|---|---|---|---|---|
| 06/09/2022 12:07 | PLASM | 137 | 5.3 H | 105 | 28 | 19 | 1.00 |
| 12/08/2021 12:52 | PLASM | 137 | 4.2 | 101 | 27 | 15 | 0.90 |
| 08/20/2020 10:35 | PLASM | 134 L | 4.1 | 99 | 24 | 19 | 1.10 |
| 07/26/2019 14:54 | PLASM | 132 L | 4.6 | 99 | 26 | 21 | 1.03 |
| 07/25/2019 10:35 | PLASM | 137 | 4.1 | 102 | 24 | 23 | 1.08 |

LAB CUMULATIVE SELECTED 1

| Collection DT | Spec | CALCIUM | ALBUMIN | ALK PHO |
|---|---|---|---|---|
| 06/09/2022 12:07 | PLASM | 9.9 | | |
| 12/08/2021 12:52 | PLASM | 9.5 | 4.9 H | 60 |
| 08/20/2020 10:35 | PLASM | 9.3 | 4.5 | 62 |
| 07/26/2019 14:54 | PLASM | 9.2 | 4.8 | 53 |
| 07/25/2019 10:35 | PLASM | 9.5 | 4.5 | 52 |
| 08/06/2015 13:38 | PLASM | 9.4 | 4.3 | 56 |

HbA1c, TSH, Uric Acid

LAB CUMULATIVE SELECTED 1

| Collection DT | Spec | HGBA1c | Tsh |
|---|---|---|---|
| 06/09/2022 12:05 | BLOOD | 6.0 H | |
| 06/09/2022 12:05 | SERUM | | 3.06 |
| 12/08/2021 12:53 | SERUM | | 3.26 |
| 12/08/2021 12:53 | BLOOD | 6.0 H | |
| 08/20/2020 10:35 | SERUM | | 3.51 |
| 07/26/2019 14:54 | BLOOD | 5.9 H | |
| 07/25/2019 10:35 | SERUM | | 2.64 |

Cardiology:

Pg. 1                    01/03/23 07:51

CP ECHO SAC
ROSS,ROBERT ALLEN ▮▮▮▮▮        DOB: ▮▮▮▮▮ (63) NOT

**APPENDIX 564**

INPATIENT

-------------------------------------------------------------------------------
 LOCAL TITLE: CP Cardiology Procedure Report
STANDARD TITLE: CARDIOLOGY DIAGNOSTIC STUDY REPORT
DATE OF NOTE: AUG 31, 2022@14:20:55  ENTRY DATE: AUG 31, 2022@14:20:55
    AUTHOR: CLINICAL,DEVICE PRO  EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED


** DOCUMENT IN VISTA IMAGING **
SEE FULL REPORT IN VISTA IMAGING


SIGNATURE NOT REQUIRED
SEE SIGNATURE IN VISTA IMAGING


** (XCELERA ISCV ECHO SAC)  AUTO-INSTRUMENT DIAGNOSIS **


Procedure: ADULT  Adult


Release Status: Released Off-Line Verified
Date Verified: Aug 31, 2022@14:20:33


CP Order Number:        3220831000029
VAMC Sacramento                +-----------------------------------+
10535 Hospital Way          :                        :
Mather, CA 95655            +-----------------------------------+
            Transthoracic Echocardiogram Report
-------------------------------------------------------------------------+
:Name: ROSS, ROBERT ALLENStudy Date: 08/31/2022          Height: 68
in :
:MRN:               CP #: 3220831000029          Weight: 170
lb:
:DOB: 10/28/           Gender: Male              BSA: 1.9 m2
:
:         yrs      Patient Location: SAC CARDIO ECHO TECH RAD
:
:Reason For Study: Syncope
:
-------------------------------------------------++-----------------+
:
::Sonographer: Yi Qin:
------------------------------------------------+-----------------+
:Referring Physician: DULAI, KAMALPREET
:
-------------------------------------------------------------------------+


Procedure:   A two-dimensional transthoracic echocardiogram with color flow
and Doppler was performed. There is no prior echocardiogram noted for this
patient. The patient was in normal sinus rhythm during the exam.


Left Ventricle:   The left ventricle is normal in size. Left ventricular

**APPENDIX 565**

systolic function is normal. The ejection fraction estimate is 55-60%. The left ventricular wall motion is normal. Assessment of diastolic parameters indicates normal left ventricular diastolic function and normal filling pressures.

Pg. 2                          01/03/23 07:51
              CP ECHO SAC
ROSS,ROBERT ALLEN          ████████     DOB: ████████     (63) NOT INPATIENT

--------------------------------------------------------------------------------

Right Ventricle:   The right ventricle is normal in size and function.

Atria:   The left atrial size is normal. Right atrial size is normal. The atrial septum is aneurysmal.

Aortic Valve:   The aortic valve is normal in structure and function. The aortic valve is trileaflet. The aortic valve opens well. There is no aortic valve stenosis. No aortic regurgitation is present.

Mitral Valve:   There is mild mitral annular calcification. The mitral valve leaflets are thickened, but show no functional abnormalities. There is no mitral valve stenosis. There is trace mitral regurgitation.

Pulmonic Valve:   The pulmonic valve is not well seen, but is grossly normal. There is no pulmonic valvular regurgitation.

Tricuspid Valve:   There is tricuspid annular calcification. The tricuspid valve is not well visualized, but is grossly normal. There is trace tricuspid regurgitation. TR doppler is inadequate to accurately estimate right ventricular systolic pressure (RVSP).

Great Vessels:   The aortic root is normal size. The inferior vena cava appears normal.

Pericardium/ Pleural Space:   There is no pericardial effusion. Pleural effusion noted.

MMode/2D Measurements \T\ Calculations
IVSd: 1.1 cm    LVIDd: 4.3 cm    Ao root diam: 3.2 cm    asc Aorta Diam:
LVPWd: 1.1 cm    LVIDs: 3.0 cm    LA dimension: 3.4 cm    3.0 cm

--------------------------------------------------------------------------------

TAPSE_phl: 2.0 cm IVC Diam_phl:    RA Length_phl: 5.1 cm  RV Mid_phl:
          1.4 cm        RA Width_phl: 3.4 cm    2.1 cm

--------------------------------------------------------------------------------

LAV(MOD-sp2):    LAV(MOD-sp4):    LAV(MOD-sp4) index:
34.2 ml          40.4 ml

**APPENDIX 566**

21.2 ml/m2

Doppler Measurements \T\ Calculations

MV E max vel:      Lat Peak E' Vel:   MVP1/2T: 62.5 sec   e': 11.2 cm/sec
73.7 cm/sec        11.0 cm/sec        MV dec slope:      E/e': 6.6
MV A max vel:      Med Peak E' Vel:   345.5 cm/sec2
70.3 cm/sec        6.3 cm/sec
MV E/A: 1.0
MV dec time:
0.22 sec

---

Ao V2 max:        LV V1 max:        PA acc time:      PA pr(Accel):
130.3 cm/sec      95.6 cm/sec       0.10 sec          33.1 mmHg
Ao max PG: 6.8 mmHg LV V1 max PG:

Pg. 3                           01/03/23 07:51
          CP ECHO SAC
ROSS,ROBERT ALLEN     ████████          DOB: ████████     (63) NOT
INPATIENT
-------------------------------------------------------------------------------
Ao mean PG: 3.8 mmHg3.7 mmHg
Ao V2 VTI: 29.0 cm  LV V1 mean PG:
          1.5 mmHg
          LV V1 VTI: 19.7 cm

---

Pulm A Revs Vel:   AV VR_phl: 0.73    MV P1/2t-pr_phl:
33.1 cm/sec                  62.5 msec
Pulm A Revs Dur:
0.14 sec

Interpretation Summary
The left ventricle is normal in size.
The ejection fraction estimate is 55-60%.
The right ventricle is normal in size and function.
Normal sized atria.
No valvular heart disease.
The inferior vena cava appears normal.

No prior study for comparison.

---

          Electronically signed by: Matthew Lam, MD on 08/31/2022
Reading Physician:02:20 PM

**APPENDIX 567**

Administrative Closure: 08/31/2022
              by:
                  CLINICAL,DEVICE PROXY SERVICE




-----------------------------------------------------------------------------

NOTE: Images are associated with this procedure.
     Please use Imaging Display to view the images.
EKG Date: 7/7/22 @ 0949
Vent Rate: 65                    PR Interval: 162
QRS Duration: 74                 QT: 358
QTC: 372                         P Axis: 118
R Axis:                          T Axis: 33
Confirmation Status:             Interpreted By: YU,KATHERINE M

Auto Instrument Diagnosis:
  Normal sinus rhythm
  Low voltage QRS
  Borderline ECG

  Confirmed by YU, MD, KATHERINE (527) on 7/8/2022 4:14:44 PM

Auto Instrument Data?:
Primary Provider: YU,KATHERINE M

  No data available



-----------------------------------------------------------------------

Assessment/Recommendations:

# Mild sleep apnea

3% CRITERIA (NORMAL AHI is <5 e/hr)
AHI (#events/hr):    17.8
Nadir 85%


Time spent Supine:    0.3 min (0.1%)
Supine AHI (e/hr)    0
Time spent non-supine   465 min (99.9%)
Non-Supine AHI  (e/hr) 17.8
Non-Supine Position Breakdown
Right Side:  76.3min (16.4%)
Left Side: 153.7min (33%)
Prone  235min (50.5%)
AHI Right: 3.1/h

**APPENDIX 568**