AHI Left: 6.2/hr
AHI Prone: 30.1/hr

4% CRITERIA (NORMAL AHI is <5 e/hr)
AHI    10.2 e/hr
ODI    5.9  e/hr

Travels (flight attendant) and would like to avoid cpap.  Bridges with reduced
teeth (oral appliance not ideal) and clenches.  Declines CPAP.  Nasal
obstruction - open to ent referral.  Says sinus surgery in past.

Plan:
- refer ENT mild osa and nasal obstruction
- discussed driving safety and the importance of not driving if drowsy
- discussed impact of ETOH and muscle relaxants on sleep apnea
- all questions were answered and the patient is willing to
proceed
- advised if he pursues surgical intervention, will need repeat study s/p to
recheck AHI

# Insomnia  contributing factors include poor sleep hygiene (lies in bed when
can't sleep), a component of psychophysiological insomnia (increased
stress), episodes of heart palpitations, shortness of breath.
mild OSA (wakes up 10 x's), denies RLS/PLMS (but no witness)

Plan:
- Discussed sleep hygiene
- Refer for CBT for insomnia to mental health clinic
- He will reach out to PCP for re-referral for mental health services re: work
stressors, etc.

SLEEP CLINIC FOLLOW-UP:

- RTC with me s/p surgery to recheck
- If on CPAP, follow up with CPAP tech for routine downloads per protocol.

Number for sleep clinic scheduler is  916-843-9350.
If any issues, call CPAP tech Quick Q line:  916-843-7306

Sleep Medicine Attending: Theresa Buckley, MD, FAASM

TOTAL 45 MINUTES INCLUDING DIRECT 16 MINUTES PLUS ADDITIONAL TIME BEFORE
AND AFTER VISIT REVEIWING CHART, DOCUMENTING AND COORDINATING CARE

**APPENDIX 569**

/es/ Theresa M. Buckley, MD, FAASM
Staff Physician, Sleep Medicine
Signed: 01/03/2023 16:02


Receipt Acknowledged By:
01/03/2023 19:25      /es/ Kamalpreet Dulai, MD
                   Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 04 Nov 2022 @ 1508 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | O'NEIL-DOMINGUEZ,KIARA |
| **Co-signed By:** | O'NEIL-DOMINGUEZ,KIARA |
| **Date/Time Signed:** | 04 Nov 2022 @ 1510 |

**Note**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: NOV 04, 2022@15:08    ENTRY DATE: NOV 04, 2022@15:09
   AUTHOR: O'NEIL-DOMINGUEZ,KI  EXP COSIGNER:
   URGENCY:             STATUS: COMPLETED


called pt to inform him his FMLA paperwork has been completed and ready for p/u
at primary care front desk. pt said he will try to p/u sometime on monday

/es/ O'NEIL-DOMINGUEZ,KIARA

Signed: 11/04/2022 15:10

| | |
|---|---|
| **Date/Time:** | 03 Nov 2022 @ 0956 |
| **Note Title:** | PT OPC Follow-Up 60318 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CONNOLLY,JOHN |
| **Co-signed By:** | CONNOLLY,JOHN |
| **Date/Time Signed:** | 03 Nov 2022 @ 1500 |

**Note**

 LOCAL TITLE: PT OPC Follow-Up 60318
STANDARD TITLE: PHYSICAL THERAPY OUTPATIENT NOTE
DATE OF NOTE: NOV 03, 2022@09:56    ENTRY DATE: NOV 03, 2022@09:56:48
   AUTHOR: CONNOLLY,JOHN      EXP COSIGNER: BASEFLUG,BRUCE
   URGENCY:             STATUS: COMPLETED

**APPENDIX 570**

PT OUTPATIENT FOLLOW-UP
patient identified by SSN and name

REFERRING MEDICAL PRACTIONER: DULAI,KAMALPREET

PROVISIONAL DIAGNOSIS:Cervicalgia(ICD-10-CM M54.2)

REASON FOR REQUEST & MEDICAL JUSTIFICATION:
"  Pt with neck pain, please help with ROM exercises.

S: Patient s new complaints. Less clicking and 'smaller' clicks in
neck

O: PT EVAL: neutral-flexion bias neck stabilization program. Issued pt
bodybackbuddy c instruction for appropriate use after successful demo.

SKIN ASSESSMENT
[X] No wounds

neck pain = 3/10ps     positional = 7/10ps

HEP:
HP/bodybackbuddy
self ball to upper trap
self mobs ctj duoball standing
(thinkers pose) c/s deep neck flexor isomets/self txn  sup/sit
trap stretch seated
neck aarom rot vs slomo ball in sup

PT Tx included c neutral/flex biax of neck:
iastm to neck esp left side and related areas
self iastm to neck using bodybackbuddy - good demo added to hep

A:  Patient tolerated treatment well. Issued pt bodybackbuddy to further release

tight soft tissues surrounding neck. He responded very well to iastm today as
neck tension mod/sig decreased by end of session. Pt making gains to goals as he

is better able to manage symptoms.

PROGRESS TOWARD MEETING PT GOALS: -IN PROGRESS
The following long-term goals (LTGs) to be achieved in 10 weeks.
    1. (I) demo. & knowledegeable of self-progression/maintenance of
HEP.
    2. pt restore c/s ROM rotation to 60deg + bil
    3. pt to improve c/s pain 75% or better at all times
    4. pt rpt decrease frequency/minmal 'cracking' sensation
w/daily IADLs
The following short-term goals (STGs) to be achieved in 4-6 weeks.
    1. Correctly demonstrate home exercises with minimal cues.

**APPENDIX 571**

P:  During the past 30 days the plan of care for this patient has been reviewed with
the primary PT. The goals and treatment plan remain in effect. consider thinker pose c sit to stand transfer


CUMULATIVE TREATMENT DATA:
Patient's initial PT eval date:10/4/22
Number of PT follow-up sessions to date:2/6-8
equipment provided to patient:slomo ball, bodybackbuddy

TODAY'S PT TX TIME: 30 mins.
Ther ex 5
manual therapy 25

/es/ John Connolly, PTA, BA
Physical Therapist Assistant
Signed: 11/03/2022 15:00

/es/ Bruce Baseflug, MPT
Physical Therapist
Cosigned: 11/03/2022 15:02

| | |
|---|---|
| **Date/Time:** | 31 Oct 2022 @ 1447 |
| **Note Title:** | Telephone Care VISN 21 Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | RAE,JEREMY |
| **Co-signed By:** | RAE,JEREMY |
| **Date/Time Signed:** | 31 Oct 2022 @ 1449 |

**Note**

 LOCAL TITLE: Telephone Care VISN 21 Note
STANDARD TITLE: RN TELEPHONE ENCOUNTER TRIAGE NOTE
DATE OF NOTE: OCT 31, 2022@14:47    ENTRY DATE: OCT 31, 2022@14:47:33
    AUTHOR: RAE,JEREMY        EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

   *** Telephone Care VISN 21 Note Has ADDENDA ***

Date/Time: Oct 31,2022
Patient Name:ROSS,ROBERT ALLEN
SSN:
DOB:
Address:

Phone #:9162842402
Caller: Patient

**APPENDIX 572**

If other, specify:

Call back number: ▮▮▮▮▮▮▮
Call Received by:


Chief Complaint/Patient Request:
- PT REQUESTS CALL BACK IN REGARD TO FMLA PAPERWORK PT DROPPED OFF FOR PCP TO
COMPLETE. PT STATES WANTS TO MAKE SURE PCP KNOWS WHAT IT IS PT NEEDS DONE ON
FORM.

/es/ RAE,JEREMY
Program Assistant
Signed: 10/31/2022 14:49


Receipt Acknowledged By:
10/31/2022 15:55      /es/ Kamalpreet Dulai, MD
                 Physician, Primary Care
11/02/2022 11:31      /es/ Shearon Jones, RN
                 Nursing Service, Case Manager, Primary Care


10/31/2022 ADDENDUM            STATUS: COMPLETED
please call pt back and see what this is for.  Is it related to MH?  He is
seeing MH provider now.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 10/31/2022 15:56


Receipt Acknowledged By:
11/02/2022 11:42      /es/ Shearon Jones, RN
                 Nursing Service, Case Manager, Primary Care


10/31/2022 ADDENDUM            STATUS: COMPLETED
Unable to reach patient.  Left voicemail message asking that telephone call be
returned.

/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 10/31/2022 17:06


11/01/2022 ADDENDUM            STATUS: COMPLETED
Pt requesting a call back to explain about he FMLA paperwork. He is boarding a
flight in 30 mins. Pt can be reach at ▮▮▮▮▮▮▮  Thank you.

/es/ IMELDA ATILANO

Signed: 11/01/2022 10:45


Receipt Acknowledged By:
11/01/2022 14:47      /es/ Shearon Jones, RN
                 Nursing Service, Case Manager, Primary Care

**APPENDIX 573**

11/01/2022 14:48      /es/ Kamalpreet Dulai, MD
                      Physician, Primary Care

11/02/2022 ADDENDUM           STATUS: COMPLETED
Vet asking to speak with pcp/rncm regarding fmla section9. he needs some dates
changed

/es/ Amelia Darya Diangelo
Martinez Call Center (MSA)
Signed: 11/02/2022 10:35

Receipt Acknowledged By:
11/02/2022 11:53      /es/ Kamalpreet Dulai, MD
                      Physician, Primary Care
11/02/2022 11:17      /es/ Shearon Jones, RN
                      Nursing Service, Case Manager, Primary Care

11/02/2022 ADDENDUM           STATUS: COMPLETED
Called patient and he was identified using 2/3 patient identifiers (full name,
full soc sec number, birth date).

Mr. Ross states that he was asked to have his provider document additional dates

of medical visits related to his left knee issue on question 9 of the Health
Care Provider Certification Form.  He was told that they can include imaging
dates and orthopedic appointment dates.

Provider to be informed.

/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 11/02/2022 11:26

Receipt Acknowledged By:
11/02/2022 12:26      /es/ Kamalpreet Dulai, MD
                      Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 27 Oct 2022 @ 1224 |
| **Note Title:** | V21 CRH Sleep Disorders |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | GOMEZ,ALEXANDER |
| **Co-signed By:** | GOMEZ,ALEXANDER |
| **Date/Time Signed:** | 27 Oct 2022 @ 1228 |

**Note**

 LOCAL TITLE: V21 CRH Sleep Disorders
STANDARD TITLE: SLEEP MEDICINE NOTE
DATE OF NOTE: OCT 27, 2022@12:24    ENTRY DATE: OCT 27, 2022@12:24:10

**APPENDIX 574**

AUTHOR: GOMEZ,ALEXANDER      EXP COSIGNER:
URGENCY:                          STATUS: COMPLETED

Called patient to discuss results of sleep test which showed moderate
obstructive sleep apnea.  We briefly reviewed the diagnosis, patient's
reactions, and approach to treatment.

The patient explains that he works in the travel industry and is usually only
home about 10 days a month.  CPAP is not a good fit for him because he is
frequently staying in hotels and does not want to be checking a CPAP on and off
of planes or lugging around in hotels.

We reviewed the marked positionality of his sleep study, which actually showed
significantly more frequent events in prone sleep.  He he confirms that he was
wearing the sleep testing equipment in the proper orientation, with the screen
of the main consul facing outwards.  It was in that position when he fell asleep

and when he woke up the next day.  He says he does not sleep fully on his belly,

but thinks that perhaps he has his lower body angled more towards his belly when

he sleeps.  He does not think he sleeps on his back either.  Is not totally
clear from his description what position he might be sleeping in, encouraged to
see if sleeping fully on his side makes any difference for him while he is
waiting for appointment.

Given frequent travel, seems likely that there may be more than just sleep apnea

contributing to sleep disruption.

- RTC NorCal VA sleep to review non-PAP treatment options and full intake

10 minutes on phone

/es/ ALEXANDER GOMEZ, MD
V21 Sleep Clinical Resource Hub (CRH)
Signed: 10/27/2022 12:28

| | |
|---|---|
| **Date/Time:** | 27 Oct 2022 @ 0050 |
| **Note Title:** | V21 CRH SLEEP STUDY RESULTS CONSULT NOTE |
| **Location:** | San Francisco CA VAMC |
| **Signed By:** | GOMEZ,ALEXANDER |
| **Co-signed By:** | GOMEZ,ALEXANDER |
| **Date/Time Signed:** | 27 Oct 2022 @ 0051 |

**Note**

 LOCAL TITLE: V21 CRH SLEEP STUDY RESULTS CONSULT NOTE
STANDARD TITLE: CONSULT

**APPENDIX 575**

DATE OF NOTE: OCT 27, 2022@00:50    ENTRY DATE: OCT 27, 2022@00:50:34
    AUTHOR: GOMEZ,ALEXANDER    EXP COSIGNER:
    URGENCY:                  STATUS: COMPLETED

AHI 15, see Northern California chart/JLV for full interpretation

/es/ ALEXANDER GOMEZ, MD
V21 Sleep Clinical Resource Hub (CRH)
Signed: 10/27/2022 00:51

| | |
|---|---|
| **Date/Time:** | 20 Oct 2022 @ 1023 |
| **Note Title:** | V21 CRH Sleep Study Results |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SHELDON,RACHEL M |
| **Co-signed By:** | SHELDON,RACHEL M |
| **Date/Time Signed:** | 20 Oct 2022 @ 1033 |

**Note**

 LOCAL TITLE: V21 CRH Sleep Study Results
STANDARD TITLE: SLEEP MEDICINE NOTE
DATE OF NOTE: OCT 20, 2022@10:23    ENTRY DATE: OCT 20, 2022@10:24:04
    AUTHOR: SHELDON,RACHEL M    EXP COSIGNER: GOMEZ,ALEXANDER
    URGENCY:                  STATUS: COMPLETED

  *** V21 CRH Sleep Study Results Has ADDENDA ***

** Sleep Clinical Resource Hub (CRH) Home Sleep Test Scored Technical Data
Results***

Veteran name: ROBERT ALLEN ROSS
Gender: MALE
██   ██
Height: 68 in [172.7 cm] (07/26/2019 13:37)
Weight: 165 lb [74.84 kg] (09/12/2022 09:53)
BMI:   25.1

Scoring Tech: Rachel Sheldon, RPSGT
Date of Study: Oct 11,2022
Date Scored: Oct 19,2022

Referring Provider: DULAI,KAMALPREET

Description of Study:
 Home sleep recording was performed using the Nox T3 system.  The following
 channels were recorded: nasal-oral airflow thermocouple airflow sensors,
 respiratory effort (RIP belts), finger pulse oximetry, heart rate (pulse

**APPENDIX 576**

oximeter), and position. This study did not assess sleep by EEG. Both 3% and
4% desaturation criteria for hypopneas will be reported below.


Data quality: Good

Reason for sleep study: Evaluate presence and/or severity of sleep apnea

Relevant Medical History:

Active Medications:
Active Outpatient Medications (including Supplies):

ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
 ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH GRAPEFRUIT
 JUICE.)
CHOLECALCIF 50MCG (D3-2,000UNIT) TAB TAKE TWO TABLETS BY    ACTIVE
 MOUTH ONCE DAILY FOR 4 WEEKS, THEN TAKE ONE TABLET ONCE
 DAILY FOR VITAMIN D SUPPLEMENT
CYANOCOBALAMIN 500MCG TAB TAKE ONE TABLET BY MOUTH ONCE     ACTIVE
 DAILY FOR VITAMIN B-12 SUPPLEMENT
DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR       ACTIVE
 TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE DOSE.
 DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE LOWER
 BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT OF THE UPPER
 BODY. DON'T EXCEED A TOTAL DOSE OF 32 GRAMS PER DAY. FOR
 PAIN AND INFLAMMATION
FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 2 SPRAYS IN  ACTIVE
 EACH NOSTRIL ONCE DAILY FOR ALLERGIC RHINITIS
LORATADINE 10MG TAB TAKE ONE TABLET BY MOUTH ONCE DAILY     ACTIVE
 FOR ALLERGIC RHINITIS
SERTRALINE HCL 50MG TAB TAKE ONE-HALF TABLET BY MOUTH ONCE  ACTIVE
 DAILY FOR 7 DAYS, THEN TAKE ONE TABLET ONCE DAILY FOR
 ANXIETY
TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH ONCE     ACTIVE
 DAILY FOR PROSTATE - 30 MINUTES AFTER THE SAME MEAL EACH
 DAY


Sleep Questionnaires:
 Veteran returned the questionaires.
  ESS: 0/24
  ISI: 21/28
  FOSQ-10: 32 /40
  PCL-5: 60/85

 Sleep symptoms:
  Snoring
  Witnessed apneas
  Problems falling asleep.
  Causes of nocturnal awakenings:

**APPENDIX 577**

thoughts and worries, anxiety and dread, PTSD related symptoms

Sleep Quality
On average how many times do you awaken during the night? 5

Have you or a blood relative been diagnosed with sleep apnea? don't know

How long does it take you to fall asleep after the lights are off? 30-45 minutes

What is your usual bedtime?
Workdays: midnight

Weekends: midnight

What is your usual wake time?
Workdays: 0700

Weekends: 0700

Do you have the urge to fall asleep when driving?
Never

Have you ever had a car accident while driving due to sleepiness? no

Night shift worker? Yes
If current, does your job involve rotating night shifts? Yes

How many caffeinated beverages are typically consumed within 4 hours of bedtime? none

How many alcoholic beverages are typically consumed within 4 hours of bedtime? 1

Are you a smoker?
No:
Past smoker: No

WAKE UP QUESTIONAIRE:
Are you willing to try the following treatments for sleep apnea?
CPAP mask and machine: No
Dental device: No

If sleep test is negative for sleep apnea, would Veteran like an appointment to see a sleep specialist in clinic? Yes

Reported feelings of claustrophobia?
  No

  Medications taken prior to sleep?
  None

Bedpartner Questionaire:
  Has/had bed partner
   Behaviors observed:
    Loud snoring
    Soft snoring

Why are you undergoing a Sleep Evaluation?
  I don't feel well.
  I'm worried about poor sleep affecting my general health, thinking or
  mood.
  My sleep bothers my bedpartner
  My doctor sent me

Home Sleep Test Data Summary

  Home Testing:

DATE OF INTERPRETATION: 10/20/2022 8:56:42 AM
DATE OF STUDY   10/11/2022
SCORING SLEEP TECHNITIAN      Rachel Sheldon, RPSGT

Height (inch)   68
Weight (lb)    165
BMI        25.1
Age        62

Analysis Start Time:       11:06 PM
Analysis End Time        6:51 AM
Total Analysis Duration:     7h 45m

3% CRITERIA (NORMAL AHI is <5 e/hr)
AHI (#events/hr):     17.8
ODI (#events/hr):     15.2

Obstructive A + H + mixed : 16.1e/hr    (90.6% of total AHI)
Central A : 1.7e/hr (9.4% of total AHI)
RESPIRATORY COUNTS
APNEAS (e/hr): 5.3
OBSTRUCTIVE: 3.5
CENTRAL:  1.7
MIXED: 0.1
HYPOPNEAS (e/hr):    12.5

**APPENDIX 579**

Time spent Supine:     0.3 min (0.1%)
Supine AHI (e/hr)     0

Time spent non-supine   465 min (99.9%)
Non-Supine AHI  (e/hr)  17.8
Non-Supine Position Breakdown
Right Side:  76.3min (16.4%)
Left Side: 153.7min (33%)
Prone  235min (50.5%)
AHI Right: 3.1/h
AHI Left: 6.2/hr
AHI Prone: 30.1/hr

4% CRITERIA (NORMAL AHI is <5 e/hr)
AHI    10.2 e/hr
ODI    5.9  e/hr

SNORE %:      77.7

  OXYGEN SATURATION DATA:
SPO2 NADIR (%):       85
Average SpO2 (%):     92.7
SpO2 duration<90%    3.9 min 0.8 %
SpO2 duration<89%    1.4 min      ( 0.3%)
SpO2 duration<85%    0 min    ( 0  %)
Average pulse (bpm):   58.9
Highest pulse (bpm)   98
Lowest pulse (bpm)    51
Brady index       0
Tachy index       0

SIGNAL QUALITY
Oximeter Quality (%):       100
Flow Quality (%):       100
Abdomen RIP Quality (%)      100
Thorax RIP Quality (%):     100

*******************************************

  Summary: Sleep Apnea
   moderate elevation of the apnea-hypopnea index.

   Heavy snoring was recorded

   Mild oxyhemoglobin desaturation was seen.

**APPENDIX 580**

/es/ RACHEL M SHELDON
RPSGT/MIT
Signed: 10/20/2022 10:33

/es/ ALEXANDER GOMEZ, MD
V21 Sleep Clinical Resource Hub (CRH)
Cosigned: 10/27/2022 00:49

10/27/2022 ADDENDUM                    STATUS: COMPLETED


*** Sleep Clinical Resource Hub (CRH) Home Sleep Test Interpretation ***


 IMPRESSION
  Abnormal Study
    Elevated AHI 18 events/hr (normal <5/hr) based on 3% oxygen
    desaturation criteria for hypopneas .

    Events are primarily hypopneas; paradoxical breathing is noted with both

    hypopneas and occasional obstructive apneas.

    AHI likely underestimates the severity of sleep disordered breathing
    due to limitations in scoring with home testing. There are frequent
    episodes of flattening of the nasal flow signal followed by increases
    in the heart rate suggesting nondesaturating hypopneas.

    Flattening of the nasal flow signal is observed for most of the study.
    Snore trains are recorded for 77.7% of the study, during which time:
    - 91.0% snores > 70 decibels
    - 74.7% snores > 80 decibels

    Breathing events were more frequent in the prone position
    (prone AHI 30 x 50% TST; nonpron
e AHI 5 x 50%). The patient confirmed he
    was wearing the sleep testing equipment with proper orientation of the
    device.

    Oxygen indices showed average O2 92.7 and
    0.3% of analysis time (1.4 minutes) at O2 sat < 89%.

 DIAGNOSIS
    Moderate obstructive sleep apnea

 RECOMMENDATIONS
    The Veteran has significant OSA and disturbed sleep. He

**APPENDIX 581**

has indicated that he is not interested in CPAP; he would benefit from a

visit with provider to review available treatment options. The Veteran
will be scheduled into sleep clinic. Side sleeping is recommended in the

mean time.

- Avoid alcohol and sedatives before bedtime since these may
  greatly increase the severity of sleep apnea.

- Summary sheet and sample epochs will be scanned to chart.

- Patient notified by phone of testing results.

- Follow up will be scheduled in sleep clinic for full clinical
  evaluation

/es/ ALEXANDER GOMEZ, MD
V21 Sleep Clinical Resource Hub (CRH)
Signed: 10/27/2022 12:21

| | |
|---|---|
| **Date/Time:** | 19 Oct 2022 @ 1147 |
| **Note Title:** | V21 CRH Sleep Study Data Upload |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | MADRIAGA,DOMINGO BARRERA |
| **Co-signed By:** | MADRIAGA,DOMINGO BARRERA |
| **Date/Time Signed:** | 19 Oct 2022 @ 1148 |

**Note**

 LOCAL TITLE: V21 CRH Sleep Study Data Upload
STANDARD TITLE: SLEEP MEDICINE NOTE
DATE OF NOTE: OCT 19, 2022@11:47     ENTRY DATE: OCT 19, 2022@11:47:39
   AUTHOR: MADRIAGA,DOMINGO BA  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

**Sleep Clinical Resource Hub (CRH) Home Sleep Test Data Upload**

Home sleep study recorder received and downloaded.

Data quality is ACCEPTABLE

Questionnaires were Returned

Study to be scored and reviewed for interpretation

/es/ DOMINGO MADRIAGA, RPSGT, RST,CCSH
MIT-POLYSOMNOGRAPHIC TECH
Signed: 10/19/2022 11:48

| Date/Time: | 18 Oct 2022 @ 0956 |
|---|---|
| Note Title: | PT OPC Follow-Up 60318 |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | CONNOLLY,JOHN |
| Co-signed By: | CONNOLLY,JOHN |
| Date/Time Signed: | 18 Oct 2022 @ 1110 |

**Note**

LOCAL TITLE: PT OPC Follow-Up 60318
STANDARD TITLE: PHYSICAL THERAPY OUTPATIENT NOTE
DATE OF NOTE: OCT 18, 2022@09:56    ENTRY DATE: OCT 18, 2022@09:56:20
   AUTHOR: CONNOLLY,JOHN      EXP COSIGNER: BASEFLUG,BRUCE
   URGENCY:                STATUS: COMPLETED


PT OUTPATIENT FOLLOW-UP
patient identified by SSN and name

REFERRING MEDICAL PRACTIONER: DULAI,KAMALPREET

PROVISIONAL DIAGNOSIS:Cervicalgia(ICD-10-CM M54.2)

REASON FOR REQUEST & MEDICAL JUSTIFICATION:
"  Pt with neck pain, please help with ROM exercises.


S: Patient s new complaints. Clicking at neck still - can cause pain. Very busy
life style. Likes tennis ball massage.

O: PT EVAL: neutral-flexion bias neck stabilzation program.

Educated patient in helpful sitting body mechanics to support neck.
Instructed patient to sit with rolled towel at low back after
successful demo in clinic. Issued pt slomo ball after successful demo.

SKIN ASSESSMENT
[X] No wounds

neck pain = 3/10ps


HEP:
c/s deep neck flexor isomets/self txn (thinkers pose)
trap stretch seated
standing ctj self mobs duoball
heat traps-axial c/s
neck aarom rot vs slomo ball in sup

**APPENDIX 583**

PT Tx included c neutral/flex biax of neck:
chin tuck/thinker sup vs rolled towel - max cues to perform properly
neck aarom rot vs slomo ball in sup - added to hep
sit body mechanics ed to support neck

A:  Patient tolerated treatment well. Pt resp positively to sup neck rom ex - no

'cracking'. Issued pt slomo ball to practise neck rom with head
deweighted.
Expect him also to benefit from employing sitting body mechanics discussed above

to support neck. Pt making gains to goals as he creates hep.

PROGRESS TOWARD MEETING PT GOALS: -IN PROGRESS
The following long-term goals (LTGs) to be achieved in 10 weeks.
    1. (I) demo. & knowledgeable of self-progression/maintenance of
HEP.
    2. pt restore c/s ROM rotation to 60deg + bil
    3. pt to improve c/s pain 75% or better at all times
    4. pt rpt decrease frequency/minmal 'cracking' sensation
w/daily IADLs
The following short-term goals (STGs) to be achieved in 4-6 weeks.
    1. Correctly demonstrate home exercises with minimal cues.

P:  During the past 30 days the plan of care for this patient has been reviewed
with
the primary PT. The goals and treatment plan remain in effect.


CUMULATIVE TREATMENT DATA:
Patient's initial PT eval date:10/4/22
Number of PT follow-up sessions to date:1/6-8
equipment provided to patient:slomo ball

TODAY'S PT TX TIME: 30 mins.
Ther ex 20
pt ed 10


/es/ John Connolly, PTA, BA
Physical Therapist Assistant
Signed: 10/18/2022 11:10

/es/ Bruce Baseflug, MPT
Physical Therapist
Cosigned: 10/18/2022 12:02

| Date/Time: | 12 Oct 2022 @ 1313 |
| --- | --- |
| Note Title: | V21 CRH SLEEP STUDY HST-NOC OX SET UP CONSULT |
| Location: | No CA Healthcare Sys-Martinez |

**APPENDIX 584**

| Signed By: | MADRIAGA,DOMINGO BARRERA |
| Co-signed By: | MADRIAGA,DOMINGO BARRERA |
| Date/Time Signed: | 12 Oct 2022 @ 1316 |

**Note**

LOCAL TITLE: V21 CRH SLEEP STUDY HST-NOC OX SET UP CONSULT
STANDARD TITLE: SLEEP MEDICINE CONSULT
DATE OF NOTE: OCT 12, 2022@13:13   ENTRY DATE: OCT 12, 2022@13:14:07
  AUTHOR: MADRIAGA,DOMINGO BA  EXP COSIGNER:
 URGENCY:               STATUS: COMPLETED

Sleep Clinical Resource Hub (CRH) Home Sleep Test Equipment Setup***


Veteran verbally consented to participating in SFT (Store and Forward Telehealth) sleep testing.

Veteran agreed to attend a F2F appointment for instruction on use of Home Sleep Testing equipment.


RECORDER

Recorder was provided to patient in person along with written instructions for use and for return back to VA in person.

Patient signed form acknowledging receipt of recorder and requirement to return it by 10/12/2022

The following device was issued to the patient:   Nox T3s recorder # 107


Included in the package:

1. Written instructions on using the Nox T3 recording device, QR code and YouTube URL from the manufacturer.

 2. Educational Handout on what sleep apnea is, associated symptoms,and possible treatment options.

 3. Educational Handout on continuous positive airway pressure therapy.

 4. Sleep Questionnaires (to be returned with the recorder).

 5. Sleep Clinical Resource Hub Program Information Sheet.

 6. Instructions on how to return the recorder.

**APPENDIX 585**

Once the recorder is returned to the Sleep CRH and the study is
downloaded,scored and interpreted, results will be provided to
the patient, including the plan of care to follow. This entire process may take
up to several weeks.

For questions or issues, patient or staff can contact (415) 221-4810 x23374
during business hours PST.

/es/ DOMINGO MADRIAGA, RPSGT, RST,CCSH
MIT-POLYSOMNOGRAPHIC TECH
Signed: 10/12/2022 13:16

| | |
|---|---|
| **Date/Time:** | 04 Oct 2022 @ 1457 |
| **Note Title:** | PT Treatment Plan |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | BASEFLUG,BRUCE |
| **Co-signed By:** | BASEFLUG,BRUCE |
| **Date/Time Signed:** | 05 Oct 2022 @ 0524 |

**Note**

 LOCAL TITLE: PT Treatment Plan
STANDARD TITLE: PHYSICAL THERAPY TREATMENT PLAN NOTE
DATE OF NOTE: OCT 04, 2022@14:57    ENTRY DATE: OCT 04, 2022@14:58:05
    AUTHOR: BASEFLUG,BRUCE    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

PT INITIAL EVALUATION
Identity verified by SSN & DOB

REFERRING MEDICAL PRACTIONER: DULAI,KAMALPREET

PROVISIONAL DIAGNOSIS:Cervicalgia(ICD-10-CM M54.2)

REASON FOR REQUEST & MEDICAL JUSTIFICATION:
"  Pt with neck pain, please help with ROM exercises.

          GENDER:  MALE

PERTINENT PAST MEDICAL HISTORY/PROBLEMS:
Computerized Problem List is the source for the following:

1. Cough                    09/30/20  BUCAYCAY,ELEANO
2. Knee pain                08/26/20  BUCAYCAY,ELEANO
3. Depressive episode        08/31/22  ESPINOSA,SONJA
4. General Anxiety          08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT    08/04/14  TAYLOR,JEFFERY
72866009)

**APPENDIX 586**

6. Impaired Fasting Glucose (ICD-9-CM 790.21)          04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)                    04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg                    03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS                03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)          08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)            05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia                    06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM      06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,    06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)

X-RAYS/TESTS (copied from CPRS records):9/12/22 c/s:"STUDY: Cervical spine
series

   COMPARISON: None

   FINDINGS: 7 cervical type vertebrae. Normal vertebral body
   height. Grade 1 retrolisthesis of C4 on C5 which improves with
   flexion but worsens with extension. Grade 2 retrolisthesis of C5
   on C6 which improves with flexion. Mild to moderate C3-4 and
   moderate C4-5 and C5-6 disc space narrowing. No significant
   foraminal encroachment. Preserved atlantodens interval. The
   lateral masses of C1 are normally aligned. Unremarkable
   prevertebral soft tissues.

  Impression:
   1. Multilevel cervical spine degenerative disc space narrowing.

   2. Cervical spine spondylolisthesis with increased sagittal
   translation on dynamic flexion/extension lateral radiographs as
   described.  "
+++++++++++++++++++++++++

SUBJECTIVE FINDINGS -
CHIEF COMPLAINT:  4-5wks ago feels like neck whiplash injury as was playing with

puppy and son and got shoved from behind.  felt head snapped neck back from
behind and now clicking  intermittent but can usually duplicate cracks rotate+
looking down/up, usuall no extra pain w/clicks
MECHANISM & HISTORY:no prior hx c/s issues he rpts
BEHAVIOR OF SYMPTOMS:
 WHERE IS THE PAIN: P1 L UT , L axial c/s
 PAIN: P1 Best- 0/10;  Worst- 7-8/10ps
AGGRAVATING FACTORS:
 1.  Activity that increases Pain:looking to left  and upward clicks -pain
 2.  What eases Pain: nothing , heal nothing , cold temporary

AM/PM:  activity dependent

SLEEP: intermittent

**APPENDIX 587**

OTHER RX FOR THIS CONDITION: none

OCCUPATION/WORK, PERTINENT SOCIAL SITUATION, & ACTIVITIES pilot /attendeant PT ,
daily dad , take care of house, computer

PRIOR LEVEL OF FUNCTION:

CURRENT ACTIVITY LEVEL/ FUNCTIONAL LIMITATIONS:

ADAPTIVE EQUIPMENT:

PATIENT/FAMILY GOALS:
get rid of pain, ROm back to norm

SPECIAL QUESTIONS:
1.  PERTINENT MEDICAL PROBLEMS/SURGERIES/MEDS:   RTC R arthroscopy 8yrs ago  -
still some issues

2. WEIGHT LOSS/GAIN
COUGH/SNEEZE:can make if crack
BOWEL/BLADDER/Saddle Paresthesia?neg
HA/VISION DISTURBANCE/DIZZY: neg
NIGHT PAIN/NIGHT SWEATS/CHILLS:yes

O:
POSTURE: HEP, rounded shoulders

RANGE OF MOTION:
 C/S:
 - flex: chin to chest
 - ext: 47 extenion no aggs
 - R SB: 25 ipsi pain
 - L SB: 30 ipsi pain
 - R rot:45 min p1  post tx 50deg
 - L rot:50 min o1  post tx 60deg less initial 'cracking' sxs

CLEARED JOINTS: bil shoulders c ROM and OP

C-spine- joint mobility
C/S ligs appear intact

| Joint | Force Direction | Grade | End-Feel | Symptom |
|---|---|---|---|---|
| Upper Cervical | P/A Central | II | Firm | neg |
| Mid Cervical | P/A Central | II | Firm | neg |
| Lower Cervical | P/A Central | II | Firm | neg |

- c4-5 facet stiffness /min ttp

PALPATION: mod TTP /TrP L UT , min L facet L4-5, min lev scap L, increased
stiffness ctj
prone central PAs- can elicit clicking c3-c6 levels

MOTIVATION: Pt appears motivated to work with therapy toward goals.

**APPENDIX 588**

BARRIERS TO LEARNING: none
VISION/HEARING: not impaired

PT TREATMENT PROVIDED:
-PATIENT EDUCATION/THEREX: Importance of good posture, basic anatomy, timeline
for tissue injury /whiplash sxs
 HEP:below
RESPONSE TO EDUCATION: Pt. verbalized understanding of above education and
returns good demo of HEP. c/s deep neck flexor isomets/self txn (thinkers pose),

seated trap stretch, standing ctj self mobs duoball, heat traps-axial c/s and
for warmup, Recommendations on frequency and duration.
-above given as HEP
manual: L UT muscle pump , cross fxn stm L UT, grII facet unilats L c4 followed
by  few bouts grIII same. 1' c/s manual very light traction in nerual.
sxs recheck: crack/pop senstation overall  unchanged but notable improved ROM
and pt (subj) rpts feels alot 'looser'.

ASSESSMENT: Pt is a 62 yo male veteran with several weeks c/s pain and loss ROM
w/intermittent cervial spine clicking sounds w/rotational motions. injury event
wks ago- s/p apparent whiplash type injury when playing
with puppy and son. imaging reveals underlying djd and listhesis conditions t/o
c/s . Myofascial restriction also an issues esp L trap. Overall signs/sxs
probabl whiplash injury event w/muscle guarding overlying c/s djd-listhesis
condition limiting ROM, pain, and eliciting click/crepitus sxs. Initiated tx/Hep

for same today and pt w/improved c/s ROM intrasession.  Pt will benefit from
continued outpatient PT to improve same w/focus on progression neutral-flexion
bias neck stabilzation program. Pt appears  motivated and has good rehab
potential to meet the following goals:

Patient agrees to the following treatment plan and goals.
The following long-term goals (LTGs) to be achieved in 10 weeks.
    1. (I) demo. & knowledegeable of self-progression/maintenance of
HEP.
    2. pt restore c/s ROM rotation to 60deg + bil
    3. pt to improve c/s pain 75% or better at all times
    4. pt rpt decrease frequency/minmal 'cracking' sensation
w/daily IADLs
The following short-term goals (STGs) to be achieved in 4-6 weeks.
    1. Correctly demonstrate home exercises with minimal cues.

TREATMENT PLAN: Progress therapy as tolerated and indicated to include more
dynamic and challenging exercises. Treatment plan may include soft tissue
mobilization/PNF/ATM/IASTM, dry needling, joint mobilization, therapeutic
exercise, heat/ice as needed, electrotherapy, instruction in home management
program including exercises. LTG listed above.  Patient has been advised to
contact our office with anyquestions or concerns associated with recommended
exercises.

FREQUENCY: 1x per 1-2week
DURATION: 6-8 treatments

**APPENDIX 589**

PT tx time 65mins
eval 25 mins
therex 10mins
manual 10 mins
pt educ 10 mins
doc 10 mins

/es/ Bruce Baseflug, MPT
Physical Therapist
Signed: 10/05/
2022 05:24

| | |
|---|---|
| **Date/Time:** | 15 Sep 2022 @ 0815 |
| **Note Title:** | Letter to Patient |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 15 Sep 2022 @ 0824 |

**Note**

 LOCAL TITLE: Letter to Patient
STANDARD TITLE: LETTERS
DATE OF NOTE: SEP 15, 2022@08:15   ENTRY DATE: SEP 15, 2022@08:16:04
    AUTHOR: JONES,SHEARON     EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED


                    Department Of Veterans
Affairs
                 VA Northern California Health Care System
(VANCHCS)

 CLINIC ADDRESS:
 5342 Dudley Blvd., McClellan, CA  95652

SEPTEMBER 15, 2022


   ROBERT ALLEN ROSS


Dear Mr. ROSS:

**APPENDIX 590**

Dr. Dulai, your primary care provider, wants you to know that multilevel cervical spine degenerative disc narrowing was noted on the imaging completed on September 12, 2022.  We will start with physical therapy and if it is not helping, Dr. Dulai recommends a MRI and a referral to Physical Medicine & Rehabilitation.

Impression:

  1. Multilevel cervical spine degenerative disc space narrowing.

  2. Cervical spine spondylolisthesis with increased sagittal translation on dynamic flexion/extension lateral radiographs as described.

Impression:

  1. Multilevel cervical spine degenerative disc space narrowing.

  2. Cervical spine spondylolisthesis with increased sagittal translation on dynamic flexion/extension lateral radiographs as described.

Should you have questions, please call 1-800-382-8387.

Sincerely,

/es/ Shearon Jones, RN
   Nursing Service, Case Manager, Primary Care

Patient Record Number 7366310

| | |
|---|---|
| Date/Time: | 12 Sep 2022 @ 0959 |
| Note Title: | Primary Care Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | DULAI,KAMALPREET |
| Co-signed By: | DULAI,KAMALPREET |
| Date/Time Signed: | 12 Sep 2022 @ 1043 |

Note

 LOCAL TITLE: Primary Care Note
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: SEP 12, 2022@09:59    ENTRY DATE: SEP 12, 2022@09:59:07
   AUTHOR: DULAI,KAMALPREET    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

  *** Primary Care Note Has ADDENDA ***

C/C: f/u

HPI: Pt is a 62yo here today for follow up.  Still has a ton of work stress, has

law suit, as well as stress from home, son that is difficult to deal with.  Had
testing for syncope and all wnl.  Has neck pain started couple weeks ago when
playing with son and dog.  Felt a click and now has decreased ROM.  Needs his
FMLA paperwork filled out again.

PMH:
Computerized Problem List is the source for the following:

1. Cough                         09/30/20  BUCAYCAY,ELEANO
2. Knee pain                     08/26/20  BUCAYCAY,ELEANO
3. Depressive episode              08/31/22  ESPINOSA,SONJA
4. General Anxiety                 08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)     04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)          04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg               03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS              03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)       08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)       05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia                06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)

Medications:
see med list

Immunizations:
PCE IMMUNIZATIONS
Immunization                Series Date    Facility    Reaction Info

COVID-19 (MODERNA), MRNA, LNP-S,* 2    03/27/2021  El Dorado*
              1    02/27/2021 EL DORADO *

**APPENDIX 592**

INFLUENZA, INJECTABLE, QUADRIVALE*      10/06/2020 MCCLELLAN *

TD(ADULT) UNSPECIFIED FORMULATION      06/00/2005 No Site

TDAP                      07/26/2019 MCCLELLAN *

PCE HEALTH FACTORS SELECTED
          Immunization
08/17/2015    Refused Td / Tdap / Dtap
07/18/2014    Refused Td / Tdap / Dtap
04/24/2013    Refused Influenza Immunization
03/07/2012    Refused Influenza Immunization
          Refused Td / Tdap / Dtap
02/24/2011    Refused Influenza Immunization
05/24/2010    Refused Influenza H1n1
          Refused Influenza Immunization
12/18/2008    Refused Td / Tdap / Dtap

ROS:
CONSTITUTIONAL:  No weight loss, fever, chills, weakness or fatigue.
HEENT:  Eyes:  No visual loss, blurred vision, double vision or yellow sclerae.
Ears, Nose, Throat:  No hearing loss, sneezing, congestion, runny nose or sore
throat.
SKIN:  No rash or itching.
CARDIOVASCULAR:  No chest pain, chest pressure or chest discomfort. No
palpitations or edema.
RESPIRATORY:  No shortness of breath, cough or sputum.
GASTROINTESTINAL:  No anorexia, nausea, vomiting or diarrhea. No abdominal pain
or blood.
NEUROLOGICAL:  No headache, dizziness, syncope, paralysis, ataxia, numbness or
tingling in the extremities. No change in bowel or bladder control.
MUSCULOSKELETAL:  neck pain

PE: A/A/O x3, NAD, WN, WD. VS reviewed
HEART:  Regular rate and rhythm.
LUNGS:  No crackles or wheezes are heard. CTAB
EXTREMITIES:  Without cyanosis, clubbing or edema.
NEUROLOGICAL:  Gross nonfocal.
Skin:  Warm and dry without any rash.
Musculoskeletal: decreased ROM wiht side to side neck, no midline tenderness,
pain radiated on palpation to L side around C2-3. No swelling noted.  +flexion,
difficult with extension.

Pertinent Labs:
Collection DT    Spec CHOL  TRIGLYC  HDL  LDL-CHO
06/09/2022 12:07  PLASM 266 H  231 H    42    178 H
12/08/2021 12:52  PLASM 260 H  171 H    50    176 H
SCL1 - Partial CBC
Collection DT    Spec  WBC    HGB    HCT    MCV   MCHC    PLT
12/08/2021 12:53  BLOOD  6.7    15.8    48.0    90.4    32.9    360

**APPENDIX 593**

SCL1 - Lab Cum Selected 1
Collection DT    Spec  NA    K    CL   CO2  CALCIUM
06/09/2022 12:07  PLASM 137   5.3 H  105   28   9.9


SCL2 - Lab Cum Selected 2
Collection DT    Spec  GLUCOSE  BUN  CREAT  eGFR(MD eGFR CK
06/09/2022 12:07  PLASM 115    19   1.00        85
12/08/2021 12:52  PLASM 100    15   0.90   >60


SCL3 - Lab Cum Selected 3
Collection DT    Spec  PROTEIN ALBUMIN T. BIL  D BILI  ALK PHO  AST    ALT
12/08/2021 12:52  PLASM 7.7    4.9 H  0.8        60   24    26
HbA1c-last 3
Collection DT    Spec  HGBA1c
06/09/2022 12:05  BLOOD  6.0 H
12/08/2021 12:53  BLOOD  6.0 H
07/26/2019 14:54  BLOOD  5.9 H
SCL1 - PSA
Collection DT    Spec   PSA
12/08/2021 12:53  SERUM 1.23
07/25/2019 10:35  SERUM 1.04
08/06/2015 13:38  SERUM 0.79
07/16/2014 11:17  SERUM 0.68
05/13/2010 11:26  SERUM 0.69
SCLU - TSH
Collection DT    Spec   Tsh
06/09/2022 12:05  SERUM 3.06
12/08/2021 12:53  SERUM 3.26




Impression: NMPS 6/2022


   1. No evidence for reversible or fixed perfusion defects
   suggestive of ischemia or prior myocardial infarction is
   identified.

   2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

   3. Incidental noncontrast CT findings include  aortic and
   coronary artery atherosclerosis, 9 mm right upper lobe pulmonary
   groundglass opacity. Recommend follow-up CT at 6 months.


CONCLUSIONS: zio 7/2022
1. Predominant rhythm is Sinus with an avg rate of 79 bpm, range: 51-155 bpm.
2. Triggered events and diary entries do not correlate with significant
arrhythmia.
3. No Atrial Fibrillation seen for period observed.
4. No pauses or significant bradyarrhythmia observed.

**APPENDIX 594**

5. Overall, benign Ziopatch. No arrhythmogenic cause for syncope observed.

MRI brain nml
  Impression:
    Unremarkable MRI of brain.

 Impression: 8/2022 carotid US

    Minimal plaque. No stenosis.

Echo 8/2022:
Interpretation Summary
The left ventricle is normal in size.
The ejection fraction estimate is 55-60%.
The right ventricle is normal in size and function.
Normal sized atria.
No valvular heart disease.
The inferior vena cava appears normal.

A/p:

1. L knee pain s/p 3 surgeries, pain is now worsening, pt is SC for this.
-saw ortho 4/2022, deciding to hold off on any surgeries at this time and if in
future desired, will make appt for possible arthrscopy again
-NSAID PRN, use sparingly to avoid HTN
-diclofenac gel PRN
-FMLA paperwork done 12/2021, will need to update now

2. allerigc rhinitis/Cough: chronic, likely PND, encourage hydration and flonase

-Update PC to refer to ent if not better.
-cxr wnl

3. BPH w/luts: Flomox 0.4mg daily

4. L cataract: will f/u with eye clnic

5. Low B12: on supplement, conitnues to be low, if stiill low, will consider
injections.

6. Vitamin D: on supplement

7. A1c in PreDm: lifestyle changes, 6  6/2022, check now

8. Hyperlipidemia: LDL not at goal 6/2022, on atorvastatin 40mg and check lipid
panel now

9. Syncopal episode? stress rxn, dehydraton, cardiac workup normal

**APPENDIX 595**

-following MH now
-ekg, carotid US wnl, echocardiogram wnl, MRI brain wnl 8/2022, NMPS wnl 6/2022,

ziopatch wnl no afib
-if happens again, will need to go to ER immediately.
-cotninue hydration as well

10. Anxiety/stress: comm care MH, has had initial intake 9/8, 9/16 follow up

11. R upper pulm nodule: noted on CT: repeat 6months
, ordered.

12. Snoring: sleep study ordered, could be due to PND as well.

13. Neck pain: 2 weeks, no change in pillows, was hit from behind,
-xray pending
-order PT
-diclfonec gel PRN, hold off muscle relaxer as it will make him drowsy

HCM:
Colon Ca screening: last Cscope done 2011 and wnl, FIT neg 2/2022
Labs pending
Immunizations: shingrix #1 hold off today
f/u in 6 months or sooner PRN

Clinical Reminders:
  Medication Reconciliation:

  Med Rec performed with patient/caregiver:
    -Home meds compared with CPRS meds
    -Medication allergies (local and remote) reviewed
    -Discrepancies, if any, discussed with patient/caregiver
    -Changes, if any, addressed in "Plan" section of visit note and
      reflected in CPRS medication list
    -Patient/caregiver provided with an updated medication list (or
      written instructions provided for minor med changes)
    -Education provided regarding managing personal medication
      information, including carrying an updated med list at all times

  Allergies/ADRs (Tool #5)

**APPENDIX 596**

| FACILITY | ALLERGY/ADR |
| -------- | ----------- |

No Remote Allergy/ADR Data available for this patient
NORTHERN CALIFORNIA HCS        DARVOCET-N
NORTHERN CALIFORNIA HCS        ERYTHROMYCIN
NORTHERN CALIFORNIA HCS        VICODIN


Med Recon NoGlossary (Tool #1)

INCLUDED IN THIS LIST:  Alphabetical list of active outpatient
prescriptions dispensed from this VA (local) and dispensed from another
VA or DoD facility (remote) as well as inpatient orders (local pending and
active), local clinic medications, locally documented non-VA medications,
and local prescriptions that have expired or been discontinued in the past
90 days.

Non-VA Meds Last Documented On: Apr 24, 2013
************************************************************************

***NOTE*** The display of VA prescriptions dispensed from another VA or
DoD facility (remote) is limited to active outpatient prescription entries
matched to National Drug File at the originating site and may not include
some items such as investigational drugs, compounds, etc.

NOT INCLUDED IN THIS LIST: Medications self-entered by the patient into
personal health records (i.e. My HealtheVet) are NOT included in this
list. Non-VA medications documented outside this VA, remote inpatient
orders (regardless of status) and remote clinic medications are NOT
included in this list. The patient and provider must always discuss
medications the patient is taking, regardless of where the medication was
dispensed or obtained.

-------------------------------------------------------------------------
OUTPT ATORVASTATIN CALCIUM 40MG TAB (Status = Active)
    TAKE ONE TABLET BY MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE
    WITH GRAPEFRUIT JUICE.)
      Rx# 71222824 Last Released: 6/15/22   Qty/Days Supply: 90/90
      Rx Expiration Date: 6/14/23        Refills Remaining: 3
      Indication: FOR CHOLESTEROL

OUTPT CETIRIZINE HCL 10MG TAB (Status = Discontinued)
    TAKE ONE TABLET BY MOUTH AT BEDTIME FOR ALLERGIES
      Rx# 71222193 Last Released: 6/13/22   Qty/Days Supply: 90/90
      Rx Expiration Date: 6/10/23        Refills Remaining: 3
      Indication: FOR ALLERGIES

OUTPT CHOLECALCIF 50MCG (D3-2,000UNIT) TAB (Status = Active)
    TAKE TWO TABLETS BY MOUTH ONCE DAILY FOR 4 WEEKS, THEN TAKE ONE
    TABLET ONCE DAILY FOR VITAMIN D SUPPLEMENT
      Rx# 71175473 Last Released: 12/13/21   Qty/Days Supply: 100/30
      Rx Expiration Date: 12/10/22        Refills Remaining: 6

**APPENDIX 597**

Indication: FOR VITAMIN D SUPPLEMENT

OUTPT CYANOCOBALAMIN 500MCG TAB (Status = Active)
TAKE ONE TABLET BY MOUTH ONCE DAILY FOR VITAMIN B-12 SUPPLEMENT
Rx# 71175474 Last Released: 12/13/21   Qty/Days Supply: 100/90
Rx Expiration Date: 12/10/22       Refills Remaining: 3
Indication: FOR VITAMIN B-12 SUPPLEMENT

OUTPT DICLOFENAC NA 1% TOP GEL (Status = Active)
APPLY 2 GRAMS TOPICALLY FOUR TIMES A DAY USE DOSING CARD PROVIDED
TO MEASURE DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT OF THE UPPER
BODY. DON'T EXCEED A TOTAL DOSE OF 32 GRAMS PER DAY. FOR PAIN
AND
INFLAMMATION
Rx# 71173807 Last Released: 12/3/21   Qty/Days Supply: 100/30
Rx Expiration Date: 12/3/22       Refills Remaining: 1
Indication: FOR PAIN AND INFLAMMATION

OUTPT FLUTICASONE PROP 50MCG 120D NASAL INHL (Status = Active)
INSTILL 2 SPRAYS IN EACH NOSTRIL ONCE DAILY FOR ALLERGIC RHINITIS
Rx# 71222195 Last Released: 6/13/22   Qty/Days Supply: 1/30
Rx Expiration Date: 6/10/23       Refills Remaining: 3
Indication: FOR ALLERGIC RHINITIS

OUTPT LORATADINE 10MG TAB (Status = Pending)
TAKE ONE TABLET BY MOUTH ONCE DAILY
Login Date: 9/12/22           Qty/Days Supply: 30/30
Refills Ordered: 3

OUTPT SERTRALINE HCL 50MG TAB (Status = Active)
TAKE ONE-HALF TABLET BY MOUTH ONCE DAILY FOR 7 DAYS, THEN TAKE
ONE TABLET ONCE DAILY FOR ANXIETY
Rx# 71222194 Last Released: 6/13/22   Qty/Days Supply: 27/30
Rx Expiration Date: 6/10/23       Refills Remaining: 1
Indication: FOR ANXIETY

OUTPT TAMSULOSIN HCL 0.4MG CAP (Status = Active)
TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR PROSTATE - 30 MINUTES
AFTER THE SAME MEAL EACH DAY
Rx# 71222196 Last Released: 6/13/22   Qty/Days Supply: 90/90
Rx Expiration Date: 6/10/23       Refills Remaining: 3
Indication: FOR PROSTATE

CLIN ZOSTER VACCINE,RECOMBINANT INJ (Status=Active)
0.5 ML INTRAMUSCULARLY ONCE First dose in 2 dose
series for the prevention of Shingles (Shingrix)
Indication: TO PREVENT INFECTION

CLIN ZOSTER VACCINE,RECOMBINANT INJ (Status=Active)
0.5 ML INTRAMUSCULARLY ONCE Second and final dose in
2 dose series for the prevention of Shingles. To be

**APPENDIX 598**

administered at least 2 months after first dose
(Shingrix) Indication: TO PREVENT INFECTION


-------------------------------------------------------------------
                              SUPPLIES
-------------------------------------------------------------------


/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 09/12/2022 10:43


09/15/2022 ADDENDUM              STATUS: COMPLETED
Please let pt know multilevel cervical spine deg disc noted, will start with PT,

if not helping, i would recommend MRI and referral to PM&R, please let pt
know
to update PC.

 Impression:


   1. Multilevel cervical spine degenerative disc space narrowing.

   2. Cervical spine spondylolisthesis with increased sagittal
   translation on dynamic flexion/extension lateral radiographs as
   described.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 09/15/2022 08:09


Receipt Acknowledged By:


09/15/2022 08:26      /es/ Shearon Jones, RN
                 Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 12 Sep 2022 @ 0956 |
| **Note Title:** | Preventive Health Screen 11514 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | COLEMON,VIVIAN DENISE |
| **Co-signed By:** | COLEMON,VIVIAN DENISE |
| **Date/Time Signed:** | 12 Sep 2022 @ 1000 |

**Note**

 LOCAL TITLE: Preventive Health Screen 11514
STANDARD TITLE: PREVENTIVE MEDICINE RISK ASSESSMENT SCREENING NO
DATE OF NOTE: SEP 12, 2022@09:56    ENTRY DATE: SEP 12, 2022@09:56:47

**APPENDIX 599**

AUTHOR: COLEMON,VIVIAN DENI  EXP COSIGNER:
URGENCY:                STATUS: COMPLETED

Clinical Reminders:
 Medication Inventory:
  Does the VA medication list below reflect EXACTLY what the patient and/or
  caregiver state the patient is taking (including non-VA prescriptions, over
  the counter medications, vitamins and herbal supplements)?
   Unable to review with patient/caregiver due to the following reason:
    -Other: Review with pcp.

 Allergies:
 ERYTHROMYCIN, VICODIN, DARVOCET-N
 Active and Recently Expired Outpatient Medications (excluding Supplies):

   Active Outpatient Medications                 Status
   =====================================================================
 1)  ATORVASTATIN CALCIUM 40MG TAB TAKE ONE TABLET BY     ACTIVE
     MOUTH ONCE DAILY FOR CHOLESTEROL (DO NOT TAKE WITH
     GRAPEFRUIT JUICE.)
 2)  CETIRIZINE HCL 10MG TAB TAKE ONE TABLET BY MOUTH AT    ACTIVE
     BEDTIME FOR ALLERGIES
 3)  CHOLECALCIF 50MCG (D3-2,000UNIT) TAB TAKE TWO TABLETS  ACTIVE
     BY MOUTH ONCE DAILY FOR 4 WEEKS, THEN TAKE ONE
     TABLET ONCE DAILY FOR VITAMIN D SUPPLEMENT
 4)  CYANOCOBALAMIN 500MCG TAB TAKE ONE TABLET BY MOUTH     ACTIVE
     ONCE DAILY FOR VITAMIN B-12 SUPPLEMENT
 5)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR  ACTIVE
     TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE
     DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
     LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT
     OF THE UPPER BODY. DON'T EXCEED A TOTAL DOSE OF 32
     GRAMS PER DAY. FOR PAIN AND INFLAMMATION
 6)  FLUTICASONE PROP 50MCG 120D NASAL INHL INSTILL 2      ACTIVE
     SPRAYS IN EACH NOSTRIL ONCE DAILY FOR ALLERGIC
     RHINITIS
 7)  SERTRALINE HCL 50MG TAB TAKE ONE-HALF TABLET BY MOUTH  ACTIVE
     ONCE DAILY FOR 7 DAYS, THEN TAKE ONE TABLET ONCE
     DAILY FOR ANXIETY
 8)  TAMSULOSIN HCL 0.4MG CAP TAKE ONE CAPSULE BY MOUTH     ACTIVE
     ONCE DAILY FOR PROSTATE - 30 MINUTES AFTER THE SAME
     MEAL EACH DAY No Active Remote Medications for this patient
Nutrition Screening:
 Most recent measurements:
 Measurement DT   WEIGHT
          LB(KG)[BMI]
  09/12/2022 09:53  165(74.84)[25]
  06/09/2022 10:06  170(77.11)[26]
  09/15/2020 12:27  167(75.75)[25]
  07/26/2019 13:37  165(74.84)[25]

 Ht.   68 in [172.7 cm] (07/26/2019 13:37)

**APPENDIX 600**

BMI  25.1
Vitals:
  Most recent VS:  Wt.   165 lb [74.84 kg] (09/12/2022 09:53)
            BP    128/76 (09/12/2022 09:53)
            HR    60 (09/12/2022 09:53)
            Temp  98.3 F [36.8 C] (09/12/2022 09:53)
            BMI   25.1
  Pain
    5
Nurse Pain Assessment:
  Pain score:
    5
  Pain location:
    --- Neck
  Pain date of onset:
    --- Two weeks
  Character of the pain:
    --- Sharp
  Pain relieved by:
    --- Massage
  Pain exacerbated by:
    --- holding neck in certain positions
  Pain affects the patient's ADLs:
    Interferes with:  Sleep

/es/ Vivian Denise Colemon, LVN
Nursing Service, Specialty Clinic
Signed: 09/12/2022 10:00

| | |
|---|---|
| **Date/Time:** | 31 Aug 2022 @ 1420 |
| **Note Title:** | CP Cardiology Procedure Report |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CLINICAL,DEVICE PROXY SERVICE |
| **Date/Time Signed:** | 31 Aug 2022 @ 1420 |

**Note**

 LOCAL TITLE: CP Cardiology Procedure Report
STANDARD TITLE: CARDIOLOGY DIAGNOSTIC STUDY REPORT
DATE OF NOTE: AUG 31, 2022@14:20:55  ENTRY DATE: AUG 31, 2022@14:20:55
   AUTHOR: CLINICAL,DEVICE PRO  EXP COSIGNER:
 URGENCY:              STATUS: COMPLETED

** DOCUMENT IN VISTA IMAGING **
SEE FULL REPORT IN VISTA IMAGING

SIGNATURE NOT REQUIRED
SEE SIGNATURE IN VISTA IMAGING

**APPENDIX 601**

** (XCELERA ISCV ECHO SAC)  AUTO-INSTRUMENT DIAGNOSIS **

Procedure: ADULT  Adult

Release Status: Released Off-Line Verified
Date Verified: Aug 31, 2022@14:20:33

CP Order Number:       3220831000029
VAMC Sacramento              +------------------------------------+
10535 Hospital Way          :                    :
Mather, CA 95655            +------------------------------------+
            Transthoracic Echocardiogram Report
---------------------------------------------------------------------------------+
:Name: ROSS, ROBERT ALLENStudy Date: 08/31/2022          Height: 68
in :
:MRN: ████████          CP #: 3220831000029          Weight: 170
lb:
:DOB: 10/28/████     Gender: Male              BSA: 1.9 m2
:
:████ yrs        Patient Location: SAC CARDIO ECHO TECH RAD
:
:Reason For Study: Syncope
:
:------------------------------------------------------------++------------------+
:
::Sonographer: Yi Qin:
:-------------------------------------------------------------+------------------+
:Referring Physician: DULAI, KAMALPREET
:
:------------------------------------------------------------------+

Procedure:   A two-dimensional transthoracic echocardiogram with color flow
and Doppler was performed. There is no prior echocardiogram noted for this
patient. The patient was in normal sinus rhythm during the exam.

Left Ventricle:   The left ventricle is normal in size. Left ventricular
systolic function is normal. The ejection fraction estimate is 55-60%. The
left ventricular wall motion is normal. Assessment of diastolic parameters
indicates normal left ventricular diastolic function and normal filling
pressures.

Right Ventricle:   The right ventricle is normal in size and function.

Atria:   The left atrial size is normal. Right atrial size is normal. The
atrial septum is aneurysmal.

Aortic Valve:   The aortic valve is normal in structure and function. The
aortic valve is trileaflet. The aortic valve opens well. There is no aortic
valve stenosis. No aortic regurgitation is present.

Mitral Valve:   There is mild mitral annular calcification. The mitral valve
leaflets are thickened, but show no functional abnormalities. There is no

**APPENDIX 602**

mitral valve stenosis. There is trace mitral regurgitation.

Pulmonic Valve:   The pulmonic valve is not well seen, but is grossly normal.
There is no pulmonic valvular regurgitation.

Tricuspid Valve:   There is tricuspid annular calcification. The tricuspid
valve is not well visualized, but is grossly normal. There is trace tricuspid
regurgitation. TR doppler is inadequate to accurately estimate right
ventricular systolic pressure (RVSP).

Great Vessels:   The aortic root is normal size. The inferior vena cava
appears normal.

Pericardium/ Pleural Space:   There is no pericardial effusion. Pleural
effusion noted.

MMode/2D Measurements \T\ Calculations
IVSd: 1.1 cm     LVIDd: 4.3 cm    Ao root diam: 3.2 cm   asc Aorta Diam:
LVPWd: 1.1 cm     LVIDs: 3.0 cm   LA dimension: 3.4 cm   3.0 cm

---

TAPSE_phl: 2.0 cm IVC Diam_phl:    RA Length_phl: 5.1 cm  RV Mid_phl:
          1.4 cm         RA Width_phl: 3.4 cm   2.1 cm

---

LAV(MOD-sp2):    LAV(MOD-sp4):    LAV(MOD-sp4) index:
34.2 ml         40.4 ml
                        21.2 ml/m2

Doppler Measurements \T\ Calculations
MV E max vel:     Lat Peak E' Vel:   MVP1/2T: 62.5 sec   e': 11.2
cm/sec
73.7 cm/sec     11.0 cm/sec     MV dec slope:     E/e': 6.6
MV A max vel:      Med Peak E' Vel:   345.5 cm/sec2
70.3 cm/sec     6.3 cm/sec
MV E/A: 1.0
MV dec time:
0.22 sec

---

Ao V2 max:      LV V1 max:       PA acc time:      PA pr(Accel):
130.3 cm/sec     95.6 cm/sec     0.10 sec        33.1 mmHg
Ao max PG: 6.8 mmHg LV V1 max PG:
Ao mean PG: 3.8 mmHg3.7 mmHg
Ao V2 VTI: 29.0 cm  LV V1 mean PG:
          1.5 mmHg
          LV V1 VTI: 19.7 cm

---

Pulm A Revs Vel:    AV VR_phl: 0.73    MV P1/2t-pr_phl:
33.1 cm/sec               62.5 msec
Pulm A Revs Dur:

**APPENDIX 603**

0.14 sec

Interpretation Summary
The left ventricle is normal in size.
The ejection fraction estimate is 55-60%.
The right ventricle is normal in size and function.
Normal sized atria.
No valvular heart disease.
The inferior vena cava appears normal.

No prior study for comparison.

_____

            Electronically signed by: Matthew Lam, MD on 08/31/2022
Reading Physician:02:20 PM

Administrative Closure: 08/31/2022
            by:
            CLINICAL,DEVICE PROXY SERVICE

| | |
|---|---|
| **Date/Time:** | 31 Aug 2022 @ 1132 |
| **Note Title:** | MH Triage |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ESPINOSA,SONJA C |
| **Co-signed By:** | ESPINOSA,SONJA C |
| **Date/Time Signed:** | 31 Aug 2022 @ 1149 |

**Note**

 LOCAL TITLE: MH Triage
STANDARD TITLE: MENTAL HEALTH TRIAGE NOTE
DATE OF NOTE: AUG 31, 2022@11:32    ENTRY DATE: AUG 31, 2022@11:33:06
  AUTHOR: ESPINOSA,SONJA C    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Veteran came in today to get established for care at the Mather VA due to his
frustration with wait times.  Veteran currently has a CC consult in place for
therapy.  Notified veteran that if he chooses to est at Mather, his CC consult
will have to be canceled.  Discussed wait times here at GMH.  Notified veteran
that current wait times are longer than 6 months for therapy.  Veteran opted to
stay with CC as they are in process of scheduling. Gave vetean names of CC
providers identified in teh consult as veteran would like to proactively

**APPENDIX 604**

research which providers may be a good fit.

The veteran denied any suicide-related ideation and/or behaviors and intent/plan, denied thoughts about death and dying during discussion. The patient also denied any homicidal-related ideation and/or behaviors and intent/plan during discussion. Veteran informed of crisis services; triage clinic, Emergency Department, VA Hotline and 911. He verbalized understanding of how to access services and willingness to utilize crisis services if one emerged prior to the next scheduled appointment.

/es/ Sonja C. Espinosa, LCSW
Clinical Social Worker
Signed: 08/31/2022 11:49

| | |
|---|---|
| **Date/Time:** | 17 Aug 2022 @ 1233 |
| **Note Title:** | Letter to Patient |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 17 Aug 2022 @ 1235 |

**Note**

 LOCAL TITLE: Letter to Patient
STANDARD TITLE: LETTERS
DATE OF NOTE: AUG 17, 2022@12:33   ENTRY DATE: AUG 17, 2022@12:33:18
   AUTHOR: JONES,SHEARON      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED


                    Department Of Veterans
Affairs
                VA Northern California Health Care System
(VANCHCS)

 CLINIC ADDRESS:
 5342 Dudley Blvd., McClellan, CA  95652

 AUGUST 17, 2022


    ROBERT ALLEN ROSS



 Dear Mr. ROSS:

**APPENDIX 605**

Dr. Dulai, your primary care provider, wants you to know that the carotid ultrasound and the chest x-ray that were completed on August 9, 2022 are both normal.

Impression:

Minimal plaque. No stenosis.

Impression:
No radiographic evidence of acute cardiopulmonary disease. No pulmonary edema, soft tissue pulmonary nodules, or lobar alveolar consolidation/pneumonia appreciated.

Should you have questions, please call 1-800-382-8387.

Sincerely,

/es/ Shearon Jones, RN
  Nursing Service, Case Manager, Primary Care

Patient Record Number 7366310

| | |
|---|---|
| **Date/Time:** | 16 Aug 2022 @ 1111 |
| **Note Title:** | COMMUNITY CARE-CARE COORDINATION PLAN NOTE |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CARRAS,JENNIFER ANN |
| **Co-signed By:** | CARRAS,JENNIFER ANN |
| **Date/Time Signed:** | 16 Aug 2022 @ 1114 |

**Note**

 LOCAL TITLE: COMMUNITY CARE-CARE COORDINATION PLAN NOTE
STANDARD TITLE: NONVA NOTE
DATE OF NOTE: AUG 16, 2022@11:11    ENTRY DATE: AUG 16, 2022@11:12:04
  AUTHOR: CARRAS,JENNIFER ANN  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Community Care Consult: Individual Psychotherapy

**APPENDIX 606**

Consult No: 612_543190
Community Care Consult Dated: August 15, 2022

Chief Complaint: Depression, unspecified(ICD-10-CM F32.A)

Unable to verify caregiver support at time of note entry
Level of Care Coordination
 Basic
 Care Coordination was determined from:
 Chart Review

Facility Community Care Office Contact
 Care Coordination Point of Contact: Community Care Service
         Phone Number: (707) 562-8430
Services:
     Navigation
     Scheduling
     Post-Appointment Follow-Up
     E-Communications to referring provider

Plan:
Type of Care: Psychotherapy
Setting: Outpatient
Duration: 12 months

Assist PRN with communication between Community Care providers and the
interdisciplinary VA team. Coordinate appropriate patient care along the
continuum of the Community Care Consult.

/es/ JENNIFER ANN CARRAS
BSN, RN, Community Care, MCC
Signed: 08/16/2022 11:14

| | |
|---|---|
| **Date/Time:** | 16 Aug 2022 @ 1028 |
| **Note Title:** | MH Rapid Triage Screening |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | FERRARI,LAURIE ANN |
| **Co-signed By:** | FERRARI,LAURIE ANN |
| **Date/Time Signed:** | 16 Aug 2022 @ 1153 |

**Note**

 LOCAL TITLE: MH Rapid Triage Screening
STANDARD TITLE: MENTAL HEALTH TRIAGE NOTE
DATE OF NOTE: AUG 16, 2022@10:28   ENTRY DATE: AUG 16, 2022@10:28:09
  AUTHOR: FERRARI,LAURIE ANN   EXP COSIGNER:
  URGENCY:            STATUS: COMPLETED

**APPENDIX 607**

RAPID TRIAGE SCREENING

ROSS,ROBERT ALLEN
Race: DECLINED TO ANSWER
Sex: MALE

SSN:

Reason for Visit: Brief behavioral health screening to determine urgency of mental health care needs, address urgent/emergent issues, and identify a follow up care plan.

Visit took place via: Telephone

DATE/TIME OF INITIAL REFERRAL FOR SCREENING: Aug 16,2022

PRIMARY PHONE:9162842402   OK TO LEAVE MESSAGE? Yes
SECONDARY PHONE: OK TO LEAVE MESSAGE?

PRESENTING PROBLEM: Writer contacted veteran via phone to follow up on GMH consult. Writer contacted veteran at number above. Veteran shared they work for the airlines and were unable to keep F2F Comp Update appointment with provider LC for 8/26/22 due to conflict in work  schedule. Veteran prefers F2F services if at the VA. Due to length of time for next F2F, veteran requesting CC referral

for psychotherapy.

MSE/Obs:
Speech wnl, ox4, attention focused, no H/I or S/I reported. No acute distress noted. Behavior cooperative, pleasant, engaging. Insight - veteran appropriately

seeking and following through with care.

Writer unable to complete all rapid triage questions with veteran.
C-SSRS not conducted. No acute distress noted.
PSYCHIATRIC HX:
 Prev OP TX? Yes 2015 Comprehensive Assessment.
 Current TX? No
 Prev Hosp?  Unk

 SUBSTANCE ABUSE PROBLEM:
 Alcohol: Current: unk
 Drugs: Current: unk  Past:
 In recovery: Current: unk  Past:

DISPOSITION:
Urgency: Routine
INITIAL SETTING AND TREATMENT PLAN:
Veteran did not appear to be at imminent risk to harm self or others. Veteran is judged to be sustainable as an outpatient at this time. No acute distress noted.

**APPENDIX 608**

Appointment scheduled: Consult for GMH forwarded as Community Consult.
PATIENT WAS PROVIDED WITH THE FOLLOWING CONTACT INFORMATION:
Advised of clinic contact: Name/Phone Number: Laurie Ferrari, LCSW 916-561-7445
Provided contact and instructions Veterans Crisis Line: 1-800-273-8255, option
#1 at the prompt or text to 838255
Other resources provided: 988 #1 National Hotline
VETERAN QUESTIONS AND/OR CONCERNS WERE ADDRESSED REGARDING CARE.
Veteran would like F2F if services at VA clinic. Veteran was unable to keep
8/26 intake with MCCL due to schedule conflict.
Other comments: Writer provided supportive, validating, empathetic and active
listening to veteran. Writer explained services available in GMH, including
Access walk in and phone clinic, individual therapy, and community care program.

Due to timeliness of F2F at VA, veteran requesting referral to Community Care.
Veteran reqeusting care sooner than later. Consult submitted by writer.

/es/ LAURIE ANN FERRARI
LCSW
Signed: 08/16/2022 11:53

| | |
|---|---|
| **Date/Time:** | 16 Aug 2022 @ 1018 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CHEW,COLLIN YAMADA |
| **Co-signed By:** | CHEW,COLLIN YAMADA |
| **Date/Time Signed:** | 16 Aug 2022 @ 1037 |

**Note**

LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: AUG 16, 2022@10:18    ENTRY DATE: AUG 16, 2022@10:18:30
   AUTHOR: CHEW,COLLIN YAMADA   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Phone Call
WHO IS CALLING: Patient

REASON FOR CALL:Cx INT appt

TIME PATIENT WILL BE HOME FOR RETURN CALL: Aug 16,2022

MESSAGE MAY BE LEFT WITH: Patient

CALLER'S MOOD: Calm

DISPOSITION: Other: coffey, ferrari

ADDRESS:

**APPENDIX 609**



y.o.

PCP:DULAI,KAMALPREET

FUTURE APPOINTMENT(S):
MAS CLINIC VISITS FUTURE
08/31/2022 10:00  SAC CARDIO ECHO TECH RAD
09/12/2022 09:30  NSAC PACT GREEN WH

Letter Reminders
RECALL DATE        CLINIC
No data available

PT called to cancel his INT appt due to scheduling conflict.  Attempted to r/s
offering next available approximately 4 months out.  PT requesting community
care due to wait time.  Alerting triage

/es/ COLLIN YAMADA CHEW
Medical Support Assistant
Signed: 08/16/2022 10:37

Receipt Acknowledged By:
08/16/2022 11:09       /es/ Nancy E Coffey LCSW
                  Social worker
08/16/2022 11:02       /es/ LAURIE ANN FERRARI
                  LCSW

| Date/Time: | 24 Jul 2022 @ 0824 |
|---|---|
| Note Title: | Radiology Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | SWAN,NEPHTERIA |
| Co-signed By: | SWAN,NEPHTERIA |
| Date/Time Signed: | 24 Jul 2022 @ 0825 |

**Note**

LOCAL TITLE: Radiology Note
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JUL 24, 2022@08:24    ENTRY DATE: JUL 24, 2022@08:24:43
   AUTHOR: SWAN,NEPHTERIA    EXP COSIGNER:
   URGENCY:                  STATUS: COMPLETED

EXAM CANCELLATION
Date order was placed: Jul 8,2022
The patient was scheduled to have a Ultrasound examination of the
cartoid. This examination has been discontinued for the following

**APPENDIX 610**

reason: NO RESPONSE TO SCHEDULING ATTEMPTS- ORDER CX'D.

Thank you,
Radiology/Nuclear Medicine Service

/es/ Nephteria Swan
Medical Support Assistant
Signed: 07/24/2022 08:25

Receipt Acknowledged By:
07/25/2022 07:44    /es/ Kamalpreet Dulai, MD
                    Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 22 Jul 2022 @ 1139 |
| **Note Title:** | Letter to Patient |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 22 Jul 2022 @ 1145 |

**Note**

 LOCAL TITLE: Letter to Patient
STANDARD TITLE: LETTERS
DATE OF NOTE: JUL 22, 2022@11:39    ENTRY DATE: JUL 22, 2022@11:39:44
   AUTHOR: JONES,SHEARON       EXP COSIGNER:
  URGENCY:                 STATUS: COMPLETED


                         Department Of Veterans
Affairs
                    VA Northern California Health Care System
(VANCHCS)

 CLINIC ADDRESS:
 5342 Dudley Blvd., McClellan, CA  95652

JULY 22, 2022


    ROBERT ALLEN ROSS
    ███████████████████████████


Dear Mr. ROSS:

**APPENDIX 611**

Dr. Dulai, your primary care provider, wants you to know that the Zio Patch that

you applied to monitor your heart rhythm was benign and showed no arrhythmia
cause for syncope.  No atrial fibrillation was noted.  That's good news!


CONCLUSIONS:
1. Predominant rhythm is Sinus with an avg rate of 79 bpm, range: 51-155 bpm.
2. Triggered events and diary entries do not correlate with significant
arrhythmia.
3. No Atrial Fibrillation seen for period observed.
4. No pauses or significant bradyarrhythmia observed.
5. Overall, benign Ziopatch. No arrhythmogenic cause for syncope observed.


Should you have questions, please call 1-800-382-8387.




 Sincerely,



 /es/ Shearon Jones, RN
    Nursing Service, Case Manager, Primary Care

Patient Record Number 7366310

| Date/Time: | 22 Jul 2022 @ 0921 |
|---|---|
| Note Title: | Holter Monitor (SAC) |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | LAM,MATTHEW YAN |
| Co-signed By: | LAM,MATTHEW YAN |
| Date/Time Signed: | 22 Jul 2022 @ 1046 |

**Note**

 LOCAL TITLE: Holter Monitor (SAC)
STANDARD TITLE: CARDIOLOGY PROCEDURE CONSULT
DATE OF NOTE: JUL 22, 2022@09:21    ENTRY DATE: JUL 22, 2022@09:22:02
   AUTHOR: LAM,MATTHEW YAN    EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

DATE/TIME:  Jul 22,2022@09:22
ROSS,ROBERT ALLEN

**APPENDIX 612**

*** ZIO XT PATCH - CONTINUOUS HOLTER MONITOR REPORT ***

Start date: 7/7/22
End date: 7/16/22
Total analysis time after artifact removed: 8 days 18 hours

REFERRING PROVIDER: Dulai, Kamalpreet MD

REASON FOR REQUEST: Syncope

HEART RATE: MAX 179 bpm
          MIN 51 bpm
          AVG 79 bpm

ATRIAL FIBRILLATION: None found

SYMPTOMS CORRELATE WITH ARRHYTHMIA:
A total of 4 triggered events and 2 diary entries noted. Diary entries: (1)
"fluttering or racing, short of breath while started thinking about my union and
how they ruin my life/family. No way to retire.Finances" correlating to sinus
with a rate of 83 bpm. (2) "Dizziness, lightheaded while stood up from sitting
on couch. Felt lightheaded and dizzy." Correlating to sinus with a rate of 97
bpm. Remainder of triggered events correlating to sinus with rates between 74-
112 BPM, rare SVE.

FINDINGS:
- 1 run of Supraventricular Tachycardia occurred lasting 4 beats (2 sec) with a
max rate of 179 bpm (avg 146 bpm). This likely represents a run of paroxysmal
atrial tachycardia. No associated symptoms were reported.
- Isolated SVEs were rare (<1.0%, 414), SVE Couplets were rare (<1.0%, 18),
and
- SVE Triplets were rare (<1.0%, 8). Isolated VEs were rare (<1.0%, 48), VE

Couplets were rare (<1.0%, 2), and VE Triplets were rare (<1.0%, 2).


CONCLUSIONS:
1. Predominant rhythm is Sinus with an avg rate of 79 bpm, range: 51-155 bpm.
2. Triggered events and diary entries do not correlate with significant
arrhythmia.
3. No Atrial Fibrillation seen for period observed.
4. No pauses or significant bradyarrhythmia observed.
5. Overall, benign Ziopatch. No arrhythmogenic cause for syncope observed.

(SVE = supraventricular ectopics, VE = ventricular ectopics)

Preliminary data entered by Roger Perez, Jul 22,2022@09:23; data
verified and edited for accuracy as necessary. Final interpretation and report

**APPENDIX 613**

by Lam, Matthew MD.

/es/ Matthew Lam, MD
Staff Physician, Cardiology
Signed: 07/22/2022 10:46

| | |
|---|---|
| **Date/Time:** | 12 Jul 2022 @ 1458 |
| **Note Title:** | Radiology Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DEO,SHARON |
| **Co-signed By:** | DEO,SHARON |
| **Date/Time Signed:** | 12 Jul 2022 @ 1502 |

**Note**

 LOCAL TITLE: Radiology Note
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JUL 12, 2022@14:58    ENTRY DATE: JUL 12, 2022@15:00:21
  AUTHOR: DEO,SHARON        EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

RADIOLOGY APPOINTMENT TRACKING NOTE
Exam on Hold:
Awaiting patient's response for scheduling
Attempted to schedule the patient:
1st call
Ultrasound
Date Desired:  Jul 8,2022

Type of Exam:  carotid us


  JUL 12, 2022


    ROBERT ALLEN ROSS



  DEAR  ROBERT ALLEN ROSS

  We are attempting to schedule you for an imaging test ordered by your
  provider. We have attempted to contact you at the phone number listed
  in our database and have been unsuccessful. Please contact us within 14 days
  of date this letter to schedule your appointment for: ULTRASOUND

  You can reach us at:
  916-364-3158 - Ultrasound, Mather/McClellan

**APPENDIX 614**