ROSS, ROBERT ALLEN
Date of Birth:                                                                                    Page 156 of 337
Case 4:22-cv-00343-Y   Document 239-15   Filed 04/26/24   Page 1 of 41   PageID 7294

We look forward to assisting you in scheduling your imaging test.

/es/ Sharon Deo
Medical Support Assistant
Signed: 07/12/2022 15:02

| | |
|---|---|
| **Date/Time:** | 08 Jul 2022 @ 1527 |
| **Note Title:** | Letter to Patient |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 08 Jul 2022 @ 1532 |

**Note**

 LOCAL TITLE: Letter to Patient
STANDARD TITLE: LETTERS
DATE OF NOTE: JUL 08, 2022@15:27   ENTRY DATE: JUL 08, 2022@15:27:16
   AUTHOR: JONES,SHEARON      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED


                         Department Of Veterans
Affairs
                    VA Northern California Health Care System
(VANCHCS)

 CLINIC ADDRESS:
 5342 Dudley Blvd., McClellan, CA  95652

JULY 8, 2022


   ROBERT ALLEN ROSS


Dear Mr. ROSS:

Dr. Dulai, your primary care provider, wants you to know that the myocardial
perfusion study completed on July 7, 2022 shows no perfusion defects
suggestive of ischemia or a prior myocardial infarction.  Your left ventricle
ejection fraction is normal at 71%.  There is a 9mm right upper lobe pulmonary
groundglass opacity noted.  Dr. Dulai recommends follow up with a CT scan in
six months which has been ordered.

**APPENDIX 615**

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary groundglass opacity. Recommend follow-up CT at 6 months.

Should you have questions, please call 1-800-382-8387.

 Sincerely,

 /es/ Shearon Jones, RN
   Nursing Service, Case Manager, Primary Care

Patient Record Number 7366310

| | |
|---|---|
| **Date/Time:** | 07 Jul 2022 @ 1556 |
| **Note Title:** | Care Management Nursing Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 07 Jul 2022 @ 1605 |

**Note**

 LOCAL TITLE: Care Management Nursing Note
STANDARD TITLE: CARE MANAGEMENT NURSING NOTE
DATE OF NOTE: JUL 07, 2022@15:56     ENTRY DATE: JUL 07, 2022@15:56:51
   AUTHOR: JONES,SHEARON      EXP COSIGNER:
 URGENCY:                 STATUS: COMPLETED

  *** Care Management Nursing Note Has ADDENDA ***

COVID-19 Telephone Follow-Up
Patient notified of positive COVID-19 test result.
 Symptoms:

**APPENDIX 616**

The patient was asked if in the last 14 days they have had new onset of any COVID-19 symptoms. They report the following:
  Cough
    Comment: Patient began coughing on today.
  Headache
Within the past 14 days, the patient reports no exposure to someone with a febrile/respiratory illness or someone with a known or suspected case of COVID-19 (within 6 feet for > 15 minutes).

Care Disposition
  Positive COVID-19 must ISOLATE
   - Regardless of vaccination status
   - Day 0 is the first day of symptoms or a positive viral
     test. The count of days starts the next full day.
   - Asymptomatic patients may end isolation after 5 full days.
   - Symptomatic patients (mild/moderate illness) may end
     isolation after 5 full days if fever-free (without
     fever-reducing medication use) and symptoms have improved.

  Patient condition:
    Does not meet CDC guidelines to end isolation.
     - Discussed continued measures to avoid transmission and what to do
       if symptoms significantly worsen.

Patient can care for self at home.

Plan and Patient Education

Patient was advised to notify contacts, including home health workers, of COVID positive exposure/status.

Information provided on preventing the spread of COVID-19.
  - Stay at home except to get medical care that cannot be provided
    by a telephone or video visit.
  - Get rest and stay hydrated.
  - Call ahead before visiting your doctor.
  - Wear a facemask around others if you are sick.
  - Cover your coughs and sneezes.
  - Clean your hands often.
  - Keep a six-foot distance from others in your home, ideally in a
    separate room. Isolate in a private room, if available.
  - Avoid sharing household items.
  - Disinfect high touch surfaces daily, ideally with a product
    that kills cold and flu viruses.

Time spent: 10 minutes

/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 07/07/2022 16:05

Receipt Acknowledged By:

**APPENDIX 617**

07/07/2022 16:21        /es/ Kamalpreet Dulai, MD
                        Physician, Primary Care

07/07/2022 ADDENDUM              STATUS: COMPLETED
Veteran request a note stating his Covid 19 (+) condition, so he can submit to
his employer tomorrow (7/8/22).

If possible please E-mail: 1RROSS@COMCAST.NET
PH# -  Cell: (███████████)

Thank you,


/es/ MICHELLE L RAWLINGS
VISN 21 TLC/CCC, AMSA
Signed: 07/07/2022 18:30

Receipt Acknowledged By:
07/12/2022 10:45        /es/ Shearon Jones, RN
                        Nursing Service, Case Manager, Primary Care
07/07/2022 19:15        /es/ Kamalpreet Dulai, MD
                        Physician, Primary Care

07/07/2022 ADDENDUM              STATUS: COMPLETED
please write letter for employer.  Also possibly someone else can pick up for
him or we can do thru secure messaging?

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 07/07/2022 19:16

Receipt Acknowledged By:
07/08/2022 15:35        /es/ Shearon Jones, RN
                        Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 07 Jul 2022 @ 1412 |
| **Note Title:** | Holter Monitor Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SOUSA,MARIA FATIMA |
| **Co-signed By:** | SOUSA,MARIA FATIMA |
| **Date/Time Signed:** | 07 Jul 2022 @ 1416 |

**Note**


 LOCAL TITLE: Holter Monitor Note
STANDARD TITLE: CARDIOLOGY PROCEDURE NOTE
DATE OF NOTE: JUL 07, 2022@14:12    ENTRY DATE: JUL 07, 2022@14:12:52
   AUTHOR: SOUSA,MARIA FATIMA   EXP COSIGNER:
   URGENCY:                     STATUS: COMPLETED

**APPENDIX 618**

ZIOPATCH INSTALL

ROSS,ROBERT ALLEN was given a Ziopatch monitor per
DULAI,KAMALPREET's request because of SYNCOPE.

Ziopatch Serial Number: N891049874

Device registered on the Ziopatch Company website? Yes

Patient will remove device on Jul 21,2022 and mail in to the Ziopatch
company using prepaid postage.

/es/ Sousa, Maria
Contractor, Medical Inst Tech/Cardiology, SAC
Signed: 07/07/2022 14:16

| | |
|---|---|
| **Date/Time:** | 07 Jul 2022 @ 1215 |
| **Note Title:** | Screening Covid |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | LEMMONS,TAREZ |
| **Co-signed By:** | LEMMONS,TAREZ |
| **Date/Time Signed:** | 07 Jul 2022 @ 1217 |

**Note**

 LOCAL TITLE: Screening Covid
STANDARD TITLE: INFECTIOUS DISEASE RISK ASSESSMENT SCREENING NOT
DATE OF NOTE: JUL 07, 2022@12:15     ENTRY DATE: JUL 07, 2022@12:16
    AUTHOR: LEMMONS,TAREZ     EXP COSIGNER:
    URGENCY:                STATUS: COMPLETED

Coronavirus Disease 2019 (COVID-19) Screen
The patient was asked if in the last 14 days they have had new onset of any
COVID-19 symptoms. They report the following:
  Cough
  Headache
  Muscle pain (Myalgias)
  Runny nose (Rhinorrhea)
The patient reports close exposure (within 6 feet for more than 15 minutes) to
someone with a febrile/respiratory illness within the last 14 days.

Result:
  Patient has a positive symptom or exposure and requires further evaluation.
    Date of the earliest symptom:
    Date: July 4, 2022
COVID-19 Secondary Screening
The patient has the following previously known conditions which may mimic
COVID-19 symptoms:

**APPENDIX 619**

None
Plan:
Home Care Instructions Reviewed, Tele/VVC appt scheduled with physician or advanced practice provider, Report to testing center for swabbing

Veteran/caregiver verbalized an understanding of/agreed with the plan of care. Veteran/caregiver instructed to call VetsCONNECT or the PACT care manager for any future routine issues/concerns. Veteran/caregiver advised to call 911 for any potentially life threatening problems/conditions.

COVID-19 Swab Testing
Swab completed for Covid-19
  CDC Person Under Investigation (PUI) form completed and to lab w/specimen
    Symptoms: MA COUGH RN ST
Plan: Discharged Home for Self-Quarantine, Post Swab Instructions Reviewed, Home Care Instructions Reviewed

Veteran/caregiver verbalized an understanding of/agreed with the plan of care. Veteran/caregiver instructed to call VetsCONNECT or the PACT care manager for any future routine issues/concerns. Veteran/caregiver advised to call 911 for any potentially life threatening problems/conditions.

/es/  TAREZ LEMMONS,BSN-RN,PMHN-BC
NURSE,COVID-19,MATHER
Signed: 07/07/2022 12:17

| | |
|---|---|
| **Date/Time:** | 07 Jul 2022 @ 0950 |
| **Note Title:** | Treadmill 30032 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CHAN,IAN |
| **Co-signed By:** | CHAN,IAN |
| **Date/Time Signed:** | 08 Jul 2022 @ 0946 |

**Note**

 LOCAL TITLE: Treadmill 30032
STANDARD TITLE: CARDIOLOGY PROCEDURE NOTE
DATE OF NOTE: JUL 07, 2022@09:50    ENTRY DATE: JUL 07, 2022@09:51
   AUTHOR: CHAN,IAN        EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

ROSS,ROBERT ALLEN

GENDER:MALE
HEIGHT:68 in [172.7 cm] (07/26/2019 13:37)
WEIGHT:170 lb [77.11 kg] (06/09/2022 10:06)

REFERRING PROVIDER: Dulai, Kamalapreet

**APPENDIX 620**

PROVIDER PERFORMING TEST: Sanchez, Irene
TECHNICIAN:  Andrey Melnik

DATE OF TEST: Jul 7,2022

REASON FOR TEST: CAD
STRESS TEST PROTOCOL: LEXISCAN (pharmacologic)

RESTING HEART RATE: 58 bpm
MAXIMUM HEART RATE: 92 bpm
RESTING BLOOD PRESSURE: 151/84mmHg

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESTING ECG:NSR, RAD
CHEST PAIN: None
ARRHYTHMIAS: None

ST CHANGES: None

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONCLUSIONS:
 resting HTN

normal response to LExiscan infusion.

\*\*\* SEE SEPARATE RADIOLOGY REPORT FOR NUCLEAR IMAGING RESULTS \*\*\*

Preliminary data entered by Andrey Melnik, Jul 7,2022@09:51; data verified and
edited for accuracy as necessary. Final interpretation and report by Ian Chan,
MD.

/es/ Ian Chan, MD
Staff Physician, Cardiology
Signed: 07/08/2022 09:46

| | |
|---|---|
| Date/Time: | 07 Jul 2022 @ 0747 |
| Note Title: | CONSENT CLINICAL IMED |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | CVIX,IMEDWEBUSER |
| Date/Time Signed: | 07 Jul 2022 @ 0747 |

**Note**

 LOCAL TITLE: CONSENT CLINICAL IMED
STANDARD TITLE: CONSENT
DATE OF NOTE: JUL 07, 2022@07:47:13  ENTRY DATE: JUL 07, 2022@09:47:23
   AUTHOR: CVIX,IMEDWEBUSER    EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

**APPENDIX 621**

VistA Imaging - Scanned Document

Signature Informed Consent for Heart - Stress Test Regadenoson MPI

1. Anatomical Location: See description

2. Informed consent was obtained  at 9:25 AM on
  7/7/22.

The full consent document can be accessed through Vista Imaging.

3. Patient name: ROSS, ROBERT ALLEN

4. The patient HAS decision-making capacity.

5. Surrogate (if applicable):

6. Reason for the treatment (diagnosis, condition, or indication):
  To evaluate the function of the heart muscle before and during stress.  To
detect and assess the risk of significant coronary artery disease.  This test
helps find blocked arteries to the heart muscle.  This test provides a prognosis
for those with known coronary blockage(s).  This test will help estimate the
risk to the heart of an upcoming surgery.

7. Treatment/procedure: This procedure involves using myocardial perfusion
imaging (MPI) to compare pictures of the heart at rest and during stress.  A
radioactive tracer is used.  It is injected in the blood stream.  It is taken up
by
living heart muscle cells.  If these cells are able to take up the tracer, then
that area of the heart will light up on the images.  If there is a significant
blockage in the heart arteries, or the heart muscle cells are damaged, then no
tracer will be seen.  This will produce a dark area on the images.  By
comparing the rest and stress images, your doctor can determine areas damaged or
having decreased blood flow.  Regadenoson is a medicine that stimulates the
heart
muscle without need for exercise.  It works by enlarging the heart's blood
vessels; allowing good flow through normal vessels and less blood flow through
blocked ones.  It is generally used for people who cannot tolerate exercise.

Your provider will put an IV (small plastic tube) into a vein.  This is
usually in your arm.  Your provider will also place small stickers on your skin.

These are called electrodes.  Your provider attaches these electrodes to a
recording machine.  This machine is called an electrocardiogram (ECG).  This
allows
the provider to monitor your heart during the procedure. Your provider will
inject a small amount of radioactive material through the IV.  You will be asked
to
either sit or lie still in a nuclear camera.  This will take pictures of your
heart over 10-20 minutes.

Your provider will then inject the Regadenoson through the IV.  The

**APPENDIX 622**

radioactive material will be injected again.  You will be asked to either sit or lie
still in a nuclear camera.  A second set of pictures will be taken over 10-20
minutes.  When the test is done, your provider will remove the electrodes and IV.

8. No, neither anesthesia nor moderate sedation will be used in this
treatment/procedure.

9. Consent to Blood Products (if applicable):
   It is not expected that blood products will be used in this
treatment/procedure.

10. Practitioner obtaining consent:  Irene Rachel Sanchez, NP

11. Supervising practitioner:

12. Practitioner(s) performing or supervising treatment/procedure (if
   not listed above):

13. Witness Name(s):

14. Comments:

*** SCANNED DOCUMENT ***
SIGNATURE NOT REQUIRED

Electronically Filed: 07/07/2022
        by: IMEDWEBUSER CVIX

| | |
|---|---|
| **Date/Time:** | 02 Jul 2022 @ 0902 |
| **Note Title:** | Radiology Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SWAN,NEPHTERIA |
| **Co-signed By:** | SWAN,NEPHTERIA |

**APPENDIX 623**

| Date/Time Signed: | 02 Jul 2022 @ 0903 |
|---|---|

**Note**

 LOCAL TITLE: Radiology Note
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JUL 02, 2022@09:02     ENTRY DATE: JUL 02, 2022@09:03:01
   AUTHOR: SWAN,NEPHTERIA     EXP COSIGNER:
 URGENCY:               STATUS: COMPLETED


  *** Radiology Note Has ADDENDA ***

EXAM CANCELLATION
Date order was placed: Jun 9,2022
The patient was scheduled to have a Ultrasound examination of the
 cartoid. This examination has been discontinued for the following
reason: PAT NO SHOWED; REORDER IF STILL INDICATED.

Thank you,
Radiology/Nuclear Medicine Service

/es/ Nephteria Swan
Medical Support Assistant
Signed: 07/02/2022 09:03

Receipt Acknowledged By:
07/04/2022 16:10     /es/ Kamalpreet Dulai, MD
                 Physician, Primary Care

07/08/2022 ADDENDUM           STATUS: COMPLETED
please re order pt called wanting to schedule

/es/ Nephteria Swan
Medical Support Assistant
Signed: 07/08/2022 15:36

Receipt Acknowledged By:
07/08/2022 16:27     /es/ Kamalpreet Dulai, MD
                 Physician, Primary Care

| Date/Time: | 19 Jun 2022 @ 1536 |
|---|---|
| Note Title: | Radiology Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | SWAN,NEPHTERIA |
| Co-signed By: | SWAN,NEPHTERIA |
| Date/Time Signed: | 19 Jun 2022 @ 1538 |

**Note**

**APPENDIX 624**

LOCAL TITLE: Radiology Note
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JUN 19, 2022@15:36    ENTRY DATE: JUN 19, 2022@15:36:39
   AUTHOR: SWAN,NEPHTERIA    EXP COSIGNER:
  URGENCY:               STATUS: COMPLETED

Northern California Health Care Systems Imaging Department
 JUN 19, 2022


   ROBERT ALLEN ROSS



 DEAR  ROBERT ALLEN ROSS

Our records indicate that you missed the below appointment(s):
   Date/Time:  Jun 19,2022
   Clinic:  Ultrasound
   Telephone: 916-364-3158 - Ultrasound, Mather/McClellan

To reschedule this appointment, please contact the Radiology at
the telephone number listed above - Monday through Friday, 8:00 AM to 4:30 PM,
excluding holidays. Please contact us within 14 days of date of this letter to
reschedule or your order will be cancelled due to being obsolete.

If you are unable to keep future appointments, please call Radiology to cancel
or reschedule your appointment. This will assist us in our efforts to assure
timely access to care for all of our veterans.


VA Northern California Health Care System
Sacramento Medical Center
10535 Hospital Way
Mather, CA 95655


/es/ Nephteria Swan
Medical Support Assistant
Signed: 06/19/2022 15:38

| | |
|---|---|
| **Date/Time:** | 16 Jun 2022 @ 1515 |
| **Note Title:** | Cardiology EKG Completion Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SIMON,CAMILLE |
| **Co-signed By:** | SIMON,CAMILLE |
| **Date/Time Signed:** | 16 Jun 2022 @ 1518 |

Note

**APPENDIX 625**

LOCAL TITLE: Cardiology EKG Completion Note
STANDARD TITLE: CARDIOLOGY DIAGNOSTIC STUDY NOTE
DATE OF NOTE: JUN 16, 2022@15:15    ENTRY DATE: JUN 16, 2022@15:15:45
   AUTHOR: SIMON,CAMILLE      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

The patient ID self by full name and DOB.

EKG COMPLETION - NURSE/TECH
 EKG completed and given to Dr. Doctor. for review: Result: "Normal sinus
rhythm, normal ECG."

Provided patient with updated list of upcoming appointments.

Patient declined shingrix vaccine at this time.

/es/ CAMILLE SIMON
Primary Care, MCC
Signed: 06/16/2022 15:18

| | |
|---|---|
| **Date/Time:** | 14 Jun 2022 @ 0848 |
| **Note Title:** | Letter to Patient |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 14 Jun 2022 @ 0911 |

**Note**

 LOCAL TITLE: Letter to Patient
STANDARD TITLE: LETTERS
DATE OF NOTE: JUN 14, 2022@08:48    ENTRY DATE: JUN 14, 2022@08:48:18
   AUTHOR: JONES,SHEARON      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED


                    Department Of Veterans
Affairs
                    VA Northern California Health Care System
(VANCHCS)

 CLINIC ADDRESS:
5342 Dudley Blvd., McClellan, CA  95652

JUNE 14, 2022

**APPENDIX 626**

ROBERT ALLEN ROSS
4701 HAYLOFT COURT
████████████████████

Dear Mr. ROSS:

Per our conversation, your LDL (low-density lipoprotein), which is sometimes
called "bad" cholesterol, is not at goal.  Per your agreement,
medication
Atorvastatin 40mg is being mailed to you to take orally daily.

Your hemoglobin A1c, which tells us what your average blood sugar has been
over the three months prior to the blood draw, is 6% and the normal range is
4.1-5.7%.  Please monitor your diet by eating healthy carbohydrates such as
fruits, vegetables, whole grains, legumes and low-fat dairy products.  Avoid
less healthy carbohydrates such as foods or drinks with added fats, sugars and
sodium.  Choose healthy carbohydrates, fiber-rich foods, fish and
"good" fats.

Your potassium is higher than normal.  Please avoid foods with high potassium
like avocados, bananas, oranges, grapefruit juice, green leafy vegetables and
melons of all kinds.

Your B12 is still low.  As we discussed, you just started taking the Vitamin
B12 supplement daily.  Fasting labs are ordered for you to complete in three
months (September 2022).

Should you have questions, please call 1-800-382-8387.

  Sincerely,

 /es/ Shearon Jones, RN
   Nursing Service, Case Manager, Primary Care

Patient Record Number 7366310

| | |
|---|---|
| Date/Time: | 09 Jun 2022 @ 1420 |
| Note Title: | PCMHI Primary Care Mental Health Consult |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | ARANETA,ANGELA M |
| Co-signed By: | ARANETA,ANGELA M |
| Date/Time Signed: | 09 Jun 2022 @ 1505 |

Note

**APPENDIX 627**

LOCAL TITLE: PCMHI Primary Care Mental Health Consult
STANDARD TITLE: MENTAL HEALTH CONSULT
DATE OF NOTE: JUN 09, 2022@14:20    ENTRY DATE: JUN 09, 2022@14:21:04
   AUTHOR: ARANETA,ANGELA M    EXP COSIGNER:
 URGENCY:                 STATUS: COMPLETED

 *** PCMHI Primary Care Mental Health Consult Has ADDENDA ***

Primary Care Mental Health Integration (PC-MHI) Assessment

Patient Identification: Patient is a 62 year old, DECLINED TO ANSWER MALE.

Veteran is seen by PC-MHI as part of the Patient-Aligned Care Team (PACT).


DS - Disabilities
Eligibility: SC LESS THAN 50%              VERIFIED
Total S/C %: 30

LIMITED FLEXION OF KNEE                  10%
S/C
KNEE CONDITION                  10%
S/C
LIMITED FLEXION OF KNEE                  10%
S/C

SCREENINGS/MEASURES:
PHQ-9:
MHAS - PHQ9 SCORE
Date                 Instrument   Raw   Trans Scale
06/09/2022 11:39              PHQ9   20      PHQ9 GAD-7:
MHAS - MHA Score
Date                 Instrument   Raw   Trans Scale
06/09/2022 11:39             GAD-7   14      Anxiety


REFERRED BY: Dr. Dulai
REASON FOR REFERRAL: depression and passive SI
VISIT DURATION (minutes): 30 mins

Veteran's primary concern(s) (duration, frequency, intensity, triggering
events, etc.): Vet described "so much going on in my mind" along with
chronic
conflict in his work place that have led him to symptoms of depression, anxiety,

and passive suicidal ideation (without intent or plan). He described a 2 year
lawsuit against the union which has been led to chronic stress. He also
mentioned tension in his marriage surrounding finances and parenting styles.

FUNCTIONAL ASSESSMENT:

**APPENDIX 628**

Sleep: Problems with sleep tossing and turning. His flight scheduled vary which also exacerbates sleep. He sleeps separately from his wife due to his restlessness- wakes multiple times per night- estimates no more than 5 hours of sleep on average

Work: Described stress related to his occupation as a flight attendant. He was a

former union leader but now is involved in a lawsuit against the union. He feels

others have been spreading false information about him on social media.

Close relationships: Today was his 22nd wedding anniversary. He described his marriage as "okay." He stated that their finances
and create
strain for his wife. He also noted divergent parenting styles for their two children who are currently in college. He expressed dissatisfaction that their son is not held accountable

---

Brief summary of past mental health treatment (e.g. therapy, medication, hospitalization, inpatient treatment, etc.):
He was seen for a comp assessment in 2015. He was prescribed 50mg Sertraline- took it for a couple months but he did not feel it made much of a difference.

---

Substance use history:
One glass of wine on occasion at night. Denied tobacco or drug use.

---

RISK ASSESSMENT:
Suicidal/Homicidal/Assaultive Ideation/Intent/Plan:
Yes- passive SI in the context of being overwhelmed by situational stress stressors- denied intent or plan
CSSRS was negative

Columbia Suicide Severity Rating Scale (C-SSRS)


Date Given: 06/09/2022
Clinician: Colemon,Vivian Denise
Location: Nsac Pact Green

Veteran: Ross,Robert Allen
SSN: xxx-xx-5153
DOB: ███████ (62)
Gender: Male


Suicidal Ideation in Past Month: Yes - Suicidal thoughts

Method/Plan/Intent in Past Month: No method, no specific plan, and no intent

**APPENDIX 629**

Suicidal Behavior: No Past Suicidal Behavior Reported

KEY INDICATORS:

Questions and Answers:

1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
  Yes
2. Over the past month, have you had any actual thoughts of killing yourself?

  Yes
3. Over the past month, have you been thinking about how you might do this?
  No
4. Over the past month, have you had these thoughts and had some intention of

acting on them?
  No
5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
  No
6. If yes, at any time in the past month did you intend to carry out this plan?
  Not asked (due to responses to other questions)
7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained

a gun, gave away valuables, went to the roof but didn't jump)?
  No
8. If yes, was this within the past 3 months?
  Not asked (due to responses to other questions)

_____

MENTAL STATUS EXAM:
  Appearance: older Caucasian male with short straight white male, average build, well groomed
  Demeanor: engaged, animated, talkative
  Mood: depressed and anxious
  Affect: full, congruent with content
  Psychotic symptoms/Thought content: no psychosis; thought content focused on stressors
  Cognitive deficits/Memory Impairment: recent problems with attention and focus; not formally assessed today
  Judgment/Insight: fair/limited

_____

DIAGNOSTIC IMPRESSIONS:
Depressive Disorder; Anxiety

**APPENDIX 630**

_____

INTERVENTION:
Psychotherapy: Symptom review, functional assessment, risk assessment, medication use, ideas for managing stress, overview of treatment options

Limits of confidentiality, risks, benefits, and side effects of psychiatric medications and/or therapy were discussed with the patient.  The patient expressed understanding and the willingness to take medications and/or engage in treatment.

Veteran provided with Mental Health contact information and information for accessing emergency services (Veterans Crisis Line, 1-800-273-8255, VA or local
hospital).

Veteran's questions and/or concerns were addressed.

FOLLOW-UP PLAN:
Referral to other Mental Health services: GMH Consult for therapy and medications placed today

Vet is open to medication trial. Will consult with Dr. Nuismer regarding medication options

Action Plan for Veteran: Encouraged him to limit time spent on social media. Gave him VCL magnet and encouraged him to reach out as needed

/es/ Angela M. Araneta, PsyD
Mental Health, Clinical Psychologist
Signed: 06/09/2022 15:05

Receipt Acknowledged By:
06/10/2022 08:49      /es/ Amy Nuismer, MD
                  Psychiatry, Family Practice/Women's Health


06/10/2022 ADDENDUM              STATUS: COMPLETED
Chart reviewed and case disussed with Dr. Araneta.  Only previous medication trial of Zoloft but not adequate trial in terms of dose nor length of tx.
Recommend re-trial and titrating up dose as needed to reach effect.

/es/ Amy Nuismer, MD
Psychiatry, Family Practice/Women's Health
Signed: 06/10/2022 08:50

| | |
|---|---|
| **Date/Time:** | 09 Jun 2022 @ 1010 |
| **Note Title:** | Preventive Health Screen 11514 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | COLEMON,VIVIAN DENISE |
| **Co-signed By:** | COLEMON,VIVIAN DENISE |

**APPENDIX 631**

**Date/Time Signed:** 09 Jun 2022 @ 1022

**Note**

 LOCAL TITLE: Preventive Health Screen 11514
STANDARD TITLE: PREVENTIVE MEDICINE RISK ASSESSMENT SCREENING NO
DATE OF NOTE: JUN 09, 2022@10:10   ENTRY DATE: JUN 09, 2022@10:11:03
   AUTHOR: COLEMON,VIVIAN DENI  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Clinical Reminders:
 Medication Inventory:
  Does the VA medication list below reflect EXACTLY what the patient and/or
  caregiver state the patient is taking (including non-VA prescriptions, over
  the counter medications, vitamins and herbal supplements)?
   Unable to review with patient/caregiver due to the following reason:
    -Other: Review with pcp.

  Allergies:
ERYTHROMYCIN, VICODIN, DARVOCET-N
Active and Recently Expired Outpatient Medications (excluding Supplies):

   Active Outpatient Medications                Status
   =================================================================
 1)  CHOLECALCIF 50MCG (D3-2,000UNIT) TAB TAKE TWO TABLETS  ACTIVE
      BY MOUTH ONCE DAILY FOR 4 WEEKS, THEN TAKE ONE
      TABLET ONCE DAILY FOR VITAMIN D SUPPLEMENT
 2)  CYANOCOBALAMIN 500MCG TAB TAKE ONE TABLET BY MOUTH    ACTIVE
      ONCE DAILY FOR VITAMIN B-12 SUPPLEMENT
 3)  DICLOFENAC NA 1% TOP GEL APPLY 2 GRAMS TOPICALLY FOUR  ACTIVE
      TIMES A DAY USE DOSING CARD PROVIDED TO MEASURE
      DOSE. DON'T EXCEED 16 GRAMS DAILY TO A JOINT OF THE
      LOWER BODY. DON'T EXCEED 8 GRAMS DAILY TO A JOINT
      OF THE UPPER BODY. DON'T EXCEED A TOTAL DOSE OF 32
      GRAMS PER DAY. FOR PAIN AND INFLAMMATION No Active Remote
 Medications for this patient
Nutrition Screening:
 Most recent measurements:
 Measurement DT    WEIGHT
            LB(KG)[BMI]
 06/09/2022 10:06  170(77.11)[26]
 09/15/2020 12:27  167(75.75)[25]
 07/26/2019 13:37  165(74.84)[25]
 08/17/2015 11:24  164(74.39)[25]

 Ht.   68 in [172.7 cm] (07/26/2019 13:37)
 BMI   25.9
Depression Screening:
  Perform PHQ-2
    A PHQ-2 screen was performed. The score was 6 which is a positive
    screen for depression.

**APPENDIX 632**

Over the past two weeks, how often have you been bothered by the following problems?

1. Little interest or pleasure in doing things
Nearly every day

2. Feeling down, depressed, or hopeless
Nearly every day

Licensed Independent Provider notified of positive screen and need for follow-up.
Name of provider notified: Dr. Dulai,Kamalpreet
Braden Skin Risk Assessment:
No impairment or abnormality in sensory perception, moisture, activity, mobility, nutrition, or friction.
Emotional Health Screening (Nurse):
The Veteran states they have worry or stress in their life.
Source of concern: anxiety, anger issues, financial issues.
Acknowledged Veterans concerns about their emotional health.
Patient to discuss with provider in appointment today.
MOVE! Screening- Overweight/Obesity:
Calculated BMI: 25.9 Weight: 170 lb [77.11 kg] (06/09/2022 10:06)
Educated on the health risks of overweight/obesity including:
heart disease|hypertension
The patient was educated on the available weight management programs and declines treatment at this time.
The patient has not participated in an organized weight management program in the past year.
Vitals:
Most recent VS:  Wt.   170 lb [77.11 kg] (06/09/2022 10:06)
             BP   137/83 (06/09/2022 10:06)
             HR   67 (06/09/2022 10:06)
            Temp  98.8 F [37.1 C] (06/09/2022 10:06)
             BMI   25.9
Barriers to Education Not Recorded:
The patient has a potential barrier to learning due to a visual limitation.
Suicide Screen:
C-SSRS Screening
Columbia Suicide Severity Rating Scale (C-SSRS) screener
1. Over the past month, have you wished you were dead or wished you could go to sleep and not wake up?
Yes

2. Over the past month, have you had any actual thoughts of killing yourself?
Yes

3. Over the past month, have you been thinking about how you might do this?
No

**APPENDIX 633**

4. Over the past month, have you had these thoughts and had some intention of acting on them?
No

5. Over the past month, have you started to work out or worked out the details of how to kill yourself?
No

6. If yes, at any time in the past month did you intend to carry out this plan?
Response not required due to responses to other questions.

7. In your lifetime, have you ever done anything, started to do anything, or prepared to do anything to end your life (for example, collected pills, obtained a gun, gave away valuables, went to the roof but didn't jump)?
No

8. If YES, was this within the past 3 months?
Response not required due to responses to other questions.

Opioid Risk Tool:
  OPIOID RISK TOOL (ORT)
    Family history of substance abuse:
      0 - None
    Personal history of substance abuse:
      0 - None
    Age:
      0 - Age greater than 45      (This patient's age is 62)
    Psychological Disease:
      2 - Attention Deficit Disorder, Obsessive Compulsive Disorder, Bipolar, Schizophrenia

    Risk Category:  Low Risk  (0-3)
    Total score:
      2

/es/ Vivian Denise Colemon, LVN
Nursing Service, Specialty Clinic
Signed: 06/09/2022 10:22

| | |
|---|---|
| **Date/Time:** | 09 Jun 2022 @ 0953 |
| **Note Title:** | Primary Care Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 09 Jun 2022 @ 1148 |

**Note**

**APPENDIX 634**

 LOCAL TITLE: Primary Care Note
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: JUN 09, 2022@09:53   ENTRY DATE: JUN 09, 2022@09:53:33
   AUTHOR: DULAI,KAMALPREET   EXP COSIGNER:
 URGENCY:               STATUS: COMPLETED

  *** Primary Care Note Has ADDENDA ***

C/C: f/u


HPI: Pt is a 62yo here today for reg med follow up with followign issues:
1. Phlegmy cough since 1/2020, believes he might have had COVID.  Has had
vaccinations.  Not hydrating and also has cramps in hands, LE as well.  Using
flonase PRN.  NO fever with this, no SOB. Continues to have it, and clearing
throat, does nto smoke, was not consistent with flonase.

2. continues to have a lot of stress at work.  Works as flight attendant, has
law suit going on,stress on family, cannot concentrate at work, thinks about SI
daily.  Wants to sleep and not wake up, but no plan drawn out on how to do it.
Has 2 kids in college. +depression.

3. Passed out yesterday in the garden, does not hydrate.  States woke up to wife

calling his name, denies CP or SOb, no palpitations, however has been having
worsenign memory for some time now.  No fever.  no loss of bowel or urination,
no tongue biting or shaking noted by wife.

4. +urgency and strainign to urinate, waking up multiple times to urinate.


PMH:
Computerized Problem List is the source for the following:

1. Cough                        09/30/20  BUCAYCAY,ELEANO
2. Knee pain                     08/26/20  BUCAYCAY,ELEANO
3. Depressive episode             08/31/15  WEBER,DIANE ELL
4. General Anxiety               08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
6. Impaired Fasting Glucose (ICD-9-CM 790.21)      04/24/13  DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)           04/24/13  DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg            03/04/13  TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS          03/04/13  TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)       08/09/12  DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)         05/24/10  DOCTOR,FEDERICO
12. Hyperlipidemia              06/30/08  WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C

**APPENDIX 635**

current (ICD-9-CM 836.1)


Medications:
see med list


Immunizations:
PCE IMMUNIZATIONS
Immunization                    Series Date     Facility   Reaction Info

COVID-19 (MODERNA), MRNA, LNP-S,*  2    03/27/2021  El Dorado*
                         1    02/27/2021 EL DORADO *

INFLUENZA, INJECTABLE, QUADRIVALE*     10/06/2020 MCCLELLAN *

TD(ADULT) UNSPECIFIED FORMULATION       06/00/2005 No Site

TDAP                       07/26/2019 MCCLELLAN *

PCE HEALTH FACTORS SELECTED
         IMMUNIZATION [C]
08/17/2015    Refused Td / Tdap / Dtap
07/18/2014    Refused Td / Tdap / Dtap
04/24/2013    Refused Influenza Immunization
03/07/2012    Refused Influenza Immunization
         Refused Td / Tdap / Dtap
02/24/2011    Refused Influenza Immunization
05/24/2010    Refused Influenza H1n1
         Refused Influenza Immunization
12/18/2008    Refused Td / Tdap / Dtap


ROS:
CONSTITUTIONAL:  No weight loss, fever, chills, weakness or fatigue.
HEENT:  Eyes:  No visual loss, blurred vision, double vision or yellow sclerae.
Ears, Nose, Throat:  No hearing loss, sneezing, congestion, runny nose or sore
throat.
SKIN:  No rash or itching.
CARDIOVASCULAR:  No chest pain, chest pressure or chest discomfort. No
palpitations or edema.
RESPIRATORY:  No shortness of breath, cough or sputum.
GASTROINTESTINAL:  No anorexia, nausea, vomiting or diarrhea. No abdominal pain
or blood.
NEUROLOGICAL:  syncope
MUSCULOSKELETAL:  No muscle, back pain, joint pain or stiffness.
PSYCHIATRIC:  depression or anxiety.


PE: A/A/O x3, NAD, WN, WD. VS reviewed
HEENT:  Head is normocephalic.  The sinuses are nontender.  Pupils are equal and

**APPENDIX 636**

reactive.  The nares
are patent.  Oropharynx reveals clear without lesions.
HEART:  Regular rate and rhythm.
LUNGS:  No crackles or wheezes are heard. CTAB
EXTREMITIES:  Without cyanosis, clubbing or edema.
NEUROLOGICAL:  Gross nonfocal.
Skin:  Warm and dry without any rash.
Musculoskeletal: FROM, no deformities noted

Pertinent Labs:

| Collection DT | Spec | CHOL | TRIGLYC | HDL | LDL-CHO |
|---|---|---|---|---|---|
| 12/08/2021 12:52 | PLASM | 260 H | 171 H | 50 | 176 H |
| 08/20/2020 10:36 | PLASM | 234 H | 285 H | 38 L | 139 |

SCL1 - Partial CBC

| Collection DT | Spec | WBC | HGB | HCT | MCV | MCHC | PLT |
|---|---|---|---|---|---|---|---|
| 12/08/2021 12:53 | BLOOD | 6.7 | 15.8 | 48.0 | 90.4 | 32.9 | 360 |

SCL1 - Lab Cum Selected 1

| Collection DT | Spec | NA | K | CL | CO2 | CALCIUM |
|---|---|---|---|---|---|---|
| 12/08/2021 12:52 | PLASM | 137 | 4.2 | 101 | 27 | 9.5 |

SCL2 - Lab Cum Selected 2

| Collection DT | Spec | GLUCOSE | BUN | CREAT | eGFR |
|---|---|---|---|---|---|
| 12/08/2021 12:52 | PLASM | 100 | 15 | 0.90 | >60 |
| 08/20/2020 10:35 | PLASM | 117 | 19 | 1.10 | >60 |

SCL3 - Lab Cum Selected 3

| Collection DT | Spec | PROTEIN | ALBUMIN | T. BIL | D BILI | ALK PHO | AST | ALT |
|---|---|---|---|---|---|---|---|---|
| 12/08/2021 12:52 | PLASM | 7.7 | 4.9 H | 0.8 | | 60 | 24 | 26 |

HbA1c-last 3

| Collection DT | Spec | HGBA1c |
|---|---|---|
| 12/08/2021 12:53 | BLOOD | 6.0 H |
| 07/26/2019 14:54 | BLOOD | 5.9 H |

SCL1 - PSA

| Collection DT | Spec | PSA |
|---|---|---|
| 12/08/2021 12:53 | SERUM | 1.23 |
| 07/25/2019 10:35 | SERUM | 1.04 |
| 08/06/2015 13:38 | SERUM | 0.79 |
| 07/16/2014 11:17 | SERUM | 0.68 |
| 05/13/2010 11:26 | SERUM | 0.69 |

SCLU - TSH

| Collection DT | Spec | Tsh |
|---|---|---|
| 12/08/2021 12:53 | SERUM | 3.26 |
| 08/20/2020 10:35 | SERUM | 3.51 |

Patient ▮▮▮▮
Patient Sex: M
Total Cholesterol: 260 mg/dL (12/8/2021)
HDL Cholesterol: 50 mg/dL (12/8/2021)
Blood Pressure: 123/70
Smoking status evaluates as: Non-Smoker
Blood pressure treatment evaluates as: Untreated SBP

Diabetes evaluates as: Non-Diabetic

10-year CV risk: 11.7%
10-year CV risk for an African-American: 8.9%

A/p:

1. L knee pain s/p 3 surgeries, pain is now worsening, pt is SC for this.
-saw ortho 4/2022, deciding to hold off on any surgeries at this time and if in future desired, will make appt for possible arthrscopy again
-NSAID PRN, use sparingly to avoid HTN
-diclofenac gel PRN
-FMLA paperwork done 12/2021

2. allerigc rhinitis/Cough: chronic, likely PND, encourage hydration and flonase

and zyrtec daily for 4 weeks and if not helping, Update PC to refer to ent
-check cxr today

3. BPH w/luts: will try Flomox 0.4mg daily

4. L cataract: will f/u with eye clnic

5. Low B12: on supplement

6. Vitamin D: on supplement

7. A1c in PreDm: lifestyle changes, pending now

8. Hyperlipidemia: LDL not at goal 12/2021, watch diet and repeat now

9. Syncapal episode? stress rxn, dehydraton vs cards?
-worseing memory, likely due to increased stress, refer to PCHMI today
-ekg, carotid US, echocardiogram, MRI brain, NMPS, ziopatch ordered
-if happens again, will need to go to ER immediately.
-cotninue hydration as well

10. +SI to provider, states thoughts of SI daily, no plan
-increased stress at work, warm hand off to PCHMI today

HCM:
Colon Ca screening: last Cscope done 2011 and wnl, FIT neg 2/2022
Labs pending
Immunizations: shingrix #1 hold off today
f/u in 3 months or sooner PRN

**APPENDIX 638**

Clinical Reminders:
 Emotional Health Screening (Provider):
   Patient screened positive for emotional health concerns with nurse.

          REMINDER FACTORS [C]
 06/09/2022   Worry/Stress Life Yes

          anxiety, anger issues, financial issues.


   Acknowledged Veterans concerns about their emotional health.  Resources
   Offered to Veteran: Primary Care Mental Health Integration (PCMHI: Insomnia
   Class, Depression, etc)
 Follow-Up Pos PTSD/Depression:

   I have reviewed the results of the Mental Health screens and have evaluated
   the patient. Based on the evaluation, the following disposition plan will
   be implemented:
     Patient to be evaluated by Mental Health
      Stat/Emergent Mental Health Evaluation needed.
        Comment: warm hand off to PCHMI
 Medication Reconciliation:

   Med Rec performed with patient/caregiver:
     -Home meds compared with CPRS meds
     -Medication allergies (local and remote) reviewed
     -Discrepancies, if any, discussed with patient/caregiver
     -Changes, if any, addressed in "Plan" section of visit note and
      reflected in CPRS medication list
     -Patient/caregiver provided with an updated medication list (or
      written instructions provided for minor med changes)
     -Education provided regarding managing personal medication
      information, including carrying an updated med list at all times


/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 06/09/2022 11:48


06/13/2022 ADDENDUM              STATUS: COMPLETED
please let pt know LDL not at goal, rec starting atorvastatin 40mg, if
agreeable, please pend for me
HbA1c is at 6,needs to monitor with diet, low processed sugar/carb diet
K is higher than normal, please avoid foods with high K like avocado and banana
b12 is still low, if taking it daily, must double it. and repeat in 3 months and

if still low, may need injections monthly

/es/ Kamalpreet Dulai, MD

**APPENDIX 639**

Physician, Primary Care
Signed: 06/13/2022 09:18

Receipt Acknowledged By:
06/14/2022 09:37      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

06/13/2022 ADDENDUM              STATUS: COMPLETED
Called patient and he was identified using 2/3 patient identifiers (full name,
full soc sec number, birth date).

Mr. Ross was informed that his LDL is not at goal.  He agrees to start taking
medication Atorvastatin 40mg daily.

He was informed that his hemoglobin A1c, which tells what your average blood
sugar has been over the three months prior to the blood draw, was 6% when
checked on June 9, 2022 and that the normal range is 4.1-5.7%.  He was
encouraged to monitor his diet and to have meals and snacks with vegetables,
fruits, lean meats or other healthy proteins, whole grains, and low-fat or
nonfat dairy products.

Mr. Ross was told that his potassium is higher than normal and to avoid avocados

and bananas.

He was also informed that his vitamin B12 is low and states that he just began
taking the vitamin B12 supplement daily.  He will repeat labs in three months.

Provider to be informed.


/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 06/13/2022 14:17

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Cosigned: 06/13/2022 14:22

07/07/2022 ADDENDUM              STATUS: COMPLETED
Please let pt know NMPS shows no perfusion defects suggestive of ischemia or
prior MI.  Normal LVEF at 71%.
There is 9mm R upper lobe pulm groundglass opacity noted, i rec followup with CT

in 6 months, ordered.


Impression:


  1. No evidence for reversible or fixed perfusion defects
  suggestive of ischemia or prior myocardial infarction is

**APPENDIX 640**

identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and
coronary artery atherosclerosis, 9 mm right upper lobe pulmonary
groundglass opacity. Recommend follow-up CT at 6 months.


/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 07/07/2022 15:14

Receipt Acknowledged By:
07/12/2022 11:30      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

07/22/2022 ADDENDUM            STATUS: COMPLETED
please let pt know ziopatch is overall benign, no arrythmia cause noted for
syncope, no afib noted, good news!

CONCLUSIONS:
1. Predominant rhythm is Sinus with an avg rate of 79 bpm, range: 51-155 bpm.
2. Triggered events and diary entries do not correlate with significant
arrhythmia.
3. No Atrial Fibrillation seen for period observed.
4. No pauses or significant bradyarrhythmia observed.
5. Overall, benign Ziopatch. No arrhythmogenic cause for syncope observed.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 07/22/2022 10:49

Receipt Acknowledged By:
07/22/2022 11:46      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

08/01/2022 ADDENDUM            STATUS: COMPLETED
MRI brain is normal, please let pt know.

  Impression:
    Unremarkable MRI of brain.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 08/01/2022 10:12

Receipt Acknowledged By:
08/01/2022 11:37      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

08/01/2022 ADDENDUM            STATUS: COMPLETED

**APPENDIX 641**

Called patient and he was identified using 2/3 patient identifiers (full name, full soc sec number, birth date).

Mr. Ross was informed that the MRI of his brain that was completed on July 31, 2022 was normal.

Patient asks that the order for an ultrasound of his abdomen be re-entered. He states that he called to cancel it previously. He was provided with the telephone number for Radiology at Mather VA Medical Center.

Provider to be informed.


/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 08/01/2022 11:45

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Cosigned: 08/01/2022 11:50

08/01/2022 ADDENDUM              STATUS: COMPLETED
Carotid US reordered for full workup of syncope

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 08/01/2022 11:50

08/17/2022 ADDENDUM              STATUS: COMPLETED
Carotid US and CXR nml, please let pt know

  Impression:


    Minimal plaque. No stenosis.


  Impression:
    No radiographic evidence of acute cardiopulmonary disease. No
    pulmonary edema, soft tissue pulmonary nodules, or lobar alveolar
    consolidation/pneumonia appreciated.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 08/17/2022 10:54

Receipt Acknowledged By:
08/17/2022 12:37     /es/ Shearon Jones, RN
                    Nursing Service, Case Manager, Primary Care

08/31/2022 ADDENDUM              STATUS: COMPLETED
NMPS normal, please let pt know.

**APPENDIX 642**

Interpretation Summary
The left ventricle is normal in size.
The ejection fraction estimate is 55-60%.
The right ventricle is normal in size and function.
Normal sized atria.
No valvular heart disease.
The inferior vena cava appears normal.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 08/31/2022 17:28

Receipt Acknowledged By:
09/07/2022 12:55     /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 26 Apr 2022 @ 1325 |
| **Note Title:** | Orthopedic 14333 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ANDERSON,BRETT CARL |
| **Co-signed By:** | ANDERSON,BRETT CARL |
| **Date/Time Signed:** | 26 Apr 2022 @ 1332 |

**Note**

 LOCAL TITLE: Orthopedic 14333
STANDARD TITLE: ORTHOPEDIC SURGERY NOTE
DATE OF NOTE: APR 26, 2022@13:25    ENTRY DATE: APR 26, 2022@13:25:05
   AUTHOR: ANDERSON,BRETT CARL  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

CHIEF COMPLAINT:  "I have pain in my left."

HISTORY OF PRESENT ILLNESS: the patient is a 62-year-old male here for another
opinion regarding his left knee. He is having pain on the posterior medial
aspect of his knee that worsens with long standing or attempts at squatting.
Once he squats down he has a hard time standing back up again. He has been
limping around on his long international flights which is causing some
increased back pain as well. He has had 3 prior arthroscopies with variable
results. He has had multiple corticosteroid injections over the years with
very short term improvement recently. He has not been wearing any bracing. He
would prefer not to have surgery.

OBJECTIVE: PHYSICAL EXAMINATION

GENERAL PRESENTATION: normal development, no acute distress NEUROLOGIC:
grossly intact bilateral sensation and muscle motor exam VASCULAR: warm
extremities LYMPHATIC: no edema

**APPENDIX 643**

GENERAL ORTHOPEDIC

Left knee: No effusion, range of motion 0 to 120? with pain at terminal flexion, positive medial joint line tenderness, positive McMurray, normal gait, neutral to slight varus alignment, no lateral joint line tenderness

Left knee x-rays from 1/27/2022 are reviewed which show moderate medial joint space narrowing.

Left knee MRI from 2/26/2022 was also reviewed which shows a complex tear of the posterior horn of the medial meniscus with a very thin rim of meniscal tissue from 3 prior meniscectomies, moderate chondral thinning in the medial compartment with good preservation of the lateral compartment

ASSESSMENT: Left knee medial meniscal tear with moderate osteoarthritis

PLAN: We had a long discussion regarding his options to include corticosteroid injections versus viscosupplementation versus arthroscopy versus total knee arthroplasty versus unicompartmental arthroplasty. He is having enough mechanical symptoms warrant arthroscopy may be helpful however he has had 3 prior arthroscopic surgeries and has a very thin rim of meniscal tissue. I counseled him that arthroscopy in the presence of osteoarthritis has very variable outcomes. Long-term, a total knee arthroplasty is where he is heading. He would like to avoid surgery at this point. If his mechanical symptoms worsen, he will contact us to discuss an arthroscopy again. He will do anti-inflammatories versus Tylenol in the meantime.

//signed//

Brett C. Anderson, MD
Orthopaedic Surgery - Sports Medicine
Fellow - AAOS

BCA/dns voice recognition technology and software, please excuse minor grammatical/typographical errors.

/es/ Brett C Anderson, MD
Orthopaedic Surgeon - Sports Medicine
Signed: 04/26/2022 13:32

| | |
|---|---|
| **Date/Time:** | 05 Apr 2022 @ 1620 |
| **Note Title:** | Orthopedic Knee 60266 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | MOITOZA,JAMES RAYMOND |
| **Co-signed By:** | MOITOZA,JAMES RAYMOND |
| **Date/Time Signed:** | 05 Apr 2022 @ 1633 |

Note

**APPENDIX 644**

LOCAL TITLE: Orthopedic Knee 60266
STANDARD TITLE: ORTHOPEDIC SURGERY E & M NOTE
DATE OF NOTE: APR 05, 2022@16:20    ENTRY DATE: APR 05, 2022@16:20:22
   AUTHOR: MOITOZA,JAMES RAYMO  EXP COSIGNER:
 URGENCY:                 STATUS: COMPLETED

Chief complaint:      Medial LEFT knee pain, aggravated by squatting

History of present illness: 62-year-old flight attendant and service-connected
US Air Force veteran returns for reevaluation of his left knee problem
following MRI scan obtained on February 26, 2022. He was seen in consultation
on December 21, 2021, presenting with a long history of chronic left knee
problems.
He had been seen here in orthopedics in 2014 by Dr. Jeffrey Taylor and
received
a steroid injection of his knee with some transient benefit. I also
administered a steroid injection on December 21, 2021 but with only transient
benefit.
     Mr. Ross is continue to work as a flight attendant but has had to
change his work schedule because he is no longer able to squat down to help
with the galley and to reach down to the bottom of the carts. He notes that
anytime he has to bend down, he has to modify his position to keep his left
knee extended and this has aggravated pain in his lower back radiating into
the left SI joint area. He notes that he limps a lot and his wife has remarked
on this. He has a medial clicking sensation when he pivots and notes that his
knee will sometimes lock up but he unlocks it by forcibly flexing it and then
feels a click.

PHYSICAL EXAM:  Patient is a comfortable slender Caucasian male who is in no
obvious distress or discomfort.

Left knee: His gait is not particularly antalgic. However he is not able to
squat. He lacks approximately 10 degrees of flexion compared to the right
side. He is stable to varus valgus stress. McMurray maneuvers did not cause
any pain or mechanical clunks.

MRI scan: February 26, 2022 = there is significant medial compartment
arthritis and loss of cartilage from medial femoral condyle. There is an
oblique tear of the posterior horn of the medial meniscus and some flare
stress reactions in the area of the medial tibial plateau that is centered
from anterior to posterior.

Impression:
1. Posterior horn medial meniscus tear LEFT knee with mechanical symptoms on
squatting.
2. Moderate medial compartment osteoarthritis with progression from
approximately 20% medial joint space narrowing 2013 to 50% in 2021.

ASSESSMENT:    The patient's history of clicking and discomfort with
squatting are consistent with damage of the posterior horn of the medial

**APPENDIX 645**

meniscus as the medial femoral condyle "rolls up" onto the meniscus. He does
have medial compartment arthritis and eventually will require an arthroplasty.
However, I believe he may benefit from an aggressive debridement of the
posterior horn of the medial meniscus to remove some of these mechanical
symptoms that he has with squatting. It is definitely too soon to repeat a
steroid injection at this time.

PLAN:
1. Refer the patient to Dr. Brett Anderson for consideration of aggressive
arthroscopic debridement of posterior horn medial meniscus tear.
2. Eventual left total knee arthroplasty will be required but hopefully can be
delayed/deferred for many years after successful arthroscopic debridement.

/es/ James Raymond Moitoza, M.D.
Orthopaedic Surgeon
Signed: 04/05/2022 16:33

Receipt Acknowledged By:
04/06/2022 08:23      /es/ Brett C Anderson, MD
                Orthopaedic Surgeon - Sports Medicine
04/05/2022 17:26      /es/ Brandae M. Johnston, RN, BSN, AA
                Nursing Service, Surg Spec Ortho/SAC

| Date/Time: | 08 Jan 2022 @ 1434 |
| --- | --- |
| Note Title: | Radiology Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | SWAN,NEPHTERIA |
| Co-signed By: | SWAN,NEPHTERIA |
| Date/Time Signed: | 08 Jan 2022 @ 1434 |

**Note**

 LOCAL TITLE: Radiology Note
STANDARD TITLE: RADIOLOGY NOTE
DATE OF NOTE: JAN 08, 2022@14:34    ENTRY DATE: JAN 08, 2022@14:34:32
   AUTHOR: SWAN,NEPHTERIA    EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED


RADIOLOGY COVID19 LETTER


  JAN 08, 2022


   ROBERT ALLEN ROSS

**APPENDIX 646**

DEAR ROBERT ALLEN ROSS

We are sending a reminder to inform you that you have a pending xray order(s), we are accepting walk-ins, please check into Building 700, Radiology department between 8:00am and 4:30pm Monday-Friday. The order will be pending until up to 80 days of the date of this letter.

We appreciate your understanding during this time. Please contact your primary care doctor with any immediate health concerns or go to the closest emergency room.

Thank you,

/es/ Nephteria Swan
Medical Support Assistant
Signed: 01/08/2022 14:34

| | |
|---:|:---|
| **Date/Time:** | 21 Dec 2021 @ 0926 |
| **Note Title:** | Orthopedics Consult |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | MOITOZA,JAMES RAYMOND |
| **Co-signed By:** | MOITOZA,JAMES RAYMOND |
| **Date/Time Signed:** | 21 Dec 2021 @ 1633 |

**Note**

 LOCAL TITLE: Orthopedics Consult
STANDARD TITLE: ORTHOPEDIC SURGERY CONSULT
DATE OF NOTE: DEC 21, 2021@09:26    ENTRY DATE: DEC 21, 2021@09:26:41
   AUTHOR: MOITOZA,JAMES RAYMO  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

  *** Orthopedics Consult Has ADDENDA ***

Chief complaint:       62-year-old flight attendant and service-connected US
Air Force veteran presents with a long history of chronic left knee problems.
He was last seen here in orthopedics in 2014 by Dr. Jeffrey Taylor and received
a steroid injection of his knee with some transient benefit.  However recently

**APPENDIX 647**

he has been having more problems with limping his knee and particularly problems
bending his knee.  He is not able to ambulate over uneven terrain and
particularly has difficulty at work while pushing heavy carts on carpet.  He is
not able to squat on his left knee and is difficult for him to don his socks and
shoes.  He has been using a local Voltaren gel which is been somewhat helpful.
He takes ibuprofen sparingly because it bothers his stomach.  He notes that his
lower back is aggravated when he is limping and long flights are very difficult
for him.  He has a medial clicking sensation when he pivots and notes that his
knee will sometimes lock up but he unlocks it by forcibly flexing it and then
feels a click.

   He also feels localized popliteal fossa pain that radiates into the
proximal mid calf posteriorly, especially painful at night.  He wondered if it
was varicose veins but there are no veins there.  He does have low back pain but
no radiating sciatic pain.

Past medical history:   Patient underwent a partial arthroscopic medial
meniscectomy of the left knee by Dr. Andrew Ho here in May 2012.  Delaminated
horizontal tear of the medial meniscus was described with the superior flap
being debrided.  He did well for a while after that but is then had steroid
injections by Dr. Taylor.


KNEES:  Gait:   antalgia = minimal antalgia on the left
Heel walk = normal/moderate antalgia, difficulty extending
Toe walk = normal bilaterally
One Leg Squats (R/L) = normal bilaterally
Varus Thrust (R/L) = normal/mild
One leg hop/pivot (R/L) = normal/mild pain

Effusion: None bilaterally

PROM:   (R/L)   Extension = 0/0; Flexion = 140/130

Ligament stress/stability (R/L)
Varus = stable/stable
Valgus = stable/stable
Lachmann = good end stops bilaterally        ant. Drawer =
Pivot Shift = negative bilaterally

McMurray stress (R/L) = negative/mild pain no clicks

Patello-femoral(R/L)
inhibition/grind = negative bilaterally
apprehension = negative bilaterally
Quad strength (R/L) = good/good

Medial Joint line (R/L)= none/moderate anterior
Lateral Joint line (R/L)= none/none

**APPENDIX 648**

Patellar tendon (R/L)= none/none
Quad tendon (R/L)= none/none
Pes anserinus (R/L)= none/none


PROCEDURE:    After verbal discussion and written consent, patient underwent
an arthrocentesis of the LEFT knee utilizing the superior lateral subpatellar
approach.  Skin was prepped with Betadine, then alcohol.  5 cc of 0.5%
bupivacaine and 50 mg of Kenalog was injected atraumatically using a 21-gauge 1-
1/2 inch needle.  After approximately 5 minutes patient was reexamined: Patient
felt comfortable and had no significant pain.  Hopping activity was not as
painful but still had difficulty flexing knee enough to don shoes and socks.

RADIOGRAPHS: September 15, 2020 = STANDING views bilateral knees in extension of

flexion, lateral and sunrise view of left knee revealed mild medial joint space
narrowing with a very small medial spur from the proximal left tibial plateau.

MRI scan:      February 11, 2012 = complex horizontal and superior medial
meniscus tear of left knee without significant osteoarthritis.

IMPRESSION:
1.  Possible recurrent left knee medial meniscus tear
2.  Probable osteoarthritis, medial compartment, left knee

ASSESSMENT:    The patient seems to have been improved for the past 9 years
following the partial meniscectomy in May 2012.  Progressive osteoarthritis is
expected but is not evident on the radiographs 15 months ago in September 2020.
Therefore repeat standing x-rays are indicated and a repeat MRI scan to see if
another arthroscopic procedure might buy him more time before a total knee
arthroplasty is required.

PLAN:
1.  Anesthetic and steroid injection left knee = done
2.  STANDING radiographs bilateral knees
3.  MRI scan LEFT knee
4.  Follow-up evaluation after MRI scan available.

/es/ James Raymond Moitoza, M.D.
Orthopaedic Surgeon
Signed: 12/21/2021 16:33

03/01/2022 ADDENDUM              STATUS: COMPLETED
I have personally reviewed the patient's MRI scan of February 26, 2022.
There
is evidence of an oblique tear of the posterior horn of the medial meniscus that
is more obvious on the sagittal views than the coronal.  There is also evidence
of tricompartmental arthritis and stress reactions in the medial tibial plateau
both the mid aspect as well as in the posterior medial aspect of the medial
compartment.
       I have also reviewed the patient's STANDING radiographs and compared

**APPENDIX 649**

January 27, 2022 to the radiographs 15 months earlier in September 15 of 2020. There has been ominous progression of the narrowing of at least 50% more narrowing now.

It is unlikely that a partial meniscectomy, taking out the rest of the posterior

horn, is going to significantly improve this patient.  He is demonstrating the expected progression to osteoarthritis.  I did inject his knee with corticosteroid on December 21, 2021 and hopefully he got some benefit from this.

I believe that the patient is most likely going to need a total knee arthroplasty in the future and I do not believe that arthroscopic intervention will prevent this or delay it.  She should be seen for follow-up evaluation now that his MRI scan has been obtained and the above discussion presented to the patient.

/es/ James Raymond Moitoza, M.D.
Orthopaedic Surgeon
Signed: 03/01/2022 10:48

| | |
|---|---|
| **Date/Time:** | 21 Dec 2021 @ 0919 |
| **Note Title:** | CONSENT CLINICAL IMED |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | CVIX,IMEDWEBUSER |
| **Date/Time Signed:** | 21 Dec 2021 @ 0919 |

**Note**

 LOCAL TITLE: CONSENT CLINICAL IMED
STANDARD TITLE: CONSENT
DATE OF NOTE: DEC 21, 2021@09:19:23  ENTRY DATE: DEC 21, 2021@09:19:30
   AUTHOR: CVIX,IMEDWEBUSER    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

  VistA Imaging - Scanned Document
 Signature Informed Consent for Joint - Injection of Joint (Injection of Joint)

1. Anatomical Location: LEFT knee arthrocentesis and injection with local anesthetic and steroid

2. Informed consent was obtained  at 9:16 AM on
   12/21/21.

The full consent document can be accessed through Vista Imaging.

3. Patient name: ROSS, ROBERT ALLEN

4. The patient HAS decision-making capacity.

**APPENDIX 650**

5. Surrogate (if applicable):

6. Reason for the treatment (diagnosis, condition, or indication):
   Painful, worn, injured, or infected joint.

7. Treatment/procedure: This procedure involves the injection of a joint for diagnostic or therapeutic intervention, most commonly using medications for the treatment of pain and inflammation.
   Sacramento Mather VAMC

8. No, neither anesthesia nor moderate sedation will be used in this treatment/procedure.

9. Consent to Blood Products (if applicable):
   It is not expected that blood products will be used in this treatment/procedure.

10. Practitioner obtaining consent:  James Raymond Moitoza, MD

11. Supervising practitioner:

12. Practitioner(s) performing or supervising treatment/procedure (if not listed above):

13. Witness Name(s):

14. Comments:

        *** SCANNED DOCUMENT ***
        SIGNATURE NOT REQUIRED

Electronically Filed: 12/21/2021
     by: IMEDWEBUSER CVIX

| | |
|---|---|
| **Date/Time:** | 09 Dec 2021 @ 1148 |
| **Note Title:** | Care Management Nursing Note |

**APPENDIX 651**

| | |
|---|---|
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 09 Dec 2021 @ 1312 |

**Note**

 LOCAL TITLE: Care Management Nursing Note
STANDARD TITLE: CARE MANAGEMENT NURSING NOTE
DATE OF NOTE: DEC 09, 2021@11:48    ENTRY DATE: DEC 09, 2021@11:48:40
   AUTHOR: JONES,SHEARON        EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Patient identified using 2/3 patient identifiers (full name, full soc sec
number, birth date).

Mr. Ross presents to the clinic to have his blood pressure checked.  It is
123/70 and his pulse is 74.  Patient denies having a severe headache, blurred
vision, nausea, vomiting, drowsiness, confusion and persistent numbness and
tingling in his hands and feet.

He was informed that his vitamin B12 is very low and that Vitamin B12 500mcg has

been mailed to him to take daily.  His vitamin D is also very low and Vitamin D
4000iu was mailed to him to take daily for one month and then 2000iu daily
thereafter.

Patient was informed that his hemoglobin A1c, which tells us what your average
blood sugar has been over the three months prior to the blood draw, is in the
pre-diabetic range and is 6.0%.  He was encouraged to monitor his diet and to
eat low glycemic foods.

In addition, he was informed that his LDL is not at goal and was 176 when
checked.  He will complete fasting labs in six months.

FMLA paperwork was completed by primary care provider and given to patient.

Provider in to discuss lab results with patient.  He was informed that a consult

to the Orthopedic Department was entered for assessment of left knee pain.
Patient encouraged to eat a well-balanced, low-fat, low-salt diet.

Patient verbalized understanding and voiced no other needs.


/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 12/09/2021 13:12

Receipt Acknowledged By:

**APPENDIX 652**

12/09/2021 13:37      /es/ Kamalpreet Dulai, MD
                            Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 02 Dec 2021 @ 1055 |
| **Note Title:** | Primary Care Telephone Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 02 Dec 2021 @ 1105 |

**Note**

 LOCAL TITLE: Primary Care Telephone Note
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: DEC 02, 2021@10:55    ENTRY DATE: DEC 02, 2021@10:55:27
   AUTHOR: DULAI,KAMALPREET    EXP COSIGNER:
   URGENCY:                    STATUS: COMPLETED

  *** Primary Care Telephone Note Has ADDENDA ***

C/C: est care, FMLA paperwork

HPI: Pt is a 62yo M TAP today to discuss soem concerns:
1. Needs FMLA paperwork filled out for his L knee.  SC for this.  s/p 3
surgeries.  Continues to bother him, he is a pilot for AA, and when exacerbated,

he does need to rest it for 5-7 days.  This occurs 2-3 x a year.  He would like
to see ortho and get reimaging as symptoms are worsening. Pain is in back of
knee as well.

2. Phlegmy cough since 1/2020, believes he might have had COVID.  Has had
vaccinations.  Not hydrating and also has cramps in hands, LE as well.  Using
flonase PRN.  NO fever with this, no SOB.

3. L cataract, will f/u with eye clinic

4. Increased stress at work with his union.  Checking BP at home during
stressful times and always >140/90 per pt.


PMH:
Computerized Problem List is the source for the following:

1. Cough                        09/30/20  BUCAYCAY,ELEANO
2. Knee pain                    08/26/20  BUCAYCAY,ELEANO
3. Depressive episode              08/31/15  WEBER,DIANE ELL
4. General Anxiety                08/31/15  WEBER,DIANE ELL
5. Varicose veins of lower extremity (SNOMED CT    08/04/14  TAYLOR,JEFFERY
72866009)

**APPENDIX 653**

6. Impaired Fasting Glucose (ICD-9-CM 790.21)     04/24/13 DOCTOR,FEDERICO
7. GERD * (ICD-9-CM 530.81)                04/24/13 DOCTOR,FEDERICO
8. DJD, Knee/Lower Leg              03/04/13 TAYLOR,JEFFERY
9. CMP INT ORT DEV/GFT NOS          03/04/13 TAYLOR,JEFFERY
10. Low Back Pain * (ICD-9-CM 724.2)         08/09/12 DOCTOR,FEDERICO
11. Hearing loss * (ICD-9-CM 389.9)          05/24/10 DOCTOR,FEDERICO
12. Hyperlipidemia                 06/30/08 WOO,JOSEPH C
13. Pain in joint involving lower leg (ICD-9-CM     06/27/08 WOO,JOSEPH C
719.46)
14. Tear of lateral cartilage or meniscus of knee,   06/27/08 WOO,JOSEPH C
current (ICD-9-CM 836.1)

Medications:
see med list

Immunizations:
PCE IMMUNIZATIONS
Immunization                Series Date    Facility   Reaction Info

COVID-19 (MODERNA), MRNA, LNP-S,* 2    03/27/2021 El Dorado*
                    1    02/27/2021 EL DORADO *

INFLUENZA, INJECTABLE, QUADRIVALE*     10/06/2020 MCCLELLAN *

TD(ADULT) UNSPECIFIED FORMULATION     06/00/2005 No Site

TDAP                    07/26/2019 MCCLELLAN *

PCE HEALTH FACTORS SELECTED
        IMMUNIZATION [C]
08/17/2015    Refused Td / Tdap / Dtap
07/18/2014    Refused Td / Tdap / Dtap
04/24/2013    Refused Influenza Immunization
03/07/2012    Refused Influenza Immunization
        Refused Td / Tdap / Dtap
02/24/2011    Refused Influenza Immunization
05/24/2010    Refused Influenza H1n1
        Refused Influenza Immunization
12/18/2008    Refused Td / Tdap / Dtap

ROS:
CONSTITUTIONAL:  No weight loss, fever, chills, weakness or fatigue.
HEENT:  Eyes:  No visual loss, blurred vision, double vision or yellow sclerae.
Ears, Nose, Throat:  No hearing loss, sneezing, congestion, runny nose or sore
throat.
SKIN:  No rash or itching.
CARDIOVASCULAR:  No chest pain, chest pressure or chest discomfort. No
palpitations or edema.
RESPIRATORY:  cough or sputum.
GASTROINTESTINAL:  No anorexia, nausea, vomiting or diarrhea. No abdominal pain

**APPENDIX 654**

or blood.
NEUROLOGICAL:  No headache, dizziness, syncope, paralysis, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
MUSCULOSKELETAL:  L knee pain

Pertinent Labs:

| Collection DT | Spec Lab | CHOL | TRIGLYC | HDL | LDL-CHO |
|---|---|---|---|---|---|
| 08/20/2020 10:36 | PLASM [634] | 234 H | 285 H | 38 L | 139 |
| 07/25/2019 10:35 | PLASM [634] | 259 H | 277 H | 38 L | 166 H |

Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
      10535 HOSPITAL WAY MATHER, CA 95655-4200
SCL1 - Partial CBC

| Collection DT | Spec Lab | WBC | HGB | HCT | MCV | MCHC | PLT |
|---|---|---|---|---|---|---|---|
| 08/20/2020 10:35 | BLOOD [634] | 5.1 | 15.7 | 46.7 | 89.0 | 33.6 | 307 |

Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
      10535 HOSPITAL WAY MATHER, CA 95655-4200
SCL1 - Lab Cum Selected 1

| Collection DT | Spec Lab | NA | K | CL | CO2 | CALCIUM |
|---|---|---|---|---|---|---|
| 08/20/2020 10:35 | PLASM [634] | 134 L | 4.1 | 99 | 24 | 9.3 |

Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
      10535 HOSPITAL WAY MATHER, CA 95655-4200

SCL2 - Lab Cum Selected 2

| Collection DT | Spec Lab | GLUCOSE | BUN | CREAT | eGFR |
|---|---|---|---|---|---|
| 08/20/2020 10:35 | PLASM [634] | 117 | 19 | 1.10 | >60 |
| 07/26/2019 14:54 | PLASM [634] | 100 | 21 | 1.03 | >60 |

Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
      10535 HOSPITAL WAY MATHER, CA 95655-4200

SCL3 - Lab Cum Selected 3

| Collection DT | Spec Lab | PROTEIN | ALBUMIN | T. BIL | D BILI | ALK PHO | AST | ALT |
|---|---|---|---|---|---|---|---|---|
| 08/20/2020 10:35 | PLASM [634] | 7.3 | 4.5 | 0.6 | <0.1 L | 62 | 22 | 21 |

Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
      10535 HOSPITAL WAY MATHER, CA 95655-4200
HbA1c-last 3

| Collection DT | Spec Lab | HGBA1C |
|---|---|---|
| 07/26/2019 14:54 | BLOOD [634] | 5.9 H |

**APPENDIX 655**