Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
    10535 HOSPITAL WAY MATHER, CA 95655-4200
SCL1 - PSA
Collection DT    Spec   Lab    PSA
07/25/2019 10:35   SERUM [634]  1.04
08/06/2015 13:38   SERUM [634]  0.79
07/16/2014 11:17   SERUM [634]  0.68
05/13/2010 11:26   SERUM [634]  0.69


Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
    10535 HOSPITAL WAY MATHER, CA 95655-4200
SCLU - TSH
Collection DT    Spec   Lab    Tsh
08/20/2020 10:35   SERUM [634]  3.51
07/25/2019 10:35   SERUM [634]   2.64


Performing Lab Sites
[634]  SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]
    10535 HOSPITAL WAY MATHER, CA 95655-4200



A/p:

1. L knee pain s/p 3 surgeries, pain is now worsening, pt is SC for this.
-update xray, then refer to ortho for further eval/treatmentn as ongoing issue
for years and worsening
-NSAID PRN, use sparingly to avoid HTN
-diclofenac gel PRN
-will bring FMLA paperwork to appt with RNCM to fill out

2. Cough: likely PND, encourage hydration and flonase PRN

3. Cramp in extremities: likely related to dehydration, also a pilot
-encourage water hydration, pt agrees with plan
-check CMP

4. L cataract: will f/u with eye clnic

5. Elevated BP w/o HTN: advise to rest 10-15 min before checking BP, and will
make log this week.  F/u with RNCM in 1 week f2f for repeat BP check and will
eval if HTN med needed.
-foods to avoid discussed, as well as use NSAID sparingly
-likely stress induced


HCM:
Colon Ca screening: last Cscope done 2011 and wnl, will order FIT test now
Labs pending
Immunizations: refused flu and covid booster

**APPENDIX 656**

will make f2f with RN CM for BP check and drop off paperwork.

Telephone time 20 min

Clinical Reminders:
 Alcohol Use Screen (AUDIT-C):
   Alcohol Screen:
     SCREEN FOR ALCOHOL (AUDIT-C)
        An alcohol screening test (AUDIT-C) was negative (score=2).

        1. How often did you have a drink containing alcohol in the past
        year?
        Two to four times a month

        2. How many drinks containing al
cohol did you have on a typical
        day when you were drinking in the past year?
        One or two drinks

        3. How often did you have six or more drinks on one occasion in
        the  past year?
        Never
 Tobacco Use Screening:
   The patient has never used tobacco.
 Medication Reconciliation:

   Med Rec performed with patient/caregiver:
     -Home meds compared with CPRS meds
     -Medication allergies (local and remote) reviewed
     -Discrepancies, if any, discussed with patient/caregiver
     -Changes, if any, addressed in "Plan" section of visit note and
       reflected in CPRS medication list
     -Patient/caregiver provided with an updated medication list (or
       written instructions provided for minor med changes)
     -Education provided regarding managing personal medication
       information, including carrying an updated med list at all times
 Colonoscopy GAP Reminder:
   Recommendations are needed in the clinical reminder system following the
   patient's most recent colorectal cancer screening/surveillance test
   (Colonoscopy, Sigmoidoscopy or CT Colonography)
   Screening is due now. A FOBT/FIT (Fecal Immunochemical Testing) has been
   ordered and average risk CRC screening set to annual screening. See order
   tab for order details.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care

**APPENDIX 657**

Signed: 12/02/2021 11:05

12/02/2021 ADDENDUM          STATUS: COMPLETED
MSA, Please make f2f with RN CM next week.

RNCM, pt will be dropping off FMLA paperwork, he will also need his BP checked.
I have ordered labs for him to complete that day.  thanks.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 12/02/2021 11:07

Receipt Acknowledged By:
12/09/2021 13:17    /es/ Shearon Jones, RN
               Nursing Service, Case Manager, Primary Care
12/08/2021 14:15    /es/ MONICA MARIE MASER


12/06/2021 ADDENDUM          STATUS: COMPLETED
msa cld # ▮▮▮▮▮▮▮▮ left mssg for pt-to call 8003 to schedule appt for this
week with the RN care manager-

/es/ MONICA MARIE MASER

Signed: 12/06/2021 15:57

12/09/2021 ADDENDUM          STATUS: COMPLETED
Please let pt know B12 very low, i mailed out B12 500mcg dialy.
Vitamin D very low, i mailed out 4000iu daily x 1 month, then 2000 iu daily
thereafter.
A1c in PreDm range, continue with low glycemic foods
LDL not at goal, rec we watch diet, if he needs diet consult, we can place and
reassess in 6months and if still elevated, rec statin therapy.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 12/09/2021 09:14

Receipt Acknowledged By:
12/09/2021 13:18    /es/ Shearon Jones, RN
               Nursing Service, Case Manager, Primary Care

12/09/2021 ADDENDUM          STATUS: COMPLETED
FMLA paperwork completed and handed to RNCM.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 12/09/2021 10:19

Receipt Acknowledged By:
12/09/2021 13:18    /es/ Shearon Jones, RN
               Nursing Service, Case Manager, Primary Care

**APPENDIX 658**

| | |
|---|---|
| **Date/Time:** | 02 Dec 2021 @ 0950 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | BELANTES,GREG CASTRO |
| **Co-signed By:** | BELANTES,GREG CASTRO |
| **Date/Time Signed:** | 02 Dec 2021 @ 0954 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: DEC 02, 2021@09:50:06  ENTRY DATE: DEC 02, 2021@09:54:05
   AUTHOR: BELANTES,GREG CASTR  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Type of call: CALL BACK.

Contact Phone Number: 9162842402

Patient's Email Address: 1RROSS@COMCAST.NET

The following identifiers were used to verify this patient:  DOB. SSN.

Caller Area: MCCLELLAN

Comments:
Pt has family leave paperwork that he needs signed by PCP. Pt wants to know if
possible he can send it to PCP via email. Pt has TAP 120221 @ 10:30.
Pt can be reached: 916.284.2402.

Chief Complaint: Not applicable to call.

Caller Response: *OTHER

Author: BELANTES,GREG CASTRO

Class Code: Other specified counseling.

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 12/02/2021 @ 9:50:06 AM
Ending at: 12/02/2021 @ 9:52:27 AM
Length: 2 minutes.


/es/ GREG CASTRO BELANTES
Medical Support Assistant

**APPENDIX 659**

Signed: 12/02/2021 09:54

Receipt Acknowledged By:
12/02/2021 10:34      /es/ Kamalpreet Dulai, MD
                Physician, Primary Care
12/03/2021 14:55      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 24 Sep 2021 @ 1330 |
| **Note Title:** | Report of Contact |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | GREEN,ALMITA CAREN |
| **Co-signed By:** | GREEN,ALMITA CAREN |
| **Date/Time Signed:** | 24 Sep 2021 @ 1332 |

**Note**

 LOCAL TITLE: Report of Contact
STANDARD TITLE: ADMINISTRATIVE NOTE
DATE OF NOTE: SEP 24, 2021@13:30    ENTRY DATE: SEP 24, 2021@13:30:37
   AUTHOR: GREEN,ALMITA CAREN   EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Called pt. and lvm to call central appt. number and sched. appt. with PCP.

/es/ ALMITA CAREN GREEN
ADVANCED MSA
Signed: 09/24/2021 13:32

| | |
|---|---|
| **Date/Time:** | 24 Sep 2021 @ 1001 |
| **Note Title:** | Care Management Nursing Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 24 Sep 2021 @ 1006 |

**Note**

 LOCAL TITLE: Care Management Nursing Note
STANDARD TITLE: CARE MANAGEMENT NURSING NOTE
DATE OF NOTE: SEP 24, 2021@10:01    ENTRY DATE: SEP 24, 2021@10:01:41
   AUTHOR: JONES,SHEARON      EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

Called patient and he was identified using 2/3 patient identifiers (full name,
full soc sec number, birth date).

**APPENDIX 660**

COVID-19 Telephone Follow-Up
Patient notified of negative COVID-19 test result.
 Recommendations:
  - Minimize contact with others until 24 hours
    after symptoms resolve.
 Steps to prevent the spread of COVID-19:
 - Stay at home except to get medical care that cannot be provided
   by a telephone or video visit.
 - Get rest and stay hydrated.
 - Call ahead before visiting your doctor.
 - Wear a facemask if you are around others.
 - Cover your coughs and sneezes.
 - Clean your hands often.
 - Keep a six-foot distance from others in your home, ideally in a
   separate room. Isolate in a private room, if available.
 - Avoid sharing household items.
 - Disinfect high touch surfaces daily, ideally with a product
   that kills cold and flu viruses.

/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 09/24/2021 10:06


Receipt Acknowledged By:
09/24/2021 10:58      /es/ Kamalpreet Dulai, MD
                  Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 24 Sep 2021 @ 0944 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | ROUNDTREE,CARLA NICOLE |
| **Co-signed By:** | ROUNDTREE,CARLA NICOLE |
| **Date/Time Signed:** | 24 Sep 2021 @ 0945 |

**Note**


 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 24, 2021@09:44:45  ENTRY DATE: SEP 24, 2021@09:45:32
   AUTHOR: ROUNDTREE,CARLA NIC  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

  *** TCP Telephone Care Staff Note Has ADDENDA ***

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Contact Phone Number: 9162842402

**APPENDIX 661**

Caller Area: MCCLELLAN

Caller Response: *OTHER

Type of call: CALL BACK.

The following identifiers were used to verify this patient:  DOB. SSN.

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Comments:
pt called he would like to speak with you he can be reached (⬛⬛⬛⬛⬛⬛     Thank you-cr

Author: ROUNDTREE,CARLA NICOLE

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 09/24/2021 @ 9:44:45 AM
Ending at: 09/24/2021 @ 9:45:12 AM
Length: 0 minutes.

Patient's Email Address: 1RROSS@COMCAST.NET


/es/ ROUNDTREE,CARLA NICOLE

Signed: 09/24/2021 09:45

Receipt Acknowledged By:
09/24/2021 09:56     /es/ Kamalpreet Dulai, MD
                    Physician, Primary Care
09/24/2021 10:40     /es/ Shearon Jones, RN
                    Nursing Service, Case Manager, Primary Care

09/24/2021 ADDENDUM              STATUS: COMPLETED
please follow up, thanks.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 09/24/2021 09:56

Receipt Acknowledged By:
09/24/2021 10:41     /es/ Shearon Jones, RN
                    Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 24 Sep 2021 @ 0802 |
| **Note Title:** | Care Management Nursing Note |
| **Location:** | No CA Healthcare Sys-Martinez |

**APPENDIX 662**

| | |
|---|---|
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 24 Sep 2021 @ 0803 |

**Note**

LOCAL TITLE: Care Management Nursing Note
STANDARD TITLE: CARE MANAGEMENT NURSING NOTE
DATE OF NOTE: SEP 24, 2021@08:02   ENTRY DATE: SEP 24, 2021@08:03:02
   AUTHOR: JONES,SHEARON      EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

COVID-19 Telephone Follow-Up
Unable to reach patient. Left message to call back.

/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 09/24/2021 08:03

| | |
|---|---|
| **Date/Time:** | 23 Sep 2021 @ 1031 |
| **Note Title:** | Screening Covid |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | YARMOLA,ULYANA |
| **Co-signed By:** | YARMOLA,ULYANA |
| **Date/Time Signed:** | 23 Sep 2021 @ 1033 |

**Note**

LOCAL TITLE: Screening Covid
STANDARD TITLE: INFECTIOUS DISEASE RISK ASSESSMENT SCREENING NOT
DATE OF NOTE: SEP 23, 2021@10:31   ENTRY DATE: SEP 23, 2021@10:31:42
   AUTHOR: YARMOLA,ULYANA      EXP COSIGNER:
   URGENCY:              STATUS: COMPLETED

  *** Screening Covid Has ADDENDA ***

Coronavirus Disease 2019 (COVID-19) Screen
The patient was asked if in the last 14 days they have had new onset of any
COVID-19 symptoms. They report the following:
  Cough
  Sore throat
The patient reports close exposure (within 6 feet for more than 15 minutes) to
someone with a febrile/respiratory illness within the last 14 days.

Result:
  Patient has a positive symptom or exposure and requires further evaluation.

**APPENDIX 663**

COVID-19 Swab Testing
Swab completed for Covid-19
 CDC Person Under Investigation (PUI) form completed and to lab w/specimen
  Symptoms: cough, sore throat
Plan: Discharged Home for Self-Quarantine, Post Swab Instructions Reviewed,
Home Care Instructions Reviewed

Veteran/caregiver verbalized an understanding of/agreed with the plan of care.
Veteran/caregiver instructed to call VetsCONNECT or the PACT care manager for
any future routine issues/concerns. Veteran/caregiver advised to call 911 for
any potentially life threatening problems/conditions.

/es/ Ulyana Yarmola,RN, BSN
Nurse, COVID Vacc/Swab, PACT/SAC
Signed: 09/23/2021 10:33

09/24/2021 ADDENDUM            STATUS: COMPLETED
Please let pt know covid test is negative.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 09/24/2021 07:57

Receipt Acknowledged By:
09/24/2021 10:40    /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 23 Sep 2021 @ 0950 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | GREEN,ALMITA CAREN |
| **Co-signed By:** | GREEN,ALMITA CAREN |
| **Date/Time Signed:** | 23 Sep 2021 @ 0951 |

**Note**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: SEP 23, 2021@09:50    ENTRY DATE: SEP 23, 2021@09:50:32
   AUTHOR: GREEN,ALMITA CAREN  EXP COSIGNER:
  URGENCY:              STATUS: COMPLETED

Walk in visit
 MSA Same Day Care: Unscheduled Visit
  From: Walk-In
 Visit
  Reason: Health Concern pid 09.23.2021, COVID test, PUI, cough & sore
throat
 Disposition

**APPENDIX 664**

To: Nurse

/es/ ALMITA CAREN GREEN
ADVANCED MSA
Signed: 09/23/2021 09:51

| | |
|---|---|
| **Date/Time:** | 22 Sep 2021 @ 1625 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | LEITNAKER,KAREN MARIE |
| **Co-signed By:** | LEITNAKER,KAREN MARIE |
| **Date/Time Signed:** | 22 Sep 2021 @ 1645 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: SEP 22, 2021@16:25:54  ENTRY DATE: SEP 22, 2021@16:45:35
   AUTHOR: LEITNAKER,KAREN MAR  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Contact Phone Number: 9162842402

Caller Area: MCCLELLAN

Caller Response: *OTHER

Type of call: SYMPTOM.

The following identifiers were used to verify this patient:  DOB. SSN. Other:
full name.

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Comments:
MSA/Clerk comments:  Pt reports lethargy, congestion, runny nose, productive
cough x1 week. Best
number: ███████████

Nurse Notes:
Clinical Contact/Call Center COVID 19 SCREEN UPDATE_2_0_200, April 2021 Screen
version 7.1

Record the patient's responses to the following questions: (check all that
apply, or None at the end)

**APPENDIX 665**

In the last 14 days have you had new onset of any of the following symptoms?

a. Chills:
() Yes
(X) No
Comment(s):

b. Cough:
(X) Yes
() No
Comment(s):

c. Diarrhea:
() Yes
(X) No
Comment(s):

d. Fatigue:
(X) Yes
() No
Comment(s):

e. Fever:
() Yes
(X) No
Comment(s):

f. Headache:
(X) Yes
() No
Comment(s):

g. Loss of taste or smell:
() Yes
(X) No
Comment(s):

h. Muscle pain (Myalgias):
(X) Yes
() No
Comment(s):

i. Nausea:
() Yes
(X) No
Comment(s):

j. Runny nose (Rhinorrhea):
(X) Yes
() No
Comment(s):

k. Shortness of breath (Dyspnea):
(X) Yes
() No
Comment(s):

l. Sore throat:
(X) Yes
() No
Comment(s):

m. Vomiting:
() Yes

**APPENDIX 666**

(X) No
Comment(s):

No Symptoms ()

Within the last 14 days, have you had:
   Close exposure (within 6 feet for more than 15 minutes) to someone with a
febrile/respiratory illness
      () Yes
         Comment(s):

   Close exposure (within 6 feet for more than 15 minutes) to someone with
known or suspected case of COVID-19
      () Yes
      Comment(s):

   No known exposure (X)

Veteran declined triage, requested COVID test d/t cold/flu like symptoms.
Denied respiratory distress and chest pain.  Covid screen performed and Veteran
is a PUI, Covid swab ordered per protocol. Veteran agrees to report to
McClellan VA Clinic to get a Covid Test. Provided education, home care and
warning signs. Advised to call Vets Connect 1-800-382-8387  if symptoms worsen
or for any additional questions or concerns. Veteran verbalized understanding.
Will forward note to Provider/PACT.


Any symptom or exposure equal to positive screen:
   Patient has a POSITIVE symptom or exposure and requires further evaluation
      Nurse/Provider/Other notified (X) Yes
            Comments(s):

   Screen is negative ()

   ***********

Patient is waiting on COVID-19 test results:
      () Yes
      (X) No
      Comment(s):
Patient reports prior COVID-19 Diagnosis:
      () Yes
      (X) No
      Comment(s):

Author: LEITNAKER,KAREN MARIE

Evaluation/Management Code: HC PRO PHONE CALL 11-20 MIN (98967).
Original call started at: SEP 22, 2021 @ 16:21 (Call was suspended)
- GLATT,MARY E SEP 22, 2021@16:21:58 - SEP 22, 2021@16:24:46

Ending at: 09/22/2021 @ 4:38:30 PM

**APPENDIX 667**

Length: 15 minutes. (Call was suspended. This call length is the total amount
of time spent "active" in Telecare Record Manager.)

Patient's Email Address: 1RROSS@COMCAST.NET

/es/ Karen Marie Leitnaker, RN
Telephone Advice Nurse
Signed: 09/22/2021 16:45

Receipt Acknowledged By:
09/23/2021 08:05    /es/ Kamalpreet Dulai, MD
                Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 15 Jun 2021 @ 0935 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DHILLON,RAVNEET KAUR |
| **Co-signed By:** | DHILLON,RAVNEET KAUR |
| **Date/Time Signed:** | 15 Jun 2021 @ 0937 |

**Note**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: JUN 15, 2021@09:35    ENTRY DATE: JUN 15, 2021@09:35:53
   AUTHOR: DHILLON,RAVNEET KAU  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Documenting COVID Vaccine information from CAIR2 database

Moderna COVID-19 Vaccine given previously
Patient received a prior dose of the Moderna COVID-19 Vaccine.
 Date: February 27, 2021
 Location: EL DORADO PUBLIC HEALTH DEPARTMENT PLACERVILLE
Patient received a prior dose of the Moderna COVID-19 Vaccine.
 Date: March 27, 2021
 Location: El Dorado County Emergency Medical Services Agency

/es/ RAVNEET KAUR DHILLON
Advanced Medical Support Assistant
Signed: 06/15/2021 09:37

| | |
|---|---|
| **Date/Time:** | 29 Apr 2021 @ 1119 |
| **Note Title:** | Primary Care Telephone Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |

**APPENDIX 668**

| | |
|---|---|
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 29 Apr 2021 @ 1120 |

**Note**

 LOCAL TITLE: Primary Care Telephone Note
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 29, 2021@11:19   ENTRY DATE: APR 29, 2021@11:19:37
   AUTHOR: DULAI,KAMALPREET   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

COVID-19 Telephone Follow-Up
Patient notified of negative COVID-19 test result.
 Recommendations:
   - Minimize contact with others until 24 hours
     after symptoms resolve.
 Steps to prevent the spread of COVID-19:
   - Stay at home except to get medical care that cannot be provided
     by a telephone or video visit.
   - Get rest and stay hydrated.
   - Call ahead before visiting your doctor.
   - Wear a facemask if you are around others.
   - Cover your coughs and sneezes.
   - Clean your hands often.
   - Keep a six-foot distance from others in your home, ideally in a
     separate room. Isolate in a private room, if available.
   - Avoid sharing household items.
   - Disinfect high touch surfaces daily, ideally with a product
     that kills cold and flu viruses.


Work letter written to return to work with no restrictions.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 04/29/2021 11:20

| | |
|---|---|
| **Date/Time:** | 28 Apr 2021 @ 1000 |
| **Note Title:** | Screening Covid |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | INTAGLIATA,MARGARET JOAN |
| **Co-signed By:** | INTAGLIATA,MARGARET JOAN |
| **Date/Time Signed:** | 28 Apr 2021 @ 1003 |

**Note**

 LOCAL TITLE: Screening Covid
STANDARD TITLE: INFECTIOUS DISEASE RISK ASSESSMENT SCREENING NOT

**APPENDIX 669**

DATE OF NOTE: APR 28, 2021@10:00    ENTRY DATE: APR 28, 2021@10:00:38
  AUTHOR: INTAGLIATA,MARGARET  EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Coronavirus Disease 2019 (COVID-19) Screen
The patient was asked if in the last 14 days they have had new onset of any
COVID-19 symptoms. They report the following:
  No symptoms
The patient reports close exposure (within 6 feet for more than 15 minutes) to
someone with known or suspected case of COVID-19 in the last 14 days.

Result:
  Patient has a positive symptom or exposure and requires further evaluation.
COVID-19 Secondary Screening
Temperature
  96.8 F (36 C)
Pulse
  69
Pulse Oximetry 98 Room Air
The patient has the following previously known conditions which may mimic
COVID-19 symptoms:
None
Plan:
Home Care Instructions Reviewed, Report to testing center for swabbing
swabbed for Covid -19 positive exposure. Veteran is asymptomatic

Veteran/caregiver verbalized an understanding of/agreed with the plan of care.
Veteran/caregiver instructed to call VetsCONNECT or the PACT care manager for
any future routine issues/concerns. Veteran/caregiver advised to call 911 for
any potentially life threatening problems/conditions.

/es/ MARGARET JOAN INTAGLIATA
Nursing Service, Diabetes Educator, Primary Care
Signed: 04/28/2021 10:03

Receipt Acknowledged By:
04/28/2021 10:24    /es/ Kamalpreet Dulai, MD
                Physician, Primary Care
04/28/2021 15:00    /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| Date/Time: | 28 Apr 2021 @ 0936 |
| Note Title: | Medical Clerk Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | HELFRICK,MARY LIN |
| Co-signed By: | HELFRICK,MARY LIN |
| Date/Time Signed: | 28 Apr 2021 @ 0938 |

Note

**APPENDIX 670**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: APR 28, 2021@09:36   ENTRY DATE: APR 28, 2021@09:36:57
   AUTHOR: HELFRICK,MARY LIN   EXP COSIGNER:
 URGENCY:              STATUS: COMPLETED

Walk in visit
 MSA Same Day Care: Unscheduled Visit
   From: Walk-In
 Visit
   Reason: Health Concern pt had direct contact w/positive person 04/21
 Disposition
   To: Nurse

/es/ MARY LIN HELFRICK

Signed: 04/28/2021 09:38

| | |
|---|---|
| **Date/Time:** | 23 Apr 2021 @ 1546 |
| **Note Title:** | Primary Care Telephone Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DULAI,KAMALPREET |
| **Co-signed By:** | DULAI,KAMALPREET |
| **Date/Time Signed:** | 23 Apr 2021 @ 1555 |

**Note**

 LOCAL TITLE: Primary Care Telephone Note
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 23, 2021@15:46   ENTRY DATE: APR 23, 2021@15:46:56
   AUTHOR: DULAI,KAMALPREET   EXP COSIGNER:
 URGENCY:              STATUS: COMPLETED

Pt called for TAP today.  Pt states his daughter has to quarantine until 5/1 due

to COVID+ contact at school, therefore he and the rest of the family will also
quarantine. He denies any symptoms, neither does the family.  No SOB, fevers, ab

pain, diarrhea, loss of taste/smell, fatigue, body aches.  He would like to get
testing done on 4/26 and if neg, safely go back to work.  He works for the
airlines.

He also has pain in thumb, states he picked at a hang nail.  Now is red and
swollen on side, no pus.  Has been bleeding as well.

A/P:

**APPENDIX 671**

1. PUI: asymptomatic, however COVID + contact by daughter at school, who was asked to quarantine,therefore whole family is going to quarantine until 5/1.
-work letter given to quarantine until 5/1, however will test on 4/26 and if negative, can safely go to work.

2. Paronychia: likely from hangnail.
-warm water soaks, slow massage, and use OTC bacitracin x 1 week. If not improving, may need oral antibiotics. Pt agrees with plan.


Telephone time 15 minutes

Clinical Reminders:
 Medication Reconciliation:

  Med Rec performed with patient/caregiver:
   -Home meds compared with CPRS meds
   -Medication allergies (local and remote) reviewed
   -Discrepancies, if any, discussed with patient/caregiver
   -Changes, if any, addressed in "Plan" section of visit note and
     reflected in CPRS medication list
   -Patient/caregiver provided with an updated medication list (or
     written instructions provided for minor med changes)
   -Education provided regarding managing personal medication
     information, including carrying an updated med list at all times

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 04/23/2021 15:55

| | |
|---|---|
| **Date/Time:** | 23 Apr 2021 @ 1011 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | O'NEIL-DOMINGUEZ,KIARA |
| **Co-signed By:** | O'NEIL-DOMINGUEZ,KIARA |
| **Date/Time Signed:** | 23 Apr 2021 @ 1019 |

**Note**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: APR 23, 2021@10:11    ENTRY DATE: APR 23, 2021@10:11:41
   AUTHOR: O'NEIL-DOMINGUEZ,KI EXP COSIGNER:
   URGENCY:               STATUS: COMPLETED

Walk in visit
 MSA Same Day Care: Unscheduled Visit
  From: Walk-In
 Visit

**APPENDIX 672**

Reason: Health Concern// right thumb sidewall bleeding "something stuck in
  there"
 Disposition
  To: Other

/es/ O'NEIL-DOMINGUEZ,KIARA

Signed: 04/23/2021 10:19

| | |
|---|---|
| **Date/Time:** | 22 Apr 2021 @ 0956 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | HOLLOW,NYX ALIXANDIR |
| **Co-signed By:** | HOLLOW,NYX ALIXANDIR |
| **Date/Time Signed:** | 22 Apr 2021 @ 1002 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: APR 22, 2021@09:56:11  ENTRY DATE: APR 22, 2021@10:02:39
   AUTHOR: HOLLOW,NYX ALIXANDI  EXP COSIGNER:
  URGENCY:                  STATUS: COMPLETED

  *** TCP Telephone Care Staff Note Has ADDENDA ***

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Contact Phone Number: 9162842402

Caller Area: MCCLELLAN

Caller Response: MESSAGE LEFT

Type of call: CALL BACK.

The following identifiers were used to verify this patient:  DOB. SSN.

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Comments:
Pt called requesting letter excusing him from work due to having to quarantine
after his daughter was exposed to COVID-19. Pt states he needs to have letter
by 04/23/2021. Pt requesting call back today 04/22/2021 if possible to confirm
that he will be able to get letter.
Pt scheduled for TAP with PCP 04/23/2021 @1530 to discuss additional

**APPENDIX 673**

information. Best number: ▓▓▓▓

Author: GLATT,MARY E

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 4/22/2021 @ 9:56:11 AM
Ending at: 4/22/2021 @ 10:02:05 AM
Length: 5 minutes.

Patient's Email Address: 1RROSS@COMCAST.NET

/es/ MARY E GLATT

Signed: 04/22/2021 10:02

Receipt Acknowledged By:
04/22/2021 10:32      /es/ Kamalpreet Dulai, MD
                          Physician, Primary Care
04/22/2021 10:07      /es/ James B. Painter, RN
                          RN Case Manager, Primary Care Clinic
                      for SHEARON JONES
05/06/2021 12:12      /es/ Rima Oleynik, LVN
                          Licensed Vocational Nurse, Primary Care

04/22/2021 ADDENDUM              STATUS: COMPLETED
RN CM, ok to write letter for quarantine, please follwo up with patient on dates

needed. Thanks.

/es/ Kamalpreet Dulai, MD
Physician, Primary Care
Signed: 04/22/2021 10:32

Receipt Acknowledged By:
04/22/2021 14:10      /es/ James B. Painter, RN
                          RN Case Manager, Primary Care Clinic

| | |
|---|---|
| **Date/Time:** | 14 Oct 2020 @ 0826 |
| **Note Title:** | Care Management Nursing Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | JONES,SHEARON |
| **Co-signed By:** | JONES,SHEARON |
| **Date/Time Signed:** | 14 Oct 2020 @ 0834 |

**Note**

 LOCAL TITLE: Care Management Nursing Note
STANDARD TITLE: CARE MANAGEMENT NURSING NOTE

**APPENDIX 674**

DATE OF NOTE: OCT 14, 2020@08:26   ENTRY DATE: OCT 14, 2020@08:26:49
   AUTHOR: JONES,SHEARON   EXP COSIGNER:
   URGENCY:                 STATUS: COMPLETED

Called patient and he was identified using 2/3 patient identifiers (full name,
full soc sec number, birth date).

COVID-19 Telephone Follow-Up
Patient notified of negative COVID-19 test result.
 Recommendations:
   - Minimize contact with others until 24 hours
     after symptoms resolve.
 Steps to prevent the spread of COVID-19:
 - Stay at home except to get medical care that cannot be provided
   by a telephone or video visit.
 - Get rest and stay hydrated.
 - Call ahead before visiting your doctor.
 - Wear a facemask if you are around others.
 - Cover your coughs and sneezes.
 - Clean your hands often.
 - Keep a six-foot distance from others in your home, ideally in a
   separate room. Isolate in a private room, if available.
 - Avoid sharing household items.
 - Disinfect high touch surfaces daily, ideally with a product
   that kills cold and flu viruses.

Patient requests copy of COVID-19 test result for employer.

/es/ Shearon Jones, RN
Nursing Service, Case Manager, Primary Care
Signed: 10/14/2020 08:34

Receipt Acknowledged By:
10/14/2020 10:15     /es/ Eleanor Bucaycay, MD
                     Physician, Primary Care

| | |
|---|---|
| **Date/Time:** | 09 Oct 2020 @ 1524 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | KRUPA,SARAH MARIE |
| **Co-signed By:** | KRUPA,SARAH MARIE |
| **Date/Time Signed:** | 09 Oct 2020 @ 1529 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 09, 2020@15:24:26  ENTRY DATE: OCT 09, 2020@15:29:59
   AUTHOR: KRUPA,SARAH MARIE   EXP COSIGNER:

**APPENDIX 675**

URGENCY:                  STATUS: COMPLETED

*** TCP Telephone Care Staff Note Has ADDENDA ***

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Contact Phone Number: 9162842402

Caller Area: MCCLELLAN

Caller Response: MESSAGE LEFT

Type of call: CALL BACK.

The following identifiers were used to verify this patient:  DOB.

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Comments:
--Pt is requesting results for "COVID19 test"

Please email results so Pt may go back to work.

Please contact Pt.

Author: KRUPA,SARAH MARIE

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 10/09/2020 @ 3:24:26 PM
Ending at: 10/09/2020 @ 3:29:11 PM
Length: 4 minutes.

Patient's Email Address: 1RROSS@COMCAST.NET


/es/ SARAH MARIE KRUPA
Medical Support Assistant
Signed: 10/09/2020 15:29

Receipt Acknowledged By:
10/23/2020 15:31      /es/ Eleanor Bucaycay, MD
                  Physician, Primary Care
10/14/2020 08:45      /es/ Shearon Jones, RN
                  Nursing Service, Case Manager, Primary Care


10/13/2020 ADDENDUM              STATUS: COMPLETED
Unable to reach patient.  Left voicemail message asking that telephone call be
returned.

/es/ Shearon Jones, RN

**APPENDIX 676**

Nursing Service, Case Manager, Primary Care
Signed: 10/13/2020 10:35

| | |
|---|---|
| **Date/Time:** | 06 Oct 2020 @ 1438 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | TKACHOVA,ANNA |
| **Co-signed By:** | TKACHOVA,ANNA |
| **Date/Time Signed:** | 06 Oct 2020 @ 1443 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 06, 2020@14:38:48  ENTRY DATE: OCT 06, 2020@14:43:53
    AUTHOR: TKACHOVA,ANNA      EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Contact Phone Number: 9162842402

Caller Area: MCCLELLAN

Caller Response: *OTHER

Type of call: INFORMATION.

The following identifiers were used to verify this patient:  DOB. SSN.

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Comments:
pts job requires him to have paper work, proof that he had covid19 test done
today 10.06.20 in order to take him off a flight on 10.08.20
you can email it to 1RROSS@COMCAST.NET
or please contact pt as soon as possible
thank you -AT

Author: TKACHOVA,ANNA

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 10/06/2020 @ 2:38:48 PM
Ending at: 10/06/2020 @ 2:43:34 PM
Length: 4 minutes.

Patient's Email Address: 1RROSS@COMCAST.NET

**APPENDIX 677**

/es/ ANNA TKACHOVA

Signed: 10/06/2020 14:43

Receipt Acknowledged By:
12/09/2020 16:02      /es/ Eleanor Bucaycay, MD
                Physician, Primary Care
10/08/2020 11:39      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care
10/06/2020 16:09      /es/ KELLEY DAWN STEELE-SMITH
                AMSA

| | |
|---|---|
| **Date/Time:** | 06 Oct 2020 @ 1221 |
| **Note Title:** | Injections, Immunizations, Skin Tests |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | KRAFT,ERIC EDWARD |
| **Co-signed By:** | KRAFT,ERIC EDWARD |
| **Date/Time Signed:** | 06 Oct 2020 @ 1223 |

**Note**

 LOCAL TITLE: Injections, Immunizations, Skin Tests
STANDARD TITLE: IMMUNIZATION NOTE
DATE OF NOTE: OCT 06, 2020@12:21   ENTRY DATE: OCT 06, 2020@12:21:36
   AUTHOR: KRAFT,ERIC EDWARD   EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

The patient was given the influenza VIS which lists the benefits and side
effects of the vaccine and which reviews the risks of not receiving the flu
vaccine. The VIS was reviewed with the patient and they were given an
opportunity to ask questions.   The patient was provided education on how to
decrease the risk of influenza infection including social distancing and use of
good hand hygiene. The patient denied any prior severe reaction to the flu
vaccine or its components.  The patient gave verbal consent to receive the
vaccine.

The seasonal influenza vaccine VIS given to the patient:
 VIS version date Aug 15,2019.
 The patient received seasonal influenza vaccine today - Influenza,
 Quadrivalent preservative free (Fluarix) 0.5 ml IM today in Left Deltoid.
Manufacturer: GlaxoSmithKline
Lot # and Expiration Date:   Fluarix; Lot# 9S4K5; Expires: 6/30/21
Administered by protocol/policy
Complications: None
Influenza vaccine administered by: Jiminez, Justin LVN
     Credentials: LPN

**APPENDIX 678**

/es/ Eric Kraft, LVN
Primary Care
Signed: 10/06/2020 12:23

| | |
|---|---|
| **Date/Time:** | 06 Oct 2020 @ 1030 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SHEKHAR,RONIKA DEVI |
| **Co-signed By:** | SHEKHAR,RONIKA DEVI |
| **Date/Time Signed:** | 06 Oct 2020 @ 1031 |

**Note**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: OCT 06, 2020@10:30    ENTRY DATE: OCT 06, 2020@10:30:42
   AUTHOR: SHEKHAR,RONIKA DEVI  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Walk in visit
 MSA Same Day Care: Unscheduled Visit
   From: Walk-In
 Visit
   Reason: Health Concern on demand
 Disposition
   To: Nurse

/es/ RONIKS SHEKHAR SHEKHAR
medical support assistan
Signed: 10/06/2020 10:31

| | |
|---|---|
| **Date/Time:** | 06 Oct 2020 @ 0833 |
| **Note Title:** | TCP Telephone Care Staff Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | DIANGELO,AMELIA DARAY |
| **Co-signed By:** | DIANGELO,AMELIA DARAY |
| **Date/Time Signed:** | 06 Oct 2020 @ 0835 |

**Note**

 LOCAL TITLE: TCP Telephone Care Staff Note
STANDARD TITLE: NURSING TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: OCT 06, 2020@08:33:39  ENTRY DATE: OCT 06, 2020@08:35:22
   AUTHOR: DIANGELO,AMELIA DAR  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

**APPENDIX 679**

**PATIENT called in for ROSS,ROBERT ALLEN (387725153) Phone: 9162842402.

Contact Phone Number: 9162842402

Caller Area: MCCLELLAN

Caller Response: *OTHER

Type of call: SYMPTOM.

The following identifiers were used to verify this patient:  DOB. SSN.

Class Code: Other specified counseling.

Chief Complaint: Not applicable to call.

Comments:
Vet was covis tested 9/15 but said that his daughter has come down with SX of
covid and they are waiting on her results to come back.. He doesn't have any
SX
but said that he wants ti come into NSAC to have another test done this am. Vet
can be reached at 916 284 2402

Author: DIANGELO,AMELIA DARAY

Evaluation/Management Code: HC PRO PHONE CALL 5-10 MIN (98966).
Starting at: 10/06/2020 @ 8:33:39 AM
Ending at: 10/06/2020 @ 8:35:16 AM
Length: 1 minutes.

Patient's Email Address: 1RROSS@COMCAST.NET


/es/ Amelia Darya Diangelo
Martinez Call Center (MSA)
Signed: 10/06/2020 08:35

Receipt Acknowledged By:
10/20/2020 14:59      /es/ Eleanor Bucaycay, MD
                 Physician, Primary Care
10/06/2020 10:19      /es/ Shearon Jones, RN
                 Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| Date/Time: | 17 Sep 2020 @ 1404 |
| Note Title: | Nursing Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | OLEYNIK,RIMA |
| Co-signed By: | OLEYNIK,RIMA |
| Date/Time Signed: | 17 Sep 2020 @ 1409 |

**APPENDIX 680**

**Note**

 LOCAL TITLE: Nursing Note
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: SEP 17, 2020@14:04    ENTRY DATE: SEP 17, 2020@14:04:44
    AUTHOR: OLEYNIK,RIMA     EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

Pt identified by their DOB, first and last name.

COVID-19 Telephone Follow-Up
Patient notified of negative COVID-19 test result.
 Recommendations:
   - Minimize contact with others until 24 hours
     after symptoms resolve.
 Steps to prevent the spread of COVID-19:
 - Stay at home except to get medical care that cannot be provided
   by a telephone or video visit.
 - Get rest and stay hydrated.
 - Call ahead before visiting your doctor.
 - Wear a facemask if you are around others.
 - Cover your coughs and sneezes.
 - Clean your hands often.
 - Keep a six-foot distance from others in your home, ideally in a
   separate room. Isolate in a private room, if available.
 - Avoid sharing household items.
 - Disinfect high touch surfaces daily, ideally with a product
   that kills cold and flu viruses.

/es/ Rima Oleynik, LVN
Licensed Vocational Nurse, Primary Care
Signed: 09/17/2020 14:09

| | |
|---|---|
| **Date/Time:** | 17 Sep 2020 @ 0838 |
| **Note Title:** | Primary Care Interim Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | BUCAYCAY,ELEANOR |
| **Co-signed By:** | BUCAYCAY,ELEANOR |
| **Date/Time Signed:** | 12 Jan 2021 @ 0805 |

**Note**

 LOCAL TITLE: Primary Care Interim Note
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: SEP 17, 2020@08:38    ENTRY DATE: SEP 30, 2020@08:38:36
    AUTHOR: BUCAYCAY,ELEANOR    EXP COSIGNER:
  URGENCY:                STATUS: COMPLETED

**APPENDIX 681**

Here today for ffup. He has the chronic cough, Not on any meds. Allergy to dairy
is the only allergy he is aware of.
He has nasl/sinus issues. Was never seen by ENT. Nonsmoker.Denies any GERD issues.

Computerized Problem List is the source for the following:

1. Knee pain                              08/26/20
BUCAYCAY,ELEANO
2. Depressive episode                    08/31/15  WEBER,DIANE
ELL
3. General Anxiety                       08/31/15  WEBER,DIANE
ELL
4. Varicose veins of lower extremity (SNOMED CT     08/04/14  TAYLOR,JEFFERY
72866009)
5. Impaired Fasting Glucose (ICD-9-CM 790.21)       04/24/13
DOCTOR,FEDERICO
6. GERD * (ICD-9-CM 530.81)                04/24/13
DOCTOR,FEDERICO
7. DJD, Knee/Lower Leg                   03/04/13  TAYLOR,JEFFERY
8. CMP INT ORT DEV/GFT NOS                03/04/13  TAYLOR,JEFFERY
9. Low Back Pain * (ICD-9-CM 724.2)        08/09/12
DOCTOR,FEDERICO
10. Hearing loss * (ICD-9-CM 389.9)        05/24/10
DOCTOR,FEDERICO
11. Hyperlipidemia                       06/30/08  WOO,JOSEPH C
12. Pain in joint involving lower leg (ICD-9-CM     06/27/08  WOO,JOSEPH C
719.46)
13. Tear of lateral cartilage or meniscus of knee,   06/27/08  WOO,JOSEPH C
current (ICD-9-CM 836.1)

Active Outpatient Medications (excluding Supplies):

   Active Outpatient Medications                Status
========================================================================
1)  IBUPROFEN 800MG TAB TAKE ONE TABLET BY MOUTH THREE    ACTIVE
     TIMES A DAY - FOR PAIN OR INFLAMMATION.
Vitals - most recent    BMI: 25.4
 Height:  68 in [172.7 cm] (07/26/2019 13:37)
 Weight:  167 lb [75.9 kg] (09/15/2020 12:27)
 Temp:  98.1 F [36.7 C] (09/15/2020 12:27)
 Pulse:  66 (09/15/2020 12:27)
 Resp:  16 (09/15/2020 12:27)
 BP:  128/74 (09/15/2020 12:27)
 O2 Sat:  No data available for PULSE OXIMETRY
Gen: obese, nad, normal gai, no AD
Neck: no jvd, nomasses. no LN palpated
Heart:rrr, n0o m
Lungs:clear to a, no crackles or wheezes
Abd: soft, no masses, no tendernwes

**APPENDIX 682**

EXt: no edema:

```
Collection DT   Spec  WBC   HGB   HCT   MCV  MCHC  PLT
08/20/2020 10:35  BLOOD 5.1   15.7  46.7  89.0  33.6  307
07/25/2019 10:35  BLOOD 4.7 L 16.1  47.0  88.7  34.3  332
Collection DT   Spec  GLUCOSE BUN  CREAT  NA    K    CL   CO2
08/20/2020 10:35PLASMA  117    19   1.10   134 L 4.1  99   24
07/26/2019 14:54PLASMA  100    21   1.03   132 L 4.6  99   26

Collection DT   Spec  GLUCOSE BUN  CREAT  NA    K    CL   CO2
08/20/2020 10:35PLASMA  117    19   1.10   134 L 4.1  99   24
07/26/2019 14:54PLASMA  100    21   1.03   132 L 4.6  99   26
```

A/P:

/es/ Eleanor Bucaycay, MD
Physician, Primary Care
Signed: 01/12/2021 08:05

| | |
|---|---|
| **Date/Time:** | 15 Sep 2020 @ 1435 |
| **Note Title:** | Screening Covid |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SUBA,LETICIA P |
| **Co-signed By:** | SUBA,LETICIA P |
| **Date/Time Signed:** | 15 Sep 2020 @ 1438 |

**Note**

LOCAL TITLE: Screening Covid
STANDARD TITLE: INFECTIOUS DISEASE RISK ASSESSMENT SCREENING NOT
DATE OF NOTE: SEP 15, 2020@14:35    ENTRY DATE: SEP 15, 2020@14:35:19
   AUTHOR: SUBA,LETICIA P    EXP COSIGNER:
   URGENCY:            STATUS: COMPLETED

Coronavirus Disease 2019 (COVID-19) Screen
The patient reports no COVID-19 diagnosis.
  The patient reports not waiting for the results of a COVID-19 lab test.
  The patient reports no fever.
  The patient reports no new or worsening cough or shortness of breath.
  The patient reports no cold or flu-like symptoms.
  The patient reports no new onset of diarrhea, nausea or vomiting.
  The patient reports no new onset of headache, loss of taste or loss of
smell.
  The patient reports no exposure to someone with COVID-19 within the past 2
  weeks.

Result:

**APPENDIX 683**

Screen is negative.


COVID-19 Swab Testing
Swab completed for Covid-19
 Pre-op /other: vet works as a flight crew, needing COVID-19 test for his
work. Swabbed by Peggy,RN
Plan: Post Swab Instructions Reviewed, Home Care Instructions Reviewed

Veteran/caregiver verbalized an understanding of/agreed with the plan of care.
Veteran/caregiver instructed to call VetsCONNECT or the PACT care manager for
any future routine issues/concerns. Veteran/caregiver advised to call 911 for
any potentially life threatening problems/conditions.


/es/ Leticia P. Suba,RN,BSN
Nursing Service
Signed: 09/15/2020 14:38

Receipt Acknowledged By:
12/31/2020 13:30      /es/ Eleanor Bucaycay, MD
                    Physician, Primary Care
09/16/2020 09:23      /es/ Shearon Jones, RN
                    Nursing Service, Case Manager, Primary Care

| | |
|---|---|
| **Date/Time:** | 15 Sep 2020 @ 1338 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | SHEKHAR,RONIKA DEVI |
| **Co-signed By:** | SHEKHAR,RONIKA DEVI |
| **Date/Time Signed:** | 15 Sep 2020 @ 1339 |

**Note**


 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: SEP 15, 2020@13:38    ENTRY DATE: SEP 15, 2020@13:39:10
   AUTHOR: SHEKHAR,RONIKA DEVI  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED

Walk in visit
 MSA Same Day Care: Unscheduled Visit
  From: Walk-In
 Visit
  Reason: Health Concern PUI
 Disposition
  To: Nurse PEGGY CM

**APPENDIX 684**

/es/ RONIKS SHEKHAR SHEKHAR
medical support assistan
Signed: 09/15/2020 13:39

| | |
|---|---|
| **Date/Time:** | 15 Sep 2020 @ 1223 |
| **Note Title:** | Preventive Health Screen 11514 |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | OLEYNIK,RIMA |
| **Co-signed By:** | OLEYNIK,RIMA |
| **Date/Time Signed:** | 15 Sep 2020 @ 1245 |

**Note**

 LOCAL TITLE: Preventive Health Screen 11514
STANDARD TITLE: PREVENTIVE MEDICINE RISK ASSESSMENT SCREENING NO
DATE OF NOTE: SEP 15, 2020@12:23    ENTRY DATE: SEP 15, 2020@12:23:36
   AUTHOR: OLEYNIK,RIMA      EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Clinical Reminders:
 Tobacco Use Screening:
   The patient has never used tobacco.

 Alcohol Use Screen (AUDIT-C):
   Alcohol Screen:
     SCREEN FOR ALCOHOL (AUDIT-C)
        An alcohol screening test (AUDIT-C) was negative (score=2).

        1. How often did you have a drink containing alcohol in the past
        year?
        Two to four times a month

        2. How many drinks containing alcohol did you have on a typical
        day when you were drinking in the past year?
        1 or 2

        3. How often did you have six or more drinks on one occasion in
        the  past year?
        Never
   Patient had a negative AUDC score and does not require a follow-up

Homelessness/Food Insecurity Screen:
   In the past 2 months, have you been living in stable housing that you
   own, rent, or stay in as part of a household? Yes - Living in stable
   housing.
    Are you worried or concerned that in the next 2 months you may NOT have
    stable housing that you own, rent, or stay in as part of a household?
     No - Not worried about housing near future
   In the past three months did you ever run out of food and you were not

**APPENDIX 685**

able to access more food or have the money to buy more food?
No - No Food shortage

Depression Screening:
PHQ-2+I9
Depression Screening Score: 2
The score on this administration is 2, which indicates a
negative screen on the Depression Scale over the past two weeks.

Suicide Screening Score: 0
The results of this administration indicates a NEGATIVE
primary screen for Risk of Suicide over the last 2 weeks.


Over the past two weeks, how often have you been bothered by the
following problems?

1. Little interest or pleasure in doing things
Several days

2. Feeling down, depressed, or hopeless
Several days

3. Thoughts that you would be better off dead or of hurting
yourself in some way
Not at all


Emotional Health Screening:
The Veteran states they have worry or stress in their life.
Source of concerns:
work related stress

Acknowledged Veterans concerns about their emotional health.
stress.
Vitals:
Most recent VS:  Wt.  167 lb [75.9 kg] (09/15/2020 12:27)
BP   128/74 (09/15/2020 12:27)
HR   66 (09/15/2020 12:27)
Temp  98.1 F [36.7 C] (09/15/2020 12:27)
BMI  25.4

Nutrition Screening:
Most recent measurements:
Measurement DT   WEIGHT
LB(KG)[BMI]
09/15/2020 12:27  167(75.75)[25]
07/26/2019 13:37  165(74.84)[25]
08/17/2015 11:24  164(74.39)[25]
07/18/2014 13:34  162(73.48)[25]

Ht.  68 in [172.7 cm] (07/26/2019 13:37)
BMI  25.4

**APPENDIX 686**

/es/ Rima Oleynik, LVN
Licensed Vocational Nurse, Primary Care
Signed: 09/15/2020 12:45

| | |
|---|---|
| Date/Time: | 26 Aug 2020 @ 1016 |
| Note Title: | Primary Care Note |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | BUCAYCAY,ELEANOR |
| Co-signed By: | BUCAYCAY,ELEANOR |
| Date/Time Signed: | 26 Aug 2020 @ 1025 |

**Note**

 LOCAL TITLE: Primary Care Note
STANDARD TITLE: PRIMARY CARE NOTE
DATE OF NOTE: AUG 26, 2020@10:16   ENTRY DATE: AUG 26, 2020@10:16:27
   AUTHOR: BUCAYCAY,ELEANOR   EXP COSIGNER:
   URGENCY:             STATUS: COMPLETED

I have never seen the patient in the past. Last seen by Dr. Wilson.
He has 3 things he wants to be checked. Has chronic knee pain: woresning dur to
the pain
FMLA papres to be completed.
He has an exposure to COVID as he works in th eplanes and was in Hongkong in
Dec.
In Jan Had been sick but recovered fast.

A/P:
1.Knee pain: xryas oredered. Consider Orthho
2. COVID exposure: antibody toest requested
3. FMLA to be addressed

/es/ Eleanor Bucaycay, MD
Physician, Primary Care
Signed: 08/26/2020 10:25

| | |
|---|---|
| Date/Time: | 13 Aug 2020 @ 1132 |
| Note Title: | Patient Appointment Reminder Letter |
| Location: | No CA Healthcare Sys-Martinez |
| Signed By: | STEELE-SMITH,KELLEY DAWN |
| Co-signed By: | STEELE-SMITH,KELLEY DAWN |
| Date/Time Signed: | 13 Aug 2020 @ 1133 |

**Note**

**APPENDIX 687**

LOCAL TITLE: Patient Appointment Reminder Letter
STANDARD TITLE: PRIMARY CARE LETTERS
DATE OF NOTE: AUG 13, 2020@11:32   ENTRY DATE: AUG 13, 2020@11:32:16
   AUTHOR: STEELE-SMITH,KELLEY  EXP COSIGNER:
   URGENCY:                STATUS: COMPLETED


                        Department Of Veterans
Affairs
                    VA Northern California Health Care System
(VANCHCS)


CLINIC ADDRESS:
5342 Dudley Blvd., McClellan, CA  95652

AUG 13, 2020


     ROBERT ALLEN ROSS
     ███████████████████████

Dear Mr. ROSS:

You have scheduled a VA Video Connect visit with your health care provider:

     08/25/2020 @ 2:00 Nsac VVC Pact  Green

On the day of your VVC appointment with your PCP,  Eleanor Bucaycay MD
Visit the website.
     Go to the VA Video Connect page on the VA App Store website at
mobile.va.gov/ app/va-video-connect.
Get set up.

     For Apple mobile devices (iPhone, iPad, or iPod Touch): Search for
and download the "VA Video Connect" app from the Apple App Store
Test your device.
     Open an internet browser and go to mobile.va.gov/app/va-video-
connect. Once on the page, select "visit the VA Video Connect test
site" to
make sure your device's camera and microphone are fully functioning.
     If you would like to practice using the app before your appointment,
ask your VA care team for a practice session.
Join your visit.
     A few minutes before your video visit, find the appointment email
from "donotreply@mobilehealth.va.gov" and select the appointment link
to join
your session. In some cases, you will be directed to a virtual waiting room
before your session begins.
Having technical difficulty? Contact the National Telehealth Technology Help
Desk.

**APPENDIX 688**

Call 866-651-3180 or 703-234-4483, Monday through Saturday, 7 a.m. ?
11 p.m. Eastern time


Thank you for the opportunity to serve you.

 Sincerely,
Primary Care Clinic
Northern California Health Care System
Department of Veterans Affairs
Bldg.98
5342 Dudley Blvd.
McClellan Park, CA 95652-1074
 Thank you for the opportunity to serve you

 Sincerely,



 /es/ KELLEY DAWN STEELE-SMITH
   ASA

Patient Record Number 7366310

| | |
|---|---|
| **Date/Time:** | 15 Jul 2020 @ 0948 |
| **Note Title:** | Medical Clerk Note |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Signed By:** | STEELE-SMITH,KELLEY DAWN |
| **Co-signed By:** | STEELE-SMITH,KELLEY DAWN |
| **Date/Time Signed:** | 15 Jul 2020 @ 0950 |

**Note**

 LOCAL TITLE: Medical Clerk Note
STANDARD TITLE: COMMUNICATION NOTE
DATE OF NOTE: JUL 15, 2020@09:48    ENTRY DATE: JUL 15, 2020@09:48:52
   AUTHOR: STEELE-SMITH,KELLEY  EXP COSIGNER:
 URGENCY:                STATUS: COMPLETED

Phone Call
WHO IS CALLING: Patient

REASON FOR CALL:pt called to reschedule his appointment to August needs to
have blood work added.  Per pt don't need to call him back

TIME PATIENT WILL BE HOME FOR RETURN CALL: Jul 15,2020@15:00

MESSAGE MAY BE LEFT WITH: Patient

**APPENDIX 689**

CALLER'S MOOD: Calm

DISPOSITION: Note forwarded to RN

ADDRESS:
████████████ ████████████

AGE: 60 y.o.

PCP:

FUTURE APPOINTMENT(S):
MAS CLINIC VISITS FUTURE
08/25/2020 14:00  NSAC PACT GREEN

Letter Reminders
RECALL DATE        CLINIC
No data available

/es/ KELLEY DAWN STEELE-SMITH
MSA
Signed: 07/15/2020 09:50

Receipt Acknowledged By:
07/15/2020 10:36      /es/ Shearon Jones, RN
                Nursing Service, Case Manager, Primary Care

**APPENDIX 690**

# *Self Reported Medical Events*

| **Source:** | Self-Entered |
| --- | --- |
| No information was available that matched your selection. | |

# *VA Immunizations/Vaccinations*

| | |
|---|---|
| **Source:** | VA |
| **Last Updated:** | |

Your VA immunizations/vaccinations list may not be complete. If you have questions about your vaccinations, contact your VA health care team.

This section shows your five most recent vaccination records.

| | |
|---|---|
| **Sorted By:** | Date Received (Descending) |

| Immunization | Date Received |
|---|---|
| COVID-19 (MODERNA), MRNA, LNP-S, PF, 100 MCG/0.5ML DOSE OR 50 MCG/0.25ML DOSE | 27 Mar 2021 @ 1200 |
| COVID-19 (MODERNA), MRNA, LNP-S, PF, 100 MCG/0.5ML DOSE OR 50 MCG/0.25ML DOSE | 27 Feb 2021 @ 1200 |
| INFLUENZA, INJECTABLE, QUADRIVALENT, PRESERVATIVE FREE | 06 Oct 2020 @ 1040 |
| TDAP | 26 Jul 2019 @ 1330 |
| TD(ADULT) UNSPECIFIED FORMULATION | -- |

This section shows all the vaccinations listed in your official VA health record, grouped by vaccination.

| | |
|---|---|
| **Sorted By:** | Immunization Name, then Date (Descending) |

| **Immunization:** | COVID-19 (MODERNA), MRNA, LNP-S, PF, 100 MCG/0.5ML DOSE OR 50 MCG/0.25ML DOSE | **Date Received:** | 27 Mar 2021 @ 1200 |
|---|---|---|---|
| **Location:** | NORTHERN CALIFORNIA HCS | | |
| **Reaction:*** | None Reported | | |
| **Comments:** | -- | | |

| **Immunization:** | COVID-19 (MODERNA), MRNA, LNP-S, PF, 100 MCG/0.5ML DOSE OR 50 MCG/0.25ML DOSE | **Date Received:** | 27 Feb 2021 @ 1200 |
|---|---|---|---|
| **Location:** | NORTHERN CALIFORNIA HCS | | |
| **Reaction:*** | None Reported | | |
| **Comments:** | -- | | |

| **Immunization:** | INFLUENZA, INJECTABLE, QUADRIVALENT, PRESERVATIVE FREE | **Date Received:** | 06 Oct 2020 @ 1040 |
|---|---|---|---|
| **Location:** | ZZNSAC PACT IMMUNIZATION | | |
| **Reaction:*** | None Reported | | |
| **Comments:** | -- | | |

| **Immunization:** | TD(ADULT) UNSPECIFIED FORMULATION | **Date Received:** | -- |
|---|---|---|---|

**APPENDIX 692**

| Location: | NORTHERN CALIFORNIA HCS |
| Reaction:* | None Reported |
| Comments: | -- |

| Immunization: | TDAP | Date Received: | 26 Jul 2019 @ 1330 |
| Location: | NSAC PACT GREEN | | |
| Reaction:* | None Reported | | |
| Comments: | -- | | |

Reaction Key: * = Check your VA Allergies and Adverse Reactions record as well as your Self-Reported Allergies in My HealtheVet. This may show an adverse reaction to a vaccination you received. If you have questions about your vaccinations, contact your VA health care team.

**APPENDIX 693**

# *Self Reported Immunizations*

| **Source:** | Self-Entered |
| --- | --- |
| No information was available that matched your selection. | |

**APPENDIX 694**

# *VA Laboratory Results*

| | |
|---|---|
| **Source:** | VA |
| **Last Updated:** | 31 Dec 2023 @ 1453 |
| **Sorted By:** | Date Specimen Collected (Descending) then Time Specimen Collected |

VA test results are generally available to you 36 hours after the results are finalized. COVID-19 test results are available to you immediately after the results are finalized. When you review your test results, please remember that not all test results outside the reference range are clinically significant. You may be seeing a test result before your provider. Your provider will be reviewing your test results and may contact you with additional information. If you have questions, please call or message your provider or team.

If you would like to talk to a mental health provider, please call your local facility for same day services (Same-Day Healthcare Services Search - VA Access to Care) . If you are in crisis, please contact the Veterans Crisis Line for confidential information and support 24 hours a day, seven days a week, 365 days a year at 988 and Press 1, chat online at VeteransCrisisLine.net/Chat , or send a message to 838255.

| | | | |
|---|---|---|---|
| **Lab Test:** | Drug Screen Basic | | |
| **Lab Type:** | Chemistry/Hematology | **Ordering Provider:** | DOMA, ANAMIKA |
| **Specimen:** | Urine (substance) | **Ordering Location:** | SACRAMENTO VA MEDICAL CENTER |
| **Date/Time Collected:** | 22 Sep 2023 @ 1125 | **Collected Location:** | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
|---|---|---|---|---|---|
| AMPHETAMINES | NEG | -- | (NEG (Cutoff=1000ng/mL)) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| Interpretation: | Highlights: A. Enzyme-Multiplied Immunoassay is typically the first test used to screen for drugs B. Confirmatory testing is required / considered when: 1) Negative for prescribed opioid -immunoassay less/not sensitive for semisynthetic and synthetic opioids 2) Negative for prescribed benzodiazepines - immunoassay less sensitive to clonazepam, lorazepam, and   alprazolam 3) Positive for prescription drugs not prescribed (benzodiazepines, opioids, stimulants.) 4) Positive for illicit drugs (methamphetamine, cocaine, etc) - amphetamines are highly cross-reactive Positive screening results are unconfirmed and should not be used for non-medical purposes. Specimens for drugs of abuse are kept for 30 days if further testing/confirmation is required. | | | | |
| COCAINE | NEG | -- | (NEG (Cutoff=300ng | Final | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
|---|---|---|---|---|---|
| | | | /mL)) | | 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| CANNABINOIDS | NEG | -- | (NEG (Cutoff=50ng /mL)) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| OPIATES | NEG | -- | (NEG (Cutoff=300ng /mL)) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| Creatinine, Urine | 41.8 | mg/dl | (27-300) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| OXYCODONE | NEG | -- | (NEG (Cutoff=300 ng/mL)) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |

| Comments: | -- |
|---|---|

| Performing Location Name/Address: |
|---|
| SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |

| Lab Test: | Gen Chem Specimen | | |
|---|---|---|---|
| Lab Type: | Chemistry/Hematology | Ordering Provider: | DOMA, ANAMIKA |
| Specimen: | Urine (substance) | Ordering Location: | SACRAMENTO VA MEDICAL CENTER |
| Date/Time Collected: | 22 Sep 2023 @ 1125 | Collected Location: | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
|---|---|---|---|---|---|
| APPEARANCE | Clear | -- | | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE COLOR | COLORLESS | -- | | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| SPECIFIC GRAVITY | 1.009 | -- | (1.003-1.035) | Final | SACRAMENTO VA MEDICAL CENTER |

**APPENDIX 696**

ROSS, ROBERT ALLEN
Date of Birth: [redacted]
Case [redacted]0343-Y   Document 239-16   Filed 04/26/24   Page 42 of 46   PageID 7376   Page 238 of 337

| | | | | | 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
|---|---|---|---|---|---|
| UR. UROBILINOGEN | Negative | mg/dL | (0.2-1.0) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE BLOOD | Negative | -- | (NEG) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE BILIRUBIN | Negative | -- | (NEG) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE KETONES | Negative | mg/dL | (NEG) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE GLUCOSE | Negative | mg/dL | (NEG) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE PROTEIN | Negative | mg/dL | (NEGTRACE) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE PH | 6.5 | -- | (5.0-8.0) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| URINE NITRITE | Negative | -- | (NEG) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| LEUKOCYTE ESTERASE | Negative | Leu/uL | (NEG) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |

Interpretation: Reflex cultures are not performed on Urinalysis orders for future collection. If a culture is needed on this specimen, the laboratory must be notified within 48 hours of collection.

**APPENDIX 697**

| | |
|---|---|
| | Mather lab: 916-366-5373 |
| | Martinez lab: 916-372-2961 |
| | Redding lab: 530-226-7595 |
| | Oakland lab: 510-267-7532 |
| | Chico lab: 530-879-5024 |
| **Comments:** | Reagent strip does not indicate a microscopic exam. |
| **Performing Location Name/Address:** | |
| SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 | |

| | | | |
|---|---|---|---|
| **Lab Test:** | Troponin I POC | | |
| **Lab Type:** | Chemistry/Hematology | **Ordering Provider:** | DOMA, ANAMIKA |
| **Specimen:** | Blood (substance) | **Ordering Location:** | SACRAMENTO VA MEDICAL CENTER |
| **Date/Time Collected:** | 22 Sep 2023 @ 0955 | **Collected Location:** | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
|---|---|---|---|---|---|
| TROPONIN-I (i-STAT) | 0.01 | ng/mL | (<0.04) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| Interpretation: | SEND CRITICAL SAMPLES TO MAIN LABORATORY FOR CONFIRMATION | | | | |

| | |
|---|---|
| **Comments:** | Operator ID Britts Kelley<br>Meter ID 379956 |
| **Performing Location Name/Address:** | |
| SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 | |

| | | | |
|---|---|---|---|
| **Lab Test:** | D Dimer Quant~ACL 3000 | | |
| **Lab Type:** | Chemistry/Hematology | **Ordering Provider:** | DOMA, ANAMIKA |
| **Specimen:** | Plasma (substance) | **Ordering Location:** | SACRAMENTO VA MEDICAL CENTER |
| **Date/Time Collected:** | 22 Sep 2023 @ 0955 | **Collected Location:** | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
|---|---|---|---|---|---|
| D-DIMER | 289 | ng/mL FEU | (0-500) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| Interpretation: | Reference range for this assay (D-DIMER) changed 06/18/2018<br>Previous reference range: 6-450 ng/ml FEU.<br>FEU=Fibrinogen Equivalent Units<br>In the appropriate clinical setting a d-dimer level in the<br>reference range largely rules out active intravascular thrombosis<br>with a probability of >90%. Results of D-Dimer testing should be | | | | |

interpreted in conjunction with the patient's history and clinical presentation.  Clinical diagnosis should not be based only on D-Dimer test results for exclusion of VTE (DTE or PE).

| **Comments:** | -- |
| --- | --- |

**Performing Location Name/Address:**

SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200

| **Lab Test:** | Hemogram V~SYSMEX XE-2100 | | |
| --- | --- | --- | --- |
| **Lab Type:** | Chemistry/Hematology | **Ordering Provider:** | DOMA, ANAMIKA |
| **Specimen:** | Blood (substance) | **Ordering Location:** | SACRAMENTO VA MEDICAL CENTER |
| **Date/Time Collected:** | 22 Sep 2023 @ 0955 | **Collected Location:** | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
| --- | --- | --- | --- | --- | --- |
| WBC | 9.1 | K/cmm | (4.8-10.8) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| RBC | 4.97 | M/cmm | (4.7-6.1) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| HGB | 15.2 | g/dL | (14-18) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| HCT | 44.8 | % | (42-52) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| MCV | 90.1 | fL | (80-99) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| MCH | 30.6 | uug | (27-34) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| MCHC | 33.9 | gm/dL | (31.8-35.3) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |

**APPENDIX 699**

| PLT | 323 | K/cmm | (130-400) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| MPV | 9.5 | fL | (9.1-12.5) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| LYMPH % | 16.5 Low | % | (20-51) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| LYMPH # | 1.5 | K/cmm | (1.2-3.4) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| MONO % | 7.6 | % | (2.0-13.0) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| MONO # | 0.7 | K/cmm | (0.2-1.2) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| EOS % | 0.9 | % | (0.5-7.0) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| EOS # | 0.1 | K/cmm | (0.1-0.5) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| BASO % | 0.4 | % | (0-2.0) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| NEUT # | 6.7 | K/cmm | (1.5-7.9) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| NEUT % | 74.3 | % | (40-80) | Final | SACRAMENTO VA |

| | | | | | MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
|---|---|---|---|---|---|
| BASO # | 0.0 | K/cmm | (0.0-0.2) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| IG # | 0.0 | K/cmm | (<0.4) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| IG % | 0.3 | % | (<4.9) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| RDW-SD | 42.9 | fL | (35.1-43.9) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |

| **Comments:** | -- |
|---|---|
| **Performing Location Name/Address:** | |
| SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 | |

| **Lab Test:** | Ethanol | | |
|---|---|---|---|
| **Lab Type:** | Chemistry/Hematology | **Ordering Provider:** | DOMA, ANAMIKA |
| **Specimen:** | Serum (substance) | **Ordering Location:** | SACRAMENTO VA MEDICAL CENTER |
| **Date/Time Collected:** | 22 Sep 2023 @ 0955 | **Collected Location:** | SACRAMENTO VA MEDICAL CENTER |

| Test Name | Result | Units | Reference Range | Status | Performing Location |
|---|---|---|---|---|---|
| ALCOHOL (BLOOD) | <5 | mg/dL | (<5) | Final | SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 |
| Interpretation: | NORMAL: <5 = NONE DETECTED. LEGAL INTOXICATION: 80 mg/dl or 0.08%. | | | | |

| **Comments:** | -- |
|---|---|
| **Performing Location Name/Address:** | |
| SACRAMENTO VA MEDICAL CENTER 10535 HOSPITAL WAY , MATHER, CA 95655-4200 | |

| **Lab Test:** | Hepatic Function Panel | | |
|---|---|---|---|
| **Lab Type:** | Chemistry/Hematology | **Ordering** | DOMA, ANAMIKA |

APPENDIX 701