| Vital Sign: | Pulse Rate |
| --- | --- |
| Measurement: | 67 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 09 Jun 2022 @ 1006 |

| Vital Sign: | Pulse Rate |
| --- | --- |
| Measurement: | 74 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 09 Dec 2021 @ 1115 |

| Vital Sign: | Pulse Rate |
| --- | --- |
| Measurement: | 69 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 28 Apr 2021 @ 1001 |

| Vital Sign: | Pulse Rate |
| --- | --- |
| Measurement: | 66 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 15 Sep 2020 @ 1227 |

| Vital Sign: | Respiration |
| --- | --- |
| Measurement: | 18 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 22 Sep 2023 @ 1400 |

| Vital Sign: | Respiration |
| --- | --- |
| Measurement: | 16 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 22 Sep 2023 @ 1300 |

| Vital Sign: | Respiration |
| --- | --- |
| Measurement: | 20 /min |
| Comments: | -- |
| Location: | No CA Healthcare Sys-Martinez |
| Date/Time Collected: | 22 Sep 2023 @ 1216 |

| Vital Sign: | Respiration |
| --- | --- |
| Measurement: | 17 /min |
| Comments: | -- |

**APPENDIX 748**

| | |
|---|---|
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 22 Sep 2023 @ 0924 |

| | |
|---|---|
| **Vital Sign:** | Respiration |
| **Measurement:** | 16 /min |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 22 Sep 2023 @ 0919 |

| | |
|---|---|
| **Vital Sign:** | Respiration |
| **Measurement:** | 16 /min |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 12 Sep 2022 @ 0953 |

| | |
|---|---|
| **Vital Sign:** | Respiration |
| **Measurement:** | 16 /min |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 09 Jun 2022 @ 1006 |

| | |
|---|---|
| **Vital Sign:** | Respiration |
| **Measurement:** | 16 /min |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 09 Dec 2021 @ 1115 |

| | |
|---|---|
| **Vital Sign:** | Respiration |
| **Measurement:** | 16 /min |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 15 Sep 2020 @ 1227 |

| | |
|---|---|
| **Vital Sign:** | Weight |
| **Measurement:** | 166.2 lb |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 22 Sep 2023 @ 1543 |

| | |
|---|---|
| **Vital Sign:** | Weight |
| **Measurement:** | 168.7 lb |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 20 Apr 2023 @ 1022 |

| | |
|---|---|
| **Vital Sign:** | Weight |

**APPENDIX 749**

| | |
|---|---|
| **Measurement:** | 165 lb |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 12 Sep 2022 @ 0953 |

| | |
|---|---|
| **Vital Sign:** | Weight |
| **Measurement:** | 170 lb |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 09 Jun 2022 @ 1006 |

| | |
|---|---|
| **Vital Sign:** | Weight |
| **Measurement:** | 167 lb |
| **Comments:** | -- |
| **Location:** | No CA Healthcare Sys-Martinez |
| **Date/Time Collected:** | 15 Sep 2020 @ 1227 |

**APPENDIX 750**

# *Self Reported Vitals & Readings*

| **Source:** | Self-Entered |
| --- | --- |
| No information was available that matched your selection. | |

# VA Radiology Reports

| | |
|---|---|
| **Source:** | VA |
| **Last Updated:** | 31 Dec 2023 @ 1453 |
| **Sorted By:** | Date/Time Exam Performed (Descending) |

VA Radiology Reports are available thirty-six (36) hours after they have been completed. Your VA provider may need more time to review the results. Some studies done at a non-VA facility may not be available or they may not necessarily include an interpretation. If you have any concerns about your reports, contact your VA health care team.

| | |
|---|---|
| **Procedure/Test Name:** | CT ANGIO CHEST |
| **Date/Time Exam Performed:** | 22 Sep 2023 @ 1111 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DOMA,ANAMIKA K |
| **Reason for Study:** | Pulmonary Embolism Protocol |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | chest pain, SOB Does the patient have any contraindications to CT IV contrast?<br>No. By clicking Accept Order, you are accepting the risks associated with the contrast material and the radiation risk associated with this examination. The exam ordered might be changed by the Radiologist to benefit the patient.<br><br>Last eGFR: eGFR Collection DT    Spec  eGFR CK eGFR(MD 09/22/2023 09:55  PLASM  75 Last Creatinine: SLT - Creatinine Collection DT   Specimen  Test Name    Result  Units Ref Range 09/22/2023 09:55  PLASMA    CREATININE 1.11 H  mg/dL    0.5 - 1.1 |
| **Radiologist:** | KHONG,KATHLEEN |

### Report

Report:
EXAM: CT Chest with IV contrast

DATE/TIME:  9/22/2023 11:43 PDT

INDICATION:  Pulmonary Embolism Protocol

TECHNIQUE: The patient was scanned from the lung apices through the hemidiaphragms after intravenous administration of 100 mL of IV Visipaque. Axial reformatted images were performed in soft tissue and lung windows.

COMPARISON: 1/19/23.

**APPENDIX 752**

DOSE:

DLP - 203 mGycm

FINDINGS:

CHEST:

VASCULATURE: No central pulmonary arterial filling defects.

Course and caliber of great vessel great vessel takeoff is unremarkable. Mild calcifications of the aorta..

LUNGS AND PLEURA: Bibasilar subsegmental atelectasis. No focal consolidation.  Left apical 3 mm solid pulmonary nodule (6:11). Unchanged right middle lobe 9 x 4 mm nodular density compared to prior CT of 1/90/23.

MEDIASTINUM AND HILA: No mediastinal adenopathy. No hilar adenopathy. Heart size is within normal limits. Mild coronary arterial calcifications. No significant pericardial fusion.

CHEST WALL: No axillary adenopathy. Chest wall is unremarkable..

UPPER ABDOMEN: Limited visualized portions of the liver, gallbladder, spleen, GI tract, pancreas, adrenal glands, bilateral kidneys, and gallbladder are unremarkable.

BONES: Mild multilevel degenerative changes of the thoracic spine. No suspicious osseous

Impression:

1. No CT evidence of acute pulmonary embolism.

2. Other findings without significant interval change compared to prior CT of 1/19/23. This includes a right middle lobe 9 x 4 mm nodular density for which follow-up CT chest was recommended in Jan 2024.

9/22/2023 13:10 PDT

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | CHEST 1 VIEW |
| **Date/Time Exam Performed:** | 22 Sep 2023 @ 0959 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DOMA,ANAMIKA K |
| **Reason for Study:** | chest pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | chest pain |
| **Radiologist:** | KHONG,KATHLEEN |

**Report**

Report:
EXAM DATE:  9/22/2023 10:14 PDT

CHEST 1 VIEW ,

CLINICAL INDICATION: chest pain

COMPARISONS: 8/9/22

FINDINGS:

Tubes/Lines: None.

Mediastinum: Cardiomediastinal silhouette is within normal limits of size.

Lungs: Trachea is unremarkable. Pulmonary vascularity is within normal limits.  No focal consolidation.

Pleura: No visible pleural effusion. No visible pneumothorax.

Bones/Soft tissues: Bones are unremarkable. Soft tissues are unremarkable.

Upper abdomen: Visualized upper abdomen is unremarkable.

Impression:

1.  No acute cardiopulmonary abnormality.

9/22/2023 10:21 PDT

Primary Diagnostic Code: NO ALERT REQUIRED

**APPENDIX 754**

| | |
|---|---|
| **Procedure/Test Name:** | CT CHEST - LOW DOSE |
| **Date/Time Exam Performed:** | 19 Jan 2023 @ 1245 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | f/u groundglass opacity noted on NMPS |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | 6 mo f/u ground glass opacity noted on NMPS Does the patient have any contraindications to CT IV contrast? No. By clicking Accept Order, you are accepting the risks associated with the contrast material and the radiation risk associated with this examination. The exam ordered might be changed by the Radiologist to benefit the patient.

Last eGFR: eGFR Collection DT   Spec  eGFR CK  eGFR 06/09/2022 12:07  PLASM  85 Last Creatinine: SLT - Creatinine Collection DT   Specimen  Test Name     Result  Units     Ref Range 06/09/2022 12:07 PLASMA   CREATININE        1.00 mg/dL   0.5 - 1.1 |
| **Radiologist:** | ADRAKTAS,DIONESIA DEMETRA |

**Report**

Report:
EXAM: CT CHEST - LOW DOSE

DATE/TIME:  1/19/2023 13:22 PST

INDICATION:  f/u groundglass opacity noted on NMPS

COMPARISON: Prior nuclear medicine myocardial perfusion study 7/7/2022.

TECHNIQUE: Contiguous axial slices of the chest were submitted without IV contrast. Multiplanar reformatted images were submitted.

DOSE: CTDIvol Mean: 2.54, mGy / DLP: 91, mGy.cm

FINDINGS:

Chest wall/Breasts/Axilla: Unremarkable.

Lower Neck/Thyroid: Unremarkable.

Trachea/Central Airways: Patent

Mediastinum/Hila: No enlarged lymph nodes.

**APPENDIX 755**

Vessels: No thoracic aortic aneurysm. Main pulmonary artery normal in caliber.

Heart/Pericardium: Normal heart size. No pericardial effusion. Coronary artery calcifications.

Lungs: No areas of airspace consolidation. Mild centrilobular and paraseptal emphysema. Unchanged 9 x 4 mm nodular density in the right middle lobe seen on series 4 image 142. Small calcified granuloma left lung apex.

Pleura: No pleural effusion. No pneumothorax.

Esophagus: Small hiatal hernia.

Upper abdomen: Unremarkable.

Osseous Structures: No acute fracture. No aggressive appearing osseous lesion.

Impression:

Unchanged 9 x 4 mm nodular density right middle lobe. Recommend follow-up chest CT in 12 months.

1/20/2023 9:44 PST

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | SPINE CERVICAL MIN 6 VIEWS |
| **Date/Time Exam Performed:** | 12 Sep 2022 @ 1034 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | neck pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | |
| **Radiologist:** | CHAN,STEVE S |

**Report**

Report:
STUDY: Cervical spine series

**APPENDIX 756**

COMPARISON: None

FINDINGS: 7 cervical type vertebrae. Normal vertebral body height. Grade 1 retrolisthesis of C4 on C5 which improves with flexion but worsens with extension. Grade 2 retrolisthesis of C5 on C6 which improves with flexion. Mild to moderate C3-4 and moderate C4-5 and C5-6 disc space narrowing. No significant foraminal encroachment. Preserved atlantodens interval. The lateral masses of C1 are normally aligned. Unremarkable prevertebral soft tissues.

Impression:

1. Multilevel cervical spine degenerative disc space narrowing.

2. Cervical spine spondylolisthesis with increased sagittal translation on dynamic flexion/extension lateral radiographs as described.

9/15/2022 8:04 AM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | CHEST 2 VIEWS |
| **Date/Time Exam Performed:** | 09 Aug 2022 @ 1302 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | chronic cough |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | |
| **Radiologist:** | GOODMAN,CHAD |

**Report**

Report:
Discussion: 2 views of the chest are submitted for interpretation. Comparison is made with previous studies dated 9/15/2020 as well as 3/1/2012. Examination demonstrates the lungs are clear without any evidence of pneumonia or pulmonary edema. There is no evidence of pleural effusion or pneumothorax. Cardiac silhouette is within normal size. Moderate degenerative changes present in the thoracic spine. No gross acute osseous abnormalities are seen. Overall appearance is stable and unchanged as compared to previous studies.

**APPENDIX 757**

Impression:
No radiographic evidence of acute cardiopulmonary disease. No
pulmonary edema, soft tissue pulmonary nodules, or lobar alveolar
consolidation/pneumonia appreciated.

8/11/2022 8:59 AM

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | US CAROTIDS |
| **Date/Time Exam Performed:** | 09 Aug 2022 @ 1301 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | |
| **Radiologist:** | BROWN-LAMBEY,JULIET |

**Report**

Report:
CAROTID VELOCITY MEASUREMENTS*********************
All measurements taken at 60 degree angle unless otherwise
noted.
This exam does not exclude the presence of ulcerations if the
patient
has symptoms.
**********************************************************

RIGHT CCA : 88 cm/sec      LT CCA : 84 cm/sec

RIGHT ICA:              LT ICA:

PROX=  64/23 cm/sec        PROX= 79/28 cm/sec
MID= 75/30 cm/sec          MID= 88/33 cm/sec
DIST= 82/32 cm/sec         DIST= 76/31 cm/sec

RIGHT ECA: 77  cm/sec     LT ECA: 77 cm/sec

RIGHT VERT:  45 cm/sec    LT VERT: 62 cm/sec

ICA/CCA RATIO:  0.9    ICA/CCA RATIO:1.1

Quality: acceptable

**APPENDIX 758**

Notes
=====
Right : Minimal plaque.

Right Vert- Antegrade flow.

Left : Minimal plaque.  Left Vert- Antegrade flow.

Recommended Modification of the SRU Consensus Conference Criteria
for Internal Carotid Artery Stenosis for Implementation in
IAC-accredited Vascular Laboratories (October 2021):

Diameter reduction  ICA PSV            Plaque Estimate,
% 0% Normal          <180
none
<50%        <180 cm/sec              <50

50-69%    180-230 cm/sec        >50

>70 but less than near  > 230                > 50

near occlusion    H, L, or undetectable    Visible    total
Occlusion    Undetectable          Visible, no
detectable lumen


Diameter reduction  ICA/CCA PSV ratio    ICA, EDV cm/sec
50 - 69%   2.0-4.0                    40-100 >70%
>4                  >
100 near occlusion        Variable
Varible




Impression:


Minimal plaque. No stenosis.

8/12/2022 10:07 AM

Primary Diagnostic Code: NO ALERT REQUIRED

| Procedure/Test Name: | MRI HEAD W/O |
|---|---|
| Date/Time Exam Performed: | 31 Jul 2022 @ 1249 |
| Ordering Location: | No CA Healthcare Sys-Martinez |
| Requesting Provider: | DULAI,KAMALPREET |

**APPENDIX 759**

| Reason for Study: | syncopal episode |
|---|---|
| Performing Location: | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| Clinical History: | |
| | No MR Study contraindication noted for patient. |
| | Additional Comment: |
| Radiologist: | AGARWAL,AMBIKA |

**Report**

Report:
MRI brain without contrast

Clinical statement:  Syncope

MRI of the brain was performed utilizing the following sequences:
Axial T1, T2 , axial and coronal FLAIR and sagittal T1.
Additional Diffusion Weighted images and ADC mapping were obtained.

Comparison: No prior similar studies are available for comparison.

Findings: There is no evidence of restricted diffusion to suggest an acute infarct. The lateral, third and fourth ventricles are unremarkable. No extra-axial blood or fluid collection is present. No intracranial mass is identified. The brainstem, posterior fossa and cervical medullary junction are unremarkable. Normal intracranial intravascular flow voids are seen. The orbits, pituitary gland and pineal gland are unremarkable. There is no midline shift or mass effect. Mild left maxillary mucosal thickening.

Impression:
Unremarkable MRI of brain.

8/1/2022 8:41 AM

Primary Diagnostic Code: NO ALERT REQUIRED

| Procedure/Test Name: | MYOCARDIAL PERFUSION (SPECT) MULTIPLE STUDIES |
|---|---|
| Date/Time Exam Performed: | 07 Jul 2022 @ 0857 |
| Ordering Location: | No CA Healthcare Sys-Martinez |
| Requesting Provider: | DULAI,KAMALPREET |
| Reason for Study: | Syncope |

**APPENDIX 760**

| Performing Location: | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
|---|---|
| Clinical History: | Pharmacologic Myocardial Perfusion: |
| | Therapeutic levels of Isosorbide ( oral Nitrates ) reduce the sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam? |
| | Patient is not on any oral nitrates. |
| | **The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study. |
| | Reason for Request: pt wtih syncopal episode, please eval for ischemia |
| | 1. Does the patient have severe wheezing and/or history of severe asthma? No |
| | 2. Is the patient taking theophylline compounds? No If yes, can the patient stop? |
| | 3. Is the patient taking dipyridamole? No If yes, can the patient stop? |
| | 4. Has the patient had a myocardial perfusion scan in the past year at the VA or an outside facility?  No If yes, provide clinical justification for the repeat procedure. |
| Radiologist: | RAHNAMAYI,ROSHANAK |

## Report

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode , referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi stress.

TECHNIQUE: Pertinent medications and contraindications were

**APPENDIX 761**

reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused IV over 10 sec followed by a 5 mL saline flush over 10 sec with a good hemodynamic response (heart rate increased from 57 up to 92, systolic blood pressure changed from 151 to 158). There were no significant symptoms. Myoview was injected 25 sec following regadenoson. A full, official EKG report will be dictated separately . SPECT images were acquired at stress and rest 30-45 min post Myoview injection. Stress images were gated. Low-resolution CT was performed at stress and rest acquisition for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic appearing radiotracer distribution with no reversible or fixed perfusion defect suggestive of ischemia or prior myocardial infarction.

Ventricular size is within normal range ( end-diastolic volume = 90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3).  Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

**APPENDIX 762**

3. Incidental noncontrast CT findings include  aortic and
coronary artery atherosclerosis, 9 mm right upper lobe pulmonary
groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | LEXISCAN |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0857 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | Syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | |

Pharmacologic Myocardial Perfusion:

Therapeutic levels of Isosorbide ( oral Nitrates )  reduce the
sensitivity of the scan for ischemia. Can the patient hold
isosorbide the day prior to and the morning of the exam?

Patient is not on any oral nitrates.

**The patient must have SL nitroglycerin prescribed, at the
ready, for PRN use if oral nitrate therapy is held prior to the
study.

Reason for Request:
pt wtih syncopal episode, please eval for ischemia

1. Does the patient have severe wheezing and/or history of severe
asthma?
No

2. Is the patient taking theophylline compounds?
No
If yes, can the patient stop?

3. Is the patient taking dipyridamole? No
If yes, can the patient stop?

4. Has the patient had a myocardial perfusion scan in the past
year at the
VA or an outside facility?  No
If yes, provide clinical justification for the repeat
procedure.

**APPENDIX 763**

| **Radiologist:** | RAHNAMAYI,ROSHANAK |
|---|---|

**Report**

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode ,
referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi
stress.

TECHNIQUE: Pertinent medications and contraindications were
reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused
IV over 10 sec followed by a 5 mL saline flush over 10 sec with a
good hemodynamic response (heart rate increased from 57 up to 92,
systolic blood pressure changed from 151 to 158). There were no
significant symptoms. Myoview was injected 25 sec following
regadenoson. A full, official EKG report will be dictated
separately . SPECT images were acquired at stress and rest 30-45
min post Myoview injection. Stress images were gated.
Low-resolution CT was performed at stress and rest acquisition
for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic
appearing radiotracer distribution with no reversible or fixed
perfusion defect suggestive of ischemia or prior myocardial
infarction.

Ventricular size is within normal range ( end-diastolic volume =
90 mL) No qualitative transient ischemic dilation (TID) with
stress. The TID score = 1 (normal < 1.2-1.3).  Gated images
demonstrate normal LV wall motion and contractility. Calculated
LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery
atherosclerosis, normal heart size, No evidence of pericardial or
pleural effusion. Visualized portion of lungs demonstrates 9 mm
round glass opacity in the right upper lobe (CT series 1004,
image #13). No prominent pulmonary nodules or masses are seen in
the partially visualized lung fields, evaluation is limited by
respiratory motion. Note, subcentimeter pulmonary nodules are
below the sensitivity of the low-dose CT obtained. No

**APPENDIX 764**

lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | NUC STRESS TEST, W/CARDIOLOGY SUPV AND W/O INTPN AND REPORT |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0857 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | Syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Pharmacologic Myocardial Perfusion:<br><br>Therapeutic levels of Isosorbide ( oral Nitrates )  reduce the sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam?<br><br>Patient is not on any oral nitrates.<br><br>**The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study.<br><br>Reason for Request:<br>pt wtih syncopal episode, please eval for ischemia<br><br>1. Does the patient have severe wheezing and/or history of severe |

**APPENDIX 765**

asthma?
No

2. Is the patient taking theophylline compounds?
No
If yes, can the patient stop?

3. Is the patient taking dipyridamole? No
If yes, can the patient stop?

4. Has the patient had a myocardial perfusion scan in the past year at the
VA or an outside facility?  No
If yes, provide clinical justification for the repeat procedure.

| Radiologist: | RAHNAMAYI,ROSHANAK |
|---|---|

## Report

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode ,
referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi
stress.

TECHNIQUE: Pertinent medications and contraindications were
reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused
IV over 10 sec followed by a 5 mL saline flush over 10 sec with a
good hemodynamic response (heart rate increased from 57 up to 92,
systolic blood pressure changed from 151 to 158). There were no
significant symptoms. Myoview was injected 25 sec following
regadenoson. A full, official EKG report will be dictated
separately . SPECT images were acquired at stress and rest 30-45
min post Myoview injection. Stress images were gated.
Low-resolution CT was performed at stress and rest acquisition
for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic
appearing radiotracer distribution with no reversible or fixed
perfusion defect suggestive of ischemia or prior myocardial

**APPENDIX 766**

infarction.

Ventricular size is within normal range ( end-diastolic volume = 90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3).  Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | SUPPLY OF RADIOPHARM TC-TETROFOSMIN |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0857 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | Syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | |

**APPENDIX 767**

Pharmacologic Myocardial Perfusion:

Therapeutic levels of Isosorbide ( oral Nitrates )  reduce the sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam?

Patient is not on any oral nitrates.

**The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study.

Reason for Request:
pt wtih syncopal episode, please eval for ischemia

1. Does the patient have severe wheezing and/or history of severe asthma?
No

2. Is the patient taking theophylline compounds?
No
If yes, can the patient stop?

3. Is the patient taking dipyridamole? No
If yes, can the patient stop?

4. Has the patient had a myocardial perfusion scan in the past year at the
VA or an outside facility?  No
If yes, provide clinical justification for the repeat procedure.

| | |
|---|---|
| **Radiologist:** | RAHNAMAYI,ROSHANAK |

**Report**

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode ,
referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi stress.

TECHNIQUE: Pertinent medications and contraindications were reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused IV over 10 sec followed by a 5 mL saline flush over 10 sec with a

**APPENDIX 768**

good hemodynamic response (heart rate increased from 57 up to 92, systolic blood pressure changed from 151 to 158). There were no significant symptoms. Myoview was injected 25 sec following regadenoson. A full, official EKG report will be dictated separately . SPECT images were acquired at stress and rest 30-45 min post Myoview injection. Stress images were gated. Low-resolution CT was performed at stress and rest acquisition for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic appearing radiotracer distribution with no reversible or fixed perfusion defect suggestive of ischemia or prior myocardial infarction.

Ventricular size is within normal range ( end-diastolic volume = 90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3).  Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.


Impression:


1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary

groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | LEXISCAN |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0857 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | Syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Pharmacologic Myocardial Perfusion:

Therapeutic levels of Isosorbide ( oral Nitrates )  reduce the sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam?

Patient is not on any oral nitrates.

**The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study.

Reason for Request:
pt wtih syncopal episode, please eval for ischemia

1. Does the patient have severe wheezing and/or history of severe asthma?
No

2. Is the patient taking theophylline compounds?
No
If yes, can the patient stop?

3. Is the patient taking dipyridamole? No
If yes, can the patient stop?

4. Has the patient had a myocardial perfusion scan in the past year at the
VA or an outside facility?  No
If yes, provide clinical justification for the repeat procedure. |
| **Radiologist:** | RAHNAMAYI,ROSHANAK |

**APPENDIX 770**

## Report

Report:

PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode , referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi stress.

TECHNIQUE: Pertinent medications and contraindications were reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused IV over 10 sec followed by a 5 mL saline flush over 10 sec with a good hemodynamic response (heart rate increased from 57 up to 92, systolic blood pressure changed from 151 to 158). There were no significant symptoms. Myoview was injected 25 sec following regadenoson. A full, official EKG report will be dictated separately . SPECT images were acquired at stress and rest 30-45 min post Myoview injection. Stress images were gated. Low-resolution CT was performed at stress and rest acquisition for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic appearing radiotracer distribution with no reversible or fixed perfusion defect suggestive of ischemia or prior myocardial infarction.

Ventricular size is within normal range ( end-diastolic volume = 90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3).  Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in

**APPENDIX 771**

the visualized portion of the spines.

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | LEXISCAN |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0857 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | Syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Pharmacologic Myocardial Perfusion: |

Therapeutic levels of Isosorbide ( oral Nitrates )  reduce the sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam?

Patient is not on any oral nitrates.

**The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study.

Reason for Request:
pt wtih syncopal episode, please eval for ischemia

1. Does the patient have severe wheezing and/or history of severe asthma?
No

**APPENDIX 772**

2. Is the patient taking theophylline compounds?
No
If yes, can the patient stop?

3. Is the patient taking dipyridamole? No
If yes, can the patient stop?

4. Has the patient had a myocardial perfusion scan in the past year at the
VA or an outside facility?  No
If yes, provide clinical justification for the repeat procedure.

| | |
|---|---|
| **Radiologist:** | RAHNAMAYI,ROSHANAK |

**Report**

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode ,
referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi
stress.

TECHNIQUE: Pertinent medications and contraindications were
reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused
IV over 10 sec followed by a 5 mL saline flush over 10 sec with a
good hemodynamic response (heart rate increased from 57 up to 92,
systolic blood pressure changed from 151 to 158). There were no
significant symptoms. Myoview was injected 25 sec following
regadenoson. A full, official EKG report will be dictated
separately . SPECT images were acquired at stress and rest 30-45
min post Myoview injection. Stress images were gated.
Low-resolution CT was performed at stress and rest acquisition
for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic
appearing radiotracer distribution with no reversible or fixed
perfusion defect suggestive of ischemia or prior myocardial
infarction.

Ventricular size is within normal range ( end-diastolic volume =

**APPENDIX 773**

90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3). Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| Procedure/Test Name: | SUPPLY OF RADIOPHARM TC-TETROFOSMIN |
| Date/Time Exam Performed: | 07 Jul 2022 @ 0857 |
| Ordering Location: | No CA Healthcare Sys-Martinez |
| Requesting Provider: | DULAI,KAMALPREET |
| Reason for Study: | Syncope |
| Performing Location: | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| Clinical History: | Pharmacologic Myocardial Perfusion: Therapeutic levels of Isosorbide ( oral Nitrates ) reduce the |

**APPENDIX 774**

sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam?

Patient is not on any oral nitrates.

**The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study.

Reason for Request:
pt wtih syncopal episode, please eval for ischemia

1. Does the patient have severe wheezing and/or history of severe asthma?
No

2. Is the patient taking theophylline compounds?
No
If yes, can the patient stop?

3. Is the patient taking dipyridamole? No
If yes, can the patient stop?

4. Has the patient had a myocardial perfusion scan in the past year at the
VA or an outside facility?  No
If yes, provide clinical justification for the repeat procedure.

| Radiologist: | RAHNAMAYI,ROSHANAK |
|---|---|

## Report

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

CLINICAL HISTORY: 62 years old Male with syncopal episode , referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi stress.

TECHNIQUE: Pertinent medications and contraindications were reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused IV over 10 sec followed by a 5 mL saline flush over 10 sec with a good hemodynamic response (heart rate increased from 57 up to 92, systolic blood pressure changed from 151 to 158). There were no significant symptoms. Myoview was injected 25 sec following regadenoson. A full, official EKG report will be dictated

**APPENDIX 775**

separately . SPECT images were acquired at stress and rest 30-45 min post Myoview injection. Stress images were gated. Low-resolution CT was performed at stress and rest acquisition for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic appearing radiotracer distribution with no reversible or fixed perfusion defect suggestive of ischemia or prior myocardial infarction.

Ventricular size is within normal range ( end-diastolic volume = 90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3).  Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.

Impression:

1. No evidence for reversible or fixed perfusion defects suggestive of ischemia or prior myocardial infarction is identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and coronary artery atherosclerosis, 9 mm right upper lobe pulmonary groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

**APPENDIX 776**

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | LEXISCAN |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0857 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | DULAI,KAMALPREET |
| **Reason for Study:** | Syncope |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Pharmacologic Myocardial Perfusion: |
| | Therapeutic levels of Isosorbide ( oral Nitrates )  reduce the sensitivity of the scan for ischemia. Can the patient hold isosorbide the day prior to and the morning of the exam? |
| | Patient is not on any oral nitrates. |
| | **The patient must have SL nitroglycerin prescribed, at the ready, for PRN use if oral nitrate therapy is held prior to the study. |
| | Reason for Request: pt wtih syncopal episode, please eval for ischemia. |
| | 1. Does the patient have severe wheezing and/or history of severe asthma? No |
| | 2. Is the patient taking theophylline compounds? No If yes, can the patient stop? |
| | 3. Is the patient taking dipyridamole? No If yes, can the patient stop? |
| | 4. Has the patient had a myocardial perfusion scan in the past year at the VA or an outside facility?  No If yes, provide clinical justification for the repeat procedure. |
| **Radiologist:** | RAHNAMAYI,ROSHANAK |

**Report**

Report:
PHARMACOLOGIC MYOCARDIAL PERFUSION STUDY

**APPENDIX 777**

CLINICAL HISTORY: 62 years old Male with syncopal episode , referred to evaluate for myocardial ischemia.

COMPARISON: No prior MPI SPECT

RADIOPHARMACEUTICAL: Tc-99m Myoview, IV, 10.51 mCi rest; 36.4 mCi stress.

TECHNIQUE: Pertinent medications and contraindications were reviewed. 5 mL (0.4 mg) regadenoson, i.e., Lexiscan was infused IV over 10 sec followed by a 5 mL saline flush over 10 sec with a good hemodynamic response (heart rate increased from 57 up to 92, systolic blood pressure changed from 151 to 158). There were no significant symptoms. Myoview was injected 25 sec following regadenoson. A full, official EKG report will be dictated separately . SPECT images were acquired at stress and rest 30-45 min post Myoview injection. Stress images were gated. Low-resolution CT was performed at stress and rest acquisition for attenuation correction.

Rest CTDI vol = 0.1, 2.6 mGy, total DLP = 3.16, 53.74 mGy-cm
Stress CTDI vol = 0.1, 2.73 mGy, total DLP = 1.89, 56.33 mGy-cm

FINDINGS:

SPECT Myocardial perfusion images demonstrate physiologic appearing radiotracer distribution with no reversible or fixed perfusion defect suggestive of ischemia or prior myocardial infarction.

Ventricular size is within normal range ( end-diastolic volume = 90 mL) No qualitative transient ischemic dilation (TID) with stress. The TID score = 1 (normal < 1.2-1.3).  Gated images demonstrate normal LV wall motion and contractility. Calculated LVEF = 71% (normal >= 50%).

Low dose, noncontrast CT demonstrates Aortic and coronary artery atherosclerosis, normal heart size, No evidence of pericardial or pleural effusion. Visualized portion of lungs demonstrates 9 mm round glass opacity in the right upper lobe (CT series 1004, image #13). No prominent pulmonary nodules or masses are seen in the partially visualized lung fields, evaluation is limited by respiratory motion. Note, subcentimeter pulmonary nodules are below the sensitivity of the low-dose CT obtained. No lymphadenopathy in the partially visualized mediastinum. Limited images of the upper abdomen are grossly unremarkable. No suspicious osseous lesions. Note made of degenerative changes in the visualized portion of the spines.

**APPENDIX 778**

Impression:

1. No evidence for reversible or fixed perfusion defects
suggestive of ischemia or prior myocardial infarction is
identified.

2. Normal LV systolic function. LVEF = 71% (normal >= 50%).

3. Incidental noncontrast CT findings include  aortic and
coronary artery atherosclerosis, 9 mm right upper lobe pulmonary
groundglass opacity. Recommend follow-up CT at 6 months.

7/7/2022 1:36 PM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | MRI KNEE W/O |
| **Date/Time Exam Performed:** | 26 Feb 2022 @ 1457 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | MOITOZA,JAMES RAYMOND |
| **Reason for Study:** | recurrent medial joint line pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Clinical History: recurrent MJL pain. Sucessful partial Medial Meniscectomy 2012. Current radiographs do not disclose expect progression to OA. Can another medial arthroscopy help with reccurent MMT or? Screening for MRI/MRA Contradindications: After review of the problem list and clinical warnings I certify that to the best of my knowledge the patient does not have MRI/MRA contraindications<br><br>Last eGFR: eGFR Collection DT    Spec  Lab   eGFR 12/08/2021 12:52  PLASM [634]   >60<br><br>Performing Lab Sites [634]   SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241]<br>10535 HOSPITAL WAY MATHER, CA 95655-4200 Last Creatinine:<br>SLT - Creatinine Collection DT    Specimen   Test Name<br>Result    Units     Ref Range<br>Site Code 12/08/2021 12:52  PLASMA!!   CREATININE<br>0.90   mg/dL    0.5 - 1.1<br>[634]<br><br>!!  Indicates COMMENTS AVAILABLE...Refer to Interim Lab Report.<br><br>Performing Lab Sites [634]   SACRAMENTO VA MEDICAL CENTER [CLIA# 05D0988241] |

**APPENDIX 779**

10535 HOSPITAL WAY MATHER, CA 95655-4200

| Radiologist: | CHAN,STEVE S |

**Report**

Report:
STUDY: knee

Comparison: Left knee x-rays 1/27/2022. Left knee MRI 2/18/2011.

Technique: Left knee MRI was performed using coronal and sagittal
PD and T2 fat-saturated and axial PD fat-saturated sequences.

Findings: Meniscus: Diminutive morphology of the medial meniscus
with linear increased signal intensity within the posterior horn
extending to the undersurface (sagittal 24). Preserved lateral
meniscus.

Cruciate ligaments: Thickening with increase signal intensity of
the anterior cruciate ligament. Intact PCL.

Medial collateral ligamentous complex: Intact

Lateral stabilizing structures: Intact

Extensor mechanism: Intact

Articular cartilage: Mild thinning and surface irregularity of
the patellar articular cartilage. Moderate thinning and surface
irregularity of the trochlear groove articular cartilage. Mild
thinning of the medial femoral condyle articular cartilage.
High-grade chondral thinning at the periphery of the lateral
tibial plateau with subchondral marrow edema. Moderate to
high-grade thinning of the articular cartilage at the posterior
weightbearing surface of the medial femoral condyle with
subjacent marrow edema. Mild lateral tibial plateau chondral
thinning.

Muscles and soft tissue: Muscle morphology and signal intensity
are within normal limits. Mild edema of the suprapatellar fat
pad.

Bones: Subenthesial cystic changes at the tibial insertion of the
ACL. Small subchondral cyst formation within the proximal tibia
at the tibiofibular articulation.

Impression:

**APPENDIX 780**

1.  Horizontal tear of the posterior horn of the medial meniscus.
Diminutive medial meniscal morphology is consistent with prior
partial meniscectomy.

2.  Mucoid degeneration of the ACL.

3.   Tricompartmental degenerative changes.

4.   Edema of the suprapatellar fat pad which can be seen with
altered patellofemoral tracking.

3/1/2022 10:13 AM

Primary Diagnostic Code: SIGNIFICANT ABNORMALITY, ATTN NEEDED

| | |
|---|---|
| **Procedure/Test Name:** | KNEE 3 VIEWS |
| **Date/Time Exam Performed:** | 27 Jan 2022 @ 1131 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | MOITOZA,JAMES RAYMOND |
| **Reason for Study:** | recurrent left medial joint line pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Reason for Request:  recurrent left knee medial joint line pain<br><br>Orthopedics Evaluation Films Requested:<br>STANDING Knees   AP's and Tunnel  Bilateral<br>And supine<br>Sunrise and Lateral          Left |
| **Radiologist:** | ZENOOZ,NAVID |

**Report**

Report:
Technique: 4 views of the left knee and 2 AP and PA views of the
right knee.

Comparison: 9/15/2020.

Findings: Please see impression.

Impression:

Left knee: No acute fracture or dislocation. Stable minimal to
mild tricompartmental osteoarthritis. No significant joint

**APPENDIX 781**

effusion.

Right knee: Stable minimal degenerative changes of the medial and
lateral tibiofemoral compartments. The patellofemoral compartment
cannot be adequately evaluated on these 2 AP and PA views.

1/27/2022 6:44 PM

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | [OT] BOTH KNEES, STANDING, AP |
| **Date/Time Exam Performed:** | 27 Jan 2022 @ 1131 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | MOITOZA,JAMES RAYMOND |
| **Reason for Study:** | recurrent left medial joint line pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Reason for Request:  recurrent left knee medial joint line pain<br><br>Orthopedics Evaluation Films Requested:<br>STANDING Knees   AP's and Tunnel  Bilateral<br>And supine<br>Sunrise and Lateral         Left |
| **Radiologist:** | ZENOOZ,NAVID |

**Report**

Report:
Technique: 4 views of the left knee and 2 AP and PA views of the
right knee.

Comparison: 9/15/2020.

Findings: Please see impression.

Impression:

Left knee: No acute fracture or dislocation. Stable minimal to
mild tricompartmental osteoarthritis. No significant joint
effusion.

Right knee: Stable minimal degenerative changes of the medial and
lateral tibiofemoral compartments. The patellofemoral compartment
cannot be adequately evaluated on these 2 AP and PA views.

**APPENDIX 782**

1/27/2022 6:44 PM

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | CHEST 2 VIEWS |
| **Date/Time Exam Performed:** | 15 Sep 2020 @ 1335 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | BUCAYCAY,ELEANOR |
| **Reason for Study:** | congestion |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | chest congestion almost daily |
| **Radiologist:** | ABEDIN,SAMI |

**Report**

Report:
EXAM DATE:  9/15/2020 2:05 PM

CHEST 2 VIEWS

CLINICAL INDICATION: congestion

COMPARISONS: 3/1/2012

FINDINGS:

Lungs: Normal pulmonary vasculature. No airspace consolidations.
No pleural effusion. No pneumothorax.

Mediastinum: Cardiomediastinal silhouette is within normal limits
of size.

Skeletal structures and Soft tissues: Skeletal structures are
normal for age.  Soft tissues are unremarkable. Visualized upper
abdomen is unremarkable.

Impression:

No acute cardiopulmonary process.

9/15/2020 6:00 PM

**APPENDIX 783**

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | KNEE 3 VIEWS |
| **Date/Time Exam Performed:** | 15 Sep 2020 @ 1334 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | BUCAYCAY,ELEANOR |
| **Reason for Study:** | knee pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Reason for Request:  hx of chronic knee pain worsening<br><br>Orthopedics Evaluation Films Requested:<br>Knees   AP's and Tunnel        Bilateral<br>And<br>Sunrise and Lateral            Bilateral |
| **Radiologist:** | GOODMAN,CHAD |

**Report**

Report:
Discussion: 4 views of both knees are compared with previous
studies dated 3/4/2013 as well as 12/18/2008. Examination
demonstrates no acute osseous abnormalities. There is no evidence
of fracture or dislocation. No osteolytic or osteoblastic lesions
are seen. Slight decreased joint space noted in the medial
compartments bilaterally, unchanged as compared to most recent
study. There is no evidence of joint effusion. Normal bone
mineralization is noted.



Impression:
Stable mild degenerative joint disease with minimal
osteoarthritic changes in the medial compartments bilaterally
without acute osseous abnormalities appreciated in both knees.

9/15/2020 6:39 PM

Primary Diagnostic Code: NO ALERT REQUIRED

| | |
|---|---|
| **Procedure/Test Name:** | [OT] BOTH KNEES, STANDING, AP |
| **Date/Time Exam Performed:** | 15 Sep 2020 @ 1334 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |

**APPENDIX 784**

| Requesting Provider: | BUCAYCAY,ELEANOR |
|---|---|
| **Reason for Study:** | knee pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Reason for Request:  hx of chronic knee pain worsening<br><br>Orthopedics Evaluation Films Requested:<br>Knees   AP's and Tunnel       Bilateral<br>And<br>Sunrise and Lateral         Bilateral |
| **Radiologist:** | GOODMAN,CHAD |

**Report**

Report:
Discussion: 4 views of both knees are compared with previous
studies dated 3/4/2013 as well as 12/18/2008. Examination
demonstrates no acute osseous abnormalities. There is no evidence
of fracture or dislocation. No osteolytic or osteoblastic lesions
are seen. Slight decreased joint space noted in the medial
compartments bilaterally, unchanged as compared to most recent
study. There is no evidence of joint effusion. Normal bone
mineralization is noted.



Impression:
Stable mild degenerative joint disease with minimal
osteoarthritic changes in the medial compartments bilaterally
without acute osseous abnormalities appreciated in both knees.

9/15/2020 6:39 PM

Primary Diagnostic Code: NO ALERT REQUIRED

| Procedure/Test Name: | KNEE 3 VIEWS |
|---|---|
| **Date/Time Exam Performed:** | 15 Sep 2020 @ 1334 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |
| **Requesting Provider:** | BUCAYCAY,ELEANOR |
| **Reason for Study:** | knee pain |
| **Performing Location:** | No CA Healthcare Sys-Martinez 150 Muir Road, MARTINEZ 94553 |
| **Clinical History:** | Reason for Request:  hx of chronic knee pain worsening<br><br>Orthopedics Evaluation Films Requested:<br>Knees   AP's and Tunnel       Bilateral |

**APPENDIX 785**

| | And | |
| | Sunrise and Lateral | Bilateral |

| **Radiologist:** | GOODMAN,CHAD |

### Report

Report:

Discussion: 4 views of both knees are compared with previous studies dated 3/4/2013 as well as 12/18/2008. Examination demonstrates no acute osseous abnormalities. There is no evidence of fracture or dislocation. No osteolytic or osteoblastic lesions are seen. Slight decreased joint space noted in the medial compartments bilaterally, unchanged as compared to most recent study. There is no evidence of joint effusion. Normal bone mineralization is noted.

Impression:
Stable mild degenerative joint disease with minimal osteoarthritic changes in the medial compartments bilaterally without acute osseous abnormalities appreciated in both knees.

9/15/2020 6:39 PM

Primary Diagnostic Code: NO ALERT REQUIRED

**APPENDIX 786**

# *VA Electrocardiogram Historical Exam Dates*

| | |
|---|---|
| **Source:** | VA |
| **Last Updated:** | 31 Dec 2023 @ 1453 |
| **Sorted By:** | Date/Time Exam Performed (Descending) |

VA Electrocardiogram (EKG) dates are no longer updated. You may continue to view your historical EKG dates.

| | |
|---|---|
| **Procedure/Test Name:** | Electrocardiogram (EKG) |
| **Date/Time Exam Performed:** | 22 Sep 2023 @ 0918 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |

| | |
|---|---|
| **Procedure/Test Name:** | Electrocardiogram (EKG) |
| **Date/Time Exam Performed:** | 07 Jul 2022 @ 0949 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |

| | |
|---|---|
| **Procedure/Test Name:** | Electrocardiogram (EKG) |
| **Date/Time Exam Performed:** | 16 Jun 2022 @ 1502 |
| **Ordering Location:** | No CA Healthcare Sys-Martinez |

**APPENDIX 787**

# *Self Reported Family Health History*

| **Source:** Self-Entered |
| --- |
| No information was available that matched your selection. |

# *Self Reported Military Health History*

| **Source:** Self-Entered |
|---|
| No information was available that matched your selection. |

**APPENDIX 789**

# *Self Reported Activity Journal*

| **Source:** | Self-Entered |
| --- | --- |
| No information was available that matched your selection. | |

ROSS, ROBERT ALLEN
Date of Birth:

# *Self Reported Food Journal*

| Source: | Self-Entered |
|---|---|
| No information was available that matched your selection. | |

**APPENDIX 791**

# *DoD Military Service Information*

| | |
|---|---|
| **Source:** | DoD |
| **Last Updated:** | 31 Dec 2023 @ 1452 |

```
NOTES:
1) This report may not show your complete DoD Military Service Information.
   For more information go to the FAQ tab.  Data prior to establishment of
   DEERS and full service reporting (c. 1980) may not appear.
2) It is normal for the begin/end dates in DoD records, adjusted by the
   Personnel Center after separation, to vary slightly from the DD-214.
3) No peacetime deployments will be displayed.  For Gulf War I, only one
   period will be displayed even if you deployed more than once.  No conflict
   prior to Gulf War I will be displayed.  Kosovo, Bosnia, and Southern Watch
   data is incomplete and may not display.
4) For Guard/Reserve, periods of active duty may not display.  No periods of
   Active duty service less than 30 days will display.

-- Regular Active Service
Service        Begin Date  End Date    Character of Service    Rank
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Air Force     10/23/1978  06/23/1982  Honorable               SGT

-- Reserve/Guard Association Periods
Service        Begin Date  End Date    Character of Service    Rank
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- Reserve/Guard Activation Periods
Service        Begin Date  End Date    Activated Under (Title 10, 32, etc.)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- Deployment Periods
Service        Begin Date  End Date    Conflict              Location
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- DoD MOS/Occupation Codes
-- Note: Both Service and DoD Generic codes may not be present in all records
Service        Begin Date  Enl/Off    Type      Svc Occ Code      DoD Occ Code
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- Military/Combat Pay Details
Service        Begin Date  End Date    Military Pay Type      Location
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- Separation Pay Details
Service        Begin Date  End Date    Separation Pay Type
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- Retirement Periods
Service        Begin Date  End Date    Retirement Type                  Rank
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-- DoD Retirement Pay
Service        Begin Date  End Date  Dsblty %  Pay Stat  Term Rsn  Stop Pay Rsn
```

**APPENDIX 792**

Translations of Codes Used in this Section:

Service Occupation Codes

DoD Occupation Codes

Military Pay Type Code
01        Combat Zone Tax Exclusion (CZTE)
02        Hostile Fire/Imminent Danger
03        Hazardous Duty incentive

Separation Pay Type Code
01        Separation Pay
02        Readjustment Pay
03        Non-Disability Severance Pay
04        Disability Severance Pay
05        Discharge Gratuity
06        Death Gratuity
07        Special Separation Benefit
08        Voluntary Separation Incentive Pay
09        Voluntary Separation Pay (VSP)
10        Contract Cancellation Pay and Allowances
11        Separation Pay Recoupment
12        Severance Pay Recoupment

Retirement Type Code
A        Mandatory
B        Voluntary
C        Fleet Reserve
D        Temporary Disability Retirement List
E        Permanent Disability Retirement List
F        Title III
G        Special Act
H        Philippine Scouts
Z        Unknown

Retired Pay Status Code
1        Receiving retired pay
2        Eligible, not receiving pay
3        Eligible, not receiving direct SBP remittance
4        Terminated
5        Suspended

Retired Pay Termination Reason Code
C        Pay condition terminated
S        Pay terminated for the reason reported in the Stop Payment Reason Code
W        Not terminated

Stop Payment Reason Code
A        Member died
B        Recalled to Active Duty
C        Removed from TDRL, returned to Active Duty
D        Removed from TDRL, returned to Civilian
E        Pay suspended, failure to report for TDRL physical
F        Civil Service retirement waiver
G        VA compensation waiver
H        Dual compensation, pay cap offset

**APPENDIX 793**

| | |
|---|---|
| J | Refused retired pay |
| K | Pay suspended, whereabouts unknown |
| L | Suspected death |
| M | Pay suspended, miscellaneous |
| Z | Not applicable |

**APPENDIX 794**

# *Self Reported My Goals: Current Goals*

| | |
|---|---|
| **Source:** | Self-Entered |
| **Sorted By:** | Priority, then by Goal Start Date (Descending) |

| |
|---|
| There is no longer a 'My Goals' feature. Your Blue Button report shows the goals you set and finished. |

| **ALL CURRENT GOALS - SUMMARY LIST (BY PRIORITY)** |
|---|
| None Entered |

**APPENDIX 795**

# *Self Reported My Goals: Completed Goals*

| | |
|---|---|
| **Source:** | Self-Entered |
| **Sorted By:** | Date Goal Completed (Descending) |
| There is no longer a 'My Goals' feature. Your Blue Button report shows the goals you set and finished. | |

| **COMPLETED GOALS - SUMMARY LIST (BY DATE GOAL COMPLETED)** |
|---|
| None Entered |

## END OF MY HEALTHEVET PERSONAL INFORMATION REPORT

**APPENDIX 796**