

**Invoice**

5700 Tennyson Parkway, Suiite 300
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 10/01/22 |
| Invoice No. | 009 |
| Billing Period: | 9/01/22 to 09/30/22 |

<u>For Legal Services Rendered</u>

43.50 hrs @$350.00 per hr.

| Date | Activity | Hours |
|---|---|---|
| 9/1/2022 | Review pleadings | 0.50 |
| 9/1/2022 | Status Meeting | 0.75 |
| 9/6/2022 | Corresp | 0.25 |
| 9/13/2022 | Teleconf. | 1.75 |
| 9/13/2022 | Review docs | 3.75 |
| 9/14/2022 | Rsch, investigate potential witnesses | 7.25 |
| 9/14/2022 | Rsch | 3.75 |
| 9/15/2022 | Status Meeting | 0.75 |
| 9/16/2022 | Assess strategy | 5.50 |
| 9/17/2022 | Comm w client | 2.50 |
| 9/18/2022 | Draft motion, corresp. | 2.75 |
| 9/18/2022 | Comm w client | 1.00 |
| 9/19/2022 | Formulate interview strategies | 6.25 |
| 9/19/2022 | Teleconf. | 1.25 |
| 9/19/2022 | Review pleading | 2.25 |
| 9/19/2022 | Teleconf. | 0.50 |
| 9/22/2022 | Comm w client | 2.75 |

| | |
|---|---|
| Total Billable Hours: | *43.50* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$15,225.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$15,225.00** |

Terms & Conditions

**APPENDIX 822**

**Exhibit 1**

Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 823**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 11/01/22 |
| Invoice No. | 010 |
| Billing Period: | 10/01/22 to 10/31/22 |

<u>For Legal Services Rendered</u>

**35.75 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 10/1/2022 | Comm w client | 2.25 |
| 10/3/2022 | Status Meeting | 1.50 |
| 10/3/2022 | Rsch witnesses | 4.00 |
| 10/5/2022 | File motion | 2.00 |
| 10/5/2022 | Draft  investgate potential witnesses | 5.75 |
| 10/5/2022 | Review pleadings | 2.25 |
| 10/6/2022 | Rsch, draft pleading | 6.50 |
| 10/6/2022 | Composite witness strategies | 2.00 |
| 10/6/2022 | Corresp | 0.75 |
| 10/11/2022 | Instructions to process server | 0.50 |
| 10/11/2022 | Teleconf. | 0.25 |
| 10/11/2022 | Teleconf w process server | 0.25 |
| 10/17/2022 | Status Meeting | 1.25 |
| 10/18/2022 | Teleconf. | 1.50 |
| 10/18/2022 | Instructions to process server | 0.50 |
| 10/18/2022 | Teleconf. | 0.25 |
| 10/18/2022 | Teleconf w process server | 0.25 |
| 10/27/2022 | Draft pleadings | 4.75 |
| 10/27/2022 | Review pleadings | 1.50 |

| | |
|---|---|
| Total Billable Hours: | *35.75* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$12,512.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$12,512.50** |

**Terms & Conditions**

**APPENDIX 824**

**Exhibit 1**

Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 825**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 12/01/22 |
| Invoice No. | 011 |
| Billing Period: | 11/01/22 to 11/30/22 |

<u>For Legal Services Rendered</u>

**47.50 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 11/1/2022 | Finalize pleading and appendix | 2.75 |
| 11/1/2022 | File pleadings | 0.50 |
| 11/1/2022 | Status Meeting | 1.25 |
| 11/7/2022 | Corresp | 0.25 |
| 11/7/2022 | Draft pleading | 1.75 |
| 11/8/2022 | Review, edit pleading | 1.75 |
| 11/8/2022 | Rsch, draft  pleading | 6.25 |
| 11/9/2022 | File motion | 1.00 |
| 11/12/2022 | Comm w client | 2.50 |
| 11/15/2022 | Status Meeting | 1.50 |
| 11/18/2022 | Draft  motion, corresp. | 3.75 |
| 11/18/2022 | Rsch | 1.50 |
| 11/21/2022 | Compile exhibits/appendix | 4.25 |
| 11/22/2022 | Edit, review and finalize motion | 3.00 |
| 11/22/2022 | File motion | 1.00 |
| 11/22/2022 | Comm w client | 0.50 |
| 11/24/2022 | Rsch | 2.00 |
| 11/24/2022 | Rsch, draft  motion | 2.00 |
| 11/28/2022 | Edit motion and appendix | 1.50 |
| 11/29/2022 | Review pleaing | 2.00 |
| 11/29/2022 | Comm w client | 1.75 |
| 11/30/2022 | Edit, review and finalize pleading | 3.00 |
| 12/30/2022 | Assess strategy | 3.50 |
| 11/30/2022 | File pleading | 1.00 |

| | | |
|---|---|---|
| | Total Billable Hours: | *47.50* |
| | Total Professional Services: | $350.00 |

**APPENDIX 826**

**Exhibit 1**

| | |
|---|---|
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$16,625.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$16,625.00** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 827**

**Exhibit 1**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| Invoice Date: | 01/01/23 |
|---|---|
| Invoice No. | 012 |
| Billing Period: | 12/01/22 to 12/31/22 |

<u>For Legal Services Rendered</u>

**47.00 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 12/1/2022 | Review pleadings | 0.50 |
| 12/1/2022 | Status Meeting | 1.25 |
| 12/1/2022 | Rsch, draft  pleadng | 4.00 |
| 12/2/2022 | Review, finalize and file pleading | 3.50 |
| 12/10/2022 | Comm w client | 1.50 |
| 12/11/2022 | Teleconf. | 1.75 |
| 12/11/2022 | Review docs | 5.75 |
| 12/12/2022 | Rsch, draft  pleading | 5.25 |
| 12/13/2022 | Rsch | 3.75 |
| 12/13/2022 | Draft and review pleading , corresp. | 2.75 |
| 12/13/2022 | Finalize and file pleading | 2.00 |
| 12/15/2022 | Status Meeting | 1.75 |
| 12/18/2022 | Comm w client | 1.00 |
| 12/19/2022 | Compile exhibits/appendix | 4.25 |
| 12/19/2022 | Teleconf. | 1.25 |
| 12/28/2022 | Draft pleading | 2.25 |
| 12/28/2022 | Teleconf. | 0.50 |
| 12/29/2022 | Finalize and file pleading | 2.00 |
| 12/30/2022 | Comm w client | 2.00 |

| | |
|---|---|
| Total Billable Hours: | *47.00* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$16,450.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$16,450.00** |

**APPENDIX 828**

**Exhibit 1**

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 829**

**Exhibit 1**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 02/01/23 |
| Invoice No. | 013 |
| Billing Period: | 01/01/23 to 01/31/23 |

For Legal Services Rendered

**40.00 hrs  @$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 1/2/2022 | Review pleadings | 0.50 |
| 1/2/2023 | Status Meeting | 0.50 |
| 1/6/2023 | Corresp | 0.25 |
| 1/10/2023 | Teleconf. | 1.75 |
| 1/10/2023 | Review docs | 3.75 |
| 1/10/2023 | Draft and edit pleading | 5.25 |
| 1/12/2023 | Finalize and file pleading | 2.75 |
| 1/16/2023 | Status Meeting | 1.50 |
| 1/18/2023 | Draft amended complaint, corresp. | 2.75 |
| 1/18/2023 | Comm w client | 1.00 |
| 1/19/2023 | Compile documents | 4.25 |
| 1/19/2023 | Teleconf. | 1.25 |
| 1/19/2023 | Edit amended complaint | 2.25 |
| 1/20/2023 | Teleconf. | 0.25 |
| 1/20/2023 | Prepare witness kits | 5.00 |
| 1/21/2023 | Comm w client | 2.00 |
| 1/23/2023 | Teleconf. | 1.00 |
| 1/29/2023 | Review docs | 4.00 |

| | |
|---|---|
| Total Billable Hours: | *40.00* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$14,000.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$14,000.00** |

Terms & Conditions

**APPENDIX 830**

**Exhibit 1**

Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 831**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 03/01/23 |
| Invoice No. | 014 |
| Billing Period: | 02/01/2023-02/28/2023 |

For Legal Services Rendered

**40.00 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|------|----------|-------|
| 2/1/2023 | Review pleadings | 0.50 |
| 2/1/2023 | Status Meeting | 1.00 |
| 2/4/2023 | Comm w client | 1.75 |
| 2/6/2023 | Corresp | 0.75 |
| 2/13/2023 | Teleconf. | 1.75 |
| 2/13/2023 | Review docs | 3.75 |
| 2/14/2023 | Rsch, draft amended complaint | 5.25 |
| 2/14/2023 | Rsch | 2.75 |
| 2/15/2023 | Status Meeting | 0.50 |
| 2/17/2023 | Draft amended complaint, coresp. | 2.75 |
| 2/17/2023 | Teleconf. | 1.00 |
| 2/17/2023 | Compile exhibits/appendix | 7.25 |
| 2/19/2023 | Review docs | 4.00 |
| 2/20/2023 | Teleconf. | 1.25 |
| 2/20/2023 | Edit amend complaint | 2.25 |
| 2/21/2023 | Teleconf. | 0.50 |
| 2/22/2023 | Review and file amended complaint | 2.00 |
| 2/22/2023 | Comm w client | 1.00 |

| | |
|---|---|
| Total Billable Hours: | *40.00* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$14,000.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$14,000.00** |

Terms & Conditions

**APPENDIX 832**

**Exhibit 1**

Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 833**

**Exhibit 1**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| Invoice Date: | 04/01/23 |
|---|---|
| Invoice No. | 015 |
| Billing Period: | 03/01/23 to 03/31/23 |

For Legal Services Rendered

**49.50 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 3/3/2023 | Review pleadings | 0.50 |
| 3/3/2023 | Status Meeting | 0.75 |
| 3/10/2023 | Draft, review, finalize and file motion | 4.00 |
| 3/11/2023 | Comm w client | 2.50 |
| 3/12/2023 | Review docs | 4.00 |
| 3/13/2023 | Teleconf. | 1.75 |
| 3/13/2023 | Review docs | 4.75 |
| 3/14/2023 | Rsch and investigate potential witnesses | 5.25 |
| 3/14/2023 | Rsch | 2.75 |
| 3/17/2023 | Status Meeting | 1.50 |
| 3/18/2023 | Comm w client | 1.75 |
| 3/19/2023 | Compile rsch | 4.25 |
| 3/19/2023 | Teleconf. | 1.25 |
| 3/20/2023 | Review pleadings | 0.50 |
| 3/20/2023 | Draft motion | 1.50 |
| 3/21/2023 | Review and edit motion | 2.75 |
| 3/24/2023 | Compile exhibits/appendix | 6.75 |
| 3/26/2023 | Prep for Settlement Conference | 1.00 |
| 3/27/2923 | Settlement Conference | 2.00 |

| | | |
|---|---|---|
| | Total Billable Hours: | *49.50* |
| | Total Professional Services: | $350.00 |
| | Total Expenses: | $0.00 |
| | **Total Invoice Amount:** | **$17,325.00** |
| | **Previous Balance:** | **$0.00** |
| | **Balance (Amount Due):** | **$17,325.00** |

Terms & Conditions

**APPENDIX 834**

**Exhibit 1**

Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 835**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| Invoice Date: | 05/01/23 |
|---|---|
| Invoice No. | 016 |
| Billing Period: | 04/01/23 to 04/30/23 |

<u>For Legal Services Rendered</u>

**51.50 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 4/1/2023 | Comm w client | 1.50 |
| 4/3/2023 | Review pleadings | 0.50 |
| 4/3/2023 | Status Meeting | 0.75 |
| 4/5/2023 | Corresp | 0.25 |
| 4/12/2023 | Review, edit motion | 2.75 |
| 4/12/2023 | Compile appendix/exhibits | 6.25 |
| 4/14/2023 | Status Meeting | 1.50 |
| 4/14/2023 | Rsch | 4.75 |
| 4/14/2023 | Review, Edit, Finalize and File motion | 6.25 |
| 4/15/2023 | Access strategy | 3.75 |
| 4/16/2023 | Review docs | 4.00 |
| 4/18/2023 | Compile witness kit | 2.75 |
| 4/18/2023 | Teleconf. | 1.00 |
| 4/19/2023 | Investgate potential witnesses | 4.25 |
| 4/19/2023 | Comm w client | 1.25 |
| 4/19/2023 | Assess strategy | 4.25 |
| 4/19/2023 | Teleconf. | 0.50 |
| 4/21/2023 | Compile witness kit | 4.75 |
| 4/25/2023 | Teleconf. | 2.00 |

| | |
|---|---|
| Total Billable Hours: | *51.50* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$18,025.00** |
| **Previous Balance:** | **$0.00** |

**APPENDIX 836**

**Exhibit 1**

**Balance (Amount Due):**   $18,025.00

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 837**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| Invoice Date: | 06/01/23 |
|---|---|
| Invoice No. | 017 |
| Billing Period: | 05/01/23 to 05/31/23 |

<u>For Legal Services Rendered</u>

**42.75 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 5/1/2023 | Review pleadings | 0.50 |
| 5/1/2023 | Status Meeting | 0.75 |
| 5/5/2023 | Corresp | 0.25 |
| 5/12/2023 | Comm w client | 1.75 |
| 5/12/2023 | Review docs | 6.75 |
| 5/15/2023 | Status Meeting | 1.00 |
| 5/15/2023 | Rsch, draft pleading | 5.25 |
| 5/16/2023 | Rsch | 3.75 |
| 5/18/2023 | Investigate potential witnesses | 2.75 |
| 5/18/2023 | Teleconf. | 1.00 |
| 5/19/2023 | Assemble witness kits | 4.25 |
| 5/19/2023 | Teleconf. | 1.25 |
| 5/19/2023 | Edit pleading | 3.25 |
| 5/19/2023 | Teleconf. | 1.50 |
| 5/19/2023 | Finalize and file pleading | 2.00 |
| 5/20/2023 | Comm w client | 1.75 |
| 5/21/2023 | Review docs | 4.00 |
| 5/25/2023 | Teleconf. | 1.00 |

| | | |
|---|---|---|
| Total Billable Hours: | *42.75* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$14,962.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$14,962.50** |

Terms & Conditions

**APPENDIX 838**

**Exhibit 1**

Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 839**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 07/01/23 |
| Invoice No. | 018 |
| Billing Period: | 06/01/23 to 06/30/23 |

<u>For Legal Services Rendered</u>

**44.25 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 6/1/2023 | Status Meeting | 1.50 |
| 6/4/2023 | Rev docs | 4.00 |
| 6/3/2023 | Comm w client | 2.25 |
| 6/5/2023 | Review pleadings | 0.50 |
| 6/6/2023 | Corresp | 0.25 |
| 6/13/2023 | Teleconf. | 1.75 |
| 6/13/2023 | Review docs | 3.75 |
| 6/14/2023 | Rsch, draft  motion | 5.25 |
| 6/15/2023 | Rsch | 2.75 |
| 6/15/2023 | Status Meeting | 1.25 |
| 6/16/2023 | Edit  motion, corresp. | 3.75 |
| 6/18/2023 | Rev docs | 4.00 |
| 6/19/2023 | Teleconf. | 1.00 |
| 6/20/2023 | Compile exhibits/appendix | 4.25 |
| 6/21/2023 | Teleconf. | 1.25 |
| 6/22/2023 | Edit motion | 2.25 |
| 6/21/2023 | Comm w client | 1.50 |
| 6/21/2023 | Edit motion | 2.00 |
| 6/22/2023 | Teleconf. | 1.00 |

| | |
|---|---|
| Total Billable Hours: | *44.25* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$15,487.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$15,487.50** |

**APPENDIX 840**

**Exhibit 1**

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 841**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| Invoice Date: | 08/01/23 |
|---|---|
| Invoice No. | 019 |
| Billing Period: | 07/01/23 to 07/31/23 |

For Legal Services Rendered

**46.25 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 7/3/2023 | Review pleadings | 0.50 |
| 7/3/2023 | Status Meeting | 1.25 |
| 7/5/2023 | Review docs | 4.00 |
| 7/6/2023 | Corresp | 0.25 |
| 7/13/2023 | Teleconf. | 1.75 |
| 7/13/2023 | Review docs | 3.75 |
| 7/14/2023 | Rsch, edit motion | 5.25 |
| 7/14/2023 | Rsch | 2.75 |
| 7/15/2023 | Comm w client | 2.00 |
| 7/16/2023 | Review docs | 4.00 |
| 7/17/2023 | Status Meeting | 1.50 |
| 7/18/2023 | Edit motion, corresp. | 2.75 |
| 7/18/2023 | Comm w client | 1.00 |
| 7/25/2023 | Compile exhibits/appendix | 5.25 |
| 7/26/2023 | Teleconf. | 1.25 |
| 7/27/2023 | Edit motion, corresp. | 2.25 |
| 7/28/2023 | Teleconf. | 0.50 |
| 7/31/2023 | Review, edit and file motion | 4.25 |
| 7/31/2023 | Teleconf. | 2.00 |

| | |
|---|---|
| Total Billable Hours: | *46.25* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$16,187.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$16,187.50** |

**APPENDIX 842**

**Exhibit 1**

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 843**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 09/01/23 |
| Invoice No. | 020 |
| Billing Period: | 08/01/23 to 08/31/23 |

<u>For Legal Services Rendered</u>

**67.00 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 8/1/2023 | Review pleadings | 0.75 |
| 8/1/2023 | Status Meeting | 1.50 |
| 8/5/2023 | Comm w client | 2.50 |
| 8/7/2023 | Corresp | 0.75 |
| 8/12/2023 | Review docs | 8.00 |
| 8/13/2023 | Review docs | 8.00 |
| 8/14/2023 | Comm w client | 1.75 |
| 8/14/2023 | Review docs | 6.75 |
| 8/15/2023 | Assess strategy | 2.75 |
| 8/15/2023 | Status Meeting | 0.75 |
| 8/18/2023 | Investigate potential witness | 2.75 |
| 8/18/2023 | Teleconf. | 1.00 |
| 8/19/2023 | Review docs | 8.00 |
| 8/20/2023 | Review docs | 8.00 |
| 8/21/2023 | Compile Appendix/Exhibits | 4.25 |
| 8/22/2023 | Teleconf. | 1.25 |
| 8/23/2023 | Edit motion | 2.25 |
| 8/23/2023 | Comm w client | 0.50 |
| 8/24/2023 | Correspondence | 0.75 |
| 8/24/2022 | Instructions to process server | 0.50 |
| 8/24/2022 | Teleconf. | 0.25 |
| 8/24/2022 | Teleconf w process server | 0.25 |
| 8/30/2023 | Edit, review and file motion | 2.75 |
| 8/30/2023 | Comm w client | 1.00 |

| | | |
|---|---|---|
| | Total Billable Hours: | *67.00* |

**APPENDIX 844**

|  |  |
|---|---|
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$23,450.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$23,450.00** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 845**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| Invoice Date: | 10/01/23 |
|---|---|
| Invoice No. | 021 |
| Billing Period: | 09/01/23 to 09/30/23 |

<u>For Legal Services Rendered</u>

**69.00 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 9/1/2023 | Review pleadings | 0.50 |
| 9/1/2023 | Status Meeting | 1.00 |
| 9/1/2023 | Draft motion | 2.25 |
| 9/4/2023 | Edit motion | 1.75 |
| 9/4/2023 | Compile exhibits/appendix | 3.75 |
| 9/4/2023 | Rsch, correspondence | 5.75 |
| 9/5/2023 | Draft disc requests | 2.00 |
| 9/5/2023 | Review, edit, finalize and file motion | 3.75 |
| 9/7/2023 | Draft pleading | 2.75 |
| 9/9/2023 | Review docs | 8.00 |
| 9/9/2023 | Comm w client | 1.00 |
| 9/9/2023 | Edit disc request | 0.25 |
| 9/10/2023 | Review docs | 8.00 |
| 9/11/2023 | Comm w client | 1.00 |
| 9/11/2023 | Compile exhibits/appendix | 4.25 |
| 9/12/2023 | Edit, review pleading | 2.25 |
| 9/13/2023 | Review, edit, finalize and file pleading | 5.25 |
| 9/13/2023 | Review disc response from Diversified | 1.25 |
| 9/14/2023 | Review, finalize and serve disc req | 0.75 |
| 9/15/2023 | Status Meeting | 1.75 |
| 9/22/2023 | Draft motion | 2.75 |
| 9/22/2023 | Draft motion | 3.75 |
| 9/25/2023 | Review, edit, finalize and file pleading | 5.25 |
| 9/25/2023 | Compile exhibits/appendix | 3.25 |

**APPENDIX 846**