| 9/27/2023 | Review, edit, finalize and file pleading | 5.25 |

| | | |
|---|---|---|
| Total Billable Hours: | *69.00* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$24,150.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$24,150.00** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 847**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 11/01/23 |
| Invoice No. | 022 |
| Billing Period: | 10/01/2023-10/31/2023 |

For Legal Services Rendered

**98.50 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 10/2/2023 | Review pleadings | 0.50 |
| 10/2/2023 | Draft pleading | 0.25 |
| 10/3/2023 | Review, edit, finalize and file pleading | 5.75 |
| 10/7/2023 | Comm. w client | 2.00 |
| 10/7/2023 | Review docs | 8.00 |
| 10/8/2023 | Review docs | 8.00 |
| 10/11/2023 | Compile exhibits/appendix | 4.25 |
| 10/12/2023 | Rsch, draft amended motion | 5.25 |
| 10/12/2023 | Corresp | 0.25 |
| 10/12/2023 | Investigate potential witnesses | 3.25 |
| 10/14/2023 | Review docs | 8.00 |
| 10/15/2023 | Assess strategy | 4.25 |
| 10/15/2023 | Corresp | 0.50 |
| 10/15/2023 | Comm. w client | 0.75 |
| 10/15/2023 | Review docs | 8.00 |
| 10/16/2023 | Review disc response from Diversified | 1.00 |
| 10/19/2023 | Review, edit, finalize and file pleading | 6.25 |
| 10/19/2023 | Compile exhibits/appendix | 4.25 |
| 10/20/2023 | Review responses and docs produced by APFA | 2.50 |
| 10/22/2023 | Review, edit, finalize and file pleading | 5.50 |
| 10/23/2023 | Compile exhibits/appendix | 6.25 |
| 10/23/2023 | Review, edit, finalize and file pleading | 4.50 |
| 10/27/2023 | Compile exhibits/appendix | 3.50 |
| 10/27/2023 | Review, edit, finalize and file pleading | 5.75 |
| 10/27/2023 | Compile exhibits/appendix | 3.75 |
| 10/30/2023 | Review, edit, finalize and file pleading | 5.75 |

**APPENDIX 848**

|  |  |
|---|---|
| Total Billable Hours: | *98.50* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$34,475.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$34,475.00** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 849**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 12/01/23 |
| Invoice No. | 023 |
| Billing Period: | 11/1/2023-11/30/2023 |

For Legal Services Rendered

**76.75 Hours @$350.00**

| Date | Activity | Hours |
|---|---|---|
| 11/1/2023 | Review pleadings | 0.50 |
| 11/1/2023 | Status Meeting | 1.00 |
| 11/2/2023 | Investigate potental witnesses | 5.50 |
| 11/3/2023 | Compile exhibits/appendix | 6.25 |
| 11/4/2023 | Review docs | 8.00 |
| 11/5/2023 | Compile docs | 8.00 |
| 11/7/2023 | Review docs | 5.75 |
| 11/11/2023 | Comm w client | 2.50 |
| 11/15/2023 | Status Meeting | 1.00 |
| 11/15/2023 | Rsch | 2.25 |
| 11/16/2023 | Review docs | 3.75 |
| 11/20/2023 | Draft motion | 5.75 |
| 11/27/2023 | Review, edit, finalize and file motion | 3.75 |
| 11/28/2023 | Corresp | 0.25 |
| 11/28/2023 | Draft unopposed motion | 5.75 |
| 11/28/2023 | Review, edit, finalize and file ageed motion | 5.75 |
| 11/29/2023 | Status Meeting | 1.00 |
| 11/30/2020 | Draft pleading | 4.50 |
| 11/30/2023 | Compile exhibits/appendix | 4.25 |
| 11/30/2023 | Comm w client | 1.25 |

| | |
|---|---|
| Total Billable Hours: | *76.75* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$26,862.50** |
| **Previous Balance:** | **$0.00** |

**APPENDIX 850**

**Exhibit 1**

**Balance (Amount Due):**     **$26,862.50**

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 851**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross and Eugenio Vargas
Sent via email: 1rross@comcast.net and medellin3@hotmail.com

| | |
|---|---|
| Invoice Date: | 01/01/24 |
| Invoice No. | 024 |
| Billing Period: | 12/01/23 to 12/31/23 |

For Legal Services Rendered

**75.25 hrs@$350.00 per hr.**

| Date | Activity | Hours |
|---|---|---|
| 12/1/2023 | Review pleadings | 0.50 |
| 12/1/2023 | Status Meeting | 0.75 |
| 12/1/2023 | Corresp | 0.25 |
| 12/1/2020 | Edit pleading | 2.50 |
| 12/1/2023 | Compile exhibits/appendix | 4.25 |
| 12/1/2023 | Comm w client | 1.25 |
| 12/1/2023 | Rsch | 2.75 |
| 12/6/2023 | Edit pleading | 1.25 |
| 12/7/2023 | Compile exhibits/appendix | 1.75 |
| 12/7/2023 | Review, edit, finalize and file pleading | 1.25 |
| 12/7/2023 | Draft and edit motion | 2.75 |
| 12/7/2023 | Compile exhibits/appendix | 2.25 |
| 12/8/2023 | Review, edit, finalize and file motion | 3.75 |
| 12/9/2023 | Comm w client | 1.75 |
| 12/17/2023 | Review docs | 8.00 |
| 12/18/2023 | Draft disp motion, corresp. | 2.75 |
| 12/18/2023 | Teleconf. | 1.00 |
| 12/19/2023 | Corresp. | 0.50 |
| 12/19/2023 | Compile exhibits/appendix | 4.25 |
| 12/20/2023 | Teleconf. | 1.25 |
| 12/21/2023 | Hearing prep | 2.25 |
| 12/21/2023 | Teleconf. | 0.50 |
| 12/21/2023 | Hearing prep | 2.00 |
| 12/22/2023 | Hearing prep | 4.00 |
| 12/22/2023 | Teleconf. | 1.00 |
| 12/23/2023 | Compile exhibits/appendix | 5.00 |

**APPENDIX 852**

| 12/24/2023 | Edit disp motion | 2.00 |
|---|---|---|
| 12/26/2023 | Attend Hearing | 1.50 |
| 12/27/2023 | Edit and revise disp motion | 3.00 |
| 12/28/2023 | Rsch | 4.00 |
| 12/29/2023 | Investigate potential witnesses | 3.75 |
| 12/30/2023 | Edit and revise disp motion | 1.50 |

|  |  |
|---|---|
| Total Billable Hours: | *75.25* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$26,337.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$26,337.50** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 853**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross
Sent via email: 1rross@comcast.net

| Invoice Date: | 02/01/24 |
| --- | --- |
| Invoice No. | 025 |
| Billing Period: | 01/01/24 to 01/31/24 |

For Legal Services Rendered

**114.50 Hours @$350.00 per hr**

| Date | Activity | Hours |
| --- | --- | --- |
| 1/2/2024 | Review pleading | 0.50 |
| 1/2/2024 | Corresp | 0.25 |
| 1/2/2023 | Status Meeting | 1.25 |
| 1/2/2024 | Teleconf. | 1.75 |
| 1/3/2024 | Review docs | 3.75 |
| 1/5/2024 | Comm w client | 1.25 |
| 1/6/2024 | Compile exhibits/appendix | 5.25 |
| 1/7/2024 | Edit disp motion | 1.25 |
| 1/7/2024 | Review edit and finalize disp motion | 3.75 |
| 1/8/2024 | Review pleadings | 0.50 |
| 1/8/2024 | Draft pleading | 0.25 |
| 1/9/2024 | Comm. w client | 2.00 |
| 1/10/2024 | Assess strategy | 4.25 |
| 1/11/2024 | Investigate potential witnesses | 3.25 |
| 1/12/2024 | Investigate potential witnesses | 4.75 |
| 1/12/2024 | Corresp | 0.25 |
| 1/12/2024 | Review pleading | 0.25 |
| 1/12/2024 | Review edit disp motion | 2.75 |
| 1/13/2023 | Review docs | 4.75 |
| 1/14/2023 | Review docs | 5.75 |
| 1/15/2024 | Status Meeting | 1.00 |
| 1/15/2024 | Compile exhibits/appendix | 4.25 |
| 1/16/2024 | Rsch, draft disp motion | 3.25 |
| 1/17/2024 | Review pleading | 0.25 |
| 1/17/2024 | Corresp | 0.25 |
| 1/17/2024 | Review pleadings and order | 0.50 |

**APPENDIX 854**

| 1/18/2024 | Investigate potential witnesses | 3.25 |
|-----------|---------------------------------|------|
| 1/18/2024 | Review docs | 4.25 |
| 1/19/2024 | Review docs | 4.50 |
| 1/19/2024 | Corresp | 0.50 |
| 1/19/2024 | Comm. w client | 0.75 |
| 1/21/2024 | Review docs | 5.75 |
| 1/21/2024 | Review, edit motion | 2.25 |
| 1/21/2024 | Comm. w client | 0.75 |
| 1/22/2024 | Review docs | 2.50 |
| 1/23/2024 | Review pleading | 0.25 |
| 1/23/2024 | Gather witness information | 2.75 |
| 1/23/2024 | Review, edit motion | 1.50 |
| 1/24/2024 | Compile exhibits/appendix | 3.25 |
| 1/25/2024 | Rsch motion | 1.25 |
| 1/26/2024 | Compile exhibits/appendix | 2.50 |
| 1/27/2024 | Review docs | 8.75 |
| 1/28/2024 | Review docs | 3.75 |
| 1/28/2024 | Depo prep | 1.00 |
| 1/292024 | Compile exhibits/appendix | 2.50 |
| 1/30/2024 | Compile exhibits/appendix | 2.50 |
| 1/30/2024 | Depo prep | 1.00 |
| 1/31/2024 | Review docs | 1.75 |

|  | Total Billable Hours: | *114.50* |
|--|----------------------|----------|
|  | Total Professional Services: | $350.00 |
|  | Total Expenses: | $0.00 |
|  | **Total Invoice Amount:** | **$40,075.00** |
|  | **Previous Balance:** | **$0.00** |
|  | **Balance (Amount Due):** | **$40,075.00** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 855**



6010 W. Spring Creek Parkway
Plano, Texas 75024

**Invoice**

Bill To:
Robert Ross
Sent via email: 1rross@comcast.net

| | |
|---|---|
| Invoice Date: | 03/01/24 |
| Invoice No. | 026 |
| Billing Period: | 02/01/24 to 02/29/24 |

<u>For Legal Services Rendered</u>

**132.25 Hours @$350.00 per hr**

| Date | Activity | Hours |
|---|---|---|
| 2/1/2024 | Deposition | 4.50 |
| 2/2/2024 | Deposition | 3.00 |
| 2/2/2023 | Status Meeting | 1.25 |
| 2/2/2024 | Review docs | 3.75 |
| 2/3/2024 | Review docs | 5.75 |
| 2/3/2024 | Comm w client | 1.25 |
| 2/4/2024 | Compile exhibits/appendix | 5.25 |
| 2/4/2024 | Edit motion | 1.25 |
| 2/4/2024 | Review and edit motion | 3.75 |
| 2/5/2024 | Review, edit, finalize and file motion | 5.75 |
| 2/6/2024 | Comm. w client | 1.50 |
| 2/6/2024 | Corresp | 0.25 |
| 2/7/2024 | Review, edit, finalize and file notice | 0.75 |
| 2/7/2024 | Review order | 0.25 |
| 2/8/2024 | Review edit motion | 2.75 |
| 2/9/2024 | Review docs | 4.75 |
| 2/9/2024 | Review pleading | 0.25 |
| 2/10/2024 | Review docs | 5.75 |
| 2/11/2024 | Status Meeting | 1.00 |
| 2/12/2024 | Compile exhibits/appendix | 4.25 |
| 2/13/2024 | Review order | 0.25 |
| 2/13/2024 | Investigate potential witnesses | 2.25 |
| 2/14/2024 | Gather witness information | 3.75 |
| 2/15/2024 | Investigate potential witnesses | 3.75 |
| 2/16/2024 | Rsch, draft motion | 3.25 |
| 2/17/2024 | Corresp | 0.25 |

**APPENDIX 856**

**Exhibit 1**

| Date | Description | Hours |
|---|---|---|
| 2/17/2024 | Review pleadings and order | 0.50 |
| 2/18/2024 | Review docs | 3.25 |
| 2/18/2024 | Gather witness information | 3.25 |
| 2/19/2024 | Review pleading | 0.25 |
| 2/19/2024 | Review docs | 4.50 |
| 2/19/2024 | Corresp | 0.50 |
| 2/19/2024 | Comm. w client | 0.75 |
| 2/20/2024 | Rsch, draft motion | 2.75 |
| 2/20/2024 | Review docs | 5.75 |
| 2/20/2024 | Compile exhibits/appendix | 2.50 |
| 2/20/2024 | Review order | 0.25 |
| 2/21/2024 | Review, edit response | 2.25 |
| 2/21/2024 | Comm. w client | 0.75 |
| 2/22/2024 | Review draft motion | 4.25 |
| 2/22/2024 | Review pleading | 0.50 |
| 2/22/2024 | Review docs | 2.50 |
| 2/23/2024 | Review, edit response | 1.50 |
| 2/24/2024 | Compile exhibits/appendix | 3.25 |
| 2/25/2024 | Rsch response | 1.25 |
| 2/26/2024 | Compile exhibits/appendix | 2.50 |
| 2/26/2024 | Review, edit, finalize and file response | 1.75 |
| 2/27/2024 | Review order | 0.25 |
| 2/27/2024 | Review docs | 7.75 |
| 2/28/2024 | Investigate potential witnesses | 3.75 |
| 2/292024 | Compile exhibits/appendix | 3.50 |
| 2/29/2024 | Review, edit, finalize and file motion | 1.75 |

|  |  |
|---|---|
| Total Billable Hours: | *132.25* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$46,287.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$46,287.50** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 857**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

Bill To:
Robert Ross
Sent via email: 1rross@comcast.net

| | |
|---|---|
| Invoice Date: | 04/01/24 |
| Invoice No. | 027 |
| Billing Period: | 03/01/24 to 03/31/24 |

For Legal Services Rendered

**118.00 Hours @$350.00 per hr**

| Date | Activity | Hours |
|---|---|---|
| 3/1/2024 | Resch | 3.75 |
| 3/1/2024 | Review order | 0.25 |
| 3/2/2024 | Gather witness information | 3.50 |
| 3/2/2023 | Status Meeting | 1.25 |
| 3/2/2024 | Review docs | 4.25 |
| 3/2/2024 | Resch | 2.75 |
| 3/3/2024 | Review docs | 5.75 |
| 3/3/2024 | Comm. w client | 0.50 |
| 3/5/2024 | Compile exhibits/appendix | 4.75 |
| 3/6/2024 | Edit disp motion | 1.25 |
| 3/6/2024 | Review and edit motion | 3.75 |
| 3/7/2024 | Comm w client | 1.25 |
| 3/7/2024 | Depo prep | 1.25 |
| 3/7/2024 | Corresp | 0.25 |
| 3/7/2024 | Review order | 0.25 |
| 3/8/2024 | Deposition | 4.75 |
| 3/9/2024 | Review docs | 3.75 |
| 3/9/2024 | Comm. w client | 0.75 |
| 3/10/2024 | Gather witness information | 2.75 |
| 3/11/2024 | Compile exhibits/appendix | 4.25 |
| 3/12/2024 | Status Meeting | 1.00 |
| 3/13/2024 | Review docs | 2.25 |
| 3/14/2024 | Depo prep | 1.00 |
| 3/14/2024 | Review order | 0.25 |
| 3/14/2024 | Investigate potential witnesses | 4.25 |
| 3/15/2024 | Deposition | 4.75 |

**APPENDIX 858**

| Date | Description | Hours |
|------|-------------|-------|
| 3/16/2024 | Rsch, draft edit motion | 3.25 |
| 3/17/2024 | Corresp | 0.25 |
| 3/17/2024 | Review pleadings and order | 0.75 |
| 3/18/2024 | Review docs | 3.75 |
| 3/18/2024 | Gather witness information | 1.75 |
| 3/19/2024 | Review docs | 4.50 |
| 3/19/2024 | Corresp | 0.50 |
| 3/20/2024 | Investigate potential witnesses | 5.75 |
| 3/20/2024 | Compile exhibits/appendix | 2.75 |
| 3/21/2024 | Review, edit motion | 2.50 |
| 3/21/2024 | Comm. w client | 1.00 |
| 3/22/2024 | Review order | 0.25 |
| 3/22/2024 | Review response | 0.75 |
| 3/22/2024 | Review docs | 3.00 |
| 3/22/2024 | Depo follow up | 0.50 |
| 3/23/2024 | Review, edit motion | 1.75 |
| 3/24/2024 | Compile exhibits/appendix | 3.25 |
| 3/25/2024 | Rsch motion | 1.5 |
| 3/26/2024 | Compile exhibits/appendix | 2.25 |
| 3/27/2024 | Gather witness information | 1.75 |
| 3/28/2024 | Investigate potential witnesses | 3.75 |
| 3/29/2024 | Gather witness information | 1.5 |
| 3/292024 | Compile exhibits/appendix | 2.75 |
| 3/29/2024 | Review docs | 3.75 |
| 3/30/2024 | Rsch disp motion | 1.50 |

|  |  |
|--|--|
| Total Billable Hours: | *118.00* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$41,300.00** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$41,300.00** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 859**



**Invoice**

6010 W. Spring Creek Parkway
Plano, Texas 75024

<span style="color:red">PRELIMINARY INVOICE</span>

Bill To:
Robert Ross
Sent via email: 1rross@comcast.net

| Invoice Date: | 05/01/24 |
|---|---|
| Invoice No. | 028 |
| Billing Period: | 04/01/24 to 04/30/24 |

<u>For Legal Services Rendered</u>

**111.25 Hours @$350.00 per hr**

| Date | Activity | Hours |
|---|---|---|
| 4/1/2024 | Review docs | 3.75 |
| 4/1/2024 | Edit disp motion | 1.75 |
| 4/1/2024 | Compile exhibits/appendix | 5.25 |
| 4/2/2024 | Review docs | 5.75 |
| 4/2/2024 | Status Meeting | 1.25 |
| 4/2/2024 | Corresp | 0.75 |
| 4/2/2024 | Edit disp motion | 2.25 |
| 4/3/2024 | Investigate potential witnesses | 3.75 |
| 4/3/2024 | Edit disp motion | 1.25 |
| 4/3/2024 | Review docs | 3.00 |
| 4/3/2024 | Review edit disp motion | 4.75 |
| 4/3/2024 | Gather witness information | 2.25 |
| 4/4/2024 | Comm w client | 1.25 |
| 4/4/2024 | Compile exhibits/appendix | 5.00 |
| 4/4/2024 | Review and edit motion | 3.75 |
| 4/5/2024 | Review witness kits | 3.75 |
| 4/6/2024 | Comm w client | 1.00 |
| 4/7/2024 | Budget assessment | 2.50 |
| 4/8/2024 | Streamline analysis | 3.75 |
| 4/9/2024 | Review pleadings | 0.50 |
| 4/10/2024 | Comm w client | 1.25 |
| 4/11/2024 | Comprehensive scope examination | 4.75 |
| 4/12/2024 | Fact gathering from witnesses | 2.00 |
| 4/13/2024 | Invoice assessment and compilation | 2.75 |
| 4/14/2024 | Evaluate testimony scope | 4.75 |
| 4/15/2024 | Status Meeting | 1.00 |

**APPENDIX 860**

| Date | Description | Hours |
|---|---|---|
| 4/15/2024 | Benchmark status of discovery items | 3.00 |
| 4/16/2024 | Next steps analysis review | 1.25 |
| 4/17/2024 | Review, edit motion | 2.75 |
| 4/18/2024 | Rsch | 3.25 |
| 4/19/2024 | Fact evaluation | 3.75 |
| 4/20/2024 | Review witness kits | 2.75 |
| 4/21/2024 | Potential witness investigation | 1.25 |
| 4/22/2024 | Compile exhibits/appendix | 2.75 |
| 4/23/2024 | Review and edit motion | 3.00 |
| 4/24/2024 | Gather witness informatiion | 1.50 |
| 4/25/2024 | Review docs | 5.75 |
| 4/25/2024 | Compile exhibits/appendix | 1.75 |
| 4/25/2024 | Teleconf | 1.00 |
| 4/26/2024 | Review, edit, finalize and file motion | 3.75 |

|  |  |
|---|---|
| Total Billable Hours: | *111.25* |
| Total Professional Services: | $350.00 |
| Total Expenses: | $0.00 |
| **Total Invoice Amount:** | **$38,937.50** |
| **Previous Balance:** | **$0.00** |
| **Balance (Amount Due):** | **$38,937.50** |

**Terms & Conditions**
Please remit payment upon receipt
After 45 days, additional charges may apply.

**APPENDIX 861**

Tab 2

**Exhibit 2**

**Sparre Process Serving**
500 E. 4th St. #143
Austin, TX 78701

INVOICE:   7790736
Issued:   Oct 12, 2022
Sent to: Stephanie



**KD Phillips Law Firm, PLLC**
Stephanie

| PAY TO: |
| --- |
| **Sparre Process Serving** |
| **500 E. 4th St. #143** |
| **Austin, TX 78701** |

| | | | |
| --- | --- | --- | --- |
| **Case:** | 4:22-cv-00343-Y | **Plaintiff / Petitioner:** | Ross |
| **Job:** | 7790736 | **Defendant / Respondent:** | Association of Professional Flight Attendants et al |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Priority Rush | Ruben Armendariz | $150.00 | 1 | $150.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Oct 12, 2022 | 1rross@comcast.net; stephanie@kdphillipslaw.com Paid Online Payment ID: ch_3Ls784JU69OPe0zi0zeBHwNw | ($150.00) |

| | | |
| --- | --- | --- |
| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total: | $150.00 |
| | Amount Paid: | ($150.00) |
| | **Balance Due:** | **$0.00** |

Sparre Process Serving  •  500 E. 4th St. #143, Austin, TX 78701

Call: 512.522.5625  •  Email: sparreprocessserving@gmail.com

**APPENDIX 863**

# Tab 3

**Sparre Process Serving**

500 E. 4th St. #143

Austin, TX 78701

INVOICE:   7790756

Issued:   Oct 12, 2022

Sent to: Stephanie

PAID

**KD Phillips Law Firm, PLLC**

Stephanie

| PAY TO: |
| --- |
| **Sparre Process Serving** |
| **500 E. 4th St. #143** |
| **Austin, TX 78701** |

| | | | |
| --- | --- | --- | --- |
| **Case:** | 4:22-cv-00343-Y | **Plaintiff / Petitioner:** | Ross |
| **Job:** | 7790756 | **Defendant / Respondent:** | Association of Professional Flight Attendants et al |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Rush Service | Woods, Stephens & O'Neil, LLP c/o Hal O'Neil, C.P.A. | $135.00 | 1 | $135.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Oct 12, 2022 | 1rross@comcast.net; stephanie@kdphillipslaw.com Paid Online Payment ID: ch_3Ls7sSJU69OPe0zi0514RFxP | ($135.00) |

| | | |
| --- | --- | --- |
| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total: | $135.00 |
| | Amount Paid: | ($135.00) |
| | **Balance Due:** | **$0.00** |

Sparre Process Serving • 500 E. 4th St. #143, Austin, TX 78701

Call: 512.522.5625 • Email: sparreprocessserving@gmail.com

Tab 4

**Exhibit 4**

**Sparre Process Serving**                                    INVOICE:   7790772
500 E. 4th St. #143                                      Issued:   Oct 12, 2022
Austin, TX 78701                                       Sent to: Stephanie

PAID

**KD Phillips Law Firm, PLLC**

| PAY TO: |
| --- |
| **Sparre Process Serving** |
| **500 E. 4th St. #143** |
| **Austin, TX 78701** |

Stephanie

| Case: | 4:22-cv-00343-Y | Plaintiff / Petitioner: | Ross |
| --- | --- | --- | --- |
| Job: | 7790772 | Defendant / Respondent: | Association of Professional Flight Attendants et al |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Rush Service | Cornwell Jackson II, P.C., c/o Gary C Jackson | $135.00 | 1 | $135.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Oct 12, 2022 | 1rross@comcast.net; stephanie@kdphillipslaw.com Paid Online Payment ID: ch_3Ls6QsJU69OPe0zi1xgno TV6 | ($135.00) |

| Thanks for your business. Please pay the "Balance Due" within 21 days. | Total: | $135.00 |
| --- | --- | --- |
| | Amount Paid: | ($135.00) |
| | **Balance Due:** | **$0.00** |

Sparre Process Serving  •  500 E. 4th St. #143, Austin, TX 78701

Call: 512.522.5625  •  Email: sparreprocessserving@gmail.com

**APPENDIX 867**

Tab 5

**Exhibit 5**



**Sparre Process Serving**                                                                                    INVOICE: **9450477**
500 E. 4th St. #143                                                                                            Issued:  Aug 23, 2023
Austin, TX 78701                                                                                               Sent to: Stephanie

**KD Phillips Law Firm, PLLC**

Stephanie

| PAY TO: |
| --- |
| **Sparre Process Serving** |
| **500 E. 4th St. #143** |
| **Austin, TX 78701** |

| | |
| --- | --- |
| **Case:**  4:22-cv-0343-Y | **Plaintiff / Petitioner:**  ROBERT (BOB) ROSS |
| **Job:**  9450477 | **Defendant / Respondent:**  ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Routine (Statewide) | | $125.00 | 1 | $125.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| Aug 24, 2023 | Stephanie@kdphillipslaw.com Paid Online<br>Payment ID: ch_3NifvuJU69OPe0zi19mu0jE6 | ($125.00) |

Thanks for your business. Please pay the "Balance Due" upon receipt.

\***PAYMENT POLICY FOR ALL CLIENTS***
Please be advised, payment is required upfront! We are unable to complete your
request until payment is made in full. This means we may get started on your job so as
to not impede our workflow, but it's not guaranteed until payment is made. Once you
have emailed us documents for service we consider it an official request to deliver said
documents. Please make payment immediately upon receipt of your invoice. Lastly, if a
refund is requested prior to us attempting the service there will be a $15 charge for the
time that has gone into the job so far. Thank you for your understanding and your
business!

|  | |
| --- | --- |
| Total: | $125.00 |
| Amount Paid: | ($125.00) |
| **Balance Due:** | **$0.00** |

Sparre Process Serving  •  500 E. 4th St. #143, Austin, TX 78701

Call: 512.522.5625  •  Email: sparreprocessserving@gmail.com

**APPENDIX 869**

# Tab 6



**Exhibit 6**

## Stryker Reporting

**Prompt and Precise Litigation Support**

**Invoice**

1450 Hughes Road
Suite 230
Grapevine TX 76051
Phone: (817) 494-0700        Fax: (817) 494-0778

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 8, 2024 | 9586A |

Kerri  Phillips
K.D. Phillips Law Firm, PLLC
6010 West Spring Creek Parkway
Plano, TX 75024

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Robert Ross |
| **Case:** | Ross vs. APFA, et al. |
| **Venue:** | United States District Court |
| **Case #:** | 4:22-cv-343-Y |
| **Date:** | 2/1/2024 |
| **Start Time:** | 10:53 AM |
| **End Time:** | 4:56 PM |
| **Reporter:** | Angie Mancuso |
| **Claim #:** | |
| **File #:** | *24017A* |

| | |
|---|---|
| **Sub Total** | $1,083.90 |
| **Payments** | $0.00 |
| **Balance Due** | $1,083.90 |

**Fed. I.D. # 81-3014194**

*Due upon receipt.  Please reference the invoice number on your check.*

**APPENDIX 871**

Tab 7



**Stryker Reporting**                                                     **Invoice**

**Prompt and Precise Litigation Support**

1450 Hughes Road
Suite 230
Grapevine TX 76051
Phone: (817) 494-0700          Fax: (817) 494-0778

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 8, 2024 | 9588A |

Kerri  Phillips
K.D. Phillips Law Firm, PLLC
6010 West Spring Creek Parkway
Plano, TX 75024

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Eugenio Vargas |
| **Case:** | Vargas vs APFA, et al. |
| **Venue:** | United States District Court |
| **Case #:** | 4:22-cv-430-Y |
| **Date:** | 2/2/2024 |
| **Start Time:** | 10:03 AM |
| **End Time:** | 11:47 AM |
| **Reporter:** | Angie Mancuso |
| **Claim #:** | |
| **File #:** | 24018A |

| | |
|---|---|
| **Sub Total** | $362.90 |
| **Payments** | $0.00 |
| **Balance Due** | $362.90 |

**Fed. I.D. # 81-3014194**

*Due upon receipt.  Please reference the invoice number on your check.*

**APPENDIX 873**

Tab 8

**Exhibit 8**



Elite Video Productions, Inc.
3018 Commerce Street
Dallas, TX 75226
www.EliteVideoProductions.com

# Invoice

**Bill To:**

Stephanie L. Lewis
KD Phillips Law Firm
6010 West Spring Creek Parkway
Plano, TX 75024

| Invoice # | Invoice Date |
|---|---|
| 41537 | 3/5/2024 |
| **Terms** | **Due Date** |
| Due Upon Receipt | 3/5/2024 |

| EVP Job No. |
|---|
| 2742 |

| Court Reporter | Tech | State Taken | Cause No. | P.O. No. |
|---|---|---|---|---|
| Angie Mancuso (Stryker) | JH | TX | 4:22-cv-343-Y | Ross v APFA |

| Item | Description | Hrs/Qty | Rate | Amount |
|---|---|---|---|---|
| Copy Order MPEG | MPEG files of the deposition of Robert (Bob) Ross taken in person on 2.1.2024.<br>Hours billed @ $120.00 per hour (2 hr. Min.). | 3.5 | 120.00 | 420.00 |
| Administration | Archive HD Camera Master Files / FTP Upload & maintain for 5 years unless otherwise instructed. Administration Fee/Processing/Handling | | 85.00 | 85.00 |
| | ROBERT (BOB) ROSS<br>v.<br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, et al. | | | |

| | |
|---|---|
| **Total** | $505.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $505.00 |

*"If a picture is worth a thousand words,*
*a video is worth a million."™*
Elite Video Productions, Inc. has been serving the legal community since 1989.

Elite Video Productions, Inc. is NOT AFFILIATED with any other "Elite" companies.

Tax ID: 20-0169294

**APPENDIX 875**

**Exhibit 8**



Payment receipt

# You paid $505.00

to Elite Video Productions, Inc. on March 5, 2024

| | |
|---|---|
| Invoice no. | 41537 |
| Invoice amount | $505.00 |
| Total | $505.00 |

| | |
|---|---|
| Status | Paid |
| Payment method | VISA****■■■ |
| Authorization ID | ■■■■■■■ |

Thank you

Elite Video Productions, Inc.

accounting@elitevideoproductions.com

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS

**APPENDIX 876**

Tab 9

**Exhibit 9**

## Stryker Reporting                                                    Invoice

**Prompt and Precise Litigation Support**

1450 Hughes Road
Suite 230
Grapevine TX 76051
Phone: (817) 494-0700          Fax: (817) 494-0778

| Invoice Date | Invoice # |
|---|---|
| Thursday, March 21, 2024 | 9744A |

Kerri  Phillips
K.D. Phillips Law Firm, PLLC
6010 West Spring Creek Parkway
Plano, TX 75024

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Eugenio Vargas, Vol. 2 |
| **Case:** | Vargas vs APFA, et al. |
| **Venue:** | United States District Court |
| **Case #:** | 4:22-cv-430-Y |
| **Date:** | 3/8/2024 |
| **Start Time:** | 9:17 AM |
| **End Time:** | 12:56 PM |
| **Reporter:** | Angie Mancuso |
| **Claim #:** | |
| **File #:** | *24216A* |

| | |
|---|---|
| **Sub Total** | $313.25 |
| **Payments** | $0.00 |
| **Balance Due** | $313.25 |

**Fed. I.D. # 81-3014194**

*Due upon receipt.  Please reference the invoice number on your check.*

# APPENDIX 878

# Tab 10

**Exhibit 10**

**Stryker Reporting**                                                    **Invoice**

**Prompt and Precise Litigation Support**

1450 Hughes Road
Suite 230
Grapevine TX 76051
Phone: (817) 494-0700          Fax: (817) 494-0778

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 26, 2024 | 9763A |

Kerri  Phillips
K.D. Phillips Law Firm, PLLC
6010 West Spring Creek Parkway
Plano, TX 75024

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Robert Ross, Vol. 2 |
| **Case:** | Ross vs. APFA, et al. |
| **Venue:** | United States District Court |
| **Case #:** | 4:22-cv-343-Y |
| **Date:** | 3/15/2024 |
| **Start Time:** | 9:11 AM |
| **End Time:** | 11:44 AM |
| **Reporter:** | Angie Mancuso |
| **Claim #:** | |
| **File #:** | *24217A* |

| | |
|---|---|
| **Sub Total** | $341.75 |
| **Payments** | $0.00 |
| **Balance Due** | $341.75 |

**Fed. I.D. # 81-3014194**

*Due upon receipt.  Please reference the invoice number on your check.*

**APPENDIX 880**

# Tab 11

**Exhibit 11**



Elite Video Productions, Inc.
3018 Commerce Street
Dallas, TX 75226
www.EliteVideoProductions.com

# Invoice

**Bill To:**

Stephanie L. Lewis
KD Phillips Law Firm
6010 West Spring Creek Parkway
Plano, TX 75024

| Invoice # | Invoice Date |
|-----------|--------------|
| 41592 | 3/28/2024 |
| **Terms** | **Due Date** |
| Due Upon Receipt | 3/28/2024 |

| EVP Job No. |
|-------------|
| 2763 & 2765 |

| Court Reporter | Tech | State Taken | Cause No. | P.O. No. |
|----------------|------|-------------|-----------|----------|
| Angie Mancuso (Stryker) | | TX | 4:22-cv-343-Y | Ross v APFA |

| Item | Description | Hrs/Qty | Rate | Amount |
|------|-------------|---------|------|--------|
| Copy Order MPEG | MPEG files of the deposition of EUGENIO VARGAS taken in person on 3.8.2024. Hours billed @ $120.00 per hour (2 hr. Min.). | 2.5 | 120.00 | 300.00 |
| Copy Order MPEG | MPEG files of the deposition of ROBERT (BOB) ROSS taken in person on 3.15.2024. Hours billed @ $120.00 per hour (2 hr. Min.). | 2 | 120.00 | 240.00 |
| Administration | Archive HD Camera Master Files / FTP Upload & maintain for 5 years unless otherwise instructed. Administration Fee/Processing/Handling | | 85.00 | 85.00 |
| | ROBERT (BOB) ROSS VS. ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL. AND EUGENIO VARGAS VS. ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL. | | | |

| | |
|---|---|
| **Total** | $625.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $625.00 |

**NOTE: There is a cancellation fee if the deposition is cancelled after 4:00 pm the last business day before the deposition is scheduled to take place.**

"If a picture is worth a thousand words,  a video is worth a million."™
Elite Video Productions, Inc. has been serving the legal community since 1989.

Elite Video Productions, Inc. is NOT AFFILIATED with any other "Elite" companies.

Tax ID: 20-0169294

**APPENDIX 882**

**Exhibit 11**



Payment receipt

# You paid $625.00

to Elite Video Productions, Inc. on March 28, 2024

| | |
|---|---|
| Invoice no. | 41592 |
| Invoice amount | $625.00 |
| Total | $625.00 |

| | |
|---|---|
| Status | Paid |
| Payment method | VISA**** ███ |
| Authorization ID | ████████ |

Thank you

Elite Video Productions, Inc.

accounting@elitevideoproductions.com

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS

# Tab 12

# Exhibit 12



**Public Access to Court Electronic Records**

*Invoice*

Invoice Date: 07/07/2022

Usage From:  04/01/2022      to: 06/30/2022

Account Summary

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q22022 |
| **Due Date:** | 08/10/2022 |
| **Amount Due:** | $189.50 |

| | |
|---|---|
| **Pages:** | 1,895 |
| Rate: | $0.10 |
| Subtotal: | $189.50 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $189.50 |
| | |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$189.50** |

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  $189.50

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

### Six Courts Convert to NextGen in Q2

In the second quarter, six courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* Florida Southern Bankruptcy       * Ohio Northern District (Asbestos)
* Illinois Northern District        * Texas Eastern District
* Nevada District                   * Wisconsin Western District

Continue to check your court's website for information on when it will convert to NextGen.

Questions about the statement?
Visit pacer.uscourts.gov/billing.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 08/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $189.50, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

**APPENDIX 885**

# Tab 13

# Exhibit 13



**Public Access to Court Electronic Records**

*Invoice*

Invoice Date: 10/05/2022

Usage From: 07/01/2022    to: 09/30/2022

**Account Summary**

| | |
|---|---|
| **Pages:** | 3,638 |
| Rate: | $0.10 |
| Subtotal: | $363.80 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $363.80 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$363.80** |

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q32022 |
| **Due Date:** | 11/10/2022 |
| **Amount Due:** | $363.80 |

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  $363.80

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

### All Courts Now Converted to NextGen

In the third quarter, the final three courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system:

* North Carolina Eastern District      * Texas Western District
* Texas Northern District

If you have not upgraded your PACER account, here are some helpful hints:
* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
  * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
  * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

Questions about the statement?
Visit pacer.uscourts.gov/billing.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 11/10/2022 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $363.80, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

**APPENDIX 887**

# Tab 14

# **Exhibit 14**



## *Invoice*

Public Access to Court Electronic Records

Invoice Date: 01/04/2023

Usage From: 10/01/2022    to: 12/31/2022

**Account Summary**

| | | |
|---|---|---|
| **Pages:** | 2,884 | |
| Rate: | $0.10 | |
| Subtotal: | $288.40 | |
| **Audio Files:** | 0 | |
| Rate: | $2.40 | |
| Subtotal: | $0.00 | |
| **Current Billed Usage:** | $288.40 | |
| **Previous Balance:** | $0.00 | |
| Current Balance: | **$288.40** | |

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q42022 |
| **Due Date:** | 02/10/2023 |
| **Amount Due:** | $288.40 |

### **Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is:
74-2747938

### **Total Amount Due:**  $288.40

Questions about the statement? Visit pacer.uscourts.gov/billing.

### **NextGen CM/ECF: Helpful Hints and Resources**

All courts have converted to the next generation case management/electronic case files (NextGen CM/ECF) system. Use these tips to ensure you smoothly transition.

* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
  * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
  * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 02/10/2023 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $288.40, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

## **APPENDIX 889**

# Tab 15

**Exhibit 15**



*Invoice*

Public Access to Court Electronic Records

Invoice Date: 04/04/2023

Usage From: 01/01/2023    to: 03/31/2023

Account Summary

| | |
|---|---|
| **Pages:** | 688 |
| Rate: | $0.10 |
| Subtotal: | $68.80 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $68.80 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$68.80** |

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q12023 |
| **Due Date:** | 05/10/2023 |
| **Amount Due:** | $68.80 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  $68.80

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

### New PSC Hours of Operation

On April 3, the PACER Service Center (PSC) began operating earlier morning hours, from 7 a.m. to 6 p.m. CT, Monday through Friday.

The change, from 8 a.m. to 7 a.m. CT, allows the PSC to accommodate more users around the country.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please detach the coupon below and return with your payment.* **Thank you!**



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 05/10/2023 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing. The total amount due, $68.80, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

**APPENDIX 891**

# Tab 16



**Public Access to Court Electronic Records**

# *Exhibit 16*
# *Invoice*

Invoice Date: 07/05/2023
Usage From:    04/01/2023      to: 06/30/2023

Account Summary

| | |
|---|---|
| **Pages:** | 2,475 |
| Rate: | $0.10 |
| Subtotal: | $247.50 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $247.50 |
| | |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$247.50** |

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q22023 |
| **Due Date:** | 08/10/2023 |
| **Amount Due:** | $247.50 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

## **Total Amount Due:**  $247.50

### Reminder: Update Your User Type Selection

PACER and CM/ECF users may notice a prompt to review and update their existing user type selection (e.g., Individual, Attorney, etc.) when logging in. This updated information is essential for understanding users and their needs.

You will have three opportunities to skip this user type update before your account is disabled. To avoid any disruptions, please complete this process when the prompt first appears.

For questions or assistance, please contact the PACER Service Center.

*Please detach the coupon below and return with your payment.* **Thank you!**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 08/10/2023 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $247.50, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

# APPENDIX 893

# Tab 17

# Exhibit 17



**Public Access to Court Electronic Records**

*Invoice*

Invoice Date: 10/04/2023
Usage From:  07/01/2023    to: 09/30/2023

<u>Account Summary</u>

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q32023 |
| **Due Date:** | 11/10/2023 |
| **Amount Due:** | $397.40 |

**Pages:** 3,974
Rate: $0.10
Subtotal: $397.40

**Audio Files:** 0
Rate: $2.40
Subtotal: $0.00

**Current Billed Usage:** $397.40

**Previous Balance:** $0.00

Current Balance: **$397.40**

**Total Amount Due:**  $397.40

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement?
Visit pacer.uscourts.gov/billing.

### Update Your User Type Selection

PACER and CM/ECF users may notice a prompt to review and update their existing user type selection (e.g., Individual, Attorney, etc.) when logging in. This updated information is essential for understanding users and their needs.

You will have three opportunities to skip this user type update before your account is disabled. To avoid any disruptions, please complete this process when the prompt first appears.

For questions or assistance, please contact the PACER Service Center.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 11/10/2023 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $397.40, will be charged to the credit card on file up to 7 days before the due date.
Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

**APPENDIX 895**

# Tab 18

# **Exhibit 18**



*Invoice*

Public Access to Court Electronic Records

Invoice Date: 01/04/2024
Usage From: 10/01/2023   to: 12/31/2023

**Account Summary**

| | |
|---|---|
| **Pages:** | 3,642 |
| Rate: | $0.10 |
| Subtotal: | $364.20 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $364.20 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$364.20** |

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q42023 |
| **Due Date:** | 02/12/2024 |
| **Amount Due:** | $364.20 |

### **Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  $364.20

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

### **Update Your User Type Selection**

PACER and CM/ECF users may notice a prompt to review and update their existing user type selection (e.g., Individual, Attorney, etc.) when logging in. This updated information is essential for understanding users and their needs.

You will have three opportunities to skip this user type update before your account is disabled. To avoid any disruptions, please complete this process when the prompt first appears.

For questions or assistance, please contact the PACER Service Center.

Questions about the statement?
Visit pacer.uscourts.gov/billing.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 02/12/2024 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $364.20, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

**APPENDIX 897**

# Tab 19

# **Exhibit 19**



**Public Access to Court Electronic Records**

## *Invoice*

Invoice Date: 04/04/2024

Usage From: 01/01/2024    to: 03/31/2024

**Account Summary**

| | |
|---|---|
| **Pages:** | 3,885 |
| Rate: | $0.10 |
| Subtotal: | $388.50 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $388.50 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$388.50** |

| | |
|---|---|
| **Account #:** | 4914009 |
| **Invoice #:** | 4914009-Q12024 |
| **Due Date:** | 05/10/2024 |
| **Amount Due:** | $388.50 |

### **Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 7 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  $388.50

### **Update Your User Type Selection**

PACER and CM/ECF users may notice a prompt to review and update their existing user type selection (e.g., Individual, Attorney, etc.) when logging in. This updated information is essential for understanding users and their needs.

You will have three opportunities to skip this user type update before your account is disabled. To avoid any disruptions, please complete this process when the prompt first appears.

For questions or assistance, please contact the PACER Service Center.

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

Questions about the statement? Visit pacer.uscourts.gov/billing.

---

*Please detach the coupon below and return with your payment.* **Thank you!**



**Public Access to Court Electronic Records**

| Account # | Due Date | Amount Due |
|---|---|---|
| 4914009 | 05/10/2024 | Auto Bill |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

This account is registered for automatic billing.  The total amount due, $388.50, will be charged to the credit card on file up to 7 days before the due date. Charges will appear on your credit card statement as: PACER 800-676-6856 IR.

*Visit pacer.uscourts.gov for address changes.*

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

Law Offices of Kerri D. Phillips
Kerri D. Phillips
5700 Tennyson Parkway #300
Plano, TX 75024

# **APPENDIX 899**