IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, *et al.*,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 4:22-cv-343-Y<br><br>Consolidated with<br>Civil Action No. 4:22-cv-430-Y<br><br>Judge Terry R. Means |

**ORDER GRANTING PARTIALLY AGREED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**

This Matter, having come before the Court on Plaintiffs' Partially Agreed Motion to Extend Deadline to File Responses to Motions for Summary Judgment should be granted for good cause shown, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Plaintiffs' Partially Agreed Motion for Extension of Deadline to File Responses to Motions for Summary Judgment is GRANTED thereby extending the deadline to respond by seven days from the original deadline of May 17, 2024 to May 24, 2024 for all parties.

ENTERED THIS _____ day of _____, 2024.

_____
JUDGE PRESIDING

Solo Page