IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS § § § § Plaintiffs/Counterclaim Defendants, § § v. § § ASSOCIATION OF PROFESSIONAL § FLIGHT ATTENDANTS, *et al.*, § § Defendants/Counterclaim Plaintiffs. | | Civil Action No. 4:22-CV-343-Y Consolidated with Civil No. 4:22-CV-430-Y |

**ORDER GRANTING MOTION TO EXTEND DEADLINE
TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**

Pending before the Court is Plaintiffs' Partially Agreed Motion to Extend Deadline to File Responses to Motions for Summary Judgment (doc. 240). After review of the motion, the Court concludes that it should be, and it is hereby, GRANTED. The deadline for the parties to respond to the pending summary-judgment motions is EXTENDED until **May 24, 2024**.

SIGNED May 16, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

**Solo Page**