IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ROBERT (BOB) ROSS** | § § § | |
| VS. | § § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, et al.,** | § § § | Case No. 4:22-CV-343-Y |
| AND | § § | Consolidated with |
| **EUGENIO VARGAS** | § § § | Case No. 4:22-CV-430-Y |
| VS. | § § § | |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, et al.,** | § § | |

**APFA DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE TERRY R. MEANS:

Defendants the Association of Professional Flight Attendants ("APFA"), its National President, Julie Hedrick, and its National Treasurer, Erik Harris (collectively, "the APFA Defendants"), file this Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment, Doc. 237.  As set forth in the accompanying Memorandum, the APFA Defendants submit that Plaintiffs have not carried their burden of establishing undisputed material facts to support their motion, or grounds for judgment as a matter of law based on such facts.  In addition, the APFA Defendants respectfully submit that they are entitled to summary judgment on their own motion for the reasons set forth in support thereof.  Docs. 234-236.

**LEGAL AND FACTUAL GROUNDS SUPPORTING THIS RESPONSE**

Under Local Rule 56.4(b), the legal and factual grounds on which the APFA Defendants rely are included in the accompanying Memorandum.  Supporting evidence is set forth in the

previously filed Appendix, which was filed in support of the APFA Defendants' Motion for Summary Judgment (Doc. 236) and in a Supplemental Appendix, which is filed herewith.

Dated: May 24, 2024                                Respectfully submitted,

                                           /s/ James D. Sanford
JAMES D. SANFORD
Tex. Bar No. 24051289
Gillespie Sanford LLP
4803 Gaston Ave.
Dallas, TX 75246
Tel.: (214) 800-5111; Fax.: (214) 838-0001
Email: jim@gillespiesanford.com

JEFFREY A. BARTOS (pro hac vice)
D.C. Bar No. 435832
Guerrieri, Bartos & Roma, PC
1900 M Street, N.W. Suite 700
Washington, DC 20036
Tel.: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

*Counsel for the APFA Defendants*

CHARLETTE L. BRODERICK
(pro hac vice)
Tex. Bar No. 24133870
Association of Professional Flight Attendants
1004 W. Euless Blvd.
Euless, TX 76040
Tel.: (682) 301-8454
Email: cbroderick@apfa.org

*Counsel for APFA*

## CERTIFICATE OF SERVICE

    I certify that on May 24, 2024, a true and correct copy of the foregoing document was served upon all persons who have requested notice and service of pleadings in this case via the Court's ECF system.

KERRI PHILLIPS
K.D. Phillips Law Firm, PLLC
6010 W. Spring Creek Parkway
Plano, TX 75024
Phone: (972) 327-5800
Fax: (940) 400-0089
Email: kerri@KDphillipslaw.com
notice@KDphillipslaw.com

MICHAEL R RAKE
Michael R. Rake, Attorney at Law
PO Box 1556
Lake Dallas, TX 75065
Tel.: (940) 498-2103
Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

                                                                           */s/ James D. Sanford*
                                                                           JAMES D. SANFORD