IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **ROBERT "BOB" ROSS AND EUGENIO VARGAS,** § § § | |
| **Plaintiffs/Counterclaim Defendants,** § § § | |
| **v.** § § § | Civil Action No. 4:22-cv-00343 Judge Terry R Means |
| **ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL** § § § § § | |
| **Defendants/Counterclaim Plaintiffs.** § | |

**APPENDIX IN SUPPORT OF PLAINTIFFS' RESPONSE AND OBJECTIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Robert "Bob" Ross and Eugenio Vargas pursuant to Local Rules 7.1(i) and § C of this Court's Case Management Requirements, submits this appendix of supporting documents and of non-published cases cited in, and in support of "PLAINTIFFS' RESPONSE AND OBJECTIONS TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT:"

| Item | Description | Pgs. |
|---|---|---|
| **1** | **WSO Documents and Communications** | **1-33** |
| | 7-9-2020: Harris to O'Neil Email: Set up meeting between Hedrick, Harris and O'Neil regarding 2018 Officer's Payout Review | 1 |
| | 7-16-2020: Harris to O'Neil, CC: National Officers: forwarding the Ross Transition Agreement | 2 |
| | 9-9-2020: O'Neil to Harris: Meeting with Chris Thedford, Margot Nikites (APFA General Counsel) for our review of the Bob Ross documents.  Deadline: is 9-24-2020 | **3-4** |
| | Powerpoint produced by WSO, presented to APFA BOD in 2019 – provides the per diem calculations. | **5-26** |

| | | |
|---|---|---|
| | 10/2/2020: Email from Harris to O'Neil: BOD is requesting a report from you on the findings for your review.  BOD wants something from you for the meeting at the end of the month. | **27-33** |
| 1a | Ross Vacation Calculations | **34-35** |
| 2 | 1-12-2021: Transcripts of voicemail From Harris to Ross | **36-38** |
| 3 | 1-14-2021: Transcripts of voicemail From Hedrick to Ross | **39-42** |
| 4 | Communications and Documents on Collections: Emails between Harris to Diversified - | **43-68** |
| 4a | 1-15-21: Email –  New Collection Account; "aggressive and tends to fabricate" | **43-47** |
| 4b | 1-28-21: Email – Harris to Diversified: Texas Address 3-1-21: Email – Harris to Diversified: New Acct Div | **5** |
| 4c | 4-14-21: Email – Diversified to Harris: APFA Board?? | **48-54** |
| 4d | 4-14-21: Email – Harris to Ross and Board of Directors | **55-58** |
| 5 | Diversified Call System Notes | **59-61** |
| 6 | Ross Credit Report | **62-70 - 68** |
| 7 | 10-28-2020: APFA Board of Directors Meeting Minutes | **71-94: on page 92** |
| 8 | 3-10-2022: APFA Board of Directors Resolution accepting Chinery v. Vargas Arbitration Award | **95-96** |
| 9 | 3-24-2022: APFA Board of Directors: Resolution 2  Chinery Lee v. Ross Arbitration Award | **97-100** |
| 10 | 08-26-2019: APFA Board of Directors 2019 Resolution RE: Officer Overpayment | **101-102** |
| 11 | 10-22-2020 Email from Hal O'Neil, Accountant, to Harris, APFA National Treasurer with Confidential Memo forwarded to National Officers, APFA General Counsel, and APFA Outside Counsel | **103-116** |
| 12 | 11-12-2020: Email to APFA Board of Directors re: 10-28-2020 Board Meeting on National Officer Ross Overpayment – Board held no finding | **117-122** |
| 13 | 10-12-23: APFA Board of Directors: Confidentiality Resolution – Against Policy to Participate in lawsuits against APFA | **123-124** |
| 14 | Joe Burns, AFA General Counsel: Cease and Desist letters to APFA Members | **125-139** |
| 15 | Story of the Furniture: Evidence of Ross Payment of Furniture | **140-144** |
| 16 | Chinery Social Media Posts about Ross Furniture | **145-147** |

| | | |
|---|---|---|
| 17 | Ladonna Casey Affidavit – Inventory Lists | **148-152** |
| 17a | Furniture G L 1246 - Vargas Furniture Inventory List | **153** |
| 17b | Osborne to Vargas Demanding Missing Documents | **154-155** |
| 18 | Disciplinary Hearing Transcripts: APFA Does not Maintain Business Records | 156-197 |
| | Vargas Transcript Ross Owes Overpayment1-9 | **156-164** |
| 18a | A - Ross Transcript Vol 2 - Records a Mess 1-8 | **165-172** |
| 18b | Ross Transcript Vol 3 – Records a Mess 1-12 | **173-184** |
| 18c | Chinery v. Vargas Transcript – Missing Box 17 Testimony | **185-197** |
| 19 | LM-2s: 2019 2020; 2021; 2022 | **2019: 198-267**<br>**2020: 268-332**<br>**2021: 333-389**<br>**2022: 390-451**<br>**2023: 452-506** |
| 20 | Email from Gunter, APFA Treasurer, to APFA Accounting: Final Payment to Ross under Transition Agreement | **507** |
| 21 | Chinery Social Media Post of Wrong Version of the Ross Transition Agreement | **508-521** |
| 22 | Free Speech: Ross Social Media Posts | **522-528** |
| | Declaration of Heidi Morgan: | **529-531** |
| 23 | Exhibit A: APFA Amicus Brief by Jeffrey Bartos re: Martin v. Chinery-Lee Arbitration Charges | **532-536** |
| 24 | Chinery-Lee v. Martin Arbitration Document Exchange – PII Information Breach | **537-540** |
| 25 | Exhibit B: Bill Osborne Amicus Brief submitted in Moyer v. 2018 APFA Board of Directors | **541-576** |
| 26 | Moyer v. 2018 APFA Board of Directors Arbitration Award | **577-595** |
| 27 | Objections to Hearsay: Sample Double Hearsay Statements | **596-599** |
| 29 | Declaration of Eugenio Vargas | **600-602** |
| 30 | Case Law - Nonpublished | **603-674** |

Respectfully submitted,
K.D. PHILLIPS LAW FIRM, PLLC

By: /s/ Kerri Phillips Kerri
Phillips
Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com

6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings: notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that the true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing **on this the 24th  day of May 2024.**

/s/  Kerri Phillips
Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel:  (214)  800-5111;  Fax:  (214)  838-0001

Email jim@gillespiesanford.com
Email: joe@gillespiesanford.com


Michael Rake
PO Box 1556
Lake Dallas, TX 75065-1556
Tel: (940) 498-2103 Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com