M Gmail

Hal O'Neil <oneil@woodcpafirm.com>

## Former National Officers Payout

7 messages

**Erik Harris** <eharris@apfa.org>
To: Hal O'Neil <oneil@woodcpafirm.com>

Thu, Jul 9, 2020 at 10:58 AM

Hi Hal-

Would you be available to meet with Julie and me next Tuesday at 10am? We have some questions regarding the former National Officers' payouts back in 2018.

Thanks,

Erik

--

## Erik Harris

National Treasurer

Association of Professional Flight Attendants

Office 817.540.0108x 8231 | Email eharris@apfa.org

*The content of this email is intended solely for the recipient(s).*

*It is not to be shared, forwarded or posted without the author's written consent.*



---

**Hal O'Neil** <oneil@woodcpafirm.com>
To: Erik Harris <eharris@apfa.org>

Thu, Jul 9, 2020 at 11:24 AM

Erik........unfortunately no, I can't meet before next Thursday. The income tax deadline is next Wed. the 15th and I am working long hours to finish all of the last minute tax returns until then.

Next Thursday, Friday or the following week would work...........thanks, Hal

Hal O'Neil, CPA
Wood, Stephens & O'Neil, L.L.P.
6300 Ridglea Place, Suite #318
Fort Worth, TX  76116

Direct line - 817-886-3428
Firm tele. - 817-377-1700 *(my extension #601)*
Firm fax - 817-377-1870

WSO26
WSO27

*App. 1*

# M Gmail

Hal O'Neil <oneil@woodcpafirm.com>

## Bob Ross Exit Package Agreement
1 message

**Erik Harris** <eharris@apfa.org>                                      Thu, Jul 16, 2020 at 12:19 PM
To: "oneil@woodcpafirm.com" <oneil@woodcpafirm.com>
Cc: Officers <Officers@apfa.org>

---

# Erik Harris

National Treasurer

Association of Professional Flight Attendants

Office 817.540.0108x 8231 | Email eharris@apfa.org

*The content of this email is intended solely for the recipient(s).*

*It is not to be shared, forwarded or posted without the author's written consent.*



---

📄 **Confidential Transition Agreement 3-1-18.pdf**
161K

WSO29

*App. 2*   WSO31

**From:** "oneil@woodcpafirm.com" <oneil@woodcpafirm.com>
**Date:** Wednesday, September 9, 2020 at 3:46 PM
**To:** Erik Harris <eharris@apfa.org>
**Cc:** Chris Thedford <cthedford@apfa.org>, Pam Bush <pbush@woodcpafirm.com>
**Subject:** Meeting next week?

Erik........Last week I responded to your email regarding our review of the Bob Ross documents.  Pam and I can come out to your office on Thursday morning the 17th to meet with you, Chris and hopefully Margot before we begin this process.  I just want to make sure all of us are in agreement of what needs to be completed before Sept.24th. Will that morning work for you?

---

Hal O'Neil, CPA
Wood, Stephens & O'Neil, L.L.P.
6300 Ridglea Place, Suite #318
Fort Worth, TX  76116

**Direct line - 817-886-3428**
Firm tele. - 817-377-1700 *(my extension #601)*
Firm fax - 817-377-1870

*Important/confidential: This communication and any files or documents attached to it are intended only for the use of the person(s) or entity to which it is addressed; consequently, it may contain information which is privileged and confidential.  If you are not the intended recipient(s) of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited.  If you have received this communication by mistake, please*

***App. 3***

*notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.*

*Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding tax penalties that may be imposed or promoting, marketing or recommending to another party any transaction or tax-related matter(s).*

**App. 4**

This powerpoint was presented to the BoD showing how the payouts were calculated historically, and how the prior administration calculated.

PBC

*App. 5*

# APFA National Officer Pay Calculation

Sick – Vacation – Profit Sharing

CONFIDENTIAL - APFA National Treasurer's Office

*App. 6*



Highest International Purser

| | |
|---|---|
| Base | $68.25 |
| Purser | 7.50 |
| IPD | 3.75 |
| **Hourly Rate** | **$79.50** |

National Office Salary/Secum Policy Manual Section 6A

CONFIDENTIAL - APFA National Treasurer's Office



App. 7

| | Hours Per Month |
|---|---|
| Nat'l President | 116 |
| Nat'l Vice President | 110.5 |
| Nat'l Secretary | 105 |
| Nat'l Treasurer | 105 |

CONFIDENTIAL - APFA National Treasurer's Office

Policy Manual Section 6.A

*App. 8*



CONFIDENTIAL - AFFA National Treasurer's Office

## IN-OFFICE CASHOUT

- Each March, National Officers can cashout a portion of unused APFA accrued VC and SK days from the previous fiscal year

- **14 days maximum VC days** – *PM, §6.B.c*
  - (Nat'l President can cashout 35 days if in Section 6.)
- **12 days maximum SK days** – *PM, §6.B.d.(a)*

*App. 9*

CONFIDENTIAL - APFA National Treasurer's Office

*App. 10*

## END OF TERM CASHOUT

- At the end of a Nat'l Officer's term they can cashout any VC days they would have accrued the previous/current calendar year as a line Flight Attendant – *PM, § 6.B.1.e.*

CONFIDENTIAL - APFA National Treasurer's Office

## Calculating National Officer Daily Rate of Pay

Hourly Rate x Monthly Hours x 12 ÷ 365

Example:

79.50 x 100 = 7,950 x 12 = 95,400 ÷ 365 = $261.37

*App. 11*

CONFIDENTIAL - APFA National Treasurer's Office

| 2008 | Pos | Annually | Daily | VC Pay | S Pay | VC Payout | MEA/SAF |
|---|---|---|---|---|---|---|---|
| | P | 71346.00 | 195.47 | 4116.12 3 Weeks (28 Days) | 2345.64 12 Days | =6461.77 | NO/NO |
| | VP | 67825.92 | 185.82 | 3913.08 3 Weeks (28 Days) | 2229.84 12 Days | =6142.92 | NO/NO |
| | S | 64305.60 | 176.18 | 3709.95 3 Weeks (28 Days) | 2114.16 12 Days | =5842.11 | NO/NO |
| | T | 64305.60 | 176.18 | 3709.95 3 Weeks (28 Days) | 2114.16 12 Days | =5824.11 | NO/NO |

| Pos | Annually | Daily | | | VC Payout | MEA/SAF |
|---|---|---|---|---|---|---|
| P | 71346.00 | 195.47 | | | 6841.45 35 Days | NO/NO |
| VP | Second Term | | | | Second Term | |
| S | 64305.60 | 176.18 | | | 5109.22 29 Days | NO/NO |
| T | 64305.60 | 176.18 | | | 6166.30 35 Days | NO/NO |

CONFIDENTIAL - APFA National Treasurer's Office

This and the following two pages were used to show the historical Calculations without MEA and SAF

**App. 12**

**2008**

Monthly Hours Calculation

President 110
Vice President 105
Secretary 100
Treasurer 100

*App. 13*

| Year | NO | Annually | Daily | VC Pay | SVC Pay | VC Payout | MEA/SAF | NO | Annually | Daily | VC Payout | MEA/SAF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | P | 72362.40 | 198.25 | 5947.50 30 Days | 2379.00 12 Days | =8326.50 | NO/NO | P | Second Term | | Second Term | |
| | VP | 68791.92 | 188.47 | 2638.58 14 Days | 2261.64 12 Days | =4900.22 | NO/NO | VP | 68791.92 | 188.47 | 6596.50 35 Days | NO/NO |
| | S | 65221.20 | 178.69 | 1608.21 9 Days | 2144.28 12 Days | =3752.45 | NO/NO | S | 65221.20 | 178.69 | 5051.06 28.27 Days | NO/NO |
| | T | 65221.20 | 178.69 | 2501.66 14 Days | 2144.28 12 Days | =4645.94 | NO/NO | T | 65221.20 | 178.69 | 5182.02 28 Days | NO/NO |

**2012**

Monthly Hours Calculation

President       110
Vice President  105
Secretary       100
Treasurer       100

CONFIDENTIAL - APFA National Treasurer's Office

*App. 14*

| Year | No. | Annually* | Daily* | VC Pay | SK Pay | VC Payout | NEVSAP |
|---|---|---|---|---|---|---|---|
| 2016 | P | 94572.48 | 259.10 | 3627.44 14 Days | 3109.23 12 Days | =6736.67 | NO/NO |
| | VP | Midterm | | | | Midterm | |
| | S | 85604.40 | 234.53 | 3283.46 14 Days | 2814.39 12 Days | =6097.85 | NO/NO |
| | T | | | | | SK/VC Used | |
| TOL | | | | | | VC Payout | |
| | P | 99360.96 | 272.22 | | | 9527.76 35 Days | NO/NO |
| | VP | 94649.88 | 259.31 | | | 9084.22 35 Days | NO/NO |
| | S | 89938.80 | 246.41 | | | 8624.67 35 Days | NO/NO |
| | T | 89938.80 | 246.41 | | | 8624.67 35 Days | NO/NO |

## 2016

### Monthly Hours Calculation

| | |
|---|---|
| President | 116 |
| Vice President | 110.5 |
| Secretary | 105 |
| Treasurer | 105 |

CONFIDENTIAL - APFA National Treasurer's Office



**App. 15**

| Year | No | Annual | Daily | VC Pay | Sk Pay | Pay | Med/345 |
|---|---|---|---|---|---|---|---|
| 2017 | | | | | | | |
| | P | 101031.36 | 276.80 | 3875.20 14 Days | 3321.60 12 Days | =7196.80 | NO/NO |
| | VP | 96241.20 | 263.67 | 3691.38 14 Days | 3164.04 12 Days | =6855.42 | +960.74* |
| | S | 91450.80 | 250.55 | 3507.70 14 Days | 3006.60 12 Days | =6514.30 | +952.90* |
| | T | 91450.80 | 250.55 | 3507.70 14 Days | 3006.60 12 Days** | =6514.30 | +972.14* |

s/b 9

**2017**

Monthly Hours Calculation

President 116
Vice President 110.5
Secretary 105
Treasurer 105

*Paid March '18 Union Pay
**Paperwork shows 9 days vacation remaining (76÷65)

Was it sick or vacation?

CONFIDENTIAL - APFA National Treasurer's Office

*App. 16*

## Calculating "Union Pay"

| Officer | Salary | |
|---|---|---|
| 1/15/00 | 1000.00 | (base salary) |
| 1/30/00 | 1500.00 | (base salary + MEA/SAF) |
| 2/15/00 | 1000.00 | (base salary) |
| 2/30/00 | 1750.00 | (base salary + MEA/SAF) |
| 3/15/00 | 1000.00 | (base salary) |
| 3/30/00 | 1900.00 | (base salary + MEA/SAF) |
| | 8150.00 | Total Pay |
| Subtract base | -6000.00 | |
| Union Pay | 2150.00 | (MEA/SAF) |

CONFIDENTIAL - APFA National Treasurer's Office

*App. 17*

**PBC**

**9 months**

**Max = 14 days**

***App. 18***

| Year | TO | Annual | Daily | Vacation | Sick Pay | Pay | Sev/Vac? |
|------|----|--------|-------|----------|----------|-----|----------|
| 2019 | P | 81612.96 (prorated 273 days x 2 payrates) | 298.95 (prorated /273 Days) | 5464.81 / 18.28 Days | 2690.55 / 9 Days | | NO/NO |
| | VP | 77743.44 (prorated 273 Days x 2 payrates) | 284.77 (prorated /273 Days) | 2998.63 / 10.53 Days | 2562.93 / 9 Days | | NO/NO |
| | S | 73873.86 (prorated 273 Days x 2 payrates) | 270.60 (prorated /273 Days) | 2849.42 / 10.53 Days | 2435.40 / 9 Days | | NO/NO |
| | T | 73873.86 (prorated 273 Days x 2 payrates) | 270.60 (prorated /273 Days) | 1428.77 / 5.28 Days | 2435.40 / 9 Days | | NO/NO |

In office
July - March so days
are prorated

**2019**

Monthly Hours Calculation

President       116
Vice President  110.5
Secretary       105
Treasurer       105

CONFIDENTIAL - APFA National Treasurer's Office



**App. 19**

PBC

$4,489.36

### Differences in MEA/SAF Calculations

MEA/SAF

| | 2017 | 2018 | 2019 | Total |
|---|---|---|---|---|
| | 960.74* | 952.90* | 972.14* | |
| | OK | OK | OK | |
| | 2700.86 | 1068.34 | 1094.08 | 4351.25 |
| | | OK | OK | |
| | 1955.33 | 2439.94 | 2285.03 | |
| | OK | OK | OK | |
| | 5616.93 | 4461.18 | | |

CONFIDENTIAL - APFA National Treasurer's Office

401K match on excess funds?

Collecting anything on PS?



Profit Sharing

Profit Sharing Setup Policy Manual Section 8 B

CONFIDENTIAL - APFA National Treasurer's Office

App. 20

**App. 21**

| Year | End | Base | Adjustment | Actual | X | Pay |
|---|---|---|---|---|---|---|
| 2016 (lost profit) | P (outgoing) | 45018.05 (W2) | -820.00* (April/May) | 44198.05 | 3.2267 | 1426.14 |
| | VP (outgoing) | 36885.51 (W2) | -602.35* (April) | 36283.16 | 3.2267 | 1170.75 |
| | S (outgoing) | 39729.32 (W2) | 0.00 | 39729.32 | 3.2267 | 1281.95 |
| | T (outgoing) | 19474.82 (W2) | 0.00 | 19474.82 | 3.2267 | 628.39 |



2016 Profits
Paid
March 2017
Outgoing Officers
*Unclear of this deduction

CONFIDENTIAL - APFA National Treasurer's Office

**App. 22**

| No | Paid | Adjustment | Total | | Pay |
|---|---|---|---|---|---|
| P (incoming) | 82705.92 (W2) | -510.00* (Feb/Mar) | 82195.92 | 3.2267 | 2652.22 |
| VP (incoming) | 80399.62 (W2) | -1622.4* (Dec/Jan/Feb/Mar) | 778776.93 | 3.2267 | 2541.90 |
| S (incoming) | 75561.50 (W2) | -411.54* (March) | 75149.96 | 3.2267 | 2424.86 |
| T (incoming) | 75871.35 (W2) | -405.00* (March) | 75466.35 | 3.2267 | 2435.07 |



2016 Profits

Paid March 2017

Incoming Officers

*Unclear of this deduction

CONFIDENTIAL - APFA National Treasurer's Office

*App. 23*

| Mem 2017 Profit | No | Base | Adjustment | Actual | | Pay |
|---|---|---|---|---|---|---|
| | P | 125861.49 (W2) | -2952.22 (GS+'16PS) | 122909.27** | 2.00* | 2458.19 |
| | VP | 121526.72 (W2) | -2841.90 (GS+'16PS) | 118682.42** | 2.00* | 2373.70 |
| | S | 116242.59 (W2) | -2724.86 (GS+'16PS) | 113517.73** | 2.00* | 2270.35 |
| | T | 116222.84 (W2) | -2735.07 (GS+'16PS) | 113487.77** | 2.00* | 2269.76 |

2017 Profits
Paid
March 2018

*Should be calculated at 2.20

CONFIDENTIAL - APFA National Treasurer's Office



| 2018 2nd Profit | No | Base | Adjustments | Total | | Pay |
|---|---|---|---|---|---|---|
| | P1 (outgoing) | 102943.07 (W2) | -2658.19 (GS+'17PS) | 100284.88 | 1.40* | 1403.99 |
| | P2/VP (outgoing) | 93976.73 (W2) | -2573.70 (GS+'17PS) | 91403.03 | 1.40* | 1279.64 |
| | S (outgoing) | 88146.84 (W2) | -2470.35 (GS+'17PS) | 85676.49 | 1.40* | 1199.47 |
| | T (outgoing) | 83972.20 (W2) | -2469.76 (GS+'17PS) | 81502.40 | 1.40* | 1141.03 |

CONFIDENTIAL - APFA National Treasurer's Office

**App. 24**



2018 Profits
Paid
March 2019
Outgoing Officers

*Should be calculated at 1.53
**APFA work after Nat'l may be included in total

*App. 25*

| Current TO 2018 Paid | Base | Adjustment | Actual | 1.53? | Pay |
|---|---|---|---|---|---|
| P (incoming) | 56641.96 (W2) | | 56641.96 | 1.40* | 792.99 |
| VP (incoming) | 55961.17 (W2) | | 55961.17 | 1.40* | 783.46 |
| S (incoming) | 54121.61 (W2) | | 54121.61 | 1.40* | 757.70 |
| T (incoming) | 51361.36 (W2) | | 51361.36 | 1.40* | 719.06 |



2018 Profits

Paid

March 2019

Incoming Officers

*Should be calculated at 1.53

CONFIDENTIAL - APFA National Treasurer's Office



CONFIDENTIAL - APFA National Treasurer's Office

App. 26

On Fri, Oct 2, 2020 at 1:26 PM Erik Harris <eharris@apfa.org> wrote:

Hi Hal & Pam-

Wanted to send a quick note of thanks to you both for helping us out with that review. It went well and the members were appreciative of being able to exercise their rights to view the documents.

We definitely have learned from this process and there are some more controls I am trying to implement to ensure we have better visibility and approval flows for the future.

Additionally, the BOD is requesting a report out from you on the findings from your review. I know that we discussed you not providing a management letter or formal opinion report but the BOD would like something directly from you for the meeting at the end of the month.

Let me know your thoughts.

Thanks,

Erik

--

## Erik Harris

National Treasurer

Association of Professional Flight Attendants

Office 817.540.0108x 8231 | Email eharris@apfa.org

*The content of this email is intended solely for the recipient(s).*

*It is not to be shared, forwarded or posted without the author's written consent.*

**App. 27**



*Pam Bush*
*Accounting and Tax Manager*
*Wood, Stephens & O'Neil, LLP*
*6300 Ridglea Place #318*
*Fort Worth, TX 76116*

*Firm Tele. - 817-377-1700 ext. 602*
*Fax  - 817-377-1870*

*Important/confidential: This communication and any files or documents attached to it are intended only for the use of the person(s) or entity to which it is addressed; consequently, it may contain information which is privileged and confidential.  If you are not the intended recipient(s) of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited.  If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.*

*IRS Circular 230 required notice: IRS regulations require that we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions or promoting, marketing or recommending to another party any transaction or tax-related matter(s).*

**App. 28**

**From:** Pam Bush <pbush@woodcpafirm.com>
**Date:** Friday, October 9, 2020 at 11:03 AM
**To:** Erik Harris <eharris@apfa.org>
**Cc:** "oneil@woodcpafirm.com" <oneil@woodcpafirm.com>
**Subject:** Re: Former Officer Payout Review


Erik,


Glad the meeting went well!  Do you have time for a phone conversation today or Monday to further discuss this?  If so, let us know what time works best for you.  I'm unavailable on Monday from 10:00 - 11:00, but other than that, we should be available.

2

*App. 29*

Thanks...Pam

**App. 30**

On Fri, Oct 9, 2020 at 2:52 PM Erik Harris <eharris@apfa.org> wrote:

Hi Pam-

1

*App. 31*

Anytime Tuesday before 4pm works best for me.


Thanks,


Erik


--

# Erik Harris

National Treasurer

Association of Professional Flight Attendants

Office 817.540.0108x 8232 | Email treasurer@apfa.org

*The content of this email is intended solely for the recipient(s).*

*It is not to be shared, forwarded or posted without the author's written consent.*



**From:** Hal O'Neil <oneil@woodcpafirm.com>
**Date:** Friday, October 9, 2020 at 3:02 PM
**To:** Erik Harris <eharris@apfa.org>
**Cc:** Pam Bush <pbush@woodcpafirm.com>
**Subject:** Re: Former Officer Payout Review

Erik....OK, we will call you around 2:00 PM........thanks!!

Hal O'Neil, CPA
Wood, Stephens & O'Neil, L.L.P.
6300 Ridglea Place, Suite #318
Fort Worth, TX  76116

**Direct line - 817-886-3428**
Firm tele. - 817-377-1700 *(my extension #601)*
Firm fax - 817-377-1870

*Important/confidential: This communication and any files or documents attached to it are intended only for the use of the person(s) or entity to which it is addressed; consequently, it may contain information which is privileged and confidential.  If you are not the intended recipient(s) of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited.  If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.*

*Any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding tax penalties that may be imposed or promoting, marketing or recommending to another party any transaction or tax-related matter(s).*

*App. 33*



**Association of Professional
Flight Attendants**
Representing the Flight Attendants of American Airlines

February 24, 2017

To:     Robert Ross

From:   Eugenio Vargas
        National Treasurer

Re:     Calculation of vacation and sick benefits

The accounting department needs the following information for the calculation of vacation and sick benefits for the year ending 3/31/17.

Please complete days taken 4/01/16 through 3/31/17 _____ 4

Vacation days remaining 4/01/16 through 3/31/17 _____ 31 (14)

Sick days taken 4/01/16 through 3/31/17 _____ 0

Sick days remaining 4/01/16 through 3/31/17 _____ 18 (12)

401K contributions from benefit pay _____ Yes   ✓ No

Robert Ross,  National President

*App. 34*



**Association of Professional Flight Attendants**

*Representing the Flight Attendants of American Airlines*

03/02/2018

To:    Robert Ross

From:  Eugenio Vargas
       National Treasurer

Re:    Calculation of vacation and sick benefits

The accounting department needs the following information for the calculation of vacation and sick benefits for the year ending 3/31/18.

Please complete days taken 4/01/17 through 3/31/18 _____ 4 (6)

Vacation days remaining 4/01/17 through 3/31/18 _____ 31 (29)

Sick days taken 4/01/17 through 3/31/18 _____ 0

Sick days remaining 4/01/17 through 3/31/18 _____ 18

401K contributions from benefit pay          _____Yes        X No

Robert Ross National President

1004 West Euless Blvd   •   Euless, Texas 76040

Tel: (817) 540-0108   •   Fax: (817) 540-2077   •   www.apfa.org



*App. 35*

**VOICEMAIL – JANUARY 12, 2021**

```
 1   ERIK HARRIS:                Hey Bob, it's Erik calling you

 2                               back. Um, I know I said I'll be

 3                               available after 4 ah, but our

 4                               meeting -- our 4:00 meeting -- I'm

 5                               sorry, our 3:00 meeting got pushed

 6                               to 4:00.  So, I wanted to give you

 7                               a call before we got on that.  Um,

 8                               please give me a call after.  Just

 9                               wanted to give you a heads up too

10                               that the Board gave you until the

11                               20th to make payment arrangements

12                               or to make payment.  So, I'm

13                               sending out a letter to you ah, I

14                               was hoping today, but Rosemary's

15                               out um, today.  So, it'll go out

16                               by Friday at the latest.  And I'll

17                               also email you, same exact letter,

18                               same exact breakdown um, it's just

19                               updating the due date.  All right,

20                               thanks; bye-bye.

21

22

23

24

25
```

**JTCBUSINESSSUITE, LLC**

**TRANSCRIBER'S CERTIFICATION**

_____

I, MONICA Y. COLLINS, Transcriptionist for the office of JTCBUSINESSSUITE, LLC, in the State of Texas, hereby certify to the following:

That this transcript  is a true and correct record(s) and has been transcribed to the best of my ability, of the VOICEMAIL (via audio) held on JANUARY 12TH OF 2021 for and at the request of KD PHILLIPS LAW FIRM, PLLC.

I, further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken, and further that I am not financially nor otherwise interested in the outcome of this matter.

That $82.57 (including taxes and fees) is the total charge for the preparation of (1 of 2) completed transcripts.

Transcribed by me on this 16th DAY OF MAY, 2024.

*Monica Collins*

**8350 North Central Expressway**          _____
**Suite 1900**                              **Monica Y. Collins,**
**Dallas, TX 75206**                        **Legal Transcriptionist**
                                            **JTCBusinessSuite, LLC**

*App. 38*

**VOICEMAIL – JANUARY 14, 2021**

---

| | |
|---|---|
| 1 JULIE HENDRICK: | Hey Bob, this is Julie Hendrick |
| 2 | calling.  Um, listen, I went back |
| 3 | and looked at the communications |
| 4 | that went out and realized, it is |
| 5 | not part of um, our policy manual |
| 6 | to put out what the agenda is. |
| 7 | Um, we are looking to change that |
| 8 | at the convention so everything |
| 9 | can be out.  But I wanted to let |
| 10 | you know um, that today, the board |
| 11 | of directors had a teleconference, |
| 12 | that's the one that's been put |
| 13 | out, and one of the resolutions is |
| 14 | for ah, you to have to pay back |
| 15 | the calculation, the additional |
| 16 | calculation, of that MEA and SAF |
| 17 | ah, for your vacation.  The same |
| 18 | as um, what was done by um, for |
| 19 | Nena, Marcy, and Eugenio. |
| 20 | So um, anyhow, give me a call back |
| 21 | if you have some questions.  Um, |
| 22 | it's at 4:00 today.  Um, I'll -- |
| 23 | be happy to ask -- answer any |
| 24 | questions you have about it or |
| 25 | I'll -- I'll have Erik talk to |

1   you.  Um, and this is something

2   that -- um the Board requested,

3   and ah, that's why it's on the

4   agenda.  Okay.  So -- that's it.

5   Talk to you later.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**JTCBUSINESSSUITE, LLC**

**TRANSCRIBER'S CERTIFICATION**

_____

I, MONICA Y. COLLINS, Transcriptionist for the office of JTCBUSINESSSUITE, LLC, in the State of Texas, hereby certify to the following:

That this transcript  is a true and correct record(s) and has been transcribed to the best of my ability, of the VOICEMAIL (via audio) held on JANUARY 14TH OF 2021 for and at the request of KD PHILLIPS LAW FIRM, PLLC.

I, further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken, and further that I am not financially nor otherwise interested in the outcome of this matter.

That $82.57 (including taxes and fees) is the total charge for the preparation of (2 of 2) completed transcripts.

Transcribed by me on this 16th DAY OF MAY, 2024.

*Monica Collins*

8350 North Central Expressway          _____
Suite 1900                             Monica Y. Collins,
Dallas, TX 75206                       Legal Transcriptionist
                                       JTCBusinessSuite, LLC

**App. 42**

**diversifiedcredit@sbcglobal.net**

| | |
|---|---|
| **From:** | Tom Reber <diversifiedcredit@sbcglobal.net> |
| **Sent:** | Monday, March 1, 2021 11:32 AM |
| **To:** | 'Erik Harris' |
| **Subject:** | RE: New Account Placement |

Hi Erik,

I'll be sure to copy you on the status report each month. If you have any questions on statuses you're not sure of, I'll be more than happy to explain what they mean. Let me know which ones you need clarification on.

Hope you had a great weekend.

Tom

**Thomas L. Reber**
VP of Operations



DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

**From:** Erik Harris <eharris@apfa.org>
**Sent:** Saturday, February 27, 2021 1:40 PM
**To:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Subject:** Re: New Account Placement

Hey Tom-

This is awesome! Would you mind copying me in on these status updates going forward? Also, do you have a list of what all the status codes mean in the process? I can see in the status description but I don't know exactly what each one mean. Some are very clear and self explanatory but some I'm not sure.

Thanks,

Erik

--
**Erik Harris** _Pronouns: he, him, his_
National Treasurer
Association of Professional Flight Attendants
Office 817.540.0108x 8231 | Email eharris@apfa.org
_The content of this email is intended solely for the recipient(s)._
_It is not to be shared, forwarded or posted without the author's written consent._

*App. 43*

APFA VI. - 000077



**From:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Date:** Saturday, February 27, 2021 at 9:09 AM
**To:** Erik Harris <eharris@apfa.org>
**Subject:** RE: New Account Placement

Hi Erik,

So far we do not have any payments on Mr. Ross' account. We are actively working it though.

I have sent a full status report on all accounts to David Rey and have attached a copy to this email. We also mailed out an invoice to A.P.F.A. at the end of the week.

Thanks,

Tom

Thomas L. Reber
VP of Operations

**dcs**
DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

**From:** Erik Harris <eharris@apfa.org>
**Sent:** Friday, February 26, 2021 11:13 PM
**To:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Cc:** Amie Easley <aeasley@dcscollect.com>
**Subject:** Re: New Account Placement

Hey Tom,

I hope you and your family are recovering from the ice storms from the last weeks. We have a Board of Director's meeting coming up next week and I will need to update them on the status of the payments for Mr. Ross.

Do you have any updates?

Thanks,

Erik

--

# Erik Harris *Pronouns: he, him, his*
National Treasurer

2

*App. 44*

APFA VI. - 000078

**Association of Professional Flight Attendants**
Office 817.540.0108x 8231 | Email eharris@apfa.org
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*



**From:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Date:** Thursday, January 28, 2021 at 3:42 PM
**To:** Erik Harris <eharris@apfaorg>
**Cc:** Amie Easley <aeasley@dcscollect.com>
**Subject:** RE: New Account Placement

HI Erik,

We start collecting immediately once the account is placed in our system. It should go in by tomorrow so we will begin collecting on the account on Monday once it has processed.

Thanks,

Tom

**Thomas L. Reber**
**VP of Operations**

**dcs**

DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

**From:** Erik Harris <eharris@apfa.org>
**Sent:** Thursday, January 28, 2021 3:26 PM
**To:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Cc:** aeasley@dcscollect.com
**Subject:** Re: New Account Placement
**Importance:** High

Hi Tom & Amie-

Attached are the documents that were sent. His SSN is Redacted by Plaintiff 5153 and his DOB is Redacted by Plaintiff 59.

Other addresses that we've known him to be located is Redacted by Plaintiff Southlake, TX 76092

When do you usually begin collecting?

Thanks,

Erik

3

*App. 45*

APFA VI. - 000079

--

# Erik Harris *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Office 817.540.0108x 8231 | Email eharris@apfa.org
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*



---

**From:** Erik Harris <eharris@apfa.org>
**Date:** Saturday, January 16, 2021 at 7:04 PM
**To:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Subject:** Re: New Account Placement

Hey Tom-

Thanks for getting back so quickly. My apologies about not taking your call, we are remote and all of my calls route to my assistant. I will email all of the details to you and Amie and we connect sometime next week.

We have spoken to the debtor and he agreed to make $100 payments for the next 3 years, however, our board of directors prefer that an outside agency do the collections. This will avoid any additional harassment from the debtor.

Just a heads up, he is pretty aggressive in his tone and he tends to fabricate. I'm sure you will hear many variants of the story.

I look forward to connecting with you.

Thanks,

Erik

--

# Erik Harris *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Office 817.540.0108x 8231 | Email eharris@apfa.org
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*

---

**From:** Tom Reber <diversifiedcredit@sbcglobal.net>
**Date:** Friday, January 15, 2021 at 10:17 AM
**To:** Erik Harris <eharris@apfaorg>
**Subject:** RE: New Account Placement

Hi Erik,

I tried to reach you by phone but was having a some difficulty getting through. I'd be happy to talk to you about this account if you'd like to speak in person. As far as listing the account, I believe they normally send accounts to be placed

4

***App. 46***

by mail but you can also scan and email all information on the account to us as well so we can get right on it. The more information you can provide, the better our chances. If the account is emailed, it can be sent directly to me or to Amie Easley at aeasley@dcscollect.com .

Please feel free to call me at (800) 256-3838.

Thanks,

Tom



**Thomas L. Reber**
VP of Operations

DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

**From:** Erik Harris <eharris@apfa.org>
**Sent:** Friday, January 15, 2021 9:46 AM
**To:** diversifiedcredit@sbcglobal.net
**Subject:** New Account Placement

Hi Tom-

I would like to discuss an account we have been unsuccessful at collecting. The balance is about $5,400 and I've sent out a 30 day notice on November 26, a 15 day notice on December 15 and yesterday we gave another notice for 7 more days to call or make payment arrangements. I don't believe we will be able to collect.

Please let me know what you need from me to get this account sent over to you.

Thanks,

Erik

--

# Erik Harris  *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Office 817.540.0108x 8231 | Email eharris@apfa.org
*The content of this email is intended solely for the recipient(s).*
*It is not to be shared, forwarded or posted without the author's written consent.*



 Virus-free. www.avast.com

*App. 47*

**diversifiedcredit**

| | |
|---|---|
| **From:** | Tom Reber <diversifiedcredit Redacted by Plaintiff |
| **Sent:** | Wednesday, April 14, 2021 1:42 PM |
| **To:** | 'Erik Harris' |
| **Subject:** | RE: Letter the Board |

Hi Erik,

I totally understand. There wasn't anything in the email itself that I felt was derogatory, just an update to you.  Doesn't necessarily start the clock over. We are re-sending the dispute information by certified mail so we will know when he receives it and then we will reach back out to him by phone a couple of days after allowing him a chance to review.

Thanks,

Tom

**Thomas L. Reber**
VP of Operations



DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

**From:** Erik Harris <eharris Redacted by Plaintiff
**Sent:** Wednesday, April 14, 2021 1:30 PM
**To:** Tom Reber <diversifiedcredit Redacted by Plaintiff
**Subject:** Re: Letter the Board

Hey Tom,

My apologies. I forwarded the response to the BOD in which he was included on the communication. I didn't realize that was part of the communications.

I will refer him to you from now on. Hopefully this doesn't harm your company in any way. Does this mean the clock starts all over for him?

Thanks,

Erik

--

# Erik Harris  *Pronouns: he, him, his*
National Treasurer
Association of Professional Flight Attendants
Redacted by Plaintiff
*The content of this email is intended solely for the recipient(s).*

1

*App. 48*

It is not to be shared, forwarded or posted without the author's written consent.



**From:** Tom Reber <diversifiedcredit[Redacted by Plaintiff]
**Date:** Wednesday, April 14, 2021 at 1:26 PM
**To:** Erik Harris <eharris[Redacted by Plaintiff]
**Subject:** RE: Letter the Board

Hi Erik,

Mr. Ross just contacted our supervisor again and stated that you had forwarded him my email to you. That was a confidential business email and did not contain the mini Miranda and other federal guidelines that we are required to provide in any communications with a debtor. We are sending by certified mail verification of the debt again and will allow Mr. Ross a grace period to respond after which if he fails to satisfy this debt, we will recommend taking legal action against him in the California county he resides in.

If Mr. Ross contacts you for any reason, please refer him to our office. And again, as with the others, this is a confidential communication between us.

Thanks,

Tom

**From:** Erik Harris <eharris[Redacted by Plaintiff]
**Sent:** Tuesday, April 13, 2021 4:00 PM
**To:** Tom Reber <diversifiedcredit[Redacted by Plaintiff]
**Subject:** Re: Letter the Board

Hi Tom,

Any updates from Mr. Ross? Would you mind just sending me a note when he does correspond, that way I won't keep bugging you.

Thanks,

Erik

--

# Erik Harris *Pronouns:* he, him, his

*App. 49*

APFA VI. - 000068

**diversifiedcredito** [Redacted by Plaintiff]

| | |
|---|---|
| **From:** | Tom Reber <diversifiedcredi [Redacted by Plaintiff] |
| **Sent:** | Wednesday, April 14, 2021 11:55 AM |
| **To:** | 'Erik Harris' |
| **Subject:** | RE: Letter the Board |

Hi Erik,

Our supervisor talked to Mr. Ross. He is stating he's on the board of A.P.F.A.? Also, he said that he did not receive our letter with the dispute verification. He now lives in California. When we talked to him previously he verified his address. Our supervisor updated his address information and we are re-sending the information . He stated that he is trying to refinance his home. It sounds like he may pay the account but it seems he may be stalling as well.

We will keep on top of the account.

Thanks,

Tom

Thomas L. Reber
VP of Operations



DIVERSIFIED CREDIT SYSTEMS
PO Box 3424
Longview, TX 75606

(800) 256-3838 National
(903) 753-1215 Fax
www.dcscollect.com

**From:** Erik Harris <eharris [Redacted by Plaintiff]
**Sent:** Tuesday, April 13, 2021 4:00 PM
**To:** Tom Reber <diversifiedcredit [Redacted by Plaintiff]
**Subject:** Re: Letter the Board

Hi Tom,

Any updates from Mr. Ross? Would you mind just sending me a note when he does correspond, that way I won't keep bugging you.

Thanks,

Erik

--

**Erik Harris** *Pronouns:* he, him, his
National Treasurer
Association of Professional Flight Attendants
Office [Redacted by Plaintiff]
*The content of this email is intended solely for the recipient(s).*

1

***App. 50***