Association of Professional Flight Attendants
Depreciation Schedule                                    Page 1 of 2
FYE March 31, 2017

### G/L Acct 1246 - FURN & FIXTURES - FIELD (ACCUM DEPR 1346)

| Vendor | Description | Purchase Date | Cost |
|---|---|---|---|
| | | | 3,547.60 |
| Balance Forward | | 04/00 | 4,590.46 |
| Mayo - Comm. Coord. | Apartment Furnishings | 04/00 | 6,399.31 |
| Bott - VP | Apartment Furnishings | 04/00 | 8,090.00 |
| Johnson - Treasurer | Apartment Furnishings | 04/00 | 2,591.07 |
| Matley - Cont. Coord. | Apartment Furnishings | 04/01 | 2,318.20 |
| Best Buy - (First USA) | 3 sets washer/dryers | 04/02 | 2,066.68 |
| Price - Comm. Coord. | Apartment Furnishings | 06/02 | 951.46 |
| Price - Comm. Coord. | Apartment Furnishings | 04/04 | 3,571.02 |
| Lukensmeyer - Treas. | Apartment Furnishings | 07/04 | 541.21 |
| Foley's | Lukensmeyer chair | 09/04 | 5,484.79 |
| THB - President | Apartment Furnishings | 09/04 | 1,335.15 |
| Townsend - Hotel Coor | Apartment Furnishings | 09/04 | 823.67 |
| Peterson - Cont. Coord | Apartment Furnishings | 10/04 | 648.42 |
| Dillards - CCC | THB Chair | 04/08 | 777.84 |
| | Furniture new officers | 04/08 | 3,979.27 |
| | Furniture new officers | 04/08 | 3,416.34 |
| | Furniture new officers | 05/08 | 1,205.49 |
| | Furniture new officers | 03/09 | 937.36 |
| Conn's - CCC | Washer/dryer - Barrera apt. | 03/09 | 804.17 |
| Conn's - CCC | Washer/dryer - Skyles apt. | 10/09 | |

*handwritten:* $9,378.94

*handwritten:* $50,531.91

Association of Professional Flight Attendants
Depreciation Schedule
FYE March 31, 2016

**App. 152**

| Vendor / Description | Purchase Date | Cost | Depr. Method | 3/31/15 Acc. Depr. Balance | Depr. Exp. Per Month | TOTAL DEPR EXP | 3/31/16 Acc. Depr. Balance | 3/31/16 Asset Balance |
|---|---|---|---|---|---|---|---|---|
| **G/L Acct 1246 - FURN & FIXTURES - FIELD** | | | | | | | | |
| **Greg Gunter/Treasurer** | | | | | | | | |
| Best Buy - GG Exp Report — TV | 05/12 | $1,841.24 | S/L - 4 yrs. | $1,304.24 | $38.36 | $460.32 | $1,764.56 | $76.68 |
| Best Buy - Corp CC — Washer/Dryer | 05/12 | $1,847.77 | S/L - 4 yrs. | $1,309.00 | $38.50 | $462.00 | $1,771.00 | $76.77 |
| Crate & Barrel - Corp CC — Living Rm/Bedroom Furniture | 05/12 | $8,583.14 | S/L - 4 yrs. | $6,079.88 | $178.82 | $2,145.84 | $8,225.72 | $357.42 |
| Mattress Firm - Corp CC — Mattress | 06/12 | $1,525.25 | S/L - 4 yrs. | $1,048.74 | $31.78 | $381.36 | $1,430.10 | $95.15 |
| Crate & Barrel - Corp CC — Rug | 06/12 | $1,448.39 | S/L - 4 yrs. | $995.61 | $30.17 | $362.04 | $1,357.65 | $90.74 |
| Best Buy - Corp CC — TV | 10/12 | $1,515.49 | S/L - 4 yrs. | $915.53 | $31.57 | $378.84 | $1,294.37 | $221.12 |
| Total Cost | | $16,761.28 | | | $349.19 | | | |
| Apt Credit Card Purchases | | $12,342.52 | | | | | | |
| **Total Treasurer Cost** | | **$29,103.80** | | | | | | |
| **Marcus Gluth/VP** | | | | | | | | |
| Best Buy - Corp CC — Washer/Dryer | 06/12 | $1,436.43 | S/L - 4 yrs. | $987.69 | $29.93 | $359.16 | $1,346.85 | $89.58 |
| Rooms to Go - Corp CC — Living Rm/Bedroom Furniture | 06/12 | $5,122.29 | S/L - 4 yrs. | $3,521.43 | $106.71 | $1,280.52 | $4,801.95 | $320.34 |
| Bungalow Furniture - CC — 2nd Bedroom/Dining Rm Table | 07/12 | $1,079.25 | S/L - 4 yrs. | $719.36 | $22.48 | $269.76 | $989.12 | $90.13 |
| Total Cost | | $7,637.97 | | | | | | |
| Shipping Car | | $780.00 | | | | | | |
| Apt Credit Card Purchases | | $5,694.89 | | | | | | |
| **Total Treasurer Cost** | | **$14,112.86** | | | | | | |
| **Jeff Pharr/Secretary** | | | | | | | | |
| Ikea - Corp CC — Bedroom Furniture | 06/12 | $1,081.42 | S/L - 4 yrs. | $743.49 | $22.53 | $270.36 | $1,013.85 | $67.57 |
| Best Buy - Corp CC — TV | 06/12 | $1,710.31 | S/L - 4 yrs. | $1,175.79 | $35.63 | $427.56 | $1,603.35 | $106.96 |
| Best Buy - Corp CC — Washer/Dryer | 06/12 | $1,511.10 | S/L - 4 yrs. | $1,038.84 | $31.48 | $377.76 | $1,416.60 | $94.50 |
| Ikea - Corp CC — Living Rm Furniture | 06/12 | $2,340.31 | S/L - 4 yrs. | $1,609.08 | $48.76 | $585.12 | $2,194.20 | $146.11 |
| Total Cost | | $6,643.14 | | | $138.40 | | | |
| | | | | | April 2016 Depreciation | | | ($138.40) |
| Shipping Car | | $1,033.00 | | | | | | |
| Apt Credit Card Purchases | | $29,999.45 | | | | | | |
| **Total Secretary Cost** | | **$31,569.59** | | | Purchase of Furniture 03/30/16 | | | $276.74 |
| **Total Officers Cost** | | **$74,786.25** | | | | | | |

Association of Professional Flight Attendants
Depreciation Schedule
FYE March 31, 2017

| G/L Acct 1246 - FURN & FIXTURES - FIELD (ACCUM DEPR 1346) | | Purchase Date | Cost |
|---|---|---|---|
| Vendor | Description | | |
| **Shane Staples/Comm** | | | 4,098.22 |
| Ashley Furniture | Sofa/Loveseat/Media Chest/Cocktail Table/End Table | 06/16 | |
| | King Bed/King Mattress | 08/16 | (104.98) |
| | Exchanged Loveseat for Chair | | |
| | **Current Balance** | | **3,993.24** |
| | | | |
| **Gaby Harty/Health** | | | **3,236.91** |
| Ashley Furniture | Sofa/Loveseat/Cocktail Table/End Table | 06/16 | |
| | King Bed/King Mattress | | |
| | | | |
| **Chuck Ransdale/Health** | | | **1,398.76** |
| Ashley Furniture | Chest/Nightstand/Queen Bed/Queen Mattress | 06/16 | |
| | | | **8,628.91** |
| **TOTALS** | | | |

*App. 153*

**Margot Nikitas**

| | |
|---|---|
| **From:** | Bill Osborne <b.osborne@osbornelaw.com> |
| **Sent:** | Wednesday, April 6, 2022 11:26 AM |
| **To:** | medillen3@hotmail.com; heidimorgan65@gmail.com; nenarott@aol.com |
| **Cc:** | Julie Hedrick; Joshua Black; Larry Salas; Erik Harris; Margot Nikitas; Bill Osborne |
| **Subject:** | Correspondence re: union record |
| **Attachments:** | noreply@advantedgebc.com_20220405_122100.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All -- Please find enclosed correspondence re: missing union records.  Bill Osborne

Bill Osborne
Osborne Law Offices P.C.
5335 Wisconsin Avenue N.W. , Suite 440
Washington, D.C. 20015
Telephone (202) 243-3200
Mobile (202) 251-7920

*App. 154*



# Osborne Law Offices
### PROFESSIONAL CORPORATION

**By Electronic Mail**

To: Eugenio Vargas
    Heidi Morgan
    Nena Martin
From:  William W. Osborne, Jr., Counsel
Re: Missing Union Records and Documents
Date: April 5, 2022

      Your email of April 4, 2022, has been referred to this office for response. You apparently have APFA records and documents, in addition to the enclosure to your email, that the Union *does not* have.

      This is a formal request, on behalf of APFA, that you return copies of any and all Union records and documents in your possession and that you do so on or before April 11.  If the records and documents are not returned by that date, the Union will undertake legal measures to recover the documents.  Withholding or destroying any of the documents will be sanctionable.

      If you have any questions please direct them to this office in writing.  If you have legal counsel have counsel contact this office.  Thank you for your timely attention to this matter.

5335 Wisconsin Avenue, Suite 440
Washington, DC 20015
Telephone (202) 243.3200
Mobile (202) 251.7920
Facsimile (202) 686.2977

*App. 155*

Melissa Chinery    9/15/2021

1           IN THE MATTER OF THE ARBITRATION BETWEEN

2   MELISSA CHINERY, Member      )BEFORE THE ARTICLE VII
    And                         )
3   SANDRA LEE, Member           )
                                )ARBITRATOR
4   AND                          )
                                )
5   EUGENIO VARGAS, Member       )HON. RUBEN R. ARMENDARIZ

6

7

8

9        *************************************

10               SEPTEMBER 15, 2021

11                  VOLUME 2

12       *************************************

13

14

15

16        BE IT REMEMBERED that on the 15th day of

17   September, 2021, the above cause came on for hearing

18   before HON. RUBEN R. ARMENDARIZ at the WESTIN IRVING

19   CONVENTION CENTER AT LAS COLINAS, 400 West Las Colinas

20   Boulevard, located in the City of Irving, County of

21   Dallas, State of Texas, whereupon the following

22   proceedings were had.

23

24

25

Melissa Chinery   9/15/2021

Page 252

```
 1              A P P E A R A N C E S:

 2    HON. RUBEN R. ARMENDARIZ
      LABOR MANAGEMENT ARBITRATOR
 3    29010 Pfeiffers Gate
      Fair Oaks Ranch, Texas  78015
 4    PHONE:  210.379.0860
      EMAIL:  arbruben@gmail.com
 5

 6    APPEARING AS THE ARBITRATOR

 7

      MS. MELISSA CHINERY
 8    EMAIL:  Melchinery@aol.com
               AND
 9    MS. SANDRA LEE
      EMAIL:  SEL27995@gmail.com
10

      APPEARING FOR THE CHARGING PARTIES
11

12    MS. HEIDI J. MORGAN
      EMAIL:  heidimorgan65@gmail.com
13              AND
      MS. NENA MARTIN
14

      APPEARING FOR THE CHARGED PARTY, EUGENIO VARGAS
15

16                   *   *   *   *

17

18

19

20

21

22

23

24

25
```

*App. 157*

```
 1                    WITNESS INDEX
 2
     ERIK HARRIS                               PAGE
 3   Direct Examination (Cont'd) by Ms. Lee........... 257
     Cross-Examination by Ms. Martin................. 276
 4   Redirect Examination by Ms. Chinery............. 351
     Recross-Examination by Ms. Morgan............... 373
 5   Further Redirect Examination by Ms. Lee.......... 378
 6   SHANE STAPES
     Direct Examination by Ms. Morgan................ 383
 7   Cross-Examination by Ms. Chinery................ 392
 8   CHUCK RANSDALE
     Direct Examination by Ms. Morgan................ 394
 9   Cross-Examination by Ms. Chinery................ 401
     Redirect Examination by Ms. Morgan.............. 403
10
     CHRISTOPHER THEDFORD
11   Direct Examination by Ms. Chinery............... 404
     Cross-Examination by Ms. Morgan................. 413
12
     DEBBIE HOOVER
13   Direct Examination by Ms. Chinery............... 415
     Cross-Examination by Ms. Morgan................. 422
14
     JOSH BLACK
15   Direct Examination by Ms. Chinery............... 426
     Cross-Examination by Ms. Martin................. 430
16
     SANDRA LEE
17   Direct Examination by Ms. Chinery............... 434
     Cross-Examination by Ms. Morgan................. 444
18
     MELISSA CHINERY
19   Direct Examination by Ms. Lee................... 455
     Cross-Examination by Ms. Morgan................. 485
20   Redirect Examination by Ms. Lee................. 511
21
22
23
24
25
```

Melissa Chinery   9/15/2021

Page 254

```
 1                    EXHIBIT INDEX

 2
     EXHIBIT                        ID'D    ADMITTED
 3
     Chinery-Lee Exhibit No. 23............ 474      480
 4

 5   EXHIBIT                        ID'D    ADMITTED

 6   Vargas Exhibit No. 1................... 501
     Vargas Exhibit No. 8................... 424
 7   Vargas Exhibit No. 20.................. 374
     Vargas Exhibit No. 21.................. 374
 8   Vargas Exhibit No. 32.................. 388       389
     Vargas Exhibit No. 35.................. 387       388
 9   Vargas Exhibit No. 44.................. 309       350
     Vargas Exhibit No. 45.................. 302
10   Vargas Exhibit No. 84.................. 488
     Vargas Exhibit No. 85.................. 488
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*App. 159*

Melissa Chinery   9/15/2021

Page 255

```
 1               P R O C E E D I N G S
 2               THE ARBITRATOR:   Okay.  The hearing will
 3   be in order.  This is a continuation of the hearing of
 4   September 14th, 2021.  We left off with Mr. Erik Harris
 5   and understand, Mr. Harris, that you're still under
 6   oath.  Okay.
 7               We have the same representatives for both
 8   sides.  Is there anything the parties wish to raise at
 9   this time with the Arbitrator?
10               MS. MORGAN:   I have a housekeeping
11   question.
12               THE ARBITRATOR:   You have what?
13               MS. MORGAN:  A housekeeping question.
14               THE ARBITRATOR:  Okay.
15               MS. MORGAN:   We have -- since our
16   hearing was supposed to be two days --
17               THE ARBITRATOR:  Right.
18               MS. MORGAN:  -- we have a witness that is
19   very pertinent to our case who is scheduled to fly
20   tomorrow and so has to go home tonight.  So how do we
21   intend to deal with that issue?
22               THE ARBITRATOR:   They have to go home
23   tonight?
24               MS. MORGAN:   They have to because they
25   fly tomorrow.
```

*App. 160*

Melissa Chinery   9/15/2021

Page 256

```
 1                    THE ARBITRATOR:   They fly tomorrow?
 2                    MS. MORGAN:  Yes.
 3                    THE ARBITRATOR:  Okay.  And they're your
 4      witnesses, right?
 5                    MS. MORGAN:   Yes.
 6                    THE ARBITRATOR:   I don't know, you know.
 7      This case -- this case presents itself with a lot of
 8      witnesses and -- and I don't know when they'll finish
 9      your -- your -- when are you going to finish your case,
10      do you think, with the witnesses you have?
11                    MS. CHINERY:   We've got more -- we've
12      got several more witnesses.
13                    THE ARBITRATOR:   Okay.  Does that mean
14      today?
15                    MS. LEE:  Six.
16                    MS. CHINERY:   Probably.
17                    THE ARBITRATOR:   Okay.  Most of the day?
18                    MS. CHINERY:  Yes.
19                    THE ARBITRATOR:   Okay.  Let's go off the
20      record.
21                    (Break from 8:37 to 8:42.)
22                    THE ARBITRATOR:   Back on the record.
23      We're with Mr. Harris.  Would you like to start
24      questioning?
25                    MS. LEE:   Yes.
```

Melissa Chinery   9/15/2021

Page 257

```
 1              DIRECT EXAMINATION (CONTINUED)
 2   BY MS. LEE:
 3      Q.   So when we left off, Erik, we were talking
 4   about -- you had explained to us about the payout
 5   vacation, so I'll follow that up with did Mr. Vargas
 6   pay that money back, the overpayment?
 7      A.   He's currently making payments.
 8      Q.   He's currently making payments?
 9      A.   Yes.
10      Q.   How about Marcy Dunaway?
11      A.   She's currently making payments.
12      Q.   Nena Martin?
13      A.   She paid in full.
14      Q.   Okay.  So Nena Martin paid in full.  Mr.
15   Vargas is still making payments as well as Marcy
16   Dunaway?
17      A.   Yes.
18      Q.   Do you know -- do you know how much they each
19   paid back?
20      A.   Well, I can tell you that each -- well, Marcy
21   and Eugenio owes a little under 600 left on the
22   balance.
23      Q.   When the Board directed the Officers to pay
24   back that money, was profit sharing include -- the
25   overpayment on profit sharing included?
```

1       A.   Not that I recall, but I wasn't here for when

2   they instructed them to.

3       Q.   Okay.   Thank you.   Has Bob Ross paid back the

4   money?

5       A.   No.

6       Q.   How much does he still owe?

7       A.   About $5400.

8       Q.   Are we doing anything?

9       A.   It is --

10              MS. MORGAN:   Objection.   They're

11   discussing Bob Ross.

12              THE ARBITRATOR:   Yeah, we're -- we're

13   going to other areas.

14              MS. LEE:   It still concerns the

15   overpayment.

16              MS. MORGAN:   Object --

17              THE ARBITRATOR:   Just limit it to Mr.

18   Vargas.

19              MS. LEE:   Okay.   So just for

20   clarification, I cannot talk about Bob Ross at all?

21              THE ARBITRATOR:   Well, you can -- you can

22   raise some issues if --

23              MS. LEE:   Okay.

24              THE ARBITRATOR:   -- it's fit -- pertains

25   to this case, you know.

Melissa Chinery   9/15/2021

Page 515

```
 1   STATE OF TEXAS        )

 2   COUNTY OF DALLAS       )

 3            THIS IS TO CERTIFY THAT I, MELISSA J. CARSON,

 4   a Certified Shorthand Reporter in and for the State of

 5   Texas, reported in shorthand the proceedings had at the

 6   time and place set forth in the caption hereof, and

 7   that the above and foregoing 265 pages contain a full,

 8   true, and correct transcript of the said proceedings to

 9   the best of my ability.

10            Certified to on this the 28th day of October,

11   2021.

12

13

14            _____

15            MELISSA J. CARSON, Certified
              Shorthand Reporter in and for
              The State of Texas

16

17

18   Certification No. 1737

19   CRCB Firm Registration #489

20   Expires August 31, 2022

21   CARSON REPORTING & ASSOCIATES

22   Post Office Box 551628

23   Dallas, Texas 75355-1628

24   Telephone 214.346.3434

25
```

App. 164

Robert Ross   11/17/2021

```
 1                IN THE MATTER OF THE HEARING
 2   MELISSA CHINERY, Member      )
          and                     )
 3   SANDRA LEE, Member           )
                                  )BEFORE ARTICLE VII
 4       AND                      )     ARBITRATOR
                                  )HON. RUBEN B. ARMENDARIZ
 5                                )
     ROBERT ROSS, Member          )
 6
 7
 8
              ***********************************
 9                    NOVEMBER 17, 2021
10                        VOLUME 2
              ***********************************
11
12
13
14            BE IT REMEMBERED that on the 17th day of
15   November, 2021, the above cause came on for hearing
16   before HON. RUBEN R. ARMENDARIZ at the WESTIN IRVING
17   CONVENTION CENTER AT LAS COLINAS, 400 West Las Colinas
18   Boulevard, located in the City of Irving, County of
19   Dallas, State of Texas, whereupon the following
20   proceedings were had.
21
22
23
24
25
```

Robert Ross   11/17/2021

1              A P P E A R A N C E S:

2      HON. RUBEN R. ARMENDARIZ
       LABOR MANAGEMENT ARBITRATOR
3      29010 Pfeiffers Gate
       Fair Oaks Ranch, Texas  78015
4      PHONE:  210.379.0860
       EMAIL:  arbruben@gmailcom
5
       APPEARING AS THE ARBITRATOR
6
       MS. MELISSA CHINERY
7      EMAIL:  Melchinery@aol.com
                 AND
8      MS. SANDRA LEE
       EMAIL:  SEL27995@gmail.com
9
       APPEARING FOR THE CHARGING PARTY
10
       MR. ROBERT ROSS
11     EMAIL:  1RROSS@COMCAST.NET
                 AND
12     MS. GINA GUIDRY

13     APPEARING FOR THE CHARGED PARTY

14

15                      *   *   *   *

16

17

18

19

20

21

22

23

24

25

**App. 166**

```
 1                        WITNESS INDEX

 2

     CATHY LUKENSMEYER                            PAGE
 3   Direct Examination by Ms. Chinery...............  54
     Cross-Examination by Ms. Guidry.................  74
 4   Redirect Examination by Ms. Chinery.............  84
     Recross-Examination by Mr. Ross.................  90
 5
     ERIK HARRIS
 6   Direct Examination by Ms. Lee...................  99
     Cross-Examination by Mr. Ross................... 132
 7   Redirect Examination by Ms. Lee................. 221
     Recross-Examination by Mr. Ross................. 231
 8
     MICHAEL TRAPP
 9   Direct Examination by Ms. Chinery............... 249
     Cross-Examination by Mr. Ross................... 259
10
     JOHN NIKIDES
11   Direct Examination by Ms. Chinery............... 272
     Cross-Examination by Ms. Guidry................. 297
12   Redirect Examination by Ms. Lee................. 321

13

     REPORTER'S NOTE:
14   Due to the horrible acoustics in the hearing room and
     without the use of microphones, there will be noted
15   (unintelligible) several times throughout the
     transcript.  I apologize for this; however, if I cannot
16   hear it, I cannot write it.

17   Additionally there are several notations of
     simultaneous speaking or simultaneous discussions
18   throughout the transcript.  When several people talk at
     the same time, there is no way to possibly discern who
19   is speaking.

20

21

22

23

24

25
```

```
 1                  CHINERY LEE EXHIBIT INDEX
 2    EXHIBIT                               ID'D    ADMITTED
      Exhibit 1.............................  64
 3    Exhibit 2.............................
      Exhibit 3............................. 107      108
 4    Exhibit 4............................. 251      253
      Exhibits 5-6.........................
 5    Exhibit 7.............................  64
      Exhibit 8............................. 101      107
 6    Exhibits 9-14........................           107
      Exhibit 15........................... 109      107
 7    Exhibit 16...........................           107
      Exhibit 17........................... 243      107
 8    Exhibits 18-19.......................           107
      Exhibit 20........................... 219      107
 9    Exhibits 21-24.......................           107
      Exhibit 25........................... 246      107
10    Exhibits 26-46.......................           107
      Exhibit 47........................... 228
11    Exhibit 48........................... 228      229
12                    ROSS EXHIBITS
      Exhibits 6........................... 142
13    Exhibit 13........................... 148
      Exhibit 15........................... 237
14    Exhibit 16........................... 143
      Exhibit 18........................... 194      194
15    Exhibit 19........................... 232
      Exhibit 36........................... 243
16
17                    JOINT EXHIBITS
18    Exhibit 4.............................  28       28
19
20
21
22
23
24
25
```

*App. 168*

```
 1   STATE OF TEXAS          )

 2   COUNTY OF DALLAS         )

 3            THIS IS TO CERTIFY THAT I, MELISSA J. CARSON,

 4   a Certified Shorthand Reporter in and for the State of

 5   Texas, reported in shorthand the proceedings had at the

 6   time and place set forth in the caption hereof, and

 7   that the above and foregoing 302 pages contain a full,

 8   true, and correct transcript of the said proceedings.

 9            Certified to on this the 13th day of December,

10   2021.

11

12

13   _____

14   MELISSA J. CARSON, Certified
     Shorthand Reporter in and for
15   The State of Texas

16

17   Certification No. 1737

18   CRCB Firm Registration #489

19   Expires August 31, 2022

20   CARSON REPORTING & ASSOCIATES

21   Post Office Box 551628

22   Dallas, Texas 75355-1628

23   Telephone 214.346.3434

24

25
```

Robert Ross   11/17/2021

```
 1  career.
 2      Q.   And in your role as National Treasurer, have
 3  you been responsible for responding to requests to see
 4  financial information?
 5      A.   Yes.
 6      Q.   Did you receive requests from Melissa and
 7  myself to come down and see financial records?
 8      A.   Yes.
 9      Q.   And did you set up times for us to see the
10  information?
11      A.   Yes.
12      Q.   Approximately how many times have we come down
13  to review information?
14      A.   About five to 10.
15      Q.   So have you been present with myself and
16  Melissa when we came down?
17      A.   Yes.
18      Q.   If you were not present, who was present?
19      A.   I believe there was only one time and my
20  assistant, Robert, was there and Margot has been there
21  and there were a couple occasions where all four
22  Officers were there.
23      Q.   So we were never alone -- alone with these
24  financial documents?
25      A.   That's right.
```

Robert Ross    11/17/2021

1    Q.   Who was the Treasurer before you took office?

2    A.   Craig Gunter.

3    Q.   And before him?

4    A.   Eugenio Vargas.

5    Q.   How would you describe the state of the Union

6    financial records when you took office?

7    A.   They were -- it was pretty bad, in bad shape.

8    Q.   Who has the responsibility under APFA

9    Constitution to maintain the financial records?

10   A.   The National Treasurer does.

11   Q.   Did you receive a subpoena from Melissa and

12   myself, the charging parties, for financial documents

13   related to this hearing?

14   A.   Yes.

15   Q.   And did you oversee the efforts to locate and

16   provide those documents?

17   A.   Yes.

18   Q.   Can you explain the steps taken to ensure

19   which documents you had?  Oh, okay.  I'll tell you

20   what, I want you to look at Exhibits 8 through 46 in

21   the big book.

22   A.   Okay.

23          MS. LEE:  Oh, we need -- that too.

24          THE ARBITRATOR:   Which one, the blue

25   one?

Robert Ross     11/17/2021

Page 109

1  responsibility under the APFA Constitution to maintain

2  financial records?

3      A.   The Treasurer.

4      Q.   Does APFA have a policy on inventory of

5  property?

6      A.   Yes.

7      Q.   Can you explain what the policy is?

8      A.   We are to -- anything above a hundred and

9  fifty dollars, are required to be inventoried.

10      Q.   All right.  Who has the responsibility for

11  maintaining the inventory list?

12      A.   The Treasurer.

13      Q.   And that would be one of your duties as

14  National Treasurer, to ensure that inventory list was

15  kept?

16      A.   Yes.

17      Q.   Were you able to locate the inventory lists

18  for the Vargas administration?

19      A.   No.

20      Q.   Or from the Vargas administration, Ross

21  administration?

22      A.   No.

23      Q.   I want you to take a look at Exhibit 15.

24           (Simultaneous discussions.)

25           THE ARBITRATOR:  Okay.  Go ahead.

Robert Ross   11/18/2021

```
 1              IN THE MATTER OF THE HEARING

 2   MELISSA CHINERY, Member      )
          and                     )
 3   SANDRA LEE, Member           )
                                  )BEFORE ARTICLE VII
 4       AND                      )    ARBITRATOR
                                  )HON. RUBEN B. ARMENDARIZ
 5                                )
     ROBERT ROSS, Member          )

 6

 7

 8

 9          *************************************

10                  NOVEMBER 18, 2021

11                     VOLUME 3
            *************************************

12

13

14          BE IT REMEMBERED that on the 18th day of

15   November, 2021, the above cause came on for hearing

16   before HON. RUBEN R. ARMENDARIZ at the WESTIN IRVING

17   CONVENTION CENTER AT LAS COLINAS, 400 West Las Colinas

18   Boulevard, located in the City of Irving, County of

19   Dallas, State of Texas, whereupon the following

20   proceedings were had.

21

22

23

24

25
```

*App. 173*

Robert Ross    11/18/2021

Page 327

```
 1              A P P E A R A N C E S :

 2    HON. RUBEN R. ARMENDARIZ
      LABOR MANAGEMENT ARBITRATOR
 3    29010 Pfeiffers Gate
      Fair Oaks Ranch, Texas  78015
 4    PHONE:  210.379.0860
      EMAIL:  arbruben@gmailcom
 5

 6    APPEARING AS THE ARBITRATOR

 7    MS. MELISSA CHINERY
      EMAIL:  Melchinery@aol.com
 8              AND
      MS. SANDRA LEE
 9    EMAIL:  SEL27995@gmail.com

10    APPEARING FOR THE CHARGING PARTY

11    MR. ROBERT ROSS
      EMAIL:  1RROSS@COMCAST.NET
12              AND
      MS. GINA GUIDRY
13
      APPEARING FOR THE CHARGED PARTY
14

15                    *   *   *   *

16

17

18

19

20

21

22

23

24

25
```

*App. 174*

1                     WITNESS INDEX

2

MELISSA CHINERY                              PAGE
3    Direct Examination by Ms. Lee.................... 330
     Cross-Examination by Ms. Guidry................. 369
4    Redirect Examination by Ms. Lee................. 401

5    CASEY VELOSO
     Direct Examination by Ms. Guidry................ 407
6

ANTHONY THURIAULT
7    Direct Examination by Ms. Guidry................ 420
     Cross-Examination by Ms. Lee.................... 443
8    Redirect Examination by Mr. Ross................ 463

9    ROBERT ROSS
     Direct Examination by Ms. Guidry................ 465
10   Cross-Examination by Ms. Lee.................... 488
     Redirect Examination by Ms. Guidry.............. 500

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**App. 175**

Robert Ross    11/18/2021

```
 1                  CHINERY LEE EXHIBIT INDEX

 2
      EXHIBIT                             ID'D    ADMITTED
 3    Exhibit 1...........................          332
      Exhibit 5...........................  342     344
 4    Exhibit 6...........................  345     346
      Exhibit 7...........................          358
 5    Exhibit 45..........................  449

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*App. 176*

Robert Ross    11/18/2021

Page 335

1       Q.   (BY MS. LEE)   Approximately how many times
2  did you go down to view these documents?
3       A.   Probably like five to 10, but that's being --
4  I -- probably a little bit more, but like, I would say
5  10 times.
6       Q.   How many hours each time?
7       A.   We'd fly down, like, I would say, like,
8  sometimes 10 hours.  Our longest was 14 hours in the
9  room.
10      Q.   Did you go on your own time?
11      A.   Yes.
12      Q.   Did you drop trips from your flying schedule?
13      A.   Yes.
14      Q.   Did the Union provide hotels?
15      A.   No.
16      Q.   How would you characterize the state of the
17  financial records?  Orderly?  Chaotic?
18      A.   Chaotic.
19      Q.   Can you identify what you were able to see?
20      A.   We were able to see the weeklies, the
21  monthlies, the credit cards, the statements, the
22  receipts.
23      Q.   Were you able to see all the documents?
24      A.   Yes.  The ones that were there.  There were
25  some miss -- there were some that were missing, but the

Robert Ross    11/18/2021

Page 336

1  ones that were there we were able to see.

2      Q.    So if you could turn to Exhibit 3, please?

3      A.    I'm there.

4      Q.    Okay.  This -- did you send this?   What is

5  this?

6      A.    This is a subpoena for financial records to

7  Erik Harris, the National Treasurer.

8      Q.    And who sent this to Erik Harris?

9      A.    You and I did, yes.  You and -- me and Sandra

10 Lee did.

11     Q.    At some point did you file charges against Bob

12 Ross?

13     A.    Yes, I did -- we did.

14               MR. ROSS:   Objection, we don't have 3.

15               THE ARBITRATOR:  You don't have --

16               MS. GUIDRY:   She started with 8.

17               MR. ROSS:   (Unintelligible.)

18               MS. CHINERY:  But we gave it to you

19 yesterday because we submitted it.

20               MS. GUIDRY:   It's not in the binder.

21 It's hard --

22               MR. ROSS:  It's hard when you didn't give

23 it --

24               MS. GUIDRY:  -- we have stacks of piles,

25 not organized.

Robert Ross    11/18/2021

Page 369

```
 1   Cross-Examination.
 2                       CROSS-EXAMINATION
 3   BY MS. GUIDRY:
 4       Q.   Melissa, have you ever run for office with
 5   APFA?
 6       A.   Yes.
 7       Q.   When and what positions?
 8       A.   I ran for President in Philadelphia and
 9   President in Phoenix.  2015 and 2018, I believe.  I
10   could be wrong about the years.  It's early, I'm sorry.
11       Q.   When you went for documents and you said they
12   were in a disarray, that was after Mr. Ross'
13   administration, correct?
14       A.   Well, no, because we went down with the --
15   when we went down to see Craig and Liz Geiss and
16   everything, we only got to see the monthlies, but there
17   was a lot of things missing, so I consider, you know --
18       Q.   Craig was not in his administration.
19       A.   Well no, but that was after the -- immediately
20   following the Ross administration.
21       Q.   That was my question.  So it was after Ross
22   had left office?
23       A.   Oh, yes.
24       Q.   So how was he responsible in any way for the
25   disarray of documents?
```

*App. 179*

Robert Ross    11/18/2021

Page 370

```
1        A.    Because that's the way they left it.

2        Q.    He -- him personally?

3        A.    His administration.

4        Q.    You know that for a fact?

5        A.    I only know what I saw.

6        Q.    Okay.  So whoever's keeping the records,

7   obviously, did not, in your opinion, keep them

8   organized?

9        A.    No.

10       Q.    So when you went there, did you ask for any

11  other administration's records?

12       A.    We asked for a -- when we first went down with

13  -- for the Bassani, we asked for three years, a

14  snapshot.  So we looked at the Laura Glading, Ross and

15  -- well, they gave us three years, so it was of the

16  monthlies because we weren't seeing the underlying

17  documents at that time, but there was, like, a table

18  set up and -- because we asked for three years and all

19  the monthlies, the summaries were all spread out over

20  two big tables like this.

21       Q.    So what --

22             THE ARBITRATOR:  Now, hold on.  Hold on.

23  Let me get this clear.  So they're spread out on the

24  tables, so are you talking about different

25  administrations?
```

Robert Ross    11/18/2021

Page 373

```
 1                    MS. GUIDRY:  -- verification.
 2                    THE ARBITRATOR:  Just --
 3                    MS. LEE:   Well, asked and answered.
 4                    THE ARBITRATOR:   Well, do you remember
 5    what administrations?
 6                    THE WITNESS:   Well, it was years ago.
 7    So it was three years.  So it would have been the Ross
 8    administration, it was -- they were monthlies.  So when
 9    we went in to look --
10                    THE ARBITRATOR:   Okay.
11                    THE WITNESS:   -- we didn't even realize
12    what we were looking at.
13                    THE ARBITRATOR:  Let's --
14                    MS. GUIDRY:   Can I rephrase it, then?
15         Q.   (BY MS. GUIDRY)  Did you look at the Lori
16    Bassani administration?
17         A.   What we -- what they had, because I remember
18    Craig walking me back to the back room where the
19    records were kept, because I was really upset with him
20    because he was giving us the runaround.  We were flying
21    down in there and -- we were flying down there, it
22    was -- it was very frustrating.  So he takes me in the
23    back room and it was a box of receipts, literally loose
24    receipts.  I was like, what is this?  So yeah, I
25    mean -- so, but yeah, that's it.
```

**App. 181**

1          Q.   So for clarification again, Craig was not in

2     this administration, you went down after his

3     administration left, you found it in disarray, you

4     looked for -- you had a three year snapshot of

5     administrations that you're not a hundred percent sure

6     who you looked at, did you look --

7          A.   Actually -- excuse me.  I answered that.  It

8     was the three --

9          Q.   I'm just recapping --

10                THE ARBITRATOR:  Yeah.

11                MS. LEE:   Uh --

12         Q.   (BY MS. GUIDRY) -- to build my next question.

13                THE ARBITRATOR:   Nope, hold on.

14                THE WITNESS:  Okay.  I'm sorry.

15                THE ARBITRATOR:   So excuse me, what --

16     what did your investigation reveal for those three

17     years?

18                THE WITNESS:  I -- so when we -- we had

19     no idea what we were doing when we went down there.  It

20     was the first time.  So I asked about -- it was Sandra

21     and I -- myself together.  We walk in.  We have three

22     tables full of monthlies.  We had no idea -- I mean,

23     I -- I'm not an accountant.  We're looking through, I

24     was trying to look up mileage, ask about the furniture.

25     She wanted to know about the exit package because it

Robert Ross   11/18/2021

1   your attention to the Ross administration; is that

2   correct, even though you didn't have all the

3   documentation.  But something wasn't right.

4        A.   I don't understand what you're trying to ask.

5        Q.   I'm trying to ask how you came upon only

6   investigating this administration when, in fact, the --

7   the subsequent administration under Bassani --

8                  MS. LEE:   Object --

9        A.   We --

10                 MS. LEE:  -- speculation.  We don't know

11  anything --

12                 (Simultaneous speaking.)

13                 MS. LEE:  -- about the --

14                 THE ARBITRATOR:  No, she's --

15                 MS. LEE:  We don't know anything about

16  the Bassani administration.

17                 THE ARBITRATOR:   Let's go on to

18  something else.

19                 MS. GUIDRY:  Okay.

20       Q.   (BY MS. GUIDRY)  Well, the importance here is

21  why would you not request, if you're looking, Bob Ross'

22  administration had a balanced budget and in the green.

23  The subsequent administration, Lori Bassani, which all

24  records were in disarray back when you arrived, within

25  18 months of him leaving office, she put us almost into

**App. 183**

Robert Ross     11/18/2021

```
 1   STATE OF TEXAS          )

 2   COUNTY OF DALLAS        )

 3            THIS IS TO CERTIFY THAT I, MELISSA J. CARSON,

 4   a Certified Shorthand Reporter in and for the State of

 5   Texas, reported in shorthand the proceedings had at the

 6   time and place set forth in the caption hereof, and

 7   that the above and foregoing 183 pages contain a full,

 8   true, and correct transcript of the said proceedings.

 9            Certified to on this the 17th day of December,

10   2021.

11

12

13   _____

14   MELISSA J. CARSON, Certified
     Shorthand Reporter in and for
     The State of Texas

15

16

17   Certification No. 1737

18   CRCB Firm Registration #489

19   Expires August 31, 2022

20   CARSON REPORTING & ASSOCIATES

21   Post Office Box 551628

22   Dallas, Texas 75355-1628

23   Telephone 214.346.3434

24

25
```

*App. 184*

Melissa Chinery   9/14/2021

```
 1            IN THE MATTER OF THE ARBITRATION BETWEEN

 2   MELISSA CHINERY, Member      )BEFORE THE ARTICLE VII
     And                         )
 3   SANDRA LEE, Member          )
                                 )ARBITRATOR
 4   AND                         )
                                 )
 5   EUGENIO VARGAS, Member      )HON. RUBEN R. ARMENDARIZ

 6

 7

 8            ************************************

 9                   SEPTEMBER 14, 2021

10                      VOLUME 1

11            ************************************

12

13

14

15            BE IT REMEMBERED that on the 14th day of

16   September, 2021, the above cause came on for hearing

17   before HON. RUBEN R. ARMENDARIZ at the WESTIN IRVING

18   CONVENTION CENTER AT LAS COLINAS, 400 West Las Colinas

19   Boulevard, located in the City of Irving, County of

20   Dallas, State of Texas, whereupon the following

21   proceedings were had.

22

23

24

25
```

Melissa Chinery   9/14/2021

Page 2

```
 1                A P P E A R A N C E S:

 2    HON. RUBEN R. ARMENDARIZ
      LABOR MANAGEMENT ARBITRATOR
 3    29010 Pfeiffers Gate
      Fair Oaks Ranch, Texas  78015
 4    PHONE:  210.379.0860
      EMAIL:  arbruben@gmail.com
 5

 6    APPEARING AS THE ARBITRATOR

 7

 8    MS. MELISSA CHINERY
      EMAIL:  Melchinery@aol.com
 9            AND
      MS. SANDRA LEE
10    EMAIL:  SEL27995@gmail.com
              AND
11    MS. HEATHER OLENJACK

12    APPEARING FOR THE CHARGING PARTIES

13    MS. HEIDI J. MORGAN
      EMAIL:  heidimorgan65@gmail.com
14            AND
      MS. NENA MARTIN
15
      APPEARING FOR THE CHARGED PARTY, EUGENIO VARGAS
16

17                    *   *   *   *

18

19

20

21

22

23

24

25
```

**App. 186**

```
 1                     WITNESS INDEX
 2
     CATHY LUKENSMEYER                          PAGE
 3   Direct Examination by Ms. Chinery................  25
     Cross-Examination by Ms. Morgan.................  51
 4   Redirect Examination by Ms. Chinery.............  75
 5   MICHAEL TRAPP
     Direct Examination by Ms. Chinery...............  79
 6   Cross-Examination by Ms. Morgan.................  91
     Redirect Examination by Ms. Chinery............. 100
 7
     JENNIFER McCAULEY
 8   Direct Examination by Ms. Chinery............... 102
 9   MICHAEL TRUAN
     Direct Examination by Ms. Lee................... 116
10   Cross-Examination by Ms. Morgan................. 121
     Redirect Examination by Ms. Lee................. 134
11   Recross-Examination by Ms. Morgan............... 139
     Further Redirect Examination by Ms. Lee......... 143
12   Further Recross-Examination by Ms. Morgan....... 146
13   HEATHER OLENJACK
     Direct Examination by Ms. Chinery............... 148
14   Cross-Examination by Ms. Morgan................. 155
     Redirect Examination by Ms. Chinery............. 169
15
     JOHN NIKIDES
16   Direct Examination by Ms. Chinery............... 171
     Cross-Examination by Ms. Martin................. 185
17   Redirect Examination by Ms. Chinery............. 212
     Recross-Examination by Ms. Martin............... 214
18   Further Redirect Examination by Ms. Chinery..... 216
     Further Recross-Examination by Ms. Martin....... 218
19   Further Redirect Examination by Ms. Chinery..... 220
20   ERIK HARRIS
     Direct Examination by Ms. Lee................... 221
21
22
23
24
25
```

Melissa Chinery   9/14/2021

```
 1                    EXHIBIT INDEX
 2
      EXHIBIT                          ID'D    ADMITTED
 3
      Joint Exhibit No. 1...................   24
 4    Joint Exhibit No. 2...................   30
 5    EXHIBIT                          ID'D    ADMITTED
 6    Chinery-Lee Exhibit No. 1.............   36     242
      Chinery-Lee Exhibit No. 2.............   38     242
 7    Chinery-Lee Exhibit No. 3.............  229     242
      Chinery-Lee Exhibit No. 5.............  234     242
 8    Chinery-Lee Exhibit No. 6.............  235     242
      Chinery-Lee Exhibit No. 7.............  236     242
 9    Chinery-Lee Exhibit No. 8.............  236     242
      Chinery-Lee Exhibit No. 9.............  238     242
10    Chinery-Lee Exhibit No. 10............  240     242
      Chinery-Lee Exhibit No. 11............  241     242
11    Chinery-Lee Exhibit No. 12............   50      50
      Chinery-Lee Exhibit No. 13............   81      84
12    Chinery-Lee Exhibit No. 14............  108     114
      Chinery-Lee Exhibit No. 15............  105     114
13    Chinery-Lee Exhibit No. 16............  105     114
      Chinery-Lee Exhibit No. 17............  119     121
14    Chinery-Lee Exhibit No. 18............  120     121
      Chinery-Lee Exhibit No. 24............   50      51
15
      EXHIBIT                          ID'D    ADMITTED
16
      Vargas Exhibit No. 10.................  159     173
17    Vargas Exhibit No. 12.................  132     134
      Vargas Exhibit No. 14.................   53
18    Vargas Exhibit No. 26.................   62      64
      Vargas Exhibit No. 27.................   66
19    Vargas Exhibit No. 29.................  162     173
      Vargas Exhibit No. 30.................  162     173
20    Vargas Exhibit No. 33.................  161
      Vargas Exhibit No. 36.................  160     173
21    Vargas Exhibit No. 98.................  205
      Vargas Exhibit No. 99.................  127     134
22
23
24
25
```

App. 188

Melissa Chinery   9/15/2021

Page 470

```
 1      Q.   What sort of financial documents did you look
 2  at?  Can you go through that?
 3      A.   We looked at the exit package first.  Then we
 4  looked at Laura Glading's exit package.  And then we
 5  looked at credit cards.  We looked at mileage.  We
 6  looked at monthlies, weeklies, monthlies, weeklies,
 7  receipts.  I mean, mostly credit cards.  It was mostly
 8  credit cards.  So I mean, because that's what -- I
 9  mean, credit cards, monthlies, weeklies, yeah, we --
10      Q.   Okay.  How would you --
11              (Simultaneous speaking.)
12      Q.   -- characterize the state of the financial
13  records?
14      A.   A mess.  That's -- I mean, I'm no accountant
15  and I'm no Treasurer, but it looked like a mess to me.
16  They were all -- yeah, so...
17      Q.   How -- how were they presented to you?
18      A.   Which ones?
19      Q.   Okay.  I'm going to withdraw that.  Were you
20  able to see all the -- all the documents you needed to
21  see?
22      A.   No.  Some of them were missing.
23      Q.   Just to be clear, what information have you
24  requested and are not able to see or not -- have not
25  been able to see?
```

Melissa Chinery   9/15/2021

Page 471

1      A.   Well, without having my list in front of me,
2  there was petty cash we couldn't get and if it was
3  given to us, it was way after -- I mean, these books, I
4  mean, this is all new to me.  So the petty cash came a
5  couple days ago and it was not uploading and all that
6  stuff, so -- and we didn't even know if it was the
7  whole thing.  And then we didn't get to see the
8  receipts.
9      Q.   The receipts?
10     A.   For Mr. Vargas' monthlies that Erik said he
11  couldn't find.
12     Q.   Did we see any receipts?
13     A.   Well, at first I thought we saw receipts, but
14  I -- I -- come to find out, we didn't.  So we saw
15  receipts for the credit card, but we didn't see
16  receipts for the monthlies, so -- but that's...
17     Q.   So you saw all the receipts for the credit
18  cards?
19     A.   Well, the ones that were there.  There were
20  some missing.  The pages, pages -- some pages were
21  gone, like, we had to --
22     Q.   What are the -- what are the receipts for the
23  monthly?
24     A.   If I'm -- the receipts for the --
25     Q.   If you don't --

Melissa Chinery   9/15/2021

Page 472

1    A.    -- monthly --

2    Q.    -- know, that's okay.  If you know, tell me.

3    A.    I know.  There was -- well, to my

4    understanding, the receipts for the monthlies are

5    whatever the expense, the expenses, but I could be

6    wrong.

7    Q.    In your visits to your -- your many visits to

8    APFA headquarters, were you informed of missing boxes

9    of financial documents?

10   A.    Yes.

11   Q.    What did they tell you?

12   A.    Well, it was Erik and --

13   Q.    Well, what did he tell you?

14   A.    He said the box from S to Z was missing for

15   the fiscal year for 2 -- 2017.

16   Q.    S through Z?  V.

17   A.    Was it V?  Okay.  So it was that box because

18   it was -- trying to think.

19   Q.    Prior to that were the boxes missing?  Prior

20   to this box from S through V, were there other boxes

21   that were lost?

22   A.    Well, we were told -- I can't really -- I

23   can't remember.  I mean, it was such a -- it was so --

24   I mean, things -- things would go missing and then Erik

25   would find them.  And -- and then this one, you know,

Melissa Chinery   9/15/2021

1   obviously because it's Vargas, you know, I mean,

2   trapped, I mean, so this box was critical and so, I

3   mean, this is the only one --

4        Q.   Did -- did Mr. Harris, the National Treasurer

5   current, explain to you where the missing boxes were?

6        A.   He said he didn't know.

7        Q.   Did he ask -- did you -- how many storage

8   units were the box -- were the financial documents

9   stored in?

10        A.   If I'm remembering it correctly, he said one

11   or two and -- but I didn't really get into that --

12        Q.   Okay.

13        A.   -- when he couldn't find the boxes, I was

14   like --

15        Q.   We're moving on.  What's your -- what is your

16   understanding under -- under the APFA Constitution and

17   federal law for requiring us to keep documents?

18        A.   Well, I just know that you're supposed to.

19   That's the LMRDA.  I mean, for -- I think it's -- I do

20   believe it's at least five years, but it might be

21   seven.  But I know that, you know, financial records

22   should be kept.

23        Q.   Okay.  What are the weeklies?

24        A.   The weeklies are what the National Officers --

25   or actually, I mean, no, because we've only seen the

Melissa Chinery   9/15/2021

Page 309

```
 1      A.   There are still -- well, there are some
 2   missing credit card receipts for Craig Gunter and Liz
 3   Geiss that we are unable to locate.
 4      Q.   So isn't it true you said that months of
 5   those, quote, Chris, he just doesn't have?
 6      A.   Yes.
 7      Q.   Okay.  So in previous testimony and
 8   questioning, Ms. Chinery and Lee with missing
 9   documents, they have missing box and such they have
10   questioned as to whether there was tampering or things
11   stolen.  Do you have any reason to believe these were
12   stolen, deleted, anything like that?
13              MS. CHINERY:   Calls for speculation.
14              MS. MORGAN:    I'm asking the Treasurer
15   and his department.
16              THE ARBITRATOR:    Just asking whether he
17   has knowledge of it.  Are you aware of it?
18      A.   I don't know.
19              MS. MORGAN:   Okay.  So regarding their
20   Exhibit 8, we'd like to enter it as our Exhibit 44.  Go
21   back to the white one.
22      Q.   (BY MS. MORGAN)   Okay.  So Mr. Harris, they
23   had you read this email you sent yesterday into the
24   record.  That being said, they had you stop prior to
25   finishing the email.  So now we're going to ask you to
```

Melissa Chinery   9/15/2021

1  read it into the record in its entirety.

2        A.    Sure.  The entire email?

3        Q.    Yeah, start from the text that you wrote.

4        A.    Oh, okay.  Hi, Melissa -- okay.  Hi, Melissa

5  and Sandra.  You should have everything requested,

6  however, I understand you're still going through

7  everything.  If you encounter any missing or additional

8  items needed, please send them over to me.  The

9  following documents are missing:

10             Number one, the box containing all

11  accounts payable invoices, reports, and documents for

12  fiscal year ending 2017, beginning with letter S

13  through V.  This would contain all backup and support

14  documents or receipts for Eugenio Vargas' monthly

15  reports during this time frame.

16             Number two, receipts for Eugenio Vargas'

17  purchase of Greg Gunter's APFA owned furniture.

18             Number three, all petty cash logs,

19  records, and receipts for fiscal year ending 2017.

20             We continue to search every day for these

21  records.  There are individuals who have seen these

22  documents in the recent past; however, they have

23  been -- they have inexplicably disappeared from my

24  custody.

25             I will keep you posted on any information

**App. 194**

Melissa Chinery   9/15/2021

1    that I receive, should there be any updates.

2              Thank you again for your patience and

3    understanding.  Thanks, Erik.

4         Q.   Okay.  So isn't it true that this email

5    confirms in a direct quote from you that there are

6    individuals, quote, there are individuals, who have

7    seen these documents in the recent past; however, they

8    have inexplicably disappeared from my custody, end

9    quote?

10        A.   Yes.

11        Q.   Okay.  So you personally have taken ownership

12   for this issue because you as the Treasurer take

13   responsibility?

14        A.   Yes.

15        Q.   Isn't it also true yesterday that you

16   testified some of these items were found?

17        A.   Yes.

18        Q.   And we have every confidence in your ability

19   to locate them and we know the stress that this

20   arbitration has placed on your department.

21        A.   Yes.  Thank you.

22        Q.   So let's go to August 4th, 2020, the date Ms.

23   Chinery and Ms. Lee were, by their own claim, given the

24   Ross Transition Agreement.

25        A.   Yes, or shown it.

Melissa Chinery   9/15/2021

Page 312

```
 1      Q.   Shown it.  Well, given to review --
 2      A.   Oh, I didn't give it.
 3      Q.   -- shown, given to review.  Who was in the
 4   room with them?
 5      A.   At the time it was Julie, myself, Margot.  I
 6   believe the other two Officers that were there, from
 7   what I recall.
 8      Q.   Who gave them the document?
 9      A.   I did, yeah.
10      Q.   Okay.  Did you see the document?
11      A.   Yes.
12      Q.   Where did you get the document?
13      A.   I received it from our attorney.
14      Q.   Which attorney?
15      A.   Bill Osborne.
16      Q.   He handed it to you?
17      A.   No, he emailed it to me.
18      Q.   Would you recognize it if you saw the
19   document?
20      A.   Yes.
21      Q.   Okay.  Would you turn to Exhibit 98?
22              MS. CHINERY:   Do we have 98?
23              MS. MORGAN:   It's been admitted 98.
24              MS. LEE:   Do we have 98?
25              MS. MORGAN:   Yes, we gave it to you
```

Melissa Chinery   9/15/2021

Page 515

```
 1   STATE OF TEXAS        )

 2   COUNTY OF DALLAS       )

 3           THIS IS TO CERTIFY THAT I, MELISSA J. CARSON,

 4   a Certified Shorthand Reporter in and for the State of

 5   Texas, reported in shorthand the proceedings had at the

 6   time and place set forth in the caption hereof, and

 7   that the above and foregoing 265 pages contain a full,

 8   true, and correct transcript of the said proceedings to

 9   the best of my ability.

10           Certified to on this the 28th day of October,

11   2021.

12

13

14   _____
     MELISSA J. CARSON, Certified
15   Shorthand Reporter in and for
     The State of Texas
16

17

18   Certification No. 1737

19   CRCB Firm Registration #489

20   Expires August 31, 2022

21   CARSON REPORTING & ASSOCIATES

22   Post Office Box 551628

23   Dallas, Texas 75355-1628

24   Telephone 214.346.3434

25
```

*App. 197*

5/15/24, 9:31 PM

509-620 (LM2) 03/31/2019

U.S. Department of Labor
Office of Labor-Management Standards
Washington, DC 20210

**FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT**

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND
LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 09-30-2021

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 509-620 | 2. PERIOD COVERED From 04/01/2018 Through 03/31/2019 | 3. | (a) AMENDED - Is this an amended report: | No |
| | | | | (b) HARDSHIP - Filed under the hardship procedures: | No |
| | | | | (c) TERMINAL - This is a terminal report: | No |

4. AFFILIATION OR ORGANIZATION NAME
ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS

5. DESIGNATION (Local, Lodge, etc.)

6. DESIGNATION NBR

7. UNIT NAME (if any)

8. MAILING ADDRESS (Type or print in capital letters)

First Name: CRAIG

Last Name: GUNTER

P.O Box - Building and Room Number

Number and Street
1004 WEST EULESS BLVD

City: EULESS

State: TX

ZIP Code + 4
760405009

9. Are your organization's records kept at its mailing address?  Yes

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the instructions.)

70. SIGNED:  Lori Bassani  PRESIDENT
Date:  Sep 17, 2019  Telephone Number:  817-540-0108

71. SIGNED:  Craig Gunter  TREASURER
Date:  Sep 17, 2019  Telephone Number:  817-540-0108

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

*App. 198*

3/15/24, 9:31 PM

09-620 (LM2) 03/31/2019

FILE NUMBER: 509-620

20. How many members did the labor organization have at the end of the reporting period? 27,619
21. What are the labor organization's rates of dues and fees?

Rates of Dues and Fees

| Dues/Fees | Amount | Unit | Minimum | Maximum |
|---|---|---|---|---|
| a) Regular Dues/Fees | 41 per | MONTH | 41 | 41 |
| b) Working Dues/Fees | per | | | |
| c) Initiation Fees | 50 per | N/A | | |
| d) Transfer Fees | per | | | |
| e) Work Permits | per | | | |

## ITEMS 10 THROUGH 21

10. During the reporting period did the labor organization create or participate in the administration of a trust or a fund or organization, as defined in the instructions, which provides benefits for members or beneficiaries? — No

11(a). During the reporting period did the labor organization have a political action committee (PAC) fund? — Yes

11(b). During the reporting period did the labor organization have a subsidiary organization as defined in Section X of these Instructions? — No

12. During the reporting period did the labor organization have an audit or review of its books and records by an outside accountant or by a parent body auditor/representative? — Yes

13. During the reporting period did the labor organization discover any loss or shortage of funds or other assets? (Answer "Yes" even if there has been repayment or recovery.) — No

14. What is the maximum amount recoverable under the labor organization's fidelity bond for a loss caused by any officer, employee or agent of the labor organization who handled union funds? — $200,000

15. During the reporting period did the labor organization acquire or dispose of any assets in a manner other than purchase or sale? — No

16. Were any of the labor organization's assets pledged as security or encumbered in any way at the end of the reporting period? — No

17. Did the labor organization have any contingent liabilities at the end of the reporting period? — No

18. During the reporting period did the labor organization have any changes in its constitution or bylaws, other than rates of dues and fees, or in practices/procedures listed in the instructions? — No

19. What is the date of the labor organization's next regular election of officers? — 02/2020

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

## *App. 199*

**STATEMENT A - ASSETS AND LIABILITIES**

| ASSETS | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 22. Cash | | $910,681 | $1,118,769 |
| 23. Accounts Receivable | 1 | $96,227 | $104,385 |
| 24. Loans Receivable | 2 | $0 | $0 |
| 25. U.S. Treasury Securities | | $0 | $0 |
| 26. Investments | 5 | $12,578,101 | $13,331,071 |
| 27. Fixed Assets | 6 | $585,169 | $448,169 |
| 28. Other Assets | 7 | $500 | $131,783 |
| 29. TOTAL ASSETS | | $14,170,678 | $15,134,085 |

| LIABILITIES | Schedule Number | Start of Reporting Period (A) | End of Reporting Period (B) |
|---|---|---|---|
| 30. Accounts Payable | 8 | $1,119,775 | $1,791,847 |
| 31. Loans Payable | 9 | $0 | $0 |
| 32. Mortgages Payable | | $0 | $0 |
| 33. Other Liabilities | 10 | $1,207 | $0 |
| 34. TOTAL LIABILITIES | | $1,120,982 | $1,791,847 |

| | | | |
|---|---|---|---|
| 35. NET ASSETS | | $13,049,696 | $13,342,24? |

Form LM-2 (Revised 2010); (Tech. Rev. 2/2013)

**App. 200**