IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS<br><br>  Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, *et al.*,<br><br>  Defendants/Counterclaim Plaintiffs. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:22-cv-343-Y<br><br>Consolidated with<br>Civil Action No. 4:22-cv-430-Y<br><br>Judge Terry R. Means |

**APPENDIX FOR MOTION AND BRIEF IN SUPPORT FOR MANDATORY WITHDRAWAL OF COUNSEL AND EXTEND PLAINTIFFS' DEADLINE TO FILE AMENDED RESPONSE**

Plaintiffs Robert "Bob" Ross and Eugenio Vargas, pursuant to Local Rules 7.1(i) 7.2, 53.1(d) and § C of this Court's Case Management Requirements, submits this appendix of supporting documents in support of "MOTION AND BRIEF IN SUPPORT FOR WITHDRAWAL OF COUNSEL AND EXTEND PLAINTIFFS' DEADLINE TO FILE AMENDED RESPONSE:"

| Item | Description | Pgs. |
|:---:|:---:|:---:|
| 1 | Declaration of Kerri Phillips…. | 1-3 |

                                                      Respectfully submitted,
                                                      K.D. PHILLIPS LAW FIRM, PLLC

                                                      By:  /s/  Kerri  Phillips
                                                               Kerri Phillips

Texas Bar No. 24065906
Phone: (972) 327-5800
Email: kerri@KDphillipslaw.com

6010 W. Spring Creek Parkway
Plano, Texas 75024
Fax: (940) 400-0089
For Service of Filings:
notice@KDphillipslaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I certify that the true and correct copy of this document was sent to all counsel of record, hereunder listed via ECF Filing. A copy of this motion was also sent to the Plaintiffs to his or her last known address via First Class and Certified U.S. mail on September 17, 2024.

/s/ Kerri Phillips
Kerri Phillips, Esq.

Jeffrey Bartos
Guerrieri, Bartos, & Roma, P.C.
1900 M Street, NW, Suite 700
Washington, DC 20036
Tel: (202) 624-7400; Fax: (202) 624-7420
Email: jbartos@geclaw.com

Charlette Matts
In-House Counsel for APFA
1004 West Euless Blvd
Euless, TX 76040
Tel: (682) 301-8454
Cmatts@apfa.org

James Sanford
4803 Gaston Avenue
Dallas, TX 75249-1020
Tel: (214) 800-5111; Fax: (214) 838-0001
Email jim@gillespiesanford.com

2

Email: joe@gillespiesanford.com

Michael Rake
PO Box 1556
Lake Dallas, TX 75065-1556
Tel: (940) 498-2103 Fax: (940) 498-2103
Email: mrake1@mrakeattorney.com

Robert (Bob) Ross, Plaintiff
4701 Hayloft Ct.
El Dorado Hills, California 95762
Tel: (916) 284-2402
Email address: 1rross@comcast.net

Eugenio Vargas, Plaintiff
1616 Brookhaven Circle
Bedford, Texas 76022
Tel: (401) 952-7126
Email address: medellin3@hotmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS<br>Plaintiff/Counterclaim Defendant | § § § § § | |
| V. | § § § | Case No. 4:22-CV-00343-Y<br><br>Consolidated with<br>Case No. 4-22-CV-00430-Y |
| | § § § § | |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, ERIK HARRIS<br>Defendants/Counterclaim Plaintiff. | § § § § § § § § | Judge: Terry R. Means |

## DECLARATION OF KERRI PHILLIPS

STATE OF TEXAS         §
                       §
COUNTY OF DENTON §

Before me, the undersigned notary, on this day, personally appeared KERRI PHILLIPS, a person whose identity is known to me. After I administered an oath to her, upon her other, she said:

    1. "I, Kerri Phillips, declare that I am over 18 years of age and reside in the State of Texas. I have never been convicted of any felony or other crime involving moral turpitude. I am fully competent to make this affidavit.

    2. I have personal knowledge of the facts set forth in this affidavit and the facts are true and correct.

    3. I am counsel of record for Plaintiff, Robert "Bob" Ross and Plaintiff, Eugenio Vargas in the above-entitled action.

APPENDIX 1

4.      In August of 2024, through multiple conversations with Mr. Ross, I learned of facts and arguments that were previously not disclosed to me that create a conflict with the continued interest in Plaintiffs' legal representation. These arguments raised concerns regarding the advocacy of legal representation for both Plaintiffs before this court.

5.      Upon learning of the facts that gave rise to a conflict of interest, I contacted the State Bar of Texas Ethics Counsel to seek out my ethical duties regarding a conflict of interest. After speaking to Ethics Counsel with the State Bar of Texas, I was advised that the Texas Rules of Professional Conduct Rule 1.15(a)(1) requires mandatory withdraw as counsel of record due to possible violations of a conflict of interest, therefore I could no longer continue representation of either party to the case. I was further advised not to disclose any facts that would injure or harm the clients. Additionally, Ethics Counsel stated that I am required to withdraw from the case immediately.

6.      Upon advising clients that counsel's withdrawal is mandatory, communications with clients has deteriorated to a point that makes further representation an impossibility.  Clients informed me that they oppose my withdrawal despite the fact that withdrawal as counsel is mandatory as required by Tex. R. Disc. Prof'l Cond. 1.15(a)(1).

7.      I emailed a copy of the Motion, this Affidavit and the Proposed order to both Plaintiffs prior to filing the Motion. Attached hereto and marked as <u>Exhibit A</u> is a true and correct copy of an email I sent to Mr. Ross and Mr. Vargas.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

**EXECUTED** on this __16th__ of September 2024.

_____*Kerri Phillips*_____
Kerri Phillips

APPENDIX 2

| | |
|---|---|
| From: | Kerri Phillips |
| To: | 1rross@comcast.net; Eugenio Vargas |
| Subject: | Motion to Withdraw |
| Date: | Friday, September 13, 2024 7:40:00 PM |
| Attachments: | image001.png<br>Attorney Aff Mtn to Withdraw.pdf<br>Ross-Vargas .Order Granting Withdrawal of Counsel.pdf<br>Ross-Vargas Motion for Withdrawal of Counsel.pdf |

Please see attached motion to withdraw, supporting affidavit and proposed order for withdrawal.



**Kerri Phillips**
KD Phillips Law Firm, PLLC
**Phone:** 972-327-5800 ext. 1001
**Fax:** 940-400-0089
**Email:** Kerri@KDphillipslaw.com

6010 W. Spring Creek Parkway
Plano, TX 75024
www.KDphillipslaw.com

**IMPORTANT/CONFIDENTIAL:**

IMPORTANT \ CONFIDENTIAL: This message contains information from the law firm of KD Phillips Law Firm, PLLC that may be subject to the attorney-client privilege or work product doctrine, or may be otherwise confidential and exempt from disclosure under applicable law. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is this message intended to reflect an intention to make an agreement by electronic means. DO NOT COPY OR FORWARD TO UNAUTHORIZED PERSONS. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying or forwarding of this communication is strictly prohibited. Unauthorized interception of this message may be in violation of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, et seq. If you have received this communication in error, please notify us immediately at our telephone number: (972) 327-5800

IRS Circular 230 Notice: Unless expressly stated otherwise in the foregoing message, and to ensure compliance with requirements imposed by the IRS, we inform you that any advice contained in this message (including any attachments) is not intended or written to be used, and may not be used by any person, for the purpose of (i) avoiding penalties imposed under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein, within the meaning of IRS Circular 230.

Exhibit A

APPENDIX 3