IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, *et al.*, <br><br> Defendants/Counterclaim Plaintiffs. | Action No. 4:22-CV-343-Y <br><br> Consolidated with <br> Action No. 4:22-CV-430-Y |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AND MOTION TO EXTEND DEADLINE TO FILE AMENDED RESPONSE

Pending before the Court is the Motion for Mandatory Withdrawal of Counsel and Motion to Extend Plaintiffs' Deadline to File Amended Response (doc. 253). After review of the motion and the record in this case, the Court concludes that good cause exists for the withdrawal and extension, and the motion is therefore GRANTED.

Accordingly, Kerri Phillips is hereby WITHDRAWN as attorney of record for Eugenio Vargas and Robert "Bob" Ross. Vargas and Ross shall have until **October 21, 2024**, to either: (1) obtain new counsel, who shall file a notice of appearance with the Court by that date, or (2) to notify the Court, in writing, of their intention to proceed further in this matter pro se. Additionally, Plaintiffs' deadline to file an Amended Response to Defendants' Motion for Summary Judgment (doc. 234) is extended to **November 12, 2024.**

SIGNED September 19, 2024.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE