IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS AND<br>EUGENIO VARGAS,<br><br>*Plaintiffs/Counterclaim Defendants*,<br><br>v.<br><br>ASSOCIATION OF PROFESSIONAL<br>FLIGHT ATTENDANTS, MCGAUGHEY,<br>REBER AND ASSOCIATES, INC.,<br>JULIE HEDRICK, and ERIK HARRIS,<br><br>*Defendants/Counterclaim Plaintiffs*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 4:22-CV-343-Y<br><br>Consolidated with<br>No. 4:22-CV-430-Y |

## NOTICE OF APPEARANCE

By this notice, in accordance with the Court's Order dated September 19, 2024 [Doc. 255], Cortney C. Thomas and C. Alan Carrillo of the law firm of Brown Fox PLLC enter their appearance and provide notice that they are representing Plaintiffs Robert "Bob" Ross and Eugenio Vargas as counsel in the above-entitled and numbered cause of action and request that all notices be sent to them at the following address:

Cortney C. Thomas
C. Alan Carrillo
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001
Email: cort@brownfoxlaw.com
Email: alan@brownfoxlaw.com

Dated: October 16, 2024            Respectfully submitted,

           */s/ C. Alan Carrillo*
Cortney C. Thomas
  Texas Bar No. 24075153
  cort@brownfoxlaw.com
C. Alan Carrillo
  Texas Bar No. 24109693
  alan@brownfoxlaw.com
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Attorneys for Plaintiffs Robert "Bob" Ross and Eugenio Vargas*

## **CERTIFICATE OF SERVICE**

    Pursuant to Fed. R. Civ. P. 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.