UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS, | § § § | |
| *Plaintiffs/Counterclaim Defendants*, | § § | |
| v. | § § | No. 4:22-CV-343-Y |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, MCGAUGHEY, REBER AND ASSOCIATES, INC., JULIE HEDRICK, and ERIK HARRIS, | § § § § § § | Consolidated with No. 4:22-CV-430-Y |
| *Defendants/Counterclaim Plaintiffs*. | § | |

**PLAINTIFFS' AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with the Court's *Order Striking Response and Setting Deadline for Amendment* [Doc. 251] and *Order Granting Motion for Withdrawal of Counsel and Motion to Extend Deadline to File Amended Response* [Doc. 255], Plaintiffs Robert "Bob" Ross and Eugenio Vargas ("Plaintiffs") file this amended response in opposition to *Defendants' Motion for Summary Judgment on All Claims and Counterclaims* (the "Motion") [Doc. 234], *Memorandum in Support* of the Motion [Doc. 235], and *Appendix in Support* of the Motion [Doc. 236].

The Plaintiffs file this Amended Response in Opposition, their Amended Brief in Support, and their Appendix in accordance with Federal Rule of Civil Procedure 56, Local Rules 56.1–7, and Judge-Specific Requirements II.A–C. Each of the required matters is set forth in the Plaintiffs' Amended Brief in Support.

The Plaintiffs respectfully request that this Court deny the Motion, enter judgment against the Defendants, and grant such other and further relief to which Plaintiffs are justly entitled at law or in equity.

Respectfully submitted,

By: /s/ Cortney C. Thomas

**BROWN FOX PLLC**

Cortney C. Thomas
  State Bar No. 24075153
  cort@brownfoxlaw.com
C. Alan Carrillo
  State Bar No. 24109693
  alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001

*Attorneys for Plaintiffs Robert "Bob" Ross and Eugenio Vargas*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(d)(1)(B), as amended, no certificate of service is necessary because this document is being filed with the Court's electronic-filing system.