UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT "BOB" ROSS AND EUGENIO VARGAS, § § § *Plaintiffs/Counterclaim Defendants*, § § v. § § ASSOCIATION OF PROFESSIONAL § FLIGHT ATTENDANTS, MCGAUGHEY, § REBER AND ASSOCIATES, INC., § JULIE HEDRICK, and ERIK HARRIS, § § *Defendants/Counterclaim Plaintiffs*. § | No. 4:22-CV-343-Y  Consolidated with No. 4:22-CV-430-Y |

**ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DISMISSING DEFENDANTS' COUNTERCLAIMS WITH PREJUDICE**

Before the Court is Defendants' *Motion for Summary Judgment on all Claims and Counterclaims* ("Motion") [Doc. 234]. Having considered the Motion, and all briefing on and in response to the Motion, the Court is of the opinion that the Motion should be, and hereby is, **DENIED**.

Furthermore, the Court **DISMISSES WITH PREJUDICE** both of Defendant Association of Professional Flight Attendants' two counterclaims based on 29 U.S.C. § 501, one asserted against each of the Plaintiffs, Robert "Bob" Ross and Eugenio Vargas, for failure to state a claim upon which relief may be granted.

SO ORDERED.

SIGNED this _____ day of _____, 2024.

_____
THE HONORABLE TERRY R. MEANS
UNITED STATES DISTRICT JUDGE